# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 4, 2023

_____

RESPONSE REQUESTED

_____

No. 22-4746,   US v. Pablo Velasco Barrera
1:18-cr-00123-RDA-8

TO:   United States of America

RESPONSE DUE: 12/14/2023

Response is required to the motion to file oversized brief on or before 12/14/2023.

The parties are advised that the court will not sua sponte suspend the briefing schedule pending disposition of the motion; a request to suspend briefing or requesting an extension may be made by filing a motion.

Rachel Phillips, Deputy Clerk
804-916-2702