# United States Court of Appeals
## *for the*
# Fourth Circuit

---·---

### UNITED STATES OF AMERICA,

*Plaintiff/Appellee,*

— v. —

RONALD HERRERA CONTRERAS, a/k/a Espeedy, a/k/a Speedy,
a/k/a Joster Hrndz, a/k/a Chucho; PABLO MIGUEL VELASCO BARRERA,
a/k/a Oscuro, a/k/a Pablo Miguel Barrera Velasco, a/k/a Miguel Barrera;
HENRY ZELAYA MARTINEZ, a/k/a Certero, a/k/a El Kakarra;
DUGLAS RAMIREZ FERRERA, a/k/a Mortal, a/k/a Darwin, a/k/a Artillero;
ELMER ZELAYA MARTINEZ, a/k/a Killer, a/k/a Morenito Martinez,
a/k/a Perez Danillo,

*Defendants/Appellants.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA AT ALEXANDRIA

# JOINT APPENDIX
# VOLUME 14 OF 21 (PAGES 6091-6492)

JESSE I. WINOGRAD
LAW OFFICE OF
  JESSE WINOGRAD PLLC
5335 Wisconsin Avenue, N.W.
  Suite 440
Washington, DC 20015
(202) 302-7429
*Counsel for Appellant*
*Ronald Herrera Contreras*

PAUL P. VANGELLOW
ATTORNEY AT LAW
6109-A Arlington Boulevard
Falls Church, Virginia 22044
(703) 241-0506
*Counsel for Appellant*
*Pablo Miguel Velasco Barrera*

DAVID J. KIYONAGA
LAW OFFICE OF
  DAVID J. KIYONAGA
510 King Street, Suite 400
Alexandria, Virginia 22314
(703) 549-7576
*Counsel for Appellant*
*Henry Zelaya Martinez*

BENJAMIN M. SCHIFFELBEIN
OFFICE OF THE FEDERAL
  PUBLIC DEFENDER
210 1st Street, SW, Suite 400
Roanoke, Virginia 24011
(540) 777-0888
*Counsel for Appellant*
*Duglas Ramirez Ferrera*

ROBERT L. JENKINS, JR.
BYNUM & JENKINS, PLLC
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309-0899
*Counsel for Appellant*
*Elmer Zelaya Martinez*

JACQUELINE R. BECHARA
ALEXANDER E. BLANCHARD
CRISTINA C. STAM
OFFICE OF THE U.S. ATTORNEY
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3819
*Counsel for Appellee*

# TABLE OF CONTENTS

**VOLUME 1 OF 21**

District Court Docket Sheet (Barrera – 1:18-cr-00123-RDA-8) ......................... JA1

District Court Docket Sheet (Contreras – 1:18-cr-00123-RDA-4) ................... JA62

District Court Docket Sheet (Ferrera – 1:18-cr-00123-RDA-12) ................... JA125

District Court Docket Sheet (E. Martinez – 1:18-cr-00123-RDA-2) .............. JA177

District Court Docket Sheet (H. Martinez – 1:18-cr-00123-RDA-6).............. JA235

Order of
The Honorable T.S. Ellis, III
Re:  Speedy Trial/Certifying Case as Complex
      filed June 7, 2018 ................................................................... JA294

Order of
The Honorable T.S. Ellis, III
Re:  Speedy Trial
      filed July 23, 2018 ................................................................. JA295

Order of
The Honorable T.S. Ellis, III
Re:  Speedy Trial
      filed September 7, 2018........................................................ JA296

Second Superseding Indictment
      filed February 21, 2019 ........................................................ JA298

Government's Motion for Speedy Trial Findings
      filed March 28, 2019............................................................ JA327

Order of
The Honorable T.S. Ellis, III
Re:  Granting Government's Motion for Speedy Trial
      filed March 29, 2019............................................................ JA333

Defendant H. Martinez's Motion to Suppress Evidence
Seized from Search of Cellular Phone
     filed November 18, 2019 ........................................................ JA335

Defendant Contreras's Motion to Suppress Statement Taken in Violation of
Defendant's Fifth Amendment Privilege Against Self-Incrimination
     filed November 18, 2019 ........................................................ JA342

Defendant Contreras's Motion for Disclosure of Identities of
Confidential Informants
     filed November 18, 2019 ........................................................ JA344

Defendant H. Martinez's Motion to Suppress Statements
     filed November 18, 2019 ........................................................ JA351

Defendant Barrera's Motion to Dismiss Counts 3 and 7 of the Indictment
     filed November 18, 2019 ........................................................ JA362

Defendant Barrera's Motion to Sever Defendants
     filed November 18, 2019 ........................................................ JA366

Defendant Barrera's Motion to Sever Counts
     filed November 18, 2019 ........................................................ JA372

Defendant Contreras's Motion to Dismiss
Counts 3 and 4 of the Indictment as Multiplicitous
     filed November 18, 2019 ........................................................ JA376

Defendant Contreras's Memorandum in Support of Motion to Dismiss
Counts 3 and 4 of the Indictment as Multiplicitous
     filed November 18, 2019 ........................................................ JA378

Defendant H. Martinez's Motion to Suppress All Evidence
Derived from Illegal Arrest of Defendant
     filed November 18, 2019 ........................................................ JA382

Defendant H. Martinez's Memorandum on Supplemental Authority
To Defendant's Motion to Suppress Evidence Seized from
Search of Cellular Phone
     filed January 1, 2020 .............................................................. JA392

Government's Response in Opposition to Defendant Barrera's
Motion to Dismiss Counts 3 and 7 of the Indictment
   filed January 3, 2020...............................................................JA396

Government's Response in Opposition to Defendant Contreras's
Motion for Disclosure of Identities of Confidential Informants
   filed January 3, 2020...............................................................JA402

Government's Response in Opposition to Defendant Barrera's Motion
To Sever Counts
   filed January 3, 2020...............................................................JA410

Government's Omnibus Response in Opposition to Defendants' Motions
To Sever Defendants
   filed January 3, 2020...............................................................JA420

Government's Response in Opposition to Defendant Contreras's Motion
To Dismiss Counts 3 and 4 of the Indictment
   filed January 3, 2020...............................................................JA433

Order of
The Honorable Rossie D. Alston, Jr.
Re: Denying Defendant Barrera's Motion to Dismiss
Counts Three and Seven of Indictment
   filed January 8, 2020...............................................................JA441

Order of
The Honorable Rossie D. Alston, Jr.
Re: Denying Defendant Aguilar's Motion to Disclose Identities of each
Cooperator or Confidential Informant
   filed January 9, 2020...............................................................JA444

Order of
The Honorable Rossie D. Alston, Jr.
Re: Denying Defendant Contreras's Motion to Dismiss Counts 3 and 4
Of the Indictment as Multiplicitous
   filed February 14, 2020 ..........................................................JA447

Order of
The Honorable Rossie D. Alston, Jr.
Re: Granting Government's Motion for Speedy Trial
　　　filed February 20, 2020 ......................................................... JA451

Transcript of Motions Hearing before
The Honorable Rossie D. Alston, Jr.
　　　on February 21, 2020 ............................................................ JA452

Order of
The Honorable Rossie D. Alston, Jr.
Re: Speedy Trial Time
　　　filed February 21, 2020 ......................................................... JA527

Order of
The Honorable Rossie D. Alston, Jr.
Re: Various Motions, Including Severance
　　　filed February 24, 2020 ......................................................... JA529

Memorandum Opinion of
The Honorable Rossie D. Alston, Jr.
Re: Severance of Defendants
　　　filed March 2, 2020 ............................................................... JA534

Government's Consent Motion to Cancel Scheduled Hearing
Re: Defendant Contreras's Motion to Suppress
　　　filed March 21, 2020 ............................................................. JA544

Order of
The Honorable Rossie D. Alston, Jr.
Re: Granting Government's Consent Motion to Cancel Scheduled Hearing
　　　filed March 26, 2020 ............................................................. JA548

Order of
The Honorable Rossie D. Alston, Jr.
Re: Denying Defendant Contreras's Motion to Suppress
　　　filed May 6, 2020 ................................................................. JA550

Order of
The Honorable Rossie D. Alston, Jr.
Re: Defendants' Motions to Continue
　　　filed July 28, 2020 .................................................................. JA558

Order of
The Honorable Rossie D. Alston, Jr.
Re: Speedy Trial Time
　　　filed September 14, 2020 ....................................................... JA563

Transcript of Suppression Hearing (Defendant H. Martinez) before
The Honorable Rossie D. Alston, Jr.
　　　on February 23, 2021 ............................................................. JA564

　　Testimony of Agent Christopher Pixton:

　　Direct Examination by Ms. Stam ............................................ JA578
　　Cross Examination by Mr. King............................................. JA591
　　Redirect Examination by Ms. Stam....................................... JA603

　　Testimony of Agent Carlos Fontanez:

　　Direct Examination by Ms. Stam ............................................ JA605
　　Cross Examination by Mr. King............................................. JA646
　　Cross Examination by Mr. Beckman........................................ JA675
　　Redirect Examination by Ms. Stam....................................... JA693

　　Testimony of Megan Atkins:

　　Direct Examination by Ms. Stam ............................................ JA695
　　Cross Examination by Mr. King............................................. JA703

　　Testimony of Agent William Allen:

　　Direct Examination by Mr. King............................................. JA707

　　Testimony of John O'Donoghue:

　　Direct Examination by Mr. Twist............................................ JA711
　　Cross Examination by Ms. Bellows ....................................... JA725

Transcript of Suppression Hearing (Defendant H. Martinez) before
The Honorable Rossie D. Alston, Jr.
     on February 23, 2021, continued:

     Testimony of Jackie Ferrufino:

     Direct Examination by Mr. Twist............................................................JA739
     Cross Examination by Ms. Stam ............................................................JA742

     Testimony of Jenny Perez:

     Direct Examination by Mr. King............................................................JA745
     Cross Examination by Ms. Bellows .......................................................JA754

     Testimony of Erlinda Portillo-Martinez:

     Direct Examination by Mr. King............................................................JA762
     Cross Examination by Ms. Stam ............................................................JA773

Minute Entry for Criminal Motion Hearing before
The Honorable Rossie D. Alston, Jr.,
With Attachments,
     filed February 23, 2021 ..........................................................................JA797

     Attachments:

     1.     Government Admitted Exhibits 1-8 ............................................JA799

     2.     Defendant Admitted Exhibits 1.1-3.1 .........................................JA831

     3.     Defendant Admitted Exhibits 3-8 ...............................................JA839

Defendant Ferrera's Motion to Continue Trial
     filed March 5, 2021.................................................................................JA845

Defendant H. Martinez's Second Motion to Continue Trial
     filed March 8, 2021.................................................................................JA853

Order of
The Honorable Rossie D. Alston, Jr.
Re: Granting Defendant's Motion to Continue the Trial
    filed March 11, 2021................................................................JA862

Defendant Berrera's Motion *In Limine* to Exclude Evidence
Pursuant to Rule 403
    filed March 15, 2021................................................................JA864

Defendant Berrera's Motion *In Limine* to Strike Expert Designation
    filed March 15, 2021................................................................JA868

Defendant Berrera's Motion *In Limine* to Exclude Irrelevant Evidence
    filed March 15, 2021................................................................JA873

Order of
The Honorable Rossie D. Alston, Jr.
Re: Granting Defendant's Motion to Continue the Trial
    filed March 23, 2021................................................................JA878

Defendant H. Martinez's Reply to Government's Supplemental Response
In Opposition to Defendant's Motions to Suppress
    filed March 30, 2021................................................................JA880

Government's Motion to Admit Certain Evidence at Trial of
Non-Capital Defendants
    filed June 25, 2021................................................................JA899

**VOLUME 3 OF 21**

Defendant Barrera's Response to Government's Motion
To Admit Certain Evidence at Trial of Non-Capital Defendants
    filed July 9, 2021 ................................................................JA921

Defendant Herrera's Response to Government's Motion
To Admit Certain Evidence at Trial of Non-Capital Defendants
    filed July 9, 2021 ................................................................JA925

Government's Response in Opposition to Defendant Barrera's Motion
*In Limine* To Exclude Irrelevant Evidence
     filed July 9, 2021 ................................................................. JA931

Government's Response in Opposition to Defendant Berrera's Motion
*In Limine* to Exclude Evidence Pursuant to Rule 403
     filed July 9, 2021 ................................................................. JA940

Government's Response in Opposition to Defendant Berrera's Motion
*In Limine* to Strike Expert Designation
     filed July 9, 2021 ................................................................. JA953

Defendant Berrera's Omnibus Reply to Government's Responses
In Opposition
     filed July 14, 2021 ................................................................ JA961

Government's Reply in Support of Motion to Admit
Certain Evidence at Trial of Non-Capital Defendants
     filed July 14, 2021 ................................................................ JA966

Transcript of Faretta Hearing before
The Honorable Rossie D. Alston, Jr.
     on July 16, 2021 ................................................................... JA976

Minute Entry for Criminal Motion Hearing before
The Honorable Rossie D. Alston, Jr.
     filed July 16, 2021 .............................................................. JA1028

Order of
The Honorable Rossie D. Alston, Jr.
Re:  Pretrial Motions
     filed July 26, 2021 .............................................................. JA1030

Defendants' Joint Constitutional Objections to Proposed Exhibits
     filed August 5, 2021 ........................................................... JA1034

Defendant Barrera's Objection to the Government's Intent
To Introduce Statements
     filed August 10, 2021 ......................................................... JA1040

Government's Response in Opposition to Defendants' Joint Constitutional
Objections to Proposed Exhibits
        filed August 17, 2021 ..........................................................JA1043

Government's Response in Opposition to Defendants' Joint Constitutional
Objections to Proposed Exhibits
        filed August 23, 2021 ..........................................................JA1060

Transcript of Faretta Hearing before
The Honorable Rossie D. Alston, Jr.
        on August 26, 2021..............................................................JA1071

Order of
The Honorable Rossie D. Alston, Jr.
Re: Granting Defendants' Motions to Continue Trial
        filed August 27, 2021 ..........................................................JA1136

Order of
The Honorable Rossie D. Alston, Jr.
Re: Denying Defendant Barrera's Motion to Strike Expert Designation
        filed September 8, 2021........................................................JA1141

Order of
The Honorable Rossie D. Alston, Jr.
Re: Granting Government's Motion for Speedy Trial
        filed September 10, 2021......................................................JA1145

Memorandum Opinion and Order of
The Honorable Rossie D. Alston, Jr.
Re: Denying Defendant H. Martinez's Motion to Suppress
        filed October 19, 2021 ........................................................JA1147

Order of
The Honorable Rossie D. Alston, Jr.
Re: Speedy Trial Time
        filed October 20, 2021 ........................................................JA1167

Order of
The Honorable Rossie D. Alston, Jr.
Re: Granting Government's Motion for Speedy Trial
    filed January 27, 2022 ............................................................. JA1169

Defendant Barrera's Second Motion to Strike Expert Designation
    filed March 31, 2022 ............................................................... JA1172

Government's Response in Opposition to Defendant Barrera's
Second Motion to Strike Expert Designation
    filed April 1, 2022 .................................................................. JA1176

Order of
The Honorable Rossie D. Alston, Jr.
Re: Pretrial Motions
    filed April 7, 2022 .................................................................. JA1181

Transcript of Motions Hearing before
The Honorable Rossie D. Alston, Jr.
    on April 20, 2022 ................................................................... JA1189

Minute Entry for Criminal Hearing before
The Honorable Rossie D. Alston, Jr.
    filed April 20, 2022 ............................................................... JA1244

Order of
The Honorable Rossie D. Alston, Jr.
Re: Pretrial Motions
    filed May 2, 2022 ................................................................... JA1245

Order of
The Honorable Rossie D. Alston, Jr.
Re: Overruling Defendants' Constitutional Objections to the Admission of
Recorded Material
    filed May 4, 2022 ................................................................... JA1258

Order of
The Honorable Rossie D. Alston, Jr.
Re: Pretrial Motions
    filed May 6, 2022 ................................................................... JA1265

**VOLUME 4 OF 21**

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
     on May 11, 2022 ................................................................JA1290

    Testimony of Ricardo Guzman:

    Direct Examination by Mr. Blanchard ...............................JA1299
    Cross Examination by Mr. Jenkins.....................................JA1354
    Cross Examination by Ms. Manitta ....................................JA1380
    Cross Examination by Mr. Kiyonaga ..................................JA1395
    Cross Examination by Mr. Vangellow .................................JA1402
    Cross Examination by Mr. Brodnax ....................................JA1410
    Redirect Examination by Mr. Blanchard.............................JA1415

    Testimony of Thomas Buckley:

    Direct Examination by Ms. Stam ........................................JA1423
    Cross Examination by Mr. Leiva.........................................JA1434

    Testimony of Genaro Sen Garcia:

    Direct Examination by Ms. Stam ........................................JA1439
    Cross Examination by Mr. Jenkins......................................JA1468
    Cross Examination by Ms. Manitta .....................................JA1479
    Cross Examination by Mr. Brodnax .....................................JA1485
    Redirect Examination by Ms. Stam .....................................JA1488

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
     on May 12, 2022 ................................................................JA1501

    Testimony of Matthew Armstrong:

    Direct Examination by Mr. Blanchard ...............................JA1507
    Cross Examination by Mr. Leiva.........................................JA1520
    Redirect Examination by Mr. Blanchard.............................JA1530

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
    on May 12, 2022, continued:

Testimony of Jaime Rosales:

Direct Examination by Mr. Blanchard ................................................JA1533
Cross Examination by Mr. Leiva.......................................................JA1557
Cross Examination by Mr. Manitta ....................................................JA1570
Cross Examination by Mr. Stewart ....................................................JA1575
Cross Examination by Mr. Easley ......................................................JA1580
Redirect Examination by Mr. Blanchard............................................JA1584

Testimony of Silvia Escobar Mendez:

Direct Examination by Ms. Stam .......................................................JA1595
Cross Examination by Mr. Leiva.......................................................JA1599

Testimony of Edgar Blanco Torres:

Direct Examination by Ms. Bellows...................................................JA1603

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
    on May 13, 2022 .................................................................JA1654

Testimony of Edgar Blanco Torres:

Cross Examination by Mr. Leiva.......................................................JA1660
Cross Examination by Mr. Winograd.................................................JA1679
Cross Examination by Mr. Twist.......................................................JA1685
Cross Examination by Mr. Brodnax ...................................................JA1685
Cross Examination by Mr. Stewart ....................................................JA1686
Redirect Examination by Ms. Bellows...............................................JA1692

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
on May 13, 2022, continued:

Testimony of Karla Triminio:

Direct Examination by Ms. Bellows....................................................JA1715
Cross Examination by Mr. Leiva.......................................................JA1752
Cross Examination by Ms. Manitta ....................................................JA1760
Redirect Examination by Ms. Bellows................................................JA1765

Testimony of Johnnie Benningfield:

Direct Examination by Ms. Bellows....................................................JA1766

## VOLUME 5 OF 21

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
on May 17, 2022 ......................................................................JA1816

Testimony of Johnnie Benningfield:

Direct Examination by Ms. Bellows....................................................JA1824
Cross Examination by Mr. Leiva.......................................................JA1836
Redirect Examination by Ms. Manitta.................................................JA1842
Redirect Examination by Ms. Bellows................................................JA1849

Testimony of Michael Furr:

Direct Examination by Ms. Bellows....................................................JA1857

Testimony of Paul Fisher:

Direct Examination by Ms. Stam ......................................................JA1875

Testimony of Josue Vigil Mejia:

Direct Examination by Ms. Bellows....................................................JA1903

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
  on May 18, 2022 ...................................................................... JA1960

  Testimony of Josue Vigil Mejia:

  Direct Examination by Ms. Bellows.................................... JA1965

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
  on May 19, 2022 ...................................................................... JA2104

  Testimony of Josue Vigil Mejia:

  Direct Examination by Ms. Bellows.................................... JA2111

## VOLUME 6 OF 21

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
  on May 20, 2022 ...................................................................... JA2233

  Testimony of Josue Vigil Mejia:

  Direct Examination by Ms. Bellows.................................... JA2247
  Cross Examination by Mr. Leiva........................................ JA2300

Government's Motion to Preclude Argument, Evidence, and
Instruction on Duress Defense
  filed May 30, 2022 ............................................................... JA2356

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
on May 31, 2022 .......................................................................JA2371

Testimony of Josue Vigil Mejia:

Cross Examination by Mr. Leiva.............................................JA2379
Cross Examination by Ms. Manitta ........................................JA2402
Cross Examination by Mr. Twist............................................JA2425
Cross Examination by Mr. Vangellow ....................................JA2427
Cross Examination by Mr. Brodnax .......................................JA2439
Redirect Examination by Ms. Bellows ...................................JA2447

Testimony of Richard Keys:

Direct Examination by Ms. Blanchard ...................................JA2465

Testimony of Dominic Dinisio:

Direct Examination by Mr. Blanchard ...................................JA2470
Cross Examination by Mr. Vangellow ....................................JA2481

Testimony of Fernando Jaramillo:

Direct Examination by Mr. Blanchard ...................................JA2482
Cross Examination by Mr. Vangellow ....................................JA2496
Redirect Examination by Mr. Blanchard.................................JA2502

Testimony of Moris Castro Coreas:

Direct Examination by Mr. Blanchard ...................................JA2504

Transcript of Jury Trial Proceedings, AM-1, before
The Honorable Rossie D. Alston, Jr.
on June 1, 2022 ........................................................................JA2546

Testimony of Moris Castro Coreas:

Direct Examination by Mr. Blanchard ...................................JA2552

Transcript of Jury Trial Proceedings, AM-2/PM, before
The Honorable Rossie D. Alston, Jr.
  on June 1, 2022 ...................................................................................JA2565

  Testimony of Moris Castro Coreas:

  Direct Examination by Mr. Blanchard ...............................JA2569
  Cross Examination by Mr. Leiva.........................................JA2681
  Cross Examination by Ms. Manitta ....................................JA2713


**VOLUME 7 OF 21**

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
  on June 2, 2022 ...................................................................................JA2738

  Testimony of Moris Castro Coreas:

  Cross Examination by Mr. Twist.........................................JA2743
  Cross Examination by Mr. Vangellow ...............................JA2746
  Redirect Examination by Mr. Blanchard............................JA2775

  Testimony of Yonathan Melgar Martinez:

  Direct Examination by Ms. Bellows....................................JA2805

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
  on June 3, 2022 ...................................................................................JA2896

  Testimony of Yonathan Melgar Martinez:

  Direct Examination by Ms. Bellows....................................JA2902
  Cross Examination by Mr. Leiva.........................................JA2959
  Cross Examination by Mr. Winograd..................................JA2999
  Cross Examination by Mr. Twist.........................................JA3009
  Cross Examination by Mr. Stewart .....................................JA3010
  Redirect Examination by Ms. Bellows................................JA3021

Transcript of Jury Trial Proceedings, Morning Session, before
The Honorable Rossie D. Alston, Jr.
   on June 9, 2022 .......................................................................JA3041

   Testimony of Anderson Jose Villatoro Rivera:

   Direct Examination by Ms. Stam ..........................................JA3059

Transcript of Jury Trial Proceedings, Afternoon Session, before
The Honorable Rossie D. Alston, Jr.
   on June 9, 2022 .......................................................................JA3139

   Testimony of Anderson Jose Villatoro Rivera:

   Direct Examination by Ms. Stam ..........................................JA3141
   Cross Examination by Mr. Leiva............................................JA3164
   Cross Examination by Mr. Winograd.....................................JA3190
   Cross Examination by Mr. Vangellow ...................................JA3199


**VOLUME 8 OF 21**

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
   on June 10, 2022 .....................................................................JA3211

   Testimony of Anderson Jose Villatoro Rivera:

   Cross Examination by Mr. Vangellow ...................................JA3216
   Cross Examination by Mr. Easley .........................................JA3224
   Redirect Examination by Ms. Stam.......................................JA3240

   Testimony of Francisco Manuel Avila Avalos:

   Direct Examination by Ms. Stam ..........................................JA3252

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
on June 13, 2022 ...................................................................JA3309

Testimony of Francisco Manuel Avila Avalos:

Direct Examination by Ms. Stam .........................................JA3312
Cross Examination by Mr. Leiva..........................................JA3358
Cross Examination by Ms. Manitta ......................................JA3381
Redirect Examination by Ms. Stam......................................JA3395

Testimony of Fredys Baires Abarca:

Direct Examination by Mr. Blanchard ................................JA3406

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
on June 14, 2022 ...................................................................JA3469

Testimony of Fredys Baires Abarca:

Cross Examination by Mr. Winograd....................................JA3474
Cross Examination by Mr. Leiva..........................................JA3481
Redirect Examination by Mr. Blanchard.............................JA3489

Testimony of Jesus Delgado (Outside the Presence of the Jury):

Direct Examination by Mr. Blanchard ................................JA3497
Cross Examination by Mr. Vangellow .................................JA3512
Cross Examination by Mr. Leiva..........................................JA3514
Cross Examination by Mr. Easley ........................................JA3517
Redirect Examination by Mr. Blanchard.............................JA3531

Testimony of Jesus Delgado (Within the Presence of the Jury):

Direct Examination by Mr. Blanchard ................................JA3546
Cross Examination by Mr. Stewart ......................................JA3580
Cross Examination by Mr. Easley ........................................JA3597
Cross Examination by Mr. Winograd....................................JA3610
Redirect Examination by Mr. Blanchard.............................JA3612

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
on June 14, 2022, continued:

Testimony of Raymond Eugene Betts:

Direct Examination by Mr. Blanchard .................................................JA3619

Testimony of Stacy Sassano-Regan:

Direct Examination by Mr. Blanchard .................................................JA3664
Cross Examination by Mr. Jenkins....................................................JA3676
Cross Examination by Mr. Manitta ....................................................JA3682
Cross Examination by Mr. Vangellow .................................................JA3688
Redirect Examination by Mr. Blanchard............................................JA3690

Testimony of Fernando Uribe:

Direct Examination by Mr. Blanchard .................................................JA3695
Cross Examination by Mr. Vangellow .................................................JA3722
Redirect Examination by Mr. Blanchard............................................JA3724

**VOLUME 9 OF 21**

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
on June 15, 2022 ..................................................................................JA3731

Testimony of Jason Huggins:

Direct Examination by Ms. Stam .......................................................JA3736

Testimony of Mike Lamper:

Direct Examination by Mr. Blanchard .................................................JA3746

Testimony of Derek Hardy:

Direct Examination by Mr. Blanchard .................................................JA3783

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
on June 15, 2022, continued:

Testimony of Jocelyn Posthumus:

Direct Examination by Mr. Blanchard .................................................JA3828
Cross Examination by Mr. Vangellow .................................................JA3866

Testimony of David Hunt:

Direct Examination by Mr. Blanchard .................................................JA3879
Cross Examination by Mr. Vangellow .................................................JA3915

Testimony of Michael Sears:

Direct Examination by Ms. Stam .........................................................JA3926
Cross Examination by Mr. Brodnax .....................................................JA3939

Testimony of Hugo Salazar:

Direct Examination by Ms. Stam .........................................................JA3945
Cross Examination by Mr. Brodnax .....................................................JA3954

Transcript of Jury Trial Proceedings (AM) before
The Honorable Rossie D. Alston, Jr.
on June 16, 2022 .................................................................................JA3965

Testimony of Paul Lee:

Direct Examination by Ms. Bellows.....................................................JA3969

Transcript of Jury Trial Proceedings (PM) before
The Honorable Rossie D. Alston, Jr.
on June 16, 2022 ...............................................................................JA4077

Testimony of Paul Lee:

Cross Examination by Mr. Leiva.......................................................JA4081
Cross Examination by Ms. Manitta ...................................................JA4089
Cross Examination by Mr. Vangellow ...............................................JA4100
Cross Examination by Mr. Brodnax ...................................................JA4103
Cross Examination by Ms. Bellows ...................................................JA4109

Testimony of Megan Atkins:

Direct Examination by Ms. Stam .......................................................JA4116
Cross Examination by Mr. Jenkins.....................................................JA4147
Cross Examination by Mr. Kiyonaga ..................................................JA4154

Testimony of Ryan Miller:

Direct Examination by Mr. Blanchard ...............................................JA4158
Cross Examination by Mr. Jenkins.....................................................JA4179
Redirect Examination by Mr. Blanchard............................................JA4183


**VOLUME 10 OF 21**

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
on June 17, 2022 ...............................................................................JA4189

Testimony of Ryan Lamb:

Direct Examination by Mr. Blanchard ...............................................JA4201
Cross Examination by Mr. Brodnax...................................................JA4227
Redirect Examination by Mr. Blanchard............................................JA4233

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
on June 17, 2022, continued:

Testimony of Jenna Walker:

Direct Examination by Mr. Blanchard ................................................JA4235
Cross Examination by Mr. Winograd...................................................JA4266
Cross Examination by Mr. Twist.........................................................JA4272
Cross Examination by Mr. Vangellow .................................................JA4273
Redirect Examination by Mr. Blanchard..............................................JA4280

Testimony of Claudia Dubravetz:

Direct Examination by Ms. Bellows....................................................JA4283

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
on June 21, 2022 ................................................................................JA4388

Testimony of Claudia Dubravetz:

Direct Examination by Ms. Bellows....................................................JA4395

Testimony of Richard Fennern:

Direct Examination by Mr. Blanchard ................................................JA4454
Cross Examination by Mr. Jenkins......................................................JA4544
Cross Examination by Mr. Vangellow .................................................JA4553
Cross Examination by Ms. Rhodes .....................................................JA4556
Redirect Examination by Mr. Blanchard..............................................JA4561

Testimony of Claudia Dubravetz:

Direct Examination by Ms. Bellows....................................................JA4564

## VOLUME 11 OF 21

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
   on June 22, 2022 ................................................................... JA4638

   Testimony of Claudia Dubravetz:

   Direct Examination by Ms. Bellows.................................................... JA4644

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
   on June 23, 2022 ................................................................... JA4887

   Testimony of Claudia Dubravetz:

   Cross Examination by Mr. Leiva.......................................................... JA4892
   Cross Examination by Mr. Winograd.................................................... JA4942
   Cross Examination by Mr. Easley ....................................................... JA4976
   Redirect Examination by Ms. Bellows................................................ JA4982

   Testimony of Carlos Fontanez:

   Direct Examination by Ms. Stam ....................................................... JA5005

## VOLUME 12 OF 21

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
   on June 24, 2022 ................................................................... JA5134

   Testimony of Carlos Fontanez:

   Direct Examination by Ms. Stam ....................................................... JA5141
   Cross Examination by Mr. Jenkins.................................................... JA5160
   Cross Examination by Mr. Kiyonaga ................................................ JA5206
   Redirect Examination by Ms. Stam.................................................... JA5215

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
     on June 24, 2022, continued:

     Testimony of Raymond Betts:

     Direct Examination by Ms. Rhodes.....................................................JA5249
     Cross Examination by Mr. Blanchard .................................................JA5253

     Testimony of Carlos Fontanez:

     Direct Examination by Mr. Twist.......................................................JA5255

Government's Response in Opposition to Defendant H. Martinez's
Additional Proposed Jury Instructions,
With Exhibit,
     filed June 26, 2022...................................................................................JA5299

     Exhibit:

     A.    Defendant H. Martinez's Additional Proposed Jury Instructions
          dated June 25, 2022.........................................................JA5308

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
     on June 27, 2022 ....................................................................................JA5313

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
     on June 28, 2022 ....................................................................................JA5581

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
     on June 29, 2022 ....................................................................................JA5620

Order of
The Honorable Rossie D. Alston, Jr.
Re: Granting Government's Motion to Preclude Argument
Or a Jury Instruction on a Duress Defense
     filed June 29, 2022...................................................................................JA5627

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
on June 30, 2022 ................................................................. JA5630


**VOLUME 13 OF 21**

Transcript of Jury Trial Proceedings (Verdict) before
The Honorable Rossie D. Alston, Jr.
on July 1, 2022 ................................................................... JA5640

Government's Exhibits:

2-1E1 to 2-1E26      Photographs taken on March 1, 2017 of Holmes
                     Run Stream Valley Park and area surrounding
                     Site #2 ................................................................. JA5678

2-1S1 to 2-1S23      Photographs taken on March 1, 2017 of Holmes
                     Run Stream Valley Park and area surrounding
                     Site #1 ................................................................. JA5704

2-2E1 to 2-2E137     Photographs taken on March 2, 2017 of Site #2 ... JA5727

2-2S1 to 2-2S124     Photographs taken on March 2, 2017 of Site #1 ... JA5864

2-3S1 to 2-3S6       Photographs taken on March 3, 2017 of Site #1 ... JA5988

4-1A                 Report of Autopsy for decedent E.E.E.M. ........................ JA5994

4-2A                 Photograph of body recovery tag for human remains of
                     E.E.E.M. ......................................................... JA6008

4-2B                 Photograph of miscellaneous items recovered from
                     human remains taken in connection with the autopsy of
                     E.E.E.M. ......................................................... JA6009

4-2C to 4-2AA        Photographs of clothing recovered from human
                     remains taken in connection with the autopsy of
                     E.E.E.M. ......................................................... JA6010

Government's Exhibits, continued:

4-2BB to 4-2QQ   Photographs of human remains taken during the
autopsy of E.E.E.M.................................................JA6035

5-1A        Report of Autopsy for decedent S.A.A.T. .......................JA6051

5-2A        Photograph of body recovery tag for human remains of
S.A.A.T. .............................................................................JA6058

5-2B to 5-2EE   Photographs of clothing recovered from or near to
human remains of S.A.A.T.....................................JA6059

5-2FF to 5-2GG   Photographs of human remains taken in connection
with the autopsy of S.A.A.T. .................................JA6089

**VOLUME 14 OF 21**

Government's Exhibits, continued:

8-1A        Photographs of E.E.E.M. .................................................JA6091

8-2A        Photographs of S.A.A.T....................................................JA6092

11-5A       Facebook Messenger communications with Guanako
Torrez from 8/27/16 to 8/28/16 and translation (pp. 3250-
3258) ...............................................................................JA6093

12-11       Facebook Messenger communications with Morenito
Martinez from 9/22/16 to 9/26/16 and translation (pp. 96-
104) ................................................................................JA6102

12-13A      Facebook Messenger communications with Erick Torres
on 9/26/16 and translation (pp. 398-413)........................JA6111

14-4A      Facebook Messenger communications with Catrachito
Triminio from 8/2/16 to 8/6/16 and translation (pp. 918-
936) ...............................................................................JA6127

Government's Exhibits, continued:

14-5A     Facebook Messenger communications with Danilo Perez
from 9/8/16 to 9/16/16 and translation
(pp. 1536-1543).................................................................JA6151

14-8A     Facebook Messenger communications with Joster Hrndz
from 8/21/16 to 9/3/16 and translation
(pp. 1573-1579)................................................................JA6165

14-10A   Facebook Messenger communications with Joster Hrndz
from 9/17/16 to 9/29/16 and translation
(pp. 1602-1604)................................................................JA6178

15-16A   Facebook Messenger communications with Ludwin Cruz
on 9/7/16 and 9/27/16 and translation
(pp. 2411-2412)................................................................JA6183

15-19A   Facebook Messenger communications with Erick
Contreras from 9/20/16 to 9/21/16 and translation (pp.
984-999)...........................................................................JA6186

15-26A   Facebook Messenger communications with Morenito
Martinez from 9/3/16 to 9/8/16 and translation (pp. 1175-
1179) ...............................................................................JA6204

16-13A   Facebook Messenger communications with Jose Vigil
from 7/13/16 to 7/15/16 and translation
(pp. 5954-5957)................................................................JA6213

17-16A   Facebook Messenger communications with
100004818043795 on 10/29/16 (p. 129).........................JA6219

18-10A   Facebook Messenger communications with Rolando
Cuadras on 10/13/16 and translation (pp. 305-308) ........JA6221

25-4A     Facebook Messenger communications with Morenito
Martinez from 9/13/16 to 9/14/16 and translation (pp.
125-129)...........................................................................JA6229

Government's Exhibits, continued:

25-6        Facebook Messenger communications with El Sarco
            Flores on 9/18/16 and translation (p. 89) ........................ JA6235

26-11       Searches on 2/1/18 (p. 278) ............................................. JA6236

30-8A       Facebook Messenger communications with Morenito
            Martinez from 8/29/16 to 8/30/16 and translation (pp.
            982-986) ........................................................................... JA6237

31-7A       Facebook Messenger communications with Miguel
            Barrera from 9/15/16 to 9/19/16 and translation (pp. 361-
            365) .................................................................................. JA6242

40-5A       WhatsApp communications with
            15713651303@s.whatsapp.net (Memito1331) on 8/31/16
            and translation ................................................................. JA6248

41-4A       Extraction report of data file, namely, a video named
            IMG_7624.MOV ............................................................... JA6249

41-4C       Transcript and translation of audio heard on
            IMG_7624.MOV saved on iCloud of account with Apple
            ID franciscoavila920@gmail.com .................................... JA6250

47-3A to 47-3E     Photographs from Google account
            Memito1331@gmail.com .................................................. JA6251

48          CAST Report regarding Google location for Google
            accounts Henrryzm31@gmail.com,
            Sorto13oskal@gmail.com, and
            Desconocidotambien2424@gmail.com ........................... JA6256

50-5        User accounts report ........................................................ JA6298

50-8A       WhatsApp communications with
            50375763856@s.whatsapp.net from 8/28/16 to 8/29/16
            and translation ................................................................. JA6301

Government's Exhibits, continued:

50-9A        WhatsApp communications with
             50375763856@s.whatsapp.net from 8/28/16
             to 8/29/16 ........................................................................ JA6307

51-9         SMS message sent to 571-365-1303 at 10:23:15 pm on
             9/26/16 ............................................................................ JA6311

51-12C       Transcript and translation of audio on 51-12A and 51-
             12B .................................................................................. JA6312

51-12D2      High glossy still image ..................................................... JA6313

51-13C       Transcript and translation of audio on 51-13A and 51-
             13B .................................................................................. JA6314

51-14A       Report of images of sector lists; Full-size images of
             sector lists ...................................................................... JA6315

51-15, 51-15A to 51-15G        Report of images of screenshots; Full-
             size images of screenshots ............................................. JA6316

52-5         User accounts report ........................................................ JA6324

53-3, 53-3A to 53-3G        Report of images of screenshots; Full-size
             images of screenshots ...................................................... JA6327

54-7         Facebook Messenger communications with "Elperverso
             Melendez" on 1/24/17 and translation ............................ JA6336

57-10, 57-10A1 to 57-10G2        Report of screenshots of online news;
             Full-size screenshots of online news and translations ..... JA6339

58-5         WhatsApp communications extracted from GEX 58-1
             and translations ............................................................... JA6354

80           Summary chart reflecting government exhibits that link
             phone numbers to particular individuals .......................... JA6360

86           Select toll records for 571-337-2688 .............................. JA6361

Government's Exhibits, continued:

87              Select toll records for 703-231-2883 ............................... JA6366

90-1          Excerpts from GEX 90 (Select toll records for 571-406-8905) ............................................................................ JA6371

104-1B       Transcript and translation of GEX 104-1A (Audio recording Ronald Herrera Contreras 11/30/17 interview) ........................................................................ JA6372

105-2B       Transcript and translation of statements made by Ronald Herrera Contreras during 7/2/18 post-arrest interview .... JA6374

105-3B       Transcript and translation of statements made by Ronald Herrera Contreras during 7/2/18 post-arrest interview .... JA6375

105-4B       Transcript and translation of statements made by Ronald Herrera Contreras during 7/2/18 post-arrest interview .... JA6377

105-5B       Transcript and translation of statements made by Ronald Herrera Contreras during 7/2/18 post-arrest interview .... JA6379

105-6B       Transcript and translation of statements made by Ronald Herrera Contreras during 7/2/18 post-arrest interview .... JA6380

105-7B       Transcript and translation of statements made by Ronald Herrera Contreras during 7/2/18 post-arrest interview .... JA6382

105-8B       Transcript and translation of statements made by Ronald Herrera Contreras during 7/2/18 post-arrest interview .... JA6384

105-10B     Transcript and translation of statements made by Ronald Herrera Contreras during 7/2/18 post-arrest interview .... JA6389

105-11B     Transcript and translation of statements made by Ronald Herrera Contreras during 7/2/18 post-arrest interview .... JA6391

105-12B     Transcript and translation of statements made by Ronald Herrera Contreras during 7/2/18 post-arrest interview .... JA6392

<u>Government's Exhibits</u>, continued:

105-13B    Transcript and translation of statements made by Ronald Herrera Contreras during 7/2/18 post-arrest interview .... JA6393

105-14B    Transcript and translation of statements made by Ronald Herrera Contreras during 7/2/18 post-arrest interview .... JA6394

105-15B    Transcript and translation of statements made by Ronald Herrera Contreras during 7/2/18 post-arrest interview .... JA6395

105-16B    Transcript and translation of statements made by Ronald Herrera Contreras during 7/2/18 post-arrest interview .... JA6396

105-17B    Transcript and translation of statements made by Ronald Herrera Contreras during 7/2/18 post-arrest interview .... JA6397

105-18B    Transcript and translation of statements made by Ronald Herrera Contreras during 7/2/18 post-arrest interview .... JA6398

105-19B    Transcript and translation of statements made by Ronald Herrera Contreras during 7/2/18 post-arrest interview .... JA6400

105-20B    Transcript and translation of statements made by Ronald Herrera Contreras during 7/2/18 post-arrest interview .... JA6401

105-21B    Transcript and translation of statements made by Ronald Herrera Contreras during 7/2/18 post-arrest interview .... JA6402

105-22B    Transcript and translation of statements made by Ronald Herrera Contreras during 7/2/18 post-arrest interview .... JA6404

105-23B    Transcript and translation of statements made by Ronald Herrera Contreras during 7/2/18 post-arrest interview .... JA6406

105-24B    Transcript and translation of statements made by Ronald Herrera Contreras during 7/2/18 post-arrest interview .... JA6407

105-25B    Transcript and translation of statements made by Ronald Herrera Contreras during 7/2/18 post-arrest interview .... JA6408

Government's Exhibits, continued:

105-26B     Transcript and translation of statements made by Ronald
               Herrera Contreras during 7/2/18 post-arrest interview .... JA6409

105-27B     Transcript and translation of statements made by Ronald
               Herrera Contreras during 7/2/18 post-arrest interview .... JA6410

105-28B     Transcript and translation of statements made by Ronald
               Herrera Contreras during 7/2/18 post-arrest interview .... JA6411

105-29B     Transcript and translation of statements made by Ronald
               Herrera Contreras during 7/2/18 post-arrest interview .... JA6413

105-30B     Transcript and translation of statements made by Ronald
               Herrera Contreras during 7/2/18 post-arrest interview .... JA6414

105-31B     Transcript and translation of statements made by Ronald
               Herrera Contreras during 7/2/18 post-arrest interview .... JA6416

105-32B     Transcript and translation of statements made by Ronald
               Herrera Contreras during 7/2/18 post-arrest interview .... JA6417

105-33B     Transcript and translation of statements made by Ronald
               Herrera Contreras during 7/2/18 post-arrest interview .... JA6418

105-34B     Transcript and translation of statements made by Ronald
               Herrera Contreras during 7/2/18 post-arrest interview .... JA6421

105-35B     Transcript and translation of statements made by Ronald
               Herrera Contreras during 7/2/18 post-arrest interview .... JA6422

105-36B     Transcript and translation of statements made by Ronald
               Herrera Contreras during 7/2/18 post-arrest interview .... JA6423

105-37B     Transcript and translation of statements made by Ronald
               Herrera Contreras during 7/2/18 post-arrest interview .... JA6424

105-38B     Transcript and translation of statements made by Ronald
               Herrera Contreras during 7/2/18 post-arrest interview .... JA6425

Government's Exhibits, continued:

105-39B    Transcript and translation of statements made by Ronald
           Herrera Contreras during 7/2/18 post-arrest interview .... JA6426

107-2B     Transcript and translation statements made by Pablo
           Velasco Barrera during 6/12/18 post-arrest interview ..... JA6427

107-3B     Transcript and translation statements made by Pablo
           Velasco Barrera during 6/12/18 post-arrest interview ..... JA6430

107-4B     Transcript and translation statements made by Pablo
           Velasco Barrera during 6/12/18 post-arrest interview ..... JA6431

107-5B     Transcript and translation statements made by Pablo
           Velasco Barrera during 6/12/18 post-arrest interview ..... JA6432

107-6B     Transcript and translation statements made by Pablo
           Velasco Barrera during 6/12/18 post-arrest interview ..... JA6433

107-7B     Transcript and translation statements made by Pablo
           Velasco Barrera during 6/12/18 post-arrest interview ..... JA6436

107-8B     Transcript and translation statements made by Pablo
           Velasco Barrera during 6/12/18 post-arrest interview ..... JA6437

107-9B     Transcript and translation statements made by Pablo
           Velasco Barrera during 6/12/18 post-arrest interview ..... JA6438

109-2B     Transcript and translation of statements made by Henry
           Zelaya Martinez during 11/18/18 post-arrest interview .. JA6440

109-3B     Transcript and translation of statements made by Henry
           Zelaya Martinez during 11/18/18 post-arrest interview .. JA6443

109-4B     Transcript and translation of statements made by Henry
           Zelaya Martinez during 11/18/18 post-arrest interview .. JA6444

109-5B     Transcript and translation of statements made by Henry
           Zelaya Martinez during 11/18/18 post-arrest interview .. JA6446

Government's Exhibits, continued:

109-6B     Transcript and translation of statements made by Henry
            Zelaya Martinez during 11/18/18 post-arrest interview .. JA6448

109-7B     Transcript and translation of statements made by Henry
            Zelaya Martinez during 11/18/18 post-arrest interview .. JA6449

109-8B     Transcript and translation of statements made by Henry
            Zelaya Martinez during 11/18/18 post-arrest interview .. JA6451

109-9B     Transcript and translation of statements made by Henry
            Zelaya Martinez during 11/18/18 post-arrest interview .. JA6453

109-10B    Transcript and translation of statements made by Henry
            Zelaya Martinez during 11/18/18 post-arrest interview .. JA6454

110-1B     Transcript and translation of statements made by Elmer
            Zelaya Martinez during 5/24/18 post-arrest interview .... JA6455

110-2B     Transcript and translation of statements made by Elmer
            Zelaya Martinez during 5/24/18 post-arrest interview .... JA6457

110-3B     Transcript and translation of statements made by Elmer
            Zelaya Martinez during 5/24/18 post-arrest interview .... JA6459

110-4B     Transcript and translation of statements made by Elmer
            Zelaya Martinez during 5/24/18 post-arrest interview .... JA6461

110-5B     Transcript and translation of statements made by Elmer
            Zelaya Martinez during 5/24/18 post-arrest interview .... JA6463

110-6B     Transcript and translation of statements made by Elmer
            Zelaya Martinez during 5/24/18 post-arrest interview .... JA6464

110-7B     Transcript and translation of statements made by Elmer
            Zelaya Martinez during 5/24/18 post-arrest interview .... JA6467

110-8B     Transcript and translation of statements made by Elmer
            Zelaya Martinez during 5/24/18 post-arrest interview .... JA6468

Government's Exhibits, continued:

110-9B     Transcript and translation of statements made by Elmer
Zelaya Martinez during 5/24/18 post-arrest interview .... JA6469

110-10B    Transcript and translation of statements made by Elmer
Zelaya Martinez during 5/24/18 post-arrest interview .... JA6470

110-11B    Transcript and translation of statements made by Elmer
Zelaya Martinez during 5/24/18 post-arrest interview .... JA6471

110-12B    Transcript and translation of statements made by Elmer
Zelaya Martinez during 5/24/18 post-arrest interview .... JA6473

110-13B    Transcript and translation of statements made by Elmer
Zelaya Martinez during 5/24/18 post-arrest interview .... JA6474

110-14B    Transcript and translation of statements made by Elmer
Zelaya Martinez during 5/24/18 post-arrest interview .... JA6475

110-15B    Transcript and translation of statements made by Elmer
Zelaya Martinez during 5/24/18 post-arrest interview .... JA6476

110-16B    Transcript and translation of statements made by Elmer
Zelaya Martinez during 5/24/18 post-arrest interview .... JA6480

110-17B    Transcript and translation of statements made by Elmer
Zelaya Martinez during 5/24/18 post-arrest interview .... JA6481

110-18B    Transcript and translation of statements made by Elmer
Zelaya Martinez during 5/24/18 post-arrest interview .... JA6483

110-19B    Transcript and translation of statements made by Elmer
Zelaya Martinez during 5/24/18 post-arrest interview .... JA6484

110-20B    Transcript and translation of statements made by Elmer
Zelaya Martinez during 5/24/18 post-arrest interview .... JA6485

110-21B    Transcript and translation of statements made by Elmer
Zelaya Martinez during 5/24/18 post-arrest interview .... JA6487

Government's Exhibits, continued:

110-22B  Transcript and translation of statements made by Elmer
         Zelaya Martinez during 5/24/18 post-arrest interview .... JA6488

110-23B  Transcript and translation of statements made by Elmer
         Zelaya Martinez during 5/24/18 post-arrest interview .... JA6489

124-6    Page of Notes from Jesus Delgado ................................. JA6490

160-3    Chart showing photographs of defendants and co-
         conspirators as admitted through JVM ........................... JA6491

160-4    Chart showing photographs of defendants and co-
         conspirators with names and gang monikers .................. JA6492

## VOLUME OF 21

Defendant H. Martinez's Position on Sentencing
        filed September 20, 2022 ....................................................... JA6493

Government's Position on Sentencing as to Defendant H. Martinez
        filed September 21, 2022 ....................................................... JA6522

Transcript of Defendant H. Martinez's Sentencing Hearing before
The Honorable Rossie D. Alston, Jr.
        on September 28, 2022 ......................................................... JA6532

Defendant Ferrera's Notice of Appeal
        filed October 13, 2022 ......................................................... JA6554

Government's Position on Sentencing as to Defendant Contreras
        filed October 13, 2022 ......................................................... JA6556

Defendant Contreras's Position on Sentencing
        filed October 13, 2022 ......................................................... JA6567

Government's Position on Sentencing as to Defendant Barrera
        filed October 19, 2022 ......................................................... JA6575

Defendant Barrera's Position on Sentencing
        filed October 20, 2022 ..........................................................JA6586

Transcript of Defendant Contrera's Sentencing Hearing before
The Honorable Rossie D. Alston, Jr.
        on October 20, 2022 ..........................................................JA6595

Transcript of Defendant Barrera's Sentencing Hearing before
The Honorable Rossie D. Alston, Jr.
        on October 26, 2022 ..........................................................JA6615

Defendant Barrera's Notice of Appeal
        filed November 2, 2022 ......................................................JA6647

Defendant Contreras' Notice of Appeal
        filed November 3, 2022 ......................................................JA6649

Judgment in a Criminal Case as to Defendant E. Martinez
        filed December 21, 2022 .....................................................JA6651

Judgment in a Criminal Case as to Defendant H. Martinez
        filed December 21, 2022 .....................................................JA6658

Judgment in a Criminal Case as to Defendant Barrera
        filed December 21, 2022 .....................................................JA6665

Judgment in a Criminal Case as to Defendant Ferrera
        filed December 21, 2022 .....................................................JA6672

Judgment in a Criminal Case as to Defendant Contreras
        filed December 21, 2022 .....................................................JA6679

Defendant H. Martinez's Notice of Appeal
        filed December 29, 2022 .....................................................JA6686

Defendant Ferrera's Notice of Appeal
        filed December 31, 2022 .....................................................JA6688

Defendant E. Martinez's Notice of Appeal
        filed January 10, 2023..........................................................JA6690

**VOLUME 16 OF 21 (MEDIA)**[1]

Government's Exhibits from Suppression Hearing (Defendant H. Martinez)
    on February 23, 2021:

    2A.    Video Clip of Recorded Interview ............................................. JA6692

    2B.    Video Clip of Recorded Interview ............................................. JA6693

Government's Trial Exhibits:

    41-4B      Video named IMG_7624.MOV saved on iCloud of
             account with Apple ID franciscoavila920@gmail.com ... JA6694

    51-12B      Enhanced video of murder (VID-20160927-WA0018
             Enhanced.mov) ............................................................ JA6695

    51-13B      Enhanced video of murder (VID-20160927-WA0017
             Enhanced.mov) ............................................................ JA6696

    124-2      Clip of recording of dining area at the Alexandria Adult
             Detention Center on June 29, 2019 (15:48 to 15:50) -
             Multimedia exhibit (video clip) ...................................... JA6697

---

[1] Exhibits are in .mp4, .wmv, and .MOV file format. A virus detection program, VIPRE Endpoint Security Version 13.1.8510, has been run on the electronic files and no virus was detected.

**VOLUME 17 OF 21 (SEALED - BARRERA)**

Exhibits to Government's Response in Opposition to Defendants'
Joint Constitutional Objections to Proposed Exhibits
     filed August 17, 2021:

     Sealed Exhibit 1 ................................................................................ JA6698

     Sealed Exhibit 2 ................................................................................ JA6703

Draft Presentence Investigation Report as to Defendant Barrera
     filed September 19, 2022 ................................................................... JA6709

Final Presentence Investigation Report as to Defendant Barrera
     filed October 14, 2022 ...................................................................... JA6735

Statement of Reasons as to Defendant Barrera
     filed December 21, 2022 ................................................................... JA6798

# VOLUME 18 OF 21 (SEALED - CONTRERAS)

Defendant Contreras's Under Seal Memorandum
In Support of Motion to Suppress
     filed November 18, 2019 ..................................................................... JA6803

Government's Response in Opposition to
Defendant Contreras's Motion to Suppress Statements,
With Exhibits,
     filed January 3, 2020........................................................................... JA6808

Exhibits:

1.     Incident/Investigation Report
         dated February 13, 2017 ................................................. JA6832

3.     Transcript and Translation of Post-Arrest Interview
         dated February 13, 2017 ................................................. JA6933

4.     Fairfax Police Department Notice and Consent
         dated February 13, 2017 ................................................. JA6961

5.     Emails between John Wrenn and Raymond Betts
     Re:  Photo
         dated March 10-11, 2017 ............................................... JA6963

6.     Emails between John Wrenn and Raymond Betts
     Re:  Ronald
         dated March 23-22, 2017 ............................................... JA6967

7.     Emails between John Wrenn and Raymond Betts
         dated April 22-23, 2017 ................................................. JA6970

8.     Emails between John Wrenn and Raymond Betts
     Re:  Picture
         dated May 11-12, 2017 ................................................. JA6973

9.     Email from Aaron Waple to Raymond Betts
     Re:  HERRERA CONTRERAS, Ronald Fabricio (MS 13)
         dated May 20, 2017........................................................ JA6976

<u>Exhibits</u>, continued:

    10.    Emails between Aaron Waple and Raymond Betts
            Re: Ronald Herrera
                dated May 22-25, 2017 .....................................................JA6978

    11.    Emails between Aaron Waple and Raymond Betts
            Re: Assistance
                dated November 17-18, 2017..........................................JA6981

    13.    Transcript and Translation of Post-Arrest Interview
                dated July 2, 2018 ...........................................................JA6984

    14.    Federal Bureau of Investigations Notification of Rights
                dated July 2, 2018 ...........................................................JA6996

Order of
The Honorable Rossie D. Alston
Re: Granting Government's Unopposed Motion for Ruling on
Defendant Contreras's Motion to Suppress Statements Without a Hearing
        filed March 26, 2020............................................................JA6998

Order of
The Honorable Rossie D. Alston
Re: Denying Defendant Contreras' Motion to Suppress
        filed May 6, 2020.................................................................JA7000

Exhibits to Government's Response in Opposition to Defendants'
Joint Constitutional Objections to Proposed Exhibits
        filed August 17, 2021:

        Sealed Exhibit 1 .................................................................JA7008

        Sealed Exhibit 2 .................................................................JA7013

Draft Presentence Investigation Report as to Defendant Contreras
        filed September 15, 2022......................................................JA7019

Final Presentence Investigation Report as to Defendant Contreras
      filed October 12, 2022 ........................................................................JA7052

Statement of Reasons as to Defendant Contreras
      filed December 21, 2022 ......................................................................JA7089

**VOLUME 19 OF 21 (SEALED – FERRERA)**

Exhibits to Government's Response in Opposition to Defendants'
Joint Constitutional Objections to Proposed Exhibits
filed August 17, 2021:

Sealed Exhibit 1 ......................................................................................JA7094

Sealed Exhibit 2 ......................................................................................JA7099

## VOLUME 20 OF 21 (SEALED – H. MARTINEZ)

Government's Response in Opposition to Defendant H. Martinez's
Motions to Suppress,
With Exhibits,
    filed January 3, 2020...........................................................................JA7105

    Exhibits:

    2.     Post-Arrest Interview ................................................................JA7140

    3.     Federal Bureau of Investigations
          Notice of Your Rights (Spanish)
              dated November 18, 2018 ...............................................JA1760

Government's Supplemental Response in Opposition
To Defendant H. Martinez's Motions to Suppress
    filed March 19, 2021...........................................................................JA7162

Government's Reply in Opposition to Defendant H. Martinez's
Motions to Suppress
    filed April 5, 2021..............................................................................JA7179

Exhibits to Government's Response in Opposition to Defendants'
Joint Constitutional Objections to Proposed Exhibits
    filed August 17, 2021:

    Sealed Exhibit 1 ................................................................................JA7191

    Sealed Exhibit 2 ................................................................................JA7196

Final Presentence Investigation Report as to Defendant H. Martinez
    filed September 20, 2022....................................................................JA7202

Statement of Reasons as to Defendant H. Martinez
    filed December 21, 2022 ....................................................................JA7261

**VOLUME 21 OF 21 (SEALED MEDIA[2] – CONTRERAS)**

Exhibits to Government's Response in Opposition to
Defendant Contreras's Motion to Suppress Statements,
     filed January 3, 2020:

2.     Video of Recorded Interview
         dated February 13, 2017 .................................................JA7266

12.    Video of Recorded Interview
         dated July 2, 2018 ...........................................................JA7267

---

[2] Exhibits are in .mp4, file format. A virus detection program, VIPRE Endpoint Security Version 13.1.8510, has been run on the electronic files and no virus was detected.



GOVERNMENT
EXHIBIT
**8-1A**
1:18CR123

JA6091



GOVERNMENT
EXHIBIT

**8-2A**

1:18CR123

JA6092

**Photo Id:**

1818998584986340

**Author** Eduardo Escobar Mendez (100007579814222)
**Sent** 2016-08-28 04:33:59 UTC
**Body** Yaba ta maniako va perro  **Right, it's cool, dog.**

**Author** Misael V Romero (100006286489050)
**Sent** 2016-08-28 04:34:45 UTC
**Body** Motta mae  **Weed, dude**

**Author** Eduardo Escobar Mendez (100007579814222)
**Sent** 2016-08-28 04:36:05 UTC
**Body** Tenes  **Do you have any?**

**Author** Eduardo Escobar Mendez (100007579814222)
**Sent** 2016-08-28 16:24:52 UTC
**Call Record**          **Type** audio
**Missed** false
**Duration** 32

**Author** Eduardo Escobar Mendez (100007579814222)
**Sent** 2016-08-28 17:28:02 UTC
**Call Record**          **Type** audio
**Missed** false
**Duration** 5

**Author** Eduardo Escobar Mendez (100007579814222)
**Sent** 2016-08-28 17:28:14 UTC
**Body** Vanite perro  **Come over, dog.**

**Author** Eduardo Escobar Mendez (100007579814222)
**Sent** 2016-08-28 21:02:39 UTC
**Body** Tish walcha  **Tish walcha [Shit, look]**

**Author** Misael V Romero (100006286489050)
**Sent** 2016-08-28 21:05:16 UTC
**Call Record**          **Type** audio
**Missed** false
**Duration** 143

**Thread** (1718711788391465)
**Current** 2020-02-02 05:04:16 UTC
**Participants** Guanako Torrez (100013115283018)
Eduardo Escobar Mendez (100007579814222)

**Author** Eduardo Escobar Mendez (100007579814222)
**Sent** 2016-08-27 13:29:14 UTC
**Body** Q omda dog  **What's happening, dog?**

**Author** Guanako Torrez (100013115283018)
**Sent** 2016-08-27 13:42:23 UTC
**Body** K pedo perro  **What's up, dog?**

**Author** Eduardo Escobar Mendez (100007579814222)

GOVERNMENT
EXHIBIT
**11-5A**
1:18CR123

**Sent** 2016-08-27 13:46:54 UTC
**Body** Enviame otra ves la directa va dog    *Send me the address again, dog.*

**Author** Eduardo Escobar Mendez (100007579814222)
**Sent** 2016-08-27 13:47:05 UTC
**Body** Ahi caigo al rato    *I'll drop by there in a while.*

**Author** Guanako Torrez (100013115283018)
**Sent** 2016-08-27 13:49:07 UTC
**Body** 7505 leesburg pike falls church va 22043    *7505 Leesburg Pike Falls Church VA 22043*

**Author** Guanako Torrez (100013115283018)
**Sent** 2016-08-27 13:49:26 UTC
**Body** Caete en la nolle perro pork me dijeron k voy a trabajar todo el dia    *Drop by tonight, dog, because they told me that I'm going to be working all day.*

**Author** Guanako Torrez (100013115283018)
**Sent** 2016-08-27 13:49:33 UTC
**Body** Caete en la noche mejor perro    *It's better if you drop by tonight, dog.*

**Author** Eduardo Escobar Mendez (100007579814222)
**Sent** 2016-08-27 13:52:05 UTC
**Body** Simon yo iguap esroy trabajamdo va Y Simon De la.nolle voy a caer    *Yeah, I'm working too, you know, and, yeah, I'll drop by tonight.*

**Author** Eduardo Escobar Mendez (100007579814222)
**Sent** 2016-08-27 13:52:38 UTC
**Body** Ay un morro Q se quiere activar dog    *There's a guy who wants to get activated, dog.*

**Author** Guanako Torrez (100013115283018)
**Sent** 2016-08-27 13:52:50 UTC
**Body** Orale maniaco emtonces perro    *Right, cool then, dog.*

**Author** Eduardo Escobar Mendez (100007579814222)
**Sent** 2016-08-27 14:02:19 UTC
**Body** Simon aver a dope al rato va lo voy a yevar El morro    *Yeah, let's see what's up. I'll bring the guy by in a while.*

**Author** Guanako Torrez (100013115283018)
**Sent** 2016-08-27 14:05:37 UTC
**Body** Kien es el morro perro    *Who's the guy, dog?*

**Author** Eduardo Escobar Mendez (100007579814222)
**Sent** 2016-08-27 14:07:55 UTC
**Body** Es in chapim dog    *He's a Guatemalan, dog.*

**Author** Eduardo Escobar Mendez (100007579814222)
**Sent** 2016-08-27 14:08:11 UTC
**Body** Estidia domde yo estudio va    *He went to school where I went to school, you know.*

**Author** Guanako Torrez (100013115283018)
**Sent** 2016-08-27 14:09:39 UTC
**Body** Orale al rato lo conozemos pws. Va    *Right, we'll meet him in a while then, you know.*

**Author** Eduardo Escobar Mendez (100007579814222)
**Sent** 2016-08-27 14:10:28 UTC
**Body** Simon dog    *Yeah, dog*

**Author** Guanako Torrez (100013115283018)
**Sent** 2016-08-27 18:49:45 UTC
**Body** K pedo dog como a k hora te vas a caer perro    *What's up, dog, like at what time are you going to drop by, dog?*

**Author** Eduardo Escobar Mendez (100007579814222)
**Sent** 2016-08-27 19:10:33 UTC
**Body** Nose dog tipo 9 esq voy a salir tarde en El trabajo va

> I don't know, dog, like 9, the thing is that I'm getting off of work late, you know.

**Author** Guanako Torrez (100013115283018)
**Sent** 2016-08-27 19:11:18 UTC
**Body** Orale como a esa hora vas a caer entonces perro

> Right, so you'll drop by around that time, dog?

**Author** Eduardo Escobar Mendez (100007579814222)
**Sent** 2016-08-27 19:11:53 UTC
**Body** Simon creo O 9:30 X Ahi va te undiko mas tarde dog va

> Yeah, I think around 9:30, you know, I'll let you know later, dog, you know

**Author** Guanako Torrez (100013115283018)
**Sent** 2016-08-27 19:12:37 UTC
**Body** Va maniaco pero simon te caes dogui pork los otros doguis tanbien van a caer perro

> Right, cool, but, yeah, drop by, doggy, because the other doggies are going to drop by too, dog.

**Author** Eduardo Escobar Mendez (100007579814222)
**Sent** 2016-08-27 19:13:02 UTC
**Body** Maniako dog

> Cool, dog

**Author** Eduardo Escobar Mendez (100007579814222)
**Sent** 2016-08-27 19:13:06 UTC
**Body** Te indiko

> I'll let you know.

**Author** Eduardo Escobar Mendez (100007579814222)
**Sent** 2016-08-27 19:13:12 UTC
**Body** Mas ratto. Va

> Later then

**Author** Guanako Torrez (100013115283018)
**Sent** 2016-08-27 19:13:24 UTC
**Body** Va maniako perro

> Right, cool, dog

**Author** Guanako Torrez (100013115283018)
**Sent** 2016-08-27 19:13:37 UTC
**Body** Pork vamos a parlar unas ondas ahi todos los colos

> Because all the locos are going to talk about some things there.

**Author** Eduardo Escobar Mendez (100007579814222)
**Sent** 2016-08-27 20:37:21 UTC
**Body** Orale dog

> Right, dog

**Author** Guanako Torrez (100013115283018)
**Sent** 2016-08-28 00:24:37 UTC
**Body** K pedo perro

> What's going on, dog?

**Author** Eduardo Escobar Mendez (100007579814222)
**Sent** 2016-08-28 00:25:33 UTC
**Body** Q onda dog

> What's up, dog?

**Author** Guanako Torrez (100013115283018)
**Sent** 2016-08-28 00:25:46 UTC
**Body** Ya salistes del jale perro

> Did you get off work already, dog?

**Author** Guanako Torrez (100013115283018)
**Sent** 2016-08-28 00:26:15 UTC
**Body** Pork ya vamos a ver k pedo si parlamos las ondas y va tenemos l estar todos los colos va de parke vlsta

> Because we are going to see what's up, if we can talk about what is going on and all the locos from Parke Vista have to be there

**Author** Eduardo Escobar Mendez (100007579814222) *Yeah, dog, I just finished taking a bath. I'm on my way to take the bus.*
**Sent** 2016-08-28 00:26:58 UTC
**Body** Simon dog apenas sali a char un bano Ya boy a garar El bus

*Right, cool, dog. So you know that you have to take the 28A, the one that goes to Tyson Corner.*

**Author** Guanako Torrez (100013115283018)
**Sent** 2016-08-28 00:27:32 UTC
**Body** Orale maniaco perro entonxes va ya sabes el 28A tenes k agarrar el k va para Tyson Corner

*And from there, follow GPS instructions and get off right at the address, dog.*

**Author** Guanako Torrez (100013115283018)
**Sent** 2016-08-28 00:27:58 UTC
**Body** Y de ahi guiate por la direccion en gps y te vajas cavalito donde dice la dirreccion perro

**Author** Eduardo Escobar Mendez (100007579814222)
**Sent** 2016-08-28 00:28:01 UTC
**Body** Simon Ya lo se dog   *Yeah, I already know, dog.*

**Author** Eduardo Escobar Mendez (100007579814222)
**Sent** 2016-08-28 00:28:28 UTC
**Body** Te indiko cuando estoy serca va   *I'll let you know when I'm close by.*

**Author** Eduardo Escobar Mendez (100007579814222)
**Sent** 2016-08-28 00:28:38 UTC
**Body** Y Como sellama la parada dog   *And what's the name of the stop, dog?*

**Author** Guanako Torrez (100013115283018)
**Sent** 2016-08-28 01:02:58 UTC
**Body** Pimmit dr   *Pimmit dr*

**Author** Guanako Torrez (100013115283018)
**Sent** 2016-08-28 01:03:14 UTC   *And are you already coming on the bus, dude?*
**Body** Y ya venis en el bus chucho

**Author** Eduardo Escobar Mendez (100007579814222)
**Sent** 2016-08-28 01:03:22 UTC
**Body** Ya yege perro   *I arrived already, dog.*

**Author** Eduardo Escobar Mendez (100007579814222)
**Sent** 2016-08-28 01:03:33 UTC
**IP** 2607:fb90:64bd:b0f6:0:c:4f91:8501
**Body** You sent a photo.
**Attachments** image-1727836890812288 (1727836890812288)
**Type** image/jpeg
**URL** https://attachment.fbsbx.com/messaging_attach ment.php?aid=1727836890812288&mid=mid.% 24oAAAAAspwnwRc__GV7FWzqxEszsnL&uid=10 0007579814222&accid=100007579814222&pre view=0&hash=AQBlh1uwGQdugX48l6UMZe4kl- teJ4u6uaknLNL5fCX8xA



Photo Id: 1727836890812288

**Author** Eduardo Escobar Mendez (100007579814222)
**Sent** 2016-08-28 01:03:41 UTC
**Body** Y pa domde le doy ahora dog   **And which way do I go now, dog?**

**Author** Guanako Torrez (100013115283018)
**Sent** 2016-08-28 01:03:57 UTC
**Body** Ceusate la calle   **Cross the street.**

**Author** Guanako Torrez (100013115283018)   **And wait for me outside of the store that says BURGER 7**
**Sent** 2016-08-28 01:04:16 UTC
**Body** Y me esperas afuera en la ienda k dice  BURGER 7

**Author** Eduardo Escobar Mendez (100007579814222)

**Sent**		2016-08-28 01:04:25 UTC
**Body**	Orale  Right

**Author**	Guanako Torrez (100013115283018)			Yeah, wait for me at the steps
**Sent**	2016-08-28 01:06:29 UTC					that are there, dog.
**Body**	Simon me esperas en las gradas k estan ahi perro

**Author**	Eduardo Escobar Mendez (100007579814222)
**Sent**	2016-08-28 01:06:53 UTC
**Body**	Maniako dog  Cool, dog

**Author**	Guanako Torrez (100013115283018)
**Sent**	2016-08-28 01:08:16 UTC
**Body**	De una perro  For sure, dog

**Author**	Guanako Torrez (100013115283018)
**Sent**	2016-08-28 01:13:22 UTC
**Body**	Guanako sent a voice message.
**Attachments**	audioclip-1472346801000-5888.mp4 (140946556352520)
			**Type**	audio/mpeg
Ahí estate me esperando, perro. Ya voy a salir yo como a		**Size**	35971
eso de las diez y quince (10:15), oís, ya casi pues ahí…		**URL**	https://attachment.fbsbx.com/messaging_attach
								ment.php?aid=140946556352520&mid=mid.%2
 Wait for me there, dog. I'm about to leave around ten			4oAAAAAspwnwRc__qR_IWzrU6TqPej&uid=1000
 fifteen (10:15), you hear me, so, like almost…				07579814222&accid=100007579814222&previ
								ew=0&hash=AQA1wTZMTEjetZ9XVdWoALCU-
								KNBJcx4QlhHhOAG7ZoR5A

**Author**	Guanako Torrez (100013115283018)
**Sent**	2016-08-28 01:13:34 UTC
**Body**	Guanako sent a voice message.
**Attachments**	audioclip-1472346813000-3840.mp4 (140946719685837)
			**Type**	audio/mpeg
Ahí estate esperando, perro, va, ya vamos a salir, pues va.	**Size**	23683
							**URL**	https://attachment.fbsbx.com/messaging_attach
 Wait there, dog, you know, we're about to leave, then.			ment.php?aid=140946719685837&mid=mid.%2
								4oAAAAAspwnwRc__rAsFWzrVnZ4cxe&uid=1000
								07579814222&accid=100007579814222&previ
								ew=0&hash=AQA5y-WVfDjosC1FQR4WWw_ttBt
								y2zynR2HfGtN548DFRA

**Author**	Eduardo Escobar Mendez (100007579814222)
**Sent**	2016-08-28 01:13:52 UTC
**Body**	Orale dog  Right, dog

**Author**	Guanako Torrez (100013115283018)
**Sent**	2016-08-28 17:27:17 UTC
**Body**	K pedo perro  What's up, dog?

**Author**	Eduardo Escobar Mendez (100007579814222)
**Sent**	2016-08-28 17:27:33 UTC
**Body**	Q onda dog  What's up, dog?

**Author**	Eduardo Escobar Mendez (100007579814222)
**Sent**	2016-08-28 17:34:35 UTC
**Body**	Ake ora vamos a ir dog  At what time are we going, dog?

**Author** Guanako Torrez (100013115283018)
**Sent** 2016-08-28 17:44:28 UTC
**Body** Ahorita perro solo a esperar a otro dogui voy para irnos en el bus y ahi te tiro yo va slo estate pendiente y listo perro

*In a little while, dog. We just have to wait for another doggy so we can take the bus and I'll let you know, so be alert and ready, dog.*

**Author** Eduardo Escobar Mendez (100007579814222)
**Sent** 2016-08-28 17:47:46 UTC
**Body** Orale perro me indicas cuando estas em ceven corner

*Right, dog, let me know when you are in Seven Corner.*

**Author** Guanako Torrez (100013115283018)
**Sent** 2016-08-28 17:51:51 UTC
**Body** Simon cuando este ahi te indiko

*Yeah, when I'm there, I'll let you know.*

**Author** Eduardo Escobar Mendez (100007579814222)
**Sent** 2016-08-28 17:55:09 UTC
**Body** Manaiko perro

*Cool, dog*

**Author** Guanako Torrez (100013115283018)
**Sent** 2016-08-28 20:34:54 UTC
**Body** Perro mira tipo k los dogui se van a mover para aca de nuevo pork en alexandria se pusieron laa ondas calientes k pedo recordas como caer aki va

*Dog, look, like the doggies are going to move over here now because things got hot in Alexandria. What's up, do you remember how to get here?*

**Author** Guanako Torrez (100013115283018)
**Sent** 2016-08-28 20:35:29 UTC
**Body** Pork kiero k te lanzes para aca perro de nuebo donde esubimos ayer pero va hoy solo vos te caes perro va

*Because I want you to come this way, dog, once again, where we were at yesterday—but, today, come by yourself, dog.*

**Author** Guanako Torrez (100013115283018)
**Sent** 2016-08-28 20:36:03 UTC
**Body** Pero en la noche siempre pork el dogui k estaba ayer con nosotros alas dies va a salr del jale

*But it's got to be at night because the doggy who was with us yesterday gets off work at 10.*

**Author** Eduardo Escobar Mendez (100007579814222)
**Sent** 2016-08-28 20:36:31 UTC
**Body** Orale ake ora mas omenos gog

*Right, more or less at what time, gog?*

**Author** Eduardo Escobar Mendez (100007579814222)
**Sent** 2016-08-28 20:36:33 UTC
**Body** Dog

**Author** Guanako Torrez (100013115283018)
**Sent** 2016-08-28 20:36:51 UTC
**Body** Ala misma hora de ayer perro

*At the same time as yesterday, dog.*

**Author** Eduardo Escobar Mendez (100007579814222)
**Sent** 2016-08-28 20:37:32 UTC
**Body** Voy a ir aki a las 9 va para caer Ahi tipo 9:45

*I will leave here at 9, so I'll arrive there around 9:45.*

**Author** Guanako Torrez (100013115283018)
**Sent** 2016-08-28 20:38:25 UTC
**Body** Simon alaa 9 sali para k simon estrs aki como ala 10 casi va

*Yeah, leave at 9 so that you'll get here around 10.*

**Author** Guanako Torrez (100013115283018)
**Sent** 2016-08-28 20:38:48 UTC
**Body** Pero vos solo te caes perro no vallaa a traer a nadie maa perro

*But come by yourself, dog, don't bring anybody else, dog.*

**Author** Eduardo Escobar Mendez (100007579814222)

---

**Sent**    2016-08-28 20:39:14 UTC    Yeah, dog, I'll let you know when I'm there, then.
**Body**    Simon perro te indiko cuando estoy Ahi pues va

**Author**  Guanako Torrez (100013115283018)    Right, cool, dog, but I already told you just come alone, dog.
**Sent**    2016-08-28 20:40:47 UTC
**Body**    Prale maniaco perro pero ya te dije slo vos caes perro

**Author**  Eduardo Escobar Mendez (100007579814222)
**Sent**    2016-08-28 20:41:11 UTC
**Body**    Orale dog    Right, dog

**Author**  Guanako Torrez (100013115283018)
**Sent**    2016-08-29 01:15:44 UTC
**Body**    K pedo perro ya venis    What's up, dog?  Are you on your way?

**Author**  Eduardo Escobar Mendez (100007579814222)
**Sent**    2016-08-29 01:18:26 UTC    Yeah, I'm waiting for the bus, doggy.
**Body**    Simon estoy esperando El bus doggy

**Author**  Guanako Torrez (100013115283018)
**Sent**    2016-08-29 01:33:42 UTC
**Body**    Orale pero vos solo venis va    Right, but you're coming alone, right?

**Author**  Eduardo Escobar Mendez (100007579814222)
**Sent**    2016-08-29 01:34:10 UTC
**Body**    Simon    Yeah

**Author**  Guanako Torrez (100013115283018)    Right, cool, dog.  Let me know when you are here, dog.
**Sent**    2016-08-29 01:35:25 UTC
**Body**    Orale maniaco perro me tiras kuando ya este aki perro va

**Author**  Eduardo Escobar Mendez (100007579814222)
**Sent**    2016-08-29 01:41:21 UTC
**Body**    Orale dog    Right, dog

**Author**  Eduardo Escobar Mendez (100007579814222)    I'm going to be late, dog. I'm still in Culmore. The bus hasn't come by.
**Sent**    2016-08-29 01:49:39 UTC
**Body**    Voy a yegar tarde dog estoy en culmore todavia no a pasado El bus

**Author**  Guanako Torrez (100013115283018)
**Sent**    2016-08-29 02:20:43 UTC
**Body**    K pedo ya paso    What's up, did it come?

**Author**  Eduardo Escobar Mendez (100007579814222)
**Sent**    2016-08-29 02:21:07 UTC
**Body**    Simon Ya casi yego dog    Yeah, I'm about to arrive, dog.

**Author**  Guanako Torrez (100013115283018)
**Sent**    2016-08-29 02:21:17 UTC
**Body**    Orale maniaco perro    Right, cool, dog

**Author**  Eduardo Escobar Mendez (100007579814222)
**Sent**    2016-08-29 02:27:21 UTC
**Body**    Ya yege dog    I've arrived, dog.

**Author**  Guanako Torrez (100013115283018)
**Sent**    2016-08-29 03:30:43 UTC
**Body**    Perro vamos a ir a alexandria no te vallas a bajar en culmor pork

Dog, we're going to go to Alexandria.  Don't get off at Culmore because we are going to a meeting in Alexandria.

vamos a ir a una misa a alexandria

**Author** Guanako Torrez (100013115283018)
**Sent** 2016-08-29 03:30:49 UTC
**Body** No te vallas a bajar perro    **Don't get off, dog.**

**Author** Eduardo Escobar Mendez (100007579814222)
**Sent** 2016-08-29 03:31:25 UTC
**Body** Orale perro    **Right, dog**

**Author** Guanako Torrez (100013115283018)
**Sent** 2016-08-29 03:31:27 UTC
**Body** No te vallaa a bajar   **Don't get off.**


**Thread** (1624598504469461)
**Current** 2020-02-02 05:04:16 UTC
**Participants** Jess Carreto (100008107591704)
Eduardo Escobar Mendez (100007579814222)


**Author** Eduardo Escobar Mendez (100007579814222)
**Sent** 2016-02-21 03:38:09 UTC
**Body** Hola   **Hi**

**Author** Jess Carreto (100008107591704)
**Sent** 2016-02-21 03:40:03 UTC
**Body** Hola     **Hi**

**Author** Eduardo Escobar Mendez (100007579814222)
**Sent** 2016-02-21 03:43:58 UTC
**Body** Como estas nena  **How are you, sweetie?**

**Author** Jess Carreto (100008107591704)
**Sent** 2016-02-21 03:48:28 UTC
**Body** hemm bien gracias y ud. ..   **Hmmm, good, thanks, and you…**

**Author** Eduardo Escobar Mendez (100007579814222)   **Oh, that's good, I'm**
**Sent** 2016-02-21 03:50:52 UTC                        **glad for you.  I'm also**
**Body** O q bueno me alegro x ti igual bien gracias 🩵🩵   **good.  Thank you**

**Author** Jess Carreto (100008107591704)
**Sent** 2016-02-21 03:53:28 UTC
**Body** q bien y q hce..?    **That's good and what are you doing..?**

**Author** Eduardo Escobar Mendez (100007579814222)
**Sent** 2016-02-21 03:53:51 UTC
**Body** Aki escuchando música y usted    **Here listening to music and you?**

**Author** Jess Carreto (100008107591704)   **How lucky, umm, I'm doing, doing**
**Sent** 2016-02-21 03:56:49 UTC              **my homework. . .**
**Body** q dichoso amm yo haciendo haciendo mis tareas..

**Author** Eduardo Escobar Mendez (100007579814222)
**Sent** 2016-02-21 03:57:05 UTC
**Body** O Q bueno verda    **Oh that's good, right?**

**Author** Jess Carreto (100008107591704)

**Body**

Hey que tal hermano como andas    **Hey, brother, how are you doing?**

**Recipients**  Catrachito Triminio (100010967087246)
Juan Rolando Echeverria Nataren (605242104)
**Author**  Juan Rolando Echeverria Nataren (605242104)
**Sent**  2017-01-09 06:40:36 UTC
**Deleted**  false
**Body**  Hey que te has hecho    **Hey! What's been going on with you?**


(mid.1468708351894:12abc23d9bd9eb2058)
**Recipients**  Marcos Mendez (100004227435459)
Catrachito Triminio (100010967087246)
**Author**  Catrachito Triminio (100010967087246)
**Sent**  2016-09-24 14:12:13 UTC
**IP**  2600:8806:2000:7300:786f:9241:ba80:84c1
**Deleted**  false
**Body**  yoo    **Yoo.**


(mid.1469478535633:7201889d3d91eaec87)
**Recipients**  Morenito Martinez (100003302654637)
Catrachito Triminio (100010967087246)
**Author**  Catrachito Triminio (100010967087246)
**Sent**  2016-09-22 21:26:35 UTC
**IP**  2607:fb90:5400:c63:0:16:f2ff:c501
**Deleted**  false
**Body**  Yo    **Yo**

**Recipients**  Morenito Martinez (100003302654637)
Catrachito Triminio (100010967087246)
**Author**  Morenito Martinez (100003302654637)
**Sent**  2016-09-22 21:29:13 UTC
**Deleted**  false
**Body**  Que pedo hermano    **What's up, brother?**

**Recipients**  Morenito Martinez (100003302654637)
Catrachito Triminio (100010967087246)
**Author**  Catrachito Triminio (100010967087246)
**Sent**  2016-09-22 21:29:58 UTC
**IP**  2607:fb90:5400:c63:0:16:f2ff:c501
**Deleted**  false
**Body**  Konda dog    **What's up, dog?**

**Recipients**  Catrachito Triminio (100010967087246)
Morenito Martinez (100003302654637)
**Author**  Morenito Martinez (100003302654637)
**Sent**  2016-09-22 21:30:11 UTC
**Deleted**  false
**Body**  Aqui maniaco perdo    **Here everything's great, dog.**

**Recipients**  Catrachito Triminio (100010967087246)
Morenito Martinez (100003302654637)
**Author**  Morenito Martinez (100003302654637)
**Sent**  2016-09-22 21:30:16 UTC
**Deleted**  false

GOVERNMENT
EXHIBIT
**12-11**
1:18CR123

**Body**

Perro          **Dog.**

**Recipients** Morenito Martinez (100003302654637)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-09-22 21:47:09 UTC
**Deleted** false
**Body** Ey perro          **Hey, dog.**

**Recipients** Morenito Martinez (100003302654637)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-09-22 21:47:45 UTC
**Deleted** false
**Body** Y el chapin dog El eduardo escobar mendez          **And the *chapín* [Guatemalan], dog? Eduardo Escobar Mendez?**

**Recipients** Catrachito Triminio (100010967087246)
Morenito Martinez (100003302654637)
**Author** Morenito Martinez (100003302654637)
**Sent** 2016-09-22 21:50:57 UTC
**Deleted** false
**Body** Cual chapin perro          **Which Guatemalan, dog?**

**Recipients** Morenito Martinez (100003302654637)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-09-22 21:51:15 UTC
**Deleted** false
**Body** El lleve al hotel akeya vez          **The one that I took to the hotel that time.**

**Recipients** Morenito Martinez (100003302654637)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-09-22 21:51:23 UTC
**Deleted** false
**Body** El paro del horror          **Horror's *paro***

**Recipients** Catrachito Triminio (100010967087246)
Morenito Martinez (100003302654637)
**Author** Morenito Martinez (100003302654637)          **I don't know, dog. That guy never reported with me, you never gave me his number or his face (Facebook).**
**Sent** 2016-09-22 21:52:12 UTC
**Deleted** false
**Body** Noce perro ese morro nunca se reporto con migo usted nunca medio su numero no su face

**Recipients** Catrachito Triminio (100010967087246)
Morenito Martinez (100003302654637)
**Author** Morenito Martinez (100003302654637)
**Sent** 2016-09-22 21:52:24 UTC
**Deleted** false
**Body** Que pedo con ese morro          **What's up with that guy?**

**Recipients** Morenito Martinez (100003302654637)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-09-22 21:55:55 UTC
**Deleted** false

JA6103

**Body** Le isieron algo perro ??? Oq xq me esta preguntando el hermano d el x el

Did you guys do something to him, dog? Or what? Because his brother is asking me about him.

**Recipients** Catrachito Triminio (100010967087246)
Morenito Martinez (100003302654637)
**Author** Morenito Martinez (100003302654637)
**Sent** 2016-09-22 21:57:12 UTC
**Deleted** false
**Body** Noce perro yo no ce de ese morro 　I don't know, dog. I don't know about that guy.

**Recipients** Catrachito Triminio (100010967087246)
Morenito Martinez (100003302654637)
**Author** Morenito Martinez (100003302654637)
**Sent** 2016-09-22 21:57:29 UTC
**Deleted** false
**Body** Supuesta mente con vos se reportaba 　Supposedly he was reporting to you.

**Recipients** Morenito Martinez (100003302654637)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-09-22 21:57:59 UTC
**Deleted** false
**Body** Yo yevo mas d un mes d aver lakiado dof

It's been over a month that I've been locked up, dof.

**Recipients** Morenito Martinez (100003302654637)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-09-22 21:58:02 UTC
**Deleted** false
**Body** Dog 　Dog.

**Recipients** Catrachito Triminio (100010967087246)
Morenito Martinez (100003302654637)
**Author** Morenito Martinez (100003302654637)
**Sent** 2016-09-22 21:58:42 UTC
**Deleted** false
**Body** Entonces porque me preguntas ami si yo la unica ves que lo vi fue cuando lo llevastes vos

Then why are you asking me, if the only time that I saw him was when you took him.

**Recipients** Morenito Martinez (100003302654637)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-09-22 21:59:02 UTC
**Deleted** false
**Body** Orale 　All right.

**Recipients** Catrachito Triminio (100010967087246)
Morenito Martinez (100003302654637)
**Author** Morenito Martinez (100003302654637)
**Sent** 2016-09-22 21:59:11 UTC
**Deleted** false
**Body** Despues no supe nada de ese morro pence que andava viendo que pedo con vos

Afterwards I was not aware of anything from that guy. I thought he was checking to see what was going on with you.

**Recipients** Morenito Martinez (100003302654637)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-09-22 21:59:56 UTC
**Deleted** false

JA6104

**Body**

Nel perro     **No, dog.**

| | |
|---|---|
| **Recipients** | Catrachito Triminio (100010967087246) |
| | Morenito Martinez (100003302654637) |
| **Author** | Morenito Martinez (100003302654637) |
| **Sent** | 2016-09-22 22:00:31 UTC |
| **Deleted** | false |
| **Body** | Orale noce que pedo     **All right. I don't know what's going on.** |

| | |
|---|---|
| **Recipients** | Catrachito Triminio (100010967087246) |
| | Morenito Martinez (100003302654637) |
| **Author** | Morenito Martinez (100003302654637) |
| **Sent** | 2016-09-22 22:00:52 UTC |
| **Deleted** | false |
| **Body** | Y como haci que lo andan buscando     **And how come they are looking for him?** |

| | |
|---|---|
| **Recipients** | Morenito Martinez (100003302654637) |
| | Catrachito Triminio (100010967087246) |
| **Author** | Catrachito Triminio (100010967087246) |
| **Sent** | 2016-09-22 22:00:57 UTC |
| **Deleted** | false |
| **Body** | Bm     **bm** |

| | |
|---|---|
| **Recipients** | Catrachito Triminio (100010967087246) |
| | Morenito Martinez (100003302654637) |
| **Author** | Morenito Martinez (100003302654637) |
| **Sent** | 2016-09-22 22:01:11 UTC |
| **Deleted** | false |
| **Body** | Ya vas y eso     **Oh really, how so?** |

| | |
|---|---|
| **Recipients** | Morenito Martinez (100003302654637) |
| | Catrachito Triminio (100010967087246) |
| **Author** | Catrachito Triminio (100010967087246) |
| **Sent** | 2016-09-22 22:01:11 UTC |
| **Deleted** | false |
| **Body** | Le dieron la corte x akeya onda dog     **Did you guys give him court because of that thing, dog?** |

| | |
|---|---|
| **Recipients** | Catrachito Triminio (100010967087246) |
| | Morenito Martinez (100003302654637) |
| **Author** | Morenito Martinez (100003302654637) |
| **Sent** | 2016-09-22 22:01:42 UTC |
| **Deleted** | false |
| **Body** | Cual corte y cual honda     **What court and what thing?** |

| | |
|---|---|
| **Recipients** | Morenito Martinez (100003302654637) |
| | Catrachito Triminio (100010967087246) |
| **Author** | Catrachito Triminio (100010967087246) |
| **Sent** | 2016-09-22 22:02:06 UTC |
| **Deleted** | false |
| **Body** | La flila     **The photo.** |

| | |
|---|---|
| **Recipients** | Morenito Martinez (100003302654637) |
| | Catrachito Triminio (100010967087246) |
| **Author** | Catrachito Triminio (100010967087246) |
| **Sent** | 2016-09-22 22:02:08 UTC |
| **Deleted** | false |
| **Body** | Flika     **Photo.** |

**Recipients**      Catrachito Triminio (100010967087246)
                    Morenito Martinez (100003302654637)
**Author**          Morenito Martinez (100003302654637)
**Sent**            2016-09-22 22:02:20 UTC
**Deleted**         false
**Body**            Noce que pedo perro   **I don't know what's up, dog.**

**Recipients**      Catrachito Triminio (100010967087246)
                    Morenito Martinez (100003302654637)
**Author**          Morenito Martinez (100003302654637)
**Sent**            2016-09-22 22:02:34 UTC
**Deleted**         false
**Body**            Ami no me han indicado nada   **No one has told me anything.**

**Recipients**      Morenito Martinez (100003302654637)
                    Catrachito Triminio (100010967087246)
**Author**          Catrachito Triminio (100010967087246)
**Sent**            2016-09-24 02:52:09 UTC
**IP**              2600:8806:2000:7300:19e7:652d:efd7:d73d
**Deleted**         false
**Body**            konda perro   **What's up, dog?**

**Recipients**      Catrachito Triminio (100010967087246)
                    Morenito Martinez (100003302654637)
**Author**          Morenito Martinez (100003302654637)
**Sent**            2016-09-24 02:59:07 UTC
**Deleted**         false
**Body**            Que hay   **What's up?**

**Recipients**      Morenito Martinez (100003302654637)
                    Catrachito Triminio (100010967087246)
**Author**          Catrachito Triminio (100010967087246)
**Sent**            2016-09-24 03:10:13 UTC
**IP**              2600:8806:2000:7300:19e7:652d:efd7:d73d
**Deleted**         false
**Body**            konda mi perro q ai d nuevo   **What's up, my dog? What's new?**

**Recipients**      Catrachito Triminio (100010967087246)
                    Morenito Martinez (100003302654637)
**Author**          Morenito Martinez (100003302654637)
**Sent**            2016-09-24 03:35:20 UTC
**Deleted**         false
**Body**            Todo maniaco   **Everything is great.**

**Recipients**      Morenito Martinez (100003302654637)
                    Catrachito Triminio (100010967087246)
**Author**          Catrachito Triminio (100010967087246)
**Sent**            2016-09-24 12:06:49 UTC
**IP**              2600:8806:2000:7300:786f:9241:ba80:84c1
**Deleted**         false
**Body**            maniako carnal   **Great, brother.**

**Recipients**      Catrachito Triminio (100010967087246)
                    Morenito Martinez (100003302654637)
**Author**          Morenito Martinez (100003302654637)
**Sent**            2016-09-26 22:28:43 UTC
**Deleted**         false

**Body**
Que pedo midogui    **What's up, my doggy?**

Recipients  Morenito Martinez (100003302654637)
            Catrachito Triminio (100010967087246)
    Author  Catrachito Triminio (100010967087246)
      Sent  2016-09-26 22:29:42 UTC
   Deleted  false
      Body  Komda mi perro    **What's up, my dog?**

Recipients  Catrachito Triminio (100010967087246)
            Morenito Martinez (100003302654637)
    Author  Morenito Martinez (100003302654637)
      Sent  2016-09-26 22:51:14 UTC
   Deleted  false
      Body  Como estamos hermano    **How are you, brother?**

Recipients  Morenito Martinez (100003302654637)
            Catrachito Triminio (100010967087246)
    Author  Catrachito Triminio (100010967087246)
      Sent  2016-09-26 22:55:57 UTC
   Deleted  false
      Body  Maniako perro en la tonka y usted perro    **Great, dog, at home, and you, dog?**

Recipients  Catrachito Triminio (100010967087246)
            Morenito Martinez (100003302654637)
    Author  Morenito Martinez (100003302654637)
      Sent  2016-09-26 22:58:03 UTC
   Deleted  false
      Body  Todo maniaco    **Everything is great.**

Recipients  Morenito Martinez (100003302654637)
            Catrachito Triminio (100010967087246)
    Author  Catrachito Triminio (100010967087246)
      Sent  2016-09-26 22:59:46 UTC
   Deleted  false
      Body  Esta maniako dog    **That's great, dog.**

Recipients  Catrachito Triminio (100010967087246)
            Morenito Martinez (100003302654637)
    Author  Morenito Martinez (100003302654637)
      Sent  2016-09-26 23:12:52 UTC
   Deleted  false
      Body  Simon y vos peque pedo lerro    **Yeah, and what's going on with you, dog?**

Recipients  Catrachito Triminio (100010967087246)
            Morenito Martinez (100003302654637)
    Author  Morenito Martinez (100003302654637)
      Sent  2016-09-26 23:12:55 UTC
   Deleted  false
      Body  Perro    **Dog.**

Recipients  Catrachito Triminio (100010967087246)
            Morenito Martinez (100003302654637)
    Author  Morenito Martinez (100003302654637)
      Sent  2016-09-26 23:13:01 UTC
   Deleted  false
      Body  Como estamos ahi    **How are you doing there?**

**Recipients** Morenito Martinez (100003302654637)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-09-26 23:13:59 UTC
**Deleted** false
**Body** Maniako dog va y usted  donde anda ?   **Great dog, and you, where are you at?**

**Recipients** Catrachito Triminio (100010967087246)
Morenito Martinez (100003302654637)
**Author** Morenito Martinez (100003302654637)
**Sent** 2016-09-26 23:14:31 UTC
**Deleted** false
**Body** Aqui nomas perro viendo que pedo   **Just here, dog. Checking to see what's up.**

**Recipients** Catrachito Triminio (100010967087246)
Morenito Martinez (100003302654637)
**Author** Morenito Martinez (100003302654637)
**Sent** 2016-09-26 23:14:49 UTC
**Deleted** false
**Body** Y vos que pedo no podes salir a una samy que vamos a temer    **What's going on with you?  Can you get out for a meeting that we're going to have?**

**Recipients** Morenito Martinez (100003302654637)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-09-26 23:15:54 UTC
**Deleted** false
**Body** Bn perro eso estoy tratando pero usted sabe dog q no puedo estar mucho tiempo afuera pero simon    **All right, dog, I'm trying. But you know dog that I cannot be out too long, but yeah.**

**Recipients** Morenito Martinez (100003302654637)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-09-26 23:16:13 UTC
**Deleted** false
**Body** Conose los skiline perro.?   **Do you know the skyline, dog?**

**Recipients** Morenito Martinez (100003302654637)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-09-26 23:17:38 UTC
**Deleted** false
**Body** Ey dog   **Hey, dog!**

**Recipients** Catrachito Triminio (100010967087246)
Morenito Martinez (100003302654637)
**Author** Morenito Martinez (100003302654637)
**Sent** 2016-09-26 23:18:21 UTC
**Deleted** false
**Body** Simon   **Yeah.**

**Recipients** Morenito Martinez (100003302654637)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-09-26 23:18:44 UTC
**Deleted** false
**Body** Puedo caer aki dog xq ai donde ustedes disen no conosko

**I can go here, dog, because I'm not familiar with there where you guys are saying.**

**Recipients** Catrachito Triminio (100010967087246)
Morenito Martinez (100003302654637)
**Author** Morenito Martinez (100003302654637)
**Sent** 2016-09-26 23:20:55 UTC
**Deleted** false
**Body** Orale ta maniaco perro cuando podes perro

> All right, that's great, dog. When can you, dog?

**Recipients** Morenito Martinez (100003302654637)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-09-26 23:21:28 UTC
**Deleted** false
**Body** Nc unos 15 20 minutos perro

> I don't know, some 15, 20 minutes, dog.

**Recipients** Morenito Martinez (100003302654637)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-09-26 23:21:50 UTC
**Deleted** false
**Body** Wache aorita le pego al target va me voy a desconectar xq estoy en el fon d mi jefa

> Look, right now I'm going to go to target. I'm going to get disconnected because I'm on my mom's phone.

**Recipients** Morenito Martinez (100003302654637)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-09-26 23:22:51 UTC
**Deleted** false
**Body** Tonses perro simon

> All right then, dog, okay.

**Recipients** Catrachito Triminio (100010967087246)
Morenito Martinez (100003302654637)
**Author** Morenito Martinez (100003302654637)
**Sent** 2016-09-26 23:23:34 UTC
**Deleted** false
**Body** Vorre todos los mensajes usted save que pedo

> Delete all the messages. You know what's up.

**Recipients** Morenito Martinez (100003302654637)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-09-26 23:23:39 UTC
**Deleted** false
**Body** Simon

> Sure.

**Recipients** Morenito Martinez (100003302654637)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-09-26 23:23:46 UTC
**Deleted** false
**Body** Tonses ya va para aya para salir

> So then are you going over there now? So I can leave

**Recipients** Catrachito Triminio (100010967087246)
Morenito Martinez (100003302654637)
**Author** Morenito Martinez (100003302654637)
**Sent** 2016-09-26 23:24:18 UTC
**Deleted** false
**Body** Pere ya le indico si agarro el ramfla

> Hold on. I will let you know if I get the car.

**Recipients** Morenito Martinez (100003302654637)

Author Catrachito Triminio (100010967087246)
       Catrachito Triminio (100010967087246)
Sent 2016-09-26 23:25:00 UTC
Deleted false
Body Rapido perro q me puede kitar el fon mi ruka en cualquier momento **Hurry up, dog, because my mom can take away the phone any minute.**

Recipients Catrachito Triminio (100010967087246)
       Morenito Martinez (100003302654637)
Author Morenito Martinez (100003302654637)
Sent 2016-09-26 23:27:48 UTC
Deleted false
Body Orale **All right.**

(mid.1469478347213:a0fdedeb0fff789937)
Recipients Jose Vigil (100011755518293)
       Catrachito Triminio (100010967087246)
Author Catrachito Triminio (100010967087246)
Sent 2016-09-22 21:26:27 UTC
Deleted false
Body Yoo **Yoo.**

Recipients Jose Vigil (100011755518293)
       Catrachito Triminio (100010967087246)
Author Catrachito Triminio (100010967087246)
Sent 2016-09-23 00:14:45 UTC
Deleted false
Body Y el chapin dog **What about the Guatemalan, dog?**

Recipients Catrachito Triminio (100010967087246)
       Jose Vigil (100011755518293)
Author Jose Vigil (100011755518293)
Sent 2016-09-23 00:30:10 UTC
Deleted false
Body Yo no sé quién es ese **I don't know who that is.**

Recipients Catrachito Triminio (100010967087246)
       Jose Vigil (100011755518293)
Author Jose Vigil (100011755518293)
Sent 2016-09-23 00:30:25 UTC
Deleted false
Body No se de q me estás hablando **I don't know what you are talking about.**

Recipients Jose Vigil (100011755518293)
       Catrachito Triminio (100010967087246)
Author Catrachito Triminio (100010967087246)
Sent 2016-09-25 23:31:43 UTC
Deleted false
Body Komda perro **What's up, dog?**

(mid.1469374783999:0248ec33f4ca4fbb70)
Recipients Jose Guanakito (100012560824536)
       Catrachito Triminio (100010967087246)
Author Catrachito Triminio (100010967087246)
Sent 2016-09-24 14:09:06 UTC
IP 2600:8806:2000:7300:786f:9241:ba80:84c1

**Sent**
    2017-01-02 18:56:24 UTC
**Deleted** false
**Body** Q pedo perro


(mid.1455848897857:3d6a5ea76a1e518f96)
  **Recipients** Erick Torres (100006797701856)
    Catrachito Triminio (100010967087246)
  **Author** Catrachito Triminio (100010967087246)
  **Sent** 2016-09-26 22:11:20 UTC
  **Deleted** true
  **Body**

  **Recipients** Catrachito Triminio (100010967087246)
    Erick Torres (100006797701856)
  **Author** Erick Torres (100006797701856)
  **Sent** 2016-09-26 22:15:50 UTC
  **Deleted** true
  **Body**

  **Recipients** Erick Torres (100006797701856)
    Catrachito Triminio (100010967087246)
  **Author** Catrachito Triminio (100010967087246)
  **Sent** 2016-09-26 22:16:05 UTC
  **Deleted** true
  **Body**

  **Recipients** Catrachito Triminio (100010967087246)
    Erick Torres (100006797701856)
  **Author** Erick Torres (100006797701856)
  **Sent** 2016-09-26 22:16:39 UTC
  **Deleted** true
  **Body**

  **Recipients** Erick Torres (100006797701856)
    Catrachito Triminio (100010967087246)
  **Author** Catrachito Triminio (100010967087246)
  **Sent** 2016-09-26 22:16:48 UTC
  **Deleted** true
  **Body**

  **Recipients** Erick Torres (100006797701856)
    Catrachito Triminio (100010967087246)
  **Author** Catrachito Triminio (100010967087246)
  **Sent** 2016-09-26 22:16:57 UTC
  **Deleted** true
  **Body**

  **Recipients** Catrachito Triminio (100010967087246)
    Erick Torres (100006797701856)
  **Author** Erick Torres (100006797701856)
  **Sent** 2016-09-26 22:17:53 UTC
  **Deleted** true
  **Body**

  **Recipients** Erick Torres (100006797701856)
    Catrachito Triminio (100010967087246)

GOVERNMENT
EXHIBIT
**12-13A**
1:18CR123

**Author**      Catrachito Triminio (100010967087246)
**Sent**        2016-09-26 22:18:13 UTC
**Deleted**     true
**Body**

**Recipients**  Erick Torres (100006797701856)
                Catrachito Triminio (100010967087246)
**Author**      Catrachito Triminio (100010967087246)
**Sent**        2016-09-26 22:18:20 UTC
**Deleted**     true
**Body**

**Recipients**  Catrachito Triminio (100010967087246)
                Erick Torres (100006797701856)
**Author**      Erick Torres (100006797701856)
**Sent**        2016-09-26 22:18:41 UTC
**Deleted**     true
**Body**

**Recipients**  Erick Torres (100006797701856)
                Catrachito Triminio (100010967087246)
**Author**      Catrachito Triminio (100010967087246)
**Sent**        2016-09-26 22:18:52 UTC
**Deleted**     true
**Body**

**Recipients**  Catrachito Triminio (100010967087246)
                Erick Torres (100006797701856)
**Author**      Erick Torres (100006797701856)
**Sent**        2016-09-26 22:19:25 UTC
**Deleted**     true
**Body**

**Recipients**  Erick Torres (100006797701856)
                Catrachito Triminio (100010967087246)
**Author**      Catrachito Triminio (100010967087246)
**Sent**        2016-09-26 22:19:55 UTC
**Deleted**     true
**Body**

**Recipients**  Erick Torres (100006797701856)
                Catrachito Triminio (100010967087246)
**Author**      Catrachito Triminio (100010967087246)
**Sent**        2016-09-26 22:20:04 UTC
**Deleted**     true
**Body**

**Recipients**  Erick Torres (100006797701856)
                Catrachito Triminio (100010967087246)
**Author**      Catrachito Triminio (100010967087246)
**Sent**        2016-09-26 22:21:41 UTC
**Deleted**     true
**Body**

**Recipients**  Catrachito Triminio (100010967087246)
                Erick Torres (100006797701856)
**Author**      Erick Torres (100006797701856)

JA6112

|  |  |
|---|---|
| **Sent** | 2016-09-26 22:22:23 UTC |
| **Deleted** | true |
| **Body** | |

|  |  |
|---|---|
| **Recipients** | Catrachito Triminio (100010967087246)<br>Erick Torres (100006797701856) |
| **Author** | Erick Torres (100006797701856) |
| **Sent** | 2016-09-26 22:22:25 UTC |
| **Deleted** | true |
| **Body** | |

|  |  |
|---|---|
| **Recipients** | Erick Torres (100006797701856)<br>Catrachito Triminio (100010967087246) |
| **Author** | Catrachito Triminio (100010967087246) |
| **Sent** | 2016-09-26 22:23:26 UTC |
| **Deleted** | true |
| **Body** | |

|  |  |
|---|---|
| **Recipients** | Catrachito Triminio (100010967087246)<br>Erick Torres (100006797701856) |
| **Author** | Erick Torres (100006797701856) |
| **Sent** | 2016-09-26 22:24:27 UTC |
| **Deleted** | true |
| **Body** | |

|  |  |
|---|---|
| **Recipients** | Erick Torres (100006797701856)<br>Catrachito Triminio (100010967087246) |
| **Author** | Catrachito Triminio (100010967087246) |
| **Sent** | 2016-09-26 22:25:08 UTC |
| **Deleted** | true |
| **Body** | |

|  |  |
|---|---|
| **Recipients** | Catrachito Triminio (100010967087246)<br>Erick Torres (100006797701856) |
| **Author** | Erick Torres (100006797701856) |
| **Sent** | 2016-09-26 22:25:29 UTC |
| **Deleted** | true |
| **Body** | |

|  |  |
|---|---|
| **Recipients** | Erick Torres (100006797701856)<br>Catrachito Triminio (100010967087246) |
| **Author** | Catrachito Triminio (100010967087246) |
| **Sent** | 2016-09-26 22:25:52 UTC |
| **Deleted** | true |
| **Body** | |

|  |  |
|---|---|
| **Recipients** | Catrachito Triminio (100010967087246)<br>Erick Torres (100006797701856) |
| **Author** | Erick Torres (100006797701856) |
| **Sent** | 2016-09-26 22:27:42 UTC |
| **Deleted** | true |
| **Body** | |

|  |  |
|---|---|
| **Recipients** | Erick Torres (100006797701856)<br>Catrachito Triminio (100010967087246) |
| **Author** | Catrachito Triminio (100010967087246) |
| **Sent** | 2016-09-26 22:29:33 UTC |

JA6113

**Deleted**
      true
**Body**

**Recipients**  Catrachito Triminio (100010967087246)
          Erick Torres (100006797701856)
**Author**  Erick Torres (100006797701856)
**Sent**  2016-09-26 22:29:55 UTC
**Deleted**  true
**Body**

**Recipients**  Erick Torres (100006797701856)
          Catrachito Triminio (100010967087246)
**Author**  Catrachito Triminio (100010967087246)
**Sent**  2016-09-26 22:30:58 UTC
**Deleted**  true
**Body**

**Recipients**  Catrachito Triminio (100010967087246)
          Erick Torres (100006797701856)
**Author**  Erick Torres (100006797701856)
**Sent**  2016-09-26 22:32:08 UTC
**Deleted**  true
**Body**

**Recipients**  Erick Torres (100006797701856)
          Catrachito Triminio (100010967087246)
**Author**  Catrachito Triminio (100010967087246)
**Sent**  2016-09-26 22:33:01 UTC
**Deleted**  true
**Body**

**Recipients**  Catrachito Triminio (100010967087246)
          Erick Torres (100006797701856)
**Author**  Erick Torres (100006797701856)
**Sent**  2016-09-26 22:35:31 UTC
**Deleted**  true
**Body**

**Recipients**  Erick Torres (100006797701856)
          Catrachito Triminio (100010967087246)
**Author**  Catrachito Triminio (100010967087246)
**Sent**  2016-09-26 22:37:13 UTC
**Deleted**  true
**Body**

**Recipients**  Catrachito Triminio (100010967087246)
          Erick Torres (100006797701856)
**Author**  Erick Torres (100006797701856)
**Sent**  2016-09-26 22:50:40 UTC
**Deleted**  true
**Body**

**Recipients**  Catrachito Triminio (100010967087246)
          Erick Torres (100006797701856)
**Author**  Erick Torres (100006797701856)
**Sent**  2016-09-26 22:52:03 UTC
**Deleted**  true

---

**Body**

**Recipients**  Erick Torres (100006797701856)
            Catrachito Triminio (100010967087246)
**Author**  Catrachito Triminio (100010967087246)
**Sent**  2016-09-26 22:55:39 UTC
**Deleted**  true
**Body**

**Recipients**  Erick Torres (100006797701856)
            Catrachito Triminio (100010967087246)
**Author**  Catrachito Triminio (100010967087246)
**Sent**  2016-09-26 22:55:42 UTC
**Deleted**  true
**Body**

**Recipients**  Catrachito Triminio (100010967087246)
            Erick Torres (100006797701856)
**Author**  Erick Torres (100006797701856)
**Sent**  2016-09-26 22:56:28 UTC
**Deleted**  true
**Body**

**Recipients**  Erick Torres (100006797701856)
            Catrachito Triminio (100010967087246)
**Author**  Catrachito Triminio (100010967087246)
**Sent**  2016-09-26 22:56:36 UTC
**Deleted**  true
**Body**

**Recipients**  Catrachito Triminio (100010967087246)
            Erick Torres (100006797701856)
**Author**  Erick Torres (100006797701856)
**Sent**  2016-09-26 22:56:54 UTC
**Deleted**  true
**Body**

**Recipients**  Erick Torres (100006797701856)
            Catrachito Triminio (100010967087246)
**Author**  Catrachito Triminio (100010967087246)
**Sent**  2016-09-26 22:57:24 UTC
**Deleted**  true
**Body**

**Recipients**  Catrachito Triminio (100010967087246)
            Erick Torres (100006797701856)
**Author**  Erick Torres (100006797701856)
**Sent**  2016-09-26 22:58:03 UTC
**Deleted**  true
**Body**

**Recipients**  Erick Torres (100006797701856)
            Catrachito Triminio (100010967087246)
**Author**  Catrachito Triminio (100010967087246)
**Sent**  2016-09-26 22:58:14 UTC
**Deleted**  true
**Body**

JA6115

**Recipients**

Erick Torres (100006797701856)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-09-26 22:59:28 UTC
**Deleted** false
**Body** Y donde anda perro    Where are you at, dog?

**Recipients** Catrachito Triminio (100010967087246)
Erick Torres (100006797701856)
**Author** Erick Torres (100006797701856)
**Sent** 2016-09-26 23:00:35 UTC
**Deleted** false
**Body** Aki por alexandria    Here in Alexandria.

**Recipients** Catrachito Triminio (100010967087246)
Erick Torres (100006797701856)
**Author** Erick Torres (100006797701856)
**Sent** 2016-09-26 23:00:48 UTC
**Deleted** false
**Body** Y ya te dije nomaa leelos y borralps    And I already told you, just read them and delete them.

**Recipients** Erick Torres (100006797701856)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-09-26 23:00:52 UTC
**Deleted** false
**Body** Yabs perro q parte ?    You're on, dog, which part?

**Recipients** Erick Torres (100006797701856)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-09-26 23:01:05 UTC
**IP** 172.58.184.110
**Deleted** false
**Body**
**Attachments** 14509382_315232908852276_2033000878_n.png.jpg (315232908852276)
**Type** image/jpeg
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=315
232908852276&mid=mid.1474930865399%3A1f23cae466322401
51&uid=100010967087246&accid=100010967087246&preview=0
&hash=AQAZd2eJn4CrViRltEZvvTJ9U67ZAmy6w2jfwCo_3w1NRA



**Erick Torres**
Activo(a) ahora



# Erick Torres

Son amigos en Facebook

Jefe en Te voy Amar y Hacerte Feliz

Vive en Falls Church

6:59 PM

Y donde anda perro

Aki por alexandria

Y ya te dije nomaa leelos y
borralps

Yabs perro q parte ?

Escribe un mensaje...

**Photo Id:**
315232908852276

| | |
|---|---|
| **Recipients** | Catrachito Triminio (100010967087246) |
| | Erick Torres (100006797701856) |
| **Author** | Erick Torres (100006797701856) |
| **Sent** | 2016-09-26 23:01:10 UTC |
| **Deleted** | false |
| **Body** | Seminary    `Seminary` |

| | |
|---|---|
| **Recipients** | Erick Torres (100006797701856) |
| | Catrachito Triminio (100010967087246) |
| **Author** | Catrachito Triminio (100010967087246) |
| **Sent** | 2016-09-26 23:01:39 UTC |
| **Deleted** | false |
| **Body** | Ya sabras perro aki serka d la tonka    `You know, dog. Here close to the house.` |

| | |
|---|---|
| **Recipients** | Catrachito Triminio (100010967087246) |
| | Erick Torres (100006797701856) |
| **Author** | Erick Torres (100006797701856) |
| **Sent** | 2016-09-26 23:02:00 UTC |
| **Deleted** | false |
| **Body** | Enronces k pedo desactibate esa daon y te moves pues va    `Then what's up? Deactivate that thing and move, all right?` |

| | |
|---|---|
| **Recipients** | Erick Torres (100006797701856) |
| | Catrachito Triminio (100010967087246) |
| **Author** | Catrachito Triminio (100010967087246) |
| **Sent** | 2016-09-26 23:02:33 UTC |
| **Deleted** | false |
| **Body** | Ta calenton perro    `It's hot, dog.` |

| | |
|---|---|
| **Recipients** | Erick Torres (100006797701856) |
| | Catrachito Triminio (100010967087246) |
| **Author** | Catrachito Triminio (100010967087246) |
| **Sent** | 2016-09-26 23:02:47 UTC |
| **Deleted** | false |
| **Body** | Wache mande la directa aver qdope    `Look, send the address and I'll see.` |

| | |
|---|---|
| **Recipients** | Erick Torres (100006797701856) |
| | Catrachito Triminio (100010967087246) |
| **Author** | Catrachito Triminio (100010967087246) |
| **Sent** | 2016-09-26 23:03:06 UTC |
| **IP** | 172.58.184.110 |
| **Deleted** | false |
| **Body** | |
| **Share** | **Date Created** 2016-09-26 23:03:06 UTC |
| | **Link** http://www.facebook.com/veroir.ycallar.52/posts/31523335885223 1 |
| | **Text** |
| | **Title** Golden Gate Apartments |
| | **Url** https://www.bing.com/maps/default.aspx?v=2&pc=FACEBK&mid= 8100&where1=3529+Leesburg+Ct%2C+Alexandria+22302&FORM =FBKPL1&mkt=es-MX |

**Recipients**

      Erick Torres (100006797701856)
      Catrachito Triminio (100010967087246)
**Author**  Catrachito Triminio (100010967087246)
**Sent**  2016-09-26 23:03:15 UTC
**Deleted**  false
**Body**  Ai cantomeo yo dog   **I live there, dog.**

**Recipients**  Catrachito Triminio (100010967087246)
      Erick Torres (100006797701856)
**Author**  Erick Torres (100006797701856)
**Sent**  2016-09-26 23:03:25 UTC
**Deleted**  false
**Body**  Orale perame   **All right, hold on.**

**Recipients**  Erick Torres (100006797701856)
      Catrachito Triminio (100010967087246)
**Author**  Catrachito Triminio (100010967087246)
**Sent**  2016-09-26 23:03:33 UTC
**Deleted**  false
**Body**  Dale   **Go for it.**

**Recipients**  Catrachito Triminio (100010967087246)
      Erick Torres (100006797701856)
**Author**  Erick Torres (100006797701856)
**Sent**  2016-09-26 23:05:15 UTC
**Deleted**  false
**Body**  Pero k pedo te vaa a movee o k pedo   **But, what's up?  Are you going to move or what?**

**Recipients**  Erick Torres (100006797701856)
      Catrachito Triminio (100010967087246)
**Author**  Catrachito Triminio (100010967087246)
**Sent**  2016-09-26 23:05:52 UTC
**Deleted**  false
**Body**  Y la directa dog   **And the address, dog?**

**Recipients**  Erick Torres (100006797701856)
      Catrachito Triminio (100010967087246)
**Author**  Catrachito Triminio (100010967087246)
**Sent**  2016-09-26 23:06:12 UTC
**Deleted**  false
**Body**  Va perro pero no puedo salir x mucho tienpo   **All right, dog.  But I cannot go out for too long.**

**Recipients**  Catrachito Triminio (100010967087246)
      Erick Torres (100006797701856)
**Author**  Erick Torres (100006797701856)
**Sent**  2016-09-26 23:06:29 UTC
**Deleted**  false
**Body**  5055 seminary rd Alexandria   **5055 Seminary Rd. Alexandria**

**Recipients**  Catrachito Triminio (100010967087246)
      Erick Torres (100006797701856)
**Author**  Erick Torres (100006797701856)
**Sent**  2016-09-26 23:06:39 UTC
**Deleted**  false
**Body**  Ahi donde estoy utual   **There, where I usually am.**

**Recipients**  Erick Torres (100006797701856)

**Author** Catrachito Triminio (100010967087246)
Catrachito Triminio (100010967087246)
**Sent** 2016-09-26 23:07:29 UTC
**Deleted** false
**Body** Wache q pdo me puede venir a traer la onda esta q este es el fon d mi ruka ya cuandi salga me voy a desactivar digame un lugar donde me va a esperar

> Look, what's up? Can you pick me up? Because this is my mom's phone and when I leave I'll get disconnected. Tell me a place where you will wait for me.

**Recipients** Erick Torres (100006797701856)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-09-26 23:07:42 UTC
**Deleted** false
**Body** Ey conteste rapido dog

> Hey, answer quickly, dog.

**Recipients** Catrachito Triminio (100010967087246)
Erick Torres (100006797701856)
**Author** Erick Torres (100006797701856)
**Sent** 2016-09-26 23:08:02 UTC
**Deleted** false
**Body** Yo estoy kavalito en la parda donde esta esa direcya

> I am at the exact stop at that address.

**Recipients** Catrachito Triminio (100010967087246)
**Author** Erick Torres (100006797701856)
**Sent** 2016-09-26 23:08:08 UTC
**Deleted** false
**Body** Si yo en bus ando

> I'm taking the bus.

**Recipients** Erick Torres (100006797701856)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-09-26 23:08:17 UTC
**Deleted** false
**Body** Ya sabras

> Well, you know it.

**Recipients** Erick Torres (100006797701856)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-09-26 23:08:31 UTC
**Deleted** false
**Body** Veh un building  grande azul perro?

> Can you see a big blue building, dog?

**Recipients** Catrachito Triminio (100010967087246)
Erick Torres (100006797701856)
**Author** Erick Torres (100006797701856)
**Sent** 2016-09-26 23:08:40 UTC
**Deleted** false
**Body** Simon ahi

> Yeah, there.

**Recipients** Catrachito Triminio (100010967087246)
Erick Torres (100006797701856)
**Author** Erick Torres (100006797701856)
**Sent** 2016-09-26 23:08:52 UTC
**Deleted** false
**Body** Uno k dice hilton

> One that says Hilton?

**Recipients** Erick Torres (100006797701856)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)

**Sent** 2016-09-26 23:09:15 UTC
**Deleted** false
**Body** Simon en ese hotel esta usted? Yeah, are you at that hotel?

**Recipients** Catrachito Triminio (100010967087246)
Erick Torres (100006797701856)
**Author** Erick Torres (100006797701856)
**Sent** 2016-09-26 23:09:21 UTC
**Deleted** false
**Body** Simon Yeah.

**Recipients** Erick Torres (100006797701856)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-09-26 23:09:28 UTC
**Deleted** false
**Body** Wache veh q ai un hotel q tiene un pato va ai le caigo Look, can you see a hotel that has a duck? I will meet you there.

**Recipients** Catrachito Triminio (100010967087246)
Erick Torres (100006797701856)
**Author** Erick Torres (100006797701856)
**Sent** 2016-09-26 23:09:49 UTC
**Deleted** false
**Body** Yo nose k pedo ese pato I don't know what's up with that duck.

**Recipients** Catrachito Triminio (100010967087246)
Erick Torres (100006797701856)
**Author** Erick Torres (100006797701856)
**Sent** 2016-09-26 23:10:12 UTC
**Deleted** false
**Body** Cavalito te va a dejsf el bus enfrenge de un grab hotel The bus is going to leave you right in front of a big hotel.

**Recipients** Erick Torres (100006797701856)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-09-26 23:10:12 UTC
**Deleted** false
**Body** El hotel perro q dise homewood suit Hilton y el logo es un pati Dog, the hotel that says homewood suites Hilton, and the logo is a duck.

**Recipients** Erick Torres (100006797701856)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-09-26 23:10:14 UTC
**Deleted** false
**Body** Pato Duck

**Recipients** Catrachito Triminio (100010967087246)
Erick Torres (100006797701856)
**Author** Erick Torres (100006797701856)
**Sent** 2016-09-26 23:10:41 UTC
**Deleted** false
**Body** Bien hilton es el otel Right the hotel is Hilton.

**Recipients** Catrachito Triminio (100010967087246)
Erick Torres (100006797701856)
**Author** Erick Torres (100006797701856)
**Sent** 2016-09-26 23:11:13 UTC

**Deleted**
　false
**Body** Pero yo estoy en uno k dice THE GRAHAM    <mark>But, I'm at one that says The Graham.</mark>

**Recipients** Erick Torres (100006797701856)
　Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-09-26 23:11:23 UTC
**IP** 172.58.184.110
**Deleted** false
**Body**
**Attachments** 14459906_315236648851902_1458854421_n.png.jpg (315236648851902)
　　　　**Type** image/jpeg
　　　　**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=315
　　　　236648851902&mid=mid.1474931483760%3A147f431468b4e4a0
　　　　04&uid=100010967087246&accid=100010967087246&preview=0
　　　　&hash=AQDfK-BQsBL4y2EuY1oPMsjrTdtEiLQD0I2-8369zeK4xA



**Photo Id:**
315236648851902

| | |
|---|---|
| **Recipients** | Erick Torres (100006797701856) |
| | Catrachito Triminio (100010967087246) |
| **Author** | Catrachito Triminio (100010967087246) |
| **Sent** | 2016-09-26 23:11:37 UTC |
| **Deleted** | false |
| **Body** | Tri largo a pata dog  <mark>It's far on foot, dog.</mark> |

| | |
|---|---|
| **Recipients** | Catrachito Triminio (100010967087246) |
| | Erick Torres (100006797701856) |
| **Author** | Erick Torres (100006797701856) |
| **Sent** | 2016-09-26 23:12:02 UTC |
| **Deleted** | false |
| **Body** | Y bus  <mark>And by bus?</mark> |

| | |
|---|---|
| **Recipients** | Erick Torres (100006797701856) |
| | Catrachito Triminio (100010967087246) |
| **Author** | Catrachito Triminio (100010967087246) |
| **Sent** | 2016-09-26 23:12:11 UTC |
| **Deleted** | false |
| **Body** | Wache perro conose los skyline usted?  <mark>Look, dog, do you know the Skyline?</mark> |

| | |
|---|---|
| **Recipients** | Catrachito Triminio (100010967087246) |
| | Erick Torres (100006797701856) |
| **Author** | Erick Torres (100006797701856) |
| **Sent** | 2016-09-26 23:12:18 UTC |
| **Deleted** | false |
| **Body** | Ni te creo k no tengas dos baros  <mark>I can't believe you don't have two bucks.</mark> |

| | |
|---|---|
| **Recipients** | Erick Torres (100006797701856) |
| | Catrachito Triminio (100010967087246) |
| **Author** | Catrachito Triminio (100010967087246) |
| **Sent** | 2016-09-26 23:12:36 UTC |
| **IP** | 172.58.184.110 |
| **Deleted** | false |
| **Body** | |
| **Share** | **Date Created** 2016-09-26 23:12:36 UTC |
| | **Link** http://www.facebook.com/veroir.ycallar.52/posts/315236972185203 |
| | **Text** |
| | **Title** Golden Gate Apartments |
| | **Url** https://www.bing.com/maps/default.aspx?v=2&pc=FACEBK&mid=8100&where1=3529+Leesburg+Ct%2C+Alexandria+22302&FORM=FBKPL1&mkt=es-MX |

| | |
|---|---|
| **Recipients** | Erick Torres (100006797701856) |
| | Catrachito Triminio (100010967087246) |
| **Author** | Catrachito Triminio (100010967087246) |
| **Sent** | 2016-09-26 23:12:49 UTC |
| **Deleted** | false |

**Body**
Tonses perro en q kedamos    *So then, dog, where do we stand?*

**Recipients** Catrachito Triminio (100010967087246)
Erick Torres (100006797701856)
**Author** Erick Torres (100006797701856)    *Look, if you can't today, we'll see what's up another day, because I'm here waiting for a guy too and I don't know when he'll arrive. But if you want to come on over here where I told you, I'm here.*
**Sent** 2016-09-26 23:14:22 UTC
**Deleted** false
**Body** Mirabd si no podes hoy ahi vemos k pedo oto dia va pork yo aki estoy esperando sun morro tsnbien vs y nose en kusnro kae va pero ssi keres kaer aki donde te dije estoy

**Recipients** Erick Torres (100006797701856)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-09-26 23:14:54 UTC
**Deleted** false
**Body** El bus pasa donde le digo perro    *The bus goes by where I told you, dog.*

**Recipients** Erick Torres (100006797701856)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-09-26 23:15:17 UTC
**Deleted** false
**Body** Wache pase un numero para llamar si eske me pierdo?    *Look, give me a number to call in case I get lost.*

**Recipients** Erick Torres (100006797701856)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-09-26 23:17:08 UTC
**Deleted** false
**Body** Ey conteste rapido dog    *Hey, answer quickly dog.*

**Recipients** Catrachito Triminio (100010967087246)
Erick Torres (100006797701856)
**Author** Erick Torres (100006797701856)
**Sent** 2016-09-26 23:18:57 UTC
**Deleted** false
**Body** 5712681224

**Recipients** Catrachito Triminio (100010967087246)
Erick Torres (100006797701856)
**Author** Erick Torres (100006797701856)
**Sent** 2016-09-26 23:19:13 UTC
**Deleted** false
**Body** Solo el 28a toma y ese te deja donde te digo    *You just need to take 28A and that one will drop you off where I'm telling you.*

**Recipients** Catrachito Triminio (100010967087246)
Erick Torres (100006797701856)
**Author** Erick Torres (100006797701856)
**Sent** 2016-09-26 23:19:29 UTC
**Deleted** false
**Body**
**Attachments** audioclip-1474931966000-7680.mp4 (1852178031685436)
**Type** audio/mpeg
**Size** 46723
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=185
2178031685436&mid=mid.1474931969041%3Abb3c2584ee5d5f9
272&uid=100010967087246&accid=100010967087246&preview=

Mirá ve, que ya no te puedo contestar va, porque no ando muy car.., con mucha carga el fon va vos, por eso no te puedo contestar mucho.
*Look, I can't answer you now because, you know, I don't, I don't have a lot of charge on the phone, you know, that's why I can't answer you a lot.*

JA6125

(mid.1454949716574:2a58c8b84c667a2e61)

| | |
|---|---|
| **Recipients** | Blânçâ Zômêtâ (100003330789296)<br>Catrachito Triminio (100010967087246) |
| **Author** | Catrachito Triminio (100010967087246) |
| **Sent** | 2016-09-24 14:27:41 UTC |
| **IP** | 2600:8806:2000:7300:786f:9241:ba80:84c1 |
| **Deleted** | false |
| **Body** | hola   Hi. |

| | |
|---|---|
| **Recipients** | Catrachito Triminio (100010967087246)<br>Blânçâ Zômêtâ (100003330789296) |
| **Author** | Blânçâ Zômêtâ (100003330789296) |
| **Sent** | 2016-09-24 14:42:49 UTC |
| **Deleted** | false |
| **Body** | Hola   Hi. |

| | |
|---|---|
| **Recipients** | Blânçâ Zômêtâ (100003330789296)<br>Catrachito Triminio (100010967087246) |
| **Author** | Catrachito Triminio (100010967087246) |
| **Sent** | 2016-09-24 14:44:09 UTC |
| **IP** | 2600:8806:2000:7300:786f:9241:ba80:84c1 |
| **Deleted** | false |
| **Body** | como estas negra?   How are you girl? |

| | |
|---|---|
| **Recipients** | Catrachito Triminio (100010967087246)<br>Blânçâ Zômêtâ (100003330789296) |
| **Author** | Blânçâ Zômêtâ (100003330789296) |
| **Sent** | 2016-09-24 14:44:53 UTC |
| **Deleted** | false |
| **Body** | Bien negro y tu?   Good dude and you? |

| | |
|---|---|
| **Recipients** | Blânçâ Zômêtâ (100003330789296)<br>Catrachito Triminio (100010967087246) |
| **Author** | Catrachito Triminio (100010967087246) |
| **Sent** | 2016-09-24 14:45:13 UTC |
| **IP** | 2600:8806:2000:7300:786f:9241:ba80:84c1 |
| **Deleted** | false |
| **Body** | mas o menos   So so. |

| | |
|---|---|
| **Recipients** | Blânçâ Zômêtâ (100003330789296)<br>Catrachito Triminio (100010967087246) |
| **Author** | Catrachito Triminio (100010967087246) |
| **Sent** | 2016-09-24 14:45:17 UTC |
| **IP** | 2600:8806:2000:7300:786f:9241:ba80:84c1 |
| **Deleted** | false |
| **Body** | y q ases negra?   What are you doing girl? |

| | |
|---|---|
| **Recipients** | Catrachito Triminio (100010967087246)<br>Blânçâ Zômêtâ (100003330789296) |
| **Author** | Blânçâ Zômêtâ (100003330789296) |
| **Sent** | 2016-09-24 14:45:37 UTC |
| **Deleted** | false |
| **Body** | Mm neta!<br>Y pues nda levantandome y tu   Well, nothing just waking up and you? |

**Recipients** Flakhitto Martinez (100007205882222)
Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)
**Sent** 2016-08-30 22:45:45 UTC
**Deleted** false
**Body** Órale firme perro yo aquí igual perro va siempre biendo que se ase ese va i mire talves le caigo

All right, for sure, dog. I'm the same here, dog. Always looking around to see what to do. Look, I may go by there.

**Recipients** Jose Vigil (100011755518293)
**Author** Flakhitto Martinez (100007205882222)
**Sent** 2016-08-30 22:46:43 UTC
**Deleted** false
**Body** Tipo no estoy enla area perro va tipo aki ando viendo k dp x los lados de fairfax

I'm not in the area, dog. I'm looking around to see what's going on in the Fairfax area.

**Recipients** Flakhitto Martinez (100007205882222)
Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)
**Sent** 2016-08-30 22:47:22 UTC
**Deleted** false
**Body** Órale está firme perro no ay pedo ahí estamos cualquier onda

All right, that's fine, dog. There's no problem. We'll be around if anything comes up.

**Recipients** Jose Vigil (100011755518293)
Flakhitto Martinez (100007205882222)
**Author** Flakhitto Martinez (100007205882222)
**Sent** 2016-08-30 22:47:39 UTC
**Deleted** false
**Body** Orale maniaco perro ca    All right, great, dog, ca

**Recipients** Jose Vigil (100011755518293)
Flakhitto Martinez (100007205882222)
**Author** Flakhitto Martinez (100007205882222)
**Sent** 2016-08-30 22:47:40 UTC
**Deleted** false
**Body** Va    All right.

(mid.1469478347213:a0fdedeb0fff789937)
**Recipients** Catrachito Triminio (100010967087246)
Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)
**Sent** 2016-08-02 22:32:16 UTC
**Deleted** false
**Body** Q onda Ey como están las ondas    What's up? Hey, how are things?

**Recipients** Jose Vigil (100011755518293)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-08-02 22:32:44 UTC
**Deleted** false
**Body** Ey dope dog    Hey, what's up, dog?

**Recipients** Jose Vigil (100011755518293)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-08-02 22:32:49 UTC

GOVERNMENT
EXHIBIT
**14-4A**
1:18CR123

**Deleted**
false
**Body**  Todo blue perro y ustes    All is well, dog, and how about you guys?

**Recipients**  Jose Vigil (100011755518293)
Catrachito Triminio (100010967087246)
**Author**  Catrachito Triminio (100010967087246)
**Sent**  2016-08-02 22:33:00 UTC
**Deleted**  false
**Body**  Usted    You

**Recipients**  Catrachito Triminio (100010967087246)
Jose Vigil (100011755518293)
**Author**  Jose Vigil (100011755518293)
**Sent**  2016-08-02 22:33:18 UTC    All right, great. Hey, everything is
great, dude, here as well.
**Deleted**  false
**Body**  Òrale maniaco Ey yo aquí todo maniaco ese tan bien

**Recipients**  Jose Vigil (100011755518293)
Catrachito Triminio (100010967087246)
**Author**  Catrachito Triminio (100010967087246)
**Sent**  2016-08-02 22:33:35 UTC
**Deleted**  false
**Body**  Y donde esta dog    And where are you, dog?

**Recipients**  Catrachito Triminio (100010967087246)
Jose Vigil (100011755518293)
**Author**  Jose Vigil (100011755518293)
**Sent**  2016-08-02 22:33:50 UTC
**Deleted**  false
**Body**  Aquí por Maryland loco va    Here, around Maryland, loco.

**Recipients**  Jose Vigil (100011755518293)
Catrachito Triminio (100010967087246)
**Author**  Catrachito Triminio (100010967087246)
**Sent**  2016-08-02 22:34:52 UTC
**Deleted**  false
**Body**  Orale dog    All right, dog.

**Recipients**  Jose Vigil (100011755518293)
Catrachito Triminio (100010967087246)
**Author**  Catrachito Triminio (100010967087246)
**Sent**  2016-08-02 22:34:54 UTC
**Deleted**  false    Did they tell you what is going on with the Silvas,
dog?
**Body**  Le dijeron las ondas d los silva dog

**Recipients**  Catrachito Triminio (100010967087246)
Jose Vigil (100011755518293)
**Author**  Jose Vigil (100011755518293)
**Sent**  2016-08-02 22:35:17 UTC    Yes, *loco*, but not that, loco. What is that
about that they're going to beat you up?
**Deleted**  false
**Body**  Simón loco pero eso Nel loco cuál es esa que te van a dar verga

**Recipients**  Jose Vigil (100011755518293)
Catrachito Triminio (100010967087246)
**Author**  Catrachito Triminio (100010967087246)
**Sent**  2016-08-02 22:41:21 UTC
**Deleted**  false

**Body**

Ya sabras va dog y como kedaron en eso dog

> Right, you know, dog, and how did you guys end up with that?

**Recipients** Catrachito Triminio (100010967087246)
Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)
**Sent** 2016-08-02 22:50:47 UTC
**Deleted** false
**Body** Mire q con esos locos no sé a quedado en nada

> Look, nothing has been arranged with those locos

**Recipients** Jose Vigil (100011755518293)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-08-02 22:51:57 UTC
**Deleted** false
**Body** Serio pdo do    Serious stuff, dog.

**Recipients** Catrachito Triminio (100010967087246)
Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)
**Sent** 2016-08-02 22:52:17 UTC
**Deleted** false
**Body** Simón doggi va pero cualquier onda me indica

> Yes, doggy, but let me know if anything comes up.

**Recipients** Catrachito Triminio (100010967087246)
Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)
**Sent** 2016-08-02 22:52:29 UTC
**Deleted** false
**Body** Mire quién le puede prestar una feria loco

> Look, who can lend you some money, dude?

**Recipients** Jose Vigil (100011755518293)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-08-02 22:53:22 UTC
**Deleted** false

See transcript of Spanish audio on next page.

**Body**
**Attachments** audioclip-1470178400784-14121.mp4 (285565988485635)
**Type** audio/mpeg
**Size** 23020
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=285565988485635&mid=mid.1470178402626%3A08e956f371dfa35813&uid=100011755518293&accid=100011755518293&preview=0&hash=AQCyy4Wx01KsmXanLSJlyLhpcZWRCz8yaYNh666q0_X2cg

> Look, dog, those locos will correct, they'll beat me, dog, and I will have to withstand the twenty-six. They told me that I could stay with the Silvas, you know, that supposedly I'm walking with the Silvas, but damn, I'm running with Parque Vista, dog.

**Recipients** Jose Vigil (100011755518293)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)

See transcript of Spanish audio on next page.

**Sent** 2016-08-02 22:53:33 UTC
**Deleted** false
**Body**
**Attachments** audioclip-1470178412131-9779.mp4 (285566015152299)
**Type** audio/mpeg
**Size** 16410
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=285566015152299&mid=mid.1470178413708%3Aeea44d106cbc68ec99&uid=100011755518293&accid=100011755518293&preview=0

> And what's up, dog, how much money are we talking about, doggy? I can help you out with some, dog, but I don't know what's up, you know. You tell me then.

<u>Transcript of Spanish communications on page 920</u>

<u>Audio clip 285565988485635</u>
*Wacha*, perro, que esos locos corrigen, me dan *dog*, y uno tiene que aguantar el veintiséis. Que en los Silva me podía quedar me dijeron, me entiende va, que supuestamente yo caminando con los Silva ando, y cuando ando corriendo, pedo, con Parque Vista, *dog*.

<u>Audio clip 285566015152299</u>
¿Y qué pedo, *dog*, de cuánta feria estamos hablando hay, dogui? Yo le puedo, yo le puedo tirar el paro en algo, perro, pero no sé qué pedo, me entiende. Indíqueme usted pues.

&hash=AQC5udJKWJrVfVWvtZ4jEJEOLa3sl-oUo1FQ_CmW657cNw

| | |
|---|---|
| Recipients | Catrachito Triminio (100010967087246) |
| | Jose Vigil (100011755518293) |
| Author | Jose Vigil (100011755518293) |
| Sent | 2016-08-02 22:54:00 UTC |
| Deleted | false |
| Body | No se escucha loco  **I can't hear you, *loco*.** |

| | |
|---|---|
| Recipients | Jose Vigil (100011755518293) |
| | Catrachito Triminio (100010967087246) |
| Author | Catrachito Triminio (100010967087246) |
| Sent | 2016-08-02 22:55:00 UTC |
| Deleted | false |
| Body | |

*See transcript of Spanish audio on next page.*

| | |
|---|---|
| Attachments | audioclip-1470178496544-18866.mp4 (285566668485567) |
| Type | audio/mpeg |
| Size | 29570 |
| URL | https://attachment.fbsbx.com/messaging_attachment.php?aid=285 566668485567&mid=mid.1470178500290%3A7a2c88aa4d48814c 11&uid=100011755518293&accid=100011755518293&preview=0 &hash=AQCliP663MJZMsbI4bQDv5DyvkV-xjAPtcXa3pKFskwP3g |

**He was saying, dog, that the Silvas were saying, dog, that, you know, if I don't want to put up with that twenty-six, dog, that, that I'm going to stay with Silvas, dog. That I'm running with the Silvas right now, you know, that I never changed cliques when I put up with the three minutes, dog, you know, serious stuff, dog.**

*See transcript of Spanish audio on next page.*

| | |
|---|---|
| Recipients | Catrachito Triminio (100010967087246) |
| | Jose Vigil (100011755518293) |
| Author | Jose Vigil (100011755518293) |
| Sent | 2016-08-02 22:55:57 UTC |
| Deleted | false |
| Body | Yava Nonbre pero cuando Uzte les dijo que alsuave con la say de eyos va |

**Right.  No, man, but when you told them you were taking it easy with their clique.**

| | |
|---|---|
| Recipients | Jose Vigil (100011755518293) |
| | Catrachito Triminio (100010967087246) |
| Author | Catrachito Triminio (100010967087246) |
| Sent | 2016-08-02 22:56:08 UTC |
| Deleted | false |
| Body | |

*See transcript of Spanish audio on next page.*

| | |
|---|---|
| Attachments | audioclip-1470178509628-12306.mp4 (285566955152205) |
| Type | audio/mpeg |
| Size | 20250 |
| URL | https://attachment.fbsbx.com/messaging_attachment.php?aid=285 566955152205&mid=mid.1470178568852%3A48a996eef732e303 54&uid=100011755518293&accid=100011755518293&preview=0 &hash=AQDUZ7a3XDcdVzxacsprQE9ifezOgYr4hfpPdibUiLdRNQ |

**I'm asking you, dog, how much money you talking about, dog? So yeah, so yeah, to see if I can help you with something, dog. You know, I'll never let you down, dog, you know.**

| | |
|---|---|
| Recipients | Jose Vigil (100011755518293) |
| | Catrachito Triminio (100010967087246) |
| Author | Catrachito Triminio (100010967087246) |
| Sent | 2016-08-02 22:58:37 UTC |
| Deleted | false |
| Body | |

*See transcript of Spanish audio on next page.*

| | |
|---|---|
| Attachments | audioclip-1470178715161-1880.mp4 (285567255152175) |
| Type | audio/mpeg |
| Size | 4750 |
| URL | https://attachment.fbsbx.com/messaging_attachment.php?aid=285 567255152175&mid=mid.1470178717693%3A53064e9faf68c5b13 0&uid=100011755518293&accid=100011755518293&preview=0 |

**Yeah man.**

<u>Transcript of Spanish communications on page 921</u>

<u>Audio clip 285566668485567</u>
Le estaba diciendo, dog, que los Silva estaban diciendo, perro, que va, que si no quiero aguantar ese veintiséis, perro, que me, que me voy a quedar en los Silva, dog, va. Que yo en los Silva ando ahorita, me entiende va, que yo nunca me he cambiado de clica cuando aguante los tres minuyos, perro, ya sabrás, serio pedo, perro.

<u>Audio clip 285566955152205</u>
Le estoy diciendo, dog, que ¿cuánta feria me está hablando, perro? Para simón, pues, para que simón, pa' ver si le ayudo en algo, perro. Usted sabe pues sí, yo no lo voy a dejar abajo, dog, me entiende va.

<u>Audio clip 285567255152175</u>
Simón.

&hash=AQC50HrBgDVJaVgGZQWUEcZ7Nmh7jLgRKegIkyoijykh2Q

**Recipients** Jose Vigil (100011755518293)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-08-02 22:58:41 UTC
**Deleted** false
**Body**
**Attachments** audioclip-1470178719440-8761.mp4 (285567258485508)
**Type** audio/mpeg
**Size** 14880
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=285
56725848550&mid=mid.1470178721367%3A08ee3abf59faf0228
3&uid=100011755518293&accid=100011755518293&preview=0
&hash=AQCNJ0lecfXyOuNb4iWYGYL5hIY_ZsZRo3dyXsaBjlcaWg

Simón, perro. Si cuando el Scorpion el homeboy de los Silva me dijo, "querés andar en la clica," yo le dije, "nel," le dije yo, "yo Parque Vista soy," le dije.

==Yeah, dog. When Scorpion the homeboy from the Silvas told me, "do you want to be in the clique?" I said to him, "no, I'm Parque Vista," that's what I told him.==

**Recipients** Catrachito Triminio (100010967087246)
Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)
**Sent** 2016-08-03 19:59:02 UTC
**IP** 172.56.29.198
**Deleted** false
**Body** Es que la onda esta loco que voy con unos homie de la say para otro estado aser unas onda va i necesito una feria perro va con unos 70 varos i le mando el Nonbre al que la puede poner ese va

==The thing is, *loco*, that I'm going with some homies from the clique to another state to do some things and I need money, dog, about 70 bucks, and I'll send you the name of who you can put that to.==

**Recipients** Catrachito Triminio (100010967087246)
Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)
**Sent** 2016-08-03 20:05:20 UTC
**IP** 172.58.108.146
**Deleted** false
**Body** Ahí Nel dígale que me llamen a mi i yo le voy a llamar al corredor

==Not that. Tell him to call me and I'll call the runner.==

**Recipients** Jose Vigil (100011755518293)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-08-03 20:09:46 UTC
**Deleted** false
**Body**
**Attachments** audioclip-1470254960908-7854.mp4 (286092401766327)
**Type** audio/mpeg
**Size** 13473
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=286
092401766327&mid=mid.1470254986411%3A5ba45df55ca3cd07
36&uid=100011755518293&accid=100011755518293&preview=0
&hash=AQDXaVcLJtI1oC-A1vMA_6TkYCDM0_iSMccvkKhkeHf5SA

Órale, dog, no hay pedo, entonces pues. Usted sabe pues, ahí voy a ver qué pedo pues, si le, si le consigo algo ahí pues, me entiende va.

==Right, dog, no problem then. You know, I'll see what's up… if, if I can get something for you there, you know.==

**Recipients** Catrachito Triminio (100010967087246)
Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)
**Sent** 2016-08-03 20:10:25 UTC
**Deleted** false
**Body** Mándeme las ondas por msj que no se escucha

==Send me things by message because I can't hear==

**Recipients** Jose Vigil (100011755518293)

Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-08-03 20:19:31 UTC
**Deleted** false
**Body** Q yo voy a  ver dope cuando consigo algo d feria dog y yo le indiko usted sabe va

> That I'm going to go see when I get some money, dog, and I'll let you know about it.

**Recipients** Catrachito Triminio (100010967087246)
Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)
**Sent** 2016-08-03 20:25:03 UTC
**Deleted** false
**Body** Va Simón Ey

> All right, yes.

**Recipients** Jose Vigil (100011755518293)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-08-03 20:25:12 UTC
**Deleted** false
**Body** Simon perro

> Yes, dog.

**Recipients** Jose Vigil (100011755518293)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-08-03 20:25:38 UTC
**Deleted** false
**Body** Y las ondas d silva como kedo dog todavia quieren darme verga

> And where do the things with the Silvas stand?  Do they still want to beat me up?

**Recipients** Catrachito Triminio (100010967087246)
Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)
**Sent** 2016-08-05 23:08:35 UTC
**Deleted** false
**Body** Ey como están las ondas

> Hey, how are things?

**Recipients** Jose Vigil (100011755518293)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-08-05 23:09:39 UTC
**Deleted** false
**Body** Todo blue perro y usted dog

> All is well, dog, and you, dog?

**Recipients** Catrachito Triminio (100010967087246)
Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)
**Sent** 2016-08-05 23:10:37 UTC
**Deleted** false
**Body** Órale está maniaco perro yo todo bien carnal

> All right, it's great, dog.  All is well with me, brother.

**Recipients** Jose Vigil (100011755518293)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-08-05 23:10:58 UTC
**Deleted** false
**Body** Esta maniako mi perro

> It's great, my dog.

**Recipients** Jose Vigil (100011755518293)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-08-05 23:11:12 UTC

**Deleted** false
**Body** Ey dog queria pedirle un paro perro q yasabras

Hey, dog, I wanted to ask you a favor, dog, you know.

**Recipients** Catrachito Triminio (100010967087246)
Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)
**Sent** 2016-08-05 23:14:37 UTC
**Deleted** false
**Body** Q onda q paso perron

What's up? What's going on, dog?

**Recipients** Jose Vigil (100011755518293)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-08-05 23:16:01 UTC
**Deleted** false
**Body** Puta perro queria q me kitaran la ley seka dog
Xq queria fumar en mi cunpleaños dog q es en17 dias perro

Fuck, dog, I wanted to have the "dry law" lifted, dog, because I wanted to smoke on my birthday, dog, which is in 17 days, dog.

**Recipients** Catrachito Triminio (100010967087246)
Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)
**Sent** 2016-08-06 05:42:30 UTC
**Deleted** false
**Body** Ya vamos hablar de eso perfil

We'll talk about that soon, *perfil*.

**Recipients** Catrachito Triminio (100010967087246)
Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)
**Sent** 2016-08-06 05:42:33 UTC
**Deleted** false
**Body** Perro

Dog

**Recipients** Jose Vigil (100011755518293)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-08-06 05:43:21 UTC
**Deleted** false
**Body** Orale mi carnal

All right, my brother.

**Recipients** Jose Vigil (100011755518293)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-08-06 21:29:34 UTC
**Call Record** **Type** phone
**Missed** true
**Duration** 0

**Recipients** Jose Vigil (100011755518293)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-08-06 21:34:14 UTC
**Call Record** **Type** phone
**Missed** true
**Duration** 0

**Recipients** Jose Vigil (100011755518293)
Catrachito Triminio (100010967087246)

See transcript of
Spanish audio
on next page.

**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-08-06 21:34:41 UTC
**Deleted** false
**Body**
**Attachments** audioclip-1470519280976-17766.mp4 (287840121591555)

**Type** audio/mpeg
**Size** 28655
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=287
840121591555&mid=mid.1470519281463%3A331fc742d58f9b8d1
2&uid=100011755518293&accid=100011755518293&preview=0
&hash=AQCAe1eRs_8UmWbUnpF8elOvdq4zl4-jyAC4n8jhGRh7Jg

Hey, look, doggy, remember the, that
Guatemalan, dog, that I, I took to you to the
motel that time when, when I told you that I
struck the dogs with the bat, the —your paro,
dog, that Guatemalan. Look, dog, look, that
Guatemalan uploaded a photo to Facebook, you
know, with the three sixes, dog, and a beast,
you know. And I wanted to tell you here, you
know.

**Recipients** Jose Vigil (100011755518293)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-08-06 21:55:50 UTC
**Call Record** **Type** phone
**Missed** false
**Duration** 124

**Recipients** Jose Vigil (100011755518293)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-08-06 21:57:43 UTC
**Deleted** false
**Body** Mandrme su numero dg ▸ Send me your number, dog.

**Recipients** Catrachito Triminio (100010967087246)
Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)
**Sent** 2016-08-06 21:57:46 UTC
**Deleted** false
**Body** Mándame el número perro ▸ Send me your number, dog.

**Recipients** Catrachito Triminio (100010967087246)
Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)
**Sent** 2016-08-06 21:57:53 UTC
**Deleted** false
**Body** De el doggi ▸ His, doggy.

**Recipients** Jose Vigil (100011755518293)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-08-06 21:58:07 UTC
**Deleted** false
**Body** No se lo sabe de memorio dg ▸ You don't have it memorized, dog?

**Recipients** Catrachito Triminio (100010967087246)
Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)
**Sent** 2016-08-06 21:58:23 UTC
**Deleted** false
**Body** I mándame la flica ▸ And send me the photo.

**Recipients** Catrachito Triminio (100010967087246)

JA6136

<u>Transcript of Spanish communications on page 925</u>

<u>Audio clip 287840121591555</u>
Jey, dogui, mira ve, se acuerda usted la, aquel chapín, perro, que le, que le llevé al motel aquella vez cuando, cuando le dije que topé los perros con el bate, el —su paro, perro, aquel chapín. Mire, dog, mire que ese chapín, va, subió una flica a *Facebook*, me entiende, con los tres seises, perro, y una bestia va. Y le quería decir aquí, pues va.

|  | |
|---|---|
| | Jose Vigil (100011755518293) |
| **Author** | Jose Vigil (100011755518293) |
| **Sent** | 2016-08-06 21:58:32 UTC |
| **Deleted** | false |
| **Body** | 7037891338   **7037891338** |

| | |
|---|---|
| **Recipients** | Catrachito Triminio (100010967087246) |
| | Jose Vigil (100011755518293) |
| **Author** | Jose Vigil (100011755518293) |
| **Sent** | 2016-08-06 21:59:05 UTC |
| **Deleted** | false |
| **Body** | I llámame   **And call me.** |

| | |
|---|---|
| **Recipients** | Catrachito Triminio (100010967087246) |
| | Jose Vigil (100011755518293) |
| **Author** | Jose Vigil (100011755518293) |
| **Sent** | 2016-08-06 21:59:17 UTC |
| **Deleted** | false |
| **Body** | I mándame la flica que su vio   **And send me the photo that he uploaded.** |

| | |
|---|---|
| **Recipients** | Jose Vigil (100011755518293) |
| | Catrachito Triminio (100010967087246) |
| **Author** | Catrachito Triminio (100010967087246) |
| **Sent** | 2016-08-06 21:59:30 UTC |
| **Deleted** | false |
| **Body** | No sirve ese numero dog   **That number doesn't work, dog.** |

| | |
|---|---|
| **Recipients** | Jose Vigil (100011755518293) |
| | Catrachito Triminio (100010967087246) |
| **Author** | Catrachito Triminio (100010967087246) |
| **Sent** | 2016-08-06 21:59:46 UTC |
| **Deleted** | false |
| **Body** | Lla llamamos y no sirve perro   **We called it and it doesn't work, dog.** |

| | |
|---|---|
| **Recipients** | Catrachito Triminio (100010967087246) |
| | Jose Vigil (100011755518293) |
| **Author** | Jose Vigil (100011755518293) |
| **Sent** | 2016-08-06 21:59:47 UTC |
| **IP** | 208.54.83.204 |
| **Deleted** | false |
| **Body** | |
| **Attachments** | audioclip-1470520786835-6062.aac (217926685275847) |

| | |
|---|---|
| **Type** | audio/aac |
| **Size** | 13387 |
| **URL** | https://attachment.fbsbx.com/messaging_attachment.php?aid=217926685275847&mid=mid.1470520787426%3Afa41bae8e21c066743&uid=100011755518293&accid=100011755518293&preview=0&hash=AQAo1MWeQdjFl-k0YOPCepVZRSjqDy_hK4lCNlaTeNWqBA |

*Wacha* ve, mándame ahí la, la, la prueba de ese morro, me entendés, la flica que el morro tiene ahí pues.
**Look, you know, send me the, the, the proof of that guy, you know, the photo the guy has there then.**

| | |
|---|---|
| **Recipients** | Catrachito Triminio (100010967087246) |
| | Jose Vigil (100011755518293) |
| **Author** | Jose Vigil (100011755518293) |
| **Sent** | 2016-08-06 21:59:57 UTC |
| **Deleted** | false |
| **Body** | Serio dope espérate   **Serious shit, wait.** |

| | |
|---|---|
| **Recipients** | Catrachito Triminio (100010967087246) |
| | Jose Vigil (100011755518293) |

| | |
|---|---|
| **Author** | Jose Vigil (100011755518293) |
| **Sent** | 2016-08-06 22:00:40 UTC |
| **Deleted** | false |
| **Body** | 7037891338  **7037891338** |

| | |
|---|---|
| **Recipients** | Catrachito Triminio (100010967087246) |
| | Jose Vigil (100011755518293) |
| **Author** | Jose Vigil (100011755518293) |
| **Sent** | 2016-08-06 22:00:48 UTC |
| **Deleted** | false |
| **Body** | Ese es el mío perro   **That's mine, dog.** |

See transcript of
Spanish audio
on next page.

| | |
|---|---|
| **Recipients** | Jose Vigil (100011755518293) |
| | Catrachito Triminio (100010967087246) |
| **Author** | Catrachito Triminio (100010967087246) |
| **Sent** | 2016-08-06 22:00:52 UTC |
| **Deleted** | false |
| **Body** | |
| **Attachments** | audioclip-1470520851474-22212.mp4 (287849691590598) |

**Look, dog, it, it was Ulises's brother who told me this, uh, Denis, dog, the paro for the Chilangueras was the one who told me about that thing. He said that he, he sent the request for that thing because he had that shit, you know. And yeah, he says he has witnesses that he, he gave him that, that photo, but they didn't take a screenshot.**

| | |
|---|---|
| **Type** | audio/mpeg |
| **Size** | 35061 |
| **URL** | https://attachment.fbsbx.com/messaging_attachment.php?aid=287849691590598&mid=mid.1470520851994%3A7d0ca4cff7eef78824&uid=100011755518293&accid=100011755518293&preview=0&hash=AQBfGDWy86mg7tgmMmocSF_2-SVVoodi6QxXKrEQioW7tg |

| | |
|---|---|
| **Recipients** | Jose Vigil (100011755518293) |
| | Catrachito Triminio (100010967087246) |
| **Author** | Catrachito Triminio (100010967087246) |
| **Sent** | 2016-08-06 22:11:03 UTC |
| **Deleted** | false |
| **Body** | 571 7589181  **571 7589181** |

| | |
|---|---|
| **Recipients** | Jose Vigil (100011755518293) |
| | Catrachito Triminio (100010967087246) |
| **Author** | Catrachito Triminio (100010967087246) |
| **Sent** | 2016-08-06 22:11:12 UTC |
| **Deleted** | false |
| **Body** | Eeey dog ese es  el numero  **Hey, dog, that's the number.** |

| | |
|---|---|
| **Recipients** | Catrachito Triminio (100010967087246) |
| | Jose Vigil (100011755518293) |
| **Author** | Jose Vigil (100011755518293) |
| **Sent** | 2016-08-06 22:12:54 UTC |
| **Deleted** | false |
| **Body** | De quién perron   **Whose, dog?** |

| | |
|---|---|
| **Recipients** | Catrachito Triminio (100010967087246) |
| | Jose Vigil (100011755518293) |
| **Author** | Jose Vigil (100011755518293) |
| **Sent** | 2016-08-06 22:13:06 UTC |
| **IP** | 208.54.83.204 |
| **Call Record** | **Type** phone |
| | **Missed** true |
| | **Duration** 0 |

<u>Transcript of Spanish communications on page 927</u>

<u>Audio clip 287849691590598</u>
Mire, perro, a mí, a mí, este, este, el carnal de Ulises fue que me dijo, este, este Denis, perro, el paro de los Chilangueras fue quien me indicó esa onda. Dijo que, que él, él mandó la, le mandó la solicitud por esa onda pues porque tenía esa mierda, pues va. Y simón, pues dice que tiene testigos que le dio, que le dio, que le dio esa flica pues, pero no le tomaron captura.

JA6140

**Recipients**  Jose Vigil (100011755518293)
         Catrachito Triminio (100010967087246)
**Author**  Catrachito Triminio (100010967087246)
**Sent**  2016-08-06 22:15:30 UTC
**Deleted**  false
**Body**  De denis dog    **For Denis, dog.**

**Recipients**  Jose Vigil (100011755518293)
         Catrachito Triminio (100010967087246)
**Author**  Catrachito Triminio (100010967087246)
**Sent**  2016-08-06 22:15:39 UTC
**Deleted**  false
**Body**  El q dijo esa onda d la flika    **The one who said that thing about the photo.**

**Recipients**  Jose Vigil (100011755518293)
         Catrachito Triminio (100010967087246)
**Author**  Catrachito Triminio (100010967087246)
**Sent**  2016-08-06 22:16:04 UTC
**Deleted**  false
**Body**  Llamale carnal    **Call him, brother.**

**Recipients**  Catrachito Triminio (100010967087246)
         Jose Vigil (100011755518293)
**Author**  Jose Vigil (100011755518293)
**Sent**  2016-08-06 22:16:14 UTC
**Deleted**  false
**Body**  Órale ahí te van a mandar una foto i me la mandas    **All right. They're going to send you a photo, and you send it to me.**

**Recipients**  Jose Vigil (100011755518293)
         Catrachito Triminio (100010967087246)
**Author**  Catrachito Triminio (100010967087246)
**Sent**  2016-08-06 22:16:54 UTC
**Deleted**  false
**Body**  Orale carnal    **All right, brother.**

**Recipients**  Jose Vigil (100011755518293)
         Catrachito Triminio (100010967087246)
**Author**  Catrachito Triminio (100010967087246)
**Sent**  2016-08-06 22:17:46 UTC
**Deleted**  false
**Body**
**Attachments**  image-287854174923483 (287854174923483)
         **Type**  image/jpeg
         **URL**  https://attachment.fbsbx.com/messaging_attachment.php?aid=287
         854174923483&mid=mid.1470521866178%3A6142ccb9ad378995
         17&uid=100011755518293&accid=100011755518293&preview=0
         &hash=AQCFlsofiQ4Vmw3RVVfNPjO4O2X0hCG7Og_o8D8Q-8R8hQ



# Eduardo Escobar Mendez (Black Metal)

1 amigo en común: Catrachito Triminio



Añadir a mis amigos          Mensaje

Trabaja en Black Metal En Español          Works in Black Metal in Spanish

Ha trabajado en Facebook          Has worked at Facebook

Ha estudiado en J. E. B. Stuart High School          Has studied at J. E. B. Stuart High School

Vive en Baileys Crossroads, Virginia          Lives in Baileys Crossroads, Virginia

De Quetzaltenango          Is from Quetzaltenango

**Photo Id:**
287854174923483

| | |
|---|---|
| **Recipients** | Jose Vigil (100011755518293) |
| | Catrachito Triminio (100010967087246) |
| **Author** | Catrachito Triminio (100010967087246) |
| **Sent** | 2016-08-06 22:18:32 UTC |
| **Deleted** | false |
| **Body** | Ai esta mi perro  **There it is, my dog.** |

| | |
|---|---|
| **Recipients** | Jose Vigil (100011755518293) |
| | Catrachito Triminio (100010967087246) |
| **Author** | Catrachito Triminio (100010967087246) |
| **Sent** | 2016-08-06 22:26:43 UTC |
| **Deleted** | false |
| **Body** | Aki esta la flika perro  **Here's the photo, dog.** |

| | |
|---|---|
| **Recipients** | Jose Vigil (100011755518293) |
| | Catrachito Triminio (100010967087246) |
| **Author** | Catrachito Triminio (100010967087246) |
| **Sent** | 2016-08-06 22:26:51 UTC |
| **Deleted** | false |
| **Body** | |
| **Attachments** | image-287857274923173 (287857274923173) |
| **Type** | image/jpeg |
| **URL** | https://attachment.fbsbx.com/messaging_attachment.php?aid=287857274923173&mid=mid.1470522411375%3A2adbf1f62f94f5e465&uid=100011755518293&accid=100011755518293&preview=0&hash=AQDslu3SMWfuvM6ORAB_HIRU9USCnxvua7w7AAMcm7ni4w |



Photo Id:
287857274923173

| | |
|---|---|
| Recipients | Jose Vigil (100011755518293) |
| | Catrachito Triminio (100010967087246) |
| Author | Catrachito Triminio (100010967087246) |
| Sent | 2016-08-06 22:28:38 UTC |
| Deleted | false |
| Body | |
| Attachments | audioclip-1470522515638-5447.mp4 (287857481589819) |
| | Type | audio/mpeg |
| | Size | 10055 |
| | URL | https://attachment.fbsbx.com/messaging_attachment.php?aid=287 857481589819&mid=mid.1470522518748%3Acf5caa816d411e22 11&uid=100011755518293&accid=100011755518293&preview=0 &hash=AQD8OrnycoaRkMDtWYZTJPK8kBkN8ram7T3M6f4HlKwusA |

Entonces ¿qué pedo, mi perro?
**So, what's up, my dog?**

| | |
|---|---|
| Recipients | Jose Vigil (100011755518293) |
| | Catrachito Triminio (100010967087246) |
| Author | Catrachito Triminio (100010967087246) |
| Sent | 2016-08-06 22:29:02 UTC |
| Call Record | Type | phone |
| | Missed | true |
| | Duration | 0 |

| | |
|---|---|
| Recipients | Catrachito Triminio (100010967087246) |
| | Jose Vigil (100011755518293) |
| Author | Jose Vigil (100011755518293) |
| Sent | 2016-08-06 22:35:35 UTC |
| Deleted | false |
| Body | Mire no le vaya aser buya nadien yo mañana llego por Virginia por qué ando en otro estado perro va pero póngale mente que nadie le vaya a decir nada ay que tenerlo manso para que no se vaya si es posible de le Mota para que este maniaco ese mj pero que.no le digan nada ya mañana llego yo |

**Look, no one is to make noise about this. I'll arrive in Virginia tomorrow because I'm in another state, dog. But put your mind to it that no one says anything to him. He has to be kept calm so he won't leave. If possible, give him some weed so that that guy will be doing great, but you guys don't say anything to him.  I'll be arriving tomorrow.**

| | |
|---|---|
| Recipients | Jose Vigil (100011755518293) |
| | Catrachito Triminio (100010967087246) |
| Author | Catrachito Triminio (100010967087246) |
| Sent | 2016-08-06 22:36:36 UTC |
| Deleted | false |
| Body | |
| Attachments | audioclip-1470522995563-13806.mp4 (287860924922808) |
| | Type | audio/mpeg |
| | Size | 22231 |
| | URL | https://attachment.fbsbx.com/messaging_attachment.php?aid=287 860924922808&mid=mid.1470522995945%3Abccb1d37cdf4bb10 75&uid=100011755518293&accid=100011755518293&preview=0 &hash=AQC_ZDh6SKCXNnh7cWeal_U8zXEzuY_jxpWtBdF7qltDQA |

Órale, órale, perro. Simón pues, usted sabe pues, yo aquí lo voy a tener tiernito pues, usted sabe, le, le voy a dar mota pa' que se quede ahí en el hotel pues. Y simón pues yo, yo sé dónde cantonea y todo, perro, ahí lo voy a tener pues, posteado, pues.

**Right, right, dog. Yeah well, you know, I'm going to keep him here calm, you know, I'm, I'm going to give him weed so he stays there at the hotel then. And yeah, I, I know where he lives and everything, dog. I'll have him there, under watch, you know.**

| | |
|---|---|
| Recipients | Jose Vigil (100011755518293) |
| | Catrachito Triminio (100010967087246) |

**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-08-06 22:36:48 UTC
**Deleted** false
**Body**
**Attachments** audioclip-1470523008136-2870.mp4 (287861048256129)
**Type** audio/mpeg
**Size** 6106
Maniaco, perro, así se lo tengo pues. **URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=287
**Cool, dog, that's how I have him for** 861048256129&mid=mid.1470523008885%3A3e09c53ef7db9b86
**you then.** 64&uid=100011755518293&accid=100011755518293&preview=0
&hash=AQB-k-80cgsK3U1TfvOOet3iQrxp5_hOR1nPGum9ukISTQ

**Recipients** Catrachito Triminio (100010967087246)
Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)          **Yes, but don't make any noise.**
**Sent** 2016-08-06 22:37:30 UTC                  **I'll arrive there tomorrow.**
**Deleted** false
**Body** Simón pero no le vaya aser buña yo ya mañana llego ahí

**Recipients** Catrachito Triminio (100010967087246)
Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)
**Sent** 2016-08-06 22:37:45 UTC
**Deleted** false
**Body** I cual quier cosa me a visa   **Let me know if anything comes up.**

**Recipients** Jose Vigil (100011755518293)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-08-06 22:37:53 UTC
**Deleted** false
**Body**
**Attachments** audioclip-1470523070226-6994.mp4 (287861321589435)
**Type** audio/mpeg
**Size** 12147
Órale, dog, usted solo me indica, pues perro **URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=287
va, cuando, cuando le, cuando le saquemos 861321589435&mid=mid.1470523073375%3Ae012850cafa3d150
el correctivo pues. 81&uid=100011755518293&accid=100011755518293&preview=0
**Right, dog, you just let me know, dog,** &hash=AQC74R6PchRYlUOEws6sNFcVdUTsBRDCDDA1NdkZ-9SOpA
**when, when we, when we'll be giving him**
**the correction then.**

**Recipients** Catrachito Triminio (100010967087246)
Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)
**Sent** 2016-08-06 22:38:47 UTC
**Deleted** false
**Body** Simón ay le voy a visar yon   **Yes, I'll let you know.**

**Recipients** Catrachito Triminio (100010967087246)
Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)
**Sent** 2016-08-06 22:38:49 UTC
**Deleted** false
**Body** Yo   **I will**

**Recipients** Jose Vigil (100011755518293)

Author **Catrachito Triminio (100010967087246)**
Sent **Catrachito Triminio (100010967087246)**
Deleted **2016-08-06 22:39:56 UTC**
Body **false**
Orale carnal   All right, brother.

Recipients **Catrachito Triminio (100010967087246)**
**Jose Vigil (100011755518293)**
Author **Jose Vigil (100011755518293)**
Sent **2016-08-06 22:47:32 UTC**
Deleted **false**
Body **I me gusta que le esté poniendo mente** And I like that you are putting your mind to it.

Recipients **Jose Vigil (100011755518293)**
**Catrachito Triminio (100010967087246)**
See transcript of
Spanish audio on **Catrachito Triminio (100010967087246)**
next page. Author **Catrachito Triminio (100010967087246)**
Sent **2016-08-06 22:48:53 UTC**
Deleted **false**
Body 
Attachments **audioclip-1470523732576-14517.mp4 (287864468255787)**

Yeah, yeah, dog, you know that, | Type | audio/mpeg
yeah, I'll let you know everything | Size | 22600
that happens here, like you know | URL | https://attachment.fbsbx.com/messaging_attachment.php?aid=287
that there in my area, dog, I've | | 864468255787&mid=mid.1470523733465%3Ad0d217b969b889f7
been going around walking | | 58&uid=100011755518293&accid=100011755518293&preview=0
alone, but you know that I | | &hash=AQDN6NDcp3bnd8lZeomRo8VBmt7WC3s-
always go out to patrol. I'll let | | Ht3wPfZEYAKC9Q
you know of any problem then.

Recipients **Catrachito Triminio (100010967087246)**
**Jose Vigil (100011755518293)**
Author **Jose Vigil (100011755518293)** And look, if the guys from the Silvas say
Sent **2016-08-06 22:49:35 UTC** they want to beat you up, no—have them call.
Deleted **false**
Body **I mire si los de Silva le dicen que le quiere dar verga Nel que los llamen**

Recipients **Jose Vigil (100011755518293)**
**Catrachito Triminio (100010967087246)**
See transcript of
Spanish audio on **Catrachito Triminio (100010967087246)**
next page. Author **Catrachito Triminio (100010967087246)**
Sent **2016-08-06 22:50:09 UTC**
Deleted **false**
Body 
Attachments **audioclip-1470523809316-25674.mp4 (287864698255764)**

All right, all right, dog, but the Silvas are | Type | audio/mpeg
a serious problem, look, that day they | Size | 40568
wanted to beat me up, dog. They say if, if I | URL | https://attachment.fbsbx.com/messaging_attachment.php?aid=287
don't want to get that twenty-six, dog, that, | | 864698255764&mid=mid.1470523809828%3A0f44a450c9abc87a
that I'm walking with them. Because if, if I want, | | 49&uid=100011755518293&accid=100011755518293&preview=0
if I run with Parque Vista, they say that I'm going | | &hash=AQDOe0tvxPVtVRKOAu0a05xs5tk7YEYyaqVZTYBospjd_g
to get that twenty-six, you know, serious
problem, dog. Because, yeah well, you know, I'm
running stuff with Parque Vista, dog. They told me bullshit, that's what
the homeboy said to me. Well, and that time there, they wanted to beat
me up, but I didn't let them, but I told them that was bullshit.

Recipients **Jose Vigil (100011755518293)**

**Catrachito Triminio (100010967087246)**
Author **Catrachito Triminio (100010967087246)**
Sent **2016-08-07 15:23:14 UTC**
Deleted **false**
Body 
Attachments **audioclip-1470583393249-3997.mp4 (288277554881145)**

<u>Transcript of Spanish communications on page 934</u>

<u>Audio clip 287864468255787</u>
Simón, simón, perro, usted sabe que, simón pues, yo le voy a indicar todas las ondas que pasen aquí pues, como usted sabe que ahí en mi área, perro, he andado caminando solo, pero usted sabe que yo siempre salgo a patrullar. Yo le indico cualquier pedo pues.

<u>Audio clip 287864698255764</u>
Bien, bien, perro, los Silva serio pedo, dog, mi wache, pues ese día a mí me querían dar verga, perro. Dicen que si no, si no quiero recibir ese veintiséis, perro, que, que yo ando caminando con ellos. Porque si, si me quiero, si quiero andar con Parque Vista que, que me van a dar ese veintiséis pues, serio pedo, perro va. Porque, simón pues, usted sabe que yo ando corriendo pedo con Parque Vista, perro. Me dicen ellos que casaca, me dice el *homeboy*. Pues, y esa vez ahí me querían pelear, pero yo nos les dejé, pero les dije que casaca pues.

**Type**
audio/mpeg
Que onda, mi perro, que onda pues.  **Size** 7768
**What's up, my dog, so what's up?**  **URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=288
277554881145&mid=mid.1470583394380%3A1035cade23dc1728
99&uid=100011755518293&accid=100011755518293&preview=0
&hash=AQCH8qTGODXLuYu0URXt2vvDOg0ul_tluZZQ7zltAWejyA

**Recipients** Catrachito Triminio (100010967087246)
Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)
**Sent** 2016-08-10 01:37:50 UTC
**IP** 66.87.80.88
**Deleted** false
**Body** Q onda hermano mire  **What's up, brother? Look**

**Recipients** Catrachito Triminio (100010967087246)
Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)
**Sent** 2016-08-10 01:38:04 UTC
**IP** 66.87.80.88
**Deleted** false
**Body** quiero que tenga listo al Morro va  **I want you to have the guy ready.**

**Recipients** Catrachito Triminio (100010967087246)
Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)
**Sent** 2016-08-12 01:39:23 UTC
**IP** 2607:fb90:650a:9e49:0:2e:dca7:3901
**Call Record**  **Type** phone
**Missed** true
**Duration** 0

**Recipients** Catrachito Triminio (100010967087246)
Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)
**Sent** 2016-08-12 01:39:37 UTC
**Deleted** false
**Body** Q onda pues hermano  **What's up, brother?**

**Recipients** Jose Vigil (100011755518293)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-09-22 21:26:27 UTC
**Deleted** false
**Body** Yoo  **Hey.**

**Recipients** Jose Vigil (100011755518293)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-09-23 00:14:45 UTC
**Deleted** false
**Body** Y el chapin dog  **And the Guatemalan, dog?**

**Recipients** Catrachito Triminio (100010967087246)
Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)

**Sent** 2016-09-23 00:30:10 UTC
**Deleted** false
**Body** Yo no sé quién es ese    I don't know who that is

**Recipients** Catrachito Triminio (100010967087246)
Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)
**Sent** 2016-09-23 00:30:25 UTC
**Deleted** false
**Body** No se de q me estás hablando    I don't know what you're talking to me about.

**Recipients** Jose Vigil (100011755518293)
Catrachito Triminio (100010967087246)
**Author** Catrachito Triminio (100010967087246)
**Sent** 2016-09-25 23:31:43 UTC
**Deleted** false
**Body** Komda perro    What's up, dog?

(mid.1470547000763:1f56e66416d23b6319)
**Recipients** Jose Vigil (100011755518293)
Mili Martinez (100011200743246)
**Author** Mili Martinez (100011200743246)
**Sent** 2016-08-07 05:16:41 UTC
**Deleted** false
**Body** Hola :p    Hello [emoji]
Como estas??    How are you?

**Recipients** Mili Martinez (100011200743246)
Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)
**Sent** 2016-08-07 05:17:33 UTC
**IP** 172.56.12.83
**Deleted** false
**Body** Hola bien í uzte como está    Hello. Fine. And you, how are you?

**Recipients** Mili Martinez (100011200743246)
Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)
**Sent** 2016-08-07 05:17:34 UTC
**Deleted** false
**Body** Tiempo sin hablar    It's been a while since we talked.

**Recipients** Jose Vigil (100011755518293)
Mili Martinez (100011200743246)
**Author** Mili Martinez (100011200743246)
**Sent** 2016-08-07 05:19:40 UTC
**Deleted** false
**Body** Aki bien . Igual.    Here fine. The same.
K de bueno    What's new?

**Recipients** Mili Martinez (100011200743246)
Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)
**Sent** 2016-08-07 05:20:07 UTC
**Deleted** false

| | |
|---|---|
| | Josue Garcia (100009069682497) |
| **Author** | Josue Garcia (100009069682497) |
| **Sent** | 2016-09-30 02:27:34 UTC |
| **Deleted** | false |
| **Body** | Orale orale maniaco hermano    **Right, right, cool, brother.** |

| | |
|---|---|
| **Recipients** | Josue Garcia (100009069682497) |
| | Jose Vigil (100011755518293) |
| **Author** | Jose Vigil (100011755518293) |
| **Sent** | 2016-09-30 17:27:20 UTC |
| **IP** | 107.77.202.64 |
| **Deleted** | false |
| **Body** | |
| **Attachments** | audioclip-1475256439000-0.mp4 (248219535579895) |
| | **Type** audio/mpeg |
| | **Size** 18511 |
| **[audio distortion] [UI] brother, [UI]** | **URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=248 |
| **you know [UI] fell/went by [UI]** | 219535579895&mid=mid.1475256440680%3Aa905d05d52a04376 |
| **homie, [UI] fuck, give me the** | 09&uid=100011755518293&accid=100011755518293&preview=0 |
| **numbers right.** | &hash=AQAgRg-LKIPj4QSAaiepHrje6g2z4W5OEbpszKhYcJK-LQ |

| | |
|---|---|
| **Recipients** | Jose Vigil (100011755518293) |
| | Josue Garcia (100009069682497) |
| **Author** | Josue Garcia (100009069682497) |
| **Sent** | 2016-10-01 01:43:21 UTC |
| **Deleted** | false |
| **Body** | Esq solo whasap anda el homi    **It's just that the homie only has WhatsApp.** |

| | |
|---|---|
| | (mid.1473389798012:7d2352a90707c89c76) |
| **Recipients** | Jose Vigil (100011755518293) |
| | Danilo Perez (100010783301767) |
| **Author** | Danilo Perez (100010783301767) |
| **Sent** | 2016-09-09 02:56:38 UTC |
| **Deleted** | false |
| **Body** | Que pedo    **What's up?** |

| | |
|---|---|
| **Recipients** | Danilo Perez (100010783301767) |
| | Jose Vigil (100011755518293) |
| **Author** | Jose Vigil (100011755518293) |
| **Sent** | 2016-09-09 02:57:00 UTC |
| **IP** | 128.177.161.161 |
| **Deleted** | false |
| **Body** | |
| **Attachments** | audioclip-1473389819000-0.mp4 (236500006751848) |
| | **Type** audio/mpeg |
| ¿Qué onda, qué pedo hermano? | **Size** 12561 |
| ¿Cómo estamos ahí, ese? ¿Cómo está | **URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=236 |
| la jugada, qué onda? | 500006751848&mid=mid.1473389820048%3A62920d2cc0929497 |
| | 80&uid=100011755518293&accid=100011755518293&preview=0 |
| **What's up, what's going on, brother?** | &hash=AQAFP6NQWgVWh72z2wkiiJLD6b41-o4upAXqQfAXLTR38A |
| **How are things there, dude? How's** | |
| **the play, what's up?** | |

| | |
|---|---|
| **Recipients** | Jose Vigil (100011755518293) |
| | Danilo Perez (100010783301767) |
| **Author** | Danilo Perez (100010783301767) |
| **Sent** | 2016-09-09 02:57:23 UTC |

GOVERNMENT
EXHIBIT
**14-5A**
1:18CR123

**Deleted**
false
**Body** Aqui todo maniaco perro        <mark>Everything is great here, dog.</mark>

**Recipients** Jose Vigil (100011755518293)
Danilo Perez (100010783301767)
**Author** Danilo Perez (100010783301767)
**Sent** 2016-09-09 02:57:28 UTC
**Deleted** false
**Body** Y vos que pedo        <mark>And what's up with you?</mark>

**Recipients** Danilo Perez (100010783301767)
Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)
**Sent** 2016-09-09 02:57:41 UTC
**IP** 128.177.161.161
**Deleted** false
**Body**
**Attachments** audioclip-1473389860000-0.mp4 (236500070085175)

Hey, *wacha* ve, bicho hijueputa, y vos sos el Chucho entonces, bicho pendejo.

<mark>Hey, look, you son of a bitch, so you're Chucho, you dumbass kid.</mark>

**Type** audio/mpeg
**Size** 6910
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=236500070085175&mid=mid.1473389861007%3A205c6e31563857f699&uid=100011755518293&accid=100011755518293&preview=0&hash=AQBLWqLj894MVsLzjSAUbS4DWqeOnyxM3y7mqSE3M2zTgQ

**Recipients** Jose Vigil (100011755518293)
Danilo Perez (100010783301767)
**Author** Danilo Perez (100010783301767)
**Sent** 2016-09-09 02:58:13 UTC
**Deleted** false
**Body** Quien es ese        <mark>Who is that?</mark>

**Recipients** Danilo Perez (100010783301767)
Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)
**Sent** 2016-09-09 02:58:31 UTC
**IP** 128.177.161.161
**Deleted** false
**Body**
**Attachments** audioclip-1473389911000-0.mp4 (236500376751811)

Mirá ve, perro, pónele mente, dogui, ya me dijo el loco que vos sos, dogui, y ni te creo, dogui, de que me estés casaqueando ahí.

<mark>Look, dog, put your mind to it, doggy, the loco already told me it was you, doggy, and I can't believe you, doggy, that you're there bullshitting me.</mark>

**Type** audio/mpeg
**Size** 12375
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=236500376751811&mid=mid.1473389911695%3Ad129480c1e9ca05433&uid=100011755518293&accid=100011755518293&preview=0&hash=AQAjPnLCQhe-HNgN1WZ5ETHPF-S9IUZA4Jvc34a0iJD_dw

**Recipients** Jose Vigil (100011755518293)
Danilo Perez (100010783301767)
**Author** Danilo Perez (100010783301767)
**Sent** 2016-09-09 02:59:25 UTC
**Deleted** false
**Body**
**Attachments** audioclip-1473389964000-0.mp4 (294384257597682)

See transcript of Spanish audio on next page.

**What's up, dog? [Third party whispers: he told me that [ui]]. Nah man, dog, I was told that you do know, dog. I don't even believe you, you son of a bitch.  What's up, dog? Like I can hardly talk, dummy, because people are sleeping, you know. What's up? You son of a bitch.**

**Type** audio/mpeg
**Size** 128411
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=294384257597682&mid=mid.1473389965463%3Af14a64efa80b8ff8332&uid=100011755518293&accid=100011755518293&preview=0&hash=AQCmCdV7Pu1zNJB2rafQopjyxtZHSHivpF2B8Y-LfUw6aA

**Recipients** Danilo Perez (100010783301767)
Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)

See transcript of Spanish audio on next page.

**Sent** 2016-09-09 03:00:13 UTC
**IP** 128.177.161.161
**Deleted** false
**Body**
**Attachments** audioclip-1473390012000-0.mp4 (236500643418451)

**And what's up, my dog? You must be happy now with the good news that you got, that my Chucho is already *pase para homeboy*, ah? You see, I told you, my dog, that we were going to be in the *mara*, you son of a bitch.  The first day I saw you, you know what's up, dude.  Well then, I'm happy, you son of a bitch. I'm happy dog, that it really is, dog.**

**Type** audio/mpeg
**Size** 35901
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=236500643418451&mid=mid.1473390012961%3A38b771db98f1fff775&uid=100011755518293&accid=100011755518293&preview=0&hash=AQBOfhmiFu2ydR_GN2HcBiJ5U8WhxkqszFxqYpQr1kubjg

**Recipients** Jose Vigil (100011755518293)
Danilo Perez (100010783301767)

See transcript of Spanish audio on next page.

**Author** Danilo Perez (100010783301767)
**Sent** 2016-09-09 03:01:28 UTC
**Deleted** false
**Body**
**Attachments** audioclip-1473390087000-0.mp4 (294384610930980)

**Right, dog, my brother already told me, yeah, it's a go [affirmative]. The homeboy told me that, that I should look for a moniker, you know. Like… fuck, you know, I'm indecisive, dog with this one Demon Dog and the Snorki one.  You know, what a thing. Now, Demon Dog is like, the possessed dog, the Demon Dog.  And Snorki is like elegant, dog, you know.  With elegance, dog, killing *chavalas* [rivals] with elegance, you know what that is, son of a bitch.**

**Type** audio/mpeg
**Size** 209819
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=294384610930980&mid=mid.1473390087965%3A4d2cfc21c7b9864d60&uid=100011755518293&accid=100011755518293&preview=0&hash=AQB_haqHGMQ7XDyRqvDYHCcfnNLoKI0oD8T-s0J3dz5onQ

**Recipients** Jose Vigil (100011755518293)
Danilo Perez (100010783301767)
**Author** Danilo Perez (100010783301767)
**Sent** 2016-09-09 03:01:28 UTC
**Deleted** false
**Body**
**Attachments** audioclip-1473390088000-0.mp4 (294384617597646)

**Type** audio/mpeg
**Size** 46235
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=294384617597646&mid=mid.1473390088493%3Ac1768e00145f81c828&uid=100011755518293&accid=100011755518293&preview=0&hash=AQBkPO7UOIkemZqtAb66xQsizAc3-1cXbEN3TWEBRb-ugg

See transcript of Spanish audio on next page.

**Right, dog, you know, dog. We're always going up, you know.**

**Recipients** Danilo Perez (100010783301767)
Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)

Transcript of Spanish communications on page 1538


Audio clip 294438257597682

¿Qué onda, perro? [Tercero susurra: me dijo que [ui]]. N'hombre, perro, va vos, que pues sí vos sabés perro, ni te creo hijueputa. ¿Qué pedo, perro? Tipo que casi no puedo hablar, bobo, porque la gente está dormida, me entendés.  ¿Qué pederas? Hijueputa.


Audio clip 236500643418451

Y ¿qué pedo, mi perro? Va, que ya se alegró con la buena noticia que le dieron, que mi Chucho ya es pase para homeboy, ¿ah? Vio que le dije a mi perro que nosotros, va, de la mara íbamos a ser, hijueputa, va. El primer día que lo waché usted sabe qué pedo, ese va. Bueno pues, y me alegro hijueputa va, me alegro perro va, que simón perro.


Audio clip 294384610930980

Bien, perro, ya me indicó mi carnal, va vos, que aguevo pues. El homeboy me dijo que, que buscara una taca, me entendés, va. Tipo que… puta va, vos sabés, va vos, estoy indeciso, perro, con esta del Demon Dog, y la del Snorki.  Ya sabrás qué pedo, el Demon Dog ya ahora es que, el perro endemoniado, el perro demonio.  Y el Snorki es así como elegante, perro, ya vos sabés.  Con elegancia, perro, matando chavalas con elegancia, vos sabés qué pedo, hijueputa.


Audio clip 294384617597646

Bien, perro, ya vos sabés, perro. Estamos con todo siempre pa'rriba, me entendés va.

JA6154

**Sent** 2016-09-09 03:02:30 UTC
See transcript of Spanish
audio on next page.

**IP** 128.177.161.161

**Deleted** false

**Body**

**Attachments** audioclip-1473390150000-0.mp4 (236502210084961)

**Type** audio/mpeg

**Good, well good, doggy, you know,**
**because I'm going to change my**
**moniker when I get jumped in, you**
**know, as soon as the homeboys go. I'm**
**going to change that moniker there. I'm**
**going to give it to a kid who really does**
**deserve my moniker, you know.**

**Size** 20557

**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=236
502210084961&mid=mid.1473390150601%3A770783b91b649b7
695&uid=100011755518293&accid=100011755518293&preview=
0&hash=AQBw4kQrsEN3HB7mvSS-7TxKJczO0pkO1KIa0KxumVLHq
A

**Recipients** Jose Vigil (100011755518293)
Danilo Perez (100010783301767)

**Author** Danilo Perez (100010783301767)

**Sent** 2016-09-09 03:03:10 UTC
See transcript of Spanish
audio on next page.

**Deleted** false

**Body**

**Attachments** audioclip-1473390190000-0.mp4 (294387637597344)

**Type** audio/mpeg

**Look, hey, cool, dog, it's cool. Look,**
**like this… this loco Speedy says to**
**leave it to him, dog, that it would be an**
**honor for him to have your moniker,**
**you know.**

**Size** 76955

**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=294
387637597344&mid=mid.1473390190577%3Aaf7d1f7fe391778d4
7&uid=100011755518293&accid=100011755518293&preview=0
&hash=AQBsl9BIb67zjrcyJvxhHBnMhAzcWED4OMokBRumd1ZeDw

**Recipients** Danilo Perez (100010783301767)
Jose Vigil (100011755518293)

**Author** Jose Vigil (100011755518293)

**Sent** 2016-09-09 03:03:49 UTC
See transcript of Spanish
audio on next page.

**IP** 128.177.161.161

**Deleted** false

**Body**

**Attachments** audioclip-1473390228000-0.mp4 (236503120084870)

**Type** audio/mpeg

**Look, tell that son of a bitch not to be**
**joking, to get serious, tell the son of a**
**bitch, you understand, easy. All right,**
**because we are serious people, tell**
**him. That's it.**

**Size** 15534

**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=236
503120084870&mid=mid.1473390228844%3A9f019a07b4ae0358
15&uid=100011755518293&accid=100011755518293&preview=0
&hash=AQCRRkgOGOqW7n4_r3O5MvBhwH0nkt6mRofJ7zQHR6IM-g

**Recipients** Danilo Perez (100010783301767)
Jose Vigil (100011755518293)

**Author** Jose Vigil (100011755518293)

**Sent** 2016-09-09 03:04:25 UTC

**IP** 128.177.161.161

**Deleted** false

**Body**

**Attachments** audioclip-1473390265000-0.mp4 (236503183418197)

**Type** audio/mpeg

**Size** 32137
See transcript of Spanish
audio on next page.

**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=236
503183418197&mid=mid.1473390265557%3A7bc0ef7fad9899a39

**Hey, my dog, take fucking care of yourself. I really love you, you son of a bitch. I want to**
**become a man with you and to get killed alongside you [lit. your bones], you son of a bitch. Hey,**
**truthfully, dog, I've become very fond of you, you son of a bitch, you know. Well, you know**
**what's up, you know. You've been walking for a fucking long time with me [lit. my bones], loco.**

<u>Transcript of Spanish communications on page 1539</u>

<u>Audio clip 236502210084961</u>

Bien, pues bien, perrito, me entendés, va, porque yo la taca me la voy a cambiar cuando me zapateen, me entendés, no más vayan los homeboys. Esa taca me la voy a cambiar yo ahí, se la voy a dar a un morro que simón, se la merezca mi taca, pues va.

<u>Audio clip 294387637597344</u>

Mira, ve, maniaco, perro, está maniaco. *Wacha* ve asi ve… dice este loco del Speedy que se la dejes a él, perro, que va ser un honor para él andar tú taca, qué pedo.

<u>Audio clip 236503120084870</u>

Mirá ve, decile a ese hijo de puta que no este bromeando, que se porte serio, decile al hijo de puta, sí me entendés, suave. Bueno, porque aquí ya somos gente seria, decirle. Es todo.

<u>Audio clip 236503183418197</u>

Hey, mi perro, cuídate un vergo. Te quiero mucho hijueputa. Yo quiero llegar a ser hombre con usted, y que me maten junto con sus huesos, hijueputa. Jey, neta, perro, que yo te he agarrado un cariño hijueputa que ya sabrás, me entendés. Bueno pues, vos sabés qué pedo, me entendés. Vos tenés un vergo de tiempo de caminar con mis huesos, loco.

2&uid=100011755518293&accid=100011755518293&preview=0
&hash=AQCGbimfQOc1OicFTjdYXX3O953afnb28EWI1-HZCsjtEw

| | |
|---|---|
| **Recipients** | Jose Vigil (100011755518293) |
| | Danilo Perez (100010783301767) |
| **Author** | Danilo Perez (100010783301767) |
| **Sent** | 2016-09-09 03:05:27 UTC |
| **Deleted** | false |
| **Body** | |
| **Attachments** | audioclip-1473390327000-0.mp4 (294388247597283) |
| **Type** | audio/mpeg |
| **Size** | 205211 |
| **URL** | https://attachment.fbsbx.com/messaging_attachment.php?aid=294 388247597283&mid=mid.1473390327687%3A47c83a73b6cfc1d0 58&uid=100011755518293&accid=100011755518293&preview=0 &hash=AQCqrFJA0BEvTIEQ9mohD8OSNYwZGlbXO8pW-XFWGwaaxg |

See transcript of Spanish audio and English translation on next page.

| | |
|---|---|
| **Recipients** | Danilo Perez (100010783301767) |
| | Jose Vigil (100011755518293) |
| **Author** | Jose Vigil (100011755518293) |
| **Sent** | 2016-09-09 03:07:00 UTC |
| **IP** | 128.177.161.161 |
| **Deleted** | false |
| **Body** | |
| **Attachments** | audioclip-1473390419000-0.mp4 (236504500084732) |
| **Type** | audio/mpeg |
| **Size** | 79078 |
| **URL** | https://attachment.fbsbx.com/messaging_attachment.php?aid=236 504500084732&mid=mid.1473390420230%3A8cdb73d4f3de1ea8 06&uid=100011755518293&accid=100011755518293&preview=0 &hash=AQAd3e-ondrPVndCmb5ZOmlSYQbahoQYVBLSq6ol3Wx6Bw |

See transcript of Spanish audio and English translation on next page.

| | |
|---|---|
| **Recipients** | Jose Vigil (100011755518293) |
| | Danilo Perez (100010783301767) |
| **Author** | Danilo Perez (100010783301767) |
| **Sent** | 2016-09-09 03:09:04 UTC |
| **Deleted** | false |
| **Body** | |
| **Attachments** | audioclip-1473390543000-0.mp4 (294388627597245) |
| **Type** | audio/mpeg |
| **Size** | 229019 |
| **URL** | https://attachment.fbsbx.com/messaging_attachment.php?aid=294 388627597245&mid=mid.1473390544192%3A6c720695ac033101 60&uid=100011755518293&accid=100011755518293&preview=0 &hash=AQACDMJmjdhGqMfo3Ag__TMARillUhpgUMopo1qjb3t4Cg |

See transcript of Spanish audio and English translation on page after next.

| | |
|---|---|
| **Recipients** | Danilo Perez (100010783301767) |
| | Jose Vigil (100011755518293) |
| **Author** | Jose Vigil (100011755518293) |
| **Sent** | 2016-09-09 03:12:49 UTC |
| **IP** | 128.177.161.161 |
| **Deleted** | false |
| **Body** | |
| **Attachments** | audioclip-1473390769000-0.mp4 (236505793417936) |

See transcript of Spanish audio and English translation on page after next.

Transcript of Spanish communications on page 1540 and English translation

Audio clip 294388247597283

Vos sabés, hijueputa va, siempre andamos en la juega perro, va. Y pues sí pues, perro va, vos sabés qué pedo, perro va. Aquí siempre vos sabés agarrando escuela de vos cada día más, hijueputa, va, para que veas qué pedo pues, perro. [Susurro de tercero al fondo: Decile que para mi va ser un honor usar la taca de [ui].] Es maniaco perro, para, agüevo, perro ahí vamos subiendo, me entendés, pa' y a la neta, vamos a dar la vida por las trales hijueputa que te quede ahí claro, y el día que nos peguen vamos andar ahí los dos juntos, hijueputa, va vos.

**You know, son of a bitch, we're always in the game, dog. And well yeah, dog, you know what's up, dog. You know, I'm here always learning from you, more so each day, son of a bitch, so you can see what's up, dog. [Third party whispering in background: Tell him that for me it will be an honor to use the moniker of [ui].] It's awesome, dog, to, for sure, dog, we're there going up to and, really, we're going to give our lives for the *letras* [letters], son of a bitch, let it be clear to you, and the day we get hit the two of us will be there together, son of a bitch, you know.**

Audio clip 236504500084732

Bien, bien, mi perro va, jey, dogui, que el día que los peguen va a ser a los dos juntos, me entendés. Ahorita ya somos pase para homeboy hijueputa va. Usted sabe qué pedo, qué es pase para homeboy, me entendés va. Cualquier bicho hijueputa que venga alucinar agüevo de un solo en la trompa. ¿Qué pedo, hijueputa? Yo pase para homeboy soy pues va. Yo no soy ningún paro, ningún chequeo, bicho pendejo así pues, perro, va… planchado y ahí, me entendés, va. Este loco el Speedy tiene que hablar esas ondas con su homeboy también, me entendés va. Porque este hijo de puta se lo ha ganado, me entendés. Este hijo de puta se pone mente, este bicho, me entendés va. Mi respeto pa' este loco, me entendés va. Pero este loco le pone mente perro, me entendés va. Este hijo de puta es un mente acelerado pero ya sabrás perro. Este hijueputa, mi respeto pa' ese vato, me entendés va. Ya viste, tienes que ponerle mente dogui, me entendés va. La onda que simón, me entendés va.

**Right, right, my dog, hey, doggy, the day of the beating it will be both of us together, you know. Right now we are *pase para homeboy*, son of a bitch. You know what's up, what *pase para homeboy* is, you know. Any son of a bitch who comes over posing is certain to get a punch in his face. What's up, son of a bitch? I'm a *pase para homeboy*. I'm not a *paro*, not a *chequeo*, a stupid asshole kid like that, dog… broke, and you know. This loco Speedy has to talk about that stuff with his homeboy also, you know. Because this son of a bitch has earned it, you know. This son of a bitch puts his mind to it, you know. My respect for this loco, you know. This loco really puts his mind to it, you know. This son of a bitch is an accelerated mind, you know, dog. This son of a bitch, my respect for that dude, you know. You've seen, you've got to put your mind to it doggy, you know. That's the way it is, you know.**

JA6158

<u>Audio clip 294388627597245</u>

[Susurro de tercero al fondo: Le habia dicho que no tirara el reporte] Bien, bien, perro va, vos sabes, papá, pero a este loco no le han dicho nada, va vos, porque a la neta, me entendés va, el Yanqui le dijo que no hiciera ese reporte con su clica, va vos. Porque pues sí pues como el Yanqui lo quiere activar con la Sai, me entendés va. Pero no sé qué pedo, va vos, ahí pues sí pues, yo le tenía este colo que pues sí pues que mande esa onda, me entendés va. Y mandé decir qué pedo, va vos, que pues sí que puede ir con nosotros, papá. Y que pues sí pues le den pase a homeboy también. Pues puedo ver qué pedo, perro, pa' que andemos todos en sintonía vos sabés pues aguevo pues.

**[Simultaneous whisper in background: He had told him not to give a report.] Right, right, dog, you know, dude, but this loco hasn't been told anything, you know, because truthfully, you know, Yankee told him not to make that report with his clique, you know. Because, well, yeah, since Yankee wants to activate him with the clique, you know. But I don't know what's up, so like, I had this loco, well, to send that thing, you know. And I sent a message to say what's up, that yeah, he can go with us, dude. And that yeah, for them to give *pase a homeboy* too. So, I can find out what's up, dog, so that we all go about in harmony, you know, all right then.**

<u>Audio clip 236505793417936</u>

Bien, perro, estaría bueno, me entendés, pero ahí ese homeboy le dice esa onda, me entendés, que pues sí, me entendés. Ahí vos sabes que ahí está el Viejo Cabro de la clica, que puede hablar esa onda, me entendés. Para venir y pues sí, y hable de ese, vos. Ese Viejo mi respeto, ellos atienden, vos sabés perro, va. Yo no le doy bray pero me ha mencionado que ese Viejo es bueno pues, va, so yo puedo hablar por él, me entendés, va, y toda la onda, perro va. Y podemos hablar va toda la onda que simón que este bicho cerrote pues no me ha dicho, me entendés. Que te quede claro que cuando me zapatean a nosotros tres, perro, a este hijueputa le voy ha pegar en la trompa a dicho cerrote Felón de los Ghettos, loco.

**Right, dog, it would be good, you know, but that homeboy goes around saying that stuff, you know, that well, yeah, you know. You know there that Viejo Cabro from the clique is there, who can talk about that stuff, you know. To come, you know, and talk about it [or him]. My respect to that Viejo, they take care of it, you know, dog. I don't pay too much attention to him, but he's mentioned to me that Viejo is good, you know, so I can speak for him, you know, and the whole thing, dog, you know. And for sure we can talk about everything that this piece-of-shit guy hasn't told me, you know. Let it be clear that when the three of us get jumped in, dog, I'm going to punch that son of a bitch in the face, that piece-of-shit Felon of Ghettos, loco.**

JA6159

| | |
|---|---|
| **Type** | audio/mpeg |
| **Size** | 60238 |
| **URL** | https://attachment.fbsbx.com/messaging_attachment.php?aid=236505793417936&mid=mid.1473390769687%3A4d166b272760189e59&uid=100011755518293&accid=100011755518293&preview=0&hash=AQBkzmCNj4fIvkkBbxx87d9H2wKC1ZlwN3m7iQLwbxNgkw |

| | |
|---|---|
| **Recipients** | Jose Vigil (100011755518293) |
| | Danilo Perez (100010783301767) |
| **Author** | Danilo Perez (100010783301767) |
| **Sent** | 2016-09-09 03:16:59 UTC |
| **Deleted** | false |
| **Body** | |
| **Attachments** | audioclip-1473391018000-0.mp4 (294391000930341) |
| | **Type** audio/mpeg |
| | **Size** 95387 |
| | **URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=294391000930341&mid=mid.1473391019562%3Ac12d7f2d0eefe93170&uid=100011755518293&accid=100011755518293&preview=0&hash=AQAv1Hm_d0uW_LlvakcJ4dWiSZa3eXu3Nc011wJmypRuYg |

See transcript of Spanish audio and English translation on next page.

| | |
|---|---|
| **Recipients** | Danilo Perez (100010783301767) |
| | Jose Vigil (100011755518293) |
| **Author** | Jose Vigil (100011755518293) |
| **Sent** | 2016-09-09 03:18:16 UTC |
| **IP** | 128.177.161.161 |
| **Deleted** | false |
| **Body** | |
| **Attachments** | audioclip-1473391095000-0.mp4 (236507380084444) |
| | **Type** audio/mpeg |
| | **Size** 39668 |
| | **URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=236507380084444&mid=mid.1473391095888%3A94bd2b89a19cc81419&uid=100011755518293&accid=100011755518293&preview=0&hash=AQAGTg9yj82Ls8_-qbzZ4zZSqGHsMlnfx-Ws4iv_1cae2Q |

See transcript of Spanish audio and English translation on next page.

| | |
|---|---|
| **Recipients** | Jose Vigil (100011755518293) |
| | Danilo Perez (100010783301767) |
| **Author** | Danilo Perez (100010783301767) |
| **Sent** | 2016-09-09 03:19:24 UTC |
| **Deleted** | false |
| **Body** | |
| **Attachments** | audioclip-1473391163000-0.mp4 (294393480930093) |
| | **Type** audio/mpeg |
| | **Size** 182171 |
| | **URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=294393480930093&mid=mid.1473391164675%3A855de8224beaf52b15&uid=100011755518293&accid=100011755518293&preview=0&hash=AQCcTfe_m0CIwkvvbN3T6nSvyxoYD5abyK-hYIKXGSDwZw |

See transcript of Spanish audio and English translation on next page.

| | |
|---|---|
| **Recipients** | Danilo Perez (100010783301767) |
| | Jose Vigil (100011755518293) |
| **Author** | Jose Vigil (100011755518293) |

<u>Transcript of Spanish communications on page 1541 and English translation</u>

<u>Audio clip 294391000930341</u>

De una, perro, vos sabés pues, pa', a la neta, perro, y ya siendo homeboy hijueputa, casaca que le vamos aguantar carga a cualquier hijo de puta, va vos, cuál es esa pues, va.

**For sure, dog, so, you know, for real, dog, and now that I'm a homeboy, son of a bitch, it's bullshit that we're going to put up with stuff from any son of a bitch, you know, what's that, you know.**

<u>Audio clip 236507380084444</u>

Nel, perro, ya siendo homeboy, me entendés, cualquier hijo de puta le voy a dar una gran puteada que ya sabrás perro. Le voy a decir ¿cuál es eso? Hijueputa, que nadie hablando va así. Hijueputa, le voy a decir: si querés que te den los respetos, hazte respetar hijo de la gran puta, le voy a decir, va. Casaca, hijueputa. Le digo, yo soy homeboy y zapateado, hijueputa, le voy ha decir, va. ¿Qué pedo ahí?—le voy a decir.

**No, dog, being a homeboy, you know, any son-of-a-bitch, I'm going to fuck him up good, you know, dog. I'll ask him: "what is that?" Son-of-a-bitch, no one talking goes around like that. Son of a bitch, I'll tell him: if you want to get respect, you got to respect, you fucking son of a bitch, I'll tell him. Bullshit, son of a bitch. I'll tell him, I'm a homeboy and jumped in, son-of-a-bitch, that's what I'll tell him. I'll say: what's going on there?**

<u>Audio clip 294393480930093</u>

Por eso pues va, vos sabés, perro, va, de una pues. ¿Cuál es ese que van a venir a botarme el fresco todos estos bichos de puta? Va, vos, casaca hermano, jej, bueno pues, ya sabrá qué pedo, hermano. Mirá y qué pedo, perro [susurro de tercero al fondo: y me va dar la taca]. Así ve dice el Speedy si le vas a dar la taca o qué pedo, ya no es en casaca dice. Yo no sé si está bromeando qué pedo, pero así dice el hijueputa.

**That's why, you know, dog, of course. What do you mean they're going to come and suddenly throw me down all these sons-of-a-bitch? You know, bullshit, brother, heh, well then, you know what's up, brother. Hey, and what's up, dog [whispering in background: and is he going to give me the moniker]. That's what Speedy is asking, if you are going to give him the moniker or what's up. He's not bullshitting, he says. I don't know if he is joking or what, but that's what the son-of-a-bitch is saying.**

<u>JA6161</u>

**Sent** 2016-09-09 03:20:10 UTC
**IP** 128.177.161.161
**Deleted** false
**Body**
**Attachments** audioclip-1473391209000-0.mp4 (236507733417742)

**Type** audio/mpeg
**Size** 15629
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=236
507733417742&mid=mid.1473391210057%3Aef43edb90c3b9df24
1&uid=100011755518293&accid=100011755518293&preview=0
&hash=AQBJoevoGAZgmAZGrKs5C-LmwcYIrCoGwVlfwosyqkZ-XQ

See transcript of Spanish audio and
English translation on next page.

**Recipients** Jose Vigil (100011755518293)
Danilo Perez (100010783301767)
**Author** Danilo Perez (100010783301767)
**Sent** 2016-09-09 03:24:43 UTC
**Deleted** false
**Body**
**Attachments** audioclip-1473391482000-0.mp4 (294394594263315)

**Type** audio/mpeg
**Size** 204443
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=294
394594263315&mid=mid.1473391483620%3Ab3b43c15ba707898
27&uid=100011755518293&accid=100011755518293&preview=0
&hash=AQC3Ag4bipE1YFkCB4rnHBznbANJ7lGHnsvD7yPeV2fCzA

See transcript of Spanish audio and
English translation on next page.

**Recipients** Danilo Perez (100010783301767)
Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)
**Sent** 2016-09-09 03:26:47 UTC
**IP** 128.177.161.161
**Deleted** false
**Body**
**Attachments** audioclip-1473391606000-0.mp4 (236512410083941)

**Type** audio/mpeg
**Size** 24892
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=236
512410083941&mid=mid.1473391607004%3Ae7d4d7d602acf0f61
2&uid=100011755518293&accid=100011755518293&preview=0
&hash=AQA-dCIy2UsuscSmSK5EUKQqwbuUf12AKR_oxHlSM6ZbAA

See transcript of Spanish audio and
English translation on next page.

**Recipients** Jose Vigil (100011755518293)
Danilo Perez (100010783301767)
**Author** Danilo Perez (100010783301767)
**Sent** 2016-09-09 03:27:27 UTC
**Deleted** false
**Body**
**Attachments** sticker (369239263222822)

**Type** image/png
**Size** 0
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=369
239263222822&mid=mid.1473391647501%3A323f51f8d9c3fe367
0&uid=100011755518293&accid=100011755518293&preview=0
&hash=AQAUYqATQuSAnMfNaammhMuXA3ajoFcBzjVfGE-dhGY0xg

Transcript of Spanish communications on page 1542 and English translation


Audio clip 236507733417742

Mirá ve, decile a ese hijueputa que hey, mi respeto, ¿verdad? A ese hijueputa, simón, se la puedo dar. Pero decile que pues sí, mi taca no es un juego, va vos.

**Look, tell that son-of-a-bitch that, hey, my respect—right? Yeah, I can give it to that son-of-a-bitch. But you tell him that, yes, my moniker isn't a game, you know.**


Audio clip 294394594263315

Ya sabrás, perro, va vos, dice este colo que nel, va vos, que no es ninguna casaca, va vos. Que pues sí, quisiera andar tu taca, me entendés va, pero que el le va sacar más lustre, dice, lo que vos le ha sacado. Pues sí, pues para ser el Horror de los Western, me entendés, que pedo perro, va. Pues sí pues. Me dice el dogui que sabe qué pedo, que tú taca no es una broma, me entendés, ni juego, va vos. Por eso quiere andarla, porque pues sí. Pero escucha bien sabe que lo andan teniendo endemoniado el Horror de Western. ¿Qué pedo?

**You know, dog, hey, this loco says that no, you know, that it's not bullshit, you know. Yeah, he wants to have your moniker, you know, but he says that he's going to give it more shine, he says, than what you have given it. So, yeah, to be Horror of Western, what a thing, dog. It really is. The doggy tells me that he knows what's up, that your moniker is not a joke, you know, nor a game, you know. That's why he wants it, because he just does. But listen closely, they go around having the Horror of Western demonized. What's up?**


Audio clip 236512410083941

Órale, órale, no'hombre ahí simón pues, ya vamos a ver qué pedo, dígale ahí perro, va, porque pues sí, me entiende, va, aquí está otro cipote a vos, sea, vos sabés, me entendés va, yo quiero subir también va vos, pero simón ya no más qué pedo, me entendés va.

**Right, right, nah, yeah man, you know, we'll see what's up, tell him there, dog, because yeah, here, you know, there's another kid here, you know, I want to move up too, but yeah just what's up, you know.**



Photo Id: 369239263222822

| | |
|---|---|
| **Recipients** | Jose Vigil (100011755518293) |
| | Danilo Perez (100010783301767) |
| **Author** | Danilo Perez (100010783301767) |
| **Sent** | 2016-09-09 03:27:50 UTC |
| **Deleted** | false |
| **Body** | |
| **Attachments** | audioclip-1473391670000-0.mp4 (294395467596561) |

Órale maniaco, perro va, n'hombre, mi perro, ese tipo que le voy dejando, porque a las cuadro (4:00) me voy ha trabajar perro, va. Ahí estamos perro, trucha ese hijue puta, va, la mara está en grande, perro, ahí estamos, ese hijue puta, firme noye, perro, va.

> Right, cool, dog, no man, my dog, I'm dropping that guy off because I'm going to work at four (4:00), dog. We're there doggy, that son-of-a-bitch is sharp, the *mara* is on it, dog, we're there, that son-of-a-bitch, firm night, dog.

| | |
|---|---|
| **Type** | audio/mpeg |
| **Size** | 113051 |
| **URL** | https://attachment.fbsbx.com/messaging_attachment.php?aid=294395467596561&mid=mid.1473391670927%3A045da31713cdf0b892&uid=100011755518293&accid=100011755518293&preview=0&hash=AQDWNz-Y5Y1QoNZgZFNk1_d9CPm9DjjXBJY28IaMS1AXOg |

| | |
|---|---|
| **Recipients** | Danilo Perez (100010783301767) |
| | Jose Vigil (100011755518293) |
| **Author** | Jose Vigil (100011755518293) |
| **Sent** | 2016-09-09 03:28:30 UTC |
| **IP** | 128.177.161.187 |
| **Deleted** | false |
| **Body** | |
| **Attachments** | audioclip-1473391709000-0.mp4 (236512726750576) |

Órale perro, no hay pedo, me entendés, va, y cuídese un vergo me entendés, va. Firme noye ya me entendés, ahí. Igualmente cuídese un vergo usted también. El se va.

> All right dog, no problem, you know, and fuckin' take care of yourself, you know. Firm night, you know, there. You the same, take fuckin' care of yourself too. He's leaving.

| | |
|---|---|
| **Type** | audio/mpeg |
| **Size** | 14354 |
| **URL** | https://attachment.fbsbx.com/messaging_attachment.php?aid=236512726750576&mid=mid.1473391710225%3A219acacefdf63c9c92&uid=100011755518293&accid=100011755518293&preview=0&hash=AQAlS64z37ZLQMZo6eV3N73gCnFayBuHEVJv3MdGZa54pQ |

| | |
|---|---|
| **Recipients** | Jose Vigil (100011755518293) |
| | Danilo Perez (100010783301767) |
| **Author** | Danilo Perez (100010783301767) |
| **Sent** | 2016-09-09 03:28:56 UTC |
| **Deleted** | false |
| **Body** | |
| **Attachments** | audioclip-1473391736000-0.mp4 (294395704263204) |

Maniaco, maniaco, perro, ahí estamos.

> Cool, cool, dog, we're there.

| | |
|---|---|
| **Type** | audio/mpeg |
| **Size** | 21659 |
| **URL** | https://attachment.fbsbx.com/messaging_attachment.php?aid=294395704263204&mid=mid.1473391736610%3A2e6a9e0fc2fed15105&uid=100011755518293&accid=100011755518293&preview=0&hash=AQDTxuRL5wjY_bX00pYFL2B-p-VZoutog0aseok4GKHtqA |

**Recipients** Jose Vigil (100011755518293)
Joster Hrndz (100011322871543)
**Author** Joster Hrndz (100011322871543)
**Sent** 2016-08-21 00:06:51 UTC
**Deleted** false
**Body**
**Attachments** audioclip-1471738010000-0.mp4 (266860123701415)

See transcript of Spanish audio on next page.

**Type** audio/mpeg
**Size** 96643
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=266
860123701415&mid=mid.1471738011437%3Acbab869d41d80a31
66&uid=100011755518293&accid=100011755518293&preview=0
&hash=AQALsG-V4dtNZI5nlrQ8J5vZj_EC-jKNGP6Rv4UEry8UEA

Look, brother, I was calling this guy, you know. I texted him and the loco told me he was at work, you know. But then he didn't say anything else, he did not continue answering me, this son of a bitch, you know. So, we'll see how we can contact this son of a bitch and see what's up, you know.

**Recipients** Jose Vigil (100011755518293)
Joster Hrndz (100011322871543)
**Author** Joster Hrndz (100011322871543)
**Sent** 2016-08-21 00:08:23 UTC
**Call Record**
**Type** phone
**Missed** true
**Duration** 0

**Recipients** Jose Vigil (100011755518293)
Joster Hrndz (100011322871543)
**Author** Joster Hrndz (100011322871543)
**Sent** 2016-08-21 00:10:40 UTC
**Deleted** false
**Body**
**Attachments** audioclip-1471738238000-0.mp4 (266861590367935)

See transcript of Spanish audio on next page.

**Type** audio/mpeg
**Size** 139651
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=266
861590367935&mid=mid.1471738240284%3Ac702a0e49c805325
47&uid=100011755518293&accid=100011755518293&preview=0
&hash=AQC6IpvfrOsKz3p-JsK6-oz1QSFkqI7W2j0AQFpZ_AO_Hg

Look, this loco Cuervo says he can't, you know, because at ten (10:00) he has to pick up his // his daughter. He says that tomorrow he has her on Sunday all day, you know, he does. So, I don't think he can, you know, because it's true, he can't, you know. What he says is that he has to have the little girl, you know, uh... So, can the loco take us there now? We'll see what's up, you know.

**Recipients** Jose Vigil (100011755518293)
Joster Hrndz (100011322871543)
**Author** Joster Hrndz (100011322871543)
**Sent** 2016-08-28 15:58:40 UTC
**Deleted** false
**Body** Hey q ondas s          Hey, what's up?

**Recipients** Joster Hrndz (100011322871543)
Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)
**Sent** 2016-08-28 15:58:58 UTC
**IP** 72.66.6.90
**Deleted** false
**Body** Ey q pedp mi perro como está Uzte          Hey, what's up, my dog? How are you?

**Recipients** Joster Hrndz (100011322871543)
Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)
**Sent** 2016-08-28 15:58:59 UTC

GOVERNMENT
EXHIBIT
**14-8A**
1:18CR123

Audio clip 266860123701415

Mirá ve, mi hermano, va, de que a este tipo yo le estuve llamando, me entendés, va, y le textié y el loco me dijo que estaba en el jale, va vos. Pero de ahí no me dijo nada más, no me siguió contestando, este hijo de puta, va vos. Ahí está de que ya lo vamos a ver cómo lo contactamos a este hijueputa va vos, y de ver qué pedo pues.

Audio clip 266861590367935

Mirá ve, que dice este loco del Cuervo que no puede, va vos, porque a las diez (10.00) tiene que recoger la h.., // la hija. Dice que mañana la tiene el domingo todo el día, va vos, él va vos. Entonces no creo que pueda, va vos, porque verdad, sí, me entendés, ahí lo que tiene es que tener la niña dice, va vos, este… ¿Ahora no puede quizás el loco llevarnos allá entonces? Vamos a ver qué pedo, va vos.

**IP** 72.66.6.90
**Deleted** false
**Body** Ahí  There.

**Recipients** Joster Hrndz (100011322871543)
Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)
**Sent** 2016-08-28 15:59:03 UTC
**IP** 72.66.6.90
**Deleted** false
**Body** Está bien o que dope   Are you good or what's up?

**Recipients** Jose Vigil (100011755518293)
Joster Hrndz (100011322871543)
**Author** Joster Hrndz (100011322871543)
**Sent** 2016-08-28 15:59:26 UTC
**Deleted** false
**Body** Simon perro y q dop s con la gallina   Yes, dog, and what's up with the chicken?

**Recipients** Joster Hrndz (100011322871543)
Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)
**Sent** 2016-08-28 16:02:34 UTC   I'm taking it now to where you guys are, dog. There--there, we're going to grill that chicken.
**IP** 72.66.6.90
**Deleted** false
**Body** Ahora la llevo para ahí donde están uztedes perro va ahí ahí vamos asar ese pollo

**Recipients** Jose Vigil (100011755518293)
Joster Hrndz (100011322871543)
**Author** Joster Hrndz (100011322871543)
See transcript of    **Sent** 2016-08-28 16:14:24 UTC
Spanish audio on   **Deleted** false
next page.        **Body**
**Attachments** audioclip-1472400863000-0.mp4 (271237949930299)
**Type** audio/mpeg
But look, brother, like the plan was to be on it,   **Size** 131971
on it, brother, and not beat around the bush so   **URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=271
much, brother. Because yesterday, the plan        237949930299&mid=mid.1472400864503%3A5a3b1c3a714bcf2b
would have been for us, you know. Because,        73&uid=100011755518293&accid=100011755518293&preview=0
imagine, things are hot here, dog, with that stuff   &hash=AQBWXXNKxsbt43s4wB4Y9qiv5inFWseYQ5zm9Du6PtDRaA
from that fucking faggot, you know, it's hot, and
he leaves. So why are we going to be beating
around the bush so much with that shit, dog?

**Recipients** Joster Hrndz (100011322871543)
Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)
**Sent** 2016-08-28 16:16:59 UTC
**IP** 184.191.213.21
**Deleted** false
**Body** Bien mi perro oy Simón doggi va   Yes, my dog. Today, yes, doggy.

**Recipients** Jose Vigil (100011755518293)
Joster Hrndz (100011322871543)
**Author** Joster Hrndz (100011322871543)
**Sent** 2016-08-28 16:17:54 UTC
**Deleted** false
**Body**
**Attachments** audioclip-1472401073000-0.mp4 (271239449930149)

<u>Transcript of Spanish communications on page 1574</u>

<u>Audio clip 271237949930299</u>
Pero *wacha* ve, hermano, tipo que la plantilla fuera que simón, simón, hermano va, y no andar con tanta vuelta, hermano. Porque ayer ahí nos hubiera sido la plantilla, me entendés ahí pues. Porque imagináte, aquí está caliente, perro, con esa onda de ese bicho culero, me entendés, está caliente y se va. ¿Y para que vamos a estar dando tanta vuelta a esa mierda, perro?

See transcript of Spanish audio on next page.

**Dog, but the thing is, look, dog, I was saying to do that thing there in Tyson, dog, because look, son of a bitch, you know, buddy, that things are hotter here, dog. And over there in that town we can proceed suddenly, you know, whatever the plan is there, loco, all at once, you know. Once it's getting dark some guys should already be on their mission, you know, making the hole, you know, or seeing, you know, where at, in a dumpster, anything where we can go throw him, anywhere, you know, so yeah.**

| | |
|---|---|
| **Type** | audio/mpeg |
| **Size** | 194179 |
| **URL** | https://attachment.fbsbx.com/messaging_attachment.php?aid=271239449930149&mid=mid.1472401074535%3A3ce353e79a621280 55&uid=100011755518293&accid=100011755518293&preview=0 &hash=AQAq8WN5EdyY17tuRUnXGuAntaAMA57lv0sLu4I5Yi7uZw |
| **Recipients** | Joster Hrndz (100011322871543) |
| | Jose Vigil (100011755518293) |
| **Author** | Jose Vigil (100011755518293) |
| **Sent** | 2016-08-28 18:36:26 UTC |
| **IP** | 184.191.213.21 |
| **Deleted** | false |
| **Body** | |
| **Attachments** | audioclip-1472409385780-4761.aac (230264104042105) |

See transcript of Spanish audio on next page.

**Right, right, doggy, you're right man. When I get off of work I'll call you.**

| | |
|---|---|
| **Type** | audio/aac |
| **Size** | 10984 |
| **URL** | https://attachment.fbsbx.com/messaging_attachment.php?aid=230264104042105&mid=mid.1472409385925%3Aea490d5aabef9670 07&uid=100011755518293&accid=100011755518293&preview=0 &hash=AQA93EE1epvgPsfDOEyB1Yh23Iy2WzYGHBjfTMqMs2u1XQ |
| **Recipients** | Jose Vigil (100011755518293) |
| | Joster Hrndz (100011322871543) |
| **Author** | Joster Hrndz (100011322871543) |
| **Sent** | 2016-08-28 18:37:10 UTC |
| **Deleted** | false |
| **Body** | |
| **Attachments** | audioclip-1472409429000-0.mp4 (271308756589885) |

See transcript of Spanish audio on next page.

**Right, right, cool, cool.**

| | |
|---|---|
| **Type** | audio/mpeg |
| **Size** | 27523 |
| **URL** | https://attachment.fbsbx.com/messaging_attachment.php?aid=271308756589885&mid=mid.1472409430678%3A1372147b09830ba5 76&uid=100011755518293&accid=100011755518293&preview=0 &hash=AQCS2sY72s5tPyuIvtzOlT4LIRHBelrU1N_IN0VyB5zqCA |
| **Recipients** | Jose Vigil (100011755518293) |
| | Joster Hrndz (100011322871543) |
| **Author** | Joster Hrndz (100011322871543) |
| **Sent** | 2016-08-28 18:37:23 UTC |
| **Deleted** | false |
| **Body** | |
| **Attachments** | audioclip-1472409441000-0.mp4 (271308846589876) |

See transcript of Spanish audio on next page.

**But come as soon as you get out to smoke with the guy, you know, so that once he's high he'll be trusting, and we'll come upon/strike him there.**

| | |
|---|---|
| **Type** | audio/mpeg |
| **Size** | 54403 |
| **URL** | https://attachment.fbsbx.com/messaging_attachment.php?aid=271308846589876&mid=mid.1472409443261%3A7d3d6dc47fa3e7ac 91&uid=100011755518293&accid=100011755518293&preview=0 &hash=AQBTsg9UwDk6Y4qrS08N1bSeVK3kk_MsvuasiAj4aoTxRw |
| **Recipients** | Joster Hrndz (100011322871543) |
| | Jose Vigil (100011755518293) |
| **Author** | Jose Vigil (100011755518293) |

<u>Transcript of Spanish communications on page 1575</u>

<u>Audio clip 271239449930149</u>
Perro, pero es que, mirá ve, perro, yo decía sacar esa onda allá en *Tyson*, perro va, porque mirá ve, hijo de puta, vos sabés, cabrón, de que aquí está más caliente, perro va. Y ahí en ese pueblo podemos proceder de topado, me entendés va, ahí lo que es la plantilla fuera, loco va, de que de una, me entendés. Ya cuando esté oscureciendo tienen que estar unos morros ya misionado, me entendés, haciendo el hoyo, me entendés, o viendo, me entendés, adónde, a un basurero, cualquier onda lo podemos ir a tirar va, cualquier parte, me entendés, va y simón pues.

<u>Audio clip 230264104042105</u>
Bien, bien, dogui, ahí tenés razón, hombre, vos va. Tipo que salga yo del trabajo te voy a llamar ahí pues.

<u>Audio clip 271308756589885</u>
Órale, órale, maniaco, maniaco.

<u>Audio clip 271308846589876</u>
Pero que se venga no más que salga para fumar con el maje, va vos, para que se esté confiando ahora en la pedera y ahí lo vamos a topar.

**Sent** 2016-08-28 20:31:25 UTC
**IP** 184.191.213.21
**Deleted** false
**Body**
**Attachments** audioclip-1472416285086-6829.aac (230308367371012)

**Type** audio/aac
**Size** 14838
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=230
308367371012&mid=mid.1472416285281%3A6676b84e10ddf500
81&uid=100011755518293&accid=100011755518293&preview=0
&hash=AQAEoh7cTW8qpogcfw_IL_PYLu-ylMj0Vl_Du77RddM3Ug

Bien pues, bien pues, así se va hacer pues lo
que va. Vaya a fumar pues, y de esa onda se
traen una, una baya, ustedes pues.
That's good, that's good, so it'll be done like
that. Go to smoke then, and you guys bring a
joint from that stuff, so you guys.

**Recipients** Jose Vigil (100011755518293)
Joster Hrndz (100011322871543)
**Author** Joster Hrndz (100011322871543)
**Sent** 2016-08-29 01:16:00 UTC
**Deleted** false
**Body**
**Attachments** audioclip-1472433358000-0.mp4 (271467309907363)

**Type** audio/mpeg
**Size** 42883
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=271
467309907363&mid=mid.1472433360145%3A85a668af72aea852
10&uid=100011755518293&accid=100011755518293&preview=0
&hash=AQAD_ei2qgSz6uNSR8mVB4rv-GM_q_QRZqPddTzHJOBYaw

Bien, bien y mirá ve, ¿qué pedo, perro?
¿Cómo están las aguazones ahí? ¿Será que
vamos a proceder a esa onda ahora o qué
pedo?
Right, right and look, what's up, dog? How
are things there? Are we going to proceed
with that thing now or what's up?

**Recipients** Jose Vigil (100011755518293)
Joster Hrndz (100011322871543)
**Author** Joster Hrndz (100011322871543)
**Sent** 2016-08-29 02:02:46 UTC
**Deleted** false
**Body** Q ondas dogui          What's happening, doggy?

**Recipients** Joster Hrndz (100011322871543)
Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)
**Sent** 2016-08-29 02:06:05 UTC
**IP** 184.191.213.21
**Deleted** false
**Body**
**Attachments** audioclip-1472436364963-8342.aac (230421517359697)

**Type** audio/aac
**Size** 18254
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=230
421517359697&mid=mid.1472436365087%3A01dab691f032409e
06&uid=100011755518293&accid=100011755518293&preview=0
&hash=AQCz2nMvVKaTcWZb5F3LlJZaeWc5UBwauA_OiIsrALEiCA

Bien, dogui, si yo, esa onda, yo ya casi salgo
del trabajo, esa onda yo la quiero hacer, va
vos. Pero dice este loco del Chucho no tiene
en qué puta moverse, va vos.
Right, doggy, if I, that thing, I am about to
get off of work, I want to do that thing, you
know. But this loco Chucho says he doesn't
have a fucking way to get there, you know.

**Recipients** Joster Hrndz (100011322871543)
Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)
**Sent** 2016-08-29 02:06:12 UTC
**IP** 184.191.213.21
**Deleted** false

**Body**

**Attachments** audioclip-1472436372627-3868.aac (230421530693029)

See transcript of Spanish audio on next page.

**Type** audio/aac
**Size** 9012
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=230
421530693029&mid=mid.1472436372722%3A7e65ea7b25be9344
24&uid=100011755518293&accid=100011755518293&preview=0
&hash=AQBDQb11yISvaiJIaelfs7xiE2LfvMmzKbsBV4tlcXkK-g

And well, yeah, like you told me, doggy, that we should do it here [or: it would be better if we did it here].

**Recipients** Jose Vigil (100011755518293)
Joster Hrndz (100011322871543)
**Author** Joster Hrndz (100011322871543)
**Sent** 2016-08-29 02:06:36 UTC
**Deleted** false
**Body**
**Attachments** audioclip-1472436395000-0.mp4 (271491063238321)

See transcript of Spanish audio on next page.

**Type** audio/mpeg
**Size** 65923
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=271
49106323832 1&mid=mid.1472436396778%3Acadecabc0b0909ee
13&uid=100011755518293&accid=100011755518293&preview=0
&hash=AQA3nxT7tM-gTljHL-LStuhLPnREpfYarhKKZvLvi7_hVw

Right, right, doggy, you know. But look, the plan is that, yeah man, you guys travel on the bus, but just the people who "simon" [are in on it], dog.

**Recipients** Jose Vigil (100011755518293)
Joster Hrndz (100011322871543)
**Author** Joster Hrndz (100011322871543)
**Sent** 2016-08-29 02:06:59 UTC
**Deleted** false
**Body**
**Attachments** audioclip-1472436418000-0.mp4 (271491146571646)

See transcript of Spanish audio on next page.

**Type** audio/mpeg
**Size** 139651
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=271
491146571646&mid=mid.1472436419728%3A7c61ddb84aacb511
33&uid=100011755518293&accid=100011755518293&preview=0
&hash=AQArisvpf9MDYfurtIDJYJ_Qf0q2LriHMJ8tbXJnNQCppA

Only you, Erick, and Punche, and well, the guy are to move, you know, you know, yeah, you know. Because it's critical, dog, we don't have a car, you know. And what's more we didn't arrive at anything, dog, whether it's there or here, you know. You told me wherever, dog, to top-[top[ar]/come upon/run into/block pathway/ strike], for us to grab him there, well yeah, you know, but like I'm telling you man, there on the bus, so then you guys see what's up.

But, as you know, dog, it was supposed to be now, but there's no problem. As soon as I get out of here, I'll coordinate that thing like you told me here, but I'm going to do that, dog, and let you know.

**Recipients** Joster Hrndz (100011322871543)
Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)
**Sent** 2016-08-29 02:07:42 UTC
**Deleted** false
**Body** Pero vos sabes perro que yo vía que dado que para ahora pero no ay pedo ya no más
salga de aquí cordido esa onda como Uzte me dijo que aquie pero ya voy aser eso
perro i le indicó

**Recipients** Jose Vigil (100011755518293)
Joster Hrndz (100011322871543)
**Author** Joster Hrndz (100011322871543)
**Sent** 2016-08-29 02:08:21 UTC
**Deleted** false
**Body**
**Attachments** audioclip-1472436500000-0.mp4 (271491496571611)
**Type** audio/mpeg

Transcript of Spanish communications on page 1577

<u>Audio clip 230421530693029</u>
Y pues, sí, como vos me dijiste, dogui, que aquí mejor lo hiciéramos, pues.


<u>Audio clip 271491063238321</u>
Bien, bien dogui va, me entendés. Pero mirá ve, la plantilla está de que, simón va vos, ahí se muevan en el bas pues, pero que se mueva la gente, sola la gente que simón, perro.


<u>Audio clip 271491146571646</u>
Solo te movés vos, el Eric, y el Punche, pues y el morro, va vos sabés pues, y vos sabés pues, y simón, me entendés. Porque está crítico, perro, nosotros no tenemos ranfla, me entendés va. Y además que nosotros no llegamos a nada, perro, si allá o aquí, me entendés. Vos me dijiste dondequiera, perro, que lo top-, que lo acaparemos ahí, pues simón, vos sabés, pero ahí como te digo yo ese, ahí en el bus, pues ahí vean qué pedo pues.

See transcript of Spanish audio on next page.

**Size** 108163
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=271
491496571611&mid=mid.1472436501064%3Aa1a9a59c0200acb5
63&uid=100011755518293&accid=100011755518293&preview=0
&hash=AQCEOZbyUBMeaHEz38xpYPWt2_OoDLPB5IXyzQPJbsyODw

> Right, right, no man, like I'm telling you, dog, you guys get on the bus to get here, just you four, you know, yeah, you know what's up, dog, right. And right, you know, we'll see what's up here, you know. But yeah, if you guys are going to come here, you know, we can be coordinating this thing here too, brother.

**Recipients** Jose Vigil (100011755518293)
Joster Hrndz (100011322871543)
**Author** Joster Hrndz (100011322871543)
**Sent** 2016-08-29 02:31:04 UTC
**Deleted** false
**Body**
**Attachments** audioclip-1472437863000-0.mp4 (271497616570999)
**Type** audio/mpeg
See transcript of Spanish audio on next page.
**Size** 30595
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=271
497616570999&mid=mid.1472437864600%3A89fa84b8215f8c209
0&uid=100011755518293&accid=100011755518293&preview=0
&hash=AQAf9HMKLYAlSO5efpbeRCl-Yo4RixpdxNYr-FKAomQ0OA

> Look, dog, and so how are you guys going to do with that thing, brother?

**Recipients** Joster Hrndz (100011322871543)
Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)
**Sent** 2016-08-29 02:33:14 UTC
**IP** 184.191.213.21
**Deleted** false
**Body**
**Attachments** audioclip-1472437993599-13887.aac (230431727358676)
**Type** audio/aac
See transcript of Spanish audio on next page.
**Size** 29038
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=230
431727358676&mid=mid.1472437993962%3Aaa8f99e017a2e594
04&uid=100011755518293&accid=100011755518293&preview=0
&hash=AQAArmmIiBCg9AlG6bKVDG4cvh2yzbrG5uWUflP5fiui9A

> Look, dog, these people here are looking into the buses, you know, and they say that there are no buses going over there now, doggy. I was looking too, doggy. So what's up, how, how can we do it then?

**Recipients** Jose Vigil (100011755518293)
Joster Hrndz (100011322871543)
**Author** Joster Hrndz (100011322871543)
**Sent** 2016-08-29 02:33:51 UTC
**Deleted** false
**Body**
**Attachments** audioclip-1472438029000-0.mp4 (271498533237574)
**Type** audio/mpeg
**Size** 31363
See transcript of Spanish audio on next page.
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=271
498533237574&mid=mid.1472438030992%3A58eae2e3e87c6e65
34&uid=100011755518293&accid=100011755518293&preview=0
&hash=AQDNx1SOX5FJL3ErKUwJB-v5_B4ubJw1IAKbGMYRm18wkw

> Shit, dog, what do you mean there are no buses? They go by till twelve (12:00), brother.

**Recipients** Joster Hrndz (100011322871543)
Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)
**Sent** 2016-08-29 02:34:15 UTC

<u>Transcript of Spanish communications on page 1578</u>

<u>Audio clip 271491496571611</u>
Órale, órale n'hombre, yo como te digo, perro, en el bas tírensela para acá, pues solo ustedes cuadro, me entendés va, y que simón vos sabés qué pedo, perro, va. Y cabal pues ahí vos sabés, pues aquí vamos a ver qué pedo nosotros, me entendés va. Pero simón pues si van a caer aquí, me entendés, nosotros podemos ir coordinando esta onda aquí también, ya hermano.

<u>Audio clip 271497616570999</u>
*Wacha* ve, perro, y entonces ¿cómo van hacer con esa onda, hermano?

<u>Audio clip 230431727358676</u>
*Wacha* ve, perro, de que esta gente aquí, están averiguando los buses, va vos, y dicen que buses ya no hay para allá, dogui va. Mismo estaba watchando yo, dogui va. Entonces ¿qué pedo? ¿Cómo, cómo hacemos ahí pues?

<u>Audio clip 271498533237574</u>
Puta, perro, cómo no van a haber buses? Hasta las doce (12.00) pasan, hermano.

**IP** 184.191.213.21
**Deleted** false
**Body**
**Attachments** audioclip-1472438054821-10920.aac (230432427358606)

See transcript of Spanish audio on next page.

**Type** audio/aac
**Size** 23127
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=230432427358606&mid=mid.1472438055064%3A7790c30c34bf3f8d52&uid=100011755518293&accid=100011755518293&preview=0&hash=AQA3g_3ApOGlXH9yRDAmZGLmgeHZMo6Oh41gKfHVENJB_Q

> Look, Erick's chick already looked, already looked on that thing, an app she has, you know, but she's going to see if there are others there that I can take over there, you know.

**Recipients** Jose Vigil (100011755518293)
Joster Hrndz (100011322871543)
**Author** Joster Hrndz (100011322871543)
**Sent** 2016-08-29 02:34:54 UTC
**Deleted** false
**Body**
**Attachments** audioclip-1472438092000-0.mp4 (271498753237552)

See transcript of Spanish audio on next page.

**Type** audio/mpeg
**Size** 72067
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=271498753237552&mid=mid.1472438092000%3A3A1848253ebb4ca1b730&uid=100011755518293&accid=100011755518293&preview=0&hash=AQA_kSvxfPzW-7KcZYXwyICfgrANZJgAmrN79mkwBtX_mw

> Shit, dog, it's the twenty-eight A (28A) that you guys are going to take, brother. It goes by till twelve (12:00) when the last bus goes by, loco, the one that comes this way, loco, it gets here around twelve thirty (12:30), brother.

**Recipients** Jose Vigil (100011755518293)
Joster Hrndz (100011322871543)
**Author** Joster Hrndz (100011322871543)
**Sent** 2016-08-29 02:40:52 UTC
**Deleted** false
**Body**
**Attachments** audioclip-1472438451000-0.mp4 (271499906570770)

See transcript of Spanish audio on next page.

**Type** audio/mpeg
**Size** 115843
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=271499906570770&mid=mid.1472438452644%3A1ec5412760dac06763&uid=100011755518293&accid=100011755518293&preview=0&hash=AQCOtNhz977_7IVztLJzpYm1cT9RmRhlW--LG6FmRQiOxg

> Look, brother, what do you mean there's no buses coming by, doggy? I'm looking now on the app for the bus, loco, that the bus is coming this way, brother. Put your mind to it, dog. If not [if there's no bus], there's no problem, you know. You'll know what's up, loco. But don't lie to me that no buses are going by when I'm looking that, yeah, that those shits are going by, loco.

**Recipients** Joster Hrndz (100011322871543)
Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)
**Sent** 2016-09-03 16:15:48 UTC
**Deleted** false
**Body** Señor como está    Sir, how are you?

**Recipients** Jose Vigil (100011755518293)
Joster Hrndz (100011322871543)
**Author** Joster Hrndz (100011322871543)
**Sent** 2016-09-03 16:16:55 UTC
**Deleted** false
**Body** Quien sos    Who are you?

<u>Transcript of Spanish communications on page 1579</u>

<u>Audio clip 230432427358606</u>
*Wachá* ve, ya vio, ya vio la, la morra del Erick ahí en esa onda, una aplicación que tiene, me entendés, pero ya va ver si hay otros ahí que puedo agarrar para esos lados, me entendés va.

<u>Audio clip 271498753237552</u>
Puta, perro, si es el veintioyo A (28A) que van agarrar, hermano. Si es hasta las doce (12:00) pasa el último bas, loco, el que viene para acá, loco, que viene llegando a las doce y media (12:30) aquí, hermano.

<u>Audio clip 271499906570770</u>
*Wacha* ve, hermano, ¿cómo así que no están pasando bases, dogui? Si yo estoy wachando ahorita en la aplicación del bas, loco, que está pasando el bas para acá, hermano. Ponga le mente, perro. Si no, no hay pedo, me entendés. Ya sabrás qué ondas, loco. Pero no me des verba que no están pasando bases cuando yo estoy wachando de que simón están pasando esas mierdas, loco.

436502143777&mid=mid.1474148323130%3Af0c8bc4bcb9e1527
03&uid=100011755518293&accid=100011755518293&preview=0
&hash=AQA0FJflNsRcrAcFmeI6-c7RTsPkZpi64Avds4zdavrYUA

|  |  |
|---|---|
| **Recipients** | Joster Hrndz (100011322871543) |
|  | Jose Vigil (100011755518293) |
| **Author** | Jose Vigil (100011755518293) |
| **Sent** | 2016-09-17 21:39:43 UTC |
| **IP** | 2607:fb90:6482:a625:0:2c:cfdd:2601 |
| **Deleted** | false |
| **Body** |  |
| **Attachments** | audioclip-1474148383000-0.mp4 (241366769598505) |
| **Type** | audio/mpeg |
| **Size** | 102787 |
| **URL** | https://attachment.fbsbx.com/messaging_attachment.php?aid=241 |
|  | 366769598505&mid=mid.1474148323726%3A2569b5e91a32c733 |
|  | 06&uid=100011755518293&accid=100011755518293&preview=0 |
|  | &hash=AQA4CYtHSWU6gaVqVGXTwfGkQ-_urKGxpfgpQlVjkoycKA |

See transcript of Spanish audio on next page.

> No man, no man, no problem, dog, I know what's up with you, dog. I'm just telling the loco to pay attention to it. What would happen if, if he does it, if he does that thing he did with you with other people? You know, it's fucked up, you know, especially with a civilian, you know.

|  |  |
|---|---|
| **Recipients** | Joster Hrndz (100011322871543) |
|  | Jose Vigil (100011755518293) |
| **Author** | Jose Vigil (100011755518293) |
| **Sent** | 2016-09-17 21:54:32 UTC |
| **IP** | 2607:fb90:6482:a625:0:2c:cfdd:2601 |
| **Deleted** | false |
| **Body** |  |
| **Attachments** | audioclip-1474149271000-0.mp4 (241369379598244) |
| **Type** | audio/mpeg |
| **Size** | 75907 |
| **URL** | https://attachment.fbsbx.com/messaging_attachment.php?aid=241 |
|  | 369379598244&mid=mid.1474149272267%3Af210f74dd135a5f08 |
|  | 4&uid=100011755518293&accid=100011755518293&preview=0 |
|  | &hash=AQA-xsCg_CJTMLIEdfembj1xXjXK6ezGRIRTto8Y-SjAsA |

See transcript of Spanish audio on next page.

> Hey, what's up then, how are you there, homie? You know. Because to me, you are a homie, son of a bitch, you know, even if you don't want to, you know—because you already have your things, you piece of shit.

|  |  |
|---|---|
| **Recipients** | Jose Vigil (100011755518293) |
|  | Joster Hrndz (100011322871543) |
| **Author** | Joster Hrndz (100011322871543) |
| **Sent** | 2016-09-24 21:54:57 UTC |
| **Call Record** | **Type** phone |
|  | **Missed** true |
|  | **Duration** 0 |

|  |  |
|---|---|
| **Recipients** | Joster Hrndz (100011322871543) |
|  | Jose Vigil (100011755518293) |
| **Author** | Jose Vigil (100011755518293) |
| **Sent** | 2016-09-24 22:02:46 UTC |
| **IP** | 107.77.204.100 |
| **Call Record** | **Type** phone |
|  | **Missed** false |
|  | **Duration** 149 |

|  |  |
|---|---|
| **Recipients** | Jose Vigil (100011755518293) |
|  | Joster Hrndz (100011322871543) |
| **Author** | Joster Hrndz (100011322871543) |
| **Sent** | 2016-09-27 16:09:18 UTC |
| **Deleted** | false |

GOVERNMENT
EXHIBIT
**14-10A**
1:18CR123

<u>Transcript of Spanish communications on page 1602</u>

<u>Audio clip 241366769598505</u>
N'hombre, n'hombre, no hay pedo, perro va, si yo sé qué pedo con vos, perro va. Nada más le digo al loco que le ponga mente, digo va. ¿Qué pedo que si lo hace, si hace esa onda que hizo con vos con otra gente? Me entendés va, ahí está cabrón, me entendés, más con un civil, va vos.

<u>Audio clip 241369379598244</u>
Jey, ¿qué pedo entonces vos? ¿Cómo estamos ahí entonces, homie? Me entendés va. Porque para mí sos homie, hijueputa, me entendés, aunque no querrás, me entendés va, porque ya tenés ahí tus ondas, cerrote.

**Body**

**Attachments**  audioclip-1474992557000-0.mp4 (287764758277618)
**Type**  audio/mpeg
**Size**  16771
**URL**  https://attachment.fbsbx.com/messaging_attachment.php?aid=287
764758277618&mid=mid.1474992558522%3Aeae85a7a3aeb353f
78&uid=100011755518293&accid=100011755518293&preview=0
&hash=AQAMMEPMjT-u1kQi6xeC4NsGVTdxqh4vzOXscLhAcark7A

**[Nothing on audio]**

**Recipients**  Jose Vigil (100011755518293)
Joster Hrndz (100011322871543)
**Author**  Joster Hrndz (100011322871543)
See transcript of   **Sent**  2016-09-27 16:09:43 UTC
Spanish audio   **Deleted**  false
on next page.   **Body**
**Attachments**  audioclip-1474992583000-0.mp4 (287764888277605)
**What's up, what's up, homeboy? What's up, son**   **Type**  audio/mpeg
**of a bitch? How are you, doggy? No man, son of**   **Size**  107395
**a bitch, you should know, son of a bitch, we're**   **URL**  https://attachment.fbsbx.com/messaging_attachment.php?aid=287
**here with the guys [vagos: bums/slobs], son of a**   764888277605&mid=mid.1474992583876%3A0320c6b605f10ad5
**bitch, with Killer, dog. You know, son of a bitch,**   98&uid=100011755518293&accid=100011755518293&preview=0
**celebrating there, you know, well, you know, that**   &hash=AQCkvsl04rOlHZSXhpw8J8mqsZAfoLuaXNvqQ9YBZ3OseQ
**we sent bichona* down, you know.**

████████████████████████████████████████████████████████████████

**Recipients**  Joster Hrndz (100011322871543)
Jose Vigil (100011755518293)
**Author**  Jose Vigil (100011755518293)
**Sent**  2016-09-27 16:28:19 UTC
**IP**  107.77.202.190
**Deleted**  false
**Body**
**Attachments**  audioclip-1474993698000-0.mp4 (246607859074396)
**Type**  audio/mpeg
**Size**  12836
See transcript of Spanish audio on next page.   **URL**  https://attachment.fbsbx.com/messaging_attachment.php?aid=246
607859074396&mid=mid.1474993699769%3A138699c0e568131c
36&uid=100011755518293&accid=100011755518293&preview=0
**No man, no man, that's good then to talk like**   &hash=AQA3jwjCRet23c1VjLm6M8xHI6KRX_6TRXpuV-zGjRJutg
**when I get off work, I'll call you then, you**
**know.**

**Recipients**  Jose Vigil (100011755518293)
Joster Hrndz (100011322871543)
**Author**  Joster Hrndz (100011322871543)
**Sent**  2016-09-27 16:29:02 UTC
**Deleted**  false
**Body**
**Attachments**  audioclip-1474993741000-0.mp4 (287774694943291)
**Type**  audio/mpeg
**Size**  19843
**URL**  https://attachment.fbsbx.com/messaging_attachment.php?aid=287
See transcript of Spanish audio on next page.   774694943291&mid=mid.1474993742637%3A3Aa06fcf59fa3a7b7b7
2&uid=100011755518293&accid=100011755518293&preview=0
**Right, right, cool, no problem.**   &hash=AQBfmbwFbuiYJxfXX6Iw_V29hYJaBlY-acWFpVQ81pCn-Q

**Recipients**  Joster Hrndz (100011322871543)

Audio clip 287764758277618
[Nothing on audio]


Audio clip 287764888277605
¿Qué onda, qué onda, homeboy? ¿Qué pedo, hijueputa? ¿Cómo estamos, perrón?
N'hombre, hijueputa, ya sabrá hijueputa, aquí andamos aquí con los vagos, hijueputa, con
el Killer, perro va.  Vos sabés, hijueputa celebrando ahí, me entendés va, vos sabés pues,
que le dimos pa'joba a bichona, me entendés va.


Audio clip 246607859074396
N'hombre, n'hombre, está bueno entonces para hablar tipo ahí cuando salga del jale, te
voy a marcar, me entendés va.


Audio clip 287774694943291
Órale, órale, maniaco, no hay dope.

JA6181

Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)
**Sent** 2016-09-27 17:16:51 UTC
**IP** 107.77.202.190
**Deleted** false
**Body**
**Attachments** audioclip-1474996610000-0.mp4 (246635249071657)
**Type** audio/mpeg

N'hombre, está firme. Entonces te llamo tipo ahí, te marco entonces, me entendés. ¿Qué pedo? Me entendés. Busca trabajo.

**No man, solid. So, I'll call you then, I'll call you then, you know. What's up? You know. Look for work.**

**Size** 15177
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=246635249071657&mid=mid.1474996611090%3A3b24c428906913b878&uid=100011755518293&accid=100011755518293&preview=0&hash=AQBWqIsDbDEOvEV__geZ2rjhOWJEV3-JBi48zXz6aXyjdw

**Recipients** Joster Hrndz (100011322871543)
Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)
**Sent** 2016-09-27 17:35:27 UTC
**IP** 107.77.202.190
**Call Record** **Type** phone
**Missed** false
**Duration** 332

**Recipients** Joster Hrndz (100011322871543)
Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)
**Sent** 2016-09-29 14:52:15 UTC
**Deleted** false
**Body** Q onda perro. Como estamps    **What's up, dog.  How are you?**

**Recipients** Jose Vigil (100011755518293)
Joster Hrndz (100011322871543)
**Author** Joster Hrndz (100011322871543)
**Sent** 2016-09-29 14:52:58 UTC
**Deleted** false
**Body** Aquí todo maniako    **Everything here is cool.**

**Recipients** Joster Hrndz (100011322871543)
Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)
**Sent** 2016-09-29 14:53:13 UTC
**Deleted** false
**Body** Orale está firme perro va    **All right, it's good, dog.**

**Recipients** Jose Vigil (100011755518293)
Joster Hrndz (100011322871543)
**Author** Joster Hrndz (100011322871543)
**Sent** 2016-09-29 14:55:24 UTC
**Deleted** false
**Body** Simon y x ai q despa    **Yes and what's going on there?**

**Recipients** Joster Hrndz (100011322871543)
Jose Vigil (100011755518293)
**Author** Jose Vigil (100011755518293)
**Sent** 2016-09-29 15:22:33 UTC
**Deleted** false
**Body** Aquí todo maniaco perro va aquí en el jale ese v    **Everything cool here, dog, here at work, dude.**

|  |  |  |
|---|---|---|
| | **Sent** | 2016-09-07 17:11:55 UTC |
| | **Body** | Jeeee ya sabras q dop yo ablando con sisaña de q si q ondas con ir a NY dog a mandarle el numero de una morra voy |

> **Yeah, you know what's up. I was talking with Sisaña about what's up about going to NY, dog. I'm going to send him a girl's number.**

|  |  |
|---|---|
| **Author** | Ludwin Cruz (100004733688139) |
| **Sent** | 2016-09-07 21:49:43 UTC |
| **Body** | Ke onda dogui ke asiendo ke dice el cizaña loc |

> **What's up, doggy, doing what? What does Cizaña say, loco?**

|  |  |
|---|---|
| **Author** | Ludwin Cruz (100004733688139) |
| **Sent** | 2016-09-07 21:49:59 UTC |
| **Body** | Cuando seva air para NY loc kete dijo perro |

> **When's he going to NY, loco, what did he say to you, dog?**

|  |  |
|---|---|
| **Author** | Joster Hrndz (100011322871543) |
| **Sent** | 2016-09-07 21:50:48 UTC |
| **IP** | 68.98.184.113 |
| **Body** | |
| **Attachments** | audioclip-1473285047000-0.mp4 (276960519358042) |

See transcript of Spanish audio on next page.

|  |  |
|---|---|
| **Type** | audio/mpeg |
| **Size** | 165763 |
| **URL** | https://attachment.fbsbx.com/messaging_attachment.php?aid=276960519358042&mid=mid.1473285048852%3Afb2d8e4b4636265306&uid=100011322871543&accid=100011322871543&preview=0&hash=AQBoHpQIgeW0WyystjHRvpHsBtE7UhSWmO8Y43DzQmsP4A |

> **Look, dog, I wasn't there. What I'm telling you, you know, I was getting the number there of, of a girl, you know.  Since I have other girls there in New York, you know, yeah, they're united, man, you know. So that's right, dog, we're getting the number from/to the loco, you know, and we'll see what's up, son of a bitch, to spring it as soon as possible, that's what the loco told me, you know.  If, if the girl shows, he told me, we'll let her have it at once. But that's where it would be, you know, for you guys to get in action there too, you know.**

|  |  |
|---|---|
| **Author** | Ludwin Cruz (100004733688139) |
| **Sent** | 2016-09-07 22:26:43 UTC |
| **Body** | |
| **Attachments** | audioclip-1473287198516-17521.mp4 (640423402792110) |

See transcript of Spanish audio on next page.

|  |  |
|---|---|
| **Type** | audio/mpeg |
| **Size** | 27556 |
| **URL** | https://attachment.fbsbx.com/messaging_attachment.php?aid=640423402792110&mid=mid.1473287203050%3A6ae8a8c9cea283c651&uid=100011322871543&accid=100011322871543&preview=0&hash=AQAYJ1LdXt9jzyqxCwDBCvyUv0XzIBGN9_f6wDl20NwGUA |

> **Right, right, nah man, yeah, loco. I will, yeah, right away, you know, yeah. I'm, I'm called upon, you know, we'll be there. You let me know if anything comes up, doggy, right, you know, we'll drop by there in a while. We're going over there for I don't know what, you know, doggy, so we'll be there.**

|  |  |
|---|---|
| **Author** | Joster Hrndz (100011322871543) |
| **Sent** | 2016-09-07 22:33:33 UTC |
| **IP** | 2600:8806:2604:fd00:adab:b1de:14f8:bc8 |
| **Body** | |
| **Attachments** | audioclip-1473287612000-0.mp4 (276971289356965) |

See transcript of Spanish audio on next page.

|  |  |
|---|---|
| **Type** | audio/mpeg |
| **Size** | 173443 |
| **URL** | https://attachment.fbsbx.com/messaging_attachment.php?aid=276971289356965&mid=mid.1473287613643%3Adee573d5e8249c9037&uid=100011322871543&accid=100011322871543&preview=0&hash=AQCvF8HVmXZTCLYDBVloFl_Emfa-HlJFl91ISypXAItSeA |

> **All right, son of a bitch, you already said so. I'm going to get you a girl there in New York. I have three action girls there. I'm going to reserve one for you, son of a bitch. Like, dog, you know, *charros, churros,* chocolate. Because there aren't any more girls, dog; just my girlfriend, the one I'm going to get you, and the one I got for this loco Cizaña, you know, once we go. But we have to coordinate and stick together as soon as possible, dog, right, as soon as possible to go see what's going on up there, you know.**

|  |  |
|---|---|
| **Author** | Joster Hrndz (100011322871543) |

**GOVERNMENT EXHIBIT**

**15-16A**

1:18CR123

## Audio Clip 276960519358042

Mirá, perro, que yo no estaba. Pues no te digo, va vos, estaba acaparando ahí el número de la, de una morra, va vos. Como ahí yo ahí tengo otras morras en Nueva York, va vos, de que, simón, están de una, maje, va. Entonces cabal va, perro, ahí, estamos acaparándole el número al loco, va vos, y ahí para ver qué pedo, hijueputa, de lanzarlo lo más luego, me dijo el loco, va vos.  Si, si la morra se pone de *show*, me dijo, de topada la damos pues. Pero ahí estaría, me entendés, de que se pongan de choque ustedes también, va vos.

## Audio Clip 64042340279211

Órale, órale, n'hombre, simón, loco. Yo, simón, pues yo de una, va, me entendés, va simón. Pues de una de, de toque, me entendés va, ahí estamos. Pues ahí me avisás por cualquier cosa pues, dogui, va, me entendés, va, ahí al rato caemos por ahí. Pues va vos vamos allá a no sé qué pedo pues, va, dogui, ahí estamos pues.

## Audio Clip 276971289356965

Órale, hijueputa, ya dijiste. Ahí te voy agarrar una morra allá en Nueva York. Ahí tengo tres morras de choque pues ahí. Te voy a reservar una para vos, hijueputa. Así, perro, de que va vos sabés pues, charros, churros, chocolate. Porque allá no hay más morras, perro, solo está mi jaina, la que te voy acaparar a vos, y la que le acaparé a este loco de Cizaña, me entendés, para cuando nos vayamos ya. Pero ahí de que lo coordinemos y nos peguemos cuanto antes, perro, va, lo más antes posible para ir a ver qué pedo allá arriba, pues.

**Sent** 2016-09-27 18:54:06 UTC
**Body** Q ondas    *What's up?*

**Author** Ludwin Cruz (100004733688139)
**Sent** 2016-09-27 18:55:14 UTC
**Body** Aki todo al suave loc    *Everything's cool here, loco.*

**Author** Joster Hrndz (100011322871543)
**Sent** 2016-09-27 18:56:00 UTC
**Body** Ya vas yo celebrando    *Right, I'm celebrating.*

**Author** Ludwin Cruz (100004733688139)
**Sent** 2016-09-27 18:59:02 UTC
**Body** Orale maníaco y sele Brando el ke dogui ke    *Right, cool, and what are you celebrating, doggy?*

**Author** Joster Hrndz (100011322871543)
**Sent** 2016-09-27 19:00:09 UTC
**Body** Vz sabes otra gadape    *You know, another hit.*

**Author** Ludwin Cruz (100004733688139)
**Sent** 2016-09-27 19:08:58 UTC
**Body** Orale maníaco dogui    *Right, cool,  doggy.*

**Author** Joster Hrndz (100011322871543)
**Sent** 2016-09-27 19:09:25 UTC
**Body** Simon dogui ya sabras como es tubo    *Yeah, doggy, you'll know how it went.*

**Author** Ludwin Cruz (100004733688139)
**Sent** 2016-09-27 19:09:55 UTC
**Body** Orale le pone mente ustedes va    *Right, you all put your mind to it.*

**Author** Joster Hrndz (100011322871543)
**Sent** 2016-09-27 19:10:24 UTC
**Body** Simon dog va a la otra te jalo xq esa salio de la nada    *Yeah, dog, for the other I'll pull you in because that one came out of nowhere.*

**Author** Ludwin Cruz (100004733688139)
**Sent** 2016-09-27 19:10:54 UTC
**Body** Orale dogui hay estamos va    *Right, doggy, we'll be there, you know.*

**Author** Joster Hrndz (100011322871543)
**Sent** 2016-09-27 19:11:35 UTC    *Yeah, yeah, be alert because suddenly it will come about. It's almost ready, we're just planning it out.*
**Body** Simon Simon te pones vivo xq de repente va salir ya casi casi la estamos craniando nada mas

**Author** Ludwin Cruz (100004733688139)
**Sent** 2016-09-27 19:20:01 UTC
**Body** Orale    *All right*

**Thread**  (mid.1472987038237:cb79fa4d2257d77095)
**Current** 2017-09-11 13:42:13 UTC
**Participants** Roberto Ayala (100013270748700)
Joster Hrndz (100011322871543)

**Author** Joster Hrndz (100011322871543)
**Sent** 2016-09-07 21:38:39 UTC

URL https://attachment.fbsbx.com/messaging_attach
ment.php?aid=369239263222822&mid=mid.14
74405402111%3A0db8f5ef477506c749&uid=10
0011322871543&accid=100011322871543&pre
view=0&hash=AQB95E5ZTZaj3u8pT7zTXCNFZY
S4rXJT1BENMXg446dFlw



Photo Id: 369239263222822

Author Erick Contreras (100009949843789)
Sent 2016-09-20 21:05:48 UTC
Body Mmm mahe & en washinton no tenes contacto con algun loco
de ahi **Hmmm, man, don't you have a contact with a loco in Washington?**

Author Joster Hrndz (100011322871543)
Sent 2016-09-20 21:06:17 UTC
Body Xq mh    **Why, man?**

Author Joster Hrndz (100011322871543)
Sent 2016-09-20 21:06:18 UTC
Body Simon    **Yeah**

Author Erick Contreras (100009949843789)
Sent 2016-09-20 21:07:44 UTC
Body Esq ahi esta un morro que es chavala el culero mahe va a
mi carnal le dijo que era de la chavala & que se lo iba a
palmar **The thing is there's a guy there who's a *chavala*, the fag, man, told my brother that he was *chavala* and that he was going to**
Tenes instagram vz mahe    **kill him.  Do you have Instagram, man?**

Author Joster Hrndz (100011322871543)
Sent 2016-09-20 21:08:21 UTC
IP 2601:140:8100:79be:218c:be95:895e:f6db
Body
Attachments audioclip-1474405699000-0.mp4 (283971188656975)
Mirá, maje, simón, maje, yo tengo Instagram, maje va, tipo, me entendés,    Type audio/mpeg
tírame esa onda, maje va. Y cabal pues va, simón, me entendés, ahí tengo    Size 101251
conecta, maje, si yo vivo cerquita de *Washington*, maje va, como a unos    URL https://attachment.fbsbx.com/messaging_attach
diez (10), quince (15) minutos, maje va. Tírame esa onda, perro, y vamos a    ment.php?aid=283971188656975&mid=mid.14
ver qué pedo pues.    74405701180%3A520e0ef5de82228238&uid=1
00011322871543&accid=100011322871543&pr
**Look, man, yeah, man, I have Instagram man, like, you know, send me**    eview=0&hash=AQBZbhqbiOXdL7Kudsvh8mtA1
**that thing, man. And right, yeah, you know, I've got a connection there,**    _i8O4DGjQ1CZ3CxkSgpwA
**man, I live close to Washington, man, about ten (10), fifteen (15)**
**minutes away, man. Send me that thing, dog, and let's see what's up.**

GOVERNMENT
EXHIBIT
**15-19A**
1:18CR123

Author Erick Contreras (100009949843789)
Sent 2016-09-20 21:11:19 UTC
Body
Attachments audioclip-1474405877000-0.mp4 (332942040380788)
Type audio/mpeg

Yaco, maje, ya te voy a tirar una captura ahí, y a la neta el bicho culero, maje, eran planta chavala el hijueputa, va. Ya
subimos su video del maje ahí, de unos majes de tri culeros a la neta, maje. Ya te voy a mandar la captura pa' que lo busqués
en Instagram al maje ahí. Tipo al maje le digo, va, a mi carnal Ronald, pa' puta, que se lo iba palmar al maje va, que él
era el chavala. Le dijo que no sé qué y ese vergo de ondas, le dijo ahí va. Ya te la voy a tirar, maje.

Right, man, I'm about to send you a screen shot there, and for real, the faggot kid, man, they were *chavala* types, the son of a bitch, you know. We already uploaded his video of the guy there, of some really faggot guys, for real, man. I'm going to send you the screen shot so you can look for the guy there on Instagram. Like I told the guy, you know, I told my brother Ronald, so that shit, he was going to kill the guy, right, that he was the *chavala*. He told him this-that-and-the-other and a fucking bunch of stuff, you know, he said there. I'm about to send it to you, man.

**Size** 43371
**URL** https://attachment.fbsbx.com/messaging_attach ment.php?aid=332942040380788&mid=mid.14 74405879655%3Aa5ca73c089cf26555&uid=10 0011322871543&accid=100011322871543&pre view=0&hash=AQCVwHYW95-KHPP-K_Ht6pOpd02VxdQ2ccPWbexmyE-hVA

|  |  |
|---|---|
| **Author** | Joster Hrndz (100011322871543) |
| **Sent** | 2016-09-20 21:11:40 UTC |
| **IP** | 2601:140:8100:79be:218c:be95:895e:f6db |
| **Body** | |
| **Attachments** | sticker (369239343222814) |

**Type** image/png
**Size** 0
**URL** https://attachment.fbsbx.com/messaging_attach ment.php?aid=369239343222814&mid=mid.14 74405900659%3Aa895d1b9b501b2a998&uid=1 00011322871543&accid=100011322871543&pr eview=0&hash=AQBjIzzxJwEN365XMIE3seAyLSx Ch-fhzguQjZ_hB7vrxw



**Photo Id:** 369239343222814

|  |  |
|---|---|
| **Author** | Erick Contreras (100009949843789) |
| **Sent** | 2016-09-20 21:12:11 UTC |
| **Body** | |
| **Attachments** | image-332942153714110 (332942153714110) |

**Type** image/jpeg
**URL** https://attachment.fbsbx.com/messaging_attach ment.php?aid=332942153714110&mid=mid.14 74405931922%3A26a63214cb4a7d4436&uid=1 00011322871543&accid=100011322871543&pr eview=0&hash=AQAbDT3lQucGGSwjRVaBC-yOGX6fNYVoa2tWWet_hSExzw



**Photo Id:** 332942153714110

**Author** Erick Contreras (100009949843789)
**Sent** 2016-09-20 21:12:30 UTC
**Body**
**Attachments** audioclip-1474405948000-0.mp4 (332942220380770)

Vaya ahí buscálo vos y mirá la foto del maje, y el video que tiene ahí, maje., Y más a la neta yo digo que es chavala ese culero, maje.

**You go there and look for him and look at the picture of the guy, and the video he's got there, man. And for real, I'm saying he's a *chavala*, that faggot, man.**

**Type** audio/mpeg
**Size** 14793
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=332942220380770&mid=mid.1474405950507%3A58bc070fbc0c6edb65&uid=100011322871543&accid=100011322871543&preview=0&hash=AQC6qtBy-fNzs4RGdV1QCizAT3LL-9JSvk56Ng3sDBe3NQ

**Author** Erick Contreras (100009949843789)
**Sent** 2016-09-20 21:12:43 UTC

**Body**

Attachments  audioclip-1474405961000-0.mp4 (332944980380494)

No sé si el maje sale en el video ahí o qué pedo, pero ahí sale un, un maje en el video, coloyo igualito a él, maje. No sé qué pedo si será él. Yo no lo distingo bien a la neta.

**I don't know if the guy shows up on the video there or what's up, but a, a guy shows up on the video, curly haired just like him, man. I don't know what's up if it might be him. I really can't distinguish him very well.**

Type  audio/mpeg
Size  18663
URL  https://attachment.fbsbx.com/messaging_attach ment.php?aid=332944980380494&mid=mid.14 74405963831%3A392656bf3500fe0a61&uid=10 0011322871543&accid=100011322871543&pre view=0&hash=AQBdvOZlm4kHcNB7kJbwoFlOfn YU-bfrcMxhh27IIuj4bw

Author  Joster Hrndz (100011322871543)
Sent  2016-09-20 21:13:06 UTC
IP  2601:140:8100:79be:218c:be95:895e:f6db
**Body**

Attachments  audioclip-1474405985000-0.mp4 (283972778656816)

Órale, órale, maje va. Tipo que ahí vos sabés, maje, ahí vamos a poner en esa onda, maje. Y simón, pues, va vos, si doy con ese maje, simón, pues me lo voy a reventar primero yo, maje, va.

**Right, right, man. Like you know, man, we're going to get on that thing, man. And yeah, you know, if I find that guy, yeah, I'll bust him first, man, you know.**

Type  audio/mpeg
Size  57475
URL  https://attachment.fbsbx.com/messaging_attach ment.php?aid=283972778656816&mid=mid.14 74405986655%3Aeb3d4c580213f5e370&uid=1 00011322871543&accid=100011322871543&pr eview=0&hash=AQBcMgfn2R4OLBYjZRWIUgOo7 EK_Ih-qiFWwjJVmr1XH3g

Author  Erick Contreras (100009949843789)
Sent  2016-09-20 21:13:47 UTC
**Body**

Attachments  audioclip-1474406025000-0.mp4 (332948940380098)

N'hombre, no hay pedo. Yo te digo a vos porque sé que, simón va, y puta, estás más ahí a, a la mano y puede capturar a ese culero man. Pero la onda es de que te lo averigües bien vos ahí, maje, sí, qué pedo, si el maje, ese man anda en algo o qué pedo, va.

**No man, no problem. I'm telling you because I know that, yeah, and shit, you're closer there at, at hand and you can capture that faggot guy. But the thing is for you to find out thoroughly there man, what's up, if the dude, that guy is up to something or what's up, you know.**

Type  audio/mpeg
Size  26419
URL  https://attachment.fbsbx.com/messaging_attach ment.php?aid=332948940380098&mid=mid.14 74406027677%3A680d3326c538e3a147&uid=1 00011322871543&accid=100011322871543&pr eview=0&hash=AQCVhbHuWU-8gCcIFpYaLsMGO 8rAOiflva9VUiXSSnGyiHg

Author  Erick Contreras (100009949843789)
Sent  2016-09-20 21:14:50 UTC
**Body**

Attachments  audioclip-1474406088000-0.mp4 (332949030380089)

Simón, no hay pedo ahí, me avisás si lo encontrás. En el instagram, hijueputa, porque yo solo el instagram tengo de ese maje.

**Yeah man, no problem, let me know if you find him. In instagram, son of a bitch, because I only have the instagram of that guy.**

Type  audio/mpeg
Size  11974
URL  https://attachment.fbsbx.com/messaging_attach ment.php?aid=332949030380089&mid=mid.14 74406090318%3Addbd92d4a034d06464&uid=1 00011322871543&accid=100011322871543&pr eview=0&hash=AQDGtM75jCOelbIC0KmcTcJ- HeDeHPRbu0SYOH4Ndbw5XQ

Author  Joster Hrndz (100011322871543)
Sent  2016-09-21 01:47:00 UTC

**IP** 173.153.12.239

See transcript of Spanish audio on next page.

**Body**
**Attachments** audioclip-1474422418000-0.mp4 (284052468648847)
**Type** audio/mpeg
**Size** 138115
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=284052468648847&mid=mid.14
74422419966%3A1d4f089a1507851474&uid=1
00011322871543&accid=100011322871543&pr
eview=0&hash=AQBbuxfkLtjTowQr7-WoYe4IeN
Gf-4aWWj_9hkjT_RQ3GA

Right, right, look, dude, yeah, you know, I'm going to get on that plan now, you know. Make a call there today or see what's up, you know, right, you know. There [regarding that], yeah, you know, what, what we're going to do is that. So make a call to the other brothers, you know, and see what's up, you know. See how we can get that son of a bitch, you know, and let it be clear to you, man, that thing, man, we're going to give that fag *chavala* a big *picada* (stabbing/slashing/cutting), man.

**Author** Erick Contreras (100009949843789)
**Sent** 2016-09-21 01:48:52 UTC
**Body**
**Attachments** audioclip-1474422530000-0.mp4 (333029630372029)
**Type** audio/mpeg
**Size** 9464
See transcript of Spanish audio on next page.
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=333029630372029&mid=mid.14
74422532617%3Ae2bd2fb067883c7484&uid=1
00011322871543&accid=100011322871543&pr
eview=0&hash=AQCxpEAP_ybHP8PGGU0_R7I7N
vf6K8F_R8MrTVJqj0U0-Q

Look, man, and what's up, have you seen that son of a bitch's Instagram and all that, man?

**Author** Joster Hrndz (100011322871543)
**Sent** 2016-09-21 01:51:36 UTC
**IP** 173.153.12.239
**Body**
**Attachments** audioclip-1474422694000-0.mp4 (284055258648568)
**Type** audio/mpeg
**Size** 47491
See transcript of Spanish audio on next page.
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=284055258648568&mid=mid.14
74422696017%3A8006565fbd8f45610f56&uid=10
0011322871543&accid=100011322871543&pre
view=0&hash=AQBr8wxHWhbae7_jzc0L0vgKMh
NDEBOP8fgvh1D7bRizeA

No man, you know, right now I'm getting into my Instagram, man, to see that thing, man. We're getting it now, man.

**Author** Erick Contreras (100009949843789)
**Sent** 2016-09-21 01:52:41 UTC
**Body**
**Attachments** audioclip-1474422759000-0.mp4 (333030207038638)
**Type** audio/mpeg
**Size** 28196
See transcript of Spanish audio on next page.
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=333030207038638&mid=mid.14
74422761184%3A2bb2fdf34a7e7b7f71&uid=10
0011322871543&accid=100011322871543&pre
view=0&hash=AQDBr7x6Gd3PaAsn-
G5xLcAS68Tbete_yz8n7EgOsZ7oew

No man, there's no problem, man, whatever happens let me know and there's no problem. Uh, I wanted to tell you, man, that loco, my brother, uh, on Monday, man, on Monday that son of bitch will be free, I want to see. Yesterday my mother went to the hearing, man, yeah, on Monday they will set him free.

[mi ruca: "my old maid" or "my old lady" can be used to refer to "my woman/wife" or "my mother" according to context.]

**Author** Joster Hrndz (100011322871543)

## Audio Clip 284052468648847

Órale, órale, mirá ve, cabrón, ahí va vos, ahí me voy a poner en ese plan yo ahorita, me entendés va. Tirá la línea ahí hoy o ver qué pedo, me entendés va, cabal, va vos. Ahí, simón, me entendés va, ahí lo que vamos, lo que vamos hacer eso. Entonces tirá la línea ahí con los demás hermanos, me entendés, y ver qué pedo, pues va. Ver cómo conseguimos ese hijueputa, me entendés va, y que te que claro, maje, que esa onda, maje, es gran picada que le vamos a darle a ese culero chavala, man.

## Audio Clip 333029630372029

Mirá ve, maje, ¿y qué pedo, ya viste el Instagram de ese hijueputa y todo eso maje?

## Audio Clip 284055258648568

N'hombre, me entendés, ahorita estoy metiéndome en mi Instagram maje va, para ver esa onda, maje. Ahorita lo estamos allí agarrando, maje.

## Audio Clip 333030207038638

N'hombre, no hay pedo ahí, maje, cualquier onda avisáme y ahí no hay pedo. Esto, te quería decir, maje, aquel loco, mi carnal, esto, el lunes, maje, el lunes ya tiene libertad el hijueputa, quiero ver. Ayer fue mi ruca ahí a la audiencia, maje, simón el lunes lo van ha dejar libre.

**Sent**
    2016-09-21 01:53:14 UTC
**IP**  173.153.12.239
**Body**
**Attachments**  image-284056488648445 (284056488648445)
          **Type**  image/jpeg
          **URL**  https://attachment.fbsbx.com/messaging_attach
               ment.php?aid=284056488648445&mid=mid.14
               74422794530%3Ac507d0f22dbb4b4c50&uid=1
               00011322871543&accid=100011322871543&pr
               eview=0&hash=AQDxMjad8gwxXjvkx5nu06m62
               tUhH7yWRLZyBNwXesAt3Q

JA6192



← young_migo_14

12 publicac...    417 seguido...    376 seguidos

⏱ PENDIENTE   ▼

Sugerencias                           Ver todo



alexacasildo
Alexa casildo

SEGUIR

lilbabyjoaa
Cristoffer Gamez💜💬

SEGUIR

Bruan

🏠   🔍   📷   ❤️   👤

**Photo Id:**

284056488648445

**Author** Joster Hrndz (100011322871543)
**Sent** 2016-09-21 01:53:46 UTC
**IP** 173.153.12.239
**Body**
**Attachments** audioclip-1474422825000-0.mp4 (284056588648435)
**Type** audio/mpeg
**Size** 37507

Jey, maje, cómo así hijueputa, ni te creo, maje.

**Hey, man, check it out, son of a bitch, no way, dude.**
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=284056588648435&mid=mid.14
74422826305%3A5697050e15df631807&uid=1
00011322871543&accid=100011322871543&pr
eview=0&hash=AQAISNcy4iqsyQH3gdIR4mWPq
o9ginLng0Ll1mLuOjXbmA

**Author** Erick Contreras (100009949843789)
**Sent** 2016-09-21 01:53:47 UTC
**Body**
**Attachments** audioclip-1474422824000-0.mp4 (333030360371956)
**Type** audio/mpeg
**Size** 16574

Simón, ese maje es. Ahí wachar las ondas que tiene el maje, además que todo el video, maje, a la neta. No más es como que son culeros, va. A ver qué pedo, maje.

**Yeah, that's the guy. Look at the things about the guy there, plus the whole video, dude, for real. It's just like they're faggots, you know. Let's see what's up, dude.**
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=333030360371956&mid=mid.14
74422827873%3Ae0b7c1e0f3c7d3c805&uid=10
0011322871543&accid=100011322871543&pre
view=0&hash=AQArmI5Y4gD43XRZ2YoLcY99LS
pFXpHyn-RcqRcispCRNQ

**Author** Erick Contreras (100009949843789)
**Sent** 2016-09-21 01:54:09 UTC
**Body**
**Attachments** audioclip-1474422847000-0.mp4 (333030433705282)
**Type** audio/mpeg
**Size** 7734

¿De qué?, maje, ¿qué decís [ui]?

**About what? Dude. What are you saying [ui]?**
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=333030433705282&mid=mid.14
74422849874%3A1f31a176cddf765a66&uid=10
0011322871543&accid=100011322871543&pre
view=0&hash=AQByoapZIWfmb5tkkgtT0VgcW8
ptPV4t5kNvLIDke94wMg

**Author** Joster Hrndz (100011322871543)
**Sent** 2016-09-21 01:54:29 UTC
**IP** 173.153.12.239
**Body**
**Attachments** audioclip-1474422868000-0.mp4 (284056661981761)
**Type** audio/mpeg
**Size** 126595

See transcript of Spanish audio on next page.

**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=284056661981761&mid=mid.14
74422869447%3A648602362c0b3cf392&uid=1
00011322871543&accid=100011322871543&pr
eview=0&hash=AQBfhGciNddf6ioipku1N0SrHFzt
CWrjOCRD6KnEuj5o9g

> Yeah, yeah, man, shit, son of a bitch, and look, man, no way,
> son of a bitch, that my dog is getting out, son of a bitch, and
> we're here, you know, checking stuff out, you know, or to be
> doing cool stuff right now, man, a hit, you know. So, you
> know, I'm speeding ahead, my anxiety thing man, let it be
> clear to you, this guy is going to get grass, of course I'll give
> to that son of a bitch, dude.

**Author** Erick Contreras (100009949843789)
**Sent** 2016-09-21 01:55:30 UTC
**Body**

See transcript of Spanish
audio on next page.

**Attachments** audioclip-1474422927000-0.mp4 (333030637038595)
**Type** audio/mpeg
**Size** 31770
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=333030637038595&mid=mid.14
74422930126%3A950e5c985672682215&uid=1
00011322871543&accid=100011322871543&pr
eview=0&hash=AQDaf1XtQ0CaNTP9tPIEck6O_d
hpQQIMrXfg5YDG2hZztQ

> No, man, yeah, the loco's getting out, man. Cool, that
> fucking attorney managed to take away all of his charges,
> man.  And yeah, he's getting out, and that loco should take
> care, man, so he doesn't get caught again and not fail, you
> know.
>
> No man, find out carefully what's going on with that faggot,
> dude, and you guys stab/slash/cut him there, that yeah.

**Author** Joster Hrndz (100011322871543)
**Sent** 2016-09-21 01:57:00 UTC
**IP** 173.153.12.239
**Body**
**Attachments** image-284057355315025 (284057355315025)
**Type** image/jpeg
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=284057355315025&mid=mid.14
74423020100%3A3d5fdbe5031477fe74&uid=10
0011322871543&accid=100011322871543&pre
view=0&hash=AQAnhfzjBDV47R16-JCqSUbIpRPj
9jWZsP4ALVuSQ0bvbA

Transcript of Spanish communications on page 992

Audio Clip 284056661981761

Simón, simón, maje va, puta, hijueputa, y mirá ve, maje, ni te creo, hijueputa, que viene mi perro para afuera, hijueputa, y nosotros aquí, me entendés, viendo, me entendés, una ondita o para ir haciendo maniqueadas ahorita, maje, en la pegada, me entendés. Vos sabés pues, a acelerar voy, mi ansiedad onda, maje, que te quede claro va, que va coger grama este, claro que le doy a ese hijueputa, maje.

Audio Clip 333030637038595

N'hombre, simón, viene para afuera el loco, maje. Maniaco, que ese puta del abogado logró quitarle todos los cargos, maje va. Y simón, viene para afuera y que se cuide ese loco, maje, pa' que no vuelva caer y no fracase, pues sí.

N'hombre, averíguate bien qué pedo con ese culero, maje, y píquenlo ahí, eso sí.



Photo Id:
284057355315025

Author  Joster Hrndz (100011322871543)
Sent    2016-09-21 01:57:07 UTC
Body    Guacha el q tengo          Look at the one I've got.

Author  Erick Contreras (100009949843789)
Sent    2016-09-21 01:58:18 UTC
Body    Jaja estas con todo mahe          Haha, you've got everything, man.

Author  Joster Hrndz (100011322871543)
Sent    2016-09-21 01:58:56 UTC
IP      173.153.12.239
Body
Attachments  audioclip-1474423135000-0.mp4 (284057698648324)

| | |
|---|---|
| N'hombre, maje, vos sabés pues, ahí más o menos, carnal, vos sabés. N'hombre y cabal, maje, ya sabrás qué pedo, hijueputa va. Maniaco que viene ese hijueputa pa la libre ya maje. ¿Y ahora qué pedo, perro? | Type  audio/mpeg<br>Size  78211<br>URL  https://attachment.fbsbx.com/messaging_attach ment.php?aid=284057698648324&mid=mid.14 74423136617%3A0a70c079ca66537269&uid=1 00011322871543&accid=100011322871543&pr eview=0&hash=AQCfwqEzBL5eqF3yEiblv3WeB1 EjucKHtsPVrWnsk9NJDw |

Nah man, dude, you know, things are all right, brother, you know. Nah man, and it's great, man, you know what's up, son of a bitch.  Cool that the son of a bitch will be free, dude. And now what's happening, dog?

Author  Joster Hrndz (100011322871543)
Sent    2016-09-21 01:59:22 UTC
Body    Y ya hice una pegada de ladrillos aquí          And I've already done a hit with bricks here.

Author  Erick Contreras (100009949843789)
Sent    2016-09-21 02:01:33 UTC
Body    Yavas ta maniaco          Right, that's cool.

Author  Joster Hrndz (100011322871543)
Sent    2016-09-21 02:03:04 UTC
Body    Simon loko tipo hoy andamos 1 pero aver si sale Simon le vamos a poner la foto          Yeah, loco, like today we had 1 but let's see if it comes out. Yeah, we're going to put the picture up.

Author  Erick Contreras (100009949843789)
Sent    2016-09-21 02:03:41 UTC
Body    Simón mahe ahi hay vergo de culeras va          Yeah, man, there's a ton of fags there, you know.

Author  Joster Hrndz (100011322871543)
Sent    2016-09-21 02:04:11 UTC
Body    Simon doguii aquí dan culo estos flojos          Yeah, doggy, these no-gooders [lit. lazy ones] give ass here.

Author  Erick Contreras (100009949843789)
Sent    2016-09-21 02:04:18 UTC
Body    Sii capturan a ese mahe que te digo & lo pican mandeme unas fotos de ese culero          If you capture that guy that I'm telling you about and you cut him up send me some pictures of that fag.

Author  Joster Hrndz (100011322871543)
Sent    2016-09-21 02:04:42 UTC

**Body**

Maje Dudalo     Man, doubt it

**Author**   Joster Hrndz (100011322871543)
**Sent**     2016-09-21 02:05:01 UTC
**Body**     Q no te vamos a mandar esa onda      That we're not going to send you that thing.

**Author**   Joster Hrndz (100011322871543)
**Sent**     2016-09-21 02:05:54 UTC
**IP**       173.153.12.239
**Body**
**Attachments** image-284058905314870 (284058905314870)
                         **Type**   image/jpeg
                         **URL**    https://attachment.fbsbx.com/messaging_attach
                                    ment.php?aid=284058905314870&mid=mid.14
                                    74423554683%3A974cda9bcec755da27&uid=1
                                    00011322871543&accid=100011322871543&pr
                                    eview=0&hash=AQDkgBMgzZlam2ouNmPbLx9y
                                    wirj8pVfjnFvuyDVuLDoGw



JA6200

**Photo Id:**
284058905314870

| | |
|---|---|
| **Author** | Joster Hrndz (100011322871543) |
| **Sent** | 2016-09-21 02:06:36 UTC |
| **IP** | 173.153.12.239 |
| **Body** | |
| **Attachments** | image-284059101981517 (284059101981517) |
| **Type** | image/jpeg |
| **URL** | https://attachment.fbsbx.com/messaging_attachment.php?aid=284059101981517&mid=mid.1474423595969%3A0a03c02a4414b28a03&uid=100011322871543&accid=100011322871543&preview=0&hash=AQB1Sfy-XtZN9aFqYiwL0_OXRrMnyxGFIpCnRJ43CpGc2g |



Photo Id:
284059101981517

**Author** Joster Hrndz (100011322871543)
**Sent** 2016-09-21 02:06:50 UTC
**Body** Guacha ai medio se le ve el lompa    Look there, you can almost see his pants.

**Author** Joster Hrndz (100011322871543)
**Sent** 2016-09-21 02:07:01 UTC
**Body** Ai esta cultivado    He's there planted (buried).
[cultivado literally "cultivated," "planted".]

Yeah, man, just be careful with the no-gooders [lit. lazy ones] charli. Don't let them capture you.

**Author** Erick Contreras (100009949843789)
**Sent** 2016-09-21 02:08:31 UTC
**Body** Simón solo que pendiente con los flojos charli no te vayan a capturar

Yeah, yeah, dog, you know that you do it properly, yeah, they're done right [lit. legally].

**Author** Joster Hrndz (100011322871543)
**Sent** 2016-09-21 02:09:06 UTC
**Body** Simon Simon dog vz sabes q con escuela Simon se hacen legales

**Author** Erick Contreras (100009949843789)
**Sent** 2016-09-21 02:09:43 UTC
**Body** Cabal mahe    Right, man.

**Author** Joster Hrndz (100011322871543)
**Sent** 2016-09-21 02:11:02 UTC
**Body** Simon aquí hay bastantes cultivos    Yeah, there are a lot of plantings here.
[cultivos: buried ones; planted areas]

**Author** Erick Contreras (100009949843789)
**Sent** 2016-09-21 02:12:41 UTC
**Body** Yavas ta maniaco loco    Right, that's cool, loco.

**Author** Erick Contreras (100009949843789)
**Sent** 2016-09-25 15:45:57 UTC
**Body**
**Attachments** sticker (369239263222822)
**Type** image/png
**Size** 0
**URL** https://attachment.fbsbx.com/messaging_attach ment.php?aid=369239263222822&mid=mid.14 74818357188%3A75e860db81e97e1917&uid=1 00011322871543&accid=100011322871543&pr eview=0&hash=AQCPSKpWG1lIRz45Oyf8je8xVT aMTvm0VT8Xa7iublEfAg



Photo Id: 369239263222822

**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=1054027794717299&mid=mid.1
472926400358%3A97f46c48d9d18bd623&uid=
100011322871543&accid=100011322871543&
preview=0&hash=AQA5qTM52eHzXygkHjJ7tnbu
TlRMv-clXNPhIrFg_CR8Mw

**Author** Joster Hrndz (100011322871543)
**Sent** 2016-09-03 18:16:01 UTC
**IP** 2601:140:8101:a589:e867:101a:b9b4:b65e
**Body**
**Attachments** audioclip-1472926560000-0.mp4 (274607492926678)
**Type** audio/mpeg
**Size** 205699

See transcript of Spanish audio and
English translation on next page.

**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=274607492926678&mid=mid.14
72926561501%3A031c1b7cf7b4b15f19&uid=10
0011322871543&accid=100011322871543&pre
view=0&hash=AQBtUorfQRnvW-7ruUPRmLTxItl1
yhD2EdDbKJnAfJnCxQ

**Author** Joster Hrndz (100011322871543)
**Sent** 2016-09-06 17:49:52 UTC
**Body** Q ondas dog    What's up, dog?

**Author** Morenito Martinez (100003302654637)
**Sent** 2016-09-06 17:58:12 UTC
**Body** Que pedo perro    What's up, dog?

**Author** Joster Hrndz (100011322871543)
**Sent** 2016-09-07 01:44:03 UTC
**Body** Q ondas dpg    What's up, dog?

**Author** Morenito Martinez (100003302654637)
**Sent** 2016-09-07 11:57:42 UTC
**Call Record** **Type** phone
**Missed** true
**Duration** 0

**Author** Morenito Martinez (100003302654637)
**Sent** 2016-09-07 11:58:01 UTC
**Body** Contesta perro    Answer, dog.

**Author** Joster Hrndz (100011322871543)
**Sent** 2016-09-07 11:58:32 UTC
**Body** Q ondas    What's up?

GOVERNMENT
EXHIBIT
**15-26A**
1:18CR123

**Author** Morenito Martinez (100003302654637)
**Sent** 2016-09-07 12:02:01 UTC
**Body**
**Attachments** audioclip-1473249719000-8448.mp4 (1057678357685576)
**Type** audio/mpeg
**Size** 53915

See transcript of Spanish audio and
English translation on next page.

**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=1057678357685576&mid=mid.1
473249721642%3A73ec893f8ef4e92960&uid=1

Transcript of Spanish communications on page 1175 and English translation

<u>Audio Clip 274607492926678</u>

Bien pues, carnal va, la onda está, perro—¿verdad? —de que usted esté encaletado por un hermano, va. Nosotros no lo estamos sacando de ahí, perro, va. Y estás encaletado, carnal, y yo te quería estar ahí. Pues nosotros agüevo, perro, va, nosotros aquí estamos con el dogui, me entendés, va vos sabés.

Pues aquí vamos a estar nosotros, perro, viendo qué pedo, me entendés va. Porque nosotros sabemos, perro, que aquí la onda está, me entendés, de que agüevo, perro, está caliente, pero nos toca dar bien la lleca, mi hermano. Va, no nos vamos a dormir, perro.

Recordáte que aquí no son dulces los que hemos hecho, carnal. Tenemos que andar viendo qué pedo en la calle también, a ver cómo está esa onda todavía, me entendés.

All right then, brother, the thing is, dog, for you to be there being housed by a brother— right? We're not taking you out of there, dog. And you're being housed, brother, and I wanted to be there for you. Why of course, dog, we're here with the doggy, you understand me, you know.

We're going to be here, dog, seeing what's up, you know. Because we know, dog, that here the thing is, you know, of course, dog, it's hot, but we have to really hit the streets, my brother. You know, we're not going to go to sleep dog.

Remember, we haven't made candy here, brother. We have to be looking to see what's happening on the street too, to see how those things are still, you know.

<u>Audio Clip 1057678357685576</u>

Ey, contesté esa mierda, perro. Mirá ve así ve, perro, va. Necesito que me llamés por *WhatsApp*, perro, por línea verde llamáme ahorita.

Hey, answer that shit, dog. Look like that, dog, you know. I need for you to call me on WhatsApp, dog, on a green line call me right now.

JA6205

00011322871543&accid=100011322871543&pr
eview=0&hash=AQDXlbMWn2wsh7B23H7xY3G
BojgyVKYIzsLoErKQISsw-A

**Author** Joster Hrndz (100011322871543)
**Sent** 2016-09-07 12:03:19 UTC
**IP** 2601:140:8100:79be:4807:bf0:3bc3:80e2
**Body**
**Attachments** audioclip-1473249798000-0.mp4 (276737792713648)
　　**Type** audio/mpeg
　　**Size** 40579
See transcript of Spanish audio and　**URL** https://attachment.fbsbx.com/messaging_attach
English translation on next page.　　　ment.php?aid=276737792713648&mid=mid.14
　　　　73249799464%3A45f3c9448cd757d552&uid=1
　　　　00011322871543&accid=100011322871543&pr
　　　　eview=0&hash=AQDoSkHz1aoKHFEGocEUN1Pp
　　　　h-KsCg_O-kteCwTWBMwQpQ

**Author** Morenito Martinez (100003302654637)
**Sent** 2016-09-07 12:09:18 UTC
**Body**
**Attachments** audioclip-1473250157000-4480.mp4 (1057683017685110)
　　**Type** audio/mpeg
　　**Size** 30107
See transcript of Spanish audio and　**URL** https://attachment.fbsbx.com/messaging_attach
English translation on next page.　　　ment.php?aid=1057683017685110&mid=mid.1
　　　　473250158538%3A089456b5b1e8d67020&uid=
　　　　100011322871543&accid=100011322871543&
　　　　preview=0&hash=AQB8rpcBEHKraFn9zpTDj_We
　　　　6aSCK0L6I5WvL7UJlqnyjw

**Author** Joster Hrndz (100011322871543)
**Sent** 2016-09-07 12:10:06 UTC
**Body** Simon dog　**Yeah, dog.**

**Author** Morenito Martinez (100003302654637)
**Sent** 2016-09-07 12:13:50 UTC
**Body** Orale　**Right**

**Author** Joster Hrndz (100011322871543)
**Sent** 2016-09-07 12:15:22 UTC
**Body** Va es de estar truchas　**Right, the thing is to be alert.**

**Author** Morenito Martinez (100003302654637)
**Sent** 2016-09-07 12:35:22 UTC
**Body**
**Attachments** audioclip-1473251720000-49408.mp4 (1057700051016740)
　　**Type** audio/mpeg
　　**Size** 299675
See transcript of Spanish audio and　**URL** https://attachment.fbsbx.com/messaging_attach
English translation on next page.　　　ment.php?aid=1057700051016740&mid=mid.1
　　　　473251722579%3A60eb110ad8cded5f58&uid=
　　　　100011322871543&accid=100011322871543&
　　　　preview=0&hash=AQD4fp2xwGs8ZNvLktJbIrdFZ
　　　　-28vSbGZMshX-SaGS9gyA

Transcript of Spanish communications on page 1176 and English translation

Audio Clip 276737792713648

Simón, simón, dogui, sí que estaba hablando con el Depravado, hermano, por eso no te había escuchado.

**Yeah, yeah, doggy, I was talking with Depravado [Depraved], brother, that's why I hadn't heard you.**

Audio Clip 1057683017685110

Órale, órale ,ya te indicó mi carnal entonces pues vamos hasta el jueves, va.

**Right, right, my brother already told you we're not going till Thursday, you know.**

Audio Clip 1057700051016740

Simón, simón, va vos, mi carnal me estaba diciendo, va vos, que pues sí va vos, que nos moviéramos para North Carolina, me entendés. Pero no sé, me entendés, va, porque pues, sí vos sabés, que no puedo dejar así por así mis hijos, me entendés va. Porque tengo que hablar con la mamá primero pa' moverme, me entendés va, y decirle, va vos, que pues, sí va vos, que, que voy a estar fuera un rato del estado, me entendés.

Y que cuando, cuando regrese, simón, pues va, o no sé, mandarle el dinero de allá, va vos. Pero, pues sí loco, va vos, porque está crítico andar así, me entendés va vos, de un lado al otro, va. Solo y, solo es de ver qué pedo, percatarnos bien cómo están las ondas, me entendés pues. Y simón, es por eso, va vos, y ver qué pedo, va vos, si es así simón, se la pega uno, pero a ver qué pedo, perro.

**Yeah, yeah, you know, my brother was telling me, you know, that well yeah, for us to move to North Carolina, you know. But I don't know, because well, as you know, I can't leave my children just like that, you know. Because I have to talk with the mom first to move, you know, and tell her, you know, that well, yeah, that, that I'm going to be out of the state for a while, you know.**

**And when, when I come back, yeah, right, or I don't know, send her the money from over there, you know. But, yeah, loco, you know, because it's dire to go around like that, you know, from one place to another, you know. It's just, just that you have to see what's going on, for us to be thoroughly aware of how things are, you know. And yeah, that's what I'm saying, you know, and to see what's up, you know, if it's like that, then you move, but let's see what's up, dog.**

**Author** Joster Hrndz (100011322871543)
**Sent** 2016-09-07 12:36:29 UTC
**Body** Bien s esta tri critico carnal esa onda perro pero cabal fuera la onda

**Right, brother, that thing's really critical, dog, but that thing would be right.**

**Author** Morenito Martinez (100003302654637)
**Sent** 2016-09-07 12:39:53 UTC
**Body**
**Attachments** audioclip-1473251992000-3968.mp4 (1057702617683150)
**Type** audio/mpeg
**Size** 27035
**URL** https://attachment.fbsbx.com/messaging_attach ment.php?aid=1057702617683150&mid=mid.1 473251993467%3Abeb4208936d38f8f43&uid=1 00011322871543&accid=100011322871543&pr eview=0&hash=AQAFvLVnnksGqOx6iILf3cOWsA UYFtbfJQvKp63vcbWA8w

Por eso, por eso, va vos, a ver qué pedo, perro.

**That's what I mean, that's what I mean, you know, to see what's up, dog.**

**Author** Joster Hrndz (100011322871543)
**Sent** 2016-09-07 12:45:56 UTC
**Body** Simon dog cualquier onda tirame   **Yeah, dog, if anything call me.**

**Author** Morenito Martinez (100003302654637)
**Sent** 2016-09-07 12:46:27 UTC
**Body** Orale   **Right**

**Author** Joster Hrndz (100011322871543)
**Sent** 2016-09-07 12:46:42 UTC
**Body** Va d1 s   **Right away**

**Author** Morenito Martinez (100003302654637)
**Sent** 2016-09-07 12:47:04 UTC
**Body**
**Attachments** audioclip-1473252422000-2816.mp4 (1057707187682693)
**Type** audio/mpeg
**Size** 20123
**URL** https://attachment.fbsbx.com/messaging_attach ment.php?aid=1057707187682693&mid=mid.1 473252424030%3Ae105d08677a4d88083&uid= 100011322871543&accid=100011322871543& preview=0&hash=AQD6_drfzrg3nWuZHBHhVXE H36_sAQv0BO7uSa6Emm9bJw

Maniaco, maniaco, cambio afuera.

**Cool, cool, I'll change outside.**

**Author** Joster Hrndz (100011322871543)
**Sent** 2016-09-07 12:47:23 UTC
**IP** 73.133.17.195
**Body**
**Attachments** sticker (369239263222822)
**Type** image/png
**Size** 0
**URL** https://attachment.fbsbx.com/messaging_attach ment.php?aid=369239263222822&mid=mid.14 73252443181%3A8f8ddfdd29cf11af09&uid=100 011322871543&accid=100011322871543&prev iew=0&hash=AQD3dNWDL6dR2lWfaXtvKcG44F

s8_YyV4iwrMsZqPZ9RpQ



**Photo Id:** 369239263222822

**Author** Morenito Martinez (100003302654637)
**Sent** 2016-09-07 19:10:53 UTC
**Body** Que pedo ya me hisiste comida    What's up, did you already make food for me?

**Author** Joster Hrndz (100011322871543)
**Sent** 2016-09-07 19:11:14 UTC
**IP** 173.153.1.37
**Body**
**Attachments** audioclip-1473275473000-0.mp4 (276896006031160)
**Type** audio/mpeg
**Size** 29827
See transcript of Spanish audio on next page.    **URL** https://attachment.fbsbx.com/messaging_attach ment.php?aid=276896006031160&mid=mid.14 73275474324%3Ac6bd84e1ce5a13c675&uid=1 00011322871543&accid=100011322871543&pr eview=0&hash=AQDU67cSSvw0eIuidHV45V1D-Kh2Y9UkuoDDeToQhcm7Tg

**No, dog, messed up, you know.**

**Author** Morenito Martinez (100003302654637)
**Sent** 2016-09-07 19:19:22 UTC
**Body**
**Attachments** audioclip-1473275961000-3584.mp4 (1057999637653448)
**Type** audio/mpeg
**Size** 24731
See transcript of Spanish audio on next page.    **URL** https://attachment.fbsbx.com/messaging_attach ment.php?aid=1057999637653448&mid=mid.1 473275962898%3A9733505a5213f96b53&uid= 100011322871543&accid=100011322871543& preview=0&hash=AQBGKwqc_QKcnkM14es11_F qHVK_v6S24C3BiWDkTgURuw

**Right, it's crucial. Where are you, dog?**

**Author** Joster Hrndz (100011322871543)
**Sent** 2016-09-07 19:20:34 UTC
**Body** En falls church    **In Falls Church**

See transcript of Spanish audio on next page.    **Author** Morenito Martinez (100003302654637)
**Sent** 2016-09-07 19:25:03 UTC
**Body**
**Attachments** audioclip-1473276302000-45696.mp4 (1058004774319601)
**Type** audio/mpeg
**Size** 277403
**URL** https://attachment.fbsbx.com/messaging_attach ment.php?aid=1058004774319601&mid=mid.1 473276303929%3Aceaaa102a364775400&uid= 100011322871543&accid=100011322871543&

**Right, cool, son of a bitch, just be alert there, you know. If you can get for the, for things of the weed, you know, dog, it has to be moved on Saturday, you know. Part of it has to be moved, loco, and see what's up with the rest, because it's serious stuff, loco, right. Like Horror was telling me, you know, that Lil Sicario [Little Hitman], you know, is going to come this way to, to give us a, to jump us in, you know. But not just a jump in, man, but a jump to move onto the big leagues, son of a bitch, let that be clear to you. Here, for you guys to be more alert. They say that you guys are going to be promoted at once, then he's going to give him a hit, you know, and we'll at once go with my brother, Horror, and me, you know. The three (3) of us are going to be taken out all at once,. that's what they say, I don't know what's up.**

Transcript of Spanish communications on page 1178

<u>Audio Clip 276896006031160</u>

Nel, dog, timado, ya sabrás.

<u>Audio Clip  1057999637653448</u>

Ya va, crítico ¿y dónde estás, perro?

<u>Audio Clip 1058004774319601</u>

Órale, maniaco, hijueputa, trucha ahí no más, me entendés. Si podés acaparar para la, pa'
ondas de la bacha, vos va ve, perro, que el sábado hay que moverla, me entendés va. Hay que
mover una parte, loco, y ver qué pedo con lo demás, porque serio pedo, loco, va. Tipo que el
Horror me estaba indicando, va vos, que el Lil Sicario, me entendés, va venir a estos lados a, a
darnos un, a darnos una zapateada, me entendés. Pero no zapateada, simón, sino que
zapateada ya pa' pasar a grandes ligas, hijueputa, que te quede claro. Aquí, lo que anden más
trucha. Dicen que van a subir de topado, luego le va dar una pega a él, me entendés, y nos
vamos de topada con mi carnal, el Horror, y yo, me entendés. A los tres (3) nos van ha sacar
de un solo, dicen, no sé qué pedo.

JA6210

preview=0&hash=AQAozJDeLca-
YCx8rw7DoE5ZFOwEVH3oHt4K_BybQpJVRw

|  |  |
|---|---|
| See transcript of Spanish audio on next page. | **Author** Morenito Martinez (100003302654637) |
|  | **Sent** 2016-09-07 19:25:14 UTC |
|  | **Body** |
|  | **Attachments** audioclip-1473276312000-11904.mp4 (1058004834319595) |

**Type** audio/mpeg
**Size** 74651
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=1058004834319595&mid=mid.1
473276314358%3A8bd8f0c2fc892ad181&uid=1
00011322871543&accid=100011322871543&pr
eview=0&hash=AQBjTYx9MgE_GZz1070YyY2cJZ
7EFDTZgiqyCdWVp6zU3w

That's what Horror told me, you know, and I
already asked him for Lil Sicario's number so I
can talk to him, you know, because of course
we've got to talk carefully about that cultivated
area, you know, because well, yeah, you know.

[*arado*: a plowing / plowed area / cultivated
area / a plow].

|  |  |
|---|---|
| See transcript of Spanish audio on next page. | **Author** Joster Hrndz (100011322871543) |
|  | **Sent** 2016-09-07 19:25:48 UTC |
|  | **IP** 64.134.242.150 |
|  | **Body** |
|  | **Attachments** audioclip-1473276347000-0.mp4 (276902652697162) |

**Type** audio/mpeg
**Size** 49027
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=276902652697162&mid=mid.14
73276348744%3A6d692c4319ae559572&uid=1
00011322871543&accid=100011322871543&pr
eview=0&hash=AQCX3j1-ecusTe5uEPoIrjPHgSL
eV6s1K_UT45anPAk02w

That's, that's what I mean, dude, I'm  going
on that trip too, brother. And what's up, will
there be a Jeep that turns up, for us to go
half possessed there with that loco Yogi,
dog?

[*ensatanados*: lit. "satanized", translated as
"possessed", can figuratively connote
"furious"]

|  |  |
|---|---|
| See transcript of Spanish audio on next page. | **Author** Joster Hrndz (100011322871543) |
|  | **Sent** 2016-09-07 19:26:19 UTC |
|  | **IP** 64.134.242.150 |
|  | **Body** |
|  | **Attachments** audioclip-1473276376000-0.mp4 (276902842697143) |

**Type** audio/mpeg
**Size** 100483
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=276902842697143&mid=mid.14
73276379025%3Ad95160854bcfa51305&uid=1
00011322871543&accid=100011322871543&pr
eview=0&hash=AQB1FM30wrMUc18RNhmAleM
Lx-jwF2To0Paph9NIqzRAMQ

Because like, right, dog, we can drop by you
there to smoke, you know.  Because right, dog,
yeah, you know, I want to smoke, dog, you know,
to go kind of high on the bus, dog. But I don't
know about you, what's going on, if you can. If
you can't, then I'll just head on out right away
from here, dog.

**Author** Joster Hrndz (100011322871543)
**Sent** 2016-09-07 19:30:37 UTC
**Call Record** **Type** phone
**Missed** false
**Duration** 250

**Author** Joster Hrndz (100011322871543)
**Sent** 2016-09-08 16:39:32 UTC
**IP** 2601:140:8100:79be:5d57:6faf:18d1:2cc
**Body**
**Attachments** audioclip-1473352771000-0.mp4 (277403822647045)

Transcript of Spanish communications on page 1179

Audio clip 1058004834319595

Eso es lo que me dijo el Horror, me entendés va, y ya le mandé pedir el número de Lil Sicario para hablar con él, me entendés, porque agüevo, pues tenemos que hablar bien de ese arado, me entendés, porque pues, sí, va vos.

Audio clip 276902652697162

Por eso, por eso, cabrón, yo en esa vuelta voy también, hermano. ¿Y qué pedo, será que sale un Jeep pues, para irnos medio ensatanados ahí con ese loco el Yogi, perro?

Audio clip 276902842697143

Porque así, cabal, perro, te podemos caer ahí pues para fumar, me entendés va. Porque cabal, perro, simón, me entendés, quiero fumar, perro, va, para irme medio choco en el bus, perro. Pero no sé vos, qué pedo pues, si podés. Si no, pues, de un solo me la pego de aquí, perro.

| | |
|---|---|
| **Sent** | 2016-07-13 22:12:06 UTC |
| **IP** | 172.56.2.79 |
| **Deleted** | false |
| **Body** | |
| **Attachments** | audioclip-1468447924999-4703.mp4 (224677027926544) |
| | **Type** audio/mpeg |
| | **Size** 28448 |

Órale, hermano, vos sabés, ahorita le están diciendo a este loco ya, va, vos.

**Right, brother, you know, they're telling this loco right now, you know.**

| | |
|---|---|
| **URL** | https://attachment.fbsbx.com/messaging_attachment.php?aid=224677027926544&mid=mid.1468447926456%3A6bf551a2c0ef03d443&uid=100011527449375&accid=100011527449375&preview=0&hash=AQB_2il19KJCf_aJBWUaac4bRl58-GIvHkW7uBRtNIX4wg |

| | |
|---|---|
| **Recipients** | Ronald Herrera (100011527449375) |
| | Jose Vigil (100011755518293) |
| **Author** | Jose Vigil (100011755518293) |
| **Sent** | 2016-07-13 22:18:44 UTC |
| **Deleted** | false |
| **Body** | Va firme perro    **Be firm, dog.** |

| | |
|---|---|
| **Recipients** | Jose Vigil (100011755518293) |
| | Ronald Herrera (100011527449375) |
| **Author** | Ronald Herrera (100011527449375) |
| **Sent** | 2016-07-14 03:41:11 UTC |
| **IP** | 172.56.3.167 |
| **Deleted** | false |
| **Body** | |
| **Attachments** | audioclip-1468467666433-4819.mp4 (224780254582888) |
| | **Type** audio/mpeg |
| | **Size** 29216 |

[Chillar (como gato)]

**[SCREECHING (like a cat)]**

| | |
|---|---|
| **URL** | https://attachment.fbsbx.com/messaging_attachment.php?aid=224780254582888&mid=mid.1468467715997%3Abc1bcac271e5157d91&uid=100011527449375&accid=100011527449375&preview=0&hash=AQBvzbij3fZbpedcYvSNStFw7u9JepaodMeowQbDKLF5sA |

| | |
|---|---|
| **Recipients** | Jose Vigil (100011755518293) |
| | Ronald Herrera (100011527449375) |
| **Author** | Jose Vigil (100011755518293) |
| **Sent** | 2016-07-14 03:44:09 UTC |
| **Call Record** | **Type** phone |
| | **Missed** false |
| | **Duration** 97 |

| | |
|---|---|
| **Recipients** | Jose Vigil (100011755518293) |
| | Ronald Herrera (100011527449375) |
| **Author** | Ronald Herrera (100011527449375) |
| **Sent** | 2016-07-15 17:46:03 UTC |
| **Deleted** | false |
| **Body** | Guacha dogui q este triminio paro de tu side ayer me llamo q salio y me indico q tengo 2 ordenes de aresto q los juras tienen mi nombre y solo el sabia mi nombre y donde vivía |

**Look, doggy, this *paro* Triminio from your clique called me yesterday that he got out and he told me that I have 2 arrest warrants that the cops have my name and only he knew my name and where I lived.**

| | |
|---|---|
| **Recipients** | Jose Vigil (100011755518293) |
| | Ronald Herrera (100011527449375) |
| **Author** | Ronald Herrera (100011527449375) |
| **Sent** | 2016-07-15 17:46:41 UTC |

GOVERNMENT EXHIBIT
16-13A
1:18CR123

**Deleted**                **Right, and that guy ratted out me and Moris, because of**
false                   **him we're going to get locked up, doggy.**
**Body**     Va y ese morro nos ratio ami y al morís x el vamos a caer laquiados dogui

**Recipients**  Ronald Herrera (100011527449375)
Jose Vigil (100011755518293)
**Author**     Jose Vigil (100011755518293)
**Sent**       2016-07-15 17:48:24 UTC
**Deleted**    false
**Body**       Firme ya lo a garre perro      **Firm, I already got it [or: I already grabbed him], dog.**

**Recipients**  Jose Vigil (100011755518293)
Ronald Herrera (100011527449375)
**Author**     Ronald Herrera (100011527449375)
**Sent**       2016-07-15 17:48:57 UTC
**Deleted**    false
**Body**       Va vz sabes      **Right, you know.**

**Recipients**  Ronald Herrera (100011527449375)
Jose Vigil (100011755518293)
**Author**     Jose Vigil (100011755518293)
**Sent**       2016-07-15 17:50:25 UTC
**Deleted**    false
**Body**
**Attachments**  audioclip-1468605024432-5444.mp4 (204897866578729)
**Type**     audio/mpeg
**Size**     28557
**URL**      https://attachment.fbsbx.com/messaging_attachment.php?aid=204
See transcript of Spanish audio and        897866578729&mid=mid.1468605025119%3A34b5195a72051d01
English translation on next page.          58&uid=100011527449375&accid=100011527449375&preview=0
&hash=AQAMgHdWal1ZC9dzQlOWXaZ81IMhFpatYDoH-0AxWbHD9
g

**Recipients**  Jose Vigil (100011755518293)
Ronald Herrera (100011527449375)
**Author**     Ronald Herrera (100011527449375)
**Sent**       2016-07-15 17:53:26 UTC
**IP**         172.56.3.94
**Deleted**    false
**Body**
**Attachments**  audioclip-1468605204305-59634.mp4 (225720191155561)
**Type**     audio/mpeg
**Size**     357920
**URL**      https://attachment.fbsbx.com/messaging_attachment.php?aid=225
See transcript of Spanish audio and        72019115561&mid=mid.1468605206270%3A601ce331c39af621
English translation on next page.          79&uid=100011527449375&accid=100011527449375&preview=0
&hash=AQD7eQQ8AEQH7IDjN0lj9M3vKSBaz0vVxhFt4oazKiRFEA

**Recipients**  Jose Vigil (100011755518293)
Ronald Herrera (100011527449375)
**Author**     Ronald Herrera (100011527449375)
**Sent**       2016-07-15 17:54:27 UTC
**IP**         172.56.3.94
**Deleted**    false
**Body**
**Attachments**  audioclip-1468605265910-59653.mp4 (225721187822128)

See transcript of Spanish audio and English
translation on page after next.

JA6214

Transcript of Spanish Communications and English Translation on Page 5955

<u>Audio Clip 204897866578729</u>

Pero wache ve, ¿por qué razones agarraron a esos dos morros, perro va? Tírame ese reporte ahí.

**But look, why did they take/grab those two guys, dog, you know? Send me that report.**

<u>Audio Clip 225720191155561</u>

Wache ve, perro, que el pedo está así, hermano va, de que la onda está así, va vos de que va. Este loco, es el loco del Triminio, maniaco, perro va. El loco, va vos, se había acaparado un ranfla con el Chilin, me entendés va, y lo habían ido a dejar ahí pa' onde el Vago, perro va, vos sabés, en la cantona del dogui, va vos. Entonces cuando el Triminio me dijo a mí que el ranfla estaba ahí por donde el Vago, perro, le dije yo que casaca, va vos, que esa ranfla gran pase de haberlo ido a dejar ahí, hermano. Entonces, maniaco, va, perro va, nosotros lo movimos el ranfla, perro, de ahí, va vos, y yo, es cierto, perro, yo anduve en ese ranfla timado dog, va. Pero yo no anduve manejando, perro, yo anduve ahí, va vos, solo de, vos sabés, de copiloto, va me entendés va. Y tumbada, perro va, de que esa onda, perro, vos sabés, yo solo anduve, nosotros anduvimos ahí un rato, va vos. Entonces el bicho cerrote, va vos, gran pase, me entendés de que va, el hijueputa cuando cayó, perro, andaba las llaves de esa ranfla, va vos, y el hijueputa nos echó de cabeza a nosotros, cuando nosotros, nel, va vos, no teníamos que ver.

**Look, dog, the thing's like this, brother, the thing is like this, you know, it is. This loco, is the loco Triminio, cool, dog, you know. The loco had gotten a car with Chilin, you know, and they had gone and left it near Vago's place, dog, you know, at the doggy's house, you know. Then when Triminio told me that the car was there at Vago's place, dog, I told him that was bullshit, you know, they were way out of line by leaving the car there, brother. So then, cool, you know, dog, we moved the car, dog, from there, you know, and yeah, it's true, I was in that stolen car, dog, you know. But I wasn't driving, dog, I was just there, you know, just as, you know, a front seat passenger, you know. And a rip-off, dog, you know, about that thing, you know, I was just, we were there for a little while, you know. Then the piece of shit kid, you know, way out of line, you know how it is, the son of a bitch when he was arrested, dog, he was carrying the keys for that car, you know, and the son of a bitch gave us away, when we didn't, you know, have anything to do with it.**

JA6215

<u>Audio Clip 225721187822128</u>

Como te digo, hermano, nosotros anduvimos ahí con ese loco, va vos. Entonces el loco, me entendés, él era, él se lo timó de Fairfax, va vos, el ranfla con el Chilin, va vos, y nosotros ahí anduvimos, perro. Pero, va vos, vos sabés, un rato, me entendés, y al morro lo acapararon con las llaves, perro va, y simón pues, el loco dijo que nosotros, nosotros lo habíamos timado, va vos, y todo el pedo, cuando el hijueputa lo había ido a traer a Fairfax, hermano. Y vos sabes pues, y nosotros, y yo, bueno yo, perro, porque nosotros con el morro por tirarle el esquinón al Vago, perro, porque el Vago está sabedor de esa onda también de que el ranfla lo habían dejado ahí por donde el vivía, va vos. Entonces, y vos sabés, pues para no calentarle la zona al Vago yo le dije movámosle esa onda de ahí a ese dogui porque si no lo van a laquear porque el loco había caído laqueado por una onda algo similar a esa, va vos. Entonces al ver esa ranfla timado ahí, al loco que le iba caer era el Vago me entendés va. Entonces nosotros por eso hicimos esa onda, hermano, va. Y el morro nos rateó a nosotros, va vos, entonces nosotros por eso, bueno yo, por eso tengo dos ordenes de arresto perro, y tres felonías, va vos.

**Like I'm telling you, brother, we were there with that loco, you know. So then the loco, you know, he was the one, he stole it from Fairfax, you know, the car with Chilin, you know, and we were there, dog. But, you know, a little while, you know, and they caught the guy with the keys, dog, you know, and yeah, the loco said that we, we had stolen it, you know, and the whole mess, when it was the son of a bitch who had gone to Fairfax to bring it, brother. And you know, and we, and I, well, I, dog, because we're with the guy, to do a favor for Vago, dog, because Vago knows about that thing too, that they had left the car there where he lived, you know. So then, and you know, so as no to heat up the area for Vago, I told him let's move that thing from there for that dog because if not they'll lock him up, because the loco had been locked up for something similar to that, you know. So upon seeing that stolen car there, the loco who was going to get blamed was Vago, you know. So that's why we did that thing, brother, you know. And the guy ratted on us, you know, so that's why we, well that's why I have two arrest warrants, dog, and three felonies, you know.**

JA6216

**Type**
audio/mpeg

**Size** 358688

**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=225
72118782128&mid=mid.1468605266972%3Aed299dbe67403f22
76&uid=100011527449375&accid=100011527449375&preview=0
&hash=AQAcVbW92n2HP-lWRk3Y1a0J51IuyDny6BYMHdophoi_Gg

**Recipients** Jose Vigil (100011755518293)
Ronald Herrera (100011527449375)

**Author** Ronald Herrera (100011527449375)

**Sent** 2016-07-15 18:07:03 UTC

**Deleted** false

**Body** Guacha q esa onda comenzó así va ese morro se escapo de casa hogar y cuando cayo
a lomas plaza el loko va comenzó á basilar con migo y un día se timo un ranfla de
fairfax con el chilling de silva va y se lo trajeron y va lo fueron a dejar cerca donde
vive el vago y el siguiente día me dijo este triminio va me dijo q estaba si cerca de la
casa de el vago y le dije yo gran pase xq le calentaron la zona al vago con esa onda y
comenze a ver como movíamos ese ranfla de si para q no le cayera al vago y lo
movimos de ai después anduvimos un rato fue cuando lo acapararon a ese morro con
la llave y Simón dijo q nosotros lo robamos cuando yo ni encuentra me lo fui a robar
esa onda a fairfax

See English translation
below.

Y ese morro el se quiso regalar xq un día en el bosque de Simón Simón le dijeron q
tenia ley seca y dijo q se iba entregar q pedo q ese día q dijo así lo agarraron y no
aguanto las bibras y me tiro rata ami y al morís perro va

**Recipients** Jose Vigil (100011755518293)
Ronald Herrera (100011527449375)

**Author** Ronald Herrera (100011527449375)

**Sent** 2016-07-15 21:18:27 UTC

**IP** 172.58.232.94

**Deleted** false

**Body**

**Attachments** 13695759_225784744482439_1199913232_n.jpg (225784744482439)

**Type** image/jpeg

**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=225
784744482439&mid=mid.1468617507564%3A3d1274dfac70a523
69&uid=100011527449375&accid=100011527449375&preview=0
&hash=AQDbf92Y3xiigPRPiJyqoOCPYLtWizZ9uaTwbjP62eTNBw

Look, the thing started like this, you know, that kid escaped from a foster home, and when he
arrived in *lomas* [Loehmann's] Plaza the loco started to hang with me. And one day he stole a
car from Fairfax with Chilling from Silva, you know, and they brought it. And right, they went to
leave it near where Vago lives. And the next day this Triminio told me, he told me that it was near
Vago's house. And I said to him way out of line, because you guys heated up the area for Vago
with that thing, and I started to see how we could move that car so that Vago wouldn't be
blamed, and we moved it from there. Later we ran around for a while, that's when they caught
the kid with the key, and yeah, he said that we stole it, when I hadn't gone to steal that thing in
Fairfax.

And that kid, he wanted to give himself up, because one day in the woods of *Simón Simón* [yeah
man (you know), yeah man (you know)], they told him he had dry law and he said he was going
to turn himself in. And what happened? The day that he said that they arrested him, and he
couldn't take the vibes, and he ratted on me and Moris, dog, you know.



**Body**

aki lo veo siempre    **I always see him here**

**Author** خوسيه هرنانديز (100004818043795)
**Sent** 2016-10-29 21:51:15 UTC
**Body** simon  **Yeah.**

**Author** Morenito Martinez (100003302654637)
**Sent** 2016-10-29 21:51:09 UTC
**Body** Ya vas no saves donde lo puedo acapar    **Do you know where I can find him?**

**Author** خوسيه هرنانديز (100004818043795)
**Sent** 2016-10-29 21:50:45 UTC
**Body** nel ese morro hijo de puta me tipo 200 dolar y se metia a la casa de mi familia **No way that son-of-a-bitch took 200 dollars from me and was breaking into my family's home.**

**Do you have the number of that guy that you gave me that other time from my clique?**

**Author** Morenito Martinez (100003302654637)
**Sent** 2016-10-29 21:50:14 UTC
**Body** Tenes el numero del morro que me pasaste la otra ves de mi clica

**Author** خوسيه هرنانديز (100004818043795)
**Sent** 2016-10-29 21:49:07 UTC
**Body** solo txt  **Only text.**

**Author** خوسيه هرنانديز (100004818043795)
**Sent** 2016-10-29 21:48:45 UTC
**Body** no escucho  **I can't hear.**

**Author** Morenito Martinez (100003302654637)
**Sent** 2016-10-29 21:48:34 UTC
**IP** 2600:1:f15d:a733:3084:467:7625:d42f
**Body**
**Attachments** audioclip-1477777712000-23424.mp4 (1110449842408427)

See transcript of Spanish text on next page.

**What's up, what's up, doggy? Look what's up there, do you remember me? I was Chucho, you know. Remember that Morris had a message for me there? I'm a homeboy now, you know, Killer Asesino. Look, dog, what's up, send me the number of that loco Malandro. The one from my clique, you know. The one I talked to the other time when you put him on for me, dog. Do me that favor, you know, I want to talk with the loco, you know, about something.**

**Type** audio/mpeg
**Size** 143771
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=1110449842408427&mid=mid.1477777714403%3A6ecc3f4a85&uid=100003302654637&accid=100003302654637&preview=0&hash=AQCUfcZvWtof1DX5Cs1boteJfIygeN7FsjY1p5GlnWPiaw

**Current** 2018-03-08 15:27:30 UTC
**Participants** Armando Leiva (100005676616713)
Morenito Martinez (100003302654637)

**Author** Armando Leiva (100005676616713)
**Sent** 2016-10-30 17:54:25 UTC
**Call Record**
**Type** phone
**Missed** false
**Duration** 265

**Author** Morenito Martinez (100003302654637)
**Sent** 2016-10-30 17:49:14 UTC

GOVERNMENT
EXHIBIT
**17-16A**
1:18CR123

<u>Transcript of Spanish communications on page 129</u>

<u>Audio clip 1110449842408427</u>
¿Qué onda, qué onda, dogui? Mirá ve ¿qué pedo ahí, se acuerda de mí? Va vos, el
Chucho era, me entendés va. Te acordás que el Morris tenía una razón ahí para mí?
Ahora soy homeboy, me entendés, Killer Asesino. Ahí mirá ve, perro, qué pedo, me tirás
este el número de ese loco del Malandro. El de mi clica, me entendés. Con el que hablé la
otra vez que vos me pasaste, perro. Tirame el paro ahí, me entendés, que quiero hablar
con el colo, me entendés va, una onda.

**Thread**
(cid.c.100010783301767:100013408870903)
**Current** 2017-10-03 12:58:46 UTC
**Participants** Rolando Cuadras (100013408870903)
Danilo Perez (100010783301767)

**Author** Rolando Cuadras (100013408870903)
**Sent** 2016-10-13 19:25:10 UTC
**Body**
**Attachments** audioclip-1476386709000-58496.mp4 (165183460605282)
**Type** audio/mpeg
**Size** 354080
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=165183460605282&mid=mid.14
76386710778%3A1800480f77&uid=100010783
301767&accid=100010783301767&preview=0
&hash=AQCARzpMqteOIrTiPOJVk_SlBYw9QT-
TFt8kN33J-f-N_A

See transcript of Spanish audio and
English translation on next page.

**Author** Danilo Perez (100010783301767)
**Sent** 2016-10-13 17:56:51 UTC
**IP** 2600:1:f141:f7a:1af0:85ae:c59e:e85b
**Body**
**Attachments** audioclip-1476381410000-0.mp4 (312340015802106)
**Type** audio/mpeg
**Size** 358811
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=312340015802106&mid=mid.14
76381411970%3Acdbdfc2884&uid=100010783
301767&accid=100010783301767&preview=0
&hash=AQCYjAdzIzu_0u3VtBKS5bSo_7X5te2W-
kZ6hk67MMx39A

See transcript of Spanish audio and
English translation on next page.

**Author** Rolando Cuadras (100013408870903)
**Sent** 2016-10-13 17:47:39 UTC
**Body**
**Attachments** audioclip-1476380858000-46976.mp4 (165127910610837)
**Type** audio/mpeg
**Size** 284960
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=165127910610837&mid=mid.14
76380859737%3A0d23b60220&uid=100010783
301767&accid=100010783301767&preview=0
&hash=AQD9yzUzuQjlhgGrtyuUElf5REgoPJvuz7I
Y3KXAyE4YJA

See transcript of Spanish audio and
English translation on page after next.

**Author** Rolando Cuadras (100013408870903)
**Sent** 2016-10-13 17:46:52 UTC
**Body**
**Attachments** audioclip-1476380810000-58880.mp4 (165127760610852)
**Type** audio/mpeg
**Size** 356384
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=165127760610852&mid=mid.14

See transcript of Spanish audio and
English translation on page after next.

GOVERNMENT
EXHIBIT
**18-10A**
1:18CR123

Transcript of Spanish communications on page 305 and English translation

Audio clip 165183460605282

Le órale, hermano, n'hombre, firme, perro, ¿verdad? Aquí lo esperamos cuando se vaya a hincar por estas orillas y cabal, perro va. Tri honor andar caminando la calle, hermano va, y simón puta trimaniaco, perro, va, de que ahí, bueno pues va la semillitas que uno planta, me entendés, va dar los frutos ahí v vos, y se [voz traslapa [ui]] y simón, me entendés, el mate pues es buscarle, y puta trimaniaco, perro, se ve el trabajo que están haciendo ahí, me entendés va. Y maniaco que los morros anden ahí con todos los poderes, hermano va. Ahí van ahí, subiendo poco a poco, loco, ahí trimaniaco, loco, ahí no más que, va, siguen con esa misma mentalidad, perro va, con esa misma verba, que va simón, me entendés, se ve que va, van ahí // creciendo como la familia que somos, me entendés va. Y trimaniaco perro, cabal este loquito de Lil Blade, perro va, yo le di bray aquí en Cali, perro va, simón, no tuve mucha ahí comunicación con el colo, pero simón, me entendés, va, el colo pues están torcidos pero va, maniaco, perro, son colos que van firmes, hermano va, a esa firmeza pues uno se atiene, me entendés, y esa es la que tiene que llevar uno siempre en mente, chucho va maniaco, perro va.

Right, right, brother, no man, firm, dog, right? We're waiting for you here whenever you're going to drop in around these parts and right on, dog. It's a real honor to be walking the street, brother, and yeah, shit, it's real cool, dog, that there, yeah, the seeds you plant, you know, will give fruit there, you know, and [voice overlap [ui]] and yeah man, you know, the objective is to search it out, and shit, real cool, dog, you can see the work you all are doing there, you know. And it's cool that the guys are running around there with all the power, brother. There they go, going up bit by bit, loco, that's real cool, loco, just need to keep going with the same mentality, dog, with the same gab, yeah, you know, yeah you can see it, // they go along growing like the family we are, you know. And it's real cool, dog, just like this loco Lil Blade, dog, I gave him attention here in Cali, dog, yeah, I didn't have a lot of communication with the loco, but yeah, you know, the loco, well, they are in jail, but, cool, dog, those locos are firm, brother, you pay attention to that kind of firmness, you know, and it's that firmness that you must always bear in mind, right, dog, real cool, dog.

Audio clip 312340015802106

Vos sabés, perro, que agüevo, pues también al torre vamos a ver, y te caemos ahí pues va vos sabés, pues a las calles de la Sai, me entendés, agüevo pues. Va, caminando esas llecas que simón pues va, vieron nacer la clica, me entendés. [RISA] Agüevo, perro, y mirá ve, dogui, así es, esos hijos de puta ya sabrá, perro. Nosotros aquí en, en un mes, perro va, en un mes tenemos dos cultivos por ahí, me entendés, va vos simón pues. Así tipo que sembramos dos arbolitos, me entendés, ya están dando fruto, vos sabés. Ahí pues sí, pues, se sacaron dos cultivos en un solo mes, me entendés, agüevo pues va. Ahí que estos cipotes le andan poniendo mente [RUIDO], perro va, ahí con la clecha pues sí va vos, que les andamos dando nosotros, me entendés, estos cipotes están zafándose, ya me entendés. Que ya uno ya en esta promo que viene, me lo zapatean también, perro va, producto de mi persona, me entendés, y de la escuela que Lil Blade me dejó, me entendés va vos. Vos sabés qué pedo, perro.

You know, dog, of course, that we'll also see the tower, and we'll come over to you there, you know, to the clique's streets, you know, of course. Right, walking those streets that, yeah, saw the birth of the clique, you know. [LAUGH] Of course, dog, and look, doggy, that's the way it is, those sons of bitches, you know, dog. We here in, in one month, dog, in one month we have two crops there, you know. So like we planted two little trees, you know, they're already bearing fruit, you know. So yeah, we got two crops in just one month, you know, of course, right. These guys there are putting their mind to it, dog, there with the gang knowledge, well, yes, that we're giving them, you know, these guys are already getting loose, you know. One of them in the promo that's coming up, he's going to be jumped in too, dog, a product of myself, you know, and the education that Lil Blade left for me, you know. You know what the deal is, dog.

JA6222

Audio clip 165127910610837

Que es un orgullo, perro, andar caminando estas llecas, me entendés va. Y ojalá pues que algún día ustedes caigan por estas orillas también, hermano va, para caminar estas llecas que como te digo, perro va, trimaniaconas hermano va andar acá, tri caliente pero a la vez, que orgullo en el pisando estas llecas, perro va. Y pues cabal, perro, a rato les caemos ahí por VA, hermano va. Si a mí supuestamente me van a mover por ahí, por unas orillas ahí cerconas pero simón, perro va. Hay vamos ha estar siempre de la herma.., de la mano, hermano va. Como los hermanos que somos, me entendés va. Y cabal perro, esos culeros allá en la regañada, hermano va. Si ya sabrás, perro, aquí bueno pues esos hijos de puta [RISA] aquí los levantamos a patines y si se puede, vos sabés, perro ah, es de hacer ahí tipo sopita, me entiende va, como cabal pues.

**It's an honor, dog, to be walking these streets, you know. And hopefully someday you guys will come around these parts too, brother, to walk these streets, just like I'm telling you, dog, it's really cool to be here, real hot but at the same time an honor to be walking these streets, dog. And for sure, dog, in a while we'll drop by you in VA, brother. Supposedly I'm going to be moved over there, around some area close by, but yeah, dog. We'll always be in the brotherh [sic]…, hand-in-hand, brother. Like the brothers we are, you know. And exactly, dog, those fags over there—in the scolding—you know, brother. You should know, dog, here, well, those sons of bitches [LAUGH], here we raise them on skates/skateboards, and if we can, you know, dog, like to make soup out of, you know, like it should be then.**

Audio clip 165127760610852

Puta trimaniaco ese, va, a la neta, me entendés va, de que ¡puta! hermano, va cabal, loco va. Ahí cuando estuvimos va escuchamos, pues va me dijo el dogui, me entendés va, Lil Sica, perro va, porque ese es mi homeboy, pues va, mi perro va, hemos andado con el dogui, me entendés va. Este, puta, perro va, hace bastante round queriendo hablar con el dogui, chucho va, y con los demás hommies, me entendés va. Pero más que todo ahí con el colo, pues va, hemos andado siempre de la mano con los demás hermanos, perro, ahí cabal, pues va. Me dijo que estaba un pelotón de va de los correctones ahí en VA perro, Ahí puta trimaniaco, hermano, va, que la familia pues va, va en crecimiento, hermano. Va ahí cabal pues va. Trimaniaco que va a colos que simón, perro, ahí se ven que la cuora pues va ahí y todo el pedo, me entendés. Hasta la muerte, hermano, vos sabés ahí, defendiendo los colores que cabal, perro va, todo por las dos (2) trales, me entendés, y que quede claro va vos, de que es un tri orgullo, perro va, a ser un Park View, me entendés va. Aquí puta que te quede claro, hermano, aquí en la mera cancha de la Sai andamos perro ahí, que quede claro a vos ...

**It's really fucking cool, truthfully you know, fuck, brother, it really is, yeah loco. When we were there we heard, because the doggy told me, you know, Lil Sica, dog, because he's my homeboy, you know, my dog, we've been with the doggy, you know. Uh, shit, dog, it's been many rounds wanting to talk with the doggy, dog, and with the rest of the homies, you know. But more than anything there with the loco, yeah, we've always run around hand in hand with the other brothers, dog, exactly like that. He told me there's a whole bunch of corrections there in VA, dog. That's fucking cool, brother, for the family to be growing, brother. It's going just like that. It's really cool that it's going to locos, yeah, dog, they see that the dues go there and all that shit, you know. To the death, brother, you know there, defending the colors completely, dog, everything for the two letters, you know, and let it be clear, you know, that it's a big honor, dog, to be a Park View, you know. Here, let it be fucking clear, brother, here right on the clique's turf is where we are, dog, there, let it be clear to you…**

JA6223

76380812326%3A68fd546a93&uid=100010783
301767&accid=100010783301767&preview=0
&hash=AQA_LTg-9XxW474Uk9WmOLLt3kQjDm2
1NS9zbuMNyL8gKA

**Author** Danilo Perez (100010783301767)
**Sent** 2016-10-13 17:32:40 UTC
**IP** 2600:1:f141:f7a:1af0:85ae:c59e:e85b
**Body**
**Attachments** audioclip-1476379959000-0.mp4 (312332132469561)
**Type** audio/mpeg
**Size** 360347
See transcript of Spanish audio and **URL** https://attachment.fbsbx.com/messaging_attach
English translation on next page.                ment.php?aid=312332132469561&mid=mid.14
76379960424%3A15661d8f55&uid=100010783
301767&accid=100010783301767&preview=0
&hash=AQA2FJ8XyL45MS_5VNPSH12a29cLmxCz
J4a7qm8RcDccXw

**Author** Rolando Cuadras (100013408870903)
**Sent** 2016-10-13 17:29:41 UTC
**Body**
**Attachments** audioclip-1476379780000-58880.mp4 (165117333945228)
**Type** audio/mpeg
**Size** 356384
See transcript of Spanish audio and **URL** https://attachment.fbsbx.com/messaging_attach
English translation on next page.                ment.php?aid=165117333945228&mid=mid.14
76379781719%3A816f7cc040&uid=100010783
301767&accid=100010783301767&preview=0
&hash=AQBRnpBOds3W1iEdvucj9RL_dxTphWyn
aK9X4n2fGyvWyA

**Author** Danilo Perez (100010783301767)
**Sent** 2016-10-13 17:19:10 UTC
**IP** 66.87.80.217
**Body**
**Attachments** audioclip-1476379149000-0.mp4 (312328029136638)
**Type** audio/mpeg
**Size** 280475
See transcript of Spanish audio and **URL** https://attachment.fbsbx.com/messaging_attach
English translation on page after next.          ment.php?aid=312328029136638&mid=mid.14
76379150702%3A9881185f37&uid=100010783
301767&accid=100010783301767&preview=0
&hash=AQA4sza52ACsNbAkUadWoE_DVDL7agA
CZhjrmxRt1Uu-sA

**Right, dude, Alto Criminal is also** **Author** Rolando Cuadras (100013408870903)
**from those parts. I go from time to** **Sent** 2016-10-13 17:09:37 UTC
**time there to Cagua.** **Body** Orale ese de esos laderos esde alto criminal tambien ba yo caica
deves en kuando alli a cagua

**Author** Danilo Perez (100010783301767)
**Sent** 2016-10-13 17:08:58 UTC
**Body** Orale yo moncagua     **Right, me, Moncagua.**

Transcript of Spanish communications on page 306 and English translation

<u>Audio clip 312332132469561</u>
Órale, órale maniaco, perro, n'hombre simón, perro ahí, vos sabés pues. Ahí este, simón, se nos dio la oportunidad, perro, y agüevo pues, ahí estuvimos, pues, me entendés, va, acatando la orden he cumplido que simón pues va vos, el [ui] va me mandó, me entendés va vos, mandó el aval y los homeboys de allá abajo, me entendés, y agüevo pues va. Ahí simón, dogui, vos sabés pues, una dicha y un privilegio, me entendés, ser del barrio, me entendés va vos, y representar las dos trales, me entendés va vos va. Defenderlos con la vida, me entendés, agüevo pues, siempre dándole verga a todos esos culeros flojos regañados, me entendés, que andan por ahí, va vos. Se la pican de rebelado pero vos sabés qué pedo, perro. Aquí anda un pelotón, dogui, que ya sabrás, perro, aquí loco mandamos con este loco del Certero y el Horror, me entendés va vos. Por ahorita a mí me han dado la palabra a este sector Virginia, me entendés, y agüevo pues que andamos viendo qué pedo, me entendés. Todos estos locos están zafados también, perro. Que te quede claro, al rato vas a caer por aquí, perro, va vos sabés pues.

Right, right, cool, dog, no man, yeah, dog, you know. There, uh, yeah, we had the opportunity, dog, and of course, so we were there, you know, fulfilling the order, I've carried it out, yeah man, that [ui] sent me, you know, he sent the approval and the homeboys from down there, you know, and so of course. There, yeah, doggy, you know, it's a joy and privilege, you know, to be part of the barrio, you know, and to represent the two letters, you know. To defend them with our lives, you know, of course always giving shit to all those lazy, scolded fags, you know, that are around there, you know. They make like they're rebellious, but you know what's up, dog. There's a bunch here, doggy, you should know, dog, here, loco, we control with this loco Certero [Sure Hit/Well-Aimed/On the Mark] and Horror, you know. For now, I've been given the word for this area Virginia, you know, and of course we're running around to see what's up, you know. All these locos are loose too, dog. Let it be clear to you, in a while you're going to come here, dog, you know.

<u>Audio clip 165117333945228</u>

Órale, órale, hermano, n'hombre, cabal, dog, va ir todo ahí, tuvimos un round ahí en lo que fue Nueva York, perro va. Ahí adonde está este señor del High Criminal, hermano, ahí anduvimos dándole pilla verga a esos hijos de puta, con ese señor también, perro va. Ese señor está pelado, el hermano vos va, pero simón pues ahí anduvimos. Y cabal, perro va, a mí se me imagina que usted es de uno de los dos que estuvimos casaqueando la otra vez ahí con, con otro hermano, ese loco del Certero de la clica también va. Va cabal va, que tipo que a mí me dijeron que, que cabal pues va ustedes se iban a ser ya del Barrio, y trimaniaco, ese va, todos aspiramos a ser colos, y va trimaniaco de que pues ahí la oportunidad simón pues va, de una pues va. Y aquí pues hermano pues, tipo que aquí andamos viendo qué pedo es aquí con los hommies ahorita, vos va. Aquí por la L viendo qué pedo, hermano ah, a ver qué sale por ahí pues a la vez aquí. Ya sabrá, perro va, tipo que tri calentura la raju pero pues ahí andamos guerreándole, hermano va.

Right, right, brother, nah man, exactly, dog, everything's going there, we had a round there in New York, dog. There where this man High Criminal is at, brother, we were there giving them fucking hell to those sons of bitches, with that man too, dog. That man is *pelado* [in some contexts "broke", having no money / also can mean "bald" and "with no cover"], the brother, but yeah, we were there. And exactly, dog, I imagine you're one of the two we were chatting with the other time there with, with another brother, that loco Certero from the clique too. Right exactly, like I was told, exactly, that you all were going to be part of the Barrio, real cool, right, we all aspire to be locos, and really cool, yeah, the opportunity is definitely there, you know. And here, well brother, like we're just here looking to see what's up here with the homies right now. Here around L seeing what's up, brother, to see what comes out somewhere, at the same time [while being] here. You know, dog, because here it's real hot with the cops, but well we're out there fighting, brother.

JA6225

Audio clip 312328029136638

Órale, órale, maniaco, n'hombre, simón, si yo con el High Criminal, perro, vos sabés, pues ahí, me entendés, éramos compañeros de la escuela, me entendés, vos sabés qué pedo con mis huesos. Aquí anda este otro loco también, me entendés va, mi hermano, loco, va este colo es el Certero de la Sai, me entendés, homeboy también va vos. El mismo día nos zapatearon junto con el Horror, me entendés va. Y agüevo pues, ahí fuimos a celebrar y de vuelta el High Criminal, me entendés, al Alto Criminal, va vos, qué tipo, que este hijueputa tenía como nueve años de no verlo, me entendés. Jey, y ese día solo a darme verga fue el hijueputa, va vos. Ya sabrás qué pedo, me entendés, pero simón, dogui, ahí andamos viendo qué pedo, va vos, este y qué pederas, perro va. Tipo que pues sí pues ¿cómo están las aguas allá abajo, dogui?

**Right, right, cool, nah man, yeah, with High Criminal, dog, you know, well, you know, we were school mates, you know, you know what's up with my person [lit. "my bones"]. There's another loco here too, you know, my brother, loco, this loco is Certero [Sure Hit/Well-Aimed/On the Mark] of the clique, you know, a homeboy too. We were jumped in the same day together with Horror, you know. And of course, we went to celebrate and on the way back High Criminal, you know, Alto Criminal, you know, this son of a bitch, it had been like nine years since I'd seen him, you know. Hey, and that day he was just fucking around with me, the son of a bitch. You know what's up, you know, but yeah, doggy, we're there seeing what's up, uh, and what shit is going on, dog. So, like how are the waters down there, doggy?**

JA6226

**Author**     Rolando Cuadras (100013408870903)
  **Sent**     2016-10-13 17:08:47 UTC
  **Body**     Yo soy de san jorge dog     **I'm from San Jorge, dog.**

**Author**     Danilo Perez (100010783301767)
  **Sent**     2016-10-13 17:08:11 UTC
  **Body**     Ya vas de donde ahi perro     **Right, from what part, dog?**

**Author**     Danilo Perez (100010783301767)
  **Sent**     2016-10-13 17:08:02 UTC
  **Body**     5713651303

**Author**     Rolando Cuadras (100013408870903)
  **Sent**     2016-10-13 17:07:37 UTC     **Right, dude, I'm from**
  **Body**     Orale ese yo kaval de san maycol tambien     **San Michael too.**

**Author**     Danilo Perez (100010783301767)
  **Sent**     2016-10-13 17:07:19 UTC
  **Body**     San miguel perro     **San Miguel, dog**

**Author**     Rolando Cuadras (100013408870903)     **Right, dog, send me your number.**
  **Sent**     2016-10-13 17:06:58 UTC     **What's up?  What part of down there**
  **Body**     Bien dog rolame tu #     **[El Salvador] are you from, brother?**
               Y q honda de q laderos de jova eres karnal

**Author**     Danilo Perez (100010783301767)
  **Sent**     2016-10-13 17:06:10 UTC
  **Body**     Tenes whatsupp     **Do you have WhatsApp?**

**Author**     Danilo Perez (100010783301767)
  **Sent**     2016-10-13 17:05:43 UTC
  **Body**     Orale maniaco simon en VA     **Right, cool, yeah, in VA**

**Author**     Rolando Cuadras (100013408870903)
  **Sent**     2016-10-13 17:04:43 UTC
  **Body**     Orale dog maniako alli x VG andan viendo q honzas ba...
               Yo el curioso soy dog     **Right, dog, cool.  Are you in VG**
                                          **seeing what's up… I'm Curioso, dog.**

**Author**     Danilo Perez (100010783301767)
  **Sent**     2016-10-13 17:03:36 UTC
  **Body**     Yo el Killer Asesino soy     **I'm Killer Assassin.**

**Author**     Danilo Perez (100010783301767)
  **Sent**     2016-10-13 17:03:36 UTC
  **Body**     Como te dicen perro     **What do they call you, dog?**

**Author**     Danilo Perez (100010783301767)
  **Sent**     2016-10-13 17:03:35 UTC
  **Body**     Orale yo aqui ando caminando con el     **Right.  I'm here walking with him.**

**Author**     Rolando Cuadras (100013408870903)     **Right, man.  I'm a *chequeo* and**
  **Sent**     2016-10-13 16:45:58 UTC     **I've already vouched for that dog.**
  **Body**     Orele ese yo chequeo soy y kaval a ese dog ya le doy bray

**Author**     Danilo Perez (100010783301767)
  **Sent**     2016-10-13 16:44:55 UTC
  **Body**     Ya le das bray al orror     **Have you vouched for Horror yet?**

**Author**
        Danilo Perez (100010783301767)
**Sent**  2016-10-13 16:44:45 UTC   I'm a homeboy, dog, what about you?
**Body**  Homeboy soy perro y usted que pedo

**Author**  Rolando Cuadras (100013408870903)
**Sent**  2016-10-13 16:33:54 UTC
**Body**  Quien sos karnal   Who are you, bro?

**Author**  Danilo Perez (100010783301767)
**Sent**  2016-10-13 16:27:56 UTC
**Body**  Kiuvo   What's up?

**Author**  Rolando Cuadras (100013408870903)
**Sent**  2016-10-13 04:17:41 UTC
**Body**  Q honda dog   What's up, dog?

**Thread**  (cid.c.100010783301767:100012923345022)
**Current**  2017-10-03 12:58:46 UTC
**Participants**  La Pensativa Mendez (100012923345022)
        Danilo Perez (100010783301767)

**Author**  Danilo Perez (100010783301767)
**Sent**  2016-10-13 20:16:15 UTC
**Body**  Tu   You

**Author**  Danilo Perez (100010783301767)
**Sent**  2016-10-13 20:16:13 UTC
**Body**  Bien y ru   Good and you

**Author**  La Pensativa Mendez (100012923345022)
**Sent**  2016-10-13 20:10:22 UTC
**Body**  ,k tal como estas   What's up?  How are you?

**Author**  Danilo Perez (100010783301767)
**Sent**  2016-10-13 20:08:46 UTC
**IP**  2600:1:f145:52e9:f941:deb4:81d4:3956
**Body**
**Attachments**  sticker (369239263222822)
      **Type**  image/png
      **Size**  0
      **URL**  https://attachment.fbsbx.com/messaging_attach
ment.php?aid=369239263222822&mid=mid.14
76389326467%3A3051d28f15&uid=100010783
301767&accid=100010783301767&preview=0
&hash=AQBWz-QSxuc6nl4x3BgeDn65T2VcsYm
GSdhF8uXykNJS4g



**Photo Id:**  369239263222822

**Author**
    Miguel Barrera (100005917904323)
  **Sent** 2016-09-14 02:35:18 UTC
  **Body** orale perro  **All right, dog.**

**Author** Morenito Martinez (100003302654637)
  **Sent** 2016-09-14 02:34:36 UTC
  **Body** Despues  **Later**

**Author** Morenito Martinez (100003302654637)
  **Sent** 2016-09-14 02:34:31 UTC
  **Body** Nos guachamos  **We'll see each other.**

**Author** Miguel Barrera (100005917904323)
  **Sent** 2016-09-14 02:34:06 UTC
  **Body** Simon dogui oq ondas mi perro  **Right, doggy. What's happening, my dog?**

**Author** Morenito Martinez (100003302654637)
  **Sent** 2016-09-14 02:33:32 UTC
  **Body** Ya sabras  **You know it.**

**All right, doggy, and what's happening, my doggy?  Are you going to get jumped in now, dog?**

**Author** Miguel Barrera (100005917904323)
  **Sent** 2016-09-14 02:29:09 UTC
  **Body** orale dogui y q ondas mi dogui lovan asapatiar dog aora

**Author** Morenito Martinez (100003302654637)
  **Sent** 2016-09-14 02:24:46 UTC
  **Body** Noce de pende ala hora que salga  **I don't know.  It depends what time I get off.**

**All right, dog. So, what's up, doggy? Are you working tomorrow, dog?**

**Author** Miguel Barrera (100005917904323)
  **Sent** 2016-09-14 02:23:15 UTC
  **Body** orale perro y q ondas dogui va atravahar mañana perro

**Author** Morenito Martinez (100003302654637)
  **Sent** 2016-09-14 02:22:45 UTC
  **Body** Textiame  **Text me.**

**Author** Miguel Barrera (100005917904323)
  **Sent** 2016-09-14 02:22:30 UTC
  **IP** 2601:140:8100:79be:818d:528c:9d72:b674
  **Body**
  **Attachments** audioclip-1473819750000-0.mp4 (563444987196093)
      **Type** audio/mpeg
      **Size** 31363
      **URL** https://attachment.fbsbx.com/messaging_attach ment.php?aid=563444987196093&mid=mid.14 73819750308%3Ae049672aa9046d1065&uid=1 00005917904323&accid=100005917904323&pr eview=0&hash=AQAoPtCUbdIvZqMlLsc9DPqGZJ Gq3T64-UFL6ksDBwMcgQ

Órale, órale, qué pedo, perro, ¿va trabajar mañana, dogui?
**Right, right, what's up, dog, are you going to work tomorrow, doggy?**

**Author** Morenito Martinez (100003302654637)
  **Sent** 2016-09-14 02:19:24 UTC
  **Body** Mañana a buenas blankas  **Tomorrow, hopefully.**

**Author** Miguel Barrera (100005917904323)
  **Sent** 2016-09-14 02:17:56 UTC
  **Body** orale perro esta maniako asta cundo va a caer de nuevo dogui
      **All right, dog, that's great.  When are you coming again, doggy?**

GOVERNMENT
EXHIBIT
25-4A
1:18CR123

**Author**  Morenito Martinez (100003302654637)
**Sent**  2016-09-14 02:13:28 UTC
**Body**  Alas 5  At 5:00

**Author**  Miguel Barrera (100005917904323)
**Sent**  2016-09-14 02:13:03 UTC
**Body**  orale dogui yo aqueoras ledieron para aya dog   Okay, doggy. So what time did you guys head out there, dog?

**Author**  Morenito Martinez (100003302654637)
**Sent**  2016-09-14 02:10:44 UTC
**Body**  Simobn aqui vamos casi llegando   Yes. We're on our way. Almost there.

**Author**  Miguel Barrera (100005917904323)
**Sent**  2016-09-14 02:09:37 UTC
**Body**  y q ondas dogui fue a new York   So, what's going on, doggy? Did you go to New York?

**Author**  Miguel Barrera (100005917904323)
**Sent**  2016-09-14 02:09:18 UTC
**Body**  al suave dog y Como estamos perro   All quiet, dog. And how are you, dog?

**Author**  Morenito Martinez (100003302654637)
**Sent**  2016-09-14 01:34:12 UTC
**Body**  Que hay perro   What's going on, dog?

**Author**  Miguel Barrera (100005917904323)
**Sent**  2016-09-14 01:21:47 UTC
**Body**  dogui   Doggy?

**Author**  Miguel Barrera (100005917904323)
**Sent**  2016-09-14 01:21:45 UTC
**Body**  q ondas digui   What's happening, doggy?

**Author**  Miguel Barrera (100005917904323)
**Sent**  2016-09-13 03:05:10 UTC
**Body**  orale   All right.

**Author**  Morenito Martinez (100003302654637)
**Sent**  2016-09-13 02:46:51 UTC
**Body**  Alas 3   At 3:00

**Author**  Miguel Barrera (100005917904323)
**Sent**  2016-09-13 02:43:01 UTC
**Body**  nu mucho perro. y q ondas perro aqueoras Salio aora dogui   Not much, dog. So, what's up, dog? What time did you get out today, doggy?

**Author**  Morenito Martinez (100003302654637)
**Sent**  2016-09-13 02:34:44 UTC
**Body**
**Attachments**  audioclip-1473734082000-9600.mp4 (1063311100455635)
**Type**  audio/mpeg
**Size**  15918
**URL**  https://attachment.fbsbx.com/messaging_attachment.php?aid=1063311100455635&mid=mid.1473734084123%3Aeb6929324079e6c963&uid=100005917904323&accid=100005917904323&preview=0&hash=AQBmPKYt2DauHm63wVWdodAkl2Lg-sW-vl6G54emh6iFKw

Aquí todo maniaco, perro, vos sabés, está limpia la zona ahora pues va ¿Y ahí qué pedo, perro, no hay movimiento de jura ahorita?
Everything's cool here, dog, you know, the area's clean now. And what's going on there, dog, no movement by the police right now?

**Author**   Miguel Barrera (100005917904323)
**Sent**   2016-09-13 02:33:46 UTC
**Body**   Nonbe perro Noay pedos dogui y Como semiran las ondas por ay dogui   **No, dog.  No problems, doggy.  And how do things look around there, doggy?**

**Author**   Morenito Martinez (100003302654637)
**Sent**   2016-09-13 02:32:25 UTC
**Body**
**Attachments**   audioclip-1473733944000-7424.mp4 (1063307677122644)

See transcript of Spanish audio on next page.

**Type**   audio/mpeg
**Size**   11810
**URL**   https://attachment.fbsbx.com/messaging_attach
ment.php?aid=1063307677122644&mid=mid.1
473733945439%3A87592dc48d0335e933&uid=
100005917904323&accid=100005917904323&
preview=0&hash=AQDKHRYpkqLFZTOhzPvmZTJ
Kq6AlUugeo2aPNNR3ZyLsWQ

**Hey, you know, dog, messed up, dog, you know, we haven't smoked, you know, what a problem.**

**All right, dog.  No problem.  Just let me know, doggy, when you get here, doggy. But a joint does appeal to me, dog.**

**Author**   Miguel Barrera (100005917904323)
**Sent**   2016-09-13 02:31:59 UTC
**Body**   orale perro Noay pedo ay me in dikas dogui Cuando eaten Aqui dogui pero me atrae algun toke perro

**Author**   Morenito Martinez (100003302654637)
**Sent**   2016-09-13 02:29:49 UTC
**Body**
**Attachments**   audioclip-1473733788000-28544.mp4 (1063304523789626)

See transcript of Spanish audio on next page.

**What's up, what's up, dog? I'm here with the guys from Tyson, dog, you know, and we're here skating [or hanging out], you know, with Yoyo, with this loco Armando and Chele, you know, even my brother is here, you know. And yeah, dog, tell [ui] we'll drop by, you know, the bus comes by around twelve (12:00), you know. We're going to wait for Punche to get off here from work, you know, to talk about some things there, yeah. Keep an eye on the door, dog, please, son of a bitch.**

**Type**   audio/mpeg
**Size**   46029
**URL**   https://attachment.fbsbx.com/messaging_attach
ment.php?aid=1063304523789626&mid=mid.1
473733789758%3A1600cc7813c7b41268&uid=
100005917904323&accid=100005917904323&
preview=0&hash=AQC_S6a61kJ3nh49fPsK3r5Pn
WFBUvhPH6a4wBRRUhi4Eg

**Author**   Miguel Barrera (100005917904323)
**Sent**   2016-09-13 02:25:07 UTC
**Body**   q ondas dogui donde esta perro   **What's happening, doggy?  Where are you, dog?**

**Author**   Miguel Barrera (100005917904323)
**Sent**   2016-09-13 00:24:17 UTC
**Body**   q ondas perro   **What's happening, dog?**

**Author**   Miguel Barrera (100005917904323)
**Sent**   2016-09-12 01:48:47 UTC
**IP**   73.133.17.195
**Body**
**Attachments**   image-562437410630184 (562437410630184)

**Type**   image/jpeg
**URL**   https://attachment.fbsbx.com/messaging_attach
ment.php?aid=562437410630184&mid=mid.14
73644927422%3A38d7b773c359e64798&uid=1
00005917904323&accid=100005917904323&pr
eview=0&hash=AQBidBvIWtJ1eYYflFfT6ZRkMMo

Transcript of Spanish communications on page 127

Audio clip 1063307677122644
Hey, ya sabrás, perro, timado, perro va, no hemos fumado ya va, qué pedo.

Audio clip 1063304523789626
¿Qué onda, qué ondas, perro? Aquí ando con los cipotes de Tyson, perro, va vos, y andamos patinando, me entendés, con el Yoyo, con este loco del Armando y el Chele, me entendés, hasta anda mi carnal, va vos. Y simón, perro, di a más [ui] le vamos ha caer, me entendés va, como a las doce (12:00) pasa el bus, me entendés. Vamos ha esperar que el Punche salga de aquí del jale, va vos, para hablar unas onditas ahí simón. Ahí estás pendiente, perro, de la puerta, por fa, hijueputa.

qVlAMp4lmn9V6sQS8UQ



**Author** Miguel Barrera (100005917904323)  `Here at a meeting, dog, of the`
**Sent** 2016-09-18 19:18:50 UTC  `clique, dog. And you, look alive.`
**Body** a qui aun mirin perro de la clika dog y usted a des paviles

**Author** El Sarco Flores (100001738806891)
**Sent** 2016-09-18 19:18:17 UTC
**Body** Q vaciles carnal  `What are you up to, brother?`

**Author** Miguel Barrera (100005917904323)
**Sent** 2016-09-18 19:17:58 UTC
**Body** q ondas ermano  `What's up, brother?`

**Author** El Sarco Flores (100001738806891)
**Sent** 2016-09-18 19:17:37 UTC
**Body** Q ondas hermano  `What's up, brother?`

**Author** El Sarco Flores (100001738806891)
**Sent** 2016-09-17 06:21:09 UTC
**Body**
**Attachments** sticker (369239263222822)
**Type** image/png
**Size** 0
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=369239263222822&mid=mid.14
74093269593%3A1242e83df46cdf2d41&uid=10
0005917904323&accid=100005917904323&pre
view=0&hash=AQCEyLD33iWhyP_GnO6ZdFW6p
WawLGTpxsCWRkOMtgxOYQ



**Photo Id:** 369239263222822

**Author** Miguel Barrera (100005917904323)
**Sent** 2016-09-17 06:16:48 UTC
**Body** simon ese  `Right on, dude.`

**Author** El Sarco Flores (100001738806891)
**Sent** 2016-09-17 06:05:16 UTC
**Body** Orale  `Right`

**Thread** (566178980256027)
**Current** 2018-03-08 15:27:09 UTC
**Participants** Genesis Lopez (100005969620417)
Miguel Barrera (100005917904323)

**Author** Miguel Barrera (100005917904323)  `Haha, I'd forgotten, haha,`
**Sent** 2016-09-21 02:43:24 UTC  `I'll send it to you in a while.`
**Body** haha se me aolvidado haha ya alrato te la envio

GOVERNMENT
EXHIBIT
**25-6**
1:18CR123

**Object Id**

    S:_I100021711950202:189199178480479:0

    **Time** 2018-02-01 14:38:42 UTC     **You searched for people who have disappeared**
    **Type** Search     **[who are missing] from falls church dmv**
**Summary** You searched for de saparesidoses de falls church dmv
**Object Id** S:_I100021711950202:187621231971607:23

    **Time** 2018-02-01 14:38:42 UTC     **You searched for people who have disappeared**
    **Type** Search     **[who are missing] from falls church**
**Summary** You searched for de saparesidoses de falls church
**Object Id** S:_I100021711950202:187621231971607:22

    **Time** 2018-02-01 14:38:41 UTC
    **Type** Search
**Summary** You searched for notiasias dmv de antoni triminio     **You searched for news dmv about**
**Object Id** S:_I100021711950202:187621231971607:21     **antoni triminio**

    **Time** 2018-02-01 14:37:37 UTC
    **Type** Search
**Summary** You searched for NOTICIAS DMV     **You searched for NEWS DMV**
**Object Id** S:_I100021711950202:187621231971607:20

    **Time** 2018-02-01 14:35:05 UTC
    **Type** Search
**Summary** You searched for Catrachito Triminio
**Object Id** S:_I100021711950202:187621231971607:19

    **Time** 2018-02-01 14:35:05 UTC
    **Type** Search
**Summary** You searched for antonio antonio
**Object Id** S:_I100021711950202:187621231971607:18

    **Time** 2018-02-01 01:50:29 UTC
    **Type** Search
**Summary** You searched for Armando Leiva
**Object Id** S:_I100021711950202:187621231971607:17

    **Time** 2018-02-01 01:46:06 UTC
    **Type** Search
**Summary** You searched for Armando Leiva
**Object Id** S:_I100021711950202:187621231971607:16

    **Time** 2018-02-01 01:45:26 UTC
    **Type** Search
**Summary** You searched for wilson umaña
**Object Id** S:_I100021711950202:187621231971607:15

    **Time** 2018-02-01 01:45:25 UTC
    **Type** Search
**Summary** You searched for wilson umana
**Object Id** S:_I100021711950202:187621231971607:14

    **Time** 2018-02-01 01:44:59 UTC
    **Type** Search
**Summary** You searched for Wilson Umaña Rodrìguez
**Object Id** S:_I100021711950202:187621231971607:13

    **Time** 2018-02-01 01:12:02 UTC

GOVERNMENT
EXHIBIT
**26-11**
**1:18CR123**

**Sent** 2016-08-30 17:37:09 UTC
**Body** Simon mañana a ver que pedo    Yeah, tomorrow, we'll see what's up.

**Author** Moris Castro (100006099557079)
**Sent** 2016-08-30 17:36:30 UTC    Fine, dog, because if not, dog, I
**Body** Bien perro xq sino dog viera ido    would have gone.

**Author** Morenito Martinez (100003302654637)
**Sent** 2016-08-30 17:36:18 UTC
**Body** Orale no hay faya perro    Right, no problem, dog.

**Author** Moris Castro (100006099557079)
**Sent** 2016-08-30 17:34:55 UTC
**Body** Shit perro yo ahorita acerme la onda de ADN voy para la
Corte voy dog    Shit, dog, I'm going to go do the ADN thing
now, I'm going to court, dog.

**Author** Morenito Martinez (100003302654637)
**Sent** 2016-08-30 17:34:24 UTC
**Body** Que pedo mi perro    What's up, my dog?

**Author** Morenito Martinez (100003302654637)
**Sent** 2016-08-30 17:34:16 UTC
**Body** Tireme el paro alas 3 quiere ella que este en su casa solo me van a
tirar    Do me a favor, at 3 she wants me to be at her house, just drop
me off.

**Author** Morenito Martinez (100003302654637)
**Sent** 2016-08-30 17:33:37 UTC
**Body** Simon perro    Yeah, dog.

**Author** Moris Castro (100006099557079)
**Sent** 2016-08-30 17:33:29 UTC
**Body** Yava dog no le ocre    Right, dog, no way.

**Author** Moris Castro (100006099557079)
**Sent** 2016-08-30 17:33:14 UTC
**Body** Mañana en la mañana vamos dog va xq alas 7:00 tengo q estar en
la tomca    Lets go tomorrow morning, dog, you know, because at 7:00
I have to be in the house.

**Author** Morenito Martinez (100003302654637)
**Sent** 2016-08-30 17:33:13 UTC
**Body** Vino mi jaina de sivar y quiere que le vaya a dar la bien venida
My girlfriend came from El Salvador and she wants me to go give her a welcome.

**Author** Morenito Martinez (100003302654637)
**Sent** 2016-08-30 17:32:40 UTC    Drop by, dog, and we'll go
**Body** Caigace perro y vamos a national harvort    to National Harbor.

**Author** Morenito Martinez (100003302654637)
**Sent** 2016-08-30 17:31:39 UTC
**Body** Orale    Right

**Author** Moris Castro (100006099557079)
**Sent** 2016-08-30 17:31:28 UTC    The loco already sent me the
**Body** Ya me mando la directa el colo    address.

**Author** Morenito Martinez (100003302654637)
**Sent** 2016-08-30 17:31:07 UTC
**Body** Simon    Yeah

GOVERNMENT
EXHIBIT
**30-8A**
1:18CR123

**Author**   Moris Castro (100006099557079)
**Sent**   2016-08-30 17:30:51 UTC
**Body**   Con ronal esta    *Are you with Ronal?*

**Author**   Morenito Martinez (100003302654637)
**Sent**   2016-08-30 17:30:33 UTC
**Body**
**Attachments**   audioclip-1472578231000-7296.mp4 (1050064801780265)

Tipo, que aquí en el Alexandria estamos, cabrón, va, aquí por donde vive el Dupla, va vos.

*Like, we're here in Alexandria, dude, you know, around here where Dupla lives, you know.*

| | |
|---|---|
| **Type** | audio/mpeg |
| **Size** | 47003 |
| **URL** | https://attachment.fbsbx.com/messaging_attachment.php?aid=1050064801780265&mid=mid.1472578232933%3A912833237fc560f285&uid=100006099557079&accid=100006099557079&preview=0&hash=AQABV32zt0sH5-_PKmIJqM6US272kwXnyiw41O7B3pkBrQ |

**Author**   Moris Castro (100006099557079)
**Sent**   2016-08-30 16:41:30 UTC
**IP**   2607:fb90:1369:40ee:1d58:a50d:65c6:1983
**Body**
**Attachments**   audioclip-1472575287909-4889.aac (1776749562538345)

Donde están, *my* dogui, pa' tal vez caerles por ahí, va.

*Where are you guys at, my doggy, to maybe drop by on you there, you know.*

| | |
|---|---|
| **Type** | audio/aac |
| **Size** | 11100 |
| **URL** | https://attachment.fbsbx.com/messaging_attachment.php?aid=1776749562538345&mid=mid.1472575290055%3A4cbe56e0cdad1be560&uid=100006099557079&accid=100006099557079&preview=0&hash=AQBIEbCeou_vi6q9th9fkhR5RTUgqShNo8a1AxiyBqD9Bg |

**Author**   Moris Castro (100006099557079)
**Sent**   2016-08-30 16:41:21 UTC
**IP**   2607:fb90:1369:40ee:1d58:a50d:65c6:1983
**Body**
**Attachments**   audioclip-1472575281077-1672.aac (1776749499205018)

¿Qué hay, dog?

*What's up, dog?*

| | |
|---|---|
| **Type** | audio/aac |
| **Size** | 4542 |
| **URL** | https://attachment.fbsbx.com/messaging_attachment.php?aid=1776749499205018&mid=mid.1472575281445%3Ae0050fbe0c96137224&uid=100006099557079&accid=100006099557079&preview=0&hash=AQAc9BPSJtk_kzxi7D2MfH0t-8GkF2m-nAIMBZkh58FHvA |

**Author**   Morenito Martinez (100003302654637)
**Sent**   2016-08-30 16:40:56 UTC
**Body**   Que pedo dog    *What's up, dog?*

**Author**   Moris Castro (100006099557079)
**Sent**   2016-08-30 15:08:49 UTC
**Body**   K pedo dog    *What's up, dog?*

**Author**   Moris Castro (100006099557079)

**Sent** 2016-08-30 02:20:54 UTC
**IP** 173.66.165.150
**Body**
**Attachments** sticker (369239263222822)
**Type** image/png
**Size** 0
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=369239263222822&mid=mid.14
72523654292%3A1a41dfba83bf88ee37&uid=10
0006099557079&accid=100006099557079&pre
view=0&hash=AQBMcEv_QZYJulsOh2LNyL0WcL
eKgZlpLQ0ogXtAUMe6Zw



Photo Id: 369239263222822

**Author** Morenito Martinez (100003302654637)
**Sent** 2016-08-30 02:00:34 UTC
**Body** Orale       Right

**Author** Morenito Martinez (100003302654637)
**Sent** 2016-08-30 02:00:25 UTC
**Body** Orsldw       Orsldw

**Author** Moris Castro (100006099557079)
**Sent** 2016-08-30 01:58:47 UTC
**Body** Llamar       Call

**Author** Moris Castro (100006099557079)
**Sent** 2016-08-30 01:58:45 UTC
**Body** Ya te voy a llamr       I'm about to call you.

**Author** Morenito Martinez (100003302654637)
**Sent** 2016-08-30 01:58:30 UTC
**Body** Que hay dog       What's up, dog?

**Author** Moris Castro (100006099557079)
**Sent** 2016-08-30 01:55:56 UTC
**Body** K pedo perro       What's up, dog?

**Author** Morenito Martinez (100003302654637)
**Sent** 2016-08-29 21:57:17 UTC
**Body** Simon mi perro       Yeah, my dog.

**Author** Moris Castro (100006099557079)
**Sent** 2016-08-29 21:56:50 UTC
**Body** Orale dog       Right, dog.

**Author** Morenito Martinez (100003302654637)
**Sent** 2016-08-29 21:56:44 UTC
**Body** Tenemos que hablar un vergo de ondas
We've got to talk about a shit load of stuff.

**Author**

Morenito Martinez (100003302654637)
**Sent** 2016-08-29 21:56:25 UTC
**Body** Me llama mi perro    `Call me, my dog.`

**Author** Morenito Martinez (100003302654637)
**Sent** 2016-08-29 21:56:08 UTC
**Body** Orale maniaco    `Right, cool`

`I'm about to call you so we can talk, dog, I'm just going to eat and go pay the phone because right now I'm on wifi.`

**Author** Moris Castro (100006099557079)
**Sent** 2016-08-29 21:54:56 UTC
**Body** Ya le voy a llamar para q ablemos dog sol voy a comer y voy ir a pagar el phone xq ahorita con wifi estoy

`I already owe more than 2000 bucks, dog, you know, but I could give a fuck, the cool thing is that you are free.`

**Author** Morenito Martinez (100003302654637)
**Sent** 2016-08-29 21:54:03 UTC
**Body** Ya devo mas de 2000 varas perro ya sabras pero eso vale verga lo maniaco es que usted esta en la libre

**Author** Moris Castro (100006099557079)
**Sent** 2016-08-29 21:52:40 UTC
**Body** De cuanto fue el tiket    `How much was the ticket?`

**Author** Morenito Martinez (100003302654637)
**Sent** 2016-08-29 21:52:38 UTC
**Body** Perro que pedo vamos ir a celebrar hoy    `Dog, what's up? We're going to celebrate today.`

**Author** Morenito Martinez (100003302654637)
**Sent** 2016-08-29 21:52:26 UTC
**Body** Me la quito el dealer    `The dealer took it from me.`

**Author** Moris Castro (100006099557079)
**Sent** 2016-08-29 21:52:15 UTC
**Body** Y la ranfla dog    `What about the car, dog?`

`Cool, dog, the beast has smiled on us. We're celebrating a cultivo [crop, a planting, something planted or buried] from yesterday and today now that you're out free.`

**Author** Morenito Martinez (100003302654637)
**Sent** 2016-08-29 21:49:29 UTC
**Body** Maniaco perro la vestia nos ha sonreido estamos selebrando un cultivo de ayer y hoy que usted salio ala libre

**Author** Moris Castro (100006099557079)
**Sent** 2016-08-29 21:48:14 UTC
**Body** Aki en la libee    `Here in freedom.`

**Author** Morenito Martinez (100003302654637)
**Sent** 2016-08-29 21:45:41 UTC
**Body** Que pedo perro    `What's up, dog?`

**Author** Moris Castro (100006099557079)
**Sent** 2016-08-29 21:45:28 UTC
**Body** Perro    `Dog`

**Author** Morenito Martinez (100003302654637)
**Sent** 2016-08-29 21:44:29 UTC
**Type** phone
**Missed** false
**Duration** 42

**Call Record**

**Author** Moris Castro (100006099557079)

**Sent**       2016-08-29 21:43:25 UTC
**Body**      K pedo dog        **What's up, dog?**


**Thread**  (1790845841128717)
        **Current**  2018-03-08 15:30:23 UTC
**Participants**  Anthony Turcios (100011536127180)
              Moris Castro (100006099557079)


        **Author**  Moris Castro (100006099557079)
          **Sent**  2016-10-05 18:57:16 UTC
  **Call Record**         **Type**  phone
                       **Missed**  false
                     **Duration**  17

        **Author**  Moris Castro (100006099557079)
          **Sent**  2016-10-05 18:53:59 UTC
  **Call Record**         **Type**  phone
                       **Missed**  false
                     **Duration**  395

        **Author**  Anthony Turcios (100011536127180)
          **Sent**  2016-10-05 18:47:16 UTC
  **Call Record**         **Type**  phone
                       **Missed**  true
                     **Duration**  0

        **Author**  Moris Castro (100006099557079)
          **Sent**  2016-10-05 00:24:47 UTC
          **Body**  K pedo        **What's up?**


**Thread**  (947548032022675)
        **Current**  2018-03-08 15:30:24 UTC
**Participants**  Alba Diaz (100003024621542)
              Moris Castro (100006099557079)


        **Author**  Moris Castro (100006099557079)
          **Sent**  2016-09-03 20:56:10 UTC
          **Body**  Hola          **Hi**


**Thread**  (1681421358737833)
        **Current**  2018-03-08 15:30:24 UTC
**Participants**  Ulisses Zelaya (100010849084255)
              Moris Castro (100006099557079)


        **Author**  Ulisses Zelaya (100010849084255)
          **Sent**  2016-10-19 17:31:16 UTC
          **Body**  Ulisses Zelaya se acaba de unir a Messenger. Sé el primero en
              enviarle un mensaje o un sticker de bienvenida.
              **Ulisses Zelaya just joined Messenger. Be the first to send him a
              welcome message or sticker.**

**Sent** 2016-09-19 23:21:24 UTC
**Body** q pedo perro   What's up, dog?

**Author** Miguel Barrera (100005917904323)
**Sent** 2016-09-18 04:06:52 UTC
**Body** q pedo   What's up?

**Author** Miguel Barrera (100005917904323)
**Sent** 2016-09-18 04:06:50 UTC
**Body** gucha perro   Look, dog.

**Author** Miguel Barrera (100005917904323)
**Sent** 2016-09-17 22:20:55 UTC
**Body** al suave y usted q pedo perro q ay   Taking it easy.  And you, what's up, dog?  What's going on?

**Author** Anderson Villatoro (100002315886574)
**Sent** 2016-09-17 22:13:00 UTC
**IP** 205.197.242.179
**Body**
**Attachments** audioclip-1474150379000-3456.mp4 (1138678189552700)
**Type** audio/mpeg
**Size** 6272
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=1138678189552700&mid=mid.1
474150380925%3A05d2b11f3a500ca085&uid=
100002315886574&accid=100002315886574&
preview=0&hash=AQAEX491ZpqzF7EIk72B1fFe
xUSrP3V0R2J_Seuq3XPwmQ

¿Y qué onda pues, qué hay pues?

And what's going on, what's up then?

**Author** Miguel Barrera (100005917904323)
**Sent** 2016-09-17 21:21:28 UTC
**Body** q pedo perro   What's up, dog?

**Author** Miguel Barrera (100005917904323)
**Sent** 2016-09-17 02:20:40 UTC
**Body**
**Attachments** audioclip-1474078840000-0.mp4 (564858397054752)
**Type** audio/mpeg
**Size** 45187
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=564858397054752&mid=mid.14
74078840703%3A7a9752f2b2a746ab75&uid=1
00002315886574&accid=100002315886574&pr
eview=0&hash=AQAA1enkyhUIF6IxOwv7b2TImt
ZFisjsXJe71zm86_ppog

Órale, órale, maniaco. Pues perro,
no hay pedo, dogui va. Yo simón,
perro, observación soy, dogui, va.

Right, right, cool.  Well, dog, no
problem, doggy.  Yeah, dog, I'm an
*observacion*, doggy.

**Author** Anderson Villatoro (100002315886574)
**Sent** 2016-09-17 02:11:37 UTC
**IP** 205.197.242.179
**Body**
**Attachments** audioclip-1474078296000-12288.mp4 (1137970349623484)
**Type** audio/mpeg
**Size** 19918
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=1137970349623484&mid=mid.1

Bien, bien, maje. Vamos a ver qué pedo ahí
va con el Chucho vos, Chucho va venir hablar
conmigo aquí, va vos, con el Horror también,
va vos. Ellos van a caer aquí un día de estos,
va vos, para hablar conmigo y toda la onda va,
cómo ha estado.

GOVERNMENT
EXHIBIT
**31-7A**
1:18CR123

**Good, good, man. Let's see what's going on with Chucho, Chucho's going to come talk to me here, you know, with Horror too, you know. They're going to drop by here one of these days, you know, to talk to me and everything that's going on, how it's been.**

474078297659%3A6d854d2860c2db8d26&uid=100002315886574&accid=100002315886574&preview=0&hash=AQBA7GlBnwCJDiNmZat_5nk7GQzhOX6YWzbtx9qcNWLT4Q

**Author**  Miguel Barrera (100005917904323)
**Sent**  2016-09-17 01:39:47 UTC
**Body**
**Attachments**  audioclip-1474076386000-0.mp4 (564847053722553)
    **Type**  audio/mpeg
    **Size**  40579
    **URL**  https://attachment.fbsbx.com/messaging_attachment.php?aid=564847053722553&mid=mid.1474076387201%3Af32c81998d1c448504&uid=100002315886574&accid=100002315886574&preview=0&hash=AQBhQ5S-wp3PrD7irnoeS2XpeE-wZtiuNHb7ViIsW8hyzw

N'hombe, n'hombe, perro va. Te estoy diciendo que vos simón, simón, vos sos observación va, perro, de la clica va, dog.

**No man, no man, dog. I'm telling you that you, yeah, yeah, you're an *observacion*, dog, for the clique, dog.**

**Author**  Anderson Villatoro (100002315886574)
**Sent**  2016-09-17 01:39:26 UTC
**IP**  173.73.90.56
**Body**
**Attachments**  audioclip-1474076365000-4352.mp4 (1137953436291842)
    **Type**  audio/mpeg
    **Size**  7608
    **URL**  https://attachment.fbsbx.com/messaging_attachment.php?aid=1137953436291842&mid=mid.1474076366634%3A95be8b31498fee6863&uid=100002315886574&accid=100002315886574&preview=0&hash=AQCrR0nhTiv6l0aSKDcjsmPrB-MwI0uQCVC7Gu_eWq6lOw

Todo maniaco, perro, y ¿qué dice en el segundo mensaje? ¿Qué dice? Que no le entiendo mucho.

**Everything's cool, dog, so what are you saying in the second message? What are you saying? I don't really understand you.**

**Author**  Miguel Barrera (100005917904323)
**Sent**  2016-09-17 01:38:28 UTC
**Body**
**Attachments**  audioclip-1474076308000-0.mp4 (564846623722596)
    **Type**  audio/mpeg
    **Size**  26755
    **URL**  https://attachment.fbsbx.com/messaging_attachment.php?aid=564846623722596&mid=mid.1474076308545%3Af1108a79eca3cd4f74&uid=100002315886574&accid=100002315886574&preview=0&hash=AQA0b2NPowiLmB83ziyzB_1Blf5q1b4LWy8DnGv-qMdg0w

¿Qué pedo, y qué pedo, perro? Usted observación es va, dogui, ¿verdad?

**What's up, and what's up, dog? You're *observacion*, doggy, right?**

**Author**  Miguel Barrera (100005917904323)
**Sent**  2016-09-17 01:38:12 UTC
**Body**
**Attachments**  audioclip-1474076291000-0.mp4 (564846537055938)
    **Type**  audio/mpeg
    **Size**  36739
    **URL**  https://attachment.fbsbx.com/messaging_attachment.php?aid=564846537055938&mid=mid.1474076292374%3Affdc6e9842f25c2c07&uid=100002315886574&accid=100002315886574&pre

Órale, órale, copiado eso, no hay pedo, dogui. ¿Qué pedo, cómo está el ambiente por esa zona, por ahí pues, perro?

**Right, right, copy, no problem, doggy. What's up, how's the situation around that area, around there, dog?**

view=0&hash=AQDkk2mEyGNu1fBT8BwUI3-MD
KHvaWpGaR0pg35O_xHqww

**Author** Anderson Villatoro (100002315886574)
**Sent** 2016-09-17 01:37:54 UTC
**IP** 173.73.90.56
**Body**
**Attachments** audioclip-1474076273000-4352.mp4 (1137952826291903)
**Type** audio/mpeg
**Size** 7591

Ey, dogui, no puedo contestar
utual. Estoy en la chamba, perro.

**Hey, doggy, I can't answer
right now. I'm at work, dog.**

**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=1137952826291903&mid=mid.1
474076274463%3Ae903351b06b6c0e563&uid=
100002315886574&accid=100002315886574&
preview=0&hash=AQC1hPPNdH9vla2SPo97EVV
qPRJMo6fnpHq8baiR7ZnDkg

**Author** Miguel Barrera (100005917904323)
**Sent** 2016-09-17 01:37:51 UTC
**Body**
**Attachments** audioclip-1474076270000-0.mp4 (564846453722613)
**Type** audio/mpeg
**Size** 25987

¿Qué pedo, qué pedo? ¿Estás
trabajando, dogui? ¿Qué pedo?

**What's up, what's up?  Are you
working, doggy? What's up?**

**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=564846453722613&mid=mid.14
74076271249%3A15750e1d7c37b9ae26&uid=1
00002315886574&accid=100002315886574&pr
eview=0&hash=AQD6iVOj0RLFFol-_LS99Is7yx9e
6jacAZ0geqs4v6uDFQ

**Author** Miguel Barrera (100005917904323)
**Sent** 2016-09-17 01:37:43 UTC
**Call Record** **Type** phone
**Missed** true
**Duration** 0

**Author** Anderson Villatoro (100002315886574)
**Sent** 2016-09-17 00:07:44 UTC
**IP** 205.197.242.179
**Body**
**Attachments** audioclip-1474070863000-5504.mp4 (1137904869630032)
**Type** audio/mpeg
**Size** 9369

Por eso, perro, siempre estoy con
aquella, con Angélica, va vos.

**That's what I mean, dog, I'm
always with her, with Angelica,
you know.**

**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=1137904869630032&mid=mid.1
474070864546%3A524f6da6e1e37e4c57&uid=
100002315886574&accid=100002315886574&
preview=0&hash=AQBhKheRBA3WwUUmVSbVT
5eQK5qH7Wq-UOTl_vy0FyW86Q

**Author** Miguel Barrera (100005917904323)
**Sent** 2016-09-16 22:12:45 UTC
**Body**
**Attachments** audioclip-1474063965000-0.mp4 (564775947062997)
**Type** audio/mpeg

JA6244

**Size**

31363

Órale, órale está maniaco, dogui.       **URL** https://attachment.fbsbx.com/messaging_attach
¿Qué pedo? ¿Tenés jaina? ¿Qué              ment.php?aid=564775947062997&mid=mid.14
pedo?                                       74063965945%3A4f38c633a1b28f6306&uid=10
                                           0002315886574&accid=100002315886574&pre
Right, right, it's cool, doggy.            view=0&hash=AQDFVeWSDQ10SYIVLo5zkIDiN0
What's up? You have a                       PpXxvyaydOZQQESkVzrQ
girlfriend? What's up?

                        **Author** Anderson Villatoro (100002315886574)
                          **Sent** 2016-09-15 06:44:26 UTC
                            **IP** 216.4.56.173
                          **Body**
                   **Attachments** audioclip-1473921865000-8960.mp4 (1136393486447837)
Jey, ya sabrás, esa morra hija de puta  **Type** audio/mpeg
ahí está, pues esa bicha es puta,        **Size** 14719
siempre dando guerra, usted sabe.         **URL** https://attachment.fbsbx.com/messaging_attach
¿Qué pedo? [RISA]                            ment.php?aid=1136393486447837&mid=mid.1
                                           473921866142%3A29b6ac8e1f986d9135&uid=
Hey, you should know, that fucking         100002315886574&accid=100002315886574&
chick is there, that chick is a bitch,     preview=0&hash=AQDwm3xB_iXYbvM7BwW8y
always fighting, you know. What's          GzB0l5rASHjlWTKhLAjqHTxgg
up? [LAUGH]

                        **Author** Anderson Villatoro (100002315886574)
                          **Sent** 2016-09-15 06:44:11 UTC
                            **IP** 216.4.56.173
                          **Body**
                   **Attachments** sticker (369239263222822)
                          **Type** image/png
                          **Size** 0
                            **URL** https://attachment.fbsbx.com/messaging_attach
                                    ment.php?aid=369239263222822&mid=mid.14
                                    73921851480%3A22101a02086aef5f76&uid=10
                                    0002315886574&accid=100002315886574&pre
                                    view=0&hash=AQDy67swK4PmlBtuHO6FX2Pyo
                                    8dkHDqvUsx0pRJTRohTig



                        **Photo Id:** 369239263222822

                        **Author** Miguel Barrera (100005917904323)
                          **Sent** 2016-09-15 03:47:36 UTC
                          **Body** simon dog y las morras q pedo dogui       Right, dog. And the girls?
                                                                              What's the deal, doggy?

                        **Author** Anderson Villatoro (100002315886574)
                          **Sent** 2016-09-15 03:47:17 UTC
                          **Body** orale dog       All right, dog.

                        **Author** Miguel Barrera (100005917904323)
                          **Sent** 2016-09-15 03:36:45 UTC

**Body**

orale perro Noay pedo cabron ai me in dikas perro va para ir aca minar un rato esa aima perro

> **All right, dog. No problem, dude. Just let me know, dog, so I can walk that aima for a while, dog.**

**Author** Anderson Villatoro (100002315886574)
**Sent** 2016-09-15 03:32:58 UTC
**IP** 216.4.56.173
**Body**
**Attachments** audioclip-1473910377000-24960.mp4 (1136316629788856)
**Type** audio/mpeg
**Size** 39667
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=1136316629788856&mid=mid.1
473910378447%3A2d7e900a04d5addb66&uid=
100002315886574&accid=100002315886574&
preview=0&hash=AQA8M_1OPe2TaX492Fqn9fd
gQOPSyEBMbFIo78IBhrncXw

See transcript of Spanish audio on next page.

> **That's what I mean, dog, I'll let you know when I get paid too, you know, and we'll, we'll go out and have a joint with Horror, you know. Drop by here, you know, it's just me with Horror, we're here, you know, you'll see that you don't… that we go around here in Loehmans Plaza, you know. Here, like where I live, you know, around Park View road, you know, and we want you here, always, you know, active. You know what's up here, you know, with us, you know.**

**Author** Miguel Barrera (100005917904323)
**Sent** 2016-09-15 03:31:07 UTC
**Body** orale perro y q ondas aver q pedo cuando los echamos una Bachita dog

> **All right, dog. Let's see when we can go smoke a joint, dog.**

**Author** Anderson Villatoro (100002315886574)
**Sent** 2016-09-15 03:28:27 UTC
**IP** 216.4.56.173
**Body**
**Attachments** audioclip-1473910105000-16384.mp4 (1136314906455695)
**Type** audio/mpeg
**Size** 26296
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=1136314906455695&mid=mid.1
473910107281%3A33286f26a33a2bd930&uid=
100002315886574&accid=100002315886574&
preview=0&hash=AQBViL2spqLdROpQcd62AQw
Y8JPQBBM_ir6fcFpCZAX01A

See transcript of Spanish audio on next page.

> **No, dog, I hardly report to him anymore. Horror is the one I report to, you know, since I'm always here with him, you know. And then we've got some things going on, but yeah, I only report to Horror. I hardly do anymore with Killer, you know.**

**Author** Miguel Barrera (100005917904323)
**Sent** 2016-09-15 03:27:47 UTC
**Body** y q ondas I el homeboy killer nolo a guacha do dog

> **And what's up? Have you seen homeboy Killer, dog?**

**Author** Miguel Barrera (100005917904323)
**Sent** 2016-09-15 03:27:12 UTC
**Body** orale perro Noay pedo homi al rato caygo por esos lados perro

> **All right, dog. No problem, homie. I'll stop by that area in a while, dog.**

**Author** Anderson Villatoro (100002315886574)
**Sent** 2016-09-15 03:25:07 UTC
**IP** 216.4.56.173
**Body**
**Attachments** audioclip-1473909905000-6272.mp4 (1136313209789198)
**Type** audio/mpeg
**Size** 10588
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=1136313209789198&mid=mid.1
473909907238%3Ac5253854e593433d83&uid=
100002315886574&accid=100002315886574&

See transcript of Spanish audio on next page.

> **You know that I'm always here with Horror, always the two of us here, you know what's up.**

---

<u>Transcript of Spanish communications on page 365</u>

<u>Audio clip 1136316629788856</u>

Por eso va, perro, yo le indico ahí cuando me paguen también, va vos, y ahí lo vamos, vamos a echar ahí con el Horror una baguita va vos, ahí va, vos sabés va. Caéte aquí ve vos, es que yo solo con Horror andamos aquí va vos, va ver que no ande… que andamos aquí en *Loehmans Plaza* va vos. Aquí pues pa' donde yo vivo va vos, la de ahí la Parque Vista va vos, y que te queremos aquí va vos, por siempre va vos, activo. Vos sabés qué pedo aquí, va vos, con nosotros, va vos.

<u>Audio clip 1136314906455695</u>

Nel, perro, yo con él casi ya no me reporto. Vaya con el que me reporto es con Horror vaya, como siempre ando aquí con él, va. Y después ahí hay unas ondillas, pero simón va, que yo solo con el Horror me reporto, ya casi, va, con el Killer ya casi no, va.

<u>Audio clip 1136313209789198</u>

Usted sabe que yo aquí ando siempre con el Horror va, siempre aquí los dos va, usted sabe qué pedo.

GOVERNMENT
EXHIBIT
4D-5A
1:18CR123

| Z_PK | ZDOCID | ZMEDIAI TEM | ZMESSA GEINFO | Converted Date GMT | ZFROMJID | ZPUSHNAME | ZTEXT or ZMEDIALOCALPATH | ZTOJID | Media # | Spanish Transcription | English Translation |
|------|--------|-------------|----------------|--------------------|----------|-----------|--------------------------|--------|---------|----------------------|---------------------|
| 17897 | 17142 | | | | | | Q onda como estÃ¡ perro | 15713651303@s. whatsapp.net | | | |
| 17914 | 17183 | 4296 | 6976 | 8/31/2016 0:13 | 15713651303@s-whatsapp.net | memito1331 | Media/15713651303@s-whatsapp.n et/4/4p94f95270fa6fdafd595c0ebf 4847leef.opus | | 14 | ¿Qué onda? ¿Qué ondas, qué ondas, perro? N'hombre, ahorita que va maniaco, me entiende. Aquí venimos, va vos, llegando aquí por la canchita, me entiendo va. Que fuimos a ver, eh, a ver la zona con el Mortal, me entiendo, va vos. Y simón, perro, todo maniaco, vos sabés pues. No han caído nada noticias, nada, no hay olores, no hay huellas ni nada, perro. Todo de maniaco, vos sabés pues. | What's up? What's up, dog? No man, right now it's cool, you know. We came here, you know, arriving here to the little field, you know. We went to see the area with Mortal, you know. And yeah, dog, everything's cool, you know. There hasn't been any news, nothing, there are no smells, there are no fingerprints/footprints or anything, dog. Everything is cool, so, you know. |
| 17915 | 17184 | 4295 | | 8/31/2016 0:38 | 15713651303@s-whatsapp.net | memito1331 | Media/15713651303@s-whatsapp.n et/b/d/bd34218eceb1a4913e023a7 796cdb7e.opus | | 15 | Vos sabés, ya salvés, perro, viene el, el, el, el Dupla, está corriendo, viene a darnos la noticia de que los homeboys le dieron observación, perro. Viera qué alegre el hijueputa, perro. Ahora, normalmente que le pongan, le digo vos va vos. Y simón pues, el Tálmor ya también, perro, chequeo reconocido de Barrios, me entiendo, vos sabés qué pedo, hijueputa. Y va, ahí nosotros lo falta ir a hablar con el homeboy, nosotros, me entiendo, que subamos allá arriba. Y vamos a llevar Pablín, porque también, va vos, anduvo viendo qué pedo, me entiendo, va. | You know, you can imagine, dog, here comes Dupla, he's running, coming to give us the news that the homeboys gave him observation, dog. You should see how happy the son of a bitch is, dog. I'm saying, normally they do put them on, you know. And, yeah man, Tálmor [Mortal] now as well, dog, a recognized chequeo from Barrios, you know, you know what's up, son of a bitch. So, we need to go talk to the homeboy, we do, you know. Let's go up over there. And we'll take Pablín, because he also, you know, he was seeing what's up, you know. |

JA6248




## Data Files (1)

### Videos (1)

| # | File Info | | Additional file info | | Thumbnail | Deleted |
|---|---|---|---|---|---|---|
| 1 | Name: | IMG_7624.MOV | Size (bytes): | 79031 | | |
| | Path: | 18180225_Production_180911015 8.zip/18180225_Production_18091 10158/APLiC000001_APPLE_CON FIDENTIAL/8304134477_105856/ Cloudphotolibrary/8304134477/105 856/franciscoavila920@gmail.com-105856/cloudphotolibrary/IMG_762 4.MOV | Modified: | 9/27/2016 3:16:04 AM(UTC+0) | | |
| | | | Source Extraction | Legacy (1) | | |
| | | | Source file | 18180225_Production_180911015 8.zip/18180225_Production_18091 10158/APLiC000001_APPLE_CON FIDENTIAL/8304134477_105856/ Cloudphotolibrary/8304134477/105 856/franciscoavila920@gmail.com-105856/cloudphotolibrary/IMG_762 4.MOV : 0x0 (Size: 79031 bytes) | | |
| | MD5: | 770c8b13b749b10016a7c4baa2d6 2bb9 | | | | |
| | | | Meta Data: | | | |
| | | | Location: | +38.8356-077.1368+047.007/ | | |
| | | | Camera Make: | Apple | | |
| | | | Device: | iPhone 5s | | |
| | | | Software Used to Create: | 9.3.2 | | |
| | | | Creation Date: | 9/26/2016 11:16:05 PM(UTC-4) | | |

GOVERNMENT
EXHIBIT
**41-4A**
1:18CR123

1

IMG_7624.MOV

| V1: | [Gruñido] | [Grunt] |
|---|---|---|
| V2: | [Es]pérate, hijueputa.  No me vayas a filerear a mí. | Hold on, son of a bitch.  Don't you go stabbing me. |
| V1: | ¿Qué pedo? ¡¡Ah!! Shit, loco. ¿Qué pedo, loco? ¿Qué pedo, loco? | What's up? [or: Why?] Ahg!! [Grunt] Shit, loco. What's up, loco? What's up, loco? |
| V3: | Espérate, espérate. | Wait, wait.  [Or: Hold on, hold on.] |

GOVERNMENT
EXHIBIT
**41-4C**
1:18CR123



GOVERNMENT
EXHIBIT
**47-3A**
1:18CR123

JA6251



GOVERNMENT
EXHIBIT
**47-3B**
1:18CR123

JA6252



GOVERNMENT
EXHIBIT
**47-3C**
1:18CR123



GOVERNMENT
EXHIBIT
**47-3D**
**1:18CR123**

JA6254



GOVERNMENT
EXHIBIT
**47-3E**
1:18CR123

JA6255

# FBI CELLULAR ANALYSIS SURVEY TEAM



SA Richard Fennern
FBI Criminal Investigative Division
Google Location Record Analysis
245Q-WF-2116789
September 1, 2021



GOVERNMENT
EXHIBIT
48
1:18CR123

**1.    Background**

The Federal Bureau of Investigation (FBI) Cellular Analysis Survey Team (CAST) was requested by the FBI's Washington Field Office to analyze Google location records for Gmail accounts sorto13oskal@gmail.com, henrryzm31@gmail.com and desconocidotambien2424@gmail.com. The request was made in connection with the FBI's investigation of the murder of Sergio Anthony Arita Triminio, who was allegedly killed on or about September 26, 2016.

**2.    Methodology**

An analysis was performed on the Google Location History data for the target accounts where applicable and available. The Google Location History data contained approximated locations (via latitude/longitude coordinates and an estimated radius) for a device associated with the subject account. The location information was sourced from the device interaction with GPS, WiFi routers, and cellular networks. By mapping these data points and accounting for the estimated radii, the information illustrates an approximate location of the target device during these interactions. Not all points were necessarily mapped in a given time period for clarity purposes. In addition, records were mapped from the "MyActivity" section of the Google return that highlighted certain search and location activity for the specified Gmail account where available and applicable.

**3    Sources**

GPS returns are considered to provide high precision location data. WiFi returns are considered to provide street level precision and are secondary to GPS. Cellular returns are considered the least precise and are meant to provide neighborhood or city level accuracy.

**4.    Conclusions**

A historical location analysis was performed on the location records for the specified Gmail accounts. The methods detailed in Sections 2 and 3 were used to produce the attached historical location analysis maps.

RJF 9/1/2021

JA6257

# Google Location History



JA6258

## What is Location History?

Location History is a Google account-level setting that saves where you go with every device where your account is signed-in to give you personalized maps, recommendations based on places you've visited, help finding your phone, real-time traffic on your commute, and more. Location History is turned off by default for your Google account. You **must opt-in** to turn on Location History for your Google account and can disable it at any time in your Google account activity controls. You control what's saved in your Location History, and you can delete all or part of your history at any time using Timeline.

Location History will include location information Google receives from Location Reporting, which is a device-level setting that allows your device to send location data back to Google for use in Location History.

If you have multiple devices with a signed-in Google account, you can choose to report location from specific devices, or all devices. If you do not want certain signed-in mobile devices to contribute to Location History, you can disable them from doing so via the Location Reporting settings on your device. Learn more



# Google Location Illustration

Google Location History data points are illustrated on the following maps using this symbol:



JA6259

These illustrations indicate the center of the approximate location (latitude/longitude coordinates) estimated by Google and does not indicate the "pin-point" location of the mobile device.  When possible and when appropriate, the above illustration will be combined with the display radius provided by Google (as shown below).



These symbols will illustrate the approximate location of the mobile device used during the time period of analysis.

Due to the volume of data points not all Google location points are mapped.

# How Locations are Determined?

- Sensors in Smartphones
  - Global Positioning System (GPS)
  - Wi-Fi
  - Cellular
  - Bluetooth
  - Accelerometer
  - Gyroscope
  - Barometer
  - User-provided








JA6260



# Google Location Records

JA6261

| Timestamp (UTC) | Latitude | Longitude | Display Radius (Meters) | Source | Device Tag | Platform |
|---|---|---|---|---|---|---|
| Google Confidential & Proprietary | | | | | | |
| The Maps Display Radius field reflects an estimated uncertainty value regarding the reported coordinate. Its value depends on a great many factors and is an approximation sufficient for its intended product uses. | | | | | | |
| 2016-09-26T23:10:51.918Z | 39.000316 | -76.9891926 | 20 | WIFI | 1731794067 | |
| 2016-09-26T23:10:28.645Z | 39.000316 | -76.9891926 | 20 | WIFI | 1731794067 | |
| 2016-09-26T23:08:28.489Z | 39.000316 | -76.9891926 | 20 | WIFI | 1731794067 | |
| 2016-09-26T23:08:08.853Z | 39.000316 | -76.9891926 | 20 | WIFI | 1731794067 | |
| 2016-09-26T23:07:35.392Z | 39.000316 | -76.9891926 | 20 | WIFI | 1731794067 | |
| 2016-09-26T23:05:34.216Z | 39.000316 | -76.9891926 | 20 | WIFI | 1731794067 | |
| 2016-09-26T23:05:03.998Z | 39.0003058 | -76.9891026 | 20 | WIFI | 1731794067 | |
| 2016-09-26T23:03:16.372Z | 39.0002698 | -76.989129 | 12 | GPS | 1731794067 | |
| 2016-09-26T23:01:14.864Z | 39.0002698 | -76.989129 | 12 | GPS | 1731794067 | |

Records are received in UTC time. Records are displayed on the following pages in Eastern Daylight Time (EDT). UTC minus 4 hours equals EDT.

# Google Subscriber Records for
## sorto13oskal@gmail.com





JA6262

############## * Google Confidential and Proprietary * ##############

**GOOGLE SUBSCRIBER INFORMATION**

Google Account ID: 788840157041
Name: Oscar Sorto
e-Mail: sorto13oskal@gmail.com
Alternate e-Mails:

Google Account ID: 788840157041
Name: Oscar Sorto
e-Mail: sorto13oskal@gmail.com

Created on: 2015-01-19 05:46:48 UTC
Terms of Service IP: 172.56.28.126
Terms of Service Language: en_US

Services: Gmail, Android, Google Calendar, Google Photos, Google Hangouts, Google Chrome Sync, Google Cloud Print, Location History, YouTube, Google Maps, Google Drive, Google Play Music, Web & App Activity, Google URL Shortener, Google Developers Console

Deletion Date:
Deletion IP:

Status: Enabled
Last Logins: 2017-09-03 00:18:53 UTC, 2017-09-02 12:57:29 UTC, 2017-09-02 02:46:12 UTC

**ACCOUNT RECOVERY**

Contact e-Mail: sorto13oskal@gmail.com
Recovery e-Mail: sortooscar729@gmail.com
Recovery SMS: +13017323746 [US]

**PHONE NUMBERS**

Signin Phone Numbers:
User Phone Numbers: +13017323746 [US]
Reachable Phone Numbers:
2-Step Verification Phone Numbers:

User Phone Numbers: +13017323746 [US]

**IP ACTIVITY**

No User IP Logs

# Google location information for **sorto13oskal@gmail.com** on September 26, 2016 from 7:01pm to 9:04pm.



JA6263

sorto13oskal@gmail.com

1012 Quebec Terrace, Silver Spring, MD

sorto13oskal
7:01:15 PM to 9:04:34 PM
12 to 50 meters
GPS/WiFi

# Google location information for sorto13oskal@gmail.com on September 26, 2016 from 9:04pm to 9:23pm.

JA6264



Google location information for **sorto13oskal@gmail.com** on September 26, 2016 at 9:16pm during a search for directions to “38.831499, -77.125558.” Locations: “At this place” shows the location of the device.

JA6265



Google location information for **sorto13oskal@gmail.com** on September 26, 2016 at 9:17pm during a search for directions to "5736-5750 Winston Court, Alexandria, VA 22311."



JA6266

Google location information for **sorto13oskal@gmail.com** on September 26, 2016 at 9:16pm and 9:17pm during a search for directions to "38.831499, -77.125558" and "5736-5750 Winston Court, Alexandria, VA 22311."

JA6267

## Maps

Directions to Current Location

38.831499,-77.125558

Current location

Sep 27, 2016, 1:16:56 AM UTC

**Products:**
Maps
**Locations:**
At this place - From your device

## Maps

Directions to 5736-5750 Winston Court, Alexandria, VA 22311

Current location

38.831499,-77.125558

Sep 27, 2016, 1:17:02 AM UTC

**Products:**
Maps
**Locations:**
At this place - From your device





# Google Subscriber Records for
## henrryzm31@gmail.com



############## * Google Confidential and Proprietary * ##############

**GOOGLE SUBSCRIBER INFORMATION**

Google Account ID: 258226637092
Name: Henry Martinez
e-Mail: henrryzm31@gmail.com
Alternate e-Mails:

Created on: 2016-08-16 18:43:19 UTC
Terms of Service IP: 2607:fb90:1884:b893:0:26:c2ce:9701
Terms of Service Language: es_419

Services: Web & App Activity, Gmail, Location History, Google Calendar, Android, Google Hangouts, YouTube, Google Chrome Sync, Google Photos

Deletion Date:
Deletion IP:

Status: Enabled
Last Logins: 2016-12-27 18:00:11 UTC, 2016-09-25 15:23:58 UTC, 2016-09-03 21:06:28 UTC

**ACCOUNT RECOVERY**

Contact e-Mail: henrryzm31@gmail.com
Recovery e-Mail:
Recovery SMS:

**PHONE NUMBERS**

Signin Phone Numbers:
User Phone Numbers:
Reachable Phone Numbers:
2-Step Verification Phone Numbers:

**IP ACTIVITY**

No User IP Logs

############## * Google Confidential and Proprietary * ##############

JA6268

Google location information for **henrryzm31@gmail.com** on September 26, 2016 at 9:16pm when **sorto13oskal@gmail.com** searches for directions to "38.831499, -77.125558" and "5736-5750 Winston Court, Alexandria, VA 22311."



JA6269

# Google location information for sorto13oskal@gmail.com on September 26, 2016 from 9:04pm to 9:59pm.



sorto13oskal@gmail.com

1012 Quebec Terrace, Silver Spring, MD

Triminio Remains Located
38.835640, -77.136860

sorto13oskal
9:31:25 PM
57m GPS

sorto13oskal
9:20:53 PM
24m WiFi

sorto13oskal
9:04:11 PM
20m WiFi

sorto13oskal
9:35:31 PM
40m WiFi

sorto13oskal
9:40:25 PM
55m WiFi

sorto13oskal
9:59:08 PM
61m WiFi

sorto13oskal
9:52:00 PM
36m WiFi

JA6270

# Google location information for sorto13oskal@gmail.com on September 26, 2016 from 9:56pm to 10:18pm.



JA6271

sorto13oskal@gmail.com

Triminio Remains Located
38.835640, -77.136860

sorto13oskal
9:56:37 PM
20m WiFi

sorto13oskal
10:14:08 PM
60m WiFi

sorto13oskal
10:08:50 PM
22m WiFi

sorto13oskal
10:18:15 PM
33m WiFi

# Google location information for **sorto13oskal@gmail.com** on September 26, 2016 from 10:18pm to 10:55pm.



sorto13oskal@gmail.com

Triminio Remains Located
38.835640, -77.136860

sorto13oskal
10:55:48 PM
24m WiFi

sorto13oskal
10:52:32 PM
104m WiFi

sorto13oskal
10:48:08 PM
138m WiFi

sorto13oskal
10:25:18 PM
50m WiFi

sorto13oskal
10:18:15 PM
33m WiFi

sorto13oskal
10:22:49 PM
20m WiFi

JA6272

Google location information for **sorto13oskal@gmail.com** on September 26, 2016 from 10:52pm to 11:31pm.



18

JA6273

# Google location information for sorto13oskal@gmail.com on September 26, 2016 from 11:31pm to 11:46pm.



sorto13oskal@gmail.com

Triminio Remains Located
38.835640, -77.136860

sorto13oskal
11:31:48 PM
50m WiFi
11:32:08 PM
21m WiFi

sorto13oskal
11:34:10 PM
49m WiFi

sorto13oskal
11:34:45 PM
64m WiFi

sorto13oskal
11:36:50 PM
50m WiFi
11:41:32 PM
20m WiFi

sorto13oskal
11:43:46 PM
49m WiFi
11:44:06 PM
51m WiFi

sorto13oskal
11:46:06 PM
23m WiFi

sorto13oskal
11:46:26 PM
24m WiFi

JA6274

# Google location information for **sorto13oskal@gmail.com** from 11:31pm on September 26, 2016 to 12:30am on September 27, 2016.



sorto13oskal@gmail.com

Triminio Remains Located
38.835640, -77.136860

1012 Quebec Terrace,
Silver Spring, MD

JA6275

sorto13oskal
12:23:00 AM
30m WiFi

sorto13oskal
12:30:28 AM
21m WiFi

sorto13oskal
12:18:55 AM
22m WiFi

sorto13oskal
12:14:42 AM
39m WiFi

sorto13oskal
11:31:48 PM
50m WiFi
11:32:08 PM
21m WiFi

sorto13oskal
11:46:26 PM
24m WiFi

sorto13oskal
12:07:17 AM
43m WiFi



Google location information for sorto13oskal@gmail.com on September 27, 2016 from 12:37am to 1:28am.

sorto13oskal@gmail.com

1012 Quebec Terrace, Silver Spring, MD

sorto13oskal

12:37:19 AM to
1:28:25 AM
14 to 21 meters
GPS/WiFi

RJF 9/1/2021

21

JA6276

# Google location information for **henrryzm31@gmail.com** on September 26, 2016 from 9:13pm to 9:27pm.



JA6277

henrryzm31@gmail.com

Triminio Remains Located
38.835640, -77.136860

henrryzm31

9:13:09 PM to
9:27:23 PM
4 to 58 meters
GPS/WiFi

# Google location information for **henrryzm31@gmail.com** on September 26, 2016 from 9:26pm to 9:43pm.



JA6278

henrryzm31@gmail.com

Triminio Remains Located
38.835640, -77.136860

henrryzm31
9:43:15 PM
74m WiFi

henrryzm31
9:32:24 PM
23m WiFi

henrryzm31
9:26:22 PM
30m WiFi

henrryzm31
9:29:23 PM
21m WiFi

henrryzm31
9:39:09 PM
72m WiFi

# Google location information for **henrryzm31@gmail.com** on September 26, 2016 from 9:43pm to 9:56pm.



henrryzm31@gmail.com

Triminio Remains Located
38.835640, -77.136860

**henrryzm31**

9:43:15 PM 74m
9:50:32 PM 61m
9:51:33 PM 65m
9:52:33 PM 61m
9:56:37 PM 43m
All WiFi

**henrryzm31**

9:44:16 PM 55m
9:46:21 PM 61m
9:47:21 PM 48m
All WiFi

JA6279

# Google location information for **henrryzm31@gmail.com** on September 26, 2016 from 9:58pm to 10:19pm.



**henrryzm31@gmail.com**

JA6280

**henrryzm31**

10:02:24 PM 21m
10:03:25 PM 31m
10:04:25 PM 24m
10:05:27 PM 50m
All WiFi

**henrryzm31**

10:07:28 PM to
10:10:36 PM
20 to 54m
All WiFi

**henrryzm31**

10:13:42 PM to
10:19:23 PM
21 to 50m
All WiFi

**henrryzm31**

9:58:48 PM to
10:00:24 PM
21 to 64m
All WiFi

# Google location information for **henrryzm31@gmail.com** on September 26, 2016 from 10:19pm to 10:36pm.



JA6281

henrryzm31@gmail.com

Triminio Remains Located
38.835640, -77.136860

**henrryzm31**
10:28:03 PM 20m
10:31:40 PM 51m
10:33:12 PM 49m
10:34:44 PM 45m
WiFi

**henrryzm31**
10:36:18 PM
96m WiFi

**henrryzm31**
10:19:23 PM
33m WiFi

**henrryzm31**
10:27:02 PM
21m WiFi

**henrryzm31**
10:19:53 PM
49m WiFi

**henrryzm31**
10:24:59 PM
45m WiFi

**henrryzm31**
10:23:58 PM
72m WiFi

**henrryzm31**
10:21:55 PM
39m WiFi

**henrryzm31**
10:20:54 PM
42m WiFi

# Google location information for **henrryzm31@gmail.com** on September 26, 2016 from 10:38pm to 10:54pm.



henrryzm31@gmail.com

Triminio Remains Located
38.835640, -77.136860

henrryzm31
10:54:55 PM
26m WiFi

henrryzm31
10:49:50 PM 100m
10:51:52 PM 25m
WiFi

henrryzm31
10:47:50 PM 45m
10:48:50 PM 87m
WiFi

henrryzm31
10:38:22 PM to
10:45:47 PM
22m to 164m
All WiFi

JA6282

Google location information for **henrryzm31@gmail.com** on September 26, 2016 from 10:54pm to 11:30pm.



henrryzm31
10:54:55 PM 26m
10:56:06 PM 26m
11:04:48 PM 38m
11:06:07 PM 26m
All WiFi

henrryzm31
11:30:02 PM
26m WiFi

henrryzm31
11:28:55 PM
27m WiFi

henrryzm31
11:16:29 PM 29m
11:19:36 PM 28m
11:20:37 PM 23m
11:25:47 PM 29m
11:26:48 PM 26m
11:27:48 PM 43m
All WiFi

henrryzm31@gmail.com

Triminio Remains Located
38.835640, -77.136860

**Homicide occurred at approximately 11:16pm**

RJF 9/1/2021

28

JA6283

# Google location information for **henrryzm31@gmail.com** from 11:30pm on September 26, 2016 to 12:24am on September 27, 2016.



JA6284

henrryzm31@gmail.com

Triminio Remains Located
38.835640, -77.136860

henrryzm31
11:30:02 PM
26m WiFi

henrryzm31
11:32:06 PM 20m
11:32:39 PM 21m
WiFi

henrryzm31
11:34:13 PM to
12:24:24 AM
32m to 78m
All WiFi

# Google location information for **henrryzm31@gmail.com** on September 27, 2016 from 12:24am to 12:45am.



JA6285

**henrryzm31**
12:27:59 AM to
12:45:13 AM
20m to 50m
All WiFi

**henrryzm31**
12:44:33 AM
48m WiFi
12:45:52 AM
39m WiFi

**henrryzm31**
12:24:24 AM
52m WiFi

**henrryzm31**
12:26:58 AM
43m WiFi

henrryzm31@gmail.com

Triminio Remains Located
38.835640, -77.136860

# Google location information for henrryzm31@gmail.com on September 27, 2016 from 12:45am to 12:56am.

JA6286



# Google location information for sorto13oskal@gmail.com and henrryzm31@gmail.com on September 26, 2016 from 10:18pm to 10:28pm.



JA6287

RJF 9/1/2021

32

# Google location information for sorto13oskal@gmail.com and henrryzm31@gmail.com on September 26, 2016 from 10:28pm to 10:55pm.



JA6288

RJF 9/1/2021

33

Google location information for sorto13oskal@gmail.com and
henrryzm31@gmail.com on September 26, 2016 from 10:55pm to 11:06pm.



JA6289

| sorto13oskal | henrryzm31 |
|---|---|
| 10:55:48 PM 24m WiFi 10:57:53 PM 25m WiFi 11:00:15 PM 26m WiFi | 10:56:06 PM 26m WiFi 11:04:48 PM 38m WiFi 11:06:07 PM 26m WiFi |

sorto13oskal@gmail.com
henrryzm31@gmail.com
Triminio Remains Located
38.835640, -77.136860

Homicide occurred at approximately 11:16pm

Google location information for **sorto13oskal@gmail.com** and **henrryzm31@gmail.com** on September 26, 2016 from 11:10pm to 11:29pm.



35

RJF 9/1/2021

JA6290

sorto13oskal
11:10:46 PM
26m WiFi

henrryzm31
11:28:55 PM
27m WiFi

sorto13oskal
11:29:35 PM
43m WiFi

henrryzm31
11:16:29 PM
29m WiFi
11:25:47 PM
29m WiFi
11:27:48 PM
43m WiFi

sorto13oskal
11:13:27 PM
29m WiFi
11:20:28 PM
27m WiFi

sorto13oskal@gmail.com
henrryzm31@gmail.com
Triminio Remains Located
38.835640, -77.136860

# Google location information for sorto13oskal@gmail.com and henrryzm31@gmail.com on September 26, 2016 from 11:30pm to 11:43pm.



JA6291

sorto13oskal@gmail.com

henrryzm31@gmail.com

Triminio Remains Located
38.835640, -77.136860

henrryzm31
11:30:02 PM
26m WiFi

sorto13oskal
11:31:48 PM
50m WiFi

henrryzm31
11:42:43 PM
34m WiFi

sorto13oskal
11:43:46 PM
49m WiFi

# Additional Google Data

RJF 9/1/2021

JA6292

# Google Subscriber Records for
## desconocidotambien2424@gmail.com





############## * Google Confidential and Proprietary * ##############

**GOOGLE SUBSCRIBER INFORMATION**

Google Account ID: 130799487674
Name: Desconocido Tambien
e-Mail: desconocidotambien2424@gmail.com
Alternate e-Mails:

Created on: 2016-09-05 21:27:42 UTC
Terms of Service IP: 2600:1:e141:d698:d68a:2a07:56fd:3713
Terms of Service Language: es_419

Services: Web & App Activity, Gmail, Location History, Android, Google Calendar, Google Hangouts, YouTube, Google Chrome Sync

Deletion Date:
Deletion IP:

Status: Enabled
Last Logins: 2016-10-03 00:24:56 UTC, 2016-09-18 00:20:07 UTC, 2016-09-17 19:41:13 UTC

**ACCOUNT RECOVERY**

Contact e-Mail: desconocidotambien2424@gmail.com
Recovery e-Mail:
Recovery SMS: +17032312883 [US]

**PHONE NUMBERS**

Signin Phone Numbers: +17032312883 [US]
User Phone Numbers: +17032312883 [US]

Google Account ID: 130799487674
Name: Desconocido Tambien
e-Mail: desconocidotambien2424@gmail.com

**PHONE NUMBERS**

Signin Phone Numbers: +17032312883 [US]
User Phone Numbers: +17032312883 [US]

JA6293

# Google location information for desconocidotambien2424@gmail.com
## on September 26, 2016 between 6:43pm and 7:43pm.
## 54 recorded location points.



desconocidotambien2424@gmail.com

Triminio Remains Located
38.835640, -77.136860

JA6294

# Google location information for desconocidotambien2424@gmail.com on September 26, 2016 at 7:43pm and on September 27, 2016 at 12:50am. No other activity between 7:43pm and 12:50am.



desconocidotambien2424@gmail.com

Triminio Remains Located
38.835640, -77.136860

JA6295

desconocidotambien2424

7:43:18 PM
50m WiFi
12:50:01 AM
27m WiFi

# Google location information for desconocidotambien2424@gmail.com on September 27, 2016 between 12:50am and 1:50am.
## 46 recorded location points.



desconocidotambien2424@gmail.com

Triminio Remains Located
38.835640, -77.136860

JA6296

# Call activity for telephone number (703) 231-2883 (Duglas Ramirez Ferrera) from 7:53pm on September 26, 2016 to 12:26am on September 27, 2016. (16 calls)

JA6297

| Date (EDT) | Time (EDT) | Type | Calling Number | Person Linked to Calling Number | Receiving Number | Dialed Number | Person Linked to Receiving/Dialed Number | Duration | Mobile Role |
|---|---|---|---|---|---|---|---|---|---|
| 09/26/16 | 19:53:13 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (571) 365-1303 | (571) 365-1303 | Elmer Zelaya Martinez | 0:00:38 | Outbound |
| 09/26/16 | 21:41:18 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (703) 940-6617 | (703) 940-6617 | Henry Zelaya Martinez | 0:00:57 | Outbound |
| 09/26/16 | 21:50:09 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (703) 940-6617 | (703) 940-6617 | Henry Zelaya Martinez | 0:00:05 | Outbound |
| 09/26/16 | 22:42:07 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (703) 940-6617 | (703) 940-6617 | Henry Zelaya Martinez | 0:00:59 | Outbound |
| 09/26/16 | 22:44:19 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (571) 365-1303 | (571) 365-1303 | Elmer Zelaya Martinez | 0:01:54 | Outbound |
| 09/26/16 | 23:41:15 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (571) 365-1303 | (571) 365-1303 | Elmer Zelaya Martinez | 0:00:56 | Outbound |
| 09/27/16 | 0:07:47 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (703) 940-6617 | (703) 940-6617 | Henry Zelaya Martinez | 0:00:45 | Outbound |
| 09/27/16 | 0:10:29 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (703) 200-1641 | (703) 200-1641 | Edwin Orellana Caballero | 0:00:41 | Outbound |
| 09/27/16 | 0:14:24 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (703) 200-1641 | (703) 200-1641 | Edwin Orellana Caballero | 0:06:03 | Outbound |
| 09/27/16 | 0:23:55 | Voice | (703) 200-1641 | Edwin Orellana Caballero | | SPRINT ROUTING NUMBER | | 0:00:09 | Routed_Call |
| 09/27/16 | 0:23:57 | Voice | (703) 200-1641 | Edwin Orellana Caballero | (703) 231-2883 | (703) 231-2883 | Duglas Ramirez Ferrera | 0:00:07 | Inbound |
| 09/27/16 | 0:25:00 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (703) 200-1641 | (703) 200-1641 | Edwin Orellana Caballero | 0:00:33 | Outbound |
| 09/27/16 | 0:29:25 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (703) 200-1641 | (703) 200-1641 | Edwin Orellana Caballero | 0:00:40 | Outbound |
| 09/27/16 | 0:30:11 | Voice | (703) 200-1641 | Edwin Orellana Caballero | (410) 300-5896 | (410) 300-5896 | | 0:00:24 | Routed_Call |
| 09/27/16 | 0:30:12 | Voice | (703) 200-1641 | Edwin Orellana Caballero | (703) 231-2883 | (703) 231-2883 | Duglas Ramirez Ferrera | 0:00:23 | Inbound |
| 09/27/16 | 0:30:43 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (571) 365-1303 | (571) 365-1303 | Elmer Zelaya Martinez | 0:00:35 | Outbound |
| 09/27/16 | 0:31:38 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (571) 406-8905 | (571) 406-8905 | Moris Castro Coreas | 0:01:10 | Outbound |
| 09/27/16 | 0:36:46 | Voice | (571) 268-1224 | Francisco Avila Avalos | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:00:49 | Routed_Call |
| 09/27/16 | 0:36:49 | Voice | (571) 268-1224 | Francisco Avila Avalos | (703) 231-2883 | (703) 231-2883 | Duglas Ramirez Ferrera | 0:00:47 | Inbound |

## User Accounts (20)

| # | User Account | Entries | Deleted |
|---|---|---|---|
| 1 | **Username**<br>100009518706539<br>**Service Type**<br>com.facebook.auth.login<br>**Source Extraction:** Physical | | |
| 2 | **Username**<br>Messenger<br>**Service Type**<br>com.facebook.messenger<br>**Source Extraction:** Physical | | |
| 3 | **Username**<br>hjourkb0xgc1<br>**Service Type**<br>com.soundcloud.android.account<br>**Source Extraction:** Physical | | |
| 4 | **Username**<br>josepcolombo92@gmail.com<br>**Password**<br>oauth2rt_1/_Ve2vz3tq_9EmA<br>7iggwJpl_uIJVwOnpx5EV3m3<br>ktyhE<br>**Service Type**<br>com.google<br>**Source Extraction:** Physical | | |
| 5 | **Username**<br>ent_account_id<br>**Service Type**<br>Google Maps<br>**Source Extraction:** Physical | | |
| 6 | **Username**<br>SIM<br>**Service Type**<br>com.android.contacts.sim<br>**Source Extraction:** Physical | | |
| 7 | **Username**<br>Phone<br>**Service Type**<br>com.lge.sync<br>**Source Extraction:** Physical | | |

GOVERNMENT
EXHIBIT
**50-5**
1:18CR123

JA6298

| # | User Account | Entries | Deleted |
|---|---|---|---|
| 8 | **Creation time**<br>8/12/2016<br>2:45:39 AM(UTC-4)<br>**Service Type**<br>https://m.facebook.com/<br>**Source Extraction: Physical** | | |
| 9 | **Username**<br>josepcolombo92@gmail.com<br>**Service Type**<br>Gmail<br>**Source Extraction: Physical** | | |
| 10 | **Username**<br>josepcolombo921905<br>**Password**<br>hw9me46g<br>**Service Type**<br>TextMe<br>**Source Extraction: Physical** | Entries (3)<br><br>| Domain | Category | Value | Deleted |<br>\|---\|---\|---\|---\|<br>\| \| \| 123494689 \| \|<br>\| \| \| +13015416591 \| \|<br>\| \| \| josepcolombo92@gmail.com \| \| | |
| 11 | **Username**<br>3015416591<br>**Service Type**<br>MMS<br>**Source Extraction: Physical** | Entries (1)<br><br>| Domain | Category | Value | Deleted |<br>\|---\|---\|---\|---\|<br>\| \| \| 3015416591 \| \| | |
| 12 | **Username**<br>13015416591<br>**Service Type**<br>MMS<br>**Source Extraction: Physical** | Entries (1)<br><br>| Domain | Category | Value | Deleted |<br>\|---\|---\|---\|---\|<br>\| \| \| 13015416591 \| \| | |
| 13 | **Username**<br>josepcolombo92@gmail.com<br>**Service Type**<br>Google Docs<br>**Source Extraction: Physical** | | |
| 14 | **Username**<br>josepcolombo92@gmail.com<br>**Service Type**<br>Google Drive<br>**Source Extraction: Physical** | | |
| 15 | **Username**<br>100002365046745<br>**Account Name**<br>Bj Gutierrez<br>**Service Type**<br>Facebook messenger<br>**Source Extraction: Physical** | Entries (1)<br><br>| Domain | Category | Value | Deleted |<br>\|---\|---\|---\|---\|<br>\| \| \| 100002365046745 \| \| | |

JA6299

| # | User Account | Entries | Deleted |
|---|---|---|---|
| 16 | **Account Name**<br>Josep Colombo<br>**Service Type**<br>Hangouts<br>**Source Extraction:** Physical | | |
| 17 | **Account Name**<br>Josep Colombo<br>**Service Type**<br>Google Photos<br>**Source Extraction:** Physical | | |
| 18 | **Username**<br>1468283747389<br>**Account Name**<br>josepcolombo92@gmail.com<br>**Service Type**<br>Google Client ID<br>**Source Extraction:** Physical | | |
| 19 | **Username**<br>13015416591@s.whatsapp.net<br>**Account Name**<br>White Lion<br>**Service Type**<br>WhatsApp<br>**Source Extraction:** Physical | Entries (1)<br><br>| Domain | Category | Value | Deleted |<br>|---|---|---|---|<br>| | Mobile | 3015416591 | |<br><br>Photos (1)<br><br>| Photo | Name | Deleted |<br>|---|---|---|<br>|  | | | | |
| 20 | **Username**<br>100009518706539<br>**Account Name**<br>Yonys Jose Ramires<br>**Service Type**<br>Facebook<br>**Source Extraction:** Physical | | |

JA6300

8/30/2016 4:32:44 PM(UTC-4), 13015416591@s.whatsapp.net (White Lion)
Outgoing Call

| 64 | Participants:<br>13015416591@s.whatsapp.net<br>* * *<br>White Lion (owner)<br>* * *<br>50375763856@s.whatsapp.net<br>* * *<br>Identifier: 50375763856@s.whatsapp.net<br>Source: WhatsApp<br>Source Extraction: Physical<br>Body file: chat-160.txt | Start Time: 8/28/2016 10:36:29 PM(UTC-4)<br>Last Activity: 8/29/2016 3:27:21 PM(UTC-4)<br>Number of attachments: 54 | |

8/28/2016 10:36:29 PM(UTC-4), 50375763856@s.whatsapp.net
Que pedo dog   / **What's up, dog?**

8/28/2016 10:36:29 PM(UTC-4), 50375763856@s.whatsapp.net
Never

8/28/2016 10:36:29 PM(UTC-4), 13015416591@s.whatsapp.net (White Lion)

8/28/2016 10:36:31 PM(UTC-4), 50375763856@s.whatsapp.net
Soy   / **I am**

8/28/2016 10:36:39 PM(UTC-4), 13015416591@s.whatsapp.net (White Lion)
Outgoing Call

8/28/2016 10:36:40 PM(UTC-4), 50375763856@s.whatsapp.net
Te  estoy llamando       / **I am calling you.**

8/28/2016 10:47:08 PM(UTC-4), 13015416591@s.whatsapp.net (White Lion)
Outgoing Call

8/28/2016 10:47:33 PM(UTC-4), 13015416591@s.whatsapp.net (White Lion)
Outgoing Call

8/28/2016 10:48:14 PM(UTC-4), 13015416591@s.whatsapp.net (White Lion)
Outgoing Call

8/28/2016 10:48:37 PM(UTC-4), 13015416591@s.whatsapp.net (White Lion)
Outgoing Call

8/28/2016 11:34:11 PM(UTC-4), 50375763856@s.whatsapp.net

Attachments:



https://mmi405.whatsapp.net/d/XwM-
qM073F2IjSwLPkD1S1fDrTM/AgB1VOrAaxZiPKQEql
RDALPBBPwQn0taeeWJ0J5CHAW-.enc
PTT-20160828-WA0044.opus

**See transcript of Spanish
audio and English translation
on next page**

8/28/2016 11:34:36 PM(UTC-4), 13015416591@s.whatsapp.net (White Lion) => To: 50375763856@s.whatsapp.net

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 50375763856@s.whatsapp.net | 8/28/2016 11:35:14 PM(UTC-4) | 8/28/2016 11:35:18 PM(UTC-4) | 8/28/2016 11:35:55 PM(UTC-4) |

Attachments:



https://mmi677.whatsapp.net/d/vW1BpSA9e3jvaWsl_
2zh-
FfDrXE/AnW575vZzHHOXv_uTvP8UrY3UlxKV3d8ejP
o8FSdZTYs.enc
PTT-20160828-WA0045.opus

**See transcript of Spanish
audio and English translation
on next page**

8/28/2016 11:37:15 PM(UTC-4), 50375763856@s.whatsapp.net
Va copiado karnal ahi tirame esquina t acaparame el numero de kakara

**All right, copied, brother. Do me a favor and get me Kakara's number.**

**GOVERNMENT
EXHIBIT**
**50-8A**
1:18CR123

JA6301

Transcript of Spanish communications on page 1 and English translation

Audio clip PTT-20160828-WA0044
Oye, ¿qué pedo, cabrón?
**Hey, what's up, buddy?[1]**

[1] *Cabrón:* "fucker", translated as "buddy" according to context in this series of transcriptions.

Audio clip PTT-20160828-WA0045
Vaya, wacha ve, perro, que tipo que esa onda, yo la voy a hablar aquí con el colo, me entendés va. Pero lo vamos a hablar también con el loco del Sica, me entendés va. Y pues, sí, cómo te dije, que esto, me entendés, no me habías dicho nada vos. También, va vos, si este loco hubiera dicho, va vos, que simón, una ayuda, va vos, es capaz él lo iba hacer, me entendés vos, usted es mi hermano, va. Pero este loco no había reportado nada de eso, mi hermano, va, pa' echar la ayuda a ustedes, va. Pero ahorita, me entendés, se va a hablar con este loco del Sica también, me entendés va, para que simón, va vos, hablar, va vos, ahí y simón, yo creo que simón se le va a hacer la ayuda, me entiende va.

**Hey, look, dog, like that thing, I'm going to talk about it to the loco here, you know. But we are also going to talk about it with the loco Sica,[2] you know. And, so yeah, like I'm telling you, that this, you know, you hadn't told me anything about it. Also, you know, if this loco had said something, you know, yeah, some help, you know, it could be that he would have done so, you know, you're my brother, you know. But this loco hadn't reported anything about that, brother, you know, to lend some help to you guys, you know. But here shortly, you know, this will also be spoken about with Sica, you know, so that it can be, you know, to talk, you know about that, and yeah, I think that the yeah, the help will be done, you know.**

[2] *Sica* [Sicario/Hit Man]

8/28/2016 11:39:53 PM(UTC-4), 13015416591 => To: 5037576385@s.whatsapp.net

**Participants:**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 5037576385@s.whatsapp.net | 8/28/2016 11:39:56 PM(UTC-4) | 8/28/2016 11:40:26 PM(UTC-4) | 8/28/2016 11:45:52 PM(UTC-4) |

**Attachments:**



See transcript of Spanish audio and English translation on next page

https://mmi665.whatsapp.net/d/g/25-
sRDG5yoGvi8kNJ3Bn1fDfcs/Aqbji_BeMEc0uM4g8WNB
SWMiVU-h08aZS2ISHTVnBfzr6o.enc
PTT-20160828-WA0046.opus

8/28/2016 11:41:32 PM(UTC-4), 13015416591 => To: 5037576385@s.whatsapp.net

**Participants:**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 5037576385@s.whatsapp.net | | 8/28/2016 11:41:34 PM(UTC-4) | 8/28/2016 11:43:30 PM(UTC-4) |

**Attachments:**

**Phone:**
De Piravado
Phone +1 (571) 235-6138

8/28/2016 11:44:46 PM(UTC-4), 5037576385@s.whatsapp.net

**Attachments:**



See transcript of Spanish audio and English translation on next page

https://mmi297.whatsapp.net/d/g9M5jjsf0GXqxinCDW
mxid1fDf64/AunxkEhVWdusptdF-Tsnr59rOe-XoriDKeJ-
4BPO9qTCBD.enc
PTT-20160828-WA0047.opus

8/28/2016 11:45:10 PM(UTC-4), 13015416591 => To: 5037576385@s.whatsapp.net

**Participants:**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 5037576385@s.whatsapp.net | 8/28/2016 11:45:30 PM(UTC-4) | 8/28/2016 11:45:40 PM(UTC-4) | 8/28/2016 11:45:57 PM(UTC-4) |

**Attachments:**



See transcript of Spanish audio and English translation on next page

https://mmi256.whatsapp.net/d/4iGLRIP0xQ0p719Yr
jaiH'fDrl9q/a_ICIR_e7IQ1OEkmVRX_Sa9rZ7H9-
yQZLcimEAOuGIF.enc
PTT-20160828-WA0048.opus

8/28/2016 11:45:34 PM(UTC-4), 13015416591 => To: 5037576385@s.whatsapp.net

**Participants:**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 5037576385@s.whatsapp.net | | 8/28/2016 11:45:42 PM(UTC-4) | 8/28/2016 11:46:20 PM(UTC-4) |

**Attachments:**



See transcript of Spanish audio and English translation on next page

https://mmi708.whatsapp.net/d/2SawT7izrNO0gBL
WT4asFfDl-U/AqHkeB-
mHZVrSKb5rFiEfMpbxSH5j7Dw8aQ34kI6L2E.enc
PTT-20160828-WA0049.opus

8/28/2016 11:46:56 PM(UTC-4), 5037576385@s.whatsapp.net

**Attachments:**



See transcript of Spanish audio and English translation on next page

https://mmi830.whatsapp.net/d/1DR3k8qAg5LCOoi
F6yofIDkC8/AkpDDCZcPeeeCJevG44erjoXOGuCGiN
BpmGGNwYaT9.enc
PTT-20160828-WA0051.opus

Transcript of Spanish communications on page 2 and English translation

Audio clip PTT-20160828-WA0046
Ahorita te lo voy a tirar entonces colo.
**So, I'm going to get it to you now loco.**

Audio clip PTT-20160828-WA0047
Va, maniaco ahí, cabrón, ahorita ya agarré el número de ahí ya, me entendés. Ya le voy a tirar unos textos al dogui ahí.
**All right, cool, buddy, I just now got the number from there, you know. I'm going to send some texts there to the doggy now.**

Audio clip PTT-20160828-WA0048
Órale, maniaco, cabal, dogui, tipo que cabe tal vez, me entendés, este colo no estaba conectado ahorita, perro, porque, me entendés, tipo, me entendés, vinimos de unas misiones ahí, me entendés, que, me entendés, tenían que ir ahí, me entendés va, a desplumar un pollo, me entendés va, y a ver cómo salían, me entendés. No hay qué pedo si usted col ahorita, te va contestar, dogui.
**Right, cool, sure, dog, like it could be perhaps, you know, the loco wasn't connected just a while ago, dog, because, you know, like, you know, we came from some missions, you know, that, you know, they had to go there, you know, to pluck a chicken, you know, and we'll see how they were coming out, you know. There's no problem if you call in just a little while, he'll answer you, doggy.**

Audio clip PTT-20160828-WA0049
Ey, cabal, dogui, yo te dejo saber las ondas, me entendés, cómo están, me entendés. Vamos a hablar ahí con los colos de más, me entendés, pa' simón, darte la ayuda, mi hermano, a los dos, me entendés va.
**Hey, right, doggy, I'll let you know about things, you know, how they are, you know. We're going to talk there with the locos at length, you know, in order to yeah, give you the help, my brother, to both, you know.**

Audio clip PTT-20160828-WA0051
Copiado, copiado, carnal, ahí nosotros ya vamos a estar en la joda, me entendés va. Porque es que queremos ahí de que me tires un texto por estas líneas, vos, me entendés. Esta onda, aquí la ando ya activada, pues me entendés, va. Y, cualquier onda ahí es de que me deja saber cómo hablan con ese pollo ahí *man*.
**Copied, copied, brother, we'll already be there at the party, you know. Because what we want is for you to send me a text on these lines, you know. This thing, I have it here activated, so, you know. And, anything that comes up, you are to let me know how you guys/they talk to that pollo there, man.**

JA6304

8/28/2016 11:47:21 PM(UTC-4), 13015416591@s.whatsapp.net (White Lion) => To: 50375763856@s.whatsapp.net

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 50375763856@s.whatsapp.net | 8/28/2016 11:47:43 PM(UTC-4) | 8/28/2016 11:47:47 PM(UTC-4) | 8/28/2016 11:47:48 PM(UTC-4) |

Attachments:



https://mmi689.whatsapp.net/d/7uWFp1seqGTkqlkrK-hUS1fDsF4/Ashee1XZ9X7LyugQKPcZpKBm7czymo8 8sI7lBphHOnhX.enc
PTT-20160828-WA0052.opus

**See transcript of Spanish audio and English translation on next page**

8/28/2016 11:48:33 PM(UTC-4), 50375763856@s.whatsapp.net

Attachments:



https://mmi674.whatsapp.net/d/FnVom2lw1ewGoL9W LWmEgVfDsJE/Ao74gfCvVYVfmuUCqkW6malgfEEd WZn5FDr4jevdDllk.enc
PTT-20160829-WA0000.opus

**See transcript of Spanish audio and English translation on next page**

8/29/2016 12:41:05 AM(UTC-4), 13015416591@s.whatsapp.net (White Lion) => To: 50375763856@s.whatsapp.net

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 50375763856@s.whatsapp.net | 8/29/2016 12:41:20 AM(UTC-4) | 8/29/2016 12:43:52 AM(UTC-4) | 8/29/2016 12:43:54 AM(UTC-4) |

Attachments:



https://mmi305.whatsapp.net/d/o5C1n8kREdSYDv9ie ZMHqVfDvO8/AqwrgdOc1rt_9f0H1jPD90A67RTawQh ju3ijracLdKbV.enc
PTT-20160829-WA0001.opus

**See transcript of Spanish audio and English translation on next page**

8/29/2016 12:44:09 AM(UTC-4), 50375763856@s.whatsapp.net

Attachments:



https://mmi646.whatsapp.net/d/ktd4FrIZBVxAdcYl-MDv2VfDvZg/AmlmCvjz5F1BaC3OQl4LvTPZg6E0Jv H_jYEco6qnegQf.enc
PTT-20160829-WA0002.opus

**See transcript of Spanish audio and English translation on next page**

8/29/2016 12:44:24 AM(UTC-4), 50375763856@s.whatsapp.net

Attachments:



https://mmi297.whatsapp.net/d/YVil70UwzllgmRbQS3 zV-IfDvac/Aqlxq93biro5caJReeMkdGCm6BK7RIsE3T-ThaWOFiky.enc
PTT-20160829-WA0003.opus

**See transcript of Spanish audio and English translation on next page**

8/29/2016 12:45:33 AM(UTC-4), 50375763856@s.whatsapp.net

Attachments:



https://mmi674.whatsapp.net/d/-RfZfivV8b3N7XrvhPA9slfDvew/Aj_811Oi4U0QQCHlcl AAWPm1V3zWMor60D5vT6SeED41.enc
PTT-20160829-WA0004.opus

**See transcript of Spanish audio and English translation on next page**

JA6305

<u>Transcript of Spanish communications on page 3 and English translation</u>

<u>Audio clip PTT-20160828-WA0052</u>
Va, órale, maniaco, ahí, simón dogui, me entendés, va. Yo te dejo saber las ondas, me entendés,
cómo está, me entendés, va, perrón, me entendés, va. Cómo te digo, también, va vos, te voy a
dejar saber las ondas ahorita, porque tipo más luego, creo que vamos a ir, me entendés, a
casaquear con el Sica, me entendés, ponerlo ahí, me entendés, en línea, me entendés, va, para
simón tener la feria a ustedes, me entienden, va. A ver qué pedo mi hermano, va.

**All right, cool, yeah dog, you know. I'll let you about things, you know, how they are, you
know, cool dog, you know. Like I'm telling you, you know, I'll also let you know shortly
how things are. Because, like a little later on, I think we're going to go, you know, to talk
with Sica you know, put him/it there, you know, on line, you know, to get the money to you
guys, you know. We'll see how it works out, brother. All right.**

<u>Audio clip PTT-20160829-WA0000</u>
Copiado ahí cabrón. Ahí vamos a estar en la muda entonces. [tos] ¿Y qué pedo? ¿No han fumado
motita a la maniaca?

**Copied buddy. We'll be on it then. [cough] So what's up? Have you guys smoked some cool
weed?**

<u>Audio clip PTT-20160829-WA0001</u>
N'hombre, si aquí, ya sabrá, perro va, jiiiiiy, de vez en cuando, me entendés, va, aquí, me
entendés, echamos. Si ahorita tengo una plantación yo, perro, ya sabrá pues.

**No man, here, you know, dog, yeah, once in a while, you know, here, you know, we have
some. I have a crop right now, dog, you know.**

<u>Audio clip PTT-20160829-WA0002</u>
Va ahí, ¿y quién se busca, cabrón?

**Okay. Who you looking for, buddy?**

<u>Audio clip PTT-20160829-WA0003</u>
Sea que el Negre está descansando, perro. Pues sí, pero, ¿quién sos, cabrón? Pues sí. Yo Lave
soy, cabrón.

**Negre[1] is resting, dog. Yes. But who are you? Yes. I'm Lave, buddy.**

[1] "Negre" and "Lave" are phonetic transcriptions.

<u>Audio clip PTT-20160829-WA0004</u>
¿Qué onda, qué onda, cabrón? Pues, sí. Piensa vos de, pues sí, cabrón.

**What's up, what's up, buddy? Yes. Think about, yes, buddy.**

JA6306

**8/29/2016 1:06:39 AM(UTC-4), 13015416591@s.whatsapp.net (White Lion) => To: 50375763856@s.whatsapp.net**

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 50375763856@s.whatsapp.net | | 8/29/2016 1:06:50 AM(UTC-4) | 8/29/2016 1:07:01 AM(UTC-4) |

Attachments:



https://mmi490.whatsapp.net/d/MlJJ74gU5CnvQ2Ejg
GP23IfDwuk/AkO0Cp_IpZPnsIGuPiaYS0XSKp9ZARk
Am2rOZARD18am.enc
PTT-20160829-WA0035.opus

**See transcript of Spanish audio and English translation on next page**

**8/29/2016 1:07:37 AM(UTC-4), 50375763856@s.whatsapp.net**

Attachments:



https://mmi462.whatsapp.net/d/LgPHRUGLHfuyGUI7
RrEu_1fDwxg/Aqs6xjEI-
x35GlBeXwqh_UJU6sx5V8mDQenJqUotYC07.enc
PTT-20160829-WA0036.opus

**See transcript of Spanish audio and English translation on next page**

**8/29/2016 1:09:49 AM(UTC-4), 13015416591@s.whatsapp.net (White Lion) => To: 50375763856@s.whatsapp.net**

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 50375763856@s.whatsapp.net | 8/29/2016 1:09:56 AM(UTC-4) | 8/29/2016 1:22:57 AM(UTC-4) | 8/29/2016 1:23:03 AM(UTC-4) |

Attachments:



https://mmi749.whatsapp.net/d/dwVISqAL0lwKr87VuI
P1rlfDw6M/Akxvc6KwrAiREcDq9zzQUXuPLZmFcQq
7aNQIkKaxJsck.enc
PTT-20160829-WA0037.opus

**See transcript of Spanish audio and English translation on next page**

**8/29/2016 1:47:36 AM(UTC-4), 50375763856@s.whatsapp.net**
Incoming Call

**8/29/2016 1:47:49 AM(UTC-4), 13015416591@s.whatsapp.net (White Lion)**
Outgoing Call

**8/29/2016 4:13:17 AM(UTC-4), 13015416591@s.whatsapp.net (White Lion) => To: 50375763856@s.whatsapp.net**

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 50375763856@s.whatsapp.net | 8/29/2016 7:05:34 AM(UTC-4) | 8/29/2016 7:09:54 AM(UTC-4) | 8/29/2016 7:10:23 AM(UTC-4) |

Attachments:



https://mmi463.whatsapp.net/d/0WZ3H26EesCQml5D
6TFEOVfD7qk/AitLJL6vofF2hjNKYMkSi2GO42rwnTb
KjKnye8pv12aA.enc
PTT-20160829-WA0054.opus

**See transcript of Spanish audio and English translation on next page**

**8/29/2016 10:00:15 AM(UTC-4), 50375763856@s.whatsapp.net**

Attachments:



https://mmi305.whatsapp.net/d/ZNaxxxaXQtsnU5opc
wm9uVfEP-
4/Atj3SSOBFk8sL4hsnGXd4mqv_3SP5B7CWbPHYE
CABk_v.enc
PTT-20160829-WA0063.opus

**See transcript of Spanish audio and English translation on next page**

GOVERNMENT
EXHIBIT
**50-9A**
1:18CR123

<u>Transcript of Spanish communications on page 1 and English translation</u>

<u>Audio clip PTT-20160829-WA0035</u>

Ey, simón perro, al Yanqui simón, pues, homeboy, pues va, el colo que iba a todas las ondas aquí, me entiende, en Maryland, me entiende va. Es el loco que simón, me entiende, este homeboy, me entiende.

**Hey, yeah man, dog, Yankee, yes, homeboy, you know, the loco that would go to all the things here, you know, in Maryland, you know. He is that loco that *simón*[1], you know, this homeboy, you know.**

[1] *Es el loco que simón* can be translated as "He's the loco is who is the man" / "He's the loco who is the real deal", "He's the loco who will do so" and similar.

<u>Audio clip PTT-20160829-WA0036</u>

Órale, órale, n'hombre, si ahí que yo te preguntaba porque tipo aquí en El Salvador, simón pues, cuando estuve aquí por Ilo, va, cabal pues, pues si ahí estaba un dogui que también le decían Yanqui, no cualquiera con esa integración, un homeboy, cabrón, va. Pero, va, simón, pues, pues sí, perro, vos sabés, pues, como la clica es grande, vos sabés, pues, quiere saber o no qué onda ahí.

**Right, right, no man, I was asking you, because like here in El Salvador, yeah, you know, when I was here around Ilo,[2] you know, right, there was a doggy that was also called Yankee, not just anyone with that integration, a homeboy, you know, buddy. But yeah, you know, like, yeah, dog, you know, since the clique is big, you know, you want to know what's going on there.**

[2] *Ilo*, phonetic, may refer to Ilobasco, a department or state in El Salvador

<u>Audio clip PTT-20160829-WA0037</u>
Simón, dogui, me entendés va, este homeboy, simón, va vos va, aquí ha estado siempre, me entendés va.

**Yeah, doggy, you know, this homeboy, yeah man, you know, he has always been here, you know.**

<u>Audio clip PTT-20160829-WA0054</u>
¿Qué onda, qué onda, dogui? Wache ve, tipo que ya el pollo ya está frito, me entiende, va.

**What's up, what's up, doggy? Look, like the chicken is already fried, you know.**

<u>Audio clip PTT-20160829-WA0063</u>
Va, copiado, copiado ahí carnal. Maniaco que la vuelta se les haya salido como ustedes querían ahí, pues ya el pollo ya está frito, me llega, loco. Ahí, cualquier cuestión, vamos a trabajar más noche.

**All right, copied, copied there, brother. Cool that the outing turned out like you guys wanted. The chicken is already fried, got it, loco. If anything comes up, we'll be working later in the night.**

JA6308

**8/29/2016 1:07:20 PM(UTC-4), 13015416591@s.whatsapp.net (White Lion) => To: 50375763856@s.whatsapp.net**

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 50375763856@s.whatsapp.net | 8/29/2016 1:07:36 PM(UTC-4) | 8/29/2016 1:10:40 PM(UTC-4) | 8/29/2016 1:10:45 PM(UTC-4) |

Attachments:



https://mmi446.whatsapp.net/d/Vn3A9fUUpQgJcsWn
DDym8FfEa9g/Aj8wIyEo6Ep3ka32jAlknFUyto_2405V
hZJUtq33-weZ.enc
PTT-20160829-WA0064.opus

**See transcript of Spanish audio and English translation on next page**

---

**8/29/2016 1:11:40 PM(UTC-4), 50375763856@s.whatsapp.net**

Attachments:



https://mmi309.whatsapp.net/d/sQQP_RQMrJtlqjCzqJ
XvDlfEbMs/AliHimN3QyDJQjjJxQOL1vjznYco3VbaaD
eLzuZnO8RB.enc
PTT-20160829-WA0065.opus

**See transcript of Spanish audio and English translation on next page**

---

**8/29/2016 1:15:19 PM(UTC-4), 50375763856@s.whatsapp.net**

Attachments:



https://mmi261.whatsapp.net/d/kzTa7i3QFq7RaeHG1
8_v2VfEbaY/Ap0biAlMzTnTQO2kjb8Lhs5n4XuDITi3C
pMyLbKe49lD.enc
PTT-20160829-WA0066.opus

**See transcript of Spanish audio and English translation on next page**

---

**8/29/2016 1:18:49 PM(UTC-4), 13015416591@s.whatsapp.net (White Lion) => To: 50375763856@s.whatsapp.net**

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 50375763856@s.whatsapp.net | 8/29/2016 2:11:12 PM(UTC-4) | 8/29/2016 2:11:14 PM(UTC-4) | 8/29/2016 2:11:17 PM(UTC-4) |

Attachments:



https://mmi464.whatsapp.net/d/_kHzc1W5jz65j9IqBlt7
BVfEbo4/AnwLxBmDM6CKH9wTQU25slQ1mUXzwk-
PqZ5lPTgTrSkT.enc
cb0c3019c77eed9ee2035ac6cf4a722b.opus

**See transcript of Spanish audio and English translation on next page**

---

**8/29/2016 2:12:36 PM(UTC-4), 50375763856@s.whatsapp.net**

Attachments:



https://mmi667.whatsapp.net/d/JyCKgGExWAwONZq
yGTgMz1fEexM/Ah1cmg1v474kVsBk9TcF-
mSKbvGlY7QkZ5d-jqDL4uIL.enc
PTT-20160829-WA0078.opus

**See transcript of Spanish audio and English translation on next page**

---

**8/29/2016 3:20:47 PM(UTC-4), 13015416591@s.whatsapp.net (White Lion) => To: 50375763856@s.whatsapp.net**

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 50375763856@s.whatsapp.net | 8/29/2016 3:21:03 PM(UTC-4) | 8/29/2016 3:21:33 PM(UTC-4) | 8/29/2016 3:22:23 PM(UTC-4) |

Attachments:



https://mmi267.whatsapp.net/d/qF2IfyhgLNh7oUOLiG
LySVfEix0/AsoLje4aBOjiciAqhuqXWymkkj0xHDYBK
MSXCRF8mjCE.enc
PTT-20160829-WA0080.opus

**See transcript of Spanish audio and English translation on next page**

JA6309

Transcript of Spanish communications on page 2 and English translation

Audio clip PTT-20160829-WA0064
Sí, simón, dogui, me entendés va, y salió, me entendés, la maniacada de abajo salió como tenía que salir, me entendés va vos. Ahí el pollo, me entendés, ya está frito, me entendés va. Y simón, pues, mi hermano, va, ya todo, me entiende, que legal, me entiende, como tenía que ser, me entiende va.

**Yes, yeah man, doggy, you know, and it turned out, you know, the cool thing down there[3] turned out like it had to turn out, you know. The chicken, you know, is already fried, you know. And yeah, my brother, everything, you know, done right, you know, as it had to be, you know.**

[3] *maniacada de abajo… maniacada* lit. "maniac thing," can be translated within context as "cool thing," and, since the gang refers to its acts or activity as *maniacadas,* "gang activity," is also a viable translation; … *de abajo* lit. "of down", "of below", "down there" or similar… *maniacada de abajo* could be translated as "the cool thing down there", or, "the gang activity, the down" and similar concepts.

Audio clip PTT-20160829-WA0065
¿Qué onda, pues [ui]? Usted le iba meter mano. ¿Qué pedo? Pues va ¿sí?
**What's up [ui]? You were going to deal with it. What's up? Weren't you?**

Audio clip PTT-20160829-WA0066
Mira, morralillo, sigue cabrón, ¿y usted no tiene el número de este morro del que le decían Kakarra aquí en Moncagua, va vos?
**Hey, little dude, go ahead, buddy. Do you have the number of this guy that they call Kakarra here in Moncagua,[4] do you?**

[4] Moncagua: A municipality in San Miguel, El Salvador.

Audio clip cb0c3019c77eed9ee2035ac6cf4a722b
N'hombre, ahí simón, perro, ahí tenemos una fona, me entendés va. Tipo que después los colos, pues vale, más esa misión, me entiendes, que fueran, o sea esa daon, me entiendes, va. Y ya tienen ahí el número de ustedes, perro, yo se lo mandé al Negro, me entendés.
**No man, yeah, dog, we have a phone there, you know. Like afterward, the locos, okay, plus that mission, you know, for them to go, I mean, that thing, you know. And they already have you guys' number, dog, I sent it to Negro, you know.**

Audio clip PTT-20160829-WA0078
¿Qué ondas, cabrón? ¿Qué pedo? Wacha ve, ¿qué te dijeron los doguis? ¿Los van a hacer paros con [ui] o qué onda, cabrón?
**What's up, buddy? What's up? Hey, what did the doggies tell you? Are they going to make you guys *paros* with [ui] or what's up, buddy?**

Audio clip PTT-20160829-WA0080
Vaya, wacha ve, perro, que tipo, me entendés va, el colo me está diciendo que hoy se va a hablar esa onda, perro, me entiende, para simón, simón, va vos. Va, pa' ver si tu pedo si podemos bajarle algo a ustedes ahí, me entiende va.
**Right, hey look, dog, like, you know, the loco is telling me that today that thing will be talked about, dog, you know, in order to yeah man, yeah man, you know. You know, to see if your thing, if we can take something down to you guys, you know.**

JA6310



# Extraction Report
Alcatel 5054N One Touch

## Participants

+15713651303
Migel*
(571) 365-1303
Migel*

## Conversation - SMS Messages (1)

Did the kid [masculine] already get there?

To: Migel

Llallego el muchacho

9/26/2016 10:23:15 PM(UTC-4)

GOVERNMENT
EXHIBIT
**51-9**
1:18CR123

| | | |
|---|---|---|
| MV1: | Tópenlo, tópenlo [RUIDOS] [VOCES] Hey vivo, vivo pues hombre [RUIDO] [VOCES] | Hit [pl] him, hit [pl] him [NOISES] [VOICES] Hey, alive, alive then, man [NOISE] [VOICES] |
| UMV: | U/I Certero | U/I Certero |
| UMV: | U/I este corvo no sirve. | U/I this machete is no good. |
| MV1: | Órale, ya estuvo, ya estuvo, Pablo. Ya estuvo ey. | Alright, that's enough, that's enough, Pablo, hey. |
| UMV: | Ese cuchillo recójanlo pues. [U/I ] ¿Evidencia? | That knife, pick it up. [U/I] Evidence? |
| MV1: | Jey, recójame este cuchillo. | Hey, pick this knife up for me. |
| UMV: | Denle el machete a este loco del Certero. | [You guys] give the machete to this loco Certero. |
| UMV: | Que te quede claro hijueputa ¿va? [VOCES] | So it's clear to you, son of a bitch, right? [VOICES] |
| UMV: | N'ombre, ya estuvo, perro. | No man, that's enough, dog. |
| MV1: | Dale Oso, dale Oso, tópelo Oso, tópelo. Tópelo hijueputa, maniaco [VOCES]. | Go Oso, go Oso, hit him Oso, hit him. Hit him, son of a bitch, great [VOICES]. |
| UMV: | La mara hijueputa para que, va, que veas que nosotros, simón pues [VOCES] [RUIDO]. | The *mara*, son of a bitch so that, yeah, so you see that we, yeah well [VOICES] [NOISE]. |
| MV1: | Tirándole la flika a estos culeros. | Taking the film of these faggots. |
| MV1: | Órale, órale, ya estuvo Oso, ya estuvo [VOZ]. | Alright, alright, that's enough, Oso, that's enough [VOICE]. |
| UMV: | // ya apuráte tenélo ahí. | // now hurry up, hold him there. |
| | [END OF RECORDING] | |

GOVERNMENT EXHIBIT
**51-12C**
1:18CR123



GOVERNMENT
EXHIBIT
**51-12D2**
1:18CR123

JA6313

| | | | |
|---|---|---|---|
| UMV: | Hijueputa | Son of a bitch | |
| UMV: | // que la mara hijueputa // [VOZ] que le quede claro me entendés. | // that the *mara*, son of a bitch // [VOICE] so it's clear to you, you know. | |
| UMV: | Hijueputa | Son of a bitch. | |
| MV1: | Aquí // los ratas | Here // the rats | |
| UMV: | Andale tirándole rata a los locos, hijueputa. [VOCES] | Go on ratting on the locos [or: Go on being a rat on the locos], son of a bitch [VOICES] | |
| UMV: | U/I culero // vendido hijueputa va | U/I faggot // sellout son of a bitch, yeah | |
| UMV: | // la mara hijueputa // | // the *mara*, son of a bitch. | |
| UMV: | Simón | Yeah man. | |
| UMV: | Pues hijueputa | Son of a bitch | |
| | [END OF RECORDING] | | |

GOVERNMENT
EXHIBIT
**51-13C**
1:18CR123

JA6314



# Extraction Report
Alcatel 5054N One Touch

**GOVERNMENT EXHIBIT**

**51-14**

1:18CR123

## Data Files (9)

### Images (9)

| # | File Info | | Additional file info | | Thumbnail | Deleted |
|---|---|---|---|---|---|---|
| 1 | Name: | IMG-20161101-WA0136.jpg | Size (bytes): | 97537 | | |
| | Path: | userdata (ExtX)/Root/media/0/WhatsApp/Media/WhatsApp Images/Sent/IMG-20161101-WA0136.jpg | Created: | 11/1/2016 10:52:28 PM(UTC-4) | | |
| | | | Modified: | 11/1/2016 10:52:28 PM(UTC-4) | | |
| | | | Accessed: | 11/1/2016 10:52:28 PM(UTC-4) | | |
| | MD5: | 983b5525c916b91e52a28f2f32103 19b | Source file | | | |
| 2 | Name: | IMG-20161101-WA0137.jpg | Size (bytes): | 117392 | | |
| | Path: | userdata (ExtX)/Root/media/0/WhatsApp/Media/WhatsApp Images/Sent/IMG-20161101-WA0137.jpg | Created: | 11/1/2016 10:52:29 PM(UTC-4) | | |
| | | | Modified: | 11/1/2016 10:52:29 PM(UTC-4) | | |
| | | | Accessed: | 11/1/2016 10:52:29 PM(UTC-4) | | |
| | MD5: | 77a23f69cf6c8f65302ee8b9d54f32 b2 | Source file | | | |
| 3 | Name: | IMG-20161101-WA0138.jpg | Size (bytes): | 105537 | | |
| | Path: | userdata (ExtX)/Root/media/0/WhatsApp/Media/WhatsApp Images/Sent/IMG-20161101-WA0138.jpg | Created: | 11/1/2016 10:52:30 PM(UTC-4) | | |
| | | | Modified: | 11/1/2016 10:52:30 PM(UTC-4) | | |
| | | | Accessed: | 11/1/2016 10:52:30 PM(UTC-4) | | |
| | MD5: | 862d081b89d1de337aeae7706928 781e | Source file | | | |
| 4 | Name: | IMG-20161101-WA0139.jpg | Size (bytes): | 107586 | | |
| | Path: | userdata (ExtX)/Root/media/0/WhatsApp/Media/WhatsApp Images/Sent/IMG-20161101-WA0139.jpg | Created: | 11/1/2016 10:52:31 PM(UTC-4) | | |
| | | | Modified: | 11/1/2016 10:52:31 PM(UTC-4) | | |
| | | | Accessed: | 11/1/2016 10:52:31 PM(UTC-4) | | |
| | MD5: | cbb5f57960d2c07ee02ddaf23d8b1 852 | Source file | | | |
| 5 | Name: | IMG-20161101-WA0140.jpg | Size (bytes): | 116227 | | |
| | Path: | userdata (ExtX)/Root/media/0/WhatsApp/Media/WhatsApp Images/Sent/IMG-20161101-WA0140.jpg | Created: | 11/1/2016 10:52:32 PM(UTC-4) | | |
| | | | Modified: | 11/1/2016 10:52:32 PM(UTC-4) | | |
| | | | Accessed: | 11/1/2016 10:52:32 PM(UTC-4) | | |
| | MD5: | a100ca23739afeda153b717af2405 4c8 | Source file | | | |
| 6 | Name: | IMG-20161101-WA0141.jpg | Size (bytes): | 114428 | | |
| | Path: | userdata (ExtX)/Root/media/0/WhatsApp/Media/WhatsApp Images/Sent/IMG-20161101-WA0141.jpg | Created: | 11/1/2016 10:52:33 PM(UTC-4) | | |
| | | | Modified: | 11/1/2016 10:52:33 PM(UTC-4) | | |
| | | | Accessed: | 11/1/2016 10:52:33 PM(UTC-4) | | |
| | MD5: | a27c35077953e86a8ef2b670b8b1 dbc0 | Source file | | | |
| 7 | Name: | IMG-20161101-WA0037.jpg | Size (bytes): | 173648 | | |
| | Path: | userdata (ExtX)/Root/media/0/WhatsApp/Media/WhatsApp Images/Sent/IMG-20161101-WA0037.jpg | Created: | 11/1/2016 2:52:06 PM(UTC-4) | | |
| | | | Modified: | 11/1/2016 2:52:07 PM(UTC-4) | | |
| | | | Accessed: | 11/1/2016 2:52:06 PM(UTC-4) | | |
| | MD5: | 5524dea2b85849d4d961b6f64ab7 e641 | Source file | | | |
| 8 | Name: | IMG-20161101-WA0043.jpg | Size (bytes): | 166565 | | |
| | Path: | userdata (ExtX)/Root/media/0/WhatsApp/Media/WhatsApp Images/Sent/IMG-20161101-WA0043.jpg | Created: | 11/1/2016 3:09:40 PM(UTC-4) | | |
| | | | Modified: | 11/1/2016 3:09:40 PM(UTC-4) | | |
| | | | Accessed: | 11/1/2016 3:09:40 PM(UTC-4) | | |
| | MD5: | ac086ffb9cf3f8764f06fb14a49f673 b | Source file | | | |
| 9 | Name: | IMG-20161101-WA0157.jpg | Size (bytes): | 102026 | | |
| | Path: | userdata (ExtX)/Root/media/0/WhatsApp/Media/WhatsApp Images/Sent/IMG-20161101-WA0157.jpg | Created: | 11/1/2016 11:37:21 PM(UTC-4) | | |
| | | | Modified: | 11/1/2016 11:37:21 PM(UTC-4) | | |
| | | | Accessed: | 11/1/2016 11:37:21 PM(UTC-4) | | |
| | MD5: | 1046f1704499117e8c5b7999954c 28b6 | Source file | | | |

JA6315



# Extraction Report
Alcatel 5054N One Touch

## Data Files (7)

### Images (7)

| # | File Info | | Additional file info | | Thumbnail | Deleted |
|---|---|---|---|---|---|---|
| 1 | **Name:** | imgcache.0_embedded_178.jpg | Size (bytes): | 45660 | | |
| | **Path:** | userdata (ExtX)/Root/media/0/Android/data/com.tct.gallery3d/cache/imgcache.0/imgcache.0_embedded_178.jpg | Source file | | | |
| | **MD5:** | 5d2c18ebf36e9735046d80c9e92ac330 | | | | |
| 2 | **Name:** | imgcache.0_embedded_179.jpg | Size (bytes): | 44131 | | |
| | **Path:** | userdata (ExtX)/Root/media/0/Android/data/com.tct.gallery3d/cache/imgcache.0/imgcache.0_embedded_179.jpg | Source file | | | |
| | **MD5:** | fed4d7e6542a1b8fe31d4f654cb9139f | | | | |
| 3 | **Name:** | imgcache.0_embedded_180.jpg | Size (bytes): | 45407 | | |
| | **Path:** | userdata (ExtX)/Root/media/0/Android/data/com.tct.gallery3d/cache/imgcache.0/imgcache.0_embedded_180.jpg | Source file | | | |
| | **MD5:** | fe1c0c010a81f47f043220743e5a168a | | | | |
| 4 | **Name:** | imgcache.0_embedded_181.jpg | Size (bytes): | 54160 | | |
| | **Path:** | userdata (ExtX)/Root/media/0/Android/data/com.tct.gallery3d/cache/imgcache.0/imgcache.0_embedded_181.jpg | Source file | | | |
| | **MD5:** | 8bb159df8f8da6039773aa8b2dd7c703 | | | | |
| 5 | **Name:** | imgcache.0_embedded_182.jpg | Size (bytes): | 50982 | | |
| | **Path:** | userdata (ExtX)/Root/media/0/Android/data/com.tct.gallery3d/cache/imgcache.0/imgcache.0_embedded_182.jpg | Source file | | | |
| | **MD5:** | 68d1a7327affa53e1ea086e526d4be99 | | | | |
| 6 | **Name:** | imgcache.0_embedded_191.jpg | Size (bytes): | 62071 | | |
| | **Path:** | userdata (ExtX)/Root/media/0/Android/data/com.tct.gallery3d/cache/imgcache.0/imgcache.0_embedded_191.jpg | Source file | | | |
| | **MD5:** | f6dce4d92bcf31a718751bd7fb0fe7a7 | | | | |
| 7 | **Name:** | imgcache.0_embedded_637.jpg | Size (bytes): | 28771 | | |
| | **Path:** | userdata (ExtX)/Root/media/0/Android/data/com.tct.gallery3d/cache/imgcache.0/imgcache.0_embedded_637.jpg | Source file | | | |
| | **MD5:** | 25fc3def57479283617a6efa04f20bd1 | | | | |

GOVERNMENT
EXHIBIT
**51-15**
1:18CR123

JA6316



Erick Palacios-... Urbanisacion brizas
del norte pasaje 3 To acatepeque
2-25-1998(Chekeo)



GOVERNMENT
EXHIBIT
51-15A
1:18CR123

  

JA6317



Francisco Ávila... Colonia los balsamares Sonsonate... (Chekeo)



🕐 Agregar recordatorio

📍 Ubicación          Creado 11/9

GOVERNMENT
EXHIBIT
**51-15B**
1:18CR123

JA6318





Pablo Barrera.... Maria auxiliadora zenzuntepeque Cabañas.... 5-26-1998(chekeo)

GOVERNMENT EXHIBIT
51-15C
1:18CR123



JA6319





Henrry Zelaya- Moncagua San
Miguel-.. 11-29-1993 (Homeboy)(El
Zertero)

GOVERNMENT
EXHIBIT
51-15D
1:18CR123







Elmer Zelaya- Moncagua San Miguel-
11-05-1990(Homeboy)(El Killer
Asesino)

GOVERNMENT
EXHIBIT
**51-15E**
1:18CR123





**Gregorio**
hoy a las 06:22 p.m.

27 DE SEPTIEMBRE DE 2016

🔒 Las llamadas y mensajes enviados a este chat ahora están seguros con cifrado de extremo a extremo. Toca para más información.

HOY

06:19 P.M.

De chulton v colonia la costasia Santamaria  06:19 P.M.

El horror  06:22 P.M. ✓✓

GOVERNMENT EXHIBIT
**51-15F**
1:18CR123

Escribir mensaje

JA6322



GOVERNMENT
EXHIBIT
**51-15G**
1:18CR123

JA6323

**GOVERNMENT EXHIBIT**

**52-5**

**1:18CR123**

## User Accounts (19)

| # | User Account | Entries | Addresses | Notes | Deleted |
|---|---|---|---|---|---|
| 1 | **Creation time** **Username:** memito1331@gmail.com **Password:** oauth2rt_1/n3J4mr6_O9RRtxQod 1jS4fyZp5v0_awzHZjAlvxwnGc **Service Type:** com.google | | | **Source Extraction:** Physical Data Extraction | |
| 2 | **Creation time** 11/9/2016 12:00:00 AM **Username:** elmer05.ez22@gmail.com **Password:** 0000 **Service Type:** KeepSafe | | | **Source Extraction:** Physical Data Extraction | |
| 3 | **Creation time** **Username:** Phone **Service Type:** com.lge.sync | | | **Source Extraction:** Physical Data Extraction | |
| 4 | **Creation time** **Username:** SIM **Service Type:** com.android.contacts.sim | | | **Source Extraction:** Physical Data Extraction | |
| 5 | **Creation time** **Service Type:** Facebook messenger | | | **Source Extraction:** Physical Data Extraction | |
| 6 | **Creation time** **Username:** memito1331@gmail.com **Service Type:** Gmail | | | **Source Extraction:** Physical Data Extraction | |
| 7 | **Creation time** **Username:** memito1331@gmail.com **Service Type:** Google Maps | | | **Source Extraction:** Physical Data Extraction | |
| 8 | **Creation time** **Username:** +15714451794 **Service Type:** MMS | **Phone:** +15714451794 | | **Source Extraction:** Physical Data Extraction | |
| 9 | **Creation time** **Username:** 15714451794@s.whatsapp.net **Account Name:** Alex ZM **Service Type:** WhatsApp **Photos:** photo1.jpg | **Phone:** Mobile 5714451794 | | **Source Extraction:** Physical Data Extraction | |

JA6324

| | | | | | |
|---|---|---|---|---|---|
| 10 | **Creation time**<br>**Account Name:** Danilo Perez<br><br>**Service Type:** Facebook<br><br>**Photos:** photo1.jpg | **User ID:**<br>Facebook 100010783301767<br><br>**Email:**<br>daniloperez162@yahoo.com | | image url: https://scontent-iad3-1.xx.fbcdn.net/v/t1.0-1/13177148_23387817031 4958_238435369689 2367451_n.jpg?efg=eyJkdHciOiIifQ%3D%3D&_nc_ad=z-m&oh=c1244830a35092b6b7b074972b51a408&oe=588EC6B3<br>image url: https://scontent-iad3-1.xx.fbcdn.net/v/t1.0-1/p120x120/13177148_23387817031 4958_238 4353696892367451_n.jpg?efg=eyJkdHciOiIifQ%3D%3D&_nc_ad=z-m&oh=103d8e35541f48ce23e2f28926e34915&oe=588E1FCD<br>image url: https://scontent-iad3-1.xx.fbcdn.net/v/t1.0-1/p80x80/13177148_233878170314958_23843 53696892367451_n.jpg?efg=eyJkdHciOiIifQ%3D%3D&_nc_ad=z-m&oh=8e3630747057fc0697713ac5fb1f255c&oe=5891F534<br>image url: https://scontent-iad3-1.xx.fbcdn.net/v/t1.0-1/p80x80/13177148_233878170314958_23843 53696892367451_n.jpg?efg=eyJkdHciOiIifQ%3D%3D&_nc_ad=z-m&oh=ace399573cb88c656d4a27811d09791e&oe=58B98234<br>**Source Extraction:** Physical Data Extraction | |
| 11 | **Creation time**<br>**Username:** 100010783301767<br><br>**Account Name:** Danilo Perez<br><br>**Service Type:** Facebook messenger<br><br>**Photos:** photo1.jpg | **Facebook user ID:**<br>100010783301767<br><br>**Email:**<br>daniloperez162@yahoo.com | | image url: https://scontent.xx.fbcdn.net/v/t1.0-1/p80x80/13177148_233878170314958_23843 53696892367451_n.jpg?_nc_ad=z-m&oh=ace399573cb88c656d4a27811d09791e&oe=58B98234<br>**Source Extraction:** Physical Data Extraction | |
| 12 | **Creation time**<br>**Username:** Persona desconocida<br><br>**Account Name:** Elmer Martinez<br><br>**Service Type:** Hangouts | | | **Source Extraction:** Physical Data Extraction | |
| 13 | **Creation time**<br>**Username:**<br>memito1331@gmail.com<br><br>**Account Name:** Elmer Martinez<br><br>**Service Type:** Google Photos | | | **Source Extraction:** Physical Data Extraction | |
| 14 | **Creation time**<br>**Username:**<br>memito1331@gmail.com<br><br>**Account Name:** Elmer Martinez<br><br>**Service Type:** Google Docs | | | **Source Extraction:** Physical Data Extraction | |
| 15 | **Creation time**<br>**Username:**<br>memito1331@gmail.com<br><br>**Account Name:** Elmer Martinez<br><br>**Service Type:** Google Drive | | | **Source Extraction:** Physical Data Extraction | |
| 16 | **Creation time**<br>**Username:** chuchito1331<br><br>**Account Name:** Memito1331 ZM<br><br>**Password:**<br>E5A2FC9EA692F96F40E022E71 5597442<br><br>**Service Type:** Snapchat | **User ID:**<br>phone_number +15713651303<br>mobile_verification_send_to_num ber +19372034486<br>lastSuccessfulLoginUsername chuchito1331<br>mobile verification key ODM3MzpjaHVjaGl0bzEzMzE= email memito1331@gmail.com | | **Source Extraction:** Physical Data Extraction | |
| 17 | **Creation time**<br>**Username:** 1478632644746<br><br>**Account Name:**<br>memito1331@gmail.com<br><br>**Service Type:** Google Client ID | | | **Source Extraction:** Physical Data Extraction | |

JA6325

| 18 | **Creation time**<br>**Account Name:** Morenito Martinez<br><br>**Service Type:** Facebook | **Email:**<br>elmerzelaya360@yahoo.com | | image url: https://scontent-iad3-1.xx.fbcdn.net/v/t1.0-1/p80x80/13726822_1017705565016189_4483531728446104509_n.jpg?efg=eyJkdHciOiIifQ%3D%3D&_nc_ad=z-m&oh=6d6b6f7a98342ebc182529d6618cb2ca&oe=58C75669<br>**Source Extraction:** Physical Data Extraction | |
| 19 | **Creation time**<br>**Username:** lokitozelaya360<br><br>**Account Name:** Zelaya Zelaya<br><br>**Service Type:** Instagram | | | **Source Extraction:** Physical Data Extraction | |

JA6326

| 223 | Nombre: | IMG-20160927-WA0067.jpg | Tamaño (bytes): | 102505 |  | |
|---|---|---|---|---|---|---|
| | Ruta: | Media/Memoria interna/WhatsApp/Media/WhatsApp Images/IMG-20160927-WA0067.jpg | Creado: | 27/09/2016 08:37:05 p.m. | | |
| | | | Extracción de origen | Lógica | | |
| | MD5: | 229a5dc5f22bbe1cd83630b36c0f435e | | | | |
| 224 | Nombre: | IMG-20160927-WA0068.jpg | Tamaño (bytes): | 156649 |  | |
| | Ruta: | Media/Memoria interna/WhatsApp/Media/WhatsApp Images/IMG-20160927-WA0068.jpg | Creado: | 27/09/2016 08:37:08 p.m. | | |
| | | | Extracción de origen | Lógica | | |
| | MD5: | a3a7747f33eb518fc81621bde829b623 | | | | |
| 225 | Nombre: | IMG-20160928-WA0007.jpg | Tamaño (bytes): | 62108 |  | |
| | Ruta: | Media/Memoria interna/WhatsApp/Media/WhatsApp Images/IMG-20160928-WA0007.jpg | Creado: | 28/09/2016 11:53:19 a.m. | | |
| | | | Extracción de origen | Lógica | | |
| | MD5: | 7f52fa7dd98bdbd7abdf224c9639bc51 | | | | |
| | Duplicados (1) | | | | | |
| 226 | Nombre: | IMG-20160928-WA0029.jpg | Tamaño (bytes): | 139657 |  | |
| | Ruta: | Media/Memoria interna/WhatsApp/Media/WhatsApp Images/IMG-20160928-WA0029.jpg | Creado: | 28/09/2016 04:14:02 p.m. | | |
| | | | Extracción de origen | Lógica | | |
| | MD5: | 3ac00d7f9bc997eaebadadec0e184e34 | | | | |
| 227 | Nombre: | IMG-20160928-WA0049.jpg | Tamaño (bytes): | 24364 |  | |
| | Ruta: | Media/Memoria interna/WhatsApp/Media/WhatsApp Images/IMG-20160928-WA0049.jpg | Creado: | 28/09/2016 10:09:01 p.m. | | |
| | | | Extracción de origen | Lógica | | |
| | MD5: | fc54a545b1e70bc67f036a2f4fce9584 | | | | |
| 228 | Nombre: | IMG-20160929-WA0024.jpg | Tamaño (bytes): | 65452 |  | |
| | Ruta: | Media/Memoria interna/WhatsApp/Media/WhatsApp Images/IMG-20160929-WA0024.jpg | Creado: | 29/09/2016 11:43:47 a.m. | | |
| | | | Extracción de origen | Lógica | | |
| | MD5: | 595ba3e83077425d75b896eadead613d | | | | |
| | Duplicados (1) | | | | | |
| 229 | Nombre: | IMG-20160929-WA0074.jpg | Tamaño (bytes): | 75541 |  | |
| | Ruta: | Media/Memoria interna/WhatsApp/Media/WhatsApp Images/IMG-20160929-WA0074.jpg | Creado: | 29/09/2016 03:45:45 p.m. | | |
| | | | Extracción de origen | Lógica | | |
| | MD5: | 7124f2df17eebb83b47c8547a12a244a | | | | |
| 230 | Nombre: | IMG-20160929-WA0075.jpg | Tamaño (bytes): | 59737 |  | |
| | Ruta: | Media/Memoria interna/WhatsApp/Media/WhatsApp Images/Sent/IMG-20160929-WA0075.jpg | Creado: | 29/09/2016 03:59:24 p.m. | | |
| | | | Extracción de origen | Lógica | | |
| | MD5: | 3e48b7524cca802ecdf991d6b5ea073a | | | | |
| 231 | Nombre: | IMG-20160929-WA0077.jpg | Tamaño (bytes): | 49325 |  | |
| | Ruta: | Media/Memoria interna/WhatsApp/Media/WhatsApp Images/IMG-20160929-WA0077.jpg | Creado: | 29/09/2016 04:14:49 p.m. | | |
| | | | Extracción de origen | Lógica | | |
| | MD5: | d5596c56f52a16f2405d693ba8126c79 | | | | |
| 232 | Nombre: | IMG-20160929-WA0078.jpg | Tamaño (bytes): | 55679 |  | |
| | Ruta: | Media/Memoria interna/WhatsApp/Media/WhatsApp Images/IMG-20160929-WA0078.jpg | Creado: | 29/09/2016 04:14:52 p.m. | | |
| | | | Extracción de origen | Lógica | | |
| | MD5: | adc53d97016ec8c7bfe5e3d00bd28846 | | | | |
| 233 | Nombre: | IMG-20160929-WA0079.jpg | Tamaño (bytes): | 46314 |  | |
| | Ruta: | Media/Memoria interna/WhatsApp/Media/WhatsApp Images/IMG-20160929-WA0079.jpg | Creado: | 29/09/2016 04:14:54 p.m. | | |
| | | | Extracción de origen | Lógica | | |
| | MD5: | 13e9b32c6d814a993c7c182b8d9664ba | | | | |

GOVERNMENT
EXHIBIT
53-3
1:18CR123

JA6327

| 234 | Nombre: | IMG-20160929-WA0080.jpg | Tamaño (bytes): | 49546 |  | |
|---|---|---|---|---|---|---|
| | Ruta: | Media/Memoria interna/WhatsApp/Media/WhatsApp Images/IMG-20160929-WA0080.jpg | Creado: | 29/09/2016 04:14:57 p.m. | | |
| | | | Extracción de origen | Lógica | | |
| | MD5: | 01f3678eebf46e81c5ebeaddfeb50037 | | | | |
| 235 | Nombre: | IMG-20160929-WA0081.jpg | Tamaño (bytes): | 55245 |  | |
| | Ruta: | Media/Memoria interna/WhatsApp/Media/WhatsApp Images/IMG-20160929-WA0081.jpg | Creado: | 29/09/2016 04:14:59 p.m. | | |
| | | | Extracción de origen | Lógica | | |
| | MD5: | 43e69c89a3d772b0df02b851749b6698 | | | | |
| 236 | Nombre: | IMG-20160929-WA0082.jpg | Tamaño (bytes): | 114533 |  | |
| | Ruta: | Media/Memoria interna/WhatsApp/Media/WhatsApp Images/IMG-20160929-WA0082.jpg | Creado: | 29/09/2016 04:27:27 p.m. | | |
| | | | Extracción de origen | Lógica | | |
| | MD5: | 9479b15640f664d4eaaaa9279d22713c | | | | |
| 237 | Nombre: | IMG-20160929-WA0083.jpg | Tamaño (bytes): | 17630 |  | |
| | Ruta: | Media/Memoria interna/WhatsApp/Media/WhatsApp Images/IMG-20160929-WA0083.jpg | Creado: | 29/09/2016 04:37:05 p.m. | | |
| | | | Extracción de origen | Lógica | | |
| | MD5: | 16573675726bf8b4327fc5b57a770590 | | | | |
| 238 | Nombre: | IMG-20160929-WA0094.jpg | Tamaño (bytes): | 55142 |  | |
| | Ruta: | Media/Memoria interna/WhatsApp/Media/WhatsApp Images/IMG-20160929-WA0094.jpg | Creado: | 29/09/2016 07:11:02 p.m. | | |
| | | | Extracción de origen | Lógica | | |
| | MD5: | 266193412c3bbf21a5b270f4859ad619 | | | | |
| 239 | Nombre: | IMG-20160929-WA0095.jpg | Tamaño (bytes): | 66494 |  | |
| | Ruta: | Media/Memoria interna/WhatsApp/Media/WhatsApp Images/IMG-20160929-WA0095.jpg | Creado: | 29/09/2016 07:11:51 p.m. | | |
| | | | Extracción de origen | Lógica | | |
| | MD5: | c9ea53d2779ffb125bb957257dd43f70 | | | | |
| | Duplicados (1) | | | | | |
| 240 | Nombre: | IMG-20160929-WA0096.jpg | Tamaño (bytes): | 57003 |  | |
| | Ruta: | Media/Memoria interna/WhatsApp/Media/WhatsApp Images/IMG-20160929-WA0096.jpg | Creado: | 29/09/2016 07:18:35 p.m. | | |
| | | | Extracción de origen | Lógica | | |
| | MD5: | 2866a473829906b89452b9be0a02a25b | | | | |
| | Duplicados (1) | | | | | |
| 241 | Nombre: | IMG-20160929-WA0097.jpg | Tamaño (bytes): | 46438 |  | |
| | Ruta: | Media/Memoria interna/WhatsApp/Media/WhatsApp Images/IMG-20160929-WA0097.jpg | Creado: | 29/09/2016 07:19:52 p.m. | | |
| | | | Extracción de origen | Lógica | | |
| | MD5: | cb1ea48bc579a1a69bb7160d9076bf47 | | | | |
| | Duplicados (1) | | | | | |
| 242 | Nombre: | IMG-20160929-WA0107.jpg | Tamaño (bytes): | 141106 |  | |
| | Ruta: | Media/Memoria interna/WhatsApp/Media/WhatsApp Images/IMG-20160929-WA0107.jpg | Creado: | 29/09/2016 07:58:18 p.m. | | |
| | | | Extracción de origen | Lógica | | |
| | MD5: | 8c5605da6d2e99f9a0c7fbba279c99cc | | | | |
| 243 | Nombre: | IMG-20160929-WA0108.jpg | Tamaño (bytes): | 128001 |  | |
| | Ruta: | Media/Memoria interna/WhatsApp/Media/WhatsApp Images/IMG-20160929-WA0108.jpg | Creado: | 29/09/2016 07:59:01 p.m. | | |
| | | | Extracción de origen | Lógica | | |
| | MD5: | 66b746198526dc48227c78de7f57043d | | | | |
| 244 | Nombre: | IMG-20160930-WA0011.jpg | Tamaño (bytes): | 82438 |  | |
| | Ruta: | Media/Memoria interna/WhatsApp/Media/WhatsApp Images/IMG-20160930-WA0011.jpg | Creado: | 30/09/2016 07:55:42 a.m. | | |
| | | | Extracción de origen | Lógica | | |
| | MD5: | 0cf4d17528bdf32007b647f99134dd67 | | | | |

JA6328



Erick Palacios-... Urbanisacion brizas
del norte pasaje 3 To acatepeque
2-25-1998(Chekeo)



GOVERNMENT
EXHIBIT
**53-3A**
1:18CR123








Elmer Zelaya- Moncagua San Miguel-
11-05-1990(Homeboy)(El Killer
Asesino)

GOVERNMENT
EXHIBIT
53-3B
1:18CR123







Francisco Ávila... Colonia los balsamares Sonsonate... (Chekeo)

Agregar recordatorio

Ubicación                    Creado 11/9

GOVERNMENT
EXHIBIT
53-3C
1:18CR123

JA6331





Pablo Barrera.... Maria auxiliadora zenzuntepeque Cabañas....
5-26-1998(chekeo)

GOVERNMENT
EXHIBIT
**53-3D**
1:18CR123



JA6332






Henrry Zelaya- Moncagua San
Miguel-.. 11-29-1993 (Homeboy)(El
Zertero)



GOVERNMENT
EXHIBIT
**53-3E**
1:18CR123



**Gregorio**
hoy a las 06:22 p.m.

27 DE SEPTIEMBRE DE 2016

🔒 Las llamadas y mensajes enviados a este chat ahora están seguros con cifrado de extremo a extremo. Toca para más información.

HOY


06:19 P.M.

De chulton v colonia la costasia Santamaria
06:19 P.M.

 Este es el jomboy horror



GOVERNMENT
EXHIBIT
**53-3F**
1:18CR123

JA6334



GOVERNMENT
EXHIBIT

53-3G

1:18CR123

JA6335



# Extraction Report
Cellebrite Reports

## Participants


100006616145131
Elperverso Melendez


100014943555312
Azazel Hernandez (owner)

## Conversation - Instant Messages (17)

**Yeah, and where are you now?**

> 100014943555312 Azazel Hernandez
>
> Simón y donde estas ya
>
> **Platform:** Mobile
>
> 1/24/2017 3:11:33 PM(UTC-5)

Source Extraction:
Physical

> 100006616145131 Melendez Elperverso
>
> en fronteras lok
>
> **Platform:** Mobile
>
> 1/24/2017 3:13:49 PM(UTC-5)

**At the border, loco.**

Source Extraction:
Physical

**Right, and what's up, where is that coyote from?**

> 100014943555312 Azazel Hernandez
>
> Orale y q pedo ese coyote de donde es
>
> **Platform:** Mobile
>
> 1/24/2017 3:14:25 PM(UTC-5)

Source Extraction:
Physical

**The thing is that I use one, dog, but to get me out to Mexico.**

> 100014943555312 Azazel Hernandez
>
> El pedo q yo ocupo uno pero para q me saque para mexico
>
> **Platform:** Mobile
>
> 1/24/2017 3:14:50 PM(UTC-5)

Source Extraction:
Physical

**GOVERNMENT EXHIBIT**
**54-7**
1:18CR123

JA6336

**100006616145131 Melendez Elperverso**

ese es de sansalvador y voz xq te q res benir de aya

**Platform:** Mobile

1/24/2017 3:16:46 PM(UTC-5)

Source Extraction:
Physical

He's from San Salvador. And why do you want to come from there?

**100014943555312 Azazel Hernandez**

Yo ando pedo full porque pegue 2 chavalas aquí perro

**Platform:** Mobile

1/24/2017 3:17:33 PM(UTC-5)

Source Extraction:
Physical

I have a big problem because I hit [assaulted/murdered] 2 chavalas here, dog.

**100014943555312 Azazel Hernandez**

Y x eso me quiero mover antes q me acaparen

**Platform:** Mobile

1/24/2017 3:17:58 PM(UTC-5)

Source Extraction:
Physical

And that's why I want to move before they capture me.

**100006616145131 Melendez Elperverso**

nojodas simon ponele mente xq si te agarran ahi te van aser mierda

**Platform:** Mobile

1/24/2017 3:20:05 PM(UTC-5)

Source Extraction:
Physical

Shit, yeah man put your mind to it because if they catch you there, they're going to fuck you up.

**100014943555312 Azazel Hernandez**

Simón pero no hay pedo lo bueno q eran 2 chavalitas culeros

**Platform:** Mobile

1/24/2017 3:20:37 PM(UTC-5)

Source Extraction:
Physical

Yeah man, but no problem. The good thing is that they were 2 little chavala faggots.

**100014943555312 Azazel Hernandez**

X eso quiero ver q dop irme sin caer

**Platform:** Mobile

1/24/2017 3:20:55 PM(UTC-5)

Source Extraction:
Physical

That's why I want to see if I can go without getting caught.

**100006616145131 Melendez Elperverso**

esos culeritoz selos yevo la veztia

**Platform:** Mobile

1/24/2017 3:21:58 PM(UTC-5)

Source Extraction:
Physical

Those little faggots were taken by the beast.

2

JA6337

**Doubt it, dog, I stabbed them about 1,000 times.**

100014943555312 Azazel Hernandez

Dudalo perro si les sampe como 1,000 filerasos

**Platform:** Mobile

1/24/2017 3:22:41 PM(UTC-5)

Source Extraction:
Physical

**Their heads ended up in tatters.**

100014943555312 Azazel Hernandez

Desaradps quedaron de el coco

**Platform:** Mobile

1/24/2017 3:23:00 PM(UTC-5)

Source Extraction:
Physical

100006616145131 Melendez Elperverso

jjj orale perro sienpre firme con la mara perro

**Platform:** Mobile

1/24/2017 3:24:57 PM(UTC-5)

**Haha, right, dog always strong with the Mara, dog.**

Source Extraction:
Physical

**Yeah I need one more hit [assault/murder] for homeboy.**

100014943555312 Azazel Hernandez

Simón una gapa para homboy me falta

**Platform:** Mobile

1/24/2017 3:25:27 PM(UTC-5)

Source Extraction:
Physical

**Dog, and that one will be done any day now.**

100014943555312 Azazel Hernandez

Perro y esa en estos días sale

**Platform:** Mobile

1/24/2017 3:25:39 PM(UTC-5)

Source Extraction:
Physical

100006616145131 Melendez Elperverso

simon pegando esa y te movez de ahi

**Platform:** Mobile

1/24/2017 3:26:36 PM(UTC-5)

**Yeah, hitting [assault/kill] that one and then move from there.**

Source Extraction:
Physical

JA6338



GOVERNMENT EXHIBIT

**57-10**

1:18CR123

## Data Files (7)

### Images (7)

| # | File Info | | Additional file info | | Thumbnail | Deleted |
|---|---|---|---|---|---|---|
| 1 | Name:<br>Path:<br><br>MD5: | 1512936606069.jpg<br>Image (ExtX)/Root/media/0/DCIM/.thumbnails/1512936606069.jpg<br>d499dc6dd18f1d57b730a3c4aa382194 | Size (bytes):<br>Created:<br>Modified:<br>Accessed:<br>Source file | 40711<br>12/10/2017 3:10:06 PM(UTC-5)<br>12/10/2017 3:10:06 PM(UTC-5)<br>12/10/2017 3:10:06 PM(UTC-5)<br>Image (ExtX)/Root/media/0/DCIM/.thumbnails/1512936606069.jpg : 0x0 (Size: 40711 bytes) | | |
| 2 | Name:<br>Path:<br><br>MD5: | 1512936606360.jpg<br>Image (ExtX)/Root/media/0/DCIM/.thumbnails/1512936606360.jpg<br>a3616f817cfac067d76c99bea3c668bc | Size (bytes):<br>Created:<br>Modified:<br>Accessed:<br>Source file | 35874<br>12/10/2017 3:10:06 PM(UTC-5)<br>12/10/2017 3:10:06 PM(UTC-5)<br>12/10/2017 3:10:06 PM(UTC-5)<br>Image (ExtX)/Root/media/0/DCIM/.thumbnails/1512936606360.jpg : 0x0 (Size: 35874 bytes) | | |
| 3 | Name:<br>Path:<br><br>MD5: | 1512936606594.jpg<br>Image (ExtX)/Root/media/0/DCIM/.thumbnails/1512936606594.jpg<br>80f9d2d52b6ac765ecfef0e1697def3e | Size (bytes):<br>Created:<br>Modified:<br>Accessed:<br>Source file | 41336<br>12/10/2017 3:10:06 PM(UTC-5)<br>12/10/2017 3:10:06 PM(UTC-5)<br>12/10/2017 3:10:06 PM(UTC-5)<br>Image (ExtX)/Root/media/0/DCIM/.thumbnails/1512936606594.jpg : 0x0 (Size: 41336 bytes) | | |
| 4 | Name:<br>Path:<br><br>MD5: | 1512936606896.jpg<br>Image (ExtX)/Root/media/0/DCIM/.thumbnails/1512936606896.jpg<br>51b122477dc6c3e9c4cd06cc70f13b63 | Size (bytes):<br>Created:<br>Modified:<br>Accessed:<br>Source file | 42974<br>12/10/2017 3:10:06 PM(UTC-5)<br>12/10/2017 3:10:06 PM(UTC-5)<br>12/10/2017 3:10:06 PM(UTC-5)<br>Image (ExtX)/Root/media/0/DCIM/.thumbnails/1512936606896.jpg : 0x0 (Size: 42974 bytes) | | |
| 5 | Name:<br>Path:<br><br>MD5: | 1512936607130.jpg<br>Image (ExtX)/Root/media/0/DCIM/.thumbnails/1512936607130.jpg<br>e859fe5b9a67b1db1f653b4464e1f79b | Size (bytes):<br>Created:<br>Modified:<br>Accessed:<br>Source file | 45190<br>12/10/2017 3:10:07 PM(UTC-5)<br>12/10/2017 3:10:07 PM(UTC-5)<br>12/10/2017 3:10:07 PM(UTC-5)<br>Image (ExtX)/Root/media/0/DCIM/.thumbnails/1512936607130.jpg : 0x0 (Size: 45190 bytes) | | |
| 6 | Name:<br>Path:<br><br>MD5: | 1512936607419.jpg<br>Image (ExtX)/Root/media/0/DCIM/.thumbnails/1512936607419.jpg<br>2425f7f49595523ac08da96dd24e4f48 | Size (bytes):<br>Created:<br>Modified:<br>Accessed:<br>Source file | 41430<br>12/10/2017 3:10:07 PM(UTC-5)<br>12/10/2017 3:10:07 PM(UTC-5)<br>12/10/2017 3:10:07 PM(UTC-5)<br>Image (ExtX)/Root/media/0/DCIM/.thumbnails/1512936607419.jpg : 0x0 (Size: 41430 bytes) | | |
| 7 | Name:<br>Path:<br><br>MD5: | 1512936607628.jpg<br>Image (ExtX)/Root/media/0/DCIM/.thumbnails/1512936607628.jpg<br>aa73e1aaac7e8a60c35929fa26c2ebb9 | Size (bytes):<br>Created:<br>Modified:<br>Accessed:<br>Source file | 35361<br>12/10/2017 3:10:07 PM(UTC-5)<br>12/10/2017 3:10:07 PM(UTC-5)<br>12/10/2017 3:10:07 PM(UTC-5)<br>Image (ExtX)/Root/media/0/DCIM/.thumbnails/1512936607628.jpg : 0x0 (Size: 35361 bytes) | | |

JA6339


[OFERTAS]
PARA TU COMPRA/RENT
➕ ¡ AÑO DE MANTENIMIENTO *GRATIS* !
👉 MÁS INFORMACIÓN

☰



# Las impactantes revleaciones del asesinato de dos jóvenes de Virginia a manos la MS-13

[FOTOS] Edvin Escobar Mendez/ Sergio Arita Treminio]



VIRGINIA -  Se revelan detalles de la muerte de dos jóvenes de Virginia, que fueron asesinados por miembros de la Mara Salvatrucha el año pasado y cuyos restos fueron encontrados este año en el Holme Run Park del condado de Fairfax.

💬

**GOVERNMENT EXHIBIT**
**57-10A-1**
1:18CR123

Shocking Revelations                                          SHARE

VIRGINIA

The Shocking Revelations of the Murders of two Virginia Youths at the Hands of MS-13

[Photos| Edvin Escobar Mendez / Sergio Arita Treminio]

VIRGINIA – Details are revealed of the death of two Virginia youths who were murdered by members of the Mara Salvatrucha last year and whose remains were found this year in the Holmes Run Park in Fairfax County.

GOVERNMENT
EXHIBIT
**57-10A-2**
1:18CR123

← Las impactantes revelacio...
🔒 www.noticiasdhw.com
COMPARTIR

GOVERNMENT
EXHIBIT
57-10B-1
1:18CR123

VIRGINIA - Se revelan detalles de la m de dos jóvenes de Virginia, que fueron asesinados por miembros de la Mara Salvatrucha el año pasado y cuyos restos fueron encontrados este año en el Holmes Run Park del condado de Fairfax.

Las órdenes de búsqueda citadas por la corte del condado, fueron reveladas el viernes al Washington Post, donde se habla del desaparecimiento de los dos jóvenes y el motivo por el cual los asesinaron.

- **LEE TAMBIÉN | Podría enfrentar hasta 60 años en prisión por participar en el asesinato de joven salvadoreña**

### El Secuestro de "Edwin Méndez"

La primera desaparición se registró el 28 de agosto del 2016 y fue la del joven guatemalteco, Edwin Méndez de 17 años, quien según el documento de la corte. el joven recibió tres llamadas ese día por parte de una persona no identificada. Según el documento, Méndez contestó a la tercera vez y solo se escucho que dijo, "Espérame, estaré allí".



JA6342

VIRGINIA – Details are revealed of the death of two Virginia youths who were murdered by members of the Mara Salvatrucha last year and whose remains were found this year in the Holmes Run Park in Fairfax County.

The search warrants issued by the county court were disclosed on Friday to the Washington Post, in which mention is made of the disappearance of the two youths and the motive for which they were murdered.

- READ ALSO | Facing up to 60 years in prison for participating in the murder of a female Salvadorean youth.

**The Kidnapping of "Edvin Méndez"**

The first disappearance was recorded on August 28, 2016 and it was of the 17-year-old Guatemalan youth Edvin Méndez, who according to the court document, received three calls that day by a non-identified person. According to the document, Méndez answered on the third time and it was only heard that he said, "Wait for me, I'll be there."

GOVERNMENT
EXHIBIT
**57-10B-2**
1:18CR123

JA6343



El joven salió de su residencia de Falls Church
ese mismo día, pero nunca regresó a casa. En
el documento dice que la familia no lo reportó
como desaparecido hasta el 1 de septiembre
y no fue hasta mediados de ese mes que la
familia de Méndez comenzó a sospechar que
el caso estaba relacionado con las pandillas.

Durante tres semanas el hermano de Méndez,
contactó a través del Facebook a un conocido
de su hermano que
fue identificado como Sergio Arita Trimino de
14 años, pidiendo información acerca de su
hermano.

El hermano de Méndez y Arita, acordaron
reunirse en un hotel de Alexandria, donde
Arita, quién según el documento de la corte
era un "asociado de la MS-13", le dijo al
hermano de Méndez que este había sido
secuestrado y asesinada por miembros de la
Mara Salvatrucha. Según Arita el motivo del
asesinato de Méndez había sido porque se
creía que el era un espía de la pandilla del
Barrio 18.

- **NOTICIA DE INTERÉS |** Dos nuevas
capturas en conexión con macabro
asesinato de Wheaton

GOVERNMENT
EXHIBIT
**57-10C-1**
1:18CR123

JA6344

The youth came out of his residence in Falls Church that same day, but never returned home. The document says that the family did not report him as missing until September 1, and it was not until the middle of that month that the Méndez family started to suspect that the case was gang related.

During three weeks, Méndez' brother made contact through Facebook with an acquaintance of his brother, who was identified as 14-year-old Sergio Arita Triminio, asking for information about his brother.

Méndez' brother and Arita agreed to meet at a hotel in Alexandria, where Arita, who, according to the court document, was an "associate of MS-13," told Méndez' brother that Méndez had been kidnapped and murdered by members of the Mara Salvatrucha. According to Arita, the motive for the murder of Méndez had been because it was believed that he was a spy for the Barrio 18 gang.

- News of Interest | Two new arrests related to the grim Wheaton murder

GOVERNMENT
EXHIBIT
**57-10C-2**
1:18CR123

   
**capturas en conexión con macabro
asesinato de Wheaton**

### El Secuestro de "Sergio Arita"



En la orden de la corte, se habla sobre el
segundo secuestro y asesinato relacionado
con este caso, y fue el de Sergio Arita Trimino.
Según la información proporcionada,
Arita desapareció el día siguiente a la reunión
que sostuvo con el hermano de Méndez.

De acuerdo con las autoridades, Arita salió de
su apartamento, en pijama, alrededor de las 8
de la noche el 26 de septiembre del 2016,
para tirar la basura. Según su madre, Karla
Treminio, ella le empezó a llamar y a enviar
mensajes de texto después de 15 a 20
minutos, pero el nunca los contestó.

Durante su desaparición, los documentos de
la corte dicen que Arita portaba un grillete
localizador ordenado por la corte, ya que su
madre había pedido la ayuda de la policía y
de la corte juvenil porque Arita estaba
teniendo problemas disciplinarios tras
ser abordado por miembros de pandillas en la
escuela y estaba desapareciendo a menudo.
Después del 26 de septiembre, la locación de
Arita ya no fue encontrada.

■ PROBLEMAS DE 2

GOVERNMENT
EXHIBIT
**57-10D-1**
1:18CR123

JA6346

**The kidnapping of "Sergio Arita"**

Mention is made in the court order of the second kidnapping and murder related to this case, that of Sergio Arita Triminio. According to information provided, Arita disappeared the day after the meeting he held with Méndez' brother.

According to the authorities, Arita came out of his apartment, in pajamas, at about 8:00 p.m. on September 26, 2016, to take out the garbage. According to his mother, Karla Treminio, she began to call and send him text messages after 15 to 20 minutes, but he never responded.

The court documents state that during his disappearance Arita had on him a location ankle bracelet ordered by the court, given that his mother had asked for help from the police and the juvenile court because Arita was having disciplinary problems after being approached in school by gang members and he was frequently missing. After September 26, Arita's location was no longer found.

GOVERNMENT
EXHIBIT

**57-10D-2**
1:18CR123

 




Sergio no fue reportado como desaparecido
hasta 4 de octubre. La madre de Arita
sospechó que la desaparición de su hijo
estaba relacionada con las pandillas porque
según ella, una joven, descrita como
integrante de la MS-13, se le había acercado
poco después de la desaparición de su hijo,
ofreciéndole ayuda para encontrarlo. La
madre le dijo a las autoridades que ella había
llegado a la conclusión que la joven solo
quería averiguar lo que ella le había dicho a la
policía.

Fue hasta diciembre que la policía y los
detectives del caso desarrollaron información
que indicaba que la escena del asesinato de
Edvin y Sergio había sido el Holmes Run Park
ubicado al oeste de Falls Church.

Los restos de los dos jóvenes
desaparecidos fueron encontrados el 28 de
febrero del 2017, a unos 300 metros
dentro del parque en una tumba clandestina.
Sin embargo, la policía no anunció el hall
hasta el 3 de marzo.



GOVERNMENT EXHIBIT
57-10E-1
1:18CR123

JA6348

Sergio was not reported as missing until October 4. Arita's mother suspected that the disappearance of her son was gang related, because, according to her, a young lady, described as a member of MS-13, had approached her shortly after the disappearance of her son, offering help to find him. The mother told the authorities that she had concluded that the young lady only wanted to find out what she had said to the police.

It was not until December that the police and the case detectives developed information indicating that the scene of the murder of Edvin and Sergio had been Holmes Run Park, located to the west of Falls Church.

The remains of the two missing youths were found on February 28, 2017, some 300 meters inside the park, in a hidden grave. However, the police did not announce the discovery until March 3.

GOVERNMENT
EXHIBIT
**57-10E-2**
1:18CR123

  
dentro del parque en una tumba clandestina. Sin embargo, la policía no anunció el hallazgo hasta el 3 de marzo.



La madre de Sergio, Karla Trimino, le dijo al Washington Post que su hija de tres años, pregunta constantemente por su hermano mayor. *"Le digo que está en el cielo"* y agregó *"Pero luego ella ve al cielo en busca de él"*.

Según las autoridades, se cree que Arita fue asesinado por divulgar información al hermano de Méndez. Los asesinatos continúan siendo investigados por el FBI y la policía del condado de Fairfax.

Tags:
VIRGINIA    MS-13    ASESINATOS

  



GOVERNMENT EXHIBIT
57-10F-1
1:18CR123

JA6350

inside the park, in a hidden grave. However, the police did not announce the discovery until March 3.

Sergio's mother, Karla Triminio, told the Washington Post that her three-year-old daughter constantly asks for her older brother. "I tell her that he's in heaven," and she added, "but then she gazes at the sky looking for him."

According to the authorities, it is believed that Arita was murdered for divulging information to Méndez' brother. The murders continue to be investigated by the FBI and the Fairfax County Police.

Tags:

VIRGINIA      MS-13      MURDERS

GOVERNMENT
EXHIBIT
**57-10F-2**
1:18CR123

JA6351



 **NOTICIAS DMV**    •••

1 h · 🌐

ENTREGA ESPECIAL |
"ACORRALADOS POR LA MS-13" La historia de dos
jóvenes de Virginia, quienes fueron asesinados por
sus presuntos vínculos con grupos pandilleriles.
Entérate sobre la cronología de los hechos y lo que las
autoridades tienen que decir. INFORMATE Y
COMPARTE !



**Revelaciones impactantes del asesinato de dos
jóvenes de Virginia a manos la MS-13 | noticias...**
noticiasdmv.com

👍😮 36          15 veces compartido

 Me gusta     💬 Comentar     ↪ Compartir

GOVERNMENT
EXHIBIT
**57-10G-1**
1:18CR123

JA6352

DMV News

Special Report |

"HEMMED IN BY MS-13" The story of two Virginia youths who were murdered over their alleged connections with gang groups. Find out the time-line of the facts and what the authorities have to say. INFORM YOURSELF AND SHARE!

Special Report |

"HEMMED IN BY MS-13"

Shocking Revelations of the Murder of two Virginia Youths at the Hands of MS-13 | news …

GOVERNMENT EXHIBIT
57-10G-2
1:18CR123





## Extraction Report - Cellebrite Reports

Chats (1)

WhatsApp (1)

| # | | Deleted |
|---|---|---|
| 1 | **Number of attachments:** 0<br>**Source:** WhatsApp<br>**Source file:** MMC(0xE9000000).bin: 0x5B37F300<br>**Source Extraction:** Physical<br>**Body file:** chat-1.txt<br><br>Participants:<br><br><br>12404702779@s.whatsapp.net<br><br>**Identifier:** 12404702779@s.whatsapp.net | **Yes**<br>Carved:<br>Yes |



To: 12404702779@whatsapp.net

5
Report

Clique, CÑLS
  Program, PVLS

Monday, August 29, 2016

Around 11 at night, on August 28, a car was going around with some fags cruising around there where the loco Mortal is at.

At about 1:30 in the morning a fag walking down the street showed up in front of this loco Mortal, an observation of the clique, and Duplas, a paro, and the loco Chucho [Dog], Depraved, and Horror of PVLS, and the loco Speedy of the Western Locos. Then these locos captured the chavala and Mortal of the clique, Chucho, and Horror, and Depraved, chequeos of PVLS, and Speedy of Western left him no escape and buried him.

The action taken by Mortal and Duplas was never consulted with the runner up here, that is, they pounced without en[dorsement]

(owner)
To: 12404702779@s.whatsapp.net

5
Reporte

Klica, cñls
  programa, pvls

El día lunes 29 de agosto del 2016

Tipo 11 de la noche del día 28 de agosto andaba una rranfla con unos culeros dando vuelta x dond anda este loco de Mortal

Aproximadamente como alas 1: 30 de la mañana se les presento un culero caminado x la calle a este loco del Mortal observación de la klica y al duplas paro y a este loco d el chucho el depravado y el orror de pvls y a este loco del speedy de los wester locos
Entonces estos locos lo capturaron al chavala y el Mortal  de la klica el chucho y el horror y el depravado chequeos de pvls y el speedy de wester  lo toparon de cuerda y lo enterraron

La acción q tomaron este Mortal y duplas nunca la consultaron con el corredor aquí arriva
Osea se lanzaron sin av

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 12404702779@s.whatsapp.net | | | |

**Platform:** Mobile

Source Extraction:
Physical
Source Info:
MMC(0xE9000000).bin: 0xC7F32CDA

> **GOVERNMENT EXHIBIT**
> **58-5**
> **1:18CR123**

1

JA6354

To: 12404702779@whatsapp.net

**Report**

Clique, CÑLS
  Program, PVLS

Monday, August 29, 2016

Around 11 at night, on August 28, a car was going around with some fags cruising around there where the loco Mortal is at.

At about 1:30 in the morning a fag walking down the street showed up in front of this loco Mortal, an observation of the clique, and Duplas, a paro, and the loco Chucho [Dog], Depraved, and Horror of PVLS, and the loco Speedy of the Western Locos. Then these locos captured the chavala and Mortal of the clique, Chucho, and Horror, and Depraved, chequeos of PVLS, and Speedy of Western left him no escape and buried him.

The action taken by Mortal and Duplas was never consulted with the runner up here, that is, they pounced without endorse[ment]



(owner)
To: 12404702779@s.whatsapp.net

Reporte

Klica, cñls
 programa, pvls

El día lunes 29 de agosto del 2016

Tipo 11 de la noche del día 28 de agosto andaba una rranfla con unos culeros dando vuelta x dond anda este loco de Mortal

Aproximadamente como alas 1: 30 de la mañana se les presento un culero caminado x la calle a este loco del Mortal observación de la klica y al duplas paro y a este loco d el chucho el depravado y el orror de pvls y a este loco del speedy de los wester locos
Entonces estos locos lo capturaron al chavala y el Mortal de la klica el chucho y el horror y el depravado chequeos de pvls y el speedy de wester lo toparon de cuerda y lo enterraron

La acción q tomaron este Mortal y duplas nunca la consultaron con el corredor aquí arriva Osea se lanzaron sin ava

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 12404702779@s.whatsapp.net | | | |

**Platform:** Mobile

Source Extraction:
Physical
Source Info:
MMC(0xE9000000).bin: 0xC7F32CDB

---

To: 12404702779@whatsapp.net

6
How is that, bro



(owner)
To: 12404702779@s.whatsapp.net
6
Como esta eso herma

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 12404702779@s.whatsapp.net | | | |

**Platform:** Mobile

Source Extraction:
Physical
Source Info:
MMC(0xE9000000).bin: 0xC7F32C4B

JA6355

To: 124047027790@whatsapp.net

How is that, bro



(owner)
To: 12404702779@s.whatsapp.net

Como esta eso herman

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 12404702779@s.whatsapp.net | | | |

**Platform:** Mobile

Source Extraction:
Physical
Source Info:
MMC(0xE9000000).bin: 0xC7F32C4C

---

To: 12404702779@whatsapp.net

Yes to

(owner)
To: 12404702779@s.whatsapp.net

Simon a

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 12404702779@s.whatsapp.net | | | |

**Platform:** Mobile

Source Extraction:
Physical
Source Info:
MMC(0xE9000000).bin: 0xC6A0C0A0

---

To: 12404702779@whatsapp.net

0
Let's corroborate that information
with that clique in Los Angeles, if
it is or is not, ask these brothers if
it exists because of a problem that
as a clique apparently is
happen[ing]



(owner)
To: 12404702779@s.whatsapp.net

0
Corroboreme ese dato con esa clika en loa angeles si es ono prugumtan estos jermanos si
exitete pues por un nroblema qe como clika al parecer está pasan

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 12404702779@s.whatsapp.net | | | |

**Platform:** Mobile

Source Extraction:
Physical
Source Info:
MMC(0xE9000000).bin: 0xAE57DAF7

3

JA6356



To: 12404702779@whatsapp.net

Let's corroborate that information with that clique in Los Angeles, if it is or is not, ask these brothers if it exists because of a problem that as a clique apparently is happening

(owner)
To: 12404702779@s.whatsapp.net

Corroboreme ese dato con esa clika en loa angeles si es ono prugumtan estos jermanos si exitete pues por un nroblema qe como clika al parecer está pasand

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 12404702779@s.whatsapp.net | | | |

**Platform:** Mobile

Source Extraction:
Physical
Source Info:
MMC(0xE9000000).bin: 0xAE57DAF8



To: 12404702779@whatsapp.net

0
Yeah, and with the radios square it with Demon Gangster of Cabañas so that they can send some radios, the thing is that in the last move lost the charger of the radios, I have the radios, but I do not have anything to charge with

(owner)
To: 12404702779@s.whatsapp.net

0
Simon y conlo de los rradios esde cuadtarlo con demo ganster de cabañas para qe los puedan mandar unos rradios el pedo en en la ultima juega perdo el cargador de los rradios tengo los rradios pero no tengo en qe carg

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 12404702779@s.whatsapp.net | | | |

**Platform:** Mobile

Source Extraction:
Physical
Source Info:
MMC(0xE9000000).bin: 0xAC20C95F



To: 12404702779@whatsapp.net

Yeah, and with the radios square it with Demon Gangster of Cabañas so that they can send some radios, the thing is that in the last move lost the charger of the radios, I have the radios, but I do not have anything to charge with

(owner)
To: 12404702779@s.whatsapp.net

Simon y conlo de los rradios esde cuadtarlo con demo ganster de cabañas para qe los puedan mandar unos rradios el pedo en en la ultima juega perdo el cargador de los rradios tengo los rradios pero no tengo en qe carga

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 12404702779@s.whatsapp.net | | | |

**Platform:** Mobile

Source Extraction:
Physical
Source Info:
MMC(0xE9000000).bin: 0xAC20C960

4

JA6357

To: 12404702779@whatsapp.net

B
We already have one of these
but it has not arrived here



(owner)
To: 12404702779@s.whatsapp.net
B
Uno de estos ya los tenemos pero aki no me ayega

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 12404702779@s.whatsapp.net | | | |

**Platform:** Mobile

Source Extraction:
Physical
Source Info:
MMC(0xE9000000).bin: 0xAC064BD8

To: 12404702779@whatsapp.net

We already have one of these but it
has not arrived here



(owner)
To: 12404702779@s.whatsapp.net

Uno de estos ya los tenemos pero aki no me ayegad

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 12404702779@s.whatsapp.net | | | |

**Platform:** Mobile

Source Extraction:
Physical
Source Info:
MMC(0xE9000000).bin: 0xAC064BD9

To: 12404702779@whatsapp.net

Brother, put me a balance of
about 4 bucks to activate the
inter to this number 79107699, it
is, I mean, it is the number only
for family information, I need the
inter so that I can continuously
receive information and also the
information that I am still to put
the int



(owner)
To: 12404702779@s.whatsapp.net
5
Hermano pongame un saldo de unos 4pesos para actibar el inter a este numero 79107699
es tigo este es el numero salo para datos de la fimilia nesesito el inter por qe acada rrato
me caen datos y también los qe tengo por ooneme el int

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 12404702779@s.whatsapp.net | | | |

**Platform:** Mobile

Source Extraction:
Physical
Source Info:
MMC(0xE9000000).bin: 0x9029518B

5

JA6358

To: 12404702779@whatsapp.net

Brother, put me a balance of about 4 bucks to activate the inter to this number 79107699, it is, I mean, it is the number only for family information, I need the inter so that I can continuously receive information and also the information that I am still to put the inter



(owner)
To: 12404702779@s.whatsapp.net

Hermano pongame un saldo de unos 4pesos para actibar el inter a este numero 79107699 es tigo este es el numero salo para datos de la fimilia nesesito el inter por qe acada rrato me caen datos y también los qe tengo por ooneme el inte

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 12404702779@s.whatsapp.net | | | |

**Platform:** Mobile

Source Extraction:
Physical
Source Info:
MMC(0xE9000000).bin: 0x9029518C

To: 12404702779@whatsapp.net

6
For Ak47 and for M16, they would be for those what I am carrying these days, I will get an R



(owner)
To: 12404702779@s.whatsapp.net

6
Para Ak47 i para eme 16 cerian por de esos ando en estos dias agarro un R

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 12404702779@s.whatsapp.net | | | |

**Platform:** Mobile

Source Extraction:
Physical
Source Info:
MMC(0xE9000000).bin: 0x6D9AD6D3

To: 12404702779@whatsapp.net

For Ak47 and for M16, they would be for those what I am carrying these days, I will get an R1



(owner)
To: 12404702779@s.whatsapp.net

Para Ak47 i para eme 16 cerian por de esos ando en estos dias agarro un R1

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 12404702779@s.whatsapp.net | | | |

**Platform:** Mobile

Source Extraction:
Physical
Source Info:
MMC(0xE9000000).bin: 0x6D9AD6D4

6

GOVERNMENT
EXHIBIT
80
1:18CR123

| Name | Telephone Number | Exhibit Number |
|---|---|---|
| Oscar Contreras Aguilar | (201) 667-4938 | 43-2 |
| Fredys Baires Abarca | (301) 272-4524 | 32-2  43-3  51-7  62-2A |
| Oscar Sorto Romero | (301) 732-3746 | 34-4  34-6  41-3  43-3  45-2  50-7  51-14B  52-6  56-6 |
| Anderson Villatoro Rivera | (571) 206-9035 | 31-2  31-8  31-9  31-10  40-3  41-3  64-2A |
| Francisco Avila Avalos | (571) 268-1224 | 24-6  40-3  41-2  42-3  51-7  52-6  54-6  56-6  65-2A |
| Duglas Ramirez Ferrera | (571) 337-2688 | 15-11  40-3  42-3  50-6  66-2A |
| Duglas Ramirez Ferrera | (703) 231-2883 | 42-3  46-2  67-2A |
| Elmer Zelaya Martinez | (571) 365-1303 | 15-14  16-14  17-7  17-12  17-13  17-14  17-17  18-10  40-3  42-3  47-2  50-6  51-14A  68-4  69-2A |
| Moris Castro Coreas | (571) 406-8905 | 30-2  30-14  41-3  56-6  70-2A |
| Yonathan Melgar Martinez | (571) 551-1295 | 33-2  33-3  40-3  42-3  56-6  71-2 |
| Edenilson Misael Alfaro | (631) 624-8549 | 29-2  29-3  43-3  51-3  52-6  53-2 |
| Edenilson Misael Alfaro | (252) 590-1154 | 14-6  50-6  50-7 |
| Edwin Orellana Caballero | (703) 200-1641 | 15-15  30-10  52-6  73-2A |
| Erick Palacios Ruiz | (703) 200-7285 | 19-2  19-4  20-2  21-4  40-3  41-3 |
| Josue Vigil Mejia | (703) 338-9996 | 14-2  43-3  52-6 |
| Henry Zelaya Martinez | (703) 940-6617 | 17-12  33-4  43-3  51-7  51-14A  52-6  77-2A |
| Henry Zelaya Martinez | (571) 235-6138 | 40-3  50-6  50-8  52-6  78-2A |
| Jose Salmeron Larios | (240) 470-2779 | 40-3  49-4 |

JA6360

GOVERNMENT
EXHIBIT
86
1:18CR123

| Start Date | Date (EDT) | Time (EDT) | Type | Originating Number | Person Linked to Originating Number | Receiving Number | Dialed Number | Person Linked to Receiving/Dialed Number | Duration | Mobile Role |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/26/2016 15:19:40 | 8/26/16 | 15:19:40 | Voice | (703) 200-1641 | Edwin Orellana Caballero | (571) 337-2688 | (571) 337-2688 | Duglas Ramirez Ferrera | 0:00:25 | Inbound |
| 08/26/2016 15:20:06 | 8/26/16 | 15:20:06 | Voice | (703) 200-1641 | Edwin Orellana Caballero | SPRINT VISUAL VOICE MAIL | (571) 337-2688 | Duglas Ramirez Ferrera | 0:00:36 | Routed_Call |
| 08/26/2016 16:51:20 | 8/26/16 | 16:51:20 | Voice | (571) 337-2688 | Duglas Ramirez Ferrera | (703) 200-1641 | (703) 200-1641 | Edwin Orellana Caballero | 0:00:04 | Outbound |
| 08/26/2016 16:51:29 | 8/26/16 | 16:51:29 | Voice | (571) 337-2688 | Duglas Ramirez Ferrera | (703) 200-1641 | (703) 200-1641 | Edwin Orellana Caballero | 0:00:03 | Outbound |
| 08/26/2016 16:51:39 | 8/26/16 | 16:51:39 | Voice | (571) 337-2688 | Duglas Ramirez Ferrera | (571) 365-1303 | (571) 365-1303 | Elmer Zelaya Martinez | 0:04:01 | Outbound |
| 08/26/2016 19:46:05 | 8/26/16 | 19:46:05 | Voice | (571) 337-2688 | Duglas Ramirez Ferrera | (571) 365-1303 | (571) 365-1303 | Elmer Zelaya Martinez | 0:00:05 | Outbound |
| 08/26/2016 19:46:14 | 8/26/16 | 19:46:14 | Voice | (571) 337-2688 | Duglas Ramirez Ferrera | (703) 200-1641 | (703) 200-1641 | Edwin Orellana Caballero | 0:00:04 | Outbound |
| 08/26/2016 19:46:22 | 8/26/16 | 19:46:22 | Voice | (571) 337-2688 | Duglas Ramirez Ferrera | (703) 200-1641 | (703) 200-1641 | Edwin Orellana Caballero | 0:00:04 | Outbound |
| 08/26/2016 19:46:32 | 8/26/16 | 19:46:32 | Voice | (571) 337-2688 | Duglas Ramirez Ferrera | (571) 365-1303 | (571) 365-1303 | Elmer Zelaya Martinez | 0:00:04 | Outbound |
| 08/26/2016 21:01:20 | 8/26/16 | 21:01:20 | Voice | (571) 337-2688 | Duglas Ramirez Ferrera | (703) 200-1641 | (703) 200-1641 | Edwin Orellana Caballero | 0:00:33 | Outbound |
| 08/26/2016 21:02:20 | 8/26/16 | 21:02:20 | Voice | (703) 200-1641 | Edwin Orellana Caballero | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:01:32 | Routed_Call |
| 08/27/2016 21:02:24 | 8/27/16 | 21:02:24 | Voice | (703) 200-1641 | Edwin Orellana Caballero | (571) 337-2688 | (571) 337-2688 | Duglas Ramirez Ferrera | 0:01:29 | Inbound |
| 08/26/2016 21:12:32 | 8/26/16 | 21:12:32 | Voice | (571) 337-2688 | Duglas Ramirez Ferrera | (571) 365-1303 | (571) 365-1303 | Elmer Zelaya Martinez | 0:00:05 | Outbound |
| 08/26/2016 23:50:41 | 8/26/16 | 23:50:41 | Voice | (571) 365-1303 | Elmer Zelaya Martinez | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:01:44 | Routed_Call |
| 08/26/2016 23:50:50 | 8/26/16 | 23:50:50 | Voice | (571) 365-1303 | Elmer Zelaya Martinez | (571) 337-2688 | (571) 337-2688 | Duglas Ramirez Ferrera | 0:01:35 | Inbound |
| 08/27/2016 22:22:20 | 8/27/16 | 22:22:20 | Voice | (571) 365-1303 | Elmer Zelaya Martinez | (571) 365-1303 | (571) 365-1303 | Elmer Zelaya Martinez | 0:01:11 | Outbound |
| 08/27/2016 12:26:10 | 8/27/16 | 12:26:10 | Voice | (571) 337-2688 | Duglas Ramirez Ferrera | (571) 235-6138 | (571) 235-6138 | Henry Zelaya Martinez | 0:00:33 | Outbound |
| 08/27/2016 12:30:12 | 8/27/16 | 12:30:12 | Voice | (571) 235-6138 | Henry Zelaya Martinez | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:00:34 | Routed_Call |
| 08/27/2016 12:30:14 | 8/27/16 | 12:30:14 | Voice | (571) 235-6138 | Henry Zelaya Martinez | (571) 337-2688 | (571) 337-2688 | Duglas Ramirez Ferrera | 0:00:31 | Inbound |
| 08/27/2016 12:33:18 | 8/27/16 | 12:33:18 | Voice | (571) 337-2688 | Duglas Ramirez Ferrera | (571) 235-6138 | (571) 235-6138 | Henry Zelaya Martinez | 0:00:58 | Outbound |
| 08/27/2016 12:36:00 | 8/27/16 | 12:36:00 | Voice | (571) 337-2688 | Duglas Ramirez Ferrera | (703) 200-1641 | (703) 200-1641 | Edwin Orellana Caballero | 0:01:23 | Outbound |
| 08/27/2016 13:05:47 | 8/27/16 | 13:05:47 | Voice | (703) 200-1641 | Edwin Orellana Caballero | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:01:43 | Routed_Call |
| 08/27/2016 13:05:54 | 8/27/16 | 13:05:54 | Voice | (703) 200-1641 | Edwin Orellana Caballero | (571) 337-2688 | (571) 337-2688 | Duglas Ramirez Ferrera | 0:01:37 | Inbound |
| 08/27/2016 13:46:15 | 8/27/16 | 13:46:15 | Voice | (703) 200-1641 | Edwin Orellana Caballero | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:01:11 | Routed_Call |
| 08/27/2016 13:46:17 | 8/27/16 | 13:46:17 | Voice | (703) 200-1641 | Edwin Orellana Caballero | (571) 337-2688 | (571) 337-2688 | Duglas Ramirez Ferrera | 0:01:10 | Inbound |
| 08/27/2016 18:13:36 | 8/27/16 | 18:13:36 | Voice | (571) 365-1303 | Elmer Zelaya Martinez | (571) 337-2688 | (571) 337-2688 | Duglas Ramirez Ferrera | 0:00:31 | Routed_Call |
| 08/27/2016 18:13:37 | 8/27/16 | 18:13:37 | Voice | (703) 200-1641 | Edwin Orellana Caballero | SPRINT VISUAL VOICE MAIL | (571) 337-2688 | Duglas Ramirez Ferrera | 0:00:30 | Inbound |
| 08/27/2016 18:41:54 | 8/27/16 | 18:41:54 | Voice | (703) 200-1641 | Edwin Orellana Caballero | (571) 337-2688 | (571) 337-2688 | Duglas Ramirez Ferrera | 0:00:02 | Routed_Call |
| 08/27/2016 18:42:38 | 8/27/16 | 18:42:38 | Voice | (703) 200-1641 | Edwin Orellana Caballero | (571) 337-2688 | (571) 337-2688 | Duglas Ramirez Ferrera | 0:00:03 | Routed_Call |
| 08/27/2016 18:42:47 | 8/27/16 | 18:42:47 | Voice | (703) 200-1641 | Edwin Orellana Caballero | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:00:32 | Routed_Call |
| 08/27/2016 18:43:15 | 8/27/16 | 18:43:15 | Voice | (703) 200-1641 | Edwin Orellana Caballero | (571) 337-2688 | (571) 337-2688 | Duglas Ramirez Ferrera | 0:00:06 | Routed_Call |
| 08/27/2016 18:43:32 | 8/27/16 | 18:43:32 | Voice | (571) 337-2688 | Duglas Ramirez Ferrera | (703) 200-1641 | (703) 200-1641 | Edwin Orellana Caballero | 0:00:17 | Outbound |
| 08/27/2016 18:43:35 | 8/27/16 | 18:43:35 | Voice | (703) 200-1641 | Edwin Orellana Caballero | (571) 337-2688 | (571) 337-2688 | Duglas Ramirez Ferrera | 0:00:03 | Routed_Call |
| 08/27/2016 18:43:42 | 8/27/16 | 18:43:42 | Voice | (703) 200-1641 | Edwin Orellana Caballero | SPRINT VISUAL VOICE MAIL | (571) 337-2688 | Duglas Ramirez Ferrera | 0:00:03 | Routed_Call |
| 08/27/2016 18:45:47 | 8/27/16 | 18:45:47 | Voice | (571) 337-2688 | Duglas Ramirez Ferrera | (571) 235-6138 | (571) 235-6138 | Henry Zelaya Martinez | 0:00:45 | Outbound |
| 08/27/2016 18:45:53 | 8/27/16 | 18:45:53 | Voice | (571) 337-2688 | Duglas Ramirez Ferrera | (571) 337-2688 | (571) 337-2688 | Duglas Ramirez Ferrera | 0:00:41 | Inbound |
| 08/27/2016 18:48:30 | 8/27/16 | 18:48:30 | Voice | (703) 200-1641 | Edwin Orellana Caballero | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:00:21 | Routed_Call |
| 08/27/2016 18:48:32 | 8/27/16 | 18:48:32 | Voice | (703) 200-1641 | Edwin Orellana Caballero | (571) 337-2688 | (571) 337-2688 | Duglas Ramirez Ferrera | 0:00:20 | Inbound |
| 08/27/2016 18:48:32 | 8/27/16 | 18:48:32 | Voice | (571) 337-2688 | Duglas Ramirez Ferrera | (571) 365-1303 | (571) 365-1303 | Elmer Zelaya Martinez | 0:00:49 | Outbound |
| 08/27/2016 21:14:50 | 8/27/16 | 21:14:50 | Voice | (571) 337-2688 | Duglas Ramirez Ferrera | (571) 365-1303 | (571) 365-1303 | Elmer Zelaya Martinez | 0:01:48 | Inbound |
| 08/27/2016 22:16:41 | 8/27/16 | 22:16:41 | Voice | (571) 337-2688 | Duglas Ramirez Ferrera | (571) 235-6138 | (571) 235-6138 | Henry Zelaya Martinez | 0:00:44 | Outbound |
| 08/28/2016 0:23:18 | 8/28/16 | 0:23:18 | Voice | (571) 337-2688 | Duglas Ramirez Ferrera | (703) 200-1641 | (703) 200-1641 | Edwin Orellana Caballero | 0:00:23 | Outbound |
| 08/28/2016 0:24:07 | 8/28/16 | 0:24:07 | Voice | (571) 337-2688 | Duglas Ramirez Ferrera | (703) 200-1641 | (703) 200-1641 | Edwin Orellana Caballero | 0:00:55 | Outbound |
| 08/28/2016 1:19:22 | 8/28/16 | 1:19:22 | Voice | (571) 337-2688 | Duglas Ramirez Ferrera | (703) 200-1641 | (703) 200-1641 | Edwin Orellana Caballero | 0:00:45 | Outbound |
| 08/28/2016 11:36:27 | 8/28/16 | 11:36:27 | Voice | (703) 200-1641 | Edwin Orellana Caballero | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:01:12 | Routed_Call |

| Telephone Number | Name |
|---|---|
| (201) 667-4938 | Oscar Contreras Aguilar |
| (301) 272-4524 | Fredys Bares Abarca |
| (301) 732-3746 | Oscar Sorto Romero |
| (571) 206-9035 | Anderson Villatoro Rivera |
| (571) 269-1224 | Francisco Avila Avalos |
| (571) 337-2688 | |
| (703) 231-2883 | Duglas Ramirez Ferrera |
| (571) 365-1303 | Elmer Zelaya Martinez |
| (571) 406-8905 | Moris Castro Cereas |
| (571) 551-1295 | Yonathan Melgar Martinez |
| (252) 590-1154 | Edenilson Misael Alfaro |
| (703) 200-1641 | Edwin Orellana Caballero |
| (703) 200-7285 | Erick Palacios Ruiz |
| (703) 338-9996 | Josue Vigil Mejia |
| (703) 940-6617 | |
| (571) 235-6138 | Henry Zelaya Martinez |

JA6361

| Start Date | Date (EDT) | Time (EDT) | Type | Originating Number | Person Linked to Originating Number | Receiving Number | Dialed Number | Person Linked to Receiving/Dialed Number | Duration | Mobile Role |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/28/2016 11:36:28 | 8/28/16 | 11:36:28 | Voice | (703) 200-1641 | Edwin Orellana Caballero | (571) 337-2688 | (571) 337-2688 | Duglas Ramírez Ferrera | 0:01:11 | Inbound |
| 08/28/2016 13:16:12 | 8/28/16 | 13:16:12 | Voice | (703) 200-1641 | Edwin Orellana Caballero | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:00:29 | Routed_Call |
| 08/28/2016 13:16:13 | 8/28/16 | 13:16:13 | Voice | (703) 200-1641 | Edwin Orellana Caballero | (571) 337-2688 | (571) 337-2688 | Duglas Ramírez Ferrera | 0:00:27 | Inbound |
| 08/28/2016 13:27:16 | 8/28/16 | 13:27:16 | Voice | (571) 365-1303 | Elmer Zelaya Martinez | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:01:03 | Routed_Call |
| 08/28/2016 13:27:17 | 8/28/16 | 13:27:17 | Voice | (571) 365-1303 | Elmer Zelaya Martinez | (571) 337-2688 | (571) 337-2688 | Duglas Ramírez Ferrera | 0:01:01 | Inbound |
| 08/28/2016 13:45:00 | 8/28/16 | 13:45:00 | Voice | (571) 365-1303 | Elmer Zelaya Martinez | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:00:25 | Routed_Call |
| 08/28/2016 13:45:04 | 8/28/16 | 13:45:04 | Voice | (571) 365-1303 | Elmer Zelaya Martinez | (571) 337-2688 | (571) 337-2688 | Duglas Ramírez Ferrera | 0:00:22 | Inbound |
| 08/28/2016 13:50:31 | 8/28/16 | 13:50:31 | Voice | (571) 337-2688 | Duglas Ramírez Ferrera | (571) 365-1303 | (571) 365-1303 | Elmer Zelaya Martinez | 0:00:39 | Outbound |
| 08/28/2016 13:58:18 | 8/28/16 | 13:58:18 | Voice | (703) 200-1641 | Edwin Orellana Caballero | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:01:54 | Routed_Call |
| 08/28/2016 13:58:20 | 8/28/16 | 13:58:20 | Voice | (703) 200-1641 | Edwin Orellana Caballero | (571) 337-2688 | (571) 337-2688 | Duglas Ramírez Ferrera | 0:01:54 | Inbound |
| 08/28/2016 14:23:46 | 8/28/16 | 14:23:46 | Voice | (571) 337-2688 | Duglas Ramírez Ferrera | (571) 235-6138 | (571) 235-6138 | Henry Zelaya Martinez | 0:00:38 | Outbound |
| 08/28/2016 14:24:30 | 8/28/16 | 14:24:30 | Voice | (571) 337-2688 | Duglas Ramírez Ferrera | (571) 235-6138 | (571) 235-6138 | Henry Zelaya Martinez | 0:00:39 | Outbound |
| 08/28/2016 14:25:28 | 8/28/16 | 14:25:28 | Voice | (571) 235-6138 | Henry Zelaya Martinez | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:01:25 | Routed_Call |
| 08/28/2016 14:25:31 | 8/28/16 | 14:25:31 | Voice | (571) 235-6138 | Henry Zelaya Martinez | (571) 337-2688 | (571) 337-2688 | Duglas Ramírez Ferrera | 0:01:22 | Inbound |
| 08/28/2016 14:57:05 | 8/28/16 | 14:57:05 | Voice | (703) 200-1641 | Edwin Orellana Caballero | (571) 337-2688 | (571) 337-2688 | Duglas Ramírez Ferrera | 0:00:25 | Inbound |
| 08/28/2016 14:57:31 | 8/28/16 | 14:57:31 | Voice | (703) 200-1641 | Edwin Orellana Caballero | SPRINT VISUAL VOICE MAIL | SPRINT VISUAL VOICE MAIL | | 0:00:04 | Routed_Call |
| 08/28/2016 15:27:18 | 8/28/16 | 15:27:18 | Voice | (571) 337-2688 | Duglas Ramírez Ferrera | (571) 365-1303 | (571) 365-1303 | Elmer Zelaya Martinez | 0:01:32 | Outbound |
| 08/28/2016 15:53:35 | 8/28/16 | 15:53:35 | Voice | (571) 365-1303 | Elmer Zelaya Martinez | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:01:09 | Routed_Call |
| 08/28/2016 15:53:38 | 8/28/16 | 15:53:38 | Voice | (571) 365-1303 | Elmer Zelaya Martinez | (571) 337-2688 | (571) 337-2688 | Duglas Ramírez Ferrera | 0:01:07 | Inbound |
| 08/28/2016 17:15:38 | 8/28/16 | 17:15:38 | Voice | (703) 200-1641 | Edwin Orellana Caballero | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:00:49 | Routed_Call |
| 08/28/2016 17:15:40 | 8/28/16 | 17:15:40 | Voice | (703) 200-1641 | Edwin Orellana Caballero | (571) 337-2688 | (571) 337-2688 | Duglas Ramírez Ferrera | 0:00:47 | Inbound |
| 08/28/2016 17:55:49 | 8/28/16 | 17:55:49 | Voice | (571) 365-1303 | Elmer Zelaya Martinez | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:00:40 | Routed_Call |
| 08/28/2016 17:55:51 | 8/28/16 | 17:55:51 | Voice | (571) 365-1303 | Elmer Zelaya Martinez | (571) 337-2688 | (571) 337-2688 | Duglas Ramírez Ferrera | 0:00:37 | Inbound |
| 08/28/2016 18:01:47 | 8/28/16 | 18:01:47 | Voice | (571) 365-1303 | Elmer Zelaya Martinez | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:00:23 | Routed_Call |
| 08/28/2016 18:01:52 | 8/28/16 | 18:01:52 | Voice | (571) 365-1303 | Elmer Zelaya Martinez | (571) 337-2688 | (571) 337-2688 | Duglas Ramírez Ferrera | 0:00:20 | Inbound |
| 08/28/2016 20:48:04 | 8/28/16 | 20:48:04 | Voice | (571) 365-1303 | Elmer Zelaya Martinez | SPRINT VISUAL VOICE MAIL | SPRINT VISUAL VOICE MAIL | | 0:00:04 | Routed_Call |
| 08/28/2016 20:51:01 | 8/28/16 | 20:51:01 | Voice | (571) 365-1303 | Elmer Zelaya Martinez | (571) 337-2688 | (571) 337-2688 | Duglas Ramírez Ferrera | 0:01:10 | Routed_Call |
| 08/28/2016 20:51:05 | 8/28/16 | 20:51:05 | Voice | (571) 337-2688 | Duglas Ramírez Ferrera | (571) 365-1303 | (571) 365-1303 | Elmer Zelaya Martinez | 0:01:07 | Inbound |
| 08/29/2016 00:43:05 | 8/29/16 | 00:43:05 | Voice | (571) 337-2688 | Duglas Ramírez Ferrera | (703) 200-7285 | (703) 200-7285 | Erick Palacios Ruiz | 0:00:08 | Outbound |
| 08/29/2016 01:02:46 | 8/29/16 | 01:02:46 | Voice | (571) 337-2688 | Duglas Ramírez Ferrera | (571) 268-1224 | (571) 268-1224 | Francisco Avila Avalos | 0:00:07 | Outbound |
| 08/29/2016 01:00:51 | 8/29/16 | 01:00:51 | Voice | (571) 268-1224 | Francisco Avila Avalos | SPRINT VISUAL VOICE MAIL | SPRINT ROUTING NUMBER | Francisco Avila Avalos | 0:00:19 | Routed_Call |
| 08/29/2016 01:01:53 | 8/29/16 | 01:01:53 | Voice | (571) 268-1224 | Francisco Avila Avalos | (571) 337-2688 | (571) 337-2688 | Duglas Ramírez Ferrera | 0:02:05 | Inbound |
| 08/29/2016 01:03:03 | 8/29/16 | 01:03:03 | Voice | (571) 268-1224 | Francisco Avila Avalos | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:02:02 | Routed_Call |
| 08/29/2016 00:12:46 | 8/29/16 | 00:12:46 | Voice | (703) 200-1641 | Edwin Orellana Caballero | SPRINT VISUAL VOICE MAIL | (703) 200-1641 | Edwin Orellana Caballero | 0:00:33 | Routed_Call |
| 08/29/2016 00:12:48 | 8/29/16 | 00:12:48 | Voice | (703) 200-1641 | Edwin Orellana Caballero | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:00:55 | Inbound |
| 08/29/2016 00:30:51 | 8/29/16 | 00:30:51 | Voice | (571) 337-2688 | Duglas Ramírez Ferrera | (571) 268-1224 | (571) 268-1224 | Francisco Avila Avalos | 0:00:04 | Outbound |
| 08/29/2016 00:37:14 | 8/29/16 | 00:37:14 | Voice | (571) 337-2688 | Duglas Ramírez Ferrera | (571) 268-1224 | (571) 268-1224 | Francisco Avila Avalos | 0:00:04 | Outbound |
| 08/29/2016 01:04:14 | 8/29/16 | 01:04:14 | Voice | (571) 268-1224 | Francisco Avila Avalos | SPRINT VISUAL VOICE MAIL | (571) 337-2688 | Duglas Ramírez Ferrera | 0:00:04 | Outbound |
| 08/29/2016 01:14:28 | 8/29/16 | 01:14:28 | Voice | (571) 268-1224 | Francisco Avila Avalos | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:01:06 | Routed_Call |
| 08/29/2016 01:14:32 | 8/29/16 | 01:14:32 | Voice | (571) 268-1224 | Francisco Avila Avalos | (571) 337-2688 | (571) 337-2688 | Duglas Ramírez Ferrera | 0:00:21 | Routed_Call |
| 08/29/2016 01:15:07 | 8/29/16 | 01:15:07 | Voice | (571) 337-2688 | Duglas Ramírez Ferrera | (571) 268-1224 | (571) 268-1224 | Francisco Avila Avalos | 0:00:59 | Outbound |

JA6362

| Start Date | Date (EDT) | Time (EDT) | Type | Originating Number | Person Linked to Originating Number | Receiving Number | Dialed Number | Person Linked to Receiving/Dialed Number | Duration | Mobile Role |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/29/2016 01:17:03 | 8/29/16 | 1:17:03 | Voice | (703) 200-1641 | Edwin Orellana Caballero | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:00:02 | Routed_Call |
| 08/29/2016 01:18:01 | 8/29/16 | 1:18:01 | Voice | (571) 268-1224 | Francisco Avila Avalos | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:02:31 | Inbound |
| 08/29/2016 01:18:14 | 8/29/16 | 1:18:14 | Voice | (703) 200-1641 | Edwin Orellana Caballero | (571) 268-1224 | (571) 337-2688 | Douglas Ramirez Ferrera | 0:02:19 | Inbound |
| 08/29/2016 01:19:22 | 8/29/16 | 1:19:22 | Voice | (703) 200-1641 | Edwin Orellana Caballero | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:00:48 | Routed_Call |
| 08/29/2016 01:19:23 | 8/29/16 | 1:19:23 | Voice | (703) 200-1641 | Edwin Orellana Caballero | (571) 337-2688 | (571) 337-2688 | Douglas Ramirez Ferrera | 0:00:47 | Routed_Call |
| 08/29/2016 01:48:22 | 8/29/16 | 1:48:22 | Voice | (703) 200-1641 | Edwin Orellana Caballero | SPRINT VISUAL VOICE MAIL | (571) 337-2688 | Douglas Ramirez Ferrera | 0:00:03 | Routed_Call |
| 08/29/2016 01:50:42 | 8/29/16 | 1:50:42 | Voice | (703) 200-1641 | Edwin Orellana Caballero | (571) 337-2688 | (571) 337-2688 | Douglas Ramirez Ferrera | 0:00:50 | Inbound |
| 08/29/2016 01:54:15 | 8/29/16 | 1:54:15 | Voice | (703) 200-1641 | Edwin Orellana Caballero | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:00:27 | Routed_Call |
| 08/29/2016 01:54:20 | 8/29/16 | 1:54:20 | Voice | (703) 200-1641 | Edwin Orellana Caballero | (571) 337-2688 | (571) 337-2688 | Douglas Ramirez Ferrera | 0:00:23 | Inbound |
| 08/29/2016 01:55:25 | 8/29/16 | 1:55:25 | Voice | (703) 200-1641 | Edwin Orellana Caballero | SPRINT VISUAL VOICE MAIL | (571) 337-2688 | Douglas Ramirez Ferrera | 0:00:30 | Routed_Call |
| 08/29/2016 01:56:29 | 8/29/16 | 1:56:29 | Voice | (703) 200-1641 | Edwin Orellana Caballero | SPRINT VISUAL VOICE MAIL | (571) 337-2688 | Douglas Ramirez Ferrera | 0:00:25 | Routed_Call |
| 08/29/2016 01:56:59 | 8/29/16 | 1:56:59 | Voice | (703) 200-1641 | Edwin Orellana Caballero | SPRINT VISUAL VOICE MAIL | (571) 337-2688 | Douglas Ramirez Ferrera | 0:00:08 | Routed_Call |
| 08/29/2016 01:57:12 | 8/29/16 | 1:57:12 | Voice | (703) 200-1641 | Edwin Orellana Caballero | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:02:44 | Routed_Call |
| 08/29/2016 01:57:20 | 8/29/16 | 1:57:20 | Voice | (703) 200-1641 | Edwin Orellana Caballero | (571) 337-2688 | (571) 337-2688 | Douglas Ramirez Ferrera | 0:02:37 | Inbound |
| 08/29/2016 02:02:26 | 8/29/16 | 2:02:26 | Voice | (703) 200-1641 | Edwin Orellana Caballero | SPRINT VISUAL VOICE MAIL | (571) 337-2688 | Douglas Ramirez Ferrera | 0:00:16 | Routed_Call |
| 08/29/2016 02:26:41 | 8/29/16 | 2:26:41 | Voice | (703) 200-1641 | Edwin Orellana Caballero | SPRINT ROUTING NUMBER | (571) 337-2688 | Douglas Ramirez Ferrera | 0:00:28 | Routed_Call |
| 08/29/2016 02:26:43 | 8/29/16 | 2:26:43 | Voice | (703) 200-1641 | Edwin Orellana Caballero | (571) 337-2688 | (571) 337-2688 | Douglas Ramirez Ferrera | 0:00:27 | Inbound |
| 08/29/2016 02:35:34 | 8/29/16 | 2:35:34 | Voice | (571) 337-2688 | Douglas Ramirez Ferrera | (703) 200-1641 | (703) 200-1641 | Edwin Orellana Caballero | 0:01:02 | Outbound |
| 08/29/2016 03:21:10 | 8/29/16 | 3:21:10 | Voice | (571) 337-2688 | Douglas Ramirez Ferrera | (571) 268-1224 | (571) 268-1224 | Francisco Avila Avalos | 0:00:46 | Outbound |
| 08/29/2016 10:41:48 | 8/29/16 | 10:41:48 | Voice | (571) 365-1303 | Elmer Zelaya Martinez | (571) 337-2688 | (571) 337-2688 | Douglas Ramirez Ferrera | 0:00:25 | Inbound |
| 08/29/2016 10:42:14 | 8/29/16 | 10:42:14 | Voice | (703) 200-1641 | Edwin Orellana Caballero | SPRINT VISUAL VOICE MAIL | (571) 337-2688 | Douglas Ramirez Ferrera | 0:00:04 | Routed_Call |
| 08/29/2016 11:04:08 | 8/29/16 | 11:04:08 | Voice | (571) 235-6138 | Henry Zelaya Martinez | (571) 337-2688 | (571) 337-2688 | Douglas Ramirez Ferrera | 0:00:25 | Inbound |
| 08/29/2016 11:04:33 | 8/29/16 | 11:04:33 | Voice | (571) 365-1303 | Elmer Zelaya Martinez | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:00:02 | Routed_Call |
| 08/29/2016 11:40:15 | 8/29/16 | 11:40:15 | Voice | (571) 365-1303 | Elmer Zelaya Martinez | SPRINT VISUAL VOICE MAIL | (571) 337-2688 | Douglas Ramirez Ferrera | 0:01:14 | Routed_Call |
| 08/29/2016 11:40:17 | 8/29/16 | 11:40:17 | Voice | (571) 337-2688 | Douglas Ramirez Ferrera | SPRINT ROUTING NUMBER | (571) 337-2688 | Douglas Ramirez Ferrera | 0:01:13 | Inbound |
| 08/29/2016 11:43:06 | 8/29/16 | 11:43:06 | Voice | (571) 337-2688 | Douglas Ramirez Ferrera | (571) 235-6138 | (571) 235-6138 | Henry Zelaya Martinez | 0:00:51 | Outbound |
| 08/29/2016 11:44:12 | 8/29/16 | 11:44:12 | Voice | (703) 200-1641 | Edwin Orellana Caballero | SPRINT ROUTING NUMBER | (571) 235-6138 | Henry Zelaya Martinez | 0:00:33 | Inbound |
| 08/29/2016 11:45:01 | 8/29/16 | 11:45:01 | Voice | (703) 200-1641 | Edwin Orellana Caballero | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:00:38 | Routed_Call |
| 08/29/2016 11:45:03 | 8/29/16 | 11:45:03 | Voice | (703) 200-1641 | Edwin Orellana Caballero | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:00:37 | Inbound |
| 08/29/2016 12:45:18 | 8/29/16 | 12:45:18 | Voice | (571) 365-1303 | Elmer Zelaya Martinez | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | Douglas Ramirez Ferrera | 0:01:22 | Routed_Call |
| 08/29/2016 12:45:27 | 8/29/16 | 12:45:27 | Voice | (571) 365-1303 | Elmer Zelaya Martinez | (571) 337-2688 | (571) 337-2688 | Douglas Ramirez Ferrera | 0:01:13 | Inbound |
| 08/29/2016 13:38:00 | 8/29/16 | 13:38:00 | Voice | (571) 365-1303 | Elmer Zelaya Martinez | (571) 235-6138 | (571) 235-6138 | | 0:00:31 | Outbound |
| 08/29/2016 14:18:09 | 8/29/16 | 14:18:09 | Voice | (571) 365-1303 | Elmer Zelaya Martinez | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | Douglas Ramirez Ferrera | 0:00:47 | Routed_Call |
| 08/29/2016 14:18:10 | 8/29/16 | 14:18:10 | Voice | (703) 200-1641 | Edwin Orellana Caballero | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:00:47 | Inbound |
| 08/29/2016 17:22:55 | 8/29/16 | 17:22:55 | Voice | (571) 337-2688 | Douglas Ramirez Ferrera | (571) 235-6138 | (571) 235-6138 | Henry Zelaya Martinez | 0:00:13 | Outbound |
| 08/29/2016 17:37:05 | 8/29/16 | 17:37:05 | Voice | (703) 200-1641 | Edwin Orellana Caballero | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:00:16 | Inbound |
| 08/29/2016 17:37:09 | 8/29/16 | 17:37:09 | Voice | (703) 200-1641 | Edwin Orellana Caballero | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:00:12 | Inbound |
| 08/29/2016 20:56:47 | 8/29/16 | 20:56:47 | Voice | (571) 365-1303 | Elmer Zelaya Martinez | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:01:05 | Routed_Call |
| 08/29/2016 20:56:49 | 8/29/16 | 20:56:49 | Voice | (571) 365-1303 | Elmer Zelaya Martinez | (571) 337-2688 | (571) 337-2688 | Douglas Ramirez Ferrera | 0:01:03 | Inbound |
| 08/29/2016 21:09:42 | 8/29/16 | 21:09:42 | Voice | (571) 337-2688 | Douglas Ramirez Ferrera | (571) 365-1303 | (571) 365-1303 | Elmer Zelaya Martinez | 0:00:31 | Outbound |
| 08/29/2016 21:13:35 | 8/29/16 | 21:13:35 | Voice | (571) 337-2688 | Douglas Ramirez Ferrera | (571) 365-1303 | (571) 365-1303 | Elmer Zelaya Martinez | 0:02:20 | Outbound |
| 08/29/2016 21:30:30 | 8/29/16 | 21:30:30 | Voice | (703) 200-1641 | Edwin Orellana Caballero | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:02:53 | Routed_Call |
| 08/29/2016 21:30:31 | 8/29/16 | 21:30:31 | Voice | (571) 337-2688 | Douglas Ramirez Ferrera | SPRINT ROUTING NUMBER | (571) 337-2688 | Elmer Zelaya Martinez | 0:02:52 | Outbound |
| 08/29/2016 22:22:19 | 8/29/16 | 22:22:19 | Voice | (571) 235-6138 | Henry Zelaya Martinez | SPRINT ROUTING NUMBER | (571) 337-2688 | Douglas Ramirez Ferrera | 0:01:16 | Routed_Call |
| 08/29/2016 22:22:22 | 8/29/16 | 22:22:22 | Voice | (571) 235-6138 | Henry Zelaya Martinez | (571) 337-2688 | (571) 337-2688 | Douglas Ramirez Ferrera | 0:01:14 | Inbound |
| 08/29/2016 22:49:07 | 8/29/16 | 22:49:07 | Voice | (571) 337-2688 | Douglas Ramirez Ferrera | (571) 235-6138 | (571) 235-6138 | Henry Zelaya Martinez | 0:01:24 | Outbound |

3

JA6363

| Start Date | Date (EDT) | Time (EDT) | Type | Originating Number | Person Linked to Originating Number | Receiving Number | Dialed Number | Person Linked to Receiving/Dialed Number | Duration | Mobile Role |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/29/2016 22:59:31 | 8/29/16 | 22:59:31 | Voice | (571) 337-2688 | Duglas Ramírez Ferrera | (703) 200-1641 | (703) 200-1641 | Edwin Orellana Caballero | 0:01:55 | Outbound |
| 08/29/2016 23:11:20 | 8/29/16 | 23:11:20 | Voice | (571) 235-6138 | Henry Zelaya Martinez | (571) 337-2688 | (571) 337-2688 | Duglas Ramírez Ferrera | 0:00:17 | Inbound |
| 08/29/2016 23:11:20 | 8/29/16 | 23:11:20 | Voice | (571) 235-6138 | Henry Zelaya Martinez | | SPRINT ROUTING NUMBER | | 0:00:17 | Routed_Call |
| 08/29/2016 23:20:39 | 8/29/16 | 23:20:39 | Voice | (571) 337-2688 | Duglas Ramírez Ferrera | (571) 235-6138 | (571) 235-6138 | Henry Zelaya Martinez | 0:01:03 | Outbound |
| 08/29/2016 23:27:04 | 8/29/16 | 23:27:04 | Voice | (571) 337-2688 | Duglas Ramírez Ferrera | (571) 235-6138 | (571) 235-6138 | Henry Zelaya Martinez | 0:00:17 | Outbound |

4

JA6364

| Start Date | Date (EDT) | Time (EDT) | Type | Originating Number | Person Linked to Originating Number | Receiving Number | Dialed Number | Person Linked to Receiving/Dialed Number | Mobile Role | Duration |
|---|---|---|---|---|---|---|---|---|---|---|

No transactions during the period of September 24, 2016 - September 27, 2016

5

JA6365

GOVERNMENT
EXHIBIT
87
1:18CR123

| Start Date | Date (EDT) | Time (EDT) | Type | Originating Number | Person Linked to Originating Number | Receiving Number | Dialed Number | Person Linked to Receiving/Dialed Number | Duration | Mobile Role |
|---|---|---|---|---|---|---|---|---|---|---|

No transactions with pertinent numbers during the period of August 26, 2016 - August 29, 2016

JA6367

| Start Date | Date (EDT) | Time (EDT) | Type | Originating Number | Person Linked to Originating Number | Receiving Number | Dialed Number | Person Linked to Receiving/Dialed Number | Duration | Mobile Role |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/24/2016 12:29:56 | 09/24/16 | 12:29:56 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (571) 406-8905 | (571) 406-8905 | Moris Castro Coreas | 0:01:26 | Outbound |
| 09/24/2016 13:05:13 | 09/24/16 | 13:05:13 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (571) 406-8905 | (571) 406-8905 | Moris Castro Coreas | 0:01:41 | Outbound |
| 09/24/2016 13:36:19 | 09/24/16 | 13:36:19 | Voice | (703) 200-1641 | Edwin Orellana Caballero | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:01:17 | Routed_Call |
| 09/24/2016 13:36:20 | 09/24/16 | 13:36:20 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (703) 200-1641 | (703) 200-1641 | Edwin Orellana Caballero | 0:01:16 | Inbound |
| 09/24/2016 17:46:36 | 09/24/16 | 17:46:36 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (571) 406-8905 | (571) 406-8905 | Moris Castro Coreas | 0:00:38 | Outbound |
| 09/24/2016 17:47:49 | 09/24/16 | 17:47:49 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (703) 200-1641 | (703) 200-1641 | Edwin Orellana Caballero | 0:00:29 | Outbound |
| 09/24/2016 17:48:01 | 09/24/16 | 17:48:01 | Voice | (571) 406-8905 | Moris Castro Coreas | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:00:56 | Routed_Call |
| 09/24/2016 17:48:01 | 09/24/16 | 17:48:01 | Voice | (571) 406-8905 | Moris Castro Coreas | (703) 231-2883 | (703) 231-2883 | Duglas Ramirez Ferrera | 0:00:56 | Inbound |
| 09/24/2016 18:03:36 | 09/24/16 | 18:03:36 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (571) 365-1303 | (571) 365-1303 | Elmer Zelaya Martinez | 0:00:34 | Outbound |
| 09/24/2016 18:04:14 | 09/24/16 | 18:04:14 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (571) 365-1303 | (571) 365-1303 | Elmer Zelaya Martinez | 0:00:56 | Outbound |
| 09/24/2016 18:23:36 | 09/24/16 | 18:23:36 | Voice | (571) 406-8905 | Moris Castro Coreas | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:02:13 | Routed_Call |
| 09/24/2016 18:23:38 | 09/24/16 | 18:23:38 | Voice | (571) 406-8905 | Moris Castro Coreas | (703) 231-2883 | (703) 231-2883 | Duglas Ramirez Ferrera | 0:02:12 | Inbound |
| 09/24/2016 19:18:45 | 09/24/16 | 19:18:45 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (571) 365-1303 | (571) 365-1303 | Elmer Zelaya Martinez | 0:00:36 | Outbound |
| 09/24/2016 19:19:28 | 09/24/16 | 19:19:28 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (571) 365-1303 | (571) 365-1303 | Elmer Zelaya Martinez | 0:00:19 | Outbound |
| 09/24/2016 20:05:48 | 09/24/16 | 20:05:48 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (703) 200-1641 | (703) 200-1641 | Edwin Orellana Caballero | 0:01:08 | Outbound |
| 09/25/2016 00:19:25 | 09/25/16 | 00:19:25 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (571) 365-1303 | (571) 365-1303 | Elmer Zelaya Martinez | 0:01:15 | Outbound |
| 09/25/2016 00:28:23 | 09/25/16 | 00:28:23 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (703) 200-1641 | (703) 200-1641 | Edwin Orellana Caballero | 0:01:46 | Outbound |
| 09/25/2016 02:23:57 | 09/25/16 | 02:23:57 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (703) 200-1641 | (703) 200-1641 | Edwin Orellana Caballero | 0:01:08 | Outbound |
| 09/25/2016 02:26:07 | 09/25/16 | 02:26:07 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (703) 200-1641 | (703) 200-1641 | Edwin Orellana Caballero | 0:00:32 | Outbound |
| 09/25/2016 02:26:53 | 09/25/16 | 02:26:53 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (703) 200-1641 | (703) 200-1641 | Edwin Orellana Caballero | 0:01:23 | Outbound |
| 09/25/2016 13:09:25 | 09/25/16 | 13:09:25 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (571) 406-8905 | (571) 406-8905 | Moris Castro Coreas | 0:00:55 | Outbound |
| 09/25/2016 13:10:37 | 09/25/16 | 13:10:37 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (571) 365-1303 | (571) 365-1303 | Elmer Zelaya Martinez | 0:00:31 | Outbound |
| 09/25/2016 13:12:09 | 09/25/16 | 13:12:09 | Voice | (703) 200-1641 | Edwin Orellana Caballero | (703) 231-2883 | (703) 231-2883 | Duglas Ramirez Ferrera | 0:00:47 | Outbound |
| 09/25/2016 13:17:24 | 09/25/16 | 13:17:24 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (571) 365-1303 | (571) 365-1303 | Elmer Zelaya Martinez | 0:02:18 | Outbound |
| 09/25/2016 13:45:14 | 09/25/16 | 13:45:14 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (703) 200-1641 | (703) 200-1641 | Edwin Orellana Caballero | 0:00:25 | Outbound |
| 09/25/2016 13:45:40 | 09/25/16 | 13:45:40 | Voice | (703) 200-1641 | Edwin Orellana Caballero | SPRINT VISUAL VOICE MAIL | (703) 200-1641 | | 0:00:03 | Routed_Call |
| 09/25/2016 13:49:29 | 09/25/16 | 13:49:29 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (571) 406-8905 | (571) 406-8905 | Moris Castro Coreas | 0:01:33 | Outbound |
| 09/25/2016 14:09:11 | 09/25/16 | 14:09:11 | Voice | (703) 200-1641 | Edwin Orellana Caballero | SPRINT VISUAL VOICE MAIL | (703) 231-2883 | | 0:00:59 | Routed_Call |
| 09/25/2016 14:11:06 | 09/25/16 | 14:11:06 | Voice | (571) 406-8905 | Moris Castro Coreas | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:00:04 | Inbound |
| 09/25/2016 14:11:14 | 09/25/16 | 14:11:14 | Voice | (571) 406-8905 | Moris Castro Coreas | (703) 231-2883 | (703) 231-2883 | Duglas Ramirez Ferrera | 0:00:33 | Inbound |
| 09/25/2016 14:11:17 | 09/25/16 | 14:11:17 | Voice | (571) 406-8905 | Moris Castro Coreas | (703) 231-2883 | (703) 231-2883 | Duglas Ramirez Ferrera | 0:00:30 | Inbound |
| 09/25/2016 16:28:14 | 09/25/16 | 16:28:14 | Voice | (703) 940-6617 | Henry Zelaya Martinez | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:06:37 | Routed_Call |
| 09/25/2016 16:28:16 | 09/25/16 | 16:28:16 | Voice | (703) 940-6617 | Henry Zelaya Martinez | (703) 231-2883 | (703) 231-2883 | Duglas Ramirez Ferrera | 0:06:36 | Inbound |
| 09/25/2016 17:13:22 | 09/25/16 | 17:13:22 | Voice | (703) 200-1641 | Edwin Orellana Caballero | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:01:14 | Inbound |
| 09/25/2016 17:13:24 | 09/25/16 | 17:13:24 | Voice | (703) 200-1641 | Edwin Orellana Caballero | (703) 231-2883 | (703) 231-2883 | Duglas Ramirez Ferrera | 0:01:12 | Inbound |
| 09/25/2016 17:16:12 | 09/25/16 | 17:16:12 | Voice | (703) 200-1641 | Edwin Orellana Caballero | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:02:05 | Inbound |
| 09/25/2016 17:16:14 | 09/25/16 | 17:16:14 | Voice | (703) 200-1641 | Edwin Orellana Caballero | (703) 231-2883 | (703) 231-2883 | Duglas Ramirez Ferrera | 0:02:02 | Inbound |
| 09/25/2016 17:20:42 | 09/25/16 | 17:20:42 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (703) 200-1641 | (703) 200-1641 | Edwin Orellana Caballero | 0:01:14 | Outbound |
| 09/25/2016 18:13:43 | 09/25/16 | 18:13:43 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (571) 406-8905 | (571) 406-8905 | Moris Castro Coreas | 0:01:28 | Outbound |
| 09/25/2016 18:37:02 | 09/25/16 | 18:37:02 | Voice | (571) 406-8905 | Moris Castro Coreas | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:00:53 | Routed_Call |
| 09/25/2016 18:37:02 | 09/25/16 | 18:37:02 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (703) 231-2883 | (703) 231-2883 | Duglas Ramirez Ferrera | 0:00:53 | Inbound |
| 09/25/2016 20:02:33 | 09/25/16 | 20:02:33 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (703) 200-1641 | (703) 200-1641 | Edwin Orellana Caballero | 0:00:53 | Outbound |
| 09/25/2016 20:03:15 | 09/25/16 | 20:03:15 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (703) 200-1641 | (703) 200-1641 | Edwin Orellana Caballero | 0:00:25 | Outbound |
| 09/25/2016 20:03:38 | 09/25/16 | 20:03:38 | Voice | (703) 200-1641 | Edwin Orellana Caballero | SPRINT VISUAL VOICE MAIL | (703) 231-2883 | Duglas Ramirez Ferrera | 0:00:04 | Routed_Call |

| Telephone Number | Name |
|---|---|
| (201) 667-4938 | Oscar Contreras Aguilar |
| (301) 272-4524 | Fredys Baires Abarca |
| (301) 732-3746 | Oscar Sorto Romero |
| (571) 206-9035 | Anderson Villatoro Rivera |
| (571) 268-1224 | Francisco Avila Avalos |
| (571) 337-2688 | |
| (703) 231-2883 | Duglas Ramirez Ferrera |
| (571) 365-1303 | Elmer Zelaya Martinez |
| (571) 406-8905 | Moris Castro Coreas |
| (571) 551-1295 | Yonathan Melgar Martinez |
| (252) 590-1154 | Edinilson Misael Alfaro |
| (703) 200-1641 | Edwin Orellana Caballero |
| (703) 200-7285 | Erick Palacios Ruiz |
| (703) 338-9996 | Josue Vigil Mejia |
| (703) 940-6617 | Henry Zelaya Martinez |
| (571) 235-6138 | Henry Zelaya Martinez |

2

| Start Date | Date (EDT) | Time (EDT) | Type | Originating Number | Person Linked to Originating Number | Receiving Number | Dialed Number | Person Linked to Receiving/Dialed Number | Duration | Mobile Role |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/25/2016 20:03:49 | 09/25/16 | 20:03:49 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (703) 200-1641 | (703) 200-1641 | Edwin Orellana Caballero | 0:01:18 | Outbound |
| 09/25/2016 20:35:32 | 09/25/16 | 20:35:32 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (571) 406-8905 | (571) 406-8905 | Moris Castro Coreas | 0:00:22 | Outbound |
| 09/25/2016 20:35:58 | 09/25/16 | 20:35:58 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (571) 406-8905 | (571) 406-8905 | Moris Castro Coreas | 0:00:45 | Outbound |
| 09/25/2016 21:08:38 | 09/25/16 | 21:08:38 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (571) 365-1303 | (571) 365-1303 | Elmer Zelaya Martinez | 0:00:11 | Outbound |
| 09/25/2016 21:08:53 | 09/25/16 | 21:08:53 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (571) 365-1303 | (571) 365-1303 | Elmer Zelaya Martinez | 0:00:04 | Outbound |
| 09/25/2016 21:09:17 | 09/25/16 | 21:09:17 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (571) 406-8905 | (571) 406-8905 | Moris Castro Coreas | 0:00:29 | Outbound |
| 09/25/2016 21:09:51 | 09/25/16 | 21:09:51 | Voice | (571) 406-8905 | Moris Castro Coreas | SPRINT VISUAL VOICE MAIL | (571) 406-8905 | Duglas Ramirez Ferrera | 0:00:07 | Routed_Call |
| 09/25/2016 21:10:01 | 09/25/16 | 21:10:01 | Voice | (571) 406-8905 | Moris Castro Coreas | (571) 406-8905 | (571) 406-8905 | Duglas Ramirez Ferrera | 0:00:06 | Outbound |
| 09/25/2016 21:10:02 | 09/25/16 | 21:10:02 | Voice | (571) 406-8905 | Moris Castro Coreas | (703) 231-2883 | (703) 231-2883 | Duglas Ramirez Ferrera | 0:00:11 | Routed_Call |
| 09/25/2016 21:10:16 | 09/25/16 | 21:10:16 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (703) 200-1641 | (703) 200-1641 | Edwin Orellana Caballero | 0:00:53 | Outbound |
| 09/25/2016 21:10:20 | 09/25/16 | 21:10:20 | Voice | (571) 406-8905 | Moris Castro Coreas | SPRINT VISUAL VOICE MAIL | (571) 365-1303 | Duglas Ramirez Ferrera | 0:00:02 | Outbound |
| 09/25/2016 21:11:12 | 09/25/16 | 21:11:12 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (571) 365-1303 | (571) 365-1303 | Elmer Zelaya Martinez | 0:00:04 | Outbound |
| 09/25/2016 21:11:22 | 09/25/16 | 21:11:22 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (571) 365-1303 | (571) 365-1303 | Elmer Zelaya Martinez | 0:00:03 | Outbound |
| 09/25/2016 21:11:30 | 09/25/16 | 21:11:30 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (571) 365-1303 | SPRINT ROUTING NUMBER | Elmer Zelaya Martinez | 0:00:51 | Routed_Call |
| 09/25/2016 21:12:47 | 09/25/16 | 21:12:47 | Voice | (571) 406-8905 | Moris Castro Coreas | SPRINT ROUTING NUMBER | (703) 231-2883 | Duglas Ramirez Ferrera | 0:00:49 | Inbound |
| 09/25/2016 21:12:49 | 09/25/16 | 21:12:49 | Voice | (571) 406-8905 | Moris Castro Coreas | (571) 365-1303 | (571) 365-1303 | Duglas Ramirez Ferrera | 0:04:41 | Outbound |
| 09/25/2016 22:30:04 | 09/25/16 | 22:30:04 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | Duglas Ramirez Ferrera | 0:01:14 | Routed_Call |
| 09/26/2016 23:37:52 | 09/25/16 | 23:37:52 | Voice | (703) 200-1641 | Edwin Orellana Caballero | (703) 231-2883 | (703) 231-2883 | Duglas Ramirez Ferrera | 0:01:10 | Inbound |
| 09/26/2016 23:37:57 | 09/25/16 | 23:37:57 | Voice | (703) 200-1641 | Edwin Orellana Caballero | (703) 231-2883 | (703) 231-2883 | Duglas Ramirez Ferrera | 0:00:25 | Inbound |
| 09/26/2016 00:42:22 | 09/26/16 | 0:42:22 | Voice | (703) 200-1641 | Edwin Orellana Caballero | (703) 231-2883 | (703) 231-2883 | Duglas Ramirez Ferrera | 0:00:25 | Inbound |
| 09/26/2016 00:42:49 | 09/26/16 | 0:42:49 | Voice | (703) 200-1641 | Edwin Orellana Caballero | (571) 406-8905 | (571) 406-8905 | Moris Castro Coreas | 0:01:13 | Outbound |
| 09/26/2016 06:01:11 | 09/26/16 | 6:01:11 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (571) 406-8905 | (571) 406-8905 | Moris Castro Coreas | 0:01:47 | Outbound |
| 09/26/2016 06:16:36 | 09/26/16 | 6:16:36 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (571) 406-8905 | (571) 406-8905 | Moris Castro Coreas | 0:02:25 | Outbound |
| 09/26/2016 06:21:15 | 09/26/16 | 6:21:15 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (571) 365-1303 | (571) 365-1303 | Elmer Zelaya Martinez | 0:00:25 | Outbound |
| 09/26/2016 11:58:19 | 09/26/16 | 11:58:19 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (571) 365-1303 | (571) 365-1303 | Elmer Zelaya Martinez | 0:00:26 | Outbound |
| 09/26/2016 11:58:50 | 09/26/16 | 11:58:50 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (571) 365-1303 | (571) 365-1303 | Elmer Zelaya Martinez | 0:00:25 | Outbound |
| 09/26/2016 11:59:32 | 09/26/16 | 11:59:32 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (571) 365-1303 | (571) 365-1303 | Elmer Zelaya Martinez | 0:00:25 | Outbound |
| 09/26/2016 12:00:28 | 09/26/16 | 12:00:28 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (571) 365-1303 | (571) 365-1303 | Elmer Zelaya Martinez | 0:00:33 | Outbound |
| 09/26/2016 12:01:07 | 09/26/16 | 12:01:07 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (571) 406-8905 | (571) 406-8905 | Edwin Orellana Caballero | 0:00:35 | Outbound |
| 09/26/2016 12:25:34 | 09/26/16 | 12:25:34 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (703) 200-1641 | (703) 200-1641 | Edwin Orellana Caballero | 0:00:34 | Outbound |
| 09/26/2016 12:26:59 | 09/26/16 | 12:26:59 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (571) 406-8905 | (571) 406-8905 | Edwin Orellana Caballero | 0:00:36 | Outbound |
| 09/26/2016 12:27:41 | 09/26/16 | 12:27:41 | Voice | (571) 406-8905 | Duglas Ramirez Ferrera | (571) 406-8905 | (571) 406-8905 | Moris Castro Coreas | 0:00:28 | Outbound |
| 09/26/2016 12:28:31 | 09/26/16 | 12:28:31 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (703) 231-2883 | (703) 231-2883 | Edwin Orellana Caballero | 0:00:26 | Outbound |
| 09/26/2016 12:59:52 | 09/26/16 | 12:59:52 | Voice | (571) 406-8905 | Moris Castro Coreas | (703) 231-2883 | (703) 231-2883 | Duglas Ramirez Ferrera | 0:01:31 | Inbound |
| 09/26/2016 13:00:37 | 09/26/16 | 13:00:37 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (571) 406-8905 | (571) 406-8905 | Duglas Ramirez Ferrera | 0:03:23 | Inbound |
| 09/26/2016 14:24:31 | 09/26/16 | 14:24:31 | Voice | (703) 200-1641 | Edwin Orellana Caballero | (703) 231-2883 | (703) 231-2883 | Duglas Ramirez Ferrera | 0:03:23 | Inbound |
| 09/26/2016 14:30:57 | 09/26/16 | 14:30:57 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (703) 231-2883 | (703) 231-2883 | Duglas Ramirez Ferrera | 0:00:25 | Inbound |
| 09/26/2016 15:00:59 | 09/26/16 | 15:00:59 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (571) 365-1303 | (571) 365-1303 | Elmer Zelaya Martinez | 0:00:25 | Outbound |
| 09/26/2016 15:01:29 | 09/26/16 | 15:01:29 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (571) 365-1303 | (571) 365-1303 | Elmer Zelaya Martinez | 0:00:25 | Outbound |
| 09/26/2016 15:04:24 | 09/26/16 | 15:04:24 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (703) 200-1641 | (703) 200-1641 | Edwin Orellana Caballero | 0:02:58 | Outbound |
| 09/26/2016 16:02:43 | 09/26/16 | 16:02:43 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (571) 406-8905 | (571) 406-8905 | Edwin Orellana Caballero | 0:00:08 | Outbound |
| 09/26/2016 16:02:56 | 09/26/16 | 16:02:56 | Voice | (571) 406-8905 | Moris Castro Coreas | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | Duglas Ramirez Ferrera | 0:01:21 | Routed_Call |
| 09/26/2016 16:02:58 | 09/26/16 | 16:02:58 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (703) 231-2883 | (703) 231-2883 | Duglas Ramirez Ferrera | 0:01:20 | Inbound |
| 09/26/2016 16:07:40 | 09/26/16 | 16:07:40 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (703) 940-6617 | (703) 940-6617 | Henry Zelaya Martinez | 0:00:37 | Outbound |
| 09/26/2016 16:08:24 | 09/26/16 | 16:08:24 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (703) 940-6617 | (703) 940-6617 | Henry Zelaya Martinez | 0:00:25 | Outbound |
| 09/26/2016 16:09:14 | 09/26/16 | 16:09:14 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (703) 200-1641 | (703) 200-1641 | Edwin Orellana Caballero | 0:00:02 | Outbound |
| 09/26/2016 16:09:31 | 09/26/16 | 16:09:31 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (571) 406-8905 | (571) 406-8905 | Moris Castro Coreas | 0:00:26 | Outbound |
| 09/26/2016 16:12:13 | 09/26/16 | 16:12:13 | Voice | (703) 200-1641 | Edwin Orellana Caballero | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | Moris Castro Coreas | 0:00:34 | Routed_Call |

3

JA6368

| Start Date | Date (EDT) | Time (EDT) | Type | Person Linked to Originating Number | Originating Number | Receiving Number | Dialed Number | Person Linked to Receiving/Dialed Number | Duration | Mobile Role |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/26/2016 16:12:15 | 09/26/16 | 16:12:15 | Voice | Edwin Orellana Caballero | (703) 200-1641 | (703) 231-2883 | (703) 231-2883 | Duglas Ramirez Ferrera | 0:00:33 | Inbound |
| 09/26/2016 16:27:22 | 09/26/16 | 16:27:22 | Voice | Duglas Ramirez Ferrera | (703) 231-2883 | (571) 406-8905 | (571) 406-8905 | Moris Castro Coreas | 0:00:44 | Outbound |
| 09/26/2016 16:28:17 | 09/26/16 | 16:28:17 | Voice | Duglas Ramirez Ferrera | (703) 231-2883 | (703) 940-6617 | (703) 940-6617 | Henry Zelaya Martinez | 0:00:38 | Outbound |
| 09/26/2016 16:32:01 | 09/26/16 | 16:32:01 | Voice | Moris Castro Coreas | (571) 406-8905 | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:00:26 | Routed_Call |
| 09/26/2016 16:32:04 | 09/26/16 | 16:32:04 | Voice | Moris Castro Coreas | (571) 406-8905 | (703) 231-2883 | (703) 231-2883 | Duglas Ramirez Ferrera | 0:00:24 | Inbound |
| 09/26/2016 17:01:07 | 09/26/16 | 17:01:07 | Voice | Duglas Ramirez Ferrera | (703) 231-2883 | (703) 940-6617 | (703) 940-6617 | Henry Zelaya Martinez | 0:01:20 | Outbound |
| 09/26/2016 17:12:51 | 09/26/16 | 17:12:51 | Voice | Duglas Ramirez Ferrera | (703) 231-2883 | (703) 200-1641 | (703) 200-1641 | Edwin Orellana Caballero | 0:00:34 | Outbound |
| 09/26/2016 17:13:35 | 09/26/16 | 17:13:35 | Voice | Duglas Ramirez Ferrera | (703) 231-2883 | (703) 940-6617 | (703) 940-6617 | Henry Zelaya Martinez | 0:00:57 | Outbound |
| 09/26/2016 17:15:27 | 09/26/16 | 17:15:27 | Voice | Edwin Orellana Caballero | (703) 200-1641 | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:00:25 | Routed_Call |
| 09/26/2016 17:15:30 | 09/26/16 | 17:15:30 | Voice | Edwin Orellana Caballero | (703) 200-1641 | (703) 231-2883 | (703) 231-2883 | Duglas Ramirez Ferrera | 0:00:23 | Inbound |
| 09/26/2016 17:16:49 | 09/26/16 | 17:16:49 | Voice | Duglas Ramirez Ferrera | (703) 231-2883 | (703) 200-1641 | (703) 200-1641 | Edwin Orellana Caballero | 0:00:41 | Outbound |
| 09/26/2016 17:19:26 | 09/26/16 | 17:19:26 | Voice | Edwin Orellana Caballero | (703) 200-1641 | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:00:31 | Routed_Call |
| 09/26/2016 17:19:28 | 09/26/16 | 17:19:28 | Voice | Edwin Orellana Caballero | (703) 200-1641 | (703) 231-2883 | (703) 231-2883 | Duglas Ramirez Ferrera | 0:00:29 | Inbound |
| 09/26/2016 17:23:37 | 09/26/16 | 17:23:37 | Voice | Edwin Orellana Caballero | (703) 200-1641 | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:00:24 | Routed_Call |
| 09/26/2016 17:23:40 | 09/26/16 | 17:23:40 | Voice | Edwin Orellana Caballero | (703) 200-1641 | (703) 231-2883 | (703) 231-2883 | Duglas Ramirez Ferrera | 0:00:23 | Inbound |
| 09/26/2016 17:27:33 | 09/26/16 | 17:27:33 | Voice | Edwin Orellana Caballero | (703) 200-1641 | (703) 231-2883 | (703) 231-2883 | Duglas Ramirez Ferrera | 0:00:25 | Inbound |
| 09/26/2016 17:27:59 | 09/26/16 | 17:27:59 | Voice | Edwin Orellana Caballero | (703) 200-1641 | SPRINT VISUAL VOICE MAIL | SPRINT ROUTING NUMBER | | 0:00:02 | Routed_Call |
| 09/26/2016 17:28:46 | 09/26/16 | 17:28:46 | Voice | Edwin Orellana Caballero | (703) 200-1641 | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:00:40 | Routed_Call |
| 09/26/2016 17:28:48 | 09/26/16 | 17:28:48 | Voice | Edwin Orellana Caballero | (703) 200-1641 | (703) 231-2883 | (703) 231-2883 | Duglas Ramirez Ferrera | 0:00:39 | Inbound |
| 09/26/2016 18:45:26 | 09/26/16 | 18:45:26 | Voice | Henry Zelaya Martinez | (703) 940-6617 | (703) 231-2883 | (703) 231-2883 | Duglas Ramirez Ferrera | 0:00:25 | Inbound |
| 09/26/2016 18:45:54 | 09/26/16 | 18:45:54 | Voice | Henry Zelaya Martinez | (703) 940-6617 | SPRINT VISUAL VOICE MAIL | (703) 231-2883 | Duglas Ramirez Ferrera | 0:00:02 | Routed_Call |
| 09/26/2016 18:59:22 | 09/26/16 | 18:59:22 | Voice | Edwin Orellana Caballero | (703) 200-1641 | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:01:03 | Routed_Call |
| 09/26/2016 18:59:25 | 09/26/16 | 18:59:25 | Voice | Edwin Orellana Caballero | (703) 200-1641 | (703) 231-2883 | (703) 231-2883 | Duglas Ramirez Ferrera | 0:01:01 | Inbound |
| 09/26/2016 19:01:42 | 09/26/16 | 19:01:42 | Voice | Duglas Ramirez Ferrera | (703) 231-2883 | (703) 940-6617 | (703) 940-6617 | Henry Zelaya Martinez | 0:02:08 | Outbound |
| 09/26/2016 19:20:01 | 09/26/16 | 19:20:01 | Voice | Duglas Ramirez Ferrera | (703) 231-2883 | (703) 940-6617 | (703) 940-6617 | Henry Zelaya Martinez | 0:00:43 | Outbound |
| 09/26/2016 19:23:25 | 09/26/16 | 19:23:25 | Voice | Duglas Ramirez Ferrera | (703) 231-2883 | (571) 406-8905 | (571) 406-8905 | Moris Castro Coreas | 0:01:15 | Outbound |
| 09/26/2016 19:25:47 | 09/26/16 | 19:25:47 | Voice | Duglas Ramirez Ferrera | (703) 231-2883 | (571) 406-8905 | (571) 406-8905 | Moris Castro Coreas | 0:02:02 | Outbound |
| 09/26/2016 19:30:55 | 09/26/16 | 19:30:55 | Voice | Duglas Ramirez Ferrera | (703) 231-2883 | (571) 406-8905 | (571) 406-8905 | Moris Castro Coreas | 0:01:00 | Outbound |
| 09/26/2016 19:53:13 | 09/26/16 | 19:53:13 | Voice | Duglas Ramirez Ferrera | (703) 231-2883 | (571) 365-1303 | (571) 365-1303 | Elmer Zelaya Martinez | 0:00:38 | Outbound |
| 09/26/2016 21:41:18 | 09/26/16 | 21:41:18 | Voice | Duglas Ramirez Ferrera | (703) 231-2883 | (703) 940-6617 | (703) 940-6617 | Henry Zelaya Martinez | 0:00:57 | Outbound |
| 09/26/2016 21:50:09 | 09/26/16 | 21:50:09 | Voice | Duglas Ramirez Ferrera | (703) 231-2883 | (703) 940-6617 | (703) 940-6617 | Henry Zelaya Martinez | 0:00:05 | Outbound |
| 09/26/2016 22:42:07 | 09/26/16 | 22:42:07 | Voice | Duglas Ramirez Ferrera | (703) 231-2883 | (703) 940-6617 | (703) 940-6617 | Henry Zelaya Martinez | 0:00:39 | Outbound |
| 09/26/2016 22:44:19 | 09/26/16 | 22:44:19 | Voice | Duglas Ramirez Ferrera | (703) 231-2883 | (571) 365-1303 | (571) 365-1303 | Elmer Zelaya Martinez | 0:01:54 | Outbound |
| 09/26/2016 23:41:15 | 09/26/16 | 23:41:15 | Voice | Duglas Ramirez Ferrera | (703) 231-2883 | (571) 365-1303 | (571) 365-1303 | Elmer Zelaya Martinez | 0:00:56 | Outbound |
| 09/27/2016 0:07:47 | 09/27/16 | 0:07:47 | Voice | Edwin Orellana Caballero | (703) 200-1641 | (703) 940-6617 | (703) 940-6617 | Henry Zelaya Martinez | 0:00:45 | Outbound |
| 09/27/2016 0:10:29 | 09/27/16 | 0:10:29 | Voice | Duglas Ramirez Ferrera | (703) 231-2883 | (703) 200-1641 | (703) 200-1641 | Edwin Orellana Caballero | 0:00:45 | Outbound |
| 09/27/2016 0:14:24 | 09/27/16 | 0:14:24 | Voice | Duglas Ramirez Ferrera | (703) 231-2883 | (703) 200-1641 | (703) 200-1641 | Edwin Orellana Caballero | 0:06:03 | Outbound |
| 09/27/2016 0:23:55 | 09/27/16 | 0:23:55 | Voice | Edwin Orellana Caballero | (703) 200-1641 | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:00:09 | Routed_Call |
| 09/27/2016 0:23:57 | 09/27/16 | 0:23:57 | Voice | Edwin Orellana Caballero | (703) 200-1641 | (703) 231-2883 | (703) 231-2883 | Duglas Ramirez Ferrera | 0:00:07 | Inbound |
| 09/27/2016 0:25:00 | 09/27/16 | 0:25:00 | Voice | Duglas Ramirez Ferrera | (703) 231-2883 | (703) 200-1641 | (703) 200-1641 | Edwin Orellana Caballero | 0:00:33 | Outbound |
| 09/27/2016 0:29:25 | 09/27/16 | 0:29:25 | Voice | Edwin Orellana Caballero | (703) 200-1641 | (703) 231-2883 | (703) 231-2883 | Duglas Ramirez Ferrera | 0:00:40 | Inbound |
| 09/27/2016 0:30:12 | 09/27/16 | 0:30:12 | Voice | Duglas Ramirez Ferrera | (703) 231-2883 | (703) 200-1641 | (703) 200-1641 | Edwin Orellana Caballero | 0:00:23 | Outbound |
| 09/27/2016 0:30:43 | 09/27/16 | 0:30:43 | Voice | Duglas Ramirez Ferrera | (703) 231-2883 | (571) 365-1303 | (571) 365-1303 | Elmer Zelaya Martinez | 0:00:15 | Outbound |
| 09/27/2016 0:31:38 | 09/27/16 | 0:31:38 | Voice | Duglas Ramirez Ferrera | (703) 231-2883 | (571) 365-1303 | (571) 365-1303 | Elmer Zelaya Martinez | 0:01:40 | Outbound |
| 09/27/2016 0:36:46 | 09/27/16 | 0:36:46 | Voice | Francisco Avila Avalos | (571) 268-1224 | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:00:49 | Routed_Call |
| 09/27/2016 0:36:49 | 09/27/16 | 0:36:49 | Voice | Duglas Ramirez Ferrera | (703) 231-2883 | (703) 231-2883 | (703) 231-2883 | Duglas Ramirez Ferrera | 0:00:47 | Inbound |
| 09/27/2016 6:12:49 | 09/27/16 | 6:12:49 | Voice | Duglas Ramirez Ferrera | (703) 231-2883 | (571) 365-1303 | (571) 365-1303 | Elmer Zelaya Martinez | 0:00:35 | Outbound |

JA6369

| Start Date | Date (EDT) | Time (EDT) | Type | Originating Number | Person Linked to Originating Number | Receiving Number | Dialed Number | Person Linked to Receiving/Dialed Number | Duration | Mobile Role |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/27/2016 06:18:17 | 09/27/16 | 6:18:17 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (571) 406-8905 | (571) 406-8905 | Moris Castro Coreas | 0:00:39 | Outbound |
| 09/27/2016 06:19:10 | 09/27/16 | 6:19:10 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (571) 406-8905 | (571) 406-8905 | Moris Castro Coreas | 0:00:39 | Outbound |
| 09/27/2016 06:21:08 | 09/27/16 | 6:21:08 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (571) 268-1224 | (571) 268-1224 | Francisco Avila Avalos | 0:00:39 | Outbound |
| 09/27/2016 06:21:53 | 09/27/16 | 6:21:53 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (571) 268-1224 | (571) 268-1224 | Francisco Avila Avalos | 0:00:36 | Outbound |
| 09/27/2016 06:22:36 | 09/27/16 | 6:22:36 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (571) 365-1303 | (571) 365-1303 | Elmer Zelaya Martinez | 0:00:37 | Outbound |
| 09/27/2016 06:23:19 | 09/27/16 | 6:23:19 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (571) 365-1303 | (571) 365-1303 | Elmer Zelaya Martinez | 0:01:22 | Outbound |
| 09/27/2016 16:36:53 | 09/27/16 | 16:36:53 | Voice | (571) 406-8905 | Moris Castro Coreas | (571) 406-8905 | (571) 406-8905 | Moris Castro Coreas | 0:00:52 | Outbound |
| 09/27/2016 16:47:24 | 09/27/16 | 16:47:24 | Voice | (571) 406-8905 | Moris Castro Coreas | (571) 406-8905 | (571) 406-8905 | Moris Castro Coreas | 0:01:07 | Outbound |
| 09/27/2016 17:41:45 | 09/27/16 | 17:41:45 | Voice | (571) 406-8905 | Moris Castro Coreas | (703) 231-2883 | (703) 231-2883 | Duglas Ramirez Ferrera | 0:00:25 | Inbound |
| 09/27/2016 17:42:11 | 09/27/16 | 17:42:11 | Voice | (571) 406-8905 | Moris Castro Coreas | SPRINT VISUAL VOICE MAIL | (703) 231-2883 | Duglas Ramirez Ferrera | 0:00:03 | Routed_Call |
| 09/27/2016 17:42:25 | 09/27/16 | 17:42:25 | Voice | (571) 406-8905 | Moris Castro Coreas | SPRINT VISUAL VOICE MAIL | (703) 231-2883 | Duglas Ramirez Ferrera | 0:00:03 | Routed_Call |
| 09/27/2016 17:42:33 | 09/27/16 | 17:42:33 | Voice | (571) 406-8905 | Moris Castro Coreas | SPRINT VISUAL VOICE MAIL | (703) 231-2883 | Duglas Ramirez Ferrera | 0:00:02 | Routed_Call |
| 09/27/2016 17:42:40 | 09/27/16 | 17:42:40 | Voice | (571) 406-8905 | Moris Castro Coreas | SPRINT VISUAL VOICE MAIL | (703) 231-2883 | Duglas Ramirez Ferrera | 0:00:02 | Routed_Call |
| 09/27/2016 17:53:35 | 09/27/16 | 17:53:35 | Voice | (571) 406-8905 | Moris Castro Coreas | (703) 231-2883 | (703) 231-2883 | Duglas Ramirez Ferrera | 0:00:06 | Inbound |
| 09/27/2016 17:53:35 | 09/27/16 | 17:53:35 | Voice | (571) 406-8905 | Moris Castro Coreas | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:00:06 | Routed_Call |
| 09/27/2016 19:11:59 | 09/27/16 | 19:11:59 | Voice | (571) 406-8905 | Moris Castro Coreas | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | | 0:01:16 | Routed_Call |
| 09/27/2016 19:12:01 | 09/27/16 | 19:12:01 | Voice | (571) 406-8905 | Moris Castro Coreas | (703) 231-2883 | (703) 231-2883 | Duglas Ramirez Ferrera | 0:01:15 | Inbound |
| 09/27/2016 19:16:41 | 09/27/16 | 19:16:41 | Voice | (571) 406-8905 | Moris Castro Coreas | SPRINT ROUTING NUMBER | (703) 231-2883 | Duglas Ramirez Ferrera | 0:01:04 | Routed_Call |
| 09/27/2016 19:16:44 | 09/27/16 | 19:16:44 | Voice | (571) 406-8905 | Moris Castro Coreas | (703) 231-2883 | (703) 231-2883 | Duglas Ramirez Ferrera | 0:01:01 | Inbound |
| 09/27/2016 19:17:53 | 09/27/16 | 19:17:53 | Voice | (571) 406-8905 | Moris Castro Coreas | SPRINT ROUTING NUMBER | SPRINT ROUTING NUMBER | Duglas Ramirez Ferrera | 0:00:29 | Routed_Call |
| 09/27/2016 19:17:57 | 09/27/16 | 19:17:57 | Voice | (571) 406-8905 | Moris Castro Coreas | (703) 231-2883 | (703) 231-2883 | Duglas Ramirez Ferrera | 0:00:24 | Inbound |
| 09/27/2016 19:42:49 | 09/27/16 | 19:42:49 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (571) 365-1303 | (571) 365-1303 | Elmer Zelaya Martinez | 0:00:31 | Outbound |
| 09/27/2016 19:43:24 | 09/27/16 | 19:43:24 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (571) 365-1303 | (571) 365-1303 | Elmer Zelaya Martinez | 0:00:27 | Outbound |
| 09/27/2016 19:44:01 | 09/27/16 | 19:44:01 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (571) 406-8905 | (571) 406-8905 | Moris Castro Coreas | 0:00:50 | Outbound |
| 09/27/2016 19:48:05 | 09/27/16 | 19:48:05 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (571) 365-1303 | (571) 365-1303 | Elmer Zelaya Martinez | 0:01:12 | Outbound |
| 09/27/2016 21:36:34 | 09/27/16 | 21:36:34 | Voice | (703) 231-2883 | Duglas Ramirez Ferrera | (571) 365-1303 | (571) 365-1303 | Elmer Zelaya Martinez | 0:01:54 | Outbound |

JA6370

| Date | Time | Date (EDT) | Time (EDT) | Type | Originating Number | Person Linked to Originating Number | Receiving Number | Person Linked to Receiving Number | Duration | Direction |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/27/2016 | 03:02:06 | 09/26/16 | 23:02:06 | Voice | (571) 406-8905 | Moris Castro Coreas | (703) 940-6617 | Henry Zelaya Martinez | 0:32:00 | Outgoing |
| 09/27/2016 | 03:02:32 | 09/26/16 | 23:02:32 | Voice | (571) 406-8905 | Moris Castro Coreas | (703) 200-1641 | Edwin Orellana Caballero | 0:32:26 | Outgoing |
| 09/27/2016 | 03:03:22 | 09/26/16 | 23:03:22 | Voice | (571) 406-8905 | Moris Castro Coreas | (571) 551-1295 | Yonathan Melgar Martinez | 0:31:47 | Outgoing |
| 09/27/2016 | 03:10:33 | 09/26/16 | 23:10:33 | Voice | (703) 200-7285 | Erick Palacios Ruiz | (571) 406-8905 | Moris Castro Coreas | 0:06:53 | Incoming |

| Telephone Number | Name |
|---|---|
| (201) 667-4938 | Oscar Contreras Aguilar |
| (301) 272-4524 | Fredy Baires Abarca |
| (301) 732-3746 | Oscar Sorto Romero |
| (571) 206-9035 | Anderson Villatoro Rivera |
| (571) 268-1224 | Francisco Avila Avalos |
| (571) 337-2688 | Duglas Ramirez Ferrera |
| (703) 231-2883 | Elmer Zelaya Martinez |
| (571) 365-1303 | |
| (571) 406-8905 | Moris Castro Coreas |
| (631) 624-8549 | Yonathan Melgar Martinez |
| (252) 590-1154 | Edenilson Misael Alfaro |
| (703) 200-1641 | Edwin Orellana Caballero |
| (703) 200-7285 | Erick Palacios Ruiz |
| (703) 338-9996 | Josue Vigil Mejia |
| (703) 940-6617 | Henry Zelaya Martinez |
| (571) 235-6138 | |

GOVERNMENT
EXHIBIT
90-1
1:18CR123

<u>Interview of Ronald Herrera Contreras on November 30, 2017</u>
00:01:26 to 00:03:23

**Legend:**
[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

// = Indicates voice overlap.

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:    Special Agent Claudia Dubravetz
              Ronald Herrera Contreras

| 00:01:26 to 00:03:23 | | | |
|---|---|---|---|
| 1. | Dubravetz | Ah, y la otra cosa te iba preguntar, en la noche que, que murió Triminio, que // que, ¿por qué te ríes? | Uh, and the other thing I was going to ask you, on the night that, that Triminio died what // what, why are you laughing? |
| 2. | Herrera | [ui] | [ui] |
| 3. | Dubravetz | Ah, ¿qué, qué pasó con los, él, él traía los Nike Cortezes? | Uh, what, what happened with the, he, he had on the Nike Cortezes? |
| 4. | Herrera | Sí. | Yes. |
| 5. | Dubravetz | ¿Qué, que le pasó a los zapatos? | What, what happened to the shoes? |
| 6. | Herrera | Era un pecado botar unas zapatos… | It was a sin to throw away some shoes… |
| 7. | Dubravetz | ¿Ja? | Huh? |
| 8. | Herrera | . . . con una basura, *man.* | . . . with some garbage, *man.* |
| 9. | Dubravetz | ¿Los botaron? | Were they thrown out? |
| 10. | Herrera | No, ellos no botaron los Cortezes. | No, they didn't throw out the Cortezes. |
| 11. | Dubravetz | ¿Quién se los llevó? | Who took them? |
| 12. | Herrera | No sé quién se los llevó. | I don't know who took them. |
| 13. | Dubravetz | [ui] | [ui] |
| 14. | Herrera | ¿Por qué? | Why? |
| 15. | Dubravetz | ¿Ja? Quiero saber quién, quién tiene esos zapatos, quién se los llevó. | Huh? I want to know who, who has those shoes, who took them. |
| 16. | Herrera | No sé quién se los llevó. ¿Por qué? | I don't know who took them.  Why? |
| 17. | Dubravetz | ¿Jm? | Hum? |
| 18. | Herrera | Usted tiene que saber quién los tiene, quién los podría tener. | You have to know who has them, who could have them. |

GOVERNMENT EXHIBIT
**104-1B**
1:18CR123

JA6372

| 19. | Dubravetz | Por eso te estoy preguntando. Si te acuerdas que te dije que cuando hablamos es solo la verdad, porque es la única manera que te puedo ayudar. | That's why I'm asking. If you remember that I told you that when we talk it's only the truth, because it's the only way I can help you. |
|-----|-----------|---|---|
| 20. | Herrera | Simón, pero, ¿cómo salgo bien todo eso, me entendés? | Yeah, but how do I come out well with all that, you know. |
| 21. | Dubravetz | No, son la, por eso estoy preguntando si, si tú te llevaste los zapatos. | No, it's the, that's why I'm asking you if, if you took the shoes. |
| 22. | Herrera | Sí, yo los llevé, porque era un pecado de ponerlos // pero yo nunca me los puse. | Yeah, I took them, because it was a sin to put them // but I never put them on. |
| 23. | Dubravetz | Y, y // y está bien si te los llevaste, te los llevaste. | And, and // and it's fine if you took them, you took them. |
| 24. | Herrera | Por eso pues porque no los puedo, no puedo enterrar un par de Cortezes con una basura como ese maje. | That's why, well, because I can't, I can't bury a pair of Cortezes with garbage like that guy. |
| 25. | Dubravetz | Okey, *so* tú te los llevastes. | Okay, so you took them. |
| 26. | Herrera | Simón. | Yeah. |
| 27. | Dubravetz | ¿Y, qué hiciste con los zapatos? | And, what did you do with the shoes? |
| 28. | Herrera | Se los di a otro loco pues que se los pusiera, pues // porque yo no me iba ensuciar los pies. Yo tenía mis propios Cortezes. | I gave them to another loco for him to wear them, well // because I wasn't going to dirty my feet. I had my own Cortezes. |
| 29. | Dubravetz | ¿A, a quién se los distes? | Who, who did you give them to? |
| 30. | Herrera | A aquel el otro de ahí [ui] a un Normandy. | To the other one from there [ui] to a Normandy. |
| 31. | Dubravetz | ¿Cómo se llama él? | What's his name? |
| 32. | Herrera | Este loco el, el nombre de los Normandy de aquí este sector de Martín. Porque yo tengo cinco pares de Cortezes tengo, yo no necesitaba los de ese morro. Además que no me quedaban. | This loco, the, the name of Normandy from here this area of Martín's. Because I have five pairs of Cortezes I have, I didn't need the ones belonging to that guy. What's more, they didn't fit me. |
| 33. | Dubravetz | ¿No te quedaban? ¿Los trataste de poner? ¿No? | They didn't fit you? You tried them on? No? |
| 34. | Herrera | No, para que me los iba poner, tengo cinco pares. | No, why would I put them on, I have five pairs. |
| 35. | Dubravetz | Okey. | Okay. |

JA6373

<u>**Interview of Ronald Herrera Contreras on July 2, 2018**</u>
00:06:18 to 00:07:42

**Legend:**

[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

// = Indicates voice overlap.

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:    Special Agent Carlos Fontánez
                Detective Raymond Betts
                Ronald Herrera Contreras

| | | | |
|---|---|---|---|
| **00:06:18 to 00:07:42** | | | |
| 1. | Fontánez | ¿Cómo estamos? | How is it going? |
| 2. | Herrera | Ahí he estado. | I've been there. |
| 3. | Fontánez | ¿Te acuerdas de mí? ¿No? Fue hace tiempo, eh. Yo soy un agente federal con el FBI, y obviamente ya conoces a, a nuestro compañero, Ray. *So,* ¿no te acuerdas de mí? | Do you remember me? Don't you? It was a long time ago, uh. I'm a federal agent with the FBI, and obviously you already know our, our colleague Ray. So, you don't remember me? |
| 4. | Herrera | Am, no mucho. | Um, not much. |
| 5. | Fontánez | ¿No mucho? | Not much? |
| 6. | Herrera | Sí | Yeah. |
| 7. | Fontánez | Fue hace tiempo, eh, pero nada, *so,* y ¿sabes por qué te trajeron para acá? | It was a long time ago. Uh, but that´s fine so there, do you know why you were brought here? |
| 8. | Herrera | *Yeah.* | Yeah. |
| 9. | Fontánez | Está bien. *So,* básicamente, te voy a explicar lo que va a pasar hoy, eh, voy a coger tus datos porque obviamente estamos en el lado federal, eh, después de tomar tus datos, eh, te voy a leer ciertas cosas. Si tienes preguntas, me dejas saber y después queremos platicar contigo en referencia a unos detalles que son muy importantes. Eh, lo que sí te digo es que has hecho cosas buenas, eh, y has hecho cosas malas. Pero hoy es un día muy importante para ti, *so,* lo vas a ver. | That's fine. So, basically, I'm going to explain to you what's going to happen today, uh, I'm going to take your information, because obviously we're on the federal side, uh, after taking your information, uh, I'm going to read certain things to you. If you have questions, let me know, and then we want to talk to you in reference to some details that are very important. Uh, what I can tell you is that you've done good things, uh, and you've done bad things. But today is a very important day for you, so, you will see. |

**GOVERNMENT EXHIBIT**
**105-2B**
1:18CR123

JA6374

## Interview of Ronald Herrera Contreras on July 2, 2018
### 00:07:57 to 00:08:54

**Legend:**

[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

// = Indicates voice overlap.

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:   Special Agent Carlos Fontánez
            Detective Raymond Betts
            Ronald Herrera Contreras

| | | 00:07:57 to 00:08:54 | | |
|---|---|---|---|---|
| 1. | Fontánez | Primero, danos tu nombre completo. | | First, give us your full name. |
| 2. | Herrera | Ronald Fabricio Herrera Contreras. | | Ronald Fabricio Herrera Contreras. |
| 3. | Fontánez | Okey. | | Okay. |
| 4. | Betts | *Yeah, go ahead.* | | Yeah, go ahead. |
| 5. | Fontánez | Okey, ¿tu fecha de nacimiento? | | Okay, your date of birth? |
| 6. | Herrera | Mayo treinta y uno, mil novecientos noventa y ocho. | | May thirty first nineteen ninety-eight. |
| 7. | Fontánez | *Ah, so May thirty-first.* | | Ah, so May thirty-first. |
| 8. | Betts | *Okay.* | | Okay. |
| 9. | Fontánez | ¿En dónde naciste? | | Where were you born? |
| 10. | Herrera | En El Salvador. | | In El Salvador. |
| 11. | Fontánez | ¿En qué parte? | | In what part? |
| 12. | Herrera | La Unión. | | La Union. |
| 13. | Fontánez | En la Unión. Okey.<br><br>¿A qué edad viniste a Estados Unidos? | | In La Union. Okay.<br><br>At what age did you come to the United States? |
| 14. | Herrera | Decisiete. | | Seventeen. |
| 15. | Fontánez | *¡So*, pollito! | | ¡So, a young one!<br><br>[*pollito* lit. "little chicken", however this is a common saying in Spanish and is understood to simply mean "a young one"] |
| 16. | Herrera | No. | | No. |
| 17. | Fontánez: | ¿Y cuántos años tienes ahora? | | And how old are you now? |

GOVERNMENT EXHIBIT
**105-3B**
1:18CR123

| 18. | Herrera | Veinte. | Twenty. |
|---|---|---|---|
| 19. | Fontánez | ¡Oh, *so,* hace poquito! Okey. Eh, cuando estabas acá, ¿trabajabas en algún sitio? ¿No? | Oh, so not long ago! Okay, uh, when you were here, did you work somewhere? Did you? |
| 20. | Herrera | No. | No. |
| 21. | Fontánez | Okey. ¿Con quién vivías? | Okay, who did you live with? |
| 22. | Herrera | Con mi tía. | With my aunt. |
| 23. | Fontánez | ¿Solamente con tú tía? ¿No tienes hermanos o otra familia acá? | Just with your aunt? Don't you have siblings or other family here? |
| 24. | Herrera | Tengo familia pero no cuento con ellos, me entendés. | I have family but I don't count on them, you know. |
| 25. | Fontánez | *So he used to live with his aunt, uh, he doesn't have any other family here.* | So, he used to live with his aunt, uh, he doesn't have any other family here. |

JA6376

**Interview of Ronald Herrera Contreras on July 2, 2018**
00:09:51 to 00:11:36

**Legend:**

[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

// = Indicates voice overlap.

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:   Special Agent Carlos Fontánez
            Detective Raymond Betts
            Ronald Herrera Contreras

| 00:09:51 to 00:11:36 | | | |
|---|---|---|---|
| 1. | Fontánez | Te voy a leer esto, eh, son tus derechos. Eh, cualquier preguntita, me dejas saber, ¿está bien?<br><br>*What's the date?* | I'm going to read this to you, uh, they are your rights. Uh, let me know if you have any questions. All right?<br><br>What's the date? |
| 2. | Betts | *Uh, second, July second.* | Uh, second, July second. |
| 3. | Fontánez | Okey. ¿Hablas inglés un poquito o no?<br><br><br>¿Sí? Está bien. Te los voy a leer en español. ¿Está bien? *So,* antes de hacerle cualquier pregunta, usted debe entender sus derechos.<br><br>Usted tiene el derecho a permanecer callado. Todo lo que usted diga puede ser usado en su contra en un tribunal.<br><br>Usted tiene el derecho de hablar con un abogado para que lo asesore antes de que le hagamos cualquier pregunta. | Okay.  Do you speak a little English or not?<br>[Herrera nods head forward and backward]<br><br>You do? That's fine. I'm going to read them to you in Spanish, is that all right? So, before asking you any question, you should understand your rights.<br><br>You have the right to remain silent. Everything you say can be used against you in a court.<br><br>You have the right to speak to an attorney so he can advise you before we ask you any question. |

GOVERNMENT
EXHIBIT

**105-4B**

1:18CR123

JA6377

| 4. | Fontanez | Usted tiene el derecho a tener un abogado presente durante su interrogatorio. Si usted no puede pagarle a un abogado, se le designará uno antes de que se lleve a cabo cualquier interrogatorio, si así lo desea.<br><br>Si usted decide contestar las preguntas en este momento sin la presencia de un abogado, usted tiene el derecho a no contestar en cualquier momento.<br><br>¿Entendiste?<br><br>*That's your signature.* | You have the right to have an attorney present during your interrogation. If you cannot afford an attorney, one will be assigned to you before any questioning, if that is what you want.<br><br>If you decide to answer the questions at this time without an attorney present, you have the right to not answer at any time.<br><br>Did you understand?<br><br>That's your signature. |
| 5. | Betts | [ui] | [ui] |
| 6. | Fontánez | Y lo único que me falta es la firmita tuya donde dice firma. Okey. | And the only thing I'm lacking is your little signature where it says signature. Okay. |

JA6378

**Legend:**
[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

// = Indicates voice overlap.

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:  Special Agent Carlos Fontánez
           Detective Raymond Betts
           Ronald Herrera Contreras

| 00:15:17 to 00:16:09 | | | |
|---|---|---|---|
| 1. | Fontánez | ¿Quién ha hablado de ti? | Who has talked about you? |
| 2. | Herrera | La mamá de Sergio. | Sergio's mom. |
| 3. | Fontánez | *So, he's saying that the victim's, uh, mom, Sergio's mom has been talking, uh, ill of him.* | So, he's saying that the victim's, uh, mom, Sergio's mom has been talking, uh, ill of him. |
| 4. | Betts | *Okay, uh… well, we can, we can talk about that later.* | Okay, uh… well, we can, we can talk about that later. |
| 5. | Fontánez | Podemos hablar de eso después, pero lo que… ponte a pensar, es la mamá, y el nene // | We can talk about that later, but what… think about it, it's the mom, and her little boy // |
| 6. | Herrera | No importa. | Doesn't matter. |
| 7. | Fontánez | El nene, el nene se le murió. | Her little boy, her little boy died. |
| 8. | Herrera | Eso pasa. | It happens. |
| 9. | Fontánez | Eso pasa, yo sé. | It happens, I know. |
| 10. | Herrera | Un día uno se va a morir, nadie va a hablar de mí. Nadie va a hablar nada. Ella tiene la culpa. | One day I'm going to die, no one is going to talk about me.  No one is going to say anything. She is to blame [or: It's her fault]. |
| 11. | Fontánez | ¿Ella? <br><br> *So he's saying that Sergio's mom, uh, has the fault, that we all die, and that at some point he'll die too.* | Is she? <br><br> So, he's saying that Sergio's mom, uh, has the fault, that we all die, and that at some point he'll die too. |
| 12. | Betts | *Okay, well like I said we've talked a lot…* | Okay, well like I said we've talked a lot … |

Page 1 of 1

GOVERNMENT
EXHIBIT
**105-5B**
1:18CR123

JA6379

# Interview of Ronald Herrera Contreras on July 2, 2018
## 00:22:30 to 00:24:49

**Legend:**

[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

// = Indicates voice overlap.

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:    Special Agent Carlos Fontánez
               Detective Raymond Betts
               Ronald Herrera Contreras

| | 00:22:30 to 00:24:49 | | |
|---|---|---|---|
| 1. | Betts | *Have you ever seen that picture before? What can you tell me about that?* | Have you ever seen that picture before? What can you tell me about that? |
| 2. | Fontánez | ¿Qué sabes de esa foto? | What do you know about that picture? |
| 3. | Herrera | Maje es chavala. | The guy is a *chavala.* |
| 4. | Fontánez | Que es un chavala, ¿por qué? | That he's a *chavala,* why? |
| 5. | Herrera | Gran cagada tiene ese maje. | That guy has a big shitty mess. |
| 6. | Fontánez | ¿Me la puedes explicar la foto? Lo que tú ves que designa que es un chavala. | Can you explain the picture to me? What you see that indicates that he is a *chavala.* |
| 7. | Herrera | Ahí está todo. | It's all there. |
| 8. | Fontánez | *So, I asked him if he could explain what in the picture, uh, made him tell, uh, say that it was a* chavala. | So, I asked him if he could explain what in the picture, uh, made him tell, uh, say that it was a *chavala.* |
| 9. | Betts | *Uh-huh.* | Uh-huh. |
| 10. | Fontánez | Descríbemela, ¿qué es lo que es? | Describe it to me, what is it? |
| 11. | Herrera | *Six, six, six.* | Six, six, six. |
| 12. | Fontánez | ¿Qué implica eso? | What does that imply? |
| 13. | Herrera | Chavala. | *Chavala.* |
| 14. | Fontánez | *So those triple six is, uh, for* chavala. Y chavala, ¿qué, qué es para ustedes? | So those triple six is, uh, for *chavala.*<br><br>And what, what is *chavala* for you guys? |
| 15. | Herrera | No, hombre, o sea, ya todo el mundo lo sabe, esa pregunta. | No, man, I mean, everybody knows that already, that question. |
| 16. | Fontánez | Pero te lo pregunto a ti, a ver si tú das la misma respuesta. | But I'm asking you to see if you give the same answer. |

GOVERNMENT
EXHIBIT
**105-6B**
1:18CR123

JA6380

| 17. | Herrera | Un enemigo de nosotros. | An enemy of ours. |
|---|---|---|---|
| 18. | Fontánez | *So, an enemy. //* | So, an enemy. // |
| 19. | Betts | *Have you seen that picture before?* | Have you seen that picture before? |
| 20. | Fontánez | ¿Tú la has visto? ¿Dónde? | Have you seen it?  Where? |
| 21. | Herrera | A mí me la enseñaron. | It was shown to me. |
| 22. | Fontánez | ¿Quién te la enseñó? | Who showed it to you? |
| 23. | Herrera | El Horror. | Horror. |
| 24. | Fontánez | *Horror showed him that picture.*<br><br>¿Cuándo? | Horror showed him that picture.<br><br>When? |
| 25. | Herrera | Dos mil dieciséis | Two thousand sixteen. |
| 26. | Fontánez | *Twenty sixteen.*<br><br>¿Qué te dijo cuando te enseñó la foto? | Twenty sixteen.<br><br>What did he say to you when he showed you the picture? |
| 27. | Herrera | Que mirara ese personaje. Que él quería ser de la Mara, me entendés. ¿Cómo va a ser de la Mara y estando sucio? No hombre, casaca. | To look at that character. That he wanted to belong to the Mara, you know. How can he be in the Mara and be dirty? No way, bullshit. |
| 28. | Fontánez | ¿Eso te dijo Horror? | That's what Horror told you? |
| 29. | Herrera | Sí, pues él quería ser de los Parque Vista, me entendés. | Yes, well he wanted to be part of Park View, you know. |
| 30. | Fontánez | *So, Horror told, showed him the picture and told him to look at this person. Uh, he wanted to be, uh, MS, but, uh, he's all dirty, how could he be, uh, MS from PVLS.* | So, Horror told, showed him the picture and told him to look at this person. Uh, he wanted to be, uh, MS, but, uh, he's all dirty, how could he be, uh, MS from PVLS. |
| 31. | Betts | *Who is that in the picture?* | Who is that in the picture? |
| 32. | Fontánez | ¿Quién es ese? | Who is that? |
| 33. | Herrera | Edvin. | Edvin. |
| 34. | Fontánez | ¿Qué otro nombre lo conoces a él? | What other name do you know him by? |
| 35. | Herrera | Eduardo. Es el nombre que tengo entendido que tenía en Facebook. | Eduardo. That's the name I understand he had on Facebook. |
| 36. | Fontánez | ¿Tenía otro nombre que lo conocías? | Did he have another name you knew him by? |
| 37. | Herrera | No sé, tenía otro. | I don't know, he had another one. |
| 38. | Fontánez | ¿Cuál es el otro? | What's the other one? |
| 39. | Herrera | No sé // | I don't know // |
| 40. | Fontánez | Oh, no sabes. Okey.<br><br>*So, he only knew him by those names.* | Oh, you don't know. Okay.<br><br>So, he only knew him by those names. |
| 41. | Betts | *So, Horror showed you this picture and it was Edvin?  Okay. We'll come back and talk about Edvin shortly.* | So, Horror showed you this picture and it was Edvin? Okay. We'll come back and talk about Edvin shortly. |

JA6381

**Interview of Ronald Herrera Contreras on July 2, 2018**
00:29:28 to 00:30:58

**Legend:**

[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

// = Indicates voice overlap.

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:     Special Agent Carlos Fontánez
              Detective Raymond Betts
              Ronald Herrera Contreras

| | | | |
|---|---|---|---|
| **00:29:28 to 00:30:58** | | | |
| 1. | Fontánez | ¿Después que te enseñó la foto que pasó? | After he showed you the photo what happened? |
| 2. | Herrera | La dejó // | He left it // |
| 3. | Fontánez | ¿Cómo? // | What? // |
| 4. | Herrera | La mandaron para los corredores. | It was sent to the runners. |
| 5. | Fontánez | ¿Se lo man…, le mandaron la foto a quién? | So it was se... the picture was sent to who? |
| 6. | Herrera | A los corredores. | To the runners. |
| 7. | Fontánez | *So after Horror showed him the picture, the picture was sent over to the leadership.*<br><br>¿Eh, los, los corredores donde, aquí o...? | So after Horror showed him the picture, the picture was sent over to the leadership.<br><br>Uh, the, the runners where, here or...? |
| 8. | Herrera | Aquí y en El Salvador. | Here and in El Salvador. |
| 9. | Fontánez | En los dos. ¿Quién sería el corredor de acá a que se lo enviaron? | In both.  Who would've been the runner here, to whom it was sent to? |
| 10. | Herrera | Al Sica. | To Sica. |
| 11. | Fontánez | ¿A quién? | To who? |
| 12. | Herrera | Al Sica. | To Sica. |
| 13. | Fontánez | ¿Sica?<br><br>*So they sent that to the leadership, Sica here…* | Sica?<br><br>So they sent that to the leadership, Sica here… |

GOVERNMENT
EXHIBIT
**105-7B**
1:18CR123

JA6382

| 14. | Fontánez | Y en El Salvador ¿a quién? | And to whom in El Salvador? |
|-----|----------|----------------------------|----------------------------|
| 15. | Herrera | Creo que fue al Viejo Cabro. | I think it was to Viejo Cabro. |
| 16. | Fontánez | *Viejo Cabro down in El Sal.*<br><br>¿Qué pasó después que le enviaron? ¿Tú enviaste esas fotos allá? ¿Quién las envió? | Viejo Cabro down in El Sal.<br><br>What happened after it was sent? Did you send those pictures over there? Who sent them? |
| 17. | Herrera | Las envi… yo no sé quién de ellos las envió. | They were sen… I don't know who of them sent them. |
| 18. | Fontánez | Pero te enteraste que se las enviaron. | But you found out that they were sent to them. |
| 19. | Herrera | Yo siempre andaba con ellos. | I always hung out with them. |
| 20. | Fontánez | Okey. *So,* después, ¿qué, qué pasó? | Okay. So then, what, what happened? |
| 21. | Herrera | Dijeron que simón pues, que le diera pa' bajo al maje. | They said that, yeah, you know, to knock that guy down. |
| 22. | Fontánez | *Okay, so the leadership gave the green light to, uh, kill the, the individual.* | Okay, so the leadership gave the green light to, uh, kill the, the individual. |
| 23. | Betts | *You had mentioned Sica. Is is Sica and Sicario the same person?* | You had mentioned Sica. Is, is Sica and Sicario the same person? |
| 24. | Fontánez | *Yeah.* | Yeah. |
| 25. | Betts | *Is Sicario in El Salvador, or is Sicario here in the U.S.?* | Is Sicario in El Salvador, or is Sicario here in the U.S.? |
| 26. | Herrera | No sé lo, lo que yo supe fue de que a ese loco lo agarraron en noviembre del dos mil dieciséis, me entendés. | I don't know, what, what I knew was that they got that loco in November of Two Thousand Sixteen, you know. |

JA6383

**Legend:**

[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

// = Indicates voice overlap.

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:    Special Agent Carlos Fontánez
                Detective Raymond Betts
                Ronald Herrera Contreras

| 00:31:17 to 00:37:12 | | | |
|---|---|---|---|
| 1. | Betts | *Okay. Go ahead.* | Okay. Go ahead. |
| 2. | Fontánez | ¿Qué paso después? *So,* dieron la orden, la aprobaron. ¿Simplemente por la foto? | What happened afterwards? So, they gave the order, they approved it. Simply because of the picture? |
| 3. | Herrera | Mjm. | Mm-hm. |
| 4. | Fontánez | Y entonces, ¿qué pasó después? | And then what happened next? |
| 5. | Herrera | Ah, se comunicaron con ese loco, pues. | Oh, they got in touch with that loco. |
| 6. | Fontánez | ¿Quién se comunicó con ese loco? | Who got in touch with that loco? |
| 7. | Herrera | No sé si fue Erick. | I don't know if it was Erick. |
| 8. | Fontánez | Erick. ¿Y qué le dijo? ¿No sabes? | Erick. And what did he say to him? Do you know? |
| 9. | Herrera | No sé, yo no tenía el Facebook, había dejado… Fue onda de ellos. | I don't know, I didn't have the Facebook, I had left… It was their thing. |
| 10. | Fontánez | *So,* ¿se comunicaron con él a través de Facebook?<br><br>*So, he knows that they communicated with him through Facebook to get in touch with him.*<br><br>Después, ¿qué pasó, o sea...? | So, they communicated with him through Facebook?<br><br>So, he knows that they communicated with him through Facebook to get in touch with him.<br><br>Afterward, what happened, I mean...? |

GOVERNMENT
EXHIBIT
**105-8B**
1:18CR123

JA6384

| 11. | Herrera | Después, me entendés, ya dijeron que ese loco iba a caer, pues. | Afterward, you know, then they said that that loco was going to go down. |
|---|---|---|---|
| 12. | Fontánez | Okey. | Okay. |
| 13. | Herrera | Y que simón, a mí me dijeron todo ese, ese despeluco, pues. Y yo fui ahí. Yo estuve cerca de ahí pero no hice nada. Al loco lo mataron, pero no sé qué onda. No sé qué simón, qué simón, yo vi toda ese, esa, esa onda. | And that, yeah, I was told all about that, that mess, you know. And I went there. I was nearby but I didn't do anything. They killed that loco, but I don't know what happened. I don't know who did, who did, [that] I saw that, that, that entire thing. |
| 14. | Fontánez | Déjame, déjame pararte ahí un minutito. *So,* tú viste la foto. Cuando tú viste la foto, ¿cuánto tiempo pasó hasta que lo mataron? | Let me, let me stop you there for a moment. So, you saw the picture, when you saw the picture, how much time passed until he was killed? |
| 15. | Herrera | Poco. | Not much. |
| 16. | Fontánez | ¿Cuánto, días, horas? | How long? days, hours? |
| 17. | Herrera | Días, no para horas. | Days, not hours. |
| 18. | Fontánez | *Okay, so when he saw the picture, days later he was killed.* | Okay so when he saw the picture, days later he was killed. |
| 19. | Betts | *Okay.* | Okay. |
| 20. | Fontánez | *Okay. So,* el día que lo mataron, ¿dónde tú estabas? | Okay. So, the day that he was killed, where were you? |
| 21. | Herrera | Ahí cerca, pues, en el parque. | Nearby, you know, in the park. |
| 22. | Fontánez | ¿Haciendo qué? | Doing what? |
| 23. | Herrera | Viendo. | Watching. |
| 24. | Fontánez | ¿Viendo qué? | Watching what? |
| 25. | Herrera | [ui] Yo no iba a meter mis manos. No era una pegada de mi clica. Hubiera sido mi clica, yo lo hubiera [ui] | [ui] I wasn't going to get my hands in it. It's not even my clique's hit. Had it been my clique, I would have [ui] |
| 26. | Fontánez | *Okay, so there's a few things he said. So,* one is uh, *that he didn't participate in the murder. That he was there watching. Um, that, that wasn't an issue of his clique. That if it was an issue of his clique, he would've have no issue killing him, but it was not his clique.* | Okay, so there's a few things he said. So, one is uh, that he didn't participate in the murder. That he was there watching. Um, that, that wasn't an issue of his clique. That if it was an issue of his clique, he would've have no issue killing him, but it was not his clique. |
| 27. | Betts | *Okay.* | Okay. |
| 28. | Fontánez | *So,* ¿tú estabas qué, de observación, ahí era? | So, you were what, a lookout there? |
| 29. | Herrera | [ui] | [ui] |
| 30. | Fontánez | Wachando // | Watching // |
| 31. | Herrera | Por eso // | That's why // |

Page 2 of 5

JA6385

| 32. | Fontánez: | Pero cuando, si ni era tu clica, ¿por qué estabas wachando pa ellos? | But if it wasn't even your clique, why were you serving as a lookout for them? |
|---|---|---|---|
| 33. | Herrera | Porque no, no creo nadie les haiga dicho, me entendés, que aquí es una familia pues. Va, yo soy de la mara desde los 11 años, pues. | Because I don't, I don't think anyone has told you, you know, that it's a family here, you know. So, I've been part of the Mara since I was eleven years old, you know. |
| 34. | Fontánez | *So, he's saying that, uh, even though I asked him why he was being a lookout for a different clique. He said we're part of a family, and that he's been part of MS since he was eleven.*<br><br>Okey. *So,* yo entiendo que son… es una familia y son diferentes hermanos, las clicas, por ejemplo. | So, he's saying that, uh, even though I asked him why he was being a lookout for a different clique. He said we're part of a family, and that he's been part of MS since he was eleven.<br><br>Okay. So, I understand that you all are… it's a family, and you're all different brothers, the cliques, for example. |
| 35. | Herrera | Somos los mismos. | We're the same. |
| 36. | Fontánez | Son los mismos. | You're the same. |
| 37. | Herrera | La misma causa. | The same cause. |
| 38. | Fontánez | *So,* cuando tú estabas ahí wachando, ¿quién te estaba dando órdenes entonces? | So, when you were there watching, who was giving you orders then? |
| 39. | Herrera | Eh, nadie. | Uh, nobody. |
| 40. | Fontánez | ¿Nadie? | Nobody? |
| 41. | Herrera | A mí nadie me da órdenes. | No one gives me orders. |
| 42. | Fontánez | *So,* ¿tú estabas ahí por tú propia voluntad? | So, you were there of your own free will? |
| 43. | Herrera | No, ellos me dijeron "vení vamos ir a fumar" y yo estaba ahí. Estaba, estábamos ahí, yo me, yo estaba fumando, yo estaba rolando el toque, cuando de repente dijeron que iban a comenzar. Yo no sabía que iban a comenzar cuando de repente fue que vi el… | No, they told me "come, let's go have a smoke" and I was there. I was, we were there. I, I was smoking, I was rolling the joint, when suddenly they said they were going to start. I didn't know they were going to start when suddenly I saw the… |
| 44. | Fontánez | ¿Qué viste, qué? | What did you see, what? |
| 45. | Herrera | El destroyo porque se le dejaron ir encima al maje. | The melee because they jumped on top of the guy. |
| 46. | Fontánez | Okey. | Okay. |
| 47. | Herrera | Y yo solo me quedé ahí como... | And I just stayed there like… |
| 48. | Fontánez | *So,* ¿tú viste cuando le cayeron encima? | So, you saw when they came down on him? |
| 49. | Herrera | Sí // | Yes // |

JA6386

| 50. | Fontánez | *So,* ¿tú estabas cerca? | So, you were nearby? |
|---|---|---|---|
| 51. | Herrera | Sí. | Yes. |
| 52. | Fontánez | *So...* | So... |
| 53. | Herrera | Yo estaba fumando ahí // | I was smoking there // |
| 54. | Fontánez | *So, I asked him if anyone was giving him orders or if he was there by his own will. He said no one was giving him orders, he was just there. They told him that they were going to hang out and smoke. And then at some point, uh, they, someone said to, you know, start. And that's when he saw that they jumped on the guy.* | So, I asked him if anyone was giving him orders or if he was there by his own will. He said no one was giving him orders, he was just there. They told him that they were going to hang out and smoke. And then at some point, uh, they, someone said to, you know, start. And that's when he saw that they jumped on the guy. |
| 55. | Betts | *Okay and you said, uh, Horror showed you the photo, it was sent to leadership. Leadership approved the green light, and then days later Edvin was killed, right? Okay. When we talked before, you had told me that you knew that he was going to get killed that night. When did you know that he was going to be killed?* | Okay and you said, uh, Horror showed you the photo, it was sent to leadership. Leadership approved the green light, and then days later Edvin was killed, right? Okay. When we talked before, you had told me that you knew that he was going to get killed that night. When did you know that he was going to be killed? |
| 56. | Herrera | Cuando el Horror me dijo. | When Horror told me. |
| 57. | Fontánez | ¿Cuándo Horror te dijo? | When did Horror tell you? |
| 58. | Herrera | El mismo día. | The same day. |
| 59. | Fontánez | ¿A qué, o sea, pero horas antes que lo mataron o...? | When, I mean, was it hours before he was killed or…? |
| 60. | Herrera | Mjm. | Mm-hm. |
| 61. | Fontánez | *So, hours before they killed him, Horror told him.*<br><br>*So*, ese es el problema. Me acabas de decir que cuando llegaste allá arriba ¿verdad? Eh, tú no sabías que le iban a caer. | So, hours before they killed him, Horror told him.<br><br>So, that's the problem. You just told me that when you got up there, right? Uh, you didn't know that they were going to come down on him. |
| 62. | Herrera | No, yo no sabía, que en esa hora que estaba ahí // [ui] | No, I didn't know, that it would be at that time while I was there // [ui] |
| 63. | Fontánez | *So,* horas antes de eso, Horror te dijo que le, que iban a matar a este chamaco. Pero cuando tú estuviste allá arriba y lo viste, ¿no te, no te entró en la cabeza oh, aquí es que le van a dar? | So, hours before that, Horror told you that they, that they were going to kill this kid. But when you were up there, and you saw him, didn't it, didn't it cross your mind, oh, here's where they're going to hit him? |

JA6387

| 64. | Herrera | Pues, si me dijeron, ya sabía // | Well, if they told me, I already knew // |
|---|---|---|---|
| 65. | Fontánez | ¿Tú sabías? | You knew? |
| 66. | Herrera | Luego, luego que, este, luego lo vi ya, que lo vi como el que estaba en la foto. Dije yo, "¡ay, cabrón! Mirá, te cargó la bestia". | As soon as, as soon as, uh, as soon as I saw him, that he looked like the one from the picture. I said, "¡oh, fuck! Look, the beast took you." |
| 67. | Fontánez | *So I asked him, uh, to clarify because he had just told us that when he was up there he didn't know they were going to kill him. But he just told us that, you know, Horror had told him, hours earlier that they were going to kill him. So I told him once you were there, when you saw him, then you knew that they were going to kill him. And so…*<br><br>Tú respuesta es que cuando lo viste, fue este // | So, I asked him, uh, to clarify because he had just told us that when he was up there he didn't know they were going to kill him. But he just told us that, you know, Horror had told him, hours earlier that they were going to kill him. So, I told him once you were there, when you saw him, then you knew that they were going to kill him. And so…<br><br>Your answer is that when you saw him, it was // |
| 68. | Herrera | *Yeah.* | Yeah. |
| 69. | Fontánez | Tú pudiste calcular que es que lo iban a matar.<br><br>*That he was able to calculate that yes, they were going to kill him, when he saw him there.* | You were able to figure out that he was going to be killed.<br><br>That he was able to calculate that yes, they were going to kill him, when he saw him there. |
| 70. | Betts | *Okay, who else was there when Horror told you that Edvin was going to be killed? Who else did Horror tell that to?* | Okay, who else was there when Horror told you that Edvin was going to be killed? Who else did Horror tell that to? |
| 71. | Fontánez | Cuando Horror te dijo eso, ¿alguien más estaba con usted? | When Horror told you that, was someone else with you? |
| 72. | Herrera | No, ya ellos ya se habían comunicado por otros lados, me entendés. | No, they had already communicated to other places, you know. |
| 73. | Fontánez | ¿Horror te lo dijo en persona o por teléfono? | Did Horror tell you that in person or over the phone? |
| 74. | Herrera | Teléfono. | Telephone. |
| 75. | Fontánez | *So, Horror told him by phone, no one else was there, but it had already been communicated.* | So, Horror told him by phone, no one else was there, but it had already been communicated. |

JA6388

<u>Interview of Ronald Herrera Contreras on July 2, 2018</u>
00:53:17 to 00:55:16

**Legend:**

[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

// = Indicates voice overlap.

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:    Special Agent Carlos Fontánez
                 Detective Raymond Betts
                 Ronald Herrera Contreras

| | 00:53:17 to 00:55:16 | | |
|---|---|---|---|
| 1. | Fontánez | *So,* ese eres tú, eh, Edvin ¿peleó pa' tras? | So, that's you, uh, Edvin, did he fight back? |
| 2. | Herrera | Mm. Cómo iba pelear pa'trás si él, pobre criatura, ahí estaba desarmado. | Hm. How could he fight back if he, the poor baby, was there unarmed.<br><br>[*criatura*: "baby" or "very young child", can also mean "creature"] |
| 3. | Fontánez | *So, he said that he's always carries at least one or two, 'cause he never knows if they'd tried lie to him, lie to him and take him to the woods he's going to fight back. I asked him if Edvin did the same thing, if he fought back, and he said that poor creature was unarmed.* | So, he said that he's always carries at least one or two, 'cause he never knows if they'd tried lie to him, lie to him and take him to the woods he's going to fight back. I asked him if Edvin did the same thing, if he fought back, and he said that poor creature was unarmed. |
| 4. | Herrera | Estúpido, ajá, a mí alguien me dice, "vení, te vamos a revisar a ver si tenés armas con voz o queremos ver si traes, estás queriendo grabar algo", mire, yo no le voy a decir a estos majes que tengo esto. Hijueputa, querés estar conmigo o cortarme, casaca, pues yo no voy a venir a entregarme yo solo, me entendés, y eso es lo que hicieron con él, pues. | Stupid, uh-huh, someone says to me, "come, we are going to search you to see if you have weapons on you or we want to see if you are carrying, if you are trying to record something," look, I'm not going to tell these guys that I have this. Son of a bitch, you want to be with me or cut me, bullshit, I'm not going to give myself up, you know, and that's what they did with him. |

Page 1 of 2

GOVERNMENT
EXHIBIT
**105-10B**
1:18CR123

JA6389

| 5. | Fontánez | *He says he was stupid because they lured him, uh, just to go smoke and so on, but they actually lured him out to kill him.* | He says he was stupid because they lured him, uh, just to go smoke and so on, but they actually lured him out to kill him. |
|----|----------|---|---|
| 6. | Betts | *So as everybody was attacking Edvin, what was he doing? What was Edvin doing? //* | So as everybody was attacking Edvin, what was he doing? What was Edvin doing? // |
| 7. | Fontánez | ¿Qué hizo Edvin entonces? La criatura. | What did Edvin do then? The creature. |
| 8. | Herrera | ¡Jm! Nada, y qué iba hacer pues, buscarse a cubrir. | Hm! Nothing, and what was he going to do, well, try to cover himself. |
| 9. | Fontánez | *So,* ¿qué tan rápido cayó? | So, how quickly did he fall? |
| 10. | Herrera | Si estaba en el suelo, pues, // | Well, if he was on the ground, // |
| 11. | Fontánez | Pero al principio estaba levantado. | But at the beginning he was standing up. |
| 12. | Herrera | Estaba sentado. | He was sitting down. |
| 13. | Fontánez | Oh, él estaba sentado.<br><br>*So, from the beginning he was sitting, Edvin was.* | Oh, he was sitting down.<br><br>So, from the beginning he was sitting, Edvin was. |
| 14. | Herrera | Si no duró ni dos minutos, ese pollo. | He didn't even last two minutes, that chicken. |
| 15. | Fontánez | *He didn't last not even two, two minutes that chicken. Did he…*<br><br>Pero él cayó, o sea, ¿qué tan rápido, en segundos cayó al piso? | He didn't last not even two, two minutes that chicken. Did he…<br><br>But he fell I mean, how quickly did he fall, did he fall to the floor in seconds? |
| 16. | Herrera | No, le cayó más de veinte puñaladas en menos de un minuto. [Se ríe] | No, he got more than twenty stabs in less than a minute. [Laughs] |
| 17. | Fontánez | *So, he got more than twenty, uh, stabs in less than a minute.*<br><br>*So,* cayó al piso rápido. ¿No dijo nada? ¿Gritó? ¿Lloró? | So, he got more than twenty, uh, stabs in less than a minute.<br><br>So, he fell quickly to the floor. Did he say anything? Did he scream? Did he cry? |
| 18. | Herrera | ¿Cómo iba gritar si toda la sangre que ya estaba botando? No podía gritar, pues. | How was he going to scream with all the blood that was coming out of him? He wasn't able to scream. |
| 19. | Fontánez | *He couldn't even scream because all the blood was coming out.* | He couldn't even scream because all the blood was coming out. |

JA6390

**Interview of Ronald Herrera Contreras on July 2, 2018**
01:02:45 to 01:03:04

**Legend:**

[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

// = Indicates voice overlap.

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:    Special Agent Carlos Fontánez
             Detective Raymond Betts
             Ronald Herrera Contreras

| | | 01:02:45 to 01:03:04 | |
|---|---|---|---|
| 1. | Betts | *Who was recording Edvin's murder?* | Who was recording Edvin's murder? |
| 2. | Fontánez | ¿Quién estaba grabando el video de Edvin? | Who was recording the video of Edvin? |
| 3. | Herrera | Mm, eh, sí, a él lo grabaron un rato cada uno. | Mm, uh, yeah, he was recorded for a while by each of them. |
| 4. | Fontánez | ¿Un rato cada uno? Pero ¿usaron un teléfono? ¿Qué, de quién era el teléfono? | A while each one? But did they use one phone? What, who's phone was it? |
| 5. | Herrera | Del Horror. | Horror's. |
| 6. | Fontánez | *So, Horror's pho…* | So, Horror's pho… |

GOVERNMENT
EXHIBIT
**105-11B**
1:18CR123

JA6391

**Interview of Ronald Herrera Contreras on July 2, 2018**
01:06:14 to 01:06:26

**Legend:**
[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

// = Indicates voice overlap.

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:     Special Agent Carlos Fontánez
              Detective Raymond Betts
              Ronald Herrera Contreras

| | | 01:06:14 to 01:06:26 | |
|---|---|---|---|
| 1. | Fontánez | *So, he knows, uh, someone has that video.*<br><br>Tú has visto el video también, ¿verdad? | So, he knows, uh, someone has that video.<br><br>You have seen the video too, right? |
| 2. | Herrera | Yo lo tengo. | I have it. |
| 3. | Fontánez | ¿Tú lo tienes?<br><br>*Okay, so he says, um, he's got the video and he knows who's got it. But it's . . .* | You have it?<br><br>Okay, so he says, um, he's got the video and he knows who's got it. But it's… |

GOVERNMENT
EXHIBIT
**105-12B**
1:18CR123

JA6392

## Interview of Ronald Herrera Contreras on July 2, 2018
### 01:07:52 to 01:07:55

**Legend:**

[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

// = Indicates voice overlap.

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:      Special Agent Carlos Fontánez
                Detective Raymond Betts
                Ronald Herrera Contreras

| 01:07:52 to 01:07:55 | | | |
|---|---|---|---|
| 1. | Fontánez | ¿Dónde está el video? | Where is the video? |

GOVERNMENT
EXHIBIT
**105-13B**
1:18CR123

JA6393

<u>**Interview of Ronald Herrera Contreras on July 2, 2018**</u>
01:08:27 to 01:09:00

**Legend:**
[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

// = Indicates voice overlap.

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:    Special Agent Carlos Fontánez
             Detective Raymond Betts
             Ronald Herrera Contreras

| | | 01:08:27 to 01:09:00 | |
|---|---|---|---|
| 1. | Fontánez | ¿Te ayudaría a ti poder confirmarlo a través del video que tú dices que tu voz y tu cara no aparecen? | Would it help you to be able to confirm it with the video that you say that your voice and your face don't show up? |
| 2. | Herrera | Ese video está en Nueva York, me entendés. | That video is in New York, you know. |
| 3. | Fontánez | *So, he says that video is in New York.*<br><br>¿Con tu clica, o en tu teléfono? | So, he says that video is in New York.<br><br>With your clique, or on your phone? |
| 4. | Herrera | Tengo el teléfono en una memoria. | I have the phone on a memory. |
| 5. | Fontánez | ¿Dónde está? ¿En Nueva York? ¿Es que tú tienes familia en Nueva York? | Where is it? In New York? So, do you have family in New York? |
| 6. | Herrera | Yo viví en Nueva York, me entendés. | I lived in New York, you know. |
| 7. | Fontánez | *Okay, so he says it's on his phone, in memory on his phone in New York. That he used to live in New York.* | Okay, so he says it's on his phone, in memory on his phone in New York. That he used to live in New York. |

GOVERNMENT
EXHIBIT
**105-14B**
1:18CR123

JA6394

<u>Interview of Ronald Herrera Contreras on July 2, 2018</u>
**01:09:30 to 01:09:55**

**Legend:**
[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

// = Indicates voice overlap.

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:    Special Agent Carlos Fontánez
              Detective Raymond Betts
              Ronald Herrera Contreras

| 01:09:30 to 01:09:55 | | | |
|---|---|---|---|
| 1. | Betts | *Mm, so again what you're saying it sounds like if we had the video it would help you.* | Mm, so again what you're saying it sounds like if we had the video it would help you. |
| 2. | Fontánez | *So,* si tú, si tú, si se no da el video, te va ayudar a ti. | So, if you, if you, if the video is given to us, that will help you. |
| 3. | Herrera | No me va ayudar a mí porque saben que yo estuve ahí, y yo no voy a decir que yo no estuve ahí cuando yo estuve ahí. Simple y sencillamente, yo, lo que estoy diciendo es de que tal vez a mí no me va ayudar el video, pero te puede ayudar, les puede ayudar a ustedes. Porque los otros majes que están hablando, me están queriendo envolver a mí. | It's not going to help me because you know that I was there, and I'm not going to say that I wasn't there when I was there. Plain and simple, what I'm saying is that perhaps the video won't help me, but it can help you, it can help you guys. Because the other guys who are talking, they want to involve me. |

**GOVERNMENT EXHIBIT**
**105-15B**
1:18CR123

JA6395

<u>Interview of Ronald Herrera Contreras on July 2, 2018</u>
01:22:03 to 01:22:34

**Legend:**
[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

// = Indicates voice overlap.

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:  Special Agent Carlos Fontánez
             Detective Raymond Betts
             Ronald Herrera Contreras

| 01:22:03 to 01:22:34 | | | |
|---|---|---|---|
| 1. | Fontánez | Pero también me han dicho que saben dónde están las armas que se, se utilizaron para matar al chamaco. | But they've also told me that they know where are the weapons that were used to kill the kid. |
| 2. | Herrera | Mjm. | Mm-hm. |
| 3. | Fontánez | Qué tal si me dices dónde están las armas. Y básicamente, si tú nunca tocaste el… si lo que tú me estás diciendo es la verdad, que nunca tocaste ninguna de esas armas, tus huellas o DNA no van estar en ninguna de ellas. Eso comprobaría tú historia. | How about you tell me where those weapons are. And basically, if you never touched the… if what you're telling me is the truth, that you never touched any one of those weapons, your fingerprints or DNA are not going to be on any of them.  That would prove your story. |
| 4. | Herrera | No, pero… ahorita te voy aclarar esa onda. Yo sí toqué las armas porque yo las fui a enterrar. | No, but…  I'm going to clear that up for you right now. I did touch the weapons because I went to bury them. |

**GOVERNMENT EXHIBIT**
**105-16B**
**1:18CR123**

JA6396

## Interview of Ronald Herrera Contreras on July 2, 2018
### 01:37:26 to 01:37:47

**Legend:**

[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

// = Indicates voice overlap.

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:    Special Agent Carlos Fontánez
              Detective Raymond Betts
              Ronald Herrera Contreras

| 01:37:26 to 01:37:47 | | | |
|---|---|---|---|
| 1. | Fontánez | ¿Qué tú quieres ahora? Déjame pararte ahí. | What do you want now? Let me stop you there. |
| 2. | Herrera | Quiero // | I want // |
| 3. | Fontánez | ¿Qué tú quieres? | What do you want? |
| 4. | Herrera | Yo lo que quiero es estar con el [ui] Killer y estar con los homeboys afuera allá en la torcida donde estén. Yo quiero estar con los homeboys. Yo no quiero estar solo, me entendés // | All I want is to be with [ui] Killer and with the homeboys out there in the jail where they are. I want to be with the homeboys. I don't want to be alone, you know // |
| 5. | Fontánez | *I told him, just tell us what you want, and he says, uh, he just wants to be with the homeboys in, in jail like he doesn't want to be* // | I told him, just tell us what you want, and he says, uh, he just wants to be with the homeboys in, in jail like he doesn't want to be // |
| 6. | Herrera | Porque imagínate, Fairfax me tuvo aislado de los locos de... | Because imagine, Fairfax had me isolated from the locos from... |

**GOVERNMENT EXHIBIT**
**105-17B**
1:18CR123

JA6397

**Interview of Ronald Herrera Contreras on July 2, 2018**
01:38:54 to 01:40:46

**Legend:**
[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

// = Indicates voice overlap.

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:    Special Agent Carlos Fontánez
             Detective Raymond Betts
             Ronald Herrera Contreras

| 01:38:54 to 01:40:46 | | | |
|---|---|---|---|
| 1. | Fontánez | Vamos a ver, ¿dónde están las armas? Suéltalo, que llevamos hablando de esto ya como media hora. | … let's see, where are the weapons? Give it up, we've been talking about this already like for half hour. |
| 2. | Herrera | Están en Alexandria, pues. | Well, they are in Alexandria. |
| 3. | Fontánez | ¿En qué parte? | In what area? |
| 4. | Herrera | La parte solo conozco llegando. | I only know that area by going there. |
| 5. | Fontánez | ¿La parte qué? | What's the area? |
| 6. | Herrera | Solo conozco llegando. | I only know it by going there. |
| 7. | Fontánez | Descríbemela un poco.<br><br>*So, weapons are in Alexandria.* | Describe it to me a bit.<br><br>So, weapons are in Alexandria. |
| 8. | Herrera | Están cerca de la… | They are near the… |
| 9. | Fontánez | ¿Cerca del parque? | Near the park? |
| 10. | Herrera | No, está a donde está, con la Van Dorn, Van Dorn *Street.* | No, it's where, at where Van Dorn, Van Dorn Street is. |
| 11. | Fontánez | *So, Van Dorn Street.* | So, Van Dorn Street. |
| 12. | Herrera | El puente que está ahí, ¿sabés el puente que está en la tres noventa y cinco? | The bridge that's there, do you know the bridge that is at three ninety-five? |
| 13. | Fontánez | *Uh-huh, the bridge at three ninety-five.* | Uh-huh, the bridge at three ninety-five. |
| 14. | Herrera | Ah, pues están ahí pa'dentro. | Uh, well they are there, further in. |
| 15. | Fontánez | ¿En un monte o…? | In some brush or…? |
| 16. | Herrera | Mjm. | Mm-hm. |
| 17. | Fontánez: | *There's a little grassy, uh, forest, uh, area.* | There's a little grassy, uh, forest, uh, area. |

**GOVERNMENT EXHIBIT**
**105-18B**
1:18CR123

JA6398

| 18. | Fontánez | *So, ¿cruzando el puente de la tres noventa y cinco?* | So, crossing the three ninety-five bridge? |
|---|---|---|---|
| 19. | Herrera | Ahí adentro hay unos apartamentos. | There are some apartments inside there. |
| 20. | Fontánez | *There's some apartments.* <br><br> ¿No has visto paredes altas? | There's some apartments. <br><br> Have you seen high walls? |
| 21. | Herrera | No. | No. |
| 22. | Fontánez | ¿O cercas? // | Or fences? // |
| 23. | Herrera | [ui] | [ui] |
| 24. | Fontánez: | ¿Qué mar, qué marca utilizaste? O sea, ¿un árbol? | What mar.., what mark did you use? I mean, a tree? |
| 25. | Herrera | Yo sé. Pero no los van a hallar ustedes solos, me entendés. No las hallan. | I know. But you won't find them on your own, you know. You won't find them. |
| 26. | Fontánez | *So.* ¿Tú nos enseñarías dónde están? | So, would you show us where they are? |
| 27. | Herrera | Si les enseñé dónde estaban los cuerpos, armas no es nada. | If I showed you where the bodies were, weapons are nothing. |
| 28. | Fontánez | Okey. ¿Qué tan honda las enterraste? | Okay. How deep did you bury them? |
| 29. | Herrera | No mucho, ni iba a estar trabajando todo el día en esa onda. Nadie me estaba pagando por hacer esa onda. | Not a lot, I wasn't going to be working all day doing that. No one was paying me to do that stuff. |
| 30. | Fontánez | [Se ríe] *So I asked him how, how deep they buried them, and he said not, not too deep 'cause, uh, no one was paying him to do that.* [Risa] | [Laughs] So I asked him how, how deep they buried them, and he said not, not too deep 'cause, uh, no one was paying him to do that. [Laughter] |
| 31. | Betts | *How do you, how do you know that they would still be there today, how do you know someone else hasn't dug them up?* | How do you, how do you know that they would still be there today, how do you know someone else hasn't dug them up? |
| 32. | Fontánez | ¿Cómo tú sabes que, que estarían ahí todavía? | How do you know that, that they'd still be there? |
| 33. | Herrera | No creo que alguien las haya querido sacar esa [ui] tenían esas ondas. | I don't think anyone has wanted to take them out, that [ui] had those things. |
| 34. | Fontánez | *Uh, he thinks, uh, no one would've taken them out knowing that they were involved, used uh, for a murder.* | Uh, he thinks, uh, no one would've taken them out knowing that they were involved, used uh, for a murder. |
| 35. | Betts | *You said that …* | You said that … |

JA6399

**Interview of Ronald Herrera Contreras on July 2, 2018**
**01:41:31 to 01:41:58**

**Legend:**

[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

// = Indicates voice overlap.

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:    Special Agent Carlos Fontánez
             Detective Raymond Betts
             Ronald Herrera Contreras

| | | 1:41:31 to 1:41:58 | |
|---|---|---|---|
| 1. | Fontánez | ¿Cómo tú lo hiciste el hoyo, con pala o a manos, piedra, palo? | How did you make the hole, with a shovel or by hand, rock, stick? |
| 2. | Herrera | Por ahí tenía algo. | I had something around there. |
| 3. | Fontánez | *So he had something to do the hole.* <br><br> Entonces, ¿las pusiste cerca de un árbol, cerca de qué? | So he had something to do the hole. <br><br> So, you put them near a tree, near what? |
| 4. | Herrera | Ahí no hay árboles adonde puse esa onda. | There are no trees where I put that stuff. |
| 5. | Fontánez | *There's no, uh, trees in that area.* | There's no, uh, trees in that area. |
| 6. | Betts | *You would know exactly where it's at, and you can take us right there?* | You would know exactly where it's at, and you can take us right there? |
| 7. | Herrera | Mjm. | Mm-hm. |
| 8. | Fontánez | *He says yes.* | He says yes. |
| 9. | Betts | Now you… | Now you… |

GOVERNMENT
EXHIBIT
**105-19B**
1:18CR123

JA6400

## Interview of Ronald Herrera Contreras on July 2, 2018
### 01:42:43 to 01:43:17

**Legend:**

[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

// = Indicates voice overlap.

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:     Special Agent Carlos Fontánez
              Detective Raymond Betts
              Ronald Herrera Contreras

| | | 01:42:43 to 01:43:17 | |
|---|---|---|---|
| 1. | Betts | *Were these weapons used for both Edvin and Sergio, or just…?* | Were these weapons used for both Edvin and Sergio, or just…? |
| 2. | Herrera | Sergio. | Sergio. |
| 3. | Fontánez | *Just for Sergio.* | Just for Sergio. |
| 4. | Betts | *So, where are the weapons from Edvin's?* | So, where are the weapons from Edvin's? |
| 5. | Herrera | Ah, ah esa, esas sí las, las tiraron los demás locos, yo no sé qué ondas con esas, pero yo creo que sí, como una o dos de las ondas que hay ahí, se usaron pa' la de ese loco. | Oh, oh that, those were, were thrown out by the other locos, I don't know what's up with those, but I think they were, like one or two of those things there were used for that loco's. |
| 6. | Fontánez | *For Edvin he doesn't know, so they threw them out, some other folks, but uh, he believes the one's for Sergio were also, at least some of them were also used for Edvin.* | For Edvin he doesn't know, so they threw them out, some other folks, but uh, he believes the one's for Sergio were also, at least some of them were also used for Edvin. |
| 7. | Betts | *Okay.* | Okay. |

GOVERNMENT
EXHIBIT

**105-20B**

1:18CR123

JA6401

**Interview of Ronald Herrera Contreras on July 2, 2018**
**01:43:19 to 01:44:36**

**Legend:**

[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

// = Indicates voice overlap.

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:    Special Agent Carlos Fontánez
             Detective Raymond Betts
             Ronald Herrera Contreras

| | | 01:43:19 to 01:44:36 | |
|---|---|---|---|
| 1. | Betts | *Um, um Little Masacre, Masacre that's Western's? Is he a First word?* | Um, um Little Masacre, Masacre that's Western's? Is he a First Word? |
| 2. | Herrera | Finado // | Deceased // |
| 3. | Fontánez | ¿Cómo? | What? |
| 4. | Herrera | Está finado, a él lo mataron el homeboy. | He's deceased, he was killed the homeboy. |
| 5. | Fontánez | *Oh, they killed him!* | Oh, they killed him! |
| 6. | Betts | *Oh, they killed him!* | Oh, they killed him! |
| 7. | Fontánez | ¿Pero él era la Primera Palabra?  *He was the First Word.*  ¿Quién lo mató? | But was he the First Word?  He was the First Word.  Who killed him? |
| 8. | Herrera | La policía [ui]. | The police [ui]. |
| 9. | Fontánez | *The police killed him in El Sal.* | The police killed him in El Sal. |
| 10. | Betts | *Now you said that he told you not to get involved, right? So, did you have to call down to ask him, ask him for permission to participate, is that what was happening?* | Now you said that he told you not to get involved, right? So, did you have to call down to ask him, ask him for permission to participate, is that what was happening? |
| 11. | Fontánez | *So,* ¿tú lo llamaste a él para tener la aprobación para participar? | So, you called him to get the approval to participate? |
| 12. | Herrera | Sí, pues era un chavala, con ellos pues subirme pues. | Yes, so he was a *chavala,* with them to be promoted, you know. |
| 13. | Betts | *And then he told you "don't participate"?* | And then he told you "don't participate"? |

GOVERNMENT EXHIBIT
**105-21B**
1:18CR123

JA6402

| 14. | Herrera | Mjm. | Um-hm. |
|---|---|---|---|
| 15. | Betts | *Okay, so why did you go?* | Okay, so why did you go? |
| 16. | Fontánez | *So, ¿por qué fuiste si él te dijo que no participaras?* | So, why did you go if he told you not to participate? |
| 17. | Herrera | Porque para mí, participar es como que venir y hacer una onda, no estar ahí viendo // | Because to me, to participate is like coming and doing a thing, not being there watching // |
| 18. | Fontánez | *So, for him, participate is actually stab, not to just be there…* | So // for him, participate is actually stab, not to just be there… |
| 19. | Betts | *Okay.* | Okay. |
| 20. | Fontánez | *… watching.* | … watching. |
| 21. | Betts | *And after Edvin was killed what did you all do with the body?* | And after Edvin was killed what did you all do with the body? |
| 22. | Herrera | A él lo enterramos. | We buried him. |

JA6403

## Interview of Ronald Herrera Contreras on July 2, 2018
### 01:46:29 to 01:47:47

**Legend:**

[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

// = Indicates voice overlap.

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:  Special Agent Carlos Fontánez
           Detective Raymond Betts
           Ronald Herrera Contreras

| | | 01:46:29 to 01:47:47 | |
|---|---|---|---|
| 1. | Herrera | No, yo solo les ayudé, les ayudé a alumbrarles ahí y a agarrar esas ondas. Yo quedé buscando la evidencia pues. Y buscando a tapar la sangre que había en el suelo, ahí unas hojas. | No, I just helped them, I helped them to light the area and pick up those things. I stayed looking for the evidence, you know. And trying to cover the blood that was on the ground, some leaves there. |
| 2. | Fontánez | *So, he helped, uh, erase the evidence by collecting the hat and kind of put, uh, the blood away, like hide it. Uh, and he helped by lighting the area.* | So, he helped, uh, erase the evidence by collecting the hat, and kind of put, uh, the blood away, like hide it. Uh, and he helped by lighting the area. |
| 3. | Betts | *Lighting the area, what do you mean?* | Lighting the area, what do you mean? |
| 4. | Fontánez | ¿Con el teléfono? | With the telephone? |
| 5. | Herrera | Mjm. | Um-hm. |
| 6. | Fontánez | *With the flashlight of the phone.* | With the flashlight of the phone. |
| 7. | Betts | *Uh, okay. And how did you, how did you clean up the blood?* | Uh, okay. And how did you, how did you clean up the blood? |
| 8. | Fontánez | ¿Cómo limpiaste la sangre, o sea cómo, evidencia de la sangre, cómo la..? | How did you clean up the blood, I mean how, the evidence of the blood, how did you..? |
| 9. | Herrera | Removiendo, removiéndole así, poco a poco y poniéndole otro poco encima. | Mixing, mixing it like that, little by little and putting a bit more on top. |
| 10. | Fontánez | ¿De tierra? | Of dirt? |
| 11. | Herrera | Hojas. | Leaves. |

**GOVERNMENT EXHIBIT**
**105-22B**
1:18CR123

JA6404

| 12. | Fontánez | *Okay, so he put like leaves on top of it.* | Okay, so he put like leaves on top of it. |
|---|---|---|---|
| 13. | Betts | *Okay.* | Okay. |
| 14. | Fontánez | ¿Alguien te dijo que hicieras eso o fue que tú lo viste y, y te quedaste como que "¡cómo eso va estar ahí!", cómo? | Did someone tell you to do that, or was it that you saw that and, and you said "How's that going to be there!"? How was it? |
| 15. | Herrera | Yo no, cómo, cómo vos vas a dejar una onda así. A mí nadie me dijo esa onda, pero, me entendés, yo no, yo no pienso con la cabeza de abajo, yo pienso con la de arriba. | I don't, how, how are you going to leave something like that. No one told me that, but, you know, I don't, I don't think with my dick, I think with my brain. |
| 16. | Fontánez | *So, no one really told him to like hide the blood, but when he saw it, he, he just, you never leave something like that.* | So, no one really told him to like hide the blood, but when he saw it, he, he just, you never leave something like that. |

JA6405

**Interview of Ronald Herrera Contreras on July 2, 2018**
**01:49:10 to 01:49:21**

**Legend:**
[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

// = Indicates voice overlap.

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:    Special Agent Carlos Fontánez
              Detective Raymond Betts
              Ronald Herrera Contreras

| | | 01:49:10 to 01:49:21 | |
|---|---|---|---|
| 1. | Betts | *So, they were lookouts like you?* | So, they were lookouts like you? |
| 2. | Fontánez | [ui] | [ui] |
| 3. | Herrera | Mjm. Ellos estaban viendo que no llegara la policía. | Um-hm. They were watching out for police. |
| 4. | Fontánez | *They were looking out for police.* | They were looking out for police. |
| 5. | Betts | *All right.* | All right. |

**GOVERNMENT EXHIBIT**
**105-23B**
**1:18CR123**

JA6406

## Interview of Ronald Herrera Contreras on July 2, 2018
### 01:50:01 to 1:50:30

**Legend:**

[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

// = Indicates voice overlap.

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:     Special Agent Carlos Fontánez
              Detective Raymond Betts
              Ronald Herrera Contreras

| | | 01:50:01 to 1:50:30 | |
|---|---|---|---|
| 1. | Betts | *Okay. All right. Uh, let's talk about Sergio.* | Okay. All right. Uh, let's talk about Sergio. |
| 2. | Fontánez | Estamos hablando de Sergio ahora. | We're talking about Sergio now. |
| 3. | Betts | *How did that start? Who decided to have him killed?* | How did that start? Who decided to have him killed? |
| 4. | Fontánez | ¿Quién decidió que lo iban a matar? | Who decided to have him killed? |
| 5. | Herrera | Los mismos homeboys. | The same homeboys. |
| 6. | Fontánez | ¿Quiénes? | Who? |
| 7. | Herrera | Porque estaban sospechando que el loco estaba hablando. | Because they were suspecting that the loco was talking. |
| 8. | Fontánez | *So, the same homeboys that were, uh, suspecting that he was talking.* | So, the same homeboys that were, uh, suspecting that he was talking. |
| 9. | Herrera | Sí, porque él salió desesperado preguntando por, por Edvin. | Yeah, because he went out desperately asking for, for Edvin. |

Page 1 of 1

GOVERNMENT EXHIBIT
**105-24B**
1:18CR123

JA6407

<u>Interview of Ronald Herrera Contreras on July 2, 2018</u>
01:51:01 to 1:51:34

**Legend:**
[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

// = Indicates voice overlap.

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:     Special Agent Carlos Fontánez
                    Detective Raymond Betts
                    Ronald Herrera Contreras

| | | 01:51:01 to 1:51:34 | |
|---|---|---|---|
| 1. | Betts | *How did, uh, how did Sergio get to the park that night?* | How did, uh, how did Sergio get to the park that night? |
| 2. | Fontánez | ¿Cómo Sergio llegó al parque esa noche? | How did Sergio get to the park that night? |
| 3. | Herrera | Fueron a recogerlo. | They went to pick him up. |
| 4. | Fontánez | ¿Quién lo fue a buscar? | Who went to get him? |
| 5. | Herrera | Ahí andaba yo, pero no andaba yo manejando. Yo andaba con ellos en el carro. | I was there, but I wasn't driving. I was with them in the car. |
| 6. | Fontánez | *So, they went to pick him up in a car, he was there, but he was not driving.* | So, they went to pick him up in a car, he was there, but he was not driving. |
| 7. | Betts | *Whose car was it?* | Whose car was it? |
| 8. | Fontánez | ¿Qué carro? | What car? |
| 9. | Herrera | El carro del Lágrima, sí, creo que de Lágrima. | Lagrima's car, yeah, I think it was Lagrima's. |
| 10. | Fontánez | Lágrima. | Lagrima. |
| 11. | Betts | *Who all was in the car?* | Who all was in the car? |
| 12. | Fontánez | ¿Quién estaba en el carro? | Who was in the car? |
| 13. | Herrera | La mayoría de los que mencioné en la muerte de ese loco. | Most of the ones I mentioned in the death of that loco. |
| 14. | Fontánez | *Most of the…* | Most of the… |

**GOVERNMENT EXHIBIT**
**105-25B**
1:18CR123

JA6408

**Interview of Ronald Herrera Contreras on July 2, 2018**
01:55:13 to 1:55:19

**Legend:**
[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

// = Indicates voice overlap.

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:    Special Agent Carlos Fontánez
             Detective Raymond Betts
             Ronald Herrera Contreras

| | 01:55:13 to 1:55:19 | | |
|---|---|---|---|
| 1. | Betts | *You all picked up uh, Sergio, where did you all pick him up at?* | You all picked up uh, Sergio, where did you all pick him up at? |
| 2. | Fontánez | ¿Dónde recogieron a Sergio? | Where did you pick up Sergio? |
| 3. | Herrera | En un Target. | At a Target. |
| 4. | Fontánez | *At a Target.* | At a Target. |

**GOVERNMENT EXHIBIT**
**105-26B**
**1:18CR123**

JA6409

<u>Interview of Ronald Herrera Contreras on July 2, 2018</u>
01:55:26 to 1:56:04

**Legend:**
[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

// = Indicates voice overlap.

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:      Special Agent Carlos Fontánez
                Detective Raymond Betts
                Ronald Herrera Contreras

| | | 01:55:26 to 1:56:04 | |
|---|---|---|---|
| 1. | Betts | *So, you picked him up at the Target, and then, did you all go right to the park or did you all go somewhere else?* | So, you picked him up at the Target, and then, did you all go right to the park or did you all go somewhere else? |
| 2. | Fontánez | *So,* lo recogieron en Target, ¿y fueron al parque o fueron a otro sitio? | So, he was picked up at Target, and did you go to the park or did you go somewhere else? |
| 3. | Herrera | De un solo. | Straight there. |
| 4. | Fontánez | De un solo.<br><br>*They just went straight to the park.* | Straight there.<br><br>They just went straight to the park. |
| 5. | Betts | *I know a lot of this we've already talked about, that's why I'm not, you know, spending a whole lot of time with it. I'm just trying to clear up some things.* | I know a lot of this we've already talked about, that's why I'm not, you know, spending a whole lot of time with it. I'm just trying to clear up some things. |
| 6. | Fontánez | *So,* como hablaron de esto antes, simplemente están buscando los detalles. | So, since you talked about this before, they're simply looking for the details. |
| 7. | Betts | *Okay, so you all go to the park and then, what happened?* | Okay, so you all go to the park and then, what happened? |
| 8. | Fontánez | *So,* fueron al parque y después, ¿qué pasó? | So, you all went to the park and then, what happened? |
| 9. | Herrera | Me dijeron que lo llevara yo al loco pues pa' arriba. | They told me to take the loco up there. |
| 10. | Fontánez | ¿Quién te dijo? | Who told you? |
| 11. | Herrera | Los locos. | The locos. |

Page 1 of 1

**GOVERNMENT EXHIBIT**
**105-27B**
1:18CR123

JA6410

**Legend:**
[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

// = Indicates voice overlap.

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:    Special Agent Carlos Fontánez
             Detective Raymond Betts
             Ronald Herrera Contreras

| | | 01:56:09 to 01:57:55 | |
|---|---|---|---|
| 1. | Herrera | Le dije a él cuando yo lo llevaba pa'rriba, "andate", le dije yo. Porque, me entendés, sea como sea, al morro, me entendés, me iban a dar los [ui] también. | I told him while I was taking him up there, "leave," I said to him. Because, you know, one way or another, the kid, you know, they were going to give me the [ui] also. |
| 2. | Fontánez | ¿Te daba qué? | What did you feel? |
| 3. | Herrera | No, como, no sé, lástima al mismo tiempo, tenía como trece o catorce años. | No, like, I don't know, I felt sorry at the same time, he was like thirteen or fourteen years old. |
| 4. | Fontánez | *So, he felt sorry for, uh, Sergio, he was like thirteen, fourteen. So, as he was walking him, he would tell him uh, like, leave or go.* | So, he felt sorry for, uh, Sergio, he was like thirteen, fourteen. So, as he was walking him, he would tell him uh, like, leave or go. |
| 5. | Herrera | *Yeah.* Y entonces él me dijo "no", que "yo voy a ir a estar con los homeboys". Le dije yo, yo todavía le dije, *simón,* yo le dije "no, pues uno, uno de entre todos los que van pa' ahí, no va a salir de ahí. Yo me quedo con, posiblemente sea yo, me entendés". | Yeah. So, then he said to me "no," he said, "I'm going to go be with the homeboys." I told him, I still told him, yeah, I said to him, "no, well, one, one among us who are going there isn't going to come out of there. I'll stay with, it could be me, you know." |
| 6. | Fontánez | ¿Tú le dijiste eso a él? | You said that to him? |
| 7. | Herrera | Yo le dije a él va, "uno de los que van para allá arriba, no va bajar". | I told him, right, "one of the ones who are going up there won't be coming down." |

GOVERNMENT EXHIBIT
**105-28B**
1:18CR123

JA6411

| 8. | Fontánez | *So, he told him as he, as they were walking that one of the guys going up there is not going to come back.* | So, he told him as he, as they were walking that one of the guys going up there is not going to come back. |
|---|---|---|---|
| 9. | Herrera | De ahí él, él no me dijo nada. Él fue y le dijo a los homeboys. | From there, he, he didn't say anything to me. He went and told the homeboys. |
| 10. | Fontánez | *Sergio didn't respond, and he went to tell the homeboys.*<br><br>*So,* ¿él le dijo a los homeboys lo que tú le dijiste?<br><br>*He went to tell the homeboys what he had told him.* | Sergio didn't respond, and he went to tell the homeboys.<br><br>So, he told the homeboys what you had said to him?<br><br>He went to tell the homeboys what he had told him. |
| 11. | Betts | *Okay, and then what happened?* | Okay, and then what happened? |
| 12. | Fontánez | Y después, ¿¿qué pasó? | And then, what happened? |
| 13. | Herrera | No pues de ahí, le preguntaron que cuando tenía corte. Tenía corte como tres, cuatro días después. | No, well, then, they asked him when he had court. He had court about three, four days later. |
| 14. | Fontánez | ¿Quién le preguntó? ¿Quién le estaba preguntando? | Who asked him? Who was asking him? |
| 15. | Herrera | Los homeboys. | The homeboys. |
| 16. | Fontánez | *So, the homeboys, uh, asked him when did he have court. He had a court date, uh, a few days, uh, later.*<br><br>¿Y después? | So, the homeboys, uh, asked him when did he have court. He had a court date, uh, a few days, uh, later.<br><br>And then? |
| 17. | Herrera | Y después fue cuando lo comenzaron a, a matar a ese loco. | Then that's when they started to kill that loco. |
| 18. | Fontánez | ¿Quién le cayó? | Who jumped on him? |

Page 2 of 2

JA6412

**Interview of Ronald Herrera Contreras on July 2, 2018**
**01:58:11 to 01:58:49**

**Legend:**
[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

// = Indicates voice overlap.

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:  Special Agent Carlos Fontánez
           Detective Raymond Betts
           Ronald Herrera Contreras

| 01:58:11 to 01:58:49 | | | |
|---|---|---|---|
| 1. | Fontánez | ¿Le cayeron encima primero o lo apuñalaron de cantazo? | Did they jump on him first or did they just stab him right away? |
| 2. | Herrera | Apuñalarlo de un solo. | Stabbed him right away. |
| 3. | Fontánez | *They didn't hit him first they just went straight to stabbing him.* | They didn't hit him first they just went straight to stabbing him. |
| 4. | Betts | *All right.* | All right. |
| 5. | Fontánez | ¿Dijo algo él? | Did he say something? |
| 6. | Herrera | Solo estaba preguntando que qué había hecho, pues. | He was just asking what had he done. |
| 7. | Fontánez | *Sergio was asking what had he had done.*<br><br>¿Mientras lo cortaban?<br><br>*As they were stabbing him, he was asking what did he do.*<br><br>¿Qué tan cerca tú estaba? | Sergio was asking what had he had done.<br><br>While they cut him?<br><br>As they were stabbing him, he was asking what did he do.<br><br>How close were you? |
| 8. | Herrera | Yo grabé el video. | I recorded the video. |
| 9. | Fontánez | *He was, uh, videotaping.*<br><br>¿Con qué teléfono? | He was, uh, videotaping.<br><br>With what phone? |

GOVERNMENT
EXHIBIT
**105-29B**
1:18CR123

JA6413

## Interview of Ronald Herrera Contreras on July 2, 2018
### 01:58:56 to 01:59:47

**Legend:**

[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

// = Indicates voice overlap.

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:  Special Agent Carlos Fontánez
Detective Raymond Betts
Ronald Herrera Contreras

| | | 01:58:56 to 01:59:47 | |
|---|---|---|---|
| 1. | Fontánez | ¿Alguien más estaba hablando? | Was someone else talking? |
| 2. | Herrera | Yo estaba hablando por teléfono. | I was talking on the telephone. |
| 3. | Fontánez | ¿Con quién? | With who? |
| 4. | Herrera | Con ninguno de los homeboys. | With none of the homeboys. |
| 5. | Fontánez | ¿Con ninguno de los homeboys, con quién? | With none of the homeboys? With who? |
| 6. | Herrera | Con // | With // |
| 7. | Fontánez | [ui] | [ui] |
| 8. | Herrera | No, con mi familia. | No, with my family. |
| 9. | Fontánez | ¿Familia, familia?<br><br>*He was on the phone talking to his family.*<br><br>¿Mientras esto estaba ocurriendo? Pero tú estabas grabando también. So, ¿tú familia podía escuchar lo que estaba pasando? | Family, family?<br><br>He was on the phone talking to his family.<br><br>While this was happening? But you were recording too. So, your family could hear what was happening? |
| 10. | Herrera | Ellos me preguntaron, pues. | They asked me, you know. |
| 11. | Fontánez | *So, while he was recording, he was on the phone with his family. His fa..., I asked him if the family heard anything, and the family he, he said the family asked him what was going on.* | So, while he was recording, he was on the phone with his family. His fa..., I asked him if the family heard anything, and the family he, he said the family asked him what was going on. |
| 12. | Betts | *Why would you be talking to your family while this is happening?* | Why would you be talking to your family while this is happening? |

GOVERNMENT EXHIBIT
**105-30B**
1:18CR123

| 13. | Fontánez | ¿Por qué estarías hablando con tú familia mientras están apuñalando el chamaco? | Why would you be talking with your family while the kid was being stabbed? |
|---|---|---|---|
| 14. | Herrera | Porque ellos me llamaron. | Because they called me. |
| 15. | Fontánez | 'Cause they called him. | 'Cause they called him. |

JA6415

<u>**Interview of Ronald Herrera Contreras on July 2, 2018**</u>
**01:59:58 to 02:00:06**

**Legend:**
[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

// = Indicates voice overlap.

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:    Special Agent Carlos Fontánez
                Detective Raymond Betts
                Ronald Herrera Contreras

| | 01:59:58 to 02:00:06 | | |
|---|---|---|---|
| 1. | Herrera | Cuando a mí me preguntaron "¿qué pasa —me entendés— qué es esos gritos que se escuchan?, porque él quería gritar. Le dije "no nada, estoy viendo una película ahorita". | When they asked me "What's going on —you know— what are those screams that are being heard?", because he wanted to scream. I told them, "no, nothing, I'm watching a movie right now." |

GOVERNMENT
EXHIBIT
**105-31B**
1:18CR123

JA6416

<u>Interview of Ronald Herrera Contreras on July 2, 2018</u>
02:00:25 to 02:00:59

**Legend:**
[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

// = Indicates voice overlap.

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:     Special Agent Carlos Fontánez
              Detective Raymond Betts
              Ronald Herrera Contreras

| | | 02:00:25 to 02:00:59 | |
|---|---|---|---|
| 1. | Fontánez | *So, ¿estaba gritando Sergio?* *Sergio was screaming.* | So, was Sergio screaming? Sergio was screaming. |
| 2. | Betts | *Now he first was asking "What, what did he do?", and then he started screaming?* | Now he first was asking "What, what did he do?" and then he started screaming? |
| 3. | Herrera | Mjm. | Um-hm. |
| 4. | Betts | *Was he, what, what else was he doing, was he doing anything else other than screaming?* | Was he, what, what else was he doing, was he doing anything else other than screaming? |
| 5. | Fontánez | ¿Trató de pelear pa'trás, hizo algo? | Did he try to fight back, did he do something? |
| 6. | Herrera | Cómo iba pelear pa'tras, ese tortillero era un niño. | How was he going to fight back, that *tortillero* was a child. [*tortillero* lit. "tortilla boy", also used as a pejorative term to signify "lesbian" and "homosexual"] |
| 7. | Fontánez | *He didn't fight back, he was just a kid.* | He didn't fight back, he was just a kid. |
| 8. | Betts | *How did you know he was only thirteen or fourteen years old?* | How did you know he was only thirteen or fourteen years old? |
| 9. | Fontánez | ¿Cómo tú sabes que él tenía esa edad? | How do you know that he was that old? |
| 10. | Herrera | Porque yo lo conocía bien. | Because I knew him well. |
| 11. | Fontánez | *'Cause he knew him well.* | 'Cause he knew him well. |

Page 1 of 1

GOVERNMENT EXHIBIT
**105-32B**
1:18CR123

JA6417

**Legend:**

[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

// = Indicates voice overlap.

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:   Special Agent Carlos Fontánez
            Detective Raymond Betts
            Ronald Herrera Contreras

| | | 02:03:02 to 02:05:24 | |
|---|---|---|---|
| 1. | Betts | *Was everybody that was there, did every, did everyone have to stab or hit Sergio with the machete or a knife?* | Was everybody that was there, did every, did everyone have to stab or hit Sergio with the machete or a knife? |
| 2. | Fontánez | Todo el mundo que estuvo ahí, ¿tuvo que participar? ¿Por qué? | Did everyone who was there have to participate?  Why? |
| 3. | Herrera | Porque supuestamente era, eran Parque Vista. | Because supposedly they were, they were Park View. |
| 4. | Fontánez | *So, everyone there had to participate, I asked him why, he said because everyone is PLE, PVLS.* | So, everyone there had to participate, I asked him why, he said because everyone is PLE, PVLS. |
| 5. | Betts | *So, you, you saw everyone there actually do something to Sergio?* | So, you, you saw everyone there actually do something to Sergio? |
| 6. | Fontánez | So, ¿todo el mundo ahí lo, lo apuñaló o lo golpeó? | So, everyone there stabbed him or hit him? |
| 7. | Herrera | No lo golpearon, solo lo apuñalaban. | They didn't hit him, they were just stabbing him. |
| 8. | Fontánez | *They didn't hit him, they just stabbed him.* | They didn't hit him, they just stabbed him. |
| 9. | Betts | *And what did you do?* | And what did you do? |
| 10. | Fontánez | ¿Qué tú hiciste? | What did you do? |
| 11. | Herrera | Ahí en esa onda, sí, va vos, les ayudé a mover el cuerpo de ese loco, pues. | There in that thing, yes, you know, I helped them move that loco's body, you know. |
| 12. | Fontánez | *On that one he did help them, uh, move the body.* | On that one he did help them, uh, move the body. |

**GOVERNMENT EXHIBIT**

**105-33B**

1:18CR123

JA6418

| | | | |
|---|---|---|---|
| 13. | Betts | *How many times did you stab him though?* | How many times did you stab him though? |
| 14. | Fontánez | ¿Cuántas veces tú lo apuñalaste? | How many times did you stab him? |
| 15. | Herrera | Yo no lo apuñalé a ese loco. Yo solo lo moví, y no sé si cuándo lo hallaron, lo hallaron como que estaba amarrado. | I didn't stab that loco. I just moved him, and I don't know if when he was found, he was found like if he was tied up. |
| 16. | Fontánez | *So, he says he didn't stab him, he just moved, helped move him. That, uh, he's also asking if when we found him, he was kind of tied with ropes.* | So, he says he didn't stab him, he just moved, helped move him. That, uh, he's also asking if when we found him, he was kind of tied with ropes. |
| 17. | Betts | *Uh, it was hard to tell, we couldn't tell.* | Uh, it was hard to tell, we couldn't tell. |
| 18. | Fontánez | No podíamos ver si estaba. | We couldn't see if he was. |
| 19. | Herrera | Porque yo sí lo amarré de la m, de una mano y un pie porque el hoyo lo habían hecho muy pequeño. | Because I did tie him up from his ha, from one hand and one foot, because the hole had been made too small. |
| 20. | Fontánez | *So, he did tie him uh, his hands and his legs.*<br><br>¿Las manos a las piernas? | So, he did tie him, uh, his hands and his legs.<br><br>His hands to his legs? |
| 21. | Herrera | Mjm. | Um-hm. |
| 22. | Fontánez | ¿Así, en reversa? | Like this, in reverse? |
| 23. | Herrera | Mjm. | Um-hm. |
| 24. | Fontánez | *Because uh, the hole was so small that he had to kind of … //* | Because uh, the hole was so small that he had to kind of… // |
| 25. | Betts | *Sure enough.* | Sure enough. |
| 26. | Herrera | Y como todos tenían miedo de tocarlo. | And since everyone was afraid of touching him. |
| 27. | Fontánez | *And everyone was afraid to touch him.* | And everyone was afraid to touch him. |
| 28. | Herrera | Yo no quería estar ahí, o estar ahí toda la noche, más que la policía estaba abajo. | I didn't want to be there, or be there all night, especially since the police was down below. |
| 29. | Fontánez | *He didn't want to be there all night especially since police was nearby.* | He didn't want to be there all night especially since police was nearby. |
| 30. | Betts | *What did you use to tie him up?* | What did you use to tie him up? |
| 31. | Fontánez | ¿Qué usaste para amarrarlo? | What did you use to tie him up? |
| 32. | Herrera | La piyama que él tenía. | The pajama he had on. |
| 33. | Fontánez | *The pajamas.* | The pajamas. |
| 34. | Betts | *Uh, okay, so did you, did you take the pajama, uh, pajamas off of him and then use those to tie him up?* | Uh, okay, so did you, did you take the pajama, uh, pajamas off of him and then use those to tie him up? |
| 35. | Herrera | Mjm. | Um-hm. |

JA6419

| 36. | Betts | *Okay.* | Okay. |
|-----|-------|---------|-------|
| 37. | Herrera | Porque la policía estaba abajo pues y yo... | Because the police was down below and I … |
| 38. | Fontánez | ¿Cómo tú sabías que la policía estaba abajo? | How did you know that the police was down below? |
| 39. | Herrera | Yo vi las luces. | I saw the lights. |
| 40. | Fontánez | *He saw the police lights.* | He saw the police lights. |
| 41. | Herrera | Y estaba el carro adentro del parque también. | And the car was also there inside the park. |
| 42. | Fontánez | *And the car was inside the park, the police car.* | And the car was inside the park, the police car. |
| 43. | Betts | *Mm.* | Mm. |

JA6420

<u>**Interview of Ronald Herrera Contreras on July 2, 2018**</u>
**02:06:27 to 02:06:58**

**Legend:**
[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

// = Indicates voice overlap.

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:    Special Agent Carlos Fontánez
             Detective Raymond Betts
             Ronald Herrera Contreras

| | | 02:06:27 to 02:06:58 | |
|---|---|---|---|
| 1. | Herrera | Entonces yo dije, "¡Oh!, acordáte, me entendés, yo no quiero estar envuelto que me vayan a agarrar con, con el vivo chacal ahí, me entendés con todo el, el cuerpo, me entendés, y toda esa onda". O ¿quién va querer que lo agarren ahí? | So, then I said, "Oh! Remember, you know, I don't want to be involved and for them to catch me with, with the live jackal there, you know, with the, the whole body, you know, and the whole thing." Or, who would want to be caught there?<br><br>[*agarrar con el vivo chacal* lit. "caught with the live jackal" an expression which means, "caught in the act", "caught red handed" and similar] |
| 2. | Fontánez | Nadie lo quería tocar y pues // | No one wanted to touch him and so // |
| 3. | Herrera | Nadie // | Nobody // |
| 4. | Fontánez | Tú pensaste eso y lo... | You thought that and you… |
| 5. | Herrera | Nadie lo quería tocar y la policía estaba abajo, pues, en el parque, en la calle así alumbrando andaba pa' arriba del bosque. Entonces dije yo "lo que es a mí persona, no lo van agarrar aquí en esta onda". | Nobody wanted to touch him and the police was down there, you know, in the park, on the street like shining a light up towards the woods. So, I said "as far as I'm concerned, they're not going to catch me here in this thing." |
| 6. | Fontánez | *So*... | So… |
| 7. | Herrera | Por eso fue que yo lo amarré pues nadie lo quería tocar, como [ui] con él. | That's why I tied him up because no one wanted to touch him, like [ui] with him. |
| 8. | Fontánez | *So he's saying that*… | So he's saying that… |

**GOVERNMENT EXHIBIT**
**105-34B**
**1:18CR123**

JA6421

**Interview of Ronald Herrera Contreras on July 2, 2018**
02:07:23 to 02:08:03

**Legend:**

[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

// = Indicates voice overlap.

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:     Special Agent Carlos Fontánez
              Detective Raymond Betts
              Ronald Herrera Contreras

| | | 02:07:23 to 02:08:03 | |
|---|---|---|---|
| 1. | Betts | *One of the other times we talked, you said you also took something from Sergio?* | One of the other times we talked, you said you also took something from Sergio? |
| 2. | Fontánez | ¿Tú le quitaste algo a Sergio? | Did you take something from Sergio? |
| 3. | Betts | *Do you remember what that was?* | Do you remember what that was? |
| 4. | Herrera | Los Cortezes. Los tenía nuevos, pues, era un pecado enterrar a ese pollo con [ui]. | The Cortezes. He had new ones, so, it was a sin to bury that chicken with [ui]. |
| 5. | Fontánez: | *They were, they were brand new, uh, he said it was a sin to bury him with those shoes.* | They were, they were brand new, uh, he said it was a sin to bury him with those shoes. |
| 6. | Betts | *Where are those shoes?* | Where are those shoes? |
| 7. | Fontánez | ¿Dónde están esos zapatos? | Where are those shoes? |
| 8. | Herrera | No sé. | I don't know. |
| 9. | Fontánez | ¿Tú te los quedaste o...? | Did you keep them or..? |
| 10. | Herrera | No. | No. |
| 11. | Fontánez | *He doesn't know where they are //* | He doesn't know where they are // |
| 12. | Herrera | Yo ya tengo los míos, me entendés. ¡Para que iba andar esas ondas yo! | I already have mine, you know. Why would I carry those things! |
| 13. | Fontánez | *He says "why would I, uh, carry those shoes with me".* | He says "why would I, uh, carry those shoes with me." |

Page 1 of 1

**GOVERNMENT EXHIBIT**
**105-35B**
1:18CR123

JA6422

**Legend:**

[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

// = Indicates voice overlap.

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:   Special Agent Carlos Fontánez
            Detective Raymond Betts
            Ronald Herrera Contreras

| | | | |
|---|---|---|---|
|  | **02:09:47 to 02:10:05** |
| 1. | Betts | *Did you call Masacre and ask for permission for Sergio too?* | Did you call Masacre and ask for permission for Sergio too? |
| 2. | Herrera | Sí, yo le dije, pues, em, que me acababan de decir que iba a haber fiesta pues. Y él me dijo, "¿quiénes van a estar ahí?" Yo le dije, "mirá ve, yo creo que los mismos". Entonces me dijo, "de gusto me estás llamando, ya sabés que me..." | Yes, I told him, um, that I had just been told that there was going to be a party, you know. And he said to me, "Who all is going to be there?" I said to him, "Look, I think they are the same ones." So, then he said to me, "You're calling me just for the sake of calling, you already know that I..." |

Page 1 of 1

**GOVERNMENT EXHIBIT**
**105-36B**
1:18CR123

JA6423

## Interview of Ronald Herrera Contreras on July 2, 2018
### 02:10:20 to 02:11:00

**Legend:**

[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

// = Indicates voice overlap.

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:    Special Agent Carlos Fontánez
               Detective Raymond Betts
               Ronald Herrera Contreras

| | 02:10:20 to 02:11:00 | | |
|---|---|---|---|
| 1. | Betts | *When did you know that Sergio was going to be killed?* | When did you know that Sergio was going to be killed? |
| 2. | Fontánez | ¿Cuándo tú sabías que a Sergio lo iban a matar? | When did you know that Sergio was going to be killed? |
| 3. | Herrera | Desde, yo sabía desde antes de que él saliera. | Since, I knew since before he got out. |
| 4. | Fontánez | *Before he left the house.*<br><br>*Before*…eh, ¿antes de que saliera de la casa o de la cárcel? | Before he left the house.<br><br>Before… uh, before he got out of the house or jail? |
| 5. | Herrera | De la cárcel. | From jail. |
| 6. | Fontánez | ¿De la casa? | From the house? |
| 7. | Herrera | Cárcel. | Jail. |
| 8. | Fontánez | *Before he left, uh, prison he knew.* | Before he left, uh, prison he knew. |
| 9. | Betts | *Before, uh, Sergio //* | Before, uh, Sergio // |
| 10. | Fontánez | *Sergio left prison.* | Sergio left prison. |
| 11. | Betts | *Oh, okay!* | Oh, okay! |
| 12. | Herrera | Juvenil. | Juvenile. |
| 13. | Fontánez | So, ¿él tenía luz verde desde ese entonces? | So, he had a green light since then? |
| 14. | Herrera | Mjm. | Um-hm. |
| 15. | Fontánez | *So, he had a green light, uh, before he left the, the prison, juve.* | So, he had a green light, uh, before he left the, the prison, juve. |

GOVERNMENT EXHIBIT
**105-37B**
1:18CR123

JA6424

## Interview of Ronald Herrera Contreras on July 2, 2018
### 02:11:02 to 02:11:35

**Legend:**

[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

// = Indicates voice overlap.

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:    Special Agent Carlos Fontánez
               Detective Raymond Betts
               Ronald Herrera Contreras

| | | 02:11:02 to 02:11:35 | | |
|---|---|---|---|---|
| 1. | Betts | *Who was the one that said Sergio was talking to the police?* | | Who was the one that said Sergio was talking to the police? |
| 2. | Herrera | Yo lo único que sé es que esa onda de adentro salió, pues. | | The only thing I know is that that thing came out from inside, you know. |
| 3. | Fontánez | *He only knows that, that, uh, came out of prison.*<br><br>¿De la cárcel salió esa onda? | | He only knows that, that, uh, came out of prison.<br><br>That thing came out of the jail? |
| 4. | Herrera | De ahí, de, de los juvenil. | | From there, from, from the juveniles. |
| 5. | Fontánez | *From juve it came out.* | | From juve it came out. |
| 6. | Herrera | Y entonces ellos comenzaron a sospechar más cuando el, cuando el cipote comenzó a estar preguntando mucho por Eduardo, pues que a dónde estaba, y qué le había pasado, que la familia andaba preguntando por él.<br>Que él necesitaba saber dónde estaba, que si lo habían matado, como que, me entendés, era… se vio sospechoso esa onda pues. | | And then they started to suspect more when, when the kid started to ask a lot about Eduardo, like where was he, and what had happened to him, that the family was asking about him. That he needed to know where he was, that if he had been killed, like that, you know what I mean, it was… that looked suspicious, you know. |
| 7. | Fontánez | *So it …* | | So it … |

GOVERNMENT EXHIBIT

**105-38B**

1:18CR123

**Interview of Ronald Herrera Contreras on July 2, 2018**
02:12:39 to 02:13:23

**Legend:**

[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

// = Indicates voice overlap.

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:  Special Agent Carlos Fontánez
           Detective Raymond Betts
           Ronald Herrera Contreras

| | | 02:12:39 to 02:13:23 | |
|---|---|---|---|
| 1. | Fontánez | ¿Tú te sientes mal de lo que le pasó a Sergio? Obviamente lo conocías a él más que al otro. | Do you feel bad about what happened to Sergio? Obviously you knew him better than the other one. |
| 2. | Herrera | Sí, al otro, él sabe por lo que le pasó. Pero hasta donde esa onda, era en realidad chavala con // | Yes, the other one, he knows why it happened to him. But as far as that thing, he was really a *chavala* with // |
| 3. | Fontánez | ¿Quién? | Who? |
| 4. | Herrera | El loco // | The loco // |
| 5. | Fontánez | [ui] ¿Tú viste la foto? ¿Tú crees que la foto suficientemente dice que él era un chavala? | [ui] Did you see the picture? Do you think the picture is enough to say that he was a *chavala*? |
| 6. | Herrera | No, pues, yo no sé todos los... | No, well, I don't know all the… |
| 7. | Fontánez | ¿Tú crees que a veces las personas hacen errores y ponen cosas que no saben lo que están poniendo? | Do you think sometimes people make mistakes, and put things that they don't know what they're putting? |
| 8. | Herrera | Mjm. Pero por eso quiero asegurarme, porque sí era un chavala ese maje, ¿no? | Um-hm. But that's why I want to make sure, because that guy was a *chavala*, right? |
| 9. | Fontánez | ¿Todo lo que sale de la cárcel tú lo crees? | Everything that comes out of jail you believe? |

**GOVERNMENT EXHIBIT**
**105-39B**
1:18CR123

JA6426

**Interview of Pablo Velasco Barrera on June 12, 2018**
00:01:26 to 00:03:23

**Legend:**

[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

// = Indicates voice overlap.

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:   Special Agent Claudia Dubravetz
               Pablo Velasco Barrera

| | | 12:50 to 16:50 | |
|---|---|---|---|
| 1. | Dubravetz | He hablado con muchos muchachos que están en tu misma situación y no sé en este momento cómo te sientas, pero, no, y te, te noto enojado, frustrado, ah, pero quiero que sepas que esta reunión que estamos teniendo, ah, es una de las reuniones más importantes, ah, que vas a tener. Ah, yo vine, yo vine aquí para poder hablar contigo porque yo pienso que tú eres alguien que, que no solo me puede ayudar a mí, pero te puedes ayudar a ti mismo. Ah, *so* realmente quiero pienses en la situación, porque si estás ahí es, es por una razón. Y por eso queremos tener la oportunidad de poder hablar contigo un poco más… ¿okey? | I have spoken with many guys that are in your same situation and I don't know how you feel at this time, but, you, you seem to be angry, frustrated, uh, but I want you to know that this meeting that we are having, uh, is one of the most important meetings, uh, that you will have. Uh, I came, I came here to be able to speak to you because I think you are someone that, that can not only help me, but you can help yourself. Uh, so, I really want you to think about the situation, because if you're there, it's for a reason. And that's why we want to have the opportunity to be able to speak with you a little more… okay? |
| 2. | Velasco | Em jm. | Um-hum. |
| 3. | Dubravetz | Pero antes de comenzar a, a discutir, todavía tengo que leerte tus derechos. Es algo que siempre, siempre hacemos. *So*, te los voy a leer uno por uno. Ah, y luego si tienes preguntas, me, me dejas saber. *So*, estamos… this is the Marshal's in Baltimore. | But before we start, to, to discuss, I still have to read you your rights. It's something that we always, always do. So, I'm going to read them to you one by one, uh, and then if you have questions, you let me know. So, we're… this is the Marshal's in Baltimore. |

GOVERNMENT
EXHIBIT
**107-2B**
1:18CR123

| 4. | Fisher | Um-hum. | Um-hum. |
|----|--------|---------|---------|
| 5. | Dubravetz | [ui] | [ui] |
| 6. | Fisher | Are you hungry? … Yeah, open that, yeah. | Are you hungry? … Yeah, open that, yeah. |
| 7. | Dubravetz | Okey, la notificación de sus derechos: antes de hacerle cualquier pregunta, usted debe entender sus derechos.<br><br>Usted tiene el derecho a permanecer callado.<br><br>Todo lo que usted diga puede ser usado en su contra en un tribunal.<br><br>Usted tiene el derecho de hablar con un abogado para lo asesore antes de que le hagamos cualquier pregunta.<br><br>Usted tiene el derecho de tener un abogado presente durante su interrogatorio.<br><br>Si usted no puede pagarle a un abogado, si le designará uno antes de que se lleve a cabo cualquier interrogatorio si así lo desea.<br><br>Si usted decide contestar las preguntas en este momento, sin la presencia de un abogado, usted tiene el derecho a no contestar en cualquier momento.<br><br>¿Entiende sus derechos?<br><br>Okey.<br><br>¿Puedes leer? ¿Sí? | Okay, the advisement of your rights: Before asking you any question, you should understand your rights.<br><br>You have the right to remain silent.<br><br>Anything that you say can be used against you in a court of law.<br><br>You have the right to speak with an attorney so that he may advise you before we ask you any questions.<br><br>You have the right to have an attorney present during your questioning.<br><br>If you cannot pay for an attorney, one will be appointed for you before your questioning if you so desire.<br><br>If you decide to answer the questions at this time, without the presence of an attorney, you have the right to not answer at any time.<br><br>Do you understand your rights?<br><br>Okay.<br><br>Can you read? Can you? |
| 8. | Velasco | Em jm. | Um-hum. |
| 9. | Dubravetz | Okey. Ah, quiero me leas esta parte aquí, y si estás de acuerdo si me la puedes leer en, en voz alta. | Okay. Uh, I want you to read for me this part here, and if you agree, if you could read that for me out loud. |

| 10. | Velasco | He leído esta declaración de mis derechos. Lo he entendido. Estoy dispuesto a contestar las preguntas en este momento sin le presencia de un abogado. | I have read this statement of my rights. I have understood it. I am willing to answer questions at this time without the presence of an attorney. |
|---|---|---|---|
| 11. | Dubravetz | Okey. Y si me poder una, una firma ahí. | Okay. And if you can for me, a, a signature there. |
| 12. | Velasco | Y eso, ¿para qué? | What's that for? |
| 13. | Dubravetz | *So*, esto es solo para que nosotros podamos hablar contigo. Cuando a uno se arresta se le tiene que notificar de sus, de sus derechos para que tú los entiendas. Pero para poder hablar más sobre, ah, los cargos, ah, por eso te leemos eso y, y pedimos una firma. Eso no está diciendo que estás admitiendo nada, ah, y te recuerdo que cualquier momento si no quieres contestar algo o no quieres continuar eso es también tu derecho.<br><br>[pausa]<br><br>Ya que está tu firma aquí, yo y mi compañero vamos a firmar, ah, como testigos. | So, this is just so that we can talk to you. When one is arrested, he must be advised of his, of his rights, for you to understand them. But in order to be able to speak more regarding, uh, the charges, uh, that's why we read that to you and, and we ask for a signature. That's not saying that you're admitting anything, uh, and I remind you that any time if you don't want to answer something or don't want to continue, that is also your right.<br><br>[pause]<br><br>Now that your signature is here, my partner and I are going to sign, uh, as witnesses. |

<u>Interview of Pablo Velasco Barrera on June 12, 2018</u>
00:22:42 to 00:24:00

**Legend:**
[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

// = Indicates voice overlap.

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:    Special Agent Claudia Dubravetz
             Pablo Velasco Barrera

| | 00:22:42 to 00:24:00 | | |
|---|---|---|---|
| 1. | Dubravetz | Piensa bien en tu situación. Y por—a lo mejor nunca lo has hecho, pero trata de hacer decisiones que te puedan ayudar a ti a llegar al lugar donde tú quieras llegar, para que tú puedas salir adelante.  Porque si tú no lo haces, nadie lo va a hacer. Y tú quieres poder defenderte y contar tu historia, porque no quieres que los demás la cuenten por ti. Tú tienes el derecho de defenderte. | Think well about your situation. And by—maybe you've never done it, but try to make decisions that may help you to get to the place where you want to be,  so that you can move forward. Because if you don't do it, no one will do it.  And you want to be able to defend yourself and tell your story, because you don't want others to tell it for you.  You have the right to defend yourself. |
| 2. | Velasco | No tengo nada para contarle. | I don't have anything to tell you. |
| 3. | Dubravetz | ¿Tienes miedo? | Are you afraid? |
| 4. | Velasco | Miedo nada. Miedo ni a la muerte nadie le tiene. | I'm not afraid. No one is even afraid of death. |
| 5. | Dubravetz | ¿Por qué? | Why? |
| 6. | Velasco | Porque no. | Just not. |
| 7. | Dubravetz | ¿No te gusta la vida? ¿No quieres tener futuro? ¿No? | Do you like life? Do you want to have a future?  Do you? |
| 8. | Velasco | No. | No. |

GOVERNMENT
EXHIBIT
**107-3B**
1:18CR123

JA6430

## Interview of Pablo Velasco Barrera on June 12, 2018
### 00:25:04 to 00:26:04

**Legend:**
[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

// = Indicates voice overlap.

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:    Special Agent Claudia Dubravetz
             Pablo Velasco Barrera

| 00:25:04 to 00:26:04 | | | | |
|---|---|---|---|---|
| 1. | Dubravetz | En este caso hay madres que todavía están sufriendo, están sufriendo por la pérdida de sus hijos, porque algo horrible les pasó, y ellos no pueden hacer nada para cambiar eso. Y dale gracias que tu mamá todavía te tiene a ti. Te tiene vivo y sano, y no tiene que sufrir la pérdida de un hijo. Si no quieres ayudarte a ti mismo, hazlo por ella, porque en esto ella es la única que va a sufrir. | | In this case there are mothers that are still suffering, they are suffering the loss of their sons, because something horrible happened to them, and they can't do anything to change that. And be grateful that your mom still has you. She has you alive and safe, and she doesn't have to suffer the loss of a son. If you don't want to help yourself, do it for her, because in this she is the only one who will suffer. |
| 2. | Velasco | No me importa. | | I don't care. |
| 3. | Dubravetz | ¿No te importa? | | You don't care? |
| 4. | Velasco | No. No tengo corazón para nadie. | | No. I don't have a heart for anyone. |



**GOVERNMENT EXHIBIT**
**107-4B**
**1:18CR123**

JA6431

# Interview of Pablo Velasco Barrera on June 12, 2018
## 00:32:27 to 00:33:03

**Legend:**

[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

// = Indicates voice overlap.

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:   Special Agent Claudia Dubravetz
            Pablo Velasco Barrera

| | | 00:32:27 to 00:33:03 | |
|---|---|---|---|
| 1. | Dubravetz | ¿Tu no quieres esa oportunidad? ¿Tienes hijos? ¿No quieres la oportunidad de tener hijos un día? ¿No? | Do you want that opportunity? Do you have children?  Do you want the opportunity to have children some day? Do you? |
| 2. | Velasco | No. | No. |
| 3. | Dubravetz | No te gustan los niños? | You don't like kids? |
| 4. | Velasco | No. | No. |
| 5. | Dubravetz | ¿No? ¿Tienes novia? ¿Tampoco? | You don't? Do you have a girlfriend?  That neither? |
| 6. | Velasco | Yo no creo en nada, en nada, absolutamente en nada. | I don't believe in anything, in anything,  absolutely anything. |

**GOVERNMENT EXHIBIT**
**107-5B**
1:18CR123

JA6432

<u>Interview of Pablo Velasco Barrera on June 12, 2018</u>
00:33:30 to 00:37:17

**Legend:**

[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

// = Indicates voice overlap.

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:   Special Agent Claudia Dubravetz
            Pablo Velasco Barrera

| 00:33:30 to 00:37:17 | | | |
|---|---|---|---|
| 1. | Dubravetz | Pero yo, yo he visto, yo te he visto en acción, y haciéndole algo a otro, a otro ser humano. Algo tiene que, algo te debe haber pasado para que tú llegaras a ese punto donde te sientes vacío y para que uno pueda llegar a, a cometer esos actos tan horribles. Porque lo que ocurrió en este caso fue horrible. Y lo peor es que ustedes decidieron grabarlo. | But I, I have seen, I have seen you in action, and doing something to another, to another human being. Something must have, something must have happened for you to reach that point where you feel empty and for a person to get to, to commit such horrible acts. Because what happened in this case was horrible. And what's worse is that you guys decided to record it. |
| 2. | Velasco | No sé de qué me habla. | I don't know what you're talking to me about. |
| 3. | Dubravetz | Te voy a… [sonidos de pulsaciones en un teclado de una computadora] | I'm going to… [sounds of keystrokes on a computer keyboard] |
| 4. | (playing of recording) | | |

Page 1 of 3

JA6433

| | | | |
|---|---|---|---|
| 5. | (playing of recording) | | |
| 6. | Dubravetz | "Ya estuvo, Pablo, ya estuvo". ¿No te visita, en las noches o en tus sueños? | "That's enough, that's enough Pablo." Does he visit you, at night or in your dreams? |
| 7. | Velasco | No sé de qué me habla. | I don't know what you're talking to me about. |
| 8. | Dubravetz | Por, cuando hace, alguien hace algo así, va a haber tormentar. ¿Tú no te sientes mal por lo que hiciste? | Because, when someone does, does something like that, that person is going to feel tormented. You don't feel bad about what you did? |

JA6434

| 9. | Velasco | No sé de qué me habla. No me puedo sentir culpable de algo que yo no sé, pues. | I don't know what you're talking to me about. So, I can't feel guilty for something that I don't know about. |
|----|---------|---------|---------|
| | | **FIN DE LA GRABACIÓN** | **END OF RECORDING** |

JA6435

<u>Interview of Pablo Velasco Barrera on June 12, 2018</u>
00:39:41 to 00:40:22

**Legend:**
[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

// = Indicates voice overlap.

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:   Special Agent Claudia Dubravetz
            Pablo Velasco Barrera

| | | 00:39:41 to 00:40:22 | |
|---|---|---|---|
| 1. | Dubravetz | Les debería dar vergüenza con los pandilleros de El Salvador, porque ni eso pueden hacer aquí. Ni pueden hacer el trabajo bien y dejan todo, todo rodado. | You all should be embarrassed with the gangsters from El Salvador, because you all can't even do that here. You all can't even do the work right and leave everything, everything a mess. |
| 2. | Velasco | A mí no me da vergüenza de mi vida. | I'm not ashamed of my life. |
| 3. | Dubravetz | ¿Tú quieres que la gente te conozca como un asesino? | You want people to know you as a murderer? |
| 4. | Velasco | Me vale. | I don't give a damn. |
| 5. | Dubravetz | ¿Te vale? | You don't give a damn? |
| 6. | Velasco | No me importa nada, no tengo corazón, como le digo pues. No siento lástima por nadie, nada. | I don't care about anything, I don't have a heart, like I'm telling you. I don't feel sorry for anyone, anything. |

GOVERNMENT EXHIBIT
**107-7B**
1:18CR123

JA6436

<u>Interview of Pablo Velasco Barrera on June 12, 2018</u>
00:44:40 to 00:47:22

**Legend:**
[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

// = Indicates voice overlap.

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:   Special Agent Claudia Dubravetz
            Pablo Velasco Barrera

| 00:44:40 to 00:47:22 | | | |
|---|---|---|---|
| 1. | Dubravetz | En algún momento fue amigo de ustedes. Y lo peor— | At some point he was a friend of you guys. And what's worse— |
| 2. | Velasco | Ni los conozco quienes son. | I don't even know who they are. |
| 3. | Dubravetz | —lo peor es que ustedes pensaban que él estaba hablando con la policía y ni lo estaba haciendo. No era rata. *So* no había ninguna razón por qué matarlo. Eso para mí es triste, que él mismo ni estaba haciendo nada y lo mataron por, por una estupidez, por un rumor que alguien empezó. Y a ti no más te da risa. ¿Tú piensas que esto es un juego? | —what's worse is that you all thought that he was talking to the police and he wasn't even doing that. He wasn't a rat. So there was no reason to kill him. That to me is sad, that he himself wasn't doing anything and you guys killed him for, over something stupid, over a rumor that someone started. And you just laugh. Do you think this is a game? |
| 4. | Velasco | ¿Qué, no escuchó lo que le dije que a mí me vale la vida, me vale todo? Si me toca que morirme, lo que me toque, pues me vale verga. Ni sé pa qué me está enseñando eso, yo no conozco a nadie, yo no sé nada. | Didn't you listen when I told you that I don't give a damn about life, I don't give a damn about anything? If I have to die, whatever, I don't give a fuck. I don't even know why you are showing me that, I don't know anyone, I don't know anything. |
| | | **FIN DE LA GRABACIÓN** | **END OF RECORDING** |

**GOVERNMENT EXHIBIT**
**107-8B**
1:18CR123

JA6437

<u>Interview of Pablo Velasco Barrera on June 12, 2018</u>
01:01:15 to 01:04:13

**Legend:**
[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

// = Indicates voice overlap.

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:    Special Agent Claudia Dubravetz
             Pablo Velasco Barrera

| | | 01:01:15 to 01:04:13 | |
|---|---|---|---|
| 1. | Dubravetz | Yo sé que no te importa nada, pero ellos tenían familia. Y a las familias de ellos les importaban a ellos. Si a ti te hubiera pasado lo que les pasó a ellos, tu mamá estaría destrozada en este momento. Y todos los días lloraría por tu ausencia, porque tu mamá te adora, seas lo que seas. Ella siempre te va a querer y siempre va a estar ahí para apoyarte, pero ella estaría destrozada si a ti te hubiera pasado lo que les pasó a ellos. Yo sé, yo sé que tienes mucho dentro de, de ti. Has estado, has estado guardando tanto coraje, tanto rencor, tanto odio, porque se te ve en la cara, pero un ser humano no puede mantener todo eso dentro de uno. En algún momento te tienes que dar por vencido y dejar que todo eso salga, para que tú puedas tener una vida normal. Una vida con esperanzas, con ilusiones, ilusiones de un futuro. Pero tú, todo, todo lo has mantenido dentro de ti. | I know that you don't care about anything, but they had a family. And their families cared about them. If what happened to them would've happened to you, right now, your mom would be devastated. And every day she would cry because of your absence, because your mom adores you, regardless of who you are. She will always love you and will always be there for you, but she would be devastated if what happened to them had happened to you. I know, I know you have a lot inside of you. You've been, you've been holding so much anger inside, so much resentment, so much hatred, because your face shows it, but a human being can't keep all that inside oneself. At some point you will have to give up and let everything come out, so that you can have a normal life.  A life with hopes, with dreams, dreams of a future. But you have kept it all inside of you. |
| 2. | Velasco | Yo todo lo que sé me lo voy a llevar hasta a la tumba pues, y nada. | I'm going to take everything I know to my grave, you know, and that's it. No one, no, no one is going to know |

Page 1 of 2

GOVERNMENT
EXHIBIT
**107-9B**
1:18CR123

JA6438

| | | Nadie, no, nadie va saber nada de mí, me acierto. | | anything from [or: about] me. I'll make sure. |
|---|---|---|---|---|
| | | **FIN DE LA GRABACIÓN** | | **END OF RECORDING** |

JA6439

**Post-Arrest Interview of Henry Zelaya Martinez**
**00:19:35 to 00:22:06**

**Legend:**
[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.
[ui] = Unidentified, or unintelligible diction
Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:
    Special Agent Carlos Fontánez
    Special Agent Paul Fisher
    Henry Zelaya Martinez

| 00:19:35 to 00:22:06 | | | |
|---|---|---|---|
| 1. | Fontánez | Eh, okey, so va a haber dos documentos que vamos a ir sobre eso más tarde. | Eh, okay, so, there are going to be two documents that we are going to go over later. |
| 2. | H. Zelaya | Em jm. | Um-hum. |
| 3. | Fontánez | Pero antes te voy a leer esto. | But before I'm going to read this to you. |
| 4. | H. Zelaya | Em jm. | Um-hum. |
| 5. | Fontánez | Eh, como te dije hoy, tenemos una orden de arresto federal. | Eh, like I told you today, we have a federal arrest warrant. |
| 6. | H. Zelaya | Em jm. | Um hum. |
| 7. | Fontánez | Em, hay ciertas cosas que queremos platicar contigo, eh, y para darte detalles de los cargos en sí. | Ehm, there are certain things we want to talk about with you, eh, and to give you details about the charges themselves. |
| 8. | H. Zelaya | Em jm. | Um-hum. |
| 9. | Fontánez | Pero, eh, como tú sabes—¿a ti te han arrestado aquí antes en Estados Unidos? | But eh, as you know—have you been arrested before here in the United States before? |
| 10. | H. Zelaya | Em, no. ¿Que me han llevado así? No, ninguna vez, ninguna vez. | Um, no. That they have taken me like this? No, never, never. |
| 11. | Fontánez | So, la, nosotros somos, yo soy un agente del FBI, mi compañero es una agente del FBI también. | So, the, we are, I'm an agent of the FBI, my partner is also an agent of the FBI. |
| 12. | H. Zelaya | Em jm. | Um-hum. |
| 13. | Fontánez | Eh, nosotros operamos con este formulario. Este formulario son tus derechos. | Eh, we work with this form. This form are your rights. |
| 14. | H. Zelaya | Em jm. | Um-hum. |

GOVERNMENT
EXHIBIT
**109-2B**
1:18CR123

JA6440

| 15. | Fontánez | Los derechos que tú tienes como una persona aquí en Estados Unidos. Yo te los voy a leer. Si tú tienes una pregunta, me dejas saber. | The rights that you have as a person here in the United States. I'm going to read them to you. If you have a question, you let me know. |
|-----|----------|---|---|
| 16. | H. Zelaya | Okey. | Okay. |
| 17. | Fontánez | Y, y ahí vamos. So, estamos en, en Washington, D.C. en la oficina principal nuestra. | And, and here we go. So, we're in, in Washington D.C., in our main office. |
| 18. | H. Zelaya | Okey. | Okay. |
| 19. | Fontánez | Son las nueve y treinta y cuatro de la mañana. | It's nine thirty four in the morning. |
| 20. | H. Zelaya | Em jm. | Um-hum. |
| 21. | Fontánez | Okey. Antes de hacerle cualquier pregunta, usted debe entender sus derechos.

Usted tiene el derecho a permanecer callado.

Todo lo que usted diga puede ser usado en su contra en un tribunal. | Okay. Before asking you any question, you should understand your rights.

You have the right to remain silent.

Everything you say can be used against you in a court. |
| 22. | H. Zelaya | Em jm. | Um-hum. |
| 23. | Fontánez | Usted tiene el derecho de hablar con un abogado para que lo aconseje antes de que le hagamos cualquier pregunta. | You have the right to speak with a lawyer for advice before we ask you any question. |
| 24. | H. Zelaya | Em jm. | Um-hum. |
| 25. | Fontánez | Usted tiene el derecho a tener un abogado presente durante su interrogatorio. Si usted no puede pagarle a un abogado, se le designará uno antes de que se lleve a cabo cualquier interrogatorio si así lo desea. | You have the right to have a lawyer with you during questioning.

If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish. |
| 26. | H. Zelaya | Em jm. | Um-hum. |
| 27. | Fontánez | Si usted decide contestar las preguntas en este momento sin la presencia de un abogado, usted tiene el derecho a no contestar en cualquier momento.

¿Las entendiste todas? | If you decide to answer the questions at this time without a lawyer present, you have the right to stop answering at any time.

Did you understand all of them? |
| 28. | H. Zelaya | [Asiente con la cabeza] | [Nods] |
| 29. | Fontánez | Okey. So, esta parte de aquí es el consentimiento. | Okay. So this part here is the consent. |

2

JA6441

| 30. | H. Zelaya | Em jm. | Um-hum. |
|-----|-----------|--------|---------|
| 31. | Fontánez | Quiero que la leas, y si tienes preguntas, me dejas saber. | I want you to read it, and if you have questions, you let me know. |
| 32. | H. Zelaya | ¿El de abajo? | The one at the bottom? |
| 33. | Fontánez | No, aquí, el que dice consen . . . | No, here, the one that says consen . . . |
| 34. | H. Zelaya | ¿Aquí donde el párrafo? | Here where the paragraph is? |
| 35. | Fontánez | Sí. | Yes. |
| 36. | H. Zelaya | Em jm. | Uh-hum. |
| 37. | Fontánez | Entonces, ese, la firma tuya va ¿vez donde dice firma? | Then, the, your signature goes, do you see where it says signature? |
| 38. | H. Zelaya | Sí. | Yes. |
| 39. | Fontánez | Y entonces yo firmé abajo, como testigo que te leí los derechos. | And then I signed below, as a witness that I read you your rights. |
| 40. | H. Zelaya | Em jm. | Um-hum. |
| 41. | Fontánez | Y el compañero mío lo va firmar también. | And my partner will sign it too. |
| 42. | H. Zelaya | Okey.  Okey. | Okay.  Okay. |
| 43. | Fontánez | Okey. | Okay. |

3

JA6442

<u>Post-Arrest Interview of Henry Zelaya Martinez</u>
**00:24:36 through 00:25:50**

**Legend:**
[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.
[ui] = Unidentified, or unintelligible diction
Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:
    Special Agent Carlos Fontánez
    Special Agent Paul Fisher
    Henry Zelaya Martinez

| | | 00:24:36 to 00:25:50 | |
|---|---|---|---|
| 1. | Fontánez | Eh, so estamos hablando de, de, ma.., mataron unos, a unos muchachos. | Eh, so we're talking about, about having k.., killed some, some kids. |
| 2. | H. Zelaya | [ui]. Ajá. | Uh-huh. |
| 3. | Fontánez | Hace un tiempo atrás. | Some time back. |
| 4. | H. Zelaya | Ajá. | Uh-huh. |
| 5. | Fontánez | Nosotros todo este tiempo hemos estado compilando evidencia. | All this time we've been compiling evidence. |
| 6. | H. Zelaya | Ajá. | Uh-huh. |
| 7. | Fontánez | Eh, la evidencia son comunicaciones. | Uh, the evidence is communications. |
| 8. | H. Zelaya | Em jm. | Um-hum. |
| 9. | Fontánez | Videos, cosas como tal. Eh… Te voy a enseñar un video porque yo sé que es temprano. No quiero, tú sabes, quiero acelerar pa' que puedas estar… | Videos, things like that. Uh… I'm going to show you a video because I know it's early. I don't want to, you know, I want to speed things up so you can be… |
| 10. | H. Zelaya | Okey. | Okay. |
| 11. | Fontánez | Te voy a enseñar esto. No te voy a enseñar el video primero. | I'm going to show you this. I'm not going to show you the video first. |
| 12. | H. Zelaya | Em jm. | Um-hum. |
| 13. | Fontánez | Quiero que escuches la voz. | I want you to listen to the voice. |
| 14. | H. Zelaya | Em jm. | Um-hum. |
| 15. | (audio recording played) | | |
| 16. | Fontánez | ¿Sabes lo que es?   Yo sé que sabes. | Do you know what it is?  I know you know. |
| 17. | H. Zelaya | Em jm. | Um-hum. |

GOVERNMENT
EXHIBIT
**109-3B**
1:18CR123

JA6443

## Post-Arrest Interview of Henry Zelaya Martinez
### 00:27:03 to 00:28:43

**Legend:**
[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.
[ui] = Unidentified, or unintelligible diction
Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:
    Special Agent Carlos Fontánez
    Special Agent Paul Fisher
    Henry Zelaya Martinez

| | | 00:27:03 to 00:28:43 | |
|---|---|---|---|
| 1. | Fontánez | ¿Qué, qué fue lo que pasó ese día? O sea, ¿cómo tú te sientes? O sea tú, tú sientes que tú, te metieron en ese problema o cómo, cómo eso fue que sucedió eso? Antes que…Te voy a enseñar el video pa' que veas, este es uno de los videos que tenemos. | What, what happened that day, I mean, how do you feel? I mean, do you, do you feel that you, you were put into that problem or how, how did that come to happen? Before that… I'm going to show you the video so you can see, this is one of the videos that we have. |
| 2. | H. Zelaya | Em jm. | Um-hum. |
| 3. | Fontánez | ¿Tú escuchaste tu taca ahí? Certero. | Did you hear your moniker there? Certero. |
| 4. | H. Zelaya | Em jm. | Um-hum. |
| 5. | Fontánez | So, entiendes, yo . . . algo pasó. | So, you know, I . . . something happened. |
| 6. | H. Zelaya | Em jm. | Um-hum. |
| 7. | Fontánez | Cómo pasó y eso, yo no estuve ahí, no sé. | How it happened and so forth, I wasn't there, I don't know. |
| 8. | H. Zelaya | Em jm. | Um-hum. |
| 9. | Fontánez | Yo sé que, de verte a ti, yo sé que tú no planeaste esto, porque no veo que tú eres una persona-- | I know that, from seeing you, I know that you didn't plan this, because I don't see that you are a person-- |
| 10. | H. Zelaya | Sí. | Yes. |
| 11. | Fontánez | --con ese corazón, me entiendes. So, me gustaría saber de tu punto de vista, tú sabes, ¿qué te pasó por la mente, cómo te sentiste después de eso? | --with that heart, you understand me. So, I'd like to know, from your point of view, you know, what went through your mind, how did you feel after that? |
| 12. | H. Zelaya | Ah, mal pues, pero sí, ya hecho, pues, ¿qué remedio queda? ¿No? Pero sí, mal de toda [ui]. | Uh, well, bad but, if it was already done, then what could be done, right? But yes, bad of every [ui]. |

**GOVERNMENT EXHIBIT**
**109-4B**
1:18CR123

JA6444

| 13. | Fontánez | ¿Tú todavía te acuerdas de eso, o lo has tratado de, de borrar? | | Do you still remember that, or have you tried to, to erase it? |
|---|---|---|---|---|
| 14. | H. Zelaya | Sí. | | Yes. |
| 15. | Fontánez | ¿Lo has tratado de borrar? | | You've tried to erase it? |
| 16. | H. Zelaya | Sí, a estos años, pero ni se puede, ¿no? Pero sí, he querido cambiar mucho, y pues, es todo lograrlo pues, ya dejar todo atrás. Em jm. | | Yes, by these years, but it can't be done, right? But yes, I've wanted to change a lot, and, it's everything to achieve it, to leave everything behind. Um-hum. |

JA6445

**<u>Post-Arrest Interview of Henry Zelaya Martinez</u>**
**00:33:21 to 00:34:32**

**Legend:**
[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.
[ui] = Unidentified, or unintelligible diction
Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:
 Special Agent Carlos Fontánez
 Special Agent Paul Fisher
 Henry Zelaya Martinez

| | | 00:33:21 to 00:34:32 | |
|---|---|---|---|
| 1. | Fontánez | ¿Qué tu utilizaste? | What did you use? |
| 2. | H. Zelaya | Ah, una navaja parece, algo así. | Uh, a knife, I think, something like that. |
| 3. | Fontánez | ¿Una navaja? ¿Chiquita? ¿Grande? | A knife?  Small?  Big? |
| 4. | H. Zelaya | Chiquita. | Small. |
| 5. | Fontánez | ¿Cómo así? | Like this? |
| 6. | H. Zelaya | Menos. | Less. |
| 7. | Fontánez | ¿Así? | Like this? |
| 8. | H. Zelaya | Sí, de esos chiquitilla. | Yes, one of those little ones. |
| 9. | Fontánez | Okey. | Okay. |
| 10. | H. Zelaya | Em jm. | Um-hum. |
| 11. | Fontánez | ¿Y qué, qué pasó cuando— alguien te la dio o..? | So what, what happened when—did someone give it to you or..? |
| 12. | H. Zelaya | Em jm. | Um-hum. |
| 13. | Fontánez | ¿Sabes quién te la dio? | Do you know who gave it to you? |
| 14. | H. Zelaya | No, yo solo llegué ahí y pasó lo que pasó y ya.  No supe más nada, de ahí pues me vine ya todo, y pues, arrepentido, pero, y qué se va hacer, de todo modo... | No, I just got there and what happened, happened and that's it.  I didn't know anything else, after that I came back all, and well, regretful, but, and what can be done, anyway… |
| 15. | Fontánez | Yo sé. | I know. |
| 16. | H. Zelaya | ... ya no ando en eso pues. | … well I'm no longer in that. |
| 17. | Fontánez | So, ¿estás arrepentido de haber hecho eso? | So, do you regret having done that? |
| 18. | H. Zelaya | Sí. | Yes. |

**GOVERNMENT EXHIBIT**
**109-5B**
**1:18CR123**

JA6446

| 19. | Fontánez | Si pudieras ir pa'tras ¿lo harías de nuevo? | If you could go back, would you do it again? |
|-----|----------|---------------------------------------------|----------------------------------------------|
| 20. | H. Zelaya | No, siempre he seguido así con eso, pues que no, y no. Ya tiene.., yo no quería andar así pero, ya ves. | No, I've always gone on this way with that, I would not, and no. It's been… I didn't want to go around like that, but, you know. |
| 21. | Fontánez | Sí, no sí. | Yes, of course. |
| 22. | H. Zelaya | No puedo ni superar, ni aún, se siguen ... | I can't even overcome it, not even now, they continue … |

JA6447

<u>Post-Arrest Interview of Henry Zelaya Martinez</u>
**00:34:42 to 00:35:38**

**Legend:**
[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.
[ui] = Unidentified, or unintelligible diction
Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:

    Special Agent Carlos Fontánez
    Special Agent Paul Fisher
    Henry Zelaya Martinez

| | | 00:34:42 to 00:35:38 | |
|---|---|---|---|
| 1. | Fontánez | ¿Si tú tuvieras la oportunidad de ver la mamá de esa persona, que tú le dirías? | If you had the opportunity to see that person's mom, what would you say to her? |
| 2. | H. Zelaya | Pues, muchas cosas pero, ya para mí soy diferente y todo, espero. | Well, many things, but, I'm different now and everything, I hope. |
| 3. | Fontánez | ¿Pero si tuvieras la oportunidad de que ella viera el tipo de persona que tú eres, que tú le dirías? | But if you had the opportunity for her to see the kind of person that you are, what would you say to her? |
| 4. | H. Zelaya | No, pues que, primero que nada, que lo siento y pues, perdonar, aunque no se puede, porque es difícil. | No, well that, first of all, that I'm sorry and well, forgive, although it can't be done because it's hard. |
| 5. | Fontánez | Sí. | Yes. |
| 6. | H. Zelaya | Pero decirle pues, perdonar pues, que me perdone y pues no sé, muchas cosas. ¿No? | But tell her, well, forgive, to forgive me, and well, I don't know, many things, right? |
| 7. | Fontánez | Sí, sí. | Yes, yes. |
| 8. | H. Zelaya | Ajá, que no, pero no debería, no debería hacerle eso ¿No? | Uh-huh, that no, but I shouldn't, I shouldn't have done that to him/her, right? |
| 9. | Fontánez | Sí. | Yes. |
| 10. | H. Zelaya | Porque . . . [ui]. | Because . . .[ui]. |
| 11. | Fontánez | Sí. | Yes. |
| 12. | H. Zelaya | Igualmente, pero no sé. | Equally, but I don't know. |
| 13. | Fontánez | Yo te lo creo. | I believe that of you. |



**GOVERNMENT EXHIBIT**
**109-6B**
1:18CR123

JA6448

## Post-Arrest Interview of Henry Zelaya Martinez
### 00:48:07 to 00:50:11

**Legend:**
[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.
[ui] = Unidentified, or unintelligible diction
Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:

    Special Agent Carlos Fontánez
    Special Agent Paul Fisher
    Henry Zelaya Martinez

| | | 00:48:07 to 00:50:11 | |
|---|---|---|---|
| 1. | Fontánez | Em, en uno de los videos decía que le pasaran el machete a Certero. | Um, in one of the videos it said for them to pass the machete to Certero. |
| 2. | H. Zelaya | Em jm. | Um-hum. |
| 3. | Fontánez | Eh, ¿tú en algún momento tuviste un machete en la mano? | Uh, did you at any time have a machete in your hand? |
| 4. | H. Zelaya | No, solo navaja. | No, just a knife. |
| 5. | Fontánez | Solo navaja. Y, o sea, era bastante gráfico . . . | Just a knife. And, I mean, it was quite graphic . . . |
| 6. | H. Zelaya | Em jm. | Um-hum. |
| 7. | Fontánez | . . . pero ¿tú te acuerdas más o menos cuantas veces? O sea, el cuerpo estaba—cuando, yo encontré el cuerpo... | . . . but, do you remember more or less how many times? I mean, the body was—when, I found the body… |
| 8. | H. Zelaya | Ajá. | Uh-huh. |
| 9. | Fontánez | ... y estaba picadito. | … and it was minced. |
| 10. | H. Zelaya | Ajá. | Uh-huh. |
| 11. | Fontánez | ¿Tú te acuerdas cuantas veces le metieron el cuchillo a ese muchacho? | Do you remember how many times you all stabbed the kid with the knife? |
| 12. | H. Zelaya | Jem, no sé, porque yo, le digo, yo estaba todo así pues así pues. Nunca había hecho eso pues, y, no sé, estaba todo así // [ui] | Hum, I don't know, because I, I'm telling you, I was all like that, you know, like that. I had never done that, and, I don't know, it was all like that // [ui] |
| 13. | Fontánez | O sea se // pasaron ahí, ¿so cuantas p.., so, es porque, imagínate que hubiesen diez personas. | I mean you (plural) passed around there, so how many p.., so, it's because, imagine if there were ten people. |



GOVERNMENT
EXHIBIT
**109-7B**
1:18CR123

Page 1 of 2

JA6449

| 14. | H. Zelaya | Em jm. | Um-hum. |
|-----|-----------|--------|---------|
| 15. | Fontánez | Y se pasaron el cuchillo, y por ejemplo pone que cada persona hizo cinco, diez, eso se suma, me entiende. | And you (plural) passed the knife around, and for example, let's say each person did five, ten, that adds up, you understand me. |
| 16. | H. Zelaya | Sí. | Yes. |
| 17. | Fontánez | Eh, y yo no estuve ahí. | Uh, and I wasn't there. |
| 18. | H. Zelaya | Em jm. | Um-hum. |
| 19. | Fontánez | Pero como, me gustaría saber de tú punto de vista. | But how, I would like to know from your point of view. |
| 20. | H. Zelaya | Em jm. | Um-hum. |
| 21. | Fontánez | Tú sabes, cuánto más o menos, eh, tú me entiende, porque ... | You know, how many, more or less, uh, you understand me, because … |
| 22. | H. Zelaya | Pues, no sé, no sé porque, yo, bueno hice lo que hice, pero yo de ahí, pues, ya me salí de ahí, pues ya, unos seis, seis quedaron, no lo sé. | Well, I don't know, I don't know because, I, well I did what I did, but from there I, well, then I left there, so then, some six, six remained, I don't know. |
| 23. | Fontánez | ¿Cuántos tú personalmente le distes? | How many times did you personally hit him? |
| 24. | H. Zelaya | Ahí yo ni sé, yo solo sentí que, no sé, hicieron y que metí esa navaja y ya pues sí, no sé. Era mi primera vez, ¿no? | On that, I don't even know, I just felt that, I don't know, they did and I stuck in that knife and that was it then, I don't know. It was my first time, right? |
| 25. | Fontánez | ¿No te acuerdas más o menos dónde? | You don't remember more or less where? |
| 26. | H. Zelaya | No sé, en el, acá en el estómago, en el pecho, algo así tal vez. | I don't know, in the, here in the stomach, in the chest, something like that perhaps. |

JA6450

**<u>Post-Arrest Interview of Henry Zelaya Martínez</u>**
**00:54:53 to 00:57:05**

**Legend:**
[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.
[ui] = Unidentified, or unintelligible diction
Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:
    Special Agent Carlos Fontánez
    Special Agent Paul Fisher
    Henry Zelaya Martínez

| 00:54:53 to 00:57:05 | | | |
|---|---|---|---|
| 1. | H. Zelaya | [ui] que sé otros, que ese no. Sí lo reconozco. Ese es mi hermano. | [ui] that I know others, not that one. I do recognize him. That's my brother. |
| 2. | Fontánez | ¿El de atrás? | The one in the back? |
| 3. | H. Zelaya | Dale poquito, déjame verlo. No sé, no sé. No pues ahí a ninguno le había visto, a ellos no. A este sí, parece que lo vi. No recuerdo su nombre, cómo es que se llamaba. | Go a little bit, let me see it. I don't know, I don't know. No, well I haven't seen any of them there, not them. This one I have. I think I've seen him. I don't remember his name, what he was called. |
| 4. | Fontánez | ¿Qué está tirando este aquí? | What is this guy throwing here? |
| 5. | H. Zelaya | Pues la M y la S. | Well, M and S. |
| 6. | Fontánez | ¿La MS? | MS? |
| 7. | H. Zelaya | Mjm. | Um-hum. |
| 8. | Fontánez | ¿Le tienen otro nombre a eso? | Do they have another name for that? |
| 9. | H. Zelaya | Oh, la garra. | Oh, the claw. |
| 10. | Fontánez | La garra. ¿Cuándo tú aprendiste a usar eso, en El Salvador? ¿Qué tan chiquito, curioso, qué tan…? | The claw. When did you learn to use that, in El Salvador? How young were you, curious, how…? |
| 11. | H. Zelaya | Oh, cómo aprendí a… no porque él no, él no, él no, cómo se llama, tiene que tener su cargo para ser alguien // | Oh, how did I learn to… no, because he's not, he's not, he's not, how do you say it, you need to have your position to be someone // |
| 12. | Fontánez | ¿Para tirarla? | To throw it? |
| 13. | H. Zelaya | Para poder tirar eso. | In order to throw it. |
| 14. | Fontánez | *So,* ¿a qué edad pudiste usar, a tirarla, o? | So, how old were you when you were able to use, to throw it, or? |
| 15. | H. Zelaya | Mm, no sé. Hasta acá. | Mm, I don't know. Not until here. |
| 16. | Fontánez | Cuando estuviste acá. | When you were here. |

**GOVERNMENT EXHIBIT**
**109-8B**
1:18CR123

JA6451

| 17. | H. Zelaya | Mjm. | Um-hum. |
|---|---|---|---|
| 18. | Fontánez | *And so, he was saying that down there that you can't throw it unless you have a ranking.* | And so, he was saying that down there that you can't throw it unless you have a ranking. |
| 19. | H. Zelaya | No, él, no sé, cómo es que se llama, yo no sé. [menea la cabeza] Mm, mm. Oh, pues ese sí se parece al muchacho, ¿no? | No, him, I don't know what he's called, I don't know. [shakes head] Um-um. Oh, well that one does look like the guy, right? |
| 20. | Fontánez | ¿El muchacho? ¿Cómo se llamaba él? | The guy? What was his name? |
| 21. | H. Zelaya | No sé. Ese no sé, ese vato. Ese fue el // | I don't know. That one, I don't know, that dude. That was the // |
| 22. | Fontánez | ¿Ese fue el que mataron, el muchacho? | The guy, that's the one that you all killed? |
| 23. | H. Zelaya | Sí, ese parece, sí, él creo que es. Yo no lo conocía a él. | Yes, it looks like him, yes, I think it's him. I didn't know him. |
| 24. | Fontánez | ¿Tú alguna vez lo viste en persona, afuera de ese día o…? [menea la cabeza en negativa] | Did you ever see him in person, besides that day or…? [nods head indicating "no"] |
| 25. | H. Zelaya | Solo ese día. | Just that day. |
| | | **FIN DE LA GRABACIÓN** | **END OF RECORDING** |

JA6452

# Post-Arrest Interview of Henry Zelaya Martinez
## 1:01:08 to 1:01:28

**Legend:**
[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.
[ui] = Unidentified, or unintelligible diction
Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:

Special Agent Carlos Fontánez
Special Agent Paul Fisher
Henry Zelaya Martinez

| | 1:01:08 to 1:01:28 | | |
|---|---|---|---|
| 1. | Fontánez | ¿Tú alguna vez consideraste entregarte a la policía? | Did you at any time consider turning yourself in to the police? |
| 2. | H. Zelaya | Sí, porque tal vez era lo correcto. Y pues, también pues, no… pues si hice lo que hice, pues también tengo que pagarlo, ¿no? | Yes, because maybe it was the right thing to do. And well, also, it's not… if I did what I did, then I also have to pay for it, right? |
| 3. | Fontánez | Sí. | Yes. |

GOVERNMENT
EXHIBIT
**109-9B**
1:18CR123

Page 1 of 1

JA6453

# Post-Arrest Interview of Henry Zelaya Martínez
## 01:07:56 to 01:08:12

**Legend:**
[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.
[ui] = Unidentified, or unintelligible diction
Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:
    Special Agent Carlos Fontánez
    Special Agent Paul Fisher
    Henry Zelaya Martínez

| | | 01:07:56 to 01:08:12 | |
|---|---|---|---|
| 1. | Fontánez | *[ui] there's one more. Yeah, that's it.* | [ui] there's one more. Yeah, that's it. |
| 2. | H. Zelaya | Oh, ese sí era el muchacho. | Oh, yes, that was the guy. |
| 3. | Fontánez | ¿El muchacho que… de esa noche? | The guy that… from that night? |
| 4. | H. Zelaya | Mjm. | Um-hum. |
| 5. | | **FIN DE LA GRABACIÓN** | **END OF RECORDING** |

GOVERNMENT
EXHIBIT
**109-10B**
1:18CR123

**Post-Arrest Interview of Élmer Zelaya Martínez**
00:03:32 to 00:04:41

**Legend:**
[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.
[ui] = Unidentified, or unintelligible diction
Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:
    Special Agent Carlos Fontánez
    Special Agent Claudia Dubravetz
    Élmer Zelaya Martínez

| | | 00:03:32 to 00:04:41 | |
|---|---|---|---|
| 1. | Fontánez | Okey. Dame tu nombre completo. | Okay. Give me your full name. |
| 2. | Élmer Zelaya | Élmer Alexander Zelaya Martínez. | Elmer Alexander Zelaya Martinez. |
| 3. | Fontánez | [ui]. ¿Cuál es tu fecha de nacimiento? | [ui]. What´s your date of birth? |
| 4. | Élmer Zelaya | Ah, noviembre 5 de 1990. | Uh, November 5, 1990. |
| 5. | Fontánez | ¿Y tienes seguro social? | And do you have a social security [number]? |
| 6. | Élmer Zelaya | No. | No. |
| 7. | Fontánez | ¿Otro tipo de identificación contigo? | Another type of ID with you? |
| 8. | Élmer Zelaya | No // | No // |
| 9. | Fontánez | Número // | Number // |
| 10. | Élmer Zelaya | Tenía la licencia pero creo que me la botaron. | I had the license, but I think they did away with it. |
| 11. | Fontánez | Sí, licencia ¿de dónde? | Yeah, license, from where? |
| 12. | Élmer Zelaya | De Maryland. | From Maryland. |
| 13. | Fontánez | Okey. ¿Dónde en Maryland tú vivías? | Okay. Where in Maryland did you live? |
| 14. | Élmer Zelaya | Ah, en… en la Powder Mill Road, en Hyattsville. | Un, on… on Powder Mill Road, in Hyattsville. |
| 15. | Fontánez | Okey. | Okay. |
| 16. | Élmer Zelaya | Ya, pero solo duré ahí como 6 meses ahí. | Yeah, but I just lasted there like 6 months. |
| 17. | Fontánez | Okey. ¿Cuál es tu dirección? | Okay. What´s your address? |
| 18. | Élmer Zelaya | Ah, 57 Derby Court. | Uh, 57 Derby Court. |
| 19. | Fontánez | ¿Delbi? | Delbi? |
| 20. | Élmer Zelaya | Derby. | Derby. |
| 21. | Dubravetz | Derby. | Derby. |
| 22. | Fontánez | Okey. | Okay. |

**GOVERNMENT EXHIBIT**
**110-1B**
1:18CR123

| 23. | Élmer Zelaya | Ya, Alexandria, Vir… apartamento 21. | Yeah, Alexandria, Vir… apartment 21. |
|---|---|---|---|
| 24. | Fontánez | ¿Quién vive ahí ahora? | Who lives there now? |
| 25. | Élmer Zelaya | Ah, mi mamá y mis abuelos. | Uh, my mother and my grandparents. |
| 26. | | **FIN DE LA GRABACIÓN** | **END OF RECORDING** |

JA6456

## Post-Arrest Interview of Élmer Zelaya Martínez
### 00:08:01 to 00:09:20

**Legend:**

[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:
    Special Agent Carlos Fontánez
    Special Agent Claudia Dubravetz
    Élmer Zelaya Martínez

| | | 00:08:01 to 00:09:20 | |
|---|---|---|---|
| 1. | Fontánez | [ui] ¿En qué trabajabas? | [ui] What were you doing for work? |
| 2. | Élmer Zelaya | En construcción. | Construction. |
| 3. | Fontánez | ¿Qué tipo de construcción? | What type of construction? |
| 4. | Dubravetz | Eso [ui] | That [ui] |
| 5. | Fontánez | ¡Ah, verdad! ¿Eh, tu, tus hermanos? | Oh, that´s right! Uh, your, your siblings? |
| 6. | Élmer Zelaya | Están en El Salvador. | They are in El Salvador. |
| 7. | Fontánez | Todos… ¿cuántos tienes? | All of them… ¿how many do you have? |
| 8. | Élmer Zelaya | Tengo 3. | I have 3. |
| 9. | Fontánez | ¿Cómo se llaman? | What are their names? |
| 10. | Élmer Zelaya | Ah, Henry de Jesús Zelaya. | Uh, Henry de Jesus Zelaya. |
| 11. | Fontánez | ¿Cuántos años tiene él? | How old is he? |
| 12. | Élmer Zelaya | 24. | 24. |
| 13. | Fontánez | Okey. Eh, ¿tus otros hermanos? | Okay. Uh, your other siblings? |
| 14. | Élmer Zelaya | Ah, José Edwin Zelaya. | Uh, Jose Edwin Zelaya. |
| 15. | Fontánez | Y años, ¿cuántos tiene? | And years, how old is he? |
| 16. | Élmer Zelaya | 20. | 20. |
| 17. | Fontánez | ¿Y el otro? | And the other one? |
| 18. | Élmer Zelaya | Y la otra es Rina Yanet. | And the other one is Rina Yanet. |
| 19. | Fontánez | ¿Cómo se llama? | What´s her name? |
| 20. | Élmer Zelaya | Rina Yanet. | Rina Yanet. |
| 21. | Dubravetz | ¿En qué parte de El Salvador viven ellos ahorita? | In what part of El Salvador do they currently live? |
| 22. | Élmer Zelaya | Ahí en San Miguel [ui] | There in San Miguel [ui] |
| 23. | Dubravetz | ¿También? | There too? |

GOVERNMENT
EXHIBIT
**110-2B**
1:18CR123

| 24. | Élmer Zelaya | [asiente con la cabeza] | [nods head] |
|-----|--------------|-------------------------|-------------|
| 25. | Fontánez | ¿Cuántos años tiene ella? | How old is she? |
| 26. | Élmer Zelaya | Este, 19. Bueno, mi hermana se acaba de venir porque ella se vino y está sacando un proceso de migración ahorita. | Uh, 19. Well, my sister just got here because she just came and she´s now going through an immigration process. |
| 27. | Fontánez | ¿Cuántos años tiene? | How old is she? |
| 28. | Élmer Zelaya | Este, 20 [ui] | Uh, 20 [ui] |
| 29. | Fontánez | Okey. ¿Tú te comunicas con tus hermanos? | Okay. Do you communicate with your siblings? |
| 30. | Élmer Zelaya | De vez en cuando. | Once in a while. |
| 31. | Dubravetz | *So,* Rina se vino, y Henry y José ¿todavía están en San Miguel? | So, Rina is here, and are Henry and Jose still in San Miguel? |
| 32. | Élmer Zelaya | Sí. | Yes. |
| 33. | Dubravetz | ¿Viven juntos ellos dos? | Do both of them live together? |
| 34. | Élmer Zelaya | Sí. | Yes. |
| 35. | Fontánez | ¿*So,* tú eres el mayor? | So, you are the oldest? |
| 36. | Élmer Zelaya | Sí. | Yes. |
| 37. | | **FIN DE LA GRABACIÓN** | **END OF RECORDING** |

JA6458

## Post-Arrest Interview of Élmer Zelaya Martínez
### 00:10:48 to 00:13:25

**Legend:**
[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.
[ui] = Unidentified, or unintelligible diction
Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:
    Special Agent Carlos Fontánez
    Special Agent Claudia Dubravetz
    Élmer Zelaya Martínez

| | 00:10:48 to 00:13:25 | | |
|---|---|---|---|
| 1. | Fontánez | Eh, lo que voy a hacer ahora. Te quería enseñar unas cosas en la computadora pero te voy a leer esto primero, después hay ciertas cosas que te quería enseñar. Okey. Si tienes preguntas me dejas saber. | Uh, what I'm going to do now. I wanted to show you some things on the computer but I'm going to read this to you first, then there are certain things that I wanted to show you. Okay. If you have questions let me know. |
| 2. | Élmer Zelaya | Okey. | Okay. |
| 3. | Dubravetz | [ui] | [ui] |
| 4. | Fontánez | Hoy es 24. Okey. Eh, en la escuela, ¿tú, tú escribías español, lo leías sin problema? | Today is the 24th. Okay. Uh, at school, did you write Spanish, did you read it without any problem? |
| 5. | Élmer Zelaya | Sí. | Yes. |
| 6. | Fontánez | Está bien.<br><br>Eh, *so,* antes de hacerle cualquier pregunta, usted debe entender sus derechos.<br><br>Usted tiene el derecho a permanecer callado.<br><br>Todo lo que usted diga puede ser usado en su contra en un tribunal.<br><br>Usted tiene el derecho de hablar con un abogado para que lo asesore antes de que le hagamos cualquier pregunta. | That's fine.<br><br>Uh, so, before asking you any question, you should understand your rights.<br><br>You have the right to remain silent.<br><br>Everything you say can be used against you in court.<br><br>You have the right to speak with a lawyer for advice before we ask you any question. |

**GOVERNMENT EXHIBIT**
**110-3B**
1:18CR123

| | | | |
|---|---|---|---|
| | | Usted tiene el derecho a tener un abogado presente durante su interrogatorio.<br><br>Si usted no puede pagarle a un abogado, se le designará uno antes de que se lleve a cabo cualquier interrogatorio, si así lo desea.<br><br>Si usted decide contestar las preguntas en este momento, sin la presencia de un abogado, usted tiene el derecho a no contestar en cualquier momento.<br><br>¿Entendiste? | You have the right to have a lawyer with you during questioning.<br><br>If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.<br><br>If you decide to answer the questions at this time without a lawyer present, you have the right to stop answering at any time.<br><br>Did you understand? |
| 7. | Élmer Zelaya | Sí. | Yes. |
| 8. | Fontánez | Nosotros hacemos las cosas un poquito diferente, *so*, yo firmo acá. Mi compañera también lo firma. Si lo quieres repasar. Y si tienes preguntas, me dejas saber. | We do things a little differently, so, I sign here. My partner also signs it. If you want to review it. And if you have questions, let me know. |
| 9. | Dubravetz | ¿Sí? | All right? |
| 10. | Élmer Zelaya | Sí. | Yes. |
| 11. | Dubravetz | Si lees, si puedes, en voz alta en la parte de… si estás de acuerdo, en la parte de donde dice "Consentimiento". | If you read, if you would, read it out loud in the part where… if you agree, in the part where it says "Consent." |
| 12. | Élmer Zelaya | He leído esta declaración de mis derechos y los he entendido. Estoy dispuesto a contestar las preguntas en este momento sin la presencia de un abogado. | I have read this statement of my rights and I understand them. I am willing to answer questions at this time without the presence of a lawyer. |
| 13. | Dubravetz | Y si… ¿me puedes dar una firma? | And if… can you give me your signature? |
| 14. | | **FIN DE LA GRABACIÓN** | **END OF RECORDING** |

2

JA6460

**Post-Arrest Interview of Élmer Zelaya Martínez**
00:16:35 to 00:17:16

**Legend:**
[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.
[ui] = Unidentified, or unintelligible diction
Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:
    Special Agent Carlos Fontánez
    Special Agent Claudia Dubravetz
    Élmer Zelaya Martínez

| | | 00:16:35 to 00:17:16 | |
|---|---|---|---|
| 1. | Fontánez | *So,* te viniste pa acá, ¿y tus hermanos? Eh, bueno, tus hermanos están allá todavía. | So, you came here, and your siblings? Uh, well, your brothers are still there. |
| 2. | Élmer Zelaya | Sí. | Yes. |
| 3. | Fontánez | Y tu hermana se acaba de venir. ¿Tus papás cuándo vinieron? | And your sister just got here. When did your parents come? |
| 4. | Élmer Zelaya | Mm, bueno, mi papá estuvo aquí desde el, desde el 2000 y se fue en el 2019 cuando yo me vine. | Um, well, my father was here since, since 2000 and he left in 2019 when I came here. |
| 5. | Fontánez | Okey. | Okay. |
| 6. | Élmer Zelaya | Para cuidar a mis hermanos. Y mi mamá se vino en el 2006. | To take care of my brothers. And my mother came in 2006. |
| 7. | Fontánez | Okey. *So,* están acá ahora los dos. | Okay. So they are both here now. |
| 8. | Élmer Zelaya | Sí. | Yes. |
| 9. | Fontánez | [ui] // | [ui] // |
| 10. | Dubravetz | ¿Tus hermanos nunca vinieron a los Estados Unidos? | Did your brothers ever come to the United States? |
| 11. | Élmer Zelaya | No. | No. |
| 12. | Fontánez | [ui] | [ui] |
| 13. | Élmer Zelaya | Mi hermano está tratando de tramitar una visa pero él está en la universidad, el más menor. | My brother is trying to get a visa, but he is going to college, the youngest. |
| 14. | Dubravetz | ¿Cuál? | Which one? |
| 15. | Fontánez | ¿Cuál? | Which one? |
| 16. | Élmer Zelaya | Pero no sé… Edwin. | But I don't know… Edwin. |
| 17. | Dubravetz | Edwin. | Edwin. |
| 18. | Élmer Zelaya | Ajá. | Uh-huh. |
| 19. | Élmer Zelaya | Pero no sé. | But I don't know. |

GOVERNMENT
EXHIBIT
**110-4B**
1:18CR123

| 20. | | **FIN DE LA GRABACIÓN** | **END OF RECORDING** |

JA6462

## Post-Arrest Interview of Élmer Zelaya Martínez
### 00:20:20 to 00:21:27

**Legend:**
[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.
[ui] = Unidentified, or unintelligible diction
Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:
    Special Agent Carlos Fontánez
    Special Agent Claudia Dubravetz
    Élmer Zelaya Martínez

| | 00:20:20 to 00:21:27 | | |
|---|---|---|---|
| 1. | Fontánez | Pero tu taca es una taca, eh, impresionante, es una taca que tiene mucho poder. Eh, Élmer es un nombre más… que suena mejor. Eh, tú sabes, no me gustaría verte a ti, una persona trabajadora, que a lo mejor si estuviésemos en otra vida, estuviésemos trabajando juntos, que tu familia te reconozca en los periódicos o a través de, de corte como el *Killer*. Eh, yo pienso que a lo mejor tu hija y tu hijo preferirían saber de ti, en el futuro, que cometiste ciertos errores, pero "mi papá hizo errores, pero él se llama Élmer". | But your street name is, it's impressive, it's a powerful street name. Uh, Elmer is a name that's more… it sounds better. Uh, you know, I wouldn't like to see you, a hardworking person, that perhaps, if we were in another life, we would've been working together, for your family to recognize you in the newspapers or through court as Killer. Uh, I think that perhaps your daughter and your son would rather know about you, in the future, that you made certain mistakes, but "my father made mistakes, but his name is Elmer." |
| 2. | Élmer Zelaya | Sí. | Yes. |
| 3. | Fontánez | Me entiendes. *So,* te voy a enseñar, te voy a, te voy a jugar un, un audio, quiero que lo escuches. Eh, es un audio, bien, bien poderoso. | You understand. So, I am going to show you, I'm going to, I'm going to play an, an audio, I want you to listen to it. Uh, it's a very powerful audio. |
| 4. | | **FIN DE LA GRABACIÓN** | **END OF RECORDING** |

GOVERNMENT
EXHIBIT
**110-5B**
1:18CR123

**Post-Arrest Interview of Élmer Zelaya Martínez**
**00:22:23 to 00:26:03**

**Legend:**
[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.
[ui] = Unidentified, or unintelligible diction
Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:
Special Agent Carlos Fontánez
Special Agent Claudia Dubravetz
Élmer Zelaya Martínez

| | 00:22:23 to 00:26:03 | | |
|---|---|---|---|
| 1. | Fontánez | Tú sabes, entiendo por qué las cosas ocurren. Eh, todos cometemos errores. Eh, algunos cometen errores más grandes que otros pero, eh, dale, vamos a… pa que lo escuches. Después te lo enseño, pero quiero que lo escuches. | You know, I understand why things happen. Uh, we all make mistakes. Uh, some make bigger mistakes than others but, uh, go ahead, let's… so you can hear it. I'll show it to you later on, but I want you to hear it. |
| 2. | (playing of recording) | | |

JA6464

| | | | |
|---|---|---|---|
| 3. | Fontánez | [ui] Y tú sabes lo que es eso. Esos sonidos eh, eh, cuando yo me estaba criando yo usaba machetes en el… talando, ¿sabes lo que es talar? | [ui] And you know what that is. Those sounds huh, huh, when I was growing up, I used machetes in the… cutting down. Do you know what cutting down is? |
| 4. | Élmer Zelaya | [ui] [asienta con la cabeza] | [ui] [nods head affirmatively] |
| 5. | Fontánez | Las montañas así, en un risco, y tenía un machete sable y una varilla pa poder talar y que yo no me diera. Ponía la varilla ahí pa que no me cayera. Mi abuelo me enseñó eso. | The mountains like that, on a cliff, and I had a saber machete and a rod to be able to cut and so that I wouldn't cut myself. I would put the rod there so that I wouldn't fall. My grandfather taught me that. |
| 6. | Élmer Zelaya | Okey. | Okay. |
| 7. | Fontánez | Eh. En un cuerpo es algo más, más serio. | Uh. In a body it is something more, more serious. |
| 8. | Élmer Zelaya | *Yeah.* | Yeah. |
| 9. | Fontánez | Eh, *so* tú reconociste ese sonido, te lo noté en los ojos. | Uh, so you recognized that sound, I noticed it in your eyes. |
| 10. | Élmer Zelaya | *Yeah.* [asienta con la cabeza] | Yeah. [nods head affirmatively] |
| 11. | Fontánez | Que… yo, yo lo que quiero saber es cómo tú te sientes al respecto. Yo lo que quiero saber es, eh, si tú te arrepientes, si es algo que tú le deseas a otra persona, si es algo que tú hicieras de nuevo. Si es algo que tú quisieras que tu nene o tu nena en algún momento escucharan que su papá hizo o que lo vieran o que por ejemplo al hijo de tu hijo se lo hagan. ¿Me entiendes? | That… I, what I want to know is how you feel about it. What I want to know is, uh, if you regret it, if it's something that you wish on someone else, if it's something you would do again. If it is something that you would like your boy or girl to hear at some point that their father did, or to see it, or for example, for it to be done to your son's child. You understand me? |
| 12. | Élmer Zelaya | Jm. | Hm. |
| 13. | Fontánez | Eh, no importa por qué eso pasó a ese muchacho. El muchacho murió. Bueno, los muchachos murieron. Eso ya, nosotros no lo podemos arreglar. Tú no lo puedes arreglar. No hay nadie. Eh, pero sí lo que podemos es tratar de, de entender es qué tipo de persona, qué tipo de corazón tú tienes. Si eres una persona que, mira ya, esta persona no tiene arreglo o es una persona que ha vivido y ha visto | Eh, it doesn't matter why that happened to that boy. The boy died. Well, the boys died. That already, we can't fix that. You can't fix it. No one can. Uh, but what we can do is try to understand what kind of person, what kind of heart you have. If you are a person that, look now, this person can't be fixed, or he is a person that has lived and seen things and well, obviously for, |

2

JA6465

| | | | |
|---|---|---|---|
| | | cosas y pues, obviamente para, para él pues es algo que, que, que es algo no, no tan fuera de lo normal en el sentido que a lo mejor lo has visto antes, lo has escuchado, lo has vivido y pues, eh, pero, en, en, en sí, no eres una persona mala. ¿Me entiendes? | for him it is something that, that, that is something not, not so out of the ordinary in the sense that maybe you've seen that before, you've heard that before, you've lived it and well, uh, but, you're not really a bad person. You understand me? |
| 14. | Élmer Zelaya | *Yeah.* [asienta con la cabeza] | Yeah. [nods head affirmatively] |
| 15. | Fontánez | ¿Tú sabes a lo que me estoy tratando de referir? | Do you know what I'm trying to refer to? |
| 16. | Élmer Zelaya | Bien. [asienta con la cabeza] | Yeah. [nods head affirmatively] |
| 17. | Fontánez | *So,* dime, si, si tú, si tú estuvieses suelto mañana, ¿tú harías algo así de nuevo? | So, tell me, if you, if you were released tomorrow, would you do something like that again? |
| 18. | Élmer Zelaya | No hombre, tipo, que yo ya no ando en esas cosas, va, porque pues sí, yo pedí cancha, me entiendes, va. Yo no llegué ni a ser homeboy, me entiendes, va. Yo solo anduve ahí con ellos pues… pa, lo más caminaba con ellos pero yo ya dejé esas cosas porque pues sí, pues, va. Me acuerdo cuando mi hijo me dijo pues que él quería estar preso conmigo pues para estar con su papá, me entiendes. Va y pues sí, pues eso… | No man, like, I'm no longer into those things, right, because, yeah, I asked for turf, you know. I didn't even get to be a homeboy, you know. I was just there hanging out with them… to, at most I hung out with them, but I already left those things because I did. I remember when my son told me that he wanted to be locked up with me because he wanted to be with his father, you know. So, yeah, that... |
| | | **FIN DE LA GRABACIÓN** | **END OF RECORDING** |

3

JA6466

# Post-Arrest Interview of Élmer Zelaya Martínez
## 00:26:57 to 00:27:43

**Legend:**

[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:
Special Agent Carlos Fontánez
Special Agent Claudia Dubravetz
Élmer Zelaya Martínez

| | 00:26:57 to 00:27:43 | | |
|---|---|---|---|
| 1. | Fontánez | ¿Tu, tu familia sabe de lo que pasó? | Does your, your family know what happened? |
| 2. | Élmer Zelaya | No. | No. |
| 3. | Fontánez | ¿Tu esposa? | Your wife? |
| 4. | Élmer Zelaya | No. Nadie sabe de lo, de lo que yo he hecho. | No. Nobody knows about, about what I've done. |
| 5. | Fontánez | ¿Ellos saben que tú estabas involucrado con ellos? | Are they aware that you were involved with them? |
| 6. | Élmer Zelaya | No. | No. |
| 7. | Fontánez | Si lo estaban, está bien. | If they were aware, that's fine. |
| 8. | Élmer Zelaya | Mjm. | Uh-huh. |
| 9. | Fontánez | Eh, como te dije, las, las cosas, las cosas pasan. El, el punto no es lo que tú hiciste en el pasado, ya lo hiciste, es lo que vas a hacer en el futuro, eh, tú sabes. Tus nenes van a crecer y uno nunca se olvida de sus papás, *so* tus nenes pueden, pueden tener a su papá como Élmer // | Uh, like I told you, things, things happen. The, the point is not what you did in the past, you already did it, it's what you're going to do in the future, uh, you know. Your children are going to grow up and one never forgets their parents, so your children can, they can have Elmer as their father // |
| 10. | Élmer Zelaya | Bien. | Fine. |
| 11. | Fontánez | No como Killer, eh. | Not Killer, uh. |
| | | **FIN DE LA GRABACIÓN** | **END OF RECORDING** |

GOVERNMENT
EXHIBIT
**110-7B**
1:18CR123

## Post-Arrest Interview of Élmer Zelaya Martínez
### 00:29:00 to 00:29:40

**Legend:**
[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.
[ui] = Unidentified, or unintelligible diction
Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:
    Special Agent Carlos Fontánez
    Special Agent Claudia Dubravetz
    Élmer Zelaya Martínez

| | | 00:29:00 to 00:29:40 | |
|---|---|---|---|
| 1. | Fontánez | Pero si tú quieres que tu familia te conozca, no te conozca como Killer, te vas a tener que desasociar de esa persona. Eh, lo que hizo esa persona que no eres tú, eh, tú sabes, tienes que, tienes que tomar las consecuencias. Decir Killer era una persona en el pasado —yo me ponía esa máscara y yo era Killer y hacía ciertas cosas— pero ese no soy yo, quien soy yo. Yo soy una persona de familia, yo trabajo, soy una persona con habilidades. Soy una persona que quiere un futuro para mí, y quiere un futuro para mis hijos. | But if you want your family to know you, not to know you as Killer, you are going to have to disassociate yourself from that person. Uh, what that person did, that's not you, uh, you know, you have to, you have to accept the consequences. Say Killer was a person in the past —I used to put on that mask and I was Killer and I did certain things— but that guy is not me, who I am. I am a family person, I work, I am a person with skills. I am a person who wants a future for myself and wants a future for my children. |
| | | **FIN DE LA GRABACIÓN** | **END OF RECORDING** |

GOVERNMENT
EXHIBIT
**110-8B**
1:18CR123

# Post-Arrest Interview of Élmer Zelaya Martínez
## 00:29:51 to 00:30:23

**Legend:**
[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.
[ui] = Unidentified, or unintelligible diction
Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:
    Special Agent Carlos Fontánez
    Special Agent Claudia Dubravetz
    Élmer Zelaya Martínez

| | | 00:29:51 to 00:30:23 | |
|---|---|---|---|
| 1. | Fontánez | Los cargos, es una conspiración para matar dos personas en asociación a la Mara. Son cargos bien *heavy*, especialmente en esta área, [ui]. Yo sé que muchos que están en la Mara se, se ponen a leer los, los casos, cómo ocurren, qué le dan, qué tanto tiempo le van a dar. El tuyo va a ser un caso que va a tomar, lo más seguro, atención en las noticias. Eh, no sé si te acuerdas cuando se encontraron los cuerpos, que salió en las noticias, pero… | The charges, it's a conspiracy to kill two people in association with the Mara. These are very heavy charges, especially in this area, [ui]. I know that many who are in the Mara, start to read the, the cases, how they happen, what they give them, how much time they will get. Yours is going to be a case that will most certainly get attention in the news. Uh, I don't know if you remember when the bodies were found, that came out on the news, but... |
| | | **FIN DE LA GRABACIÓN** | **END OF RECORDING** |

GOVERNMENT
EXHIBIT
**110-9B**
1:18CR123

## Post-Arrest Interview of Élmer Zelaya Martínez
### 00:35:39 to 00:36:53

**Legend:**
[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.
[ui] = Unidentified, or unintelligible diction
Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:
    Special Agent Carlos Fontánez
    Special Agent Claudia Dubravetz
    Élmer Zelaya Martínez

| | | 00:35:39 to 00:36:53 | |
|---|---|---|---|
| 1. | Fontánez | Eh, te quiero ense… ¿tú tienes la foto…? Eh, déjame ver. Ese es uno. Eh, matar es fácil. Les tomó a ustedes un par de machetazos, cuchillazos y una hacha. Y al otro más o menos lo mismo. Eh, ¿tú sabes lo que es difícil? Nosotros tener que ir y, la mayoría de estas personas pues hablan español nada más. Nosotros tener que, nosotros, hablar con las, los papás. Eso es lo más difícil de mi trabajo. Eh, s*o*, te digo que lo, el trabajo que hicieron para ustedes fue fácil. Nos la hicieron difícil a nosotros, eh, y ponte a pensar, ese muchacho que mataron es un hispano. | Uh, I want to sho… do you have the picture…? Uh, let me see. That's one. Uh, killing is easy. It took you guys a couple of machete blows, stabs with a knife and an axe. And the other one, more or less the same. Uh, you know what's hard? Us having to go, and most of these people speak Spanish, nothing else. Us having to, us, talking to the, the parents. That's the hardest part of my job. Uh, so, I'm telling you that, that the job you guys did, it was easy for you guys. You made it difficult for us, eh, and think about it, that guy that you guys killed is a Hispanic. |
| | | **FIN DE LA GRABACIÓN** | **END OF RECORDING** |

GOVERNMENT
EXHIBIT
**110-10B**
1:18CR123

## Post-Arrest Interview of Élmer Zelaya Martínez
### 00:37:26 to 00:38:30

**Legend:**

[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:
Special Agent Carlos Fontánez
Special Agent Claudia Dubravetz
Élmer Zelaya Martínez

| | 00:36:26 to 00:38:30 | | |
|---|---|---|---|
| 1. | Fontánez | Yo lo que quiero que entiendas yo no estoy aquí para juzgarte. Yo no estoy aquí para meterte en más problemas. Tú te metiste en esos problemas tú solito. Yo lo que estoy aquí es para ayudarte. Aunque no lo pienses. | What I want you to understand is that I am not here to judge you. I am not here to get you into any more trouble. You got into that trouble all by yourself. I am here to help you. Even if you don't think so. |
| 2. | Élmer Zelaya | No pues ya, bien, pero de esas cosas, sí, yo me di cuenta, pero yo no participé en eso, me entendés. | No, well, fine, but about those things, yes, I was aware of it, but I didn't participate in that, you know. |
| 3. | Fontánez | ¿Cómo que no participaste? | What do you mean, you did not participate? |
| 4. | Élmer Zelaya | Yo no participé en eso. | I didn't participate in that. |
| 5. | Fontánez | ¿Tú no estabas ahí en ese día? | ¿You were not there that day? |
| 6. | Élmer Zelaya | Nel. Ese día no estuve yo ahí. Yo sí me daba cuenta de eso. | Nah. I wasn't there that day. I was aware of it. |
| 7. | Fontánez | Yo sé . . . | I know . . . |
| 8. | Dubravetz | [ui] | [ui] |
| 9. | Fontánez | . . . yo sé que una de las cosas que el ser humano hace es negar; admitir ciertas cosas y negar ciertas cosas cuando sabe que hizo algo mal. | . . . I know that one of the things that human beings do is deny; admit certain things and deny certain things when they know they did something wrong. |
| 10. | Élmer Zelaya | Em jm. | Um-hum. |
| 11. | Fontánez | Ya pasamos eso, papá. Yo sé que está mal. ¿Matar a alguien es algo malo? | We're past that, dude. I know it's wrong. Is killing someone a bad thing? |
| 12. | Élmer Zelaya | No, pues no sé // | No, well I don't know // |

**GOVERNMENT EXHIBIT**
**110-11B**
1:18CR123

| 13. | Fontánez | Una pregunta simple. No estoy hablando de él. En general, matar a alguien ¿es algo malo? | It's a simple question. I'm not talking about him. In general, is killing someone a bad thing? |
|-----|----------|-----|-----|
| 14. | Élmer Zelaya | No sé. | I don't know. |
| 15. | Fontánez | Es algo malo, mano. Tú sabes que es malo. Ya pasó. | It is something wrong, bro. You know it's wrong. It already happened. |
| 16. | | **FIN DE LA GRABACIÓN** | **END OF RECORDING** |

2

JA6472

## Post-Arrest Interview of Élmer Zelaya Martínez
### 00:39:15 to 00:39:25

**Legend:**
[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.
[ui] = Unidentified, or unintelligible diction
Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:
    Special Agent Carlos Fontánez
    Special Agent Claudia Dubravetz
    Élmer Zelaya Martínez

| | | 00:39:15 to 00:39:25 | |
|---|---|---|---|
| 1. | Fontánez | Eh, tú te sientes mal, *so,* por eso es una, es una pregunta general. ¿Tú matarías a alguien? | Eh, do you feel bad, so, that's why it's a, it's a general question. Would you kill someone? |
| 2. | Élmer Zelaya | No sé. | I don't know. |
| 3. | | **FIN DE LA GRABACIÓN** | **END OF RECORDING** |

GOVERNMENT
EXHIBIT
**110-12B**
1:18CR123

## Post-Arrest Interview of Élmer Zelaya Martínez
### 00:39:46 to 00:39:58

**Legend:**
[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.
[ui] = Unidentified, or unintelligible diction
Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:
    Special Agent Carlos Fontánez
    Special Agent Claudia Dubravetz
    Élmer Zelaya Martínez

| | | 00:39:46 to 00:39:58 | |
|---|---|---|---|
| 1. | Fontánez | Alguien que tú no conoces bien, que conociste en la calle, ¿lo matarías? | Someone that you don't know well, someone that you met on the street, would you kill that person? |
| 2. | Élmer Zelaya | No sé, me entiende. | I don't know, you know. |
| 3. | | **FIN DE LA GRABACIÓN** | **END OF RECORDING** |

GOVERNMENT
EXHIBIT
**110-13B**
1:18CR123

## Post-Arrest Interview of Élmer Zelaya Martínez
### 00:40:40 to 00:41:11

**Legend:**
[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.
[ui] = Unidentified, or unintelligible diction
Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:
    Special Agent Carlos Fontánez
    Special Agent Claudia Dubravetz
    Élmer Zelaya Martínez

| | | 00:40:40 to 00:41:11 | |
|---|---|---|---|
| 1. | Fontánez | *So,* por eso te digo. ¿Qué tú quieres hacer, papá? ¿Qué tú quieres hacer con tu vida? | So, that's why I'm telling you. What do you want to do, dude? What do you want to do with your life? |
| 2. | Élmer Zelaya | ¿Cómo así [ui]? Pues, pues sí, yo quiero trabajar pues para mis hijos, me entendés. Va, pero como te digo, pues yo no estuve presente en esa cuestión. | What do you mean [ui]? Well, well, I want to work for my children, you know. So, but like I'm telling you, I was not present at that thing. |
| 3. | Fontánez | ¿Y cómo te enteraste de esa cuestión entonces? | So how did you find out about that thing, then? |
| 4. | Élmer Zelaya | Vos sabés, rumores llegan siempre. | You know, there are always rumors. |
| 5. | Fontánez | ¿Quién te dijo los rumores? | Who told you the rumors? |
| 6. | Élmer Zelaya | Por ahí. | Around. |
| | | **FIN DE LA GRABACIÓN** | **END OF RECORDING** |

GOVERNMENT
EXHIBIT
**110-14B**
1:18CR123

**Post-Arrest Interview of Élmer Zelaya Martínez**
**00:41:31 to 00:46:17**

**Legend:**

[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:
    Special Agent Carlos Fontánez
    Special Agent Claudia Dubravetz
    Élmer Zelaya Martínez

| | | 00:41:31 to 00:46:17 | |
|---|---|---|---|
| 1. | Fontánez | Se hicieron muchos errores y esos errores, eh, te pusieron a ti allí. Eh, en el primero y en el segundo. | A lot of mistakes were made and those mistakes, uh, put you there. Uh, in the first and in the second one. |
| 2. | Élmer Zelaya | Okey. | Okay. |
| 3. | Fontánez | Eh. | Uh. |
| 4. | Dubravetz | El problema es que a ustedes les gusta presumir lo que hicieron y ¿tú tenías Facebook, verdad? | The problem is that you like to brag about what you did, and you had Facebook, right? |
| 5. | Élmer Zelaya | Simón. | Yeah. |
| 6. | Dubravetz | Ajá // | Uh-huh // |
| 7. | Fontánez | Enséñale el Facebook, el… | Show him the Facebook, the… |
| 8. | Dubravetz | [ui] tú tenías dos. ¿Cuál, cuáles eran los Facebook que tenías? ¿Te acuerdas? | [ui] you had two. What, what were the Facebook accounts that you had? Do you remember? |
| 9. | Élmer Zelaya | Yo solo tengo uno. | I only have one. |
| 10. | Dubravetz | No, tenías dos. | No, you had two. |
| 11. | Élmer Zelaya | Tenía Élmer Zelaya. | I had Elmer Zelaya. |
| 12. | Dubravetz | Tenías ese y tenías otro. Si yo revisé ese, ese Facebook tuyo, el de Élmer Zelaya. Y de ahí revisé comunicaciones donde tú indicabas que ibas a dejar de usar ese Facebook e ibas a empezar a usar el de Danilo Pérez. *So?* | You had that one and another one. I checked that one, your Facebook, the one of Elmer Zelaya. And then I checked the communications where you indicated that you were going to stop using that Facebook account and that you were going to start using one of Danilo Perez. So? |
| 13. | Élmer Zelaya | Nel, no me acuerdo. | No, I don't remember. |

GOVERNMENT EXHIBIT

**110-15B**

1:18CR123

| 14. | Dubravetz | Sí, ahí, ahí la, ahí la tengo // | Yes, I, I have it there // |
|-----|-----------|-------------------------------|---------------------------|
| 15. | Fontánez | Esta es la, la, la peor. Te la voy a enseñar pa que veas más o menos. No sé porque hiciste esto después del asesinato de uno de ellos. | This is the, the, the worst one. I'm going to show it to you so you can see more or less. I don't know why you did this after the murder of one of them. |
| 16. | Élmer Zelaya | Em jm. | Um-hum. |
| 17. | Fontánez | Lo sacaste de Facebook. Lo bloqueaste y lo eliminaste como amigo. | You took him out of Facebook. You blocked him and removed him as a friend. |
| 18. | Dubravetz | Y no solo tú, las otras personas también que participaron. | And it wasn't just you, the other people that participated did it as well. |
| 19. | Fontánez | Mira hermano te lo digo, eso se va a ver… eso nada más, *so,* para un jurado que escuche, y verá el, después del asesinato lo sacó como amigo // | Look, bro, I'm telling you, that's going to be seen… just that alone, so, for a jury that hears, and will see the, after the murder, he removed him as a friend // |
| 20. | Élmer Zelaya | Pues y // | So // |
| 21. | Fontánez | Se va a ver bien feo. | It's going to look bad. |
| 22. | Élmer Zelaya | ¿Y qué tiene que ver eso con esto? Si uno puede eliminar a quien quiera. Yo he eliminado a varias personas de mi Facebook // | And what does that have to do with this? You can remove whoever you want. I have removed several people from my Facebook // |
| 23. | Dubravetz | La, la cosa es cuando // | The, the thing is that when // |
| 24. | Élmer Zelaya | No es necesariamente porque las hemos matado o están muertas, o // | It is not necessarily because we have killed them, or they are dead, or // |
| 25. | Fontánez | Lo que pasa es que después de matarlo lo sacaste de Facebook. | The thing is that after you killed him you removed him from Facebook. |
| 26. | Élmer Zelaya | Yo no sé. No, no sabía cuándo ocurrió eso, pues no más sí me di cuenta que pasó, pero pues sí, yo no sabía qué, me entendés // | I don't know. I didn't, didn't know when that happened, I just became aware that it happened, but yeah, I didn't know what, you know // |
| 27. | Dubravetz | Te voy a, te voy a // | I'm going, I'm going to // |
| 28. | Fontánez | Enséñale [ui] | Show him [ui] |
| 29. | Dubravetz | Tu primero te, te enseño esta. | Your first one, I'm, I'm going to show this one. |
| 30. | (playing of recording) | ¿Qué onda, qué onda, dogui? Mirá ve ¿qué pedo ahí, se acuerda de mí? Va vos, el Chucho era, me entendés va. Te acordás que el Morris tenía una razón ahí para mí? Ahora soy homeboy, me entendés, Killer Asesino. Ahí mirá ve, perro, qué pedo, me tirás este el número de ese | What's up, what's up, doggy? Look what's up there, do you remember me? I was Chucho, you know. Remember that Morris had a message for me there? I'm a homeboy now, you know, Killer Asesino. Look, dog, what's up, send me the number of that loco |

2

JA6477

| | | loco del Malandro. El de mi clica, me entendés. Con el que hablé la otra vez que vos me pasaste, perro. Tírame el paro ahí, me entendés, que quiero hablar con el colo, me entendés va, una onda. | Malandro. The one from my clique, you know. The one I talked to the other time when you put him on for me, dog. Do me that favor, you know, I want to talk with the loco, you know, about something. |
|---|---|---|---|
| 31. | Dubravetz | Y te enseño esta otra. | And I'll show you this other one. |
| 32. | (playing of recording) | Y ¿qué pedo, mi perro? Va, que ya se alegró con la buena noticia que le dieron, que mi Chucho ya es pase para homeboy, ¿ah? Vio que le dije a mi perro que nosotros, va, de la mara íbamos a ser, hijueputa, va. El primer día que lo waché usted sabe qué pedo, ese va. Bueno pues, y me alegro hijueputa va, me alegro perro va, que simón, perro. | And what's up, my dog? You must be happy now with the good news that you got, that my Chucho is already pase para homeboy, ah? You see, I told you, my dog, that we were going to be in the mara, you son of a bitch. The first day I saw you, you know what's up, dude. Well then, I'm happy, you son of a bitch. I'm happy dog, that it really is, dog. |
| 33. | Fontánez | Y la de los cultivos. | And the one of the burials. |
| 34. | Dubravetz | *There's another one.* | There's another one. |
| 35. | (playing of recording) | Hey, mi perro, cuídate un vergo. Te quiero mucho hijueputa. Yo quiero llegar a ser hombre con usted, y que me maten junto con sus huesos, hijueputa. Jey, neta, perro, que yo te he agarrado un cariño hijueputa que ya sabrás, me entendés. Bueno pues, vos sabés qué pedo, me entendés. Vos tenés un vergo de tiempo de caminar con mis huesos, loco.

Bien, bien, mi perro va, jey, dogui, que el día que los peguen va a ser a los dos juntos, me entendés. Ahorita ya somos pase para homeboy hijueputa va. Usted sabe qué pedo, qué es pase para homeboy, me entendés va. Cualquier bicho hijueputa que venga alucinar agüevo de un solo en la trompa. ¿Qué pedo, hijueputa? Yo pase para homeboy soy pues va. Yo no soy ningún paro, ningún chequeo, bicho pendejo así pues, perro, va…planchado y ahí, me entendés, va. Este loco el Speedy tiene que hablar esas ondas con su | Hey, my dog, take fucking care of yourself. I really love you, you son of a bitch. I want to become a man with you and to get killed alongside you [lit. your bones], you son of a bitch. Hey, truthfully, dog, I've become very fond of you, you son of a bitch, you know. Well, you know what's up, you know. You've been walking for a fucking long time with me [lit. my bones], loco.

Right, right, my dog, hey, doggy, the day of the beating it will be both of us together, you know. Right now we are pase para homeboy, son of a bitch. You know what's up, what pase para homeboy is, you know. Any son of a bitch who comes over posing is certain to get a punch in his face. What's up, son of a bitch? I'm a pase para homeboy. I'm not a paro, not a chequeo, a stupid asshole kid like that, dog… broke, and you know. This loco Speedy has to talk about that stuff with his homeboy also, you know. Because this son of |

3

JA6478

| | | homeboy también, me entendés va. Porque este hijo de puta se lo ha ganado, me entendés. Este hijo de puta se pone mente, este bicho, me entendés va. Mi respeto pa' este loco, me entendés va. Pero este loco le pone mente perro, me entendés va. Este hijo de puta es un mente acelerado pero ya sabrás perro. Este hijueputa, mi respeto pa' ese vato, me entendés va. Ya viste, tienes que ponerle mente dogui, me entendés va. La onda que simón, me entendés va. | a bitch has earned it, you know. This son of a bitch puts his mind to it, you know. My respect for this loco, you know. This loco really puts his mind to it, you know. This son of a bitch is an accelerated mind, you know, dog. This son of a bitch, my respect for that dude, you know. You've seen, you've got to put your mind to it doggy, you know. That's the way it is, you know. |
| | | Bien, perro, ya me indicó mi carnal, va vos, que agüevo pues. El homeboy me dijo que, que buscara una taca, me entendés, va. Tipo que… puta va, vos sabés, va vos, estoy indeciso, perro, con esta del Demon Dog, y la del Snorki. Ya sabrás qué pedo, el Demon Dog ya ahora es que, el perro endemoniado, el perro demonio. Y el Snorki es así como elegante, perro, ya vos sabés. Con elegancia, perro, matando chavalas con elegancia, vos sabés qué pedo, hijueputa. | Right, dog, my brother already told me, yeah, it's a go [affirmative]. The homeboy told me that, that I should look for a moniker, you know. Like… fuck, you know, I'm indecisive, dog, with this one Demon Dog and the Snorki one. You know, what a thing. Now, Demon Dog is like, the possessed dog, the Demon Dog. And Snorki is like elegant, dog, you know. With elegance, dog, killing chavalas [rivals] with elegance, you know what that is, son of a bitch. |
| | | **FIN DE LA GRABACIÓN** | **END OF RECORDING** |

JA6479

## Post-Arrest Interview of Élmer Zelaya Martínez
### 00:46:18 to 00:47:11

**Legend:**

[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:

    Special Agent Carlos Fontánez

    Special Agent Claudia Dubravetz

    Élmer Zelaya Martínez

| | | 00:46:18 to 00:47:11 | |
|---|---|---|---|
| 1. | Dubravetz | ¿Cultivos? // | Burials? // |
| 2. | Fontánez | Enséñale el video ahora. Ponle el, el último. | Show him the video now. Play the, the last one. |
| 3. | Dubravetz | *The longer one?* | The longer one? |
| 4. | Fontánez | Eh, sí. | Uh, yes. |
| 5. | (playing of video recording) | | |
| 6. | Fontánez | Ahí, páraselo ahí. | There, stop it for him there. |
| 7. | (playing of video recording) | | |
| | | **FIN DE LA GRABACIÓN** | **END OF RECORDING** |

**GOVERNMENT EXHIBIT**
**110-16B**
1:18CR123

## Post-Arrest Interview of Élmer Zelaya Martínez
### 00:48:36 to 00:50:24

**Legend:**

[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:

    Special Agent Carlos Fontánez

    Special Agent Claudia Dubravetz

    Élmer Zelaya Martínez

| | | 00:48:36 to 00:50:24 | |
|---|---|---|---|
| 1. | Élmer Zelaya | [ui] No me preocupa que dicen, pues va, yo no participé en eso, pues sí. | [ui] What they say doesn't worry me, because I didn't participate in that, yeah. |
| 2. | Fontánez | ¿Sabes quién participó? | ¿Do you know who participated? |
| 3. | Élmer Zelaya | Tampoco. | That neither. |
| 4. | Dubravetz | ¿Con quién te arrestaron en, uh, noviembre del 2016? | Who were you arrested with in November 2016? |
| 5. | Élmer Zelaya | No sé. No conozco a ese muchacho. Va, ese tipo iba ahí a donde un amigo, y ahí pues, lo conocí jugando pelota. | I don't know. I don't know that guy. You know, that guy went there to a friend's, and so there, I met him playing ball. |
| 6. | Dubravetz | ¿Cómo se llama? ¿Cómo le decían? | What's his name? What did they call him? |
| 7. | Élmer Zelaya | No sé. Solo lo conozco por German no más. | I don't know. I just know him as German, that's all. |
| 8. | Dubravetz | ¿Como qué? | As what? |
| 9. | Élmer Zelaya | German. | German. |
| 10. | Dubravetz | ¿German? | German? |
| 11. | Élmer Zelaya | [asienta la cabeza] | [nods head affirmatively] |
| 12. | Dubravetz | Pero había otro ahí con ustedes. | But there was another one there with you guys. |
| 13. | Élmer Zelaya | Sí, pero a ese señor no lo conozco yo. | Yes, but I don't know that man. |
| 14. | Dubravetz | Sí lo conoces. | You do know him. |
| 15. | Élmer Zelaya | Nel. | No. |
| 16. | Dubravetz | Mjm. *So,* cuando investigamos estos casos, siempre, como te mencioné: todo, documentan todo, | Um-hum. So, when we investigate these cases, always, as I mentioned: everything, you guys document everything, you speak about |

**GOVERNMENT EXHIBIT**

**110-17B**

1:18CR123

| | | | |
|---|---|---|---|
| | | hablan todo por Facebook, graban todo. | everything on Facebook, you record everything. |
| 17. | Élmer Zelaya | *Yeah.* | Yeah. |
| 18. | Dubravetz | Una de las cosas que la que graban, una libreta que enlistaba todo el, lo, las personas que estaban en cada clica, diferentes sectores: Maryland, Nueva York, Virginia, Las Vegas, Los Ángeles. Y aquí el primerito que está: el *Killer* Asesino. | One of the things that you guys record, a notebook that listed all the, the, the people who were in each clique, different sectors —Maryland, New York, Virginia, Las Vegas, Los Angeles. And here, the very first one that's there —Killer Asesino. |
| 19. | Fontánez | El mero mero. | The one and only. [*el mero mero:* can also be translated as: "the big boss", "the head honcho" and similar] |
| 20. | Dubravetz | Este número era tuyo. | This number was yours. |
| 21. | Élmer Zelaya | No hombre, no me recuerdo de ese. | No man, I don't remember that one. |
| 22. | Dubravetz | Sí, porque ese número le pasabas a todos en Facebook para que se comunicaran contigo. | Yes, because you would give that number to everyone on Facebook so that they could communicate with you. |
| 23. | Élmer Zelaya | Oh. | Oh. |
| 24. | Dubravetz | *So,* tú estás listado aquí como, como homeboy del sector de Virginia. | So, you're listed here as, as a homeboy from the Virginia sector. |
| 25. | Fontánez | ¿Tú sabes lo que homeboy significa? | Do you know what homeboy means? |
| 26. | Élmer Zelaya | Nel. | No. |
| | | **FIN DE LA GRABACIÓN** | **END OF RECORDING** |

2

JA6482

## Post-Arrest Interview of Élmer Zelaya Martínez
### 00:54:29 to 00:54:41

**Legend:**

[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:

    Special Agent Carlos Fontánez

    Special Agent Claudia Dubravetz

    Élmer Zelaya Martínez

| | | 00:54:29 to 00:54:41 | |
|---|---|---|---|
| 1. | Fontánez | *¿So,* tú no te sientes mal que ese chamaco está muerto? | So, don't you feel bad that that kid is dead? |
| 2. | Élmer Zelaya | No sé, si le tocaba, si lo merecía, no sé. Yo ni sé porque le pasó. | I don't know, if it was his turn, if he deserved it, I don't know. I don't even know why it happened to him. |
| 3. | | **FIN DE LA GRABACIÓN** | **END OF RECORDING** |

GOVERNMENT
EXHIBIT
**110-18B**
1:18CR123

**<u>Post-Arrest Interview of Élmer Zelaya Martínez</u>**
**00:55:07 to 00:55:48**

**Legend:**
[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.
[ui] = Unidentified, or unintelligible diction
Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:
    Special Agent Carlos Fontánez
    Special Agent Claudia Dubravetz
    Élmer Zelaya Martínez

| | | 00:55:07 to 00:55:48 | |
|---|---|---|---|
| 1. | Élmer Zelaya | Pues como te dije, yo no sé nada. | So, like I told you, I don´t know anything. |
| 2. | Fontánez | "Él se lo merecía." ¿Eso fue lo que él acaba de decir "Él se lo merecía"? | "He deserved it." Is that what he just said, "He deserved it"? |
| 3. | Dubravetz | Em jm. | Um-hum. |
| 4. | Fontánez | ¡Chacho! | Oh boy! |
| 5. | Élmer Zelaya | Pues sí, pues como cualquier persona si alguien lo mata // | Well yes, well like any person if someone kills you // |
| 6. | Fontánez | Tú, tú lo que acabas de decir es que él se lo merecía. | What you, you just said is that he deserved it. |
| 7. | Élmer Zelaya | Como quieran entender, entenderlo ustedes. Va pues, decís, vos matás a alguien es porque tal vez lo merecían, me entendés, ¿o no? Si me matan a mí es porque tal vez lo merezco. Entonces no entiendo como // | Take it however you guys want to understand, understand it. Well, you say, if you kill someone it's because maybe they deserved it, you know, right? If they kill me, maybe it's because I deserve it. So I don't understand how // |
| 8. | Fontánez | ¿Él fue uno de los que te apuñaló cuando tú eras chamaquito allá en El Salvador? | Was he one of those who stabbed you when you were a kid back in El Salvador? |
| 9. | Élmer Zelaya | Él no. | He wasn't. |
| 10. | Fontánez | ¿Él estaba rateando con la policía? | Was he snitching to the police? |
| 11. | Élmer Zelaya | No sé, me entendés. Como te digo, yo no sé nada de él. | I don't know, you know. Like I said, I don't know anything about him. |
| 12. | Fontánez | Okey. | Okay. |
| 13. | | **FIN DE LA GRABACIÓN** | **END OF RECORDING** |

GOVERNMENT EXHIBIT
**110-19B**
1:18CR123

JA6484

**Post-Arrest Interview of Élmer Zelaya Martínez**
00:57:49 to 00:59:09

**Legend:**
[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.
[ui] = Unidentified, or intelligible diction
Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:
    Special Agent Carlos Fontánez
    Special Agent Claudia Dubravetz
    Élmer Zelaya Martínez

| | 00:57:49 to 00:59:09 | | |
|---|---|---|---|
| 1. | Élmer Zelaya | Nel, como te digo, pues yo ya no ando en cosas así, me entendés. | Nah, like I'm telling you, I'm not doing things like that anymore, you know. |
| 2. | Fontánez | ¿Que no andas en cosas así? | You're not doing things like that? |
| 3. | Élmer Zelaya | Nel. Va, ya tengo tiempo de no andar en las pandillas // | Nah. It's been a while since I stopped being involved in the gangs [ui] // |
| 4. | Fontánez | ¿Hace cuánto tiempo? // | How long has it been? // |
| 5. | Élmer Zelaya | Como te digo, ya hace como año y medio. | Like I'm telling you, it's been like a year and a half. |
| 6. | Dubravetz | Sí, porque te has estado en la cárcel todo el tiempo // | Yes, because you've been in jail all the time // |
| 7. | Fontánez | [Se ríe] // | [laughs] // |
| 8. | Élmer Zelaya | Por eso, ¿y qué tiene de malo eso, me entendés? | That's what I mean, and hey, what's wrong with that, you know? |
| 9. | Dubravetz | Pues has estado en la cárcel, ¿cómo vas a estar en las pandillas si estás en la cárcel? | So you've been in jail, how are you going to be in the gangs if you've been in jail? |
| 10. | Fontánez | Estás desactivado. | You're not active. |
| 11. | Élmer Zelaya | Por eso. | That's what I mean. |
| 12. | Fontánez | ¿Me entiendes? | You understand? |
| 13. | Élmer Zelaya | Como sea, pues sí, pues va. En la base puedes pedir, me entendés, y te lo dan pues. Vos ya no pertenecés más. | Anyway, yeah, right. You can ask at the base, you know, and they give it to you. You no longer belong. |
| 14. | Fontánez | Claro, *so* puedo de… le voy a decir a los fiscales que ya no estabas, ya no estás en la pandilla hace como año y medio. Pero los fiscales van a | Sure, so, I can… I am going to tell the prosecutors that you were no longer, it's been like a year and a half since you've been out of the gang. |

GOVERNMENT EXHIBIT
110-20B
1:18CR123

| | | querer saber si tú estabas en la pandilla hace dos años. Y acabas de decirme que sí. | But the prosecutors are going to want to know if you were in the gang two years ago. And you just told me that you were. |
|---|---|---|---|
| 15. | Élmer Zelaya | Hace dos años me agarraron [ui] | They caught me two years ago [ui] |
| 16. | Dubravetz | Pero antes de eso, ¿estabas en la? // | But before that, you were in the? // |
| 17. | Fontánez | ¿Antes de eso? | ¿Before that? |
| 18. | Élmer Zelaya | Como te digo, yo andaba con ellos pero yo no llegué hacer eso. | Like I'm telling you, I was with them but I didn't end up doing that. |
| 19. | Fontánez | *So,* ¿con quién andabas? | So, who were you with? |
| 20. | Élmer Zelaya | Amigos no más. | Friends, that's all. |
| 21. | Fontánez | Danos por lo menos una taca pa yo saber que se puede confiar en ti. | Give us a street name at least so that I know that you can be trusted. |
| 22. | Élmer Zelaya | No me sé ninguna. | I don't know any. |
| 23. | Fontánez | ¿Quién es el menos, que tú desconfías? | Who is the one that you least trust? |
| 24. | Élmer Zelaya | No sé. | I don't know. |
| 25. | | **FIN DE LA GRABACIÓN** | **END OF RECORDING** |

2

JA6486

# Post-Arrest Interview of Élmer Zelaya Martínez
## 01:01:48 to 01:01:57

**Legend:**

[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:
    Special Agent Carlos Fontánez
    Special Agent Claudia Dubravetz
    Élmer Zelaya Martínez

| | 01:01:48 to 01:01:57 | | |
|---|---|---|---|
| 1. | Fontánez | ¿Tú crees que esos audios no, no, no son tú? | You think that in those audio clips that's not, not, not you? |
| 2. | Élmer Zelaya | No sé. | I don't know. |
| 3. | | **FIN DE LA GRABACIÓN** | **END OF RECORDING** |

GOVERNMENT
EXHIBIT
**110-21B**
1:18CR123

## Post-Arrest Interview of Élmer Zelaya Martínez
### 00:07:15 to 00:07:25

**Legend:**

[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.

[ui] = Unidentified, or unintelligible diction

Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:
    Special Agent Carlos Fontánez
    Special Agent Claudia Dubravetz
    Élmer Zelaya Martínez

| | | 00:07:15 to 00:07:25 | |
|---|---|---|---|
| 1. | Élmer Zelaya | A él no. | Not him. |
| 2. | Fontánez | ¿Y a él nunca lo habías visto antes? | And you've never seen him before? |
| 3. | Élmer Zelaya | Ni a él, ni a él tampoco. | Not him, not him either. |
| 4. | Fontánez | ¿Y a él? | And him? |
| 5. | Élmer Zelaya | No. | No. |
| 6. | Fontánez | ¿Y a él? Tú sa, tú sabes que… | And him? You, you know that… |
| 7. | | **FIN DE LA GRABACIÓN** | **END OF RECORDING** |

GOVERNMENT
EXHIBIT
**110-22B**
1:18CR123

## Post-Arrest Interview of Élmer Zelaya Martínez
### 00:08:50 to 00:09:25

**Legend:**
[ ] = Brackets are used to separate the transcriber's/translator's remarks from the original words spoken.
[ui] = Unidentified, or unintelligible diction
Words pronounced in English within a portion of the transcription predominantly in Spanish have been *italicized*

Speakers:
    Special Agent Carlos Fontánez
    Élmer Zelaya Martínez

| | | 00:08:50 to 00:09:25 | |
|---|---|---|---|
| 1. | Fontánez | Si tu mente cambia, hazlo rápido. Que hay que hablar con los fiscales, porque si no, no vas a tener chance. | If you change your mind, do it fast. Got to talk to the prosecutors, otherwise, you won't have a chance. |
| 2. | Élmer Zelaya | [asiente con la cabeza] | [nods head affirmatively] |
| 3. | Fontánez | *He's all yours.* | He's all yours. |
| | | **FIN DE LA GRABACIÓN** | **END OF RECORDING** |

GOVERNMENT
EXHIBIT
**110-23B**
1:18CR123

Oct 21 ▮▮▮

▮▮▮

5 20 5 10

Osiro at my Door talking
to me about Jonaven not
going to help his case
said he selfish, told me
I asked him is he sure
wepon wont get found he
said they bruid it and
then he had some one
els Dig it up and trow

away in ptomac.
Said no way anybody would
ever find it,

pablo said El turo
Didnt Know were nowurs
were said one of the
guys that were talking
knew But he had
another guy un burry
the machate and throw
it away,
so I Dont Know what
he was pointing at in
last talk with sovan.

GOVERNMENT
EXHIBIT
124-6
1:18CR123

JA6490

JA6491

**"Anderson"**
**"Digger"**

Anderson
Villatoro Rivera

**"Artillero"**
**"Mortal"**

Duglas
Ramirez Ferrera

**"Certero"**
**"Kaskarra"**
**"Depravado"**

Henry
Zelaya Martinez

**"Dupla"**

Edwin
Orellana Caballero

**"Erick"**

Erick
Palacios Ruiz

**"Horror"**

Josue
Vigil Mejia

**"Killer"**
**"Killer Asesino"**
**"Chucho"**

Elmer
Zelaya Martinez

**"Lil Sicario"**

Edenilson
Misael Alfaro

**"Moris"**

Moris
Castro Coreas

**"Pablo"**
**"Oscuro"**
**"Pablito"**

Pablo
Velasco Barrera

**"Picador"**
**"Punche"**

Francisco
Avila Avalos

**"Speedy"**

Ronald
Herrera Contreras

**"Yankee"**

Jose
Salmeron Larios

**"Yonathan"**
**"Oso"**

Yonathan
Melgar Martinez

GOVERNMENT
EXHIBIT
**160-3**
1:18CR123



GOVERNMENT
EXHIBIT
**160-4**
1:18CR123

"Lil Clandestino"
Fredys
Baires Abarca

"Killer"
"Killer Asesino"
"Chucho"
Elmer
Zelaya Martinez

"Horror"
Josue
Vigil Mejía

"Erick"
"Cara de Malo"
Erick
Palacios Ruiz

"Dupla"
Edwin
Orellana Caballero

"Certero"
"Kaskarra"
"Depravado"
Henry
Zelaya Martinez

"Atrevido"
Oscar
Contreras Aguilar

"Artillero"
"Mortal"
"Darwin"
Duglas
Ramirez Ferrera

"Anderson"
"Escavador"
"Digger"
Anderson
Villatoro Rivera

"Yonathan"
"Oso"
Yonathan
Melgar Martinez

"Yankee"
Jose
Salmeron Larios

"Speedy"
Ronald
Herrera Contreras

"Picador"
"Punche"
Francisco
Avila Avalos

"Pablo"
"Oscuro"
"Pablito"
Pablo
Velasco Barrera

"Moris"
Moris
Castro Coreas

"Lobito"
"Lobo"
"Lil Problematico"
Oscar
Sorto Romero

"Lil Sicario"
Edenilson
Misael Alfaro

JA6492