# United States Court of Appeals

## for the

# Fourth Circuit

---

UNITED STATES OF AMERICA,

*Plaintiff/Appellee,*

— v. —

RONALD HERRERA CONTRERAS, a/k/a Espeedy, a/k/a Speedy,
a/k/a Joster Hrndz, a/k/a Chucho; PABLO MIGUEL VELASCO BARRERA,
a/k/a Oscuro, a/k/a Pablo Miguel Barrera Velasco, a/k/a Miguel Barrera;
HENRY ZELAYA MARTINEZ, a/k/a Certero, a/k/a El Kakarra;
DUGLAS RAMIREZ FERRERA, a/k/a Mortal, a/k/a Darwin, a/k/a Artillero;
ELMER ZELAYA MARTINEZ, a/k/a Killer, a/k/a Morenito Martinez,
a/k/a Perez Danillo,

*Defendants/Appellants.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA AT ALEXANDRIA

## JOINT APPENDIX
## VOLUME 16 OF 21 – MEDIA
## (PAGES 6692-6697)

JESSE I. WINOGRAD
LAW OFFICE OF
  JESSE WINOGRAD PLLC
5335 Wisconsin Avenue, N.W.
  Suite 440
Washington, DC 20015
(202) 302-7429
*Counsel for Appellant*
*Ronald Herrera Contreras*

PAUL P. VANGELLOW
ATTORNEY AT LAW
6109-A Arlington Boulevard
Falls Church, Virginia 22044
(703) 241-0506
*Counsel for Appellant*
*Pablo Miguel Velasco Barrera*

DAVID J. KIYONAGA
LAW OFFICE OF
  DAVID J. KIYONAGA
510 King Street, Suite 400
Alexandria, Virginia 22314
(703) 549-7576
*Counsel for Appellant*
*Henry Zelaya Martinez*

BENJAMIN M. SCHIFFELBEIN
OFFICE OF THE FEDERAL
  PUBLIC DEFENDER
210 1st Street, SW, Suite 400
Roanoke, Virginia 24011
(540) 777-0888
*Counsel for Appellant*
*Duglas Ramirez Ferrara*

ROBERT L. JENKINS, JR.
BYNUM & JENKINS, PLLC
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309-0899
*Counsel for Appellant*
*Elmer Zelaya Martinez*

JACQUELINE R. BECHARA
ALEXANDER E. BLANCHARD
CRISTINA C. STAM
OFFICE OF THE U.S. ATTORNEY
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3819
*Counsel for Appellee*

# TABLE OF CONTENTS

## VOLUME 1 OF 21

District Court Docket Sheet (Barrera – 1:18-cr-00123-RDA-8) ......................... JA1

District Court Docket Sheet (Contreras – 1:18-cr-00123-RDA-4) ................... JA62

District Court Docket Sheet (Ferrera – 1:18-cr-00123-RDA-12) ................... JA125

District Court Docket Sheet (E. Martinez – 1:18-cr-00123-RDA-2) .............. JA177

District Court Docket Sheet (H. Martinez – 1:18-cr-00123-RDA-6).............. JA235

Order of
The Honorable T.S. Ellis, III
Re:  Speedy Trial/Certifying Case as Complex
     filed June 7, 2018 .................................................................... JA294

Order of
The Honorable T.S. Ellis, III
Re:  Speedy Trial
     filed July 23, 2018 ............................................................... JA295

Order of
The Honorable T.S. Ellis, III
Re:  Speedy Trial
     filed September 7, 2018 ........................................................ JA296

Second Superseding Indictment
     filed February 21, 2019 ........................................................ JA298

Government's Motion for Speedy Trial Findings
     filed March 28, 2019............................................................ JA327

Order of
The Honorable T.S. Ellis, III
Re:  Granting Government's Motion for Speedy Trial
     filed March 29, 2019............................................................ JA333

Defendant H. Martinez's Motion to Suppress Evidence
Seized from Search of Cellular Phone
  filed November 18, 2019 ........................................................ JA335

Defendant Contreras's Motion to Suppress Statement Taken in Violation of
Defendant's Fifth Amendment Privilege Against Self-Incrimination
  filed November 18, 2019 ........................................................ JA342

Defendant Contreras's Motion for Disclosure of Identities of
Confidential Informants
  filed November 18, 2019 ........................................................ JA344

Defendant H. Martinez's Motion to Suppress Statements
  filed November 18, 2019 ........................................................ JA351

Defendant Barrera's Motion to Dismiss Counts 3 and 7 of the Indictment
  filed November 18, 2019 ........................................................ JA362

Defendant Barrera's Motion to Sever Defendants
  filed November 18, 2019 ........................................................ JA366

Defendant Barrera's Motion to Sever Counts
  filed November 18, 2019 ........................................................ JA372

Defendant Contreras's Motion to Dismiss
Counts 3 and 4 of the Indictment as Multiplicitous
  filed November 18, 2019 ........................................................ JA376

Defendant Contreras's Memorandum in Support of Motion to Dismiss
Counts 3 and 4 of the Indictment as Multiplicitous
  filed November 18, 2019 ........................................................ JA378

Defendant H. Martinez's Motion to Suppress All Evidence
Derived from Illegal Arrest of Defendant
  filed November 18, 2019 ........................................................ JA382

Defendant H. Martinez's Memorandum on Supplemental Authority
To Defendant's Motion to Suppress Evidence Seized from
Search of Cellular Phone
  filed January 1, 2020 ............................................................. JA392

Government's Response in Opposition to Defendant Barrera's
Motion to Dismiss Counts 3 and 7 of the Indictment
  filed January 3, 2020....................................................................JA396

Government's Response in Opposition to Defendant Contreras's
Motion for Disclosure of Identities of Confidential Informants
  filed January 3, 2020....................................................................JA402

Government's Response in Opposition to Defendant Barrera's Motion
To Sever Counts
  filed January 3, 2020....................................................................JA410

Government's Omnibus Response in Opposition to Defendants' Motions
To Sever Defendants
  filed January 3, 2020....................................................................JA420

Government's Response in Opposition to Defendant Contreras's Motion
To Dismiss Counts 3 and 4 of the Indictment
  filed January 3, 2020....................................................................JA433

Order of
The Honorable Rossie D. Alston, Jr.
Re:  Denying Defendant Barrera's Motion to Dismiss
Counts Three and Seven of Indictment
  filed January 8, 2020....................................................................JA441

Order of
The Honorable Rossie D. Alston, Jr.
Re:  Denying Defendant Aguilar's Motion to Disclose Identities of each
Cooperator or Confidential Informant
  filed January 9, 2020....................................................................JA444

Order of
The Honorable Rossie D. Alston, Jr.
Re:  Denying Defendant Contreras's Motion to Dismiss Counts 3 and 4
Of the Indictment as Multiplicitous
  filed February 14, 2020 .................................................................JA447

Order of
The Honorable Rossie D. Alston, Jr.
Re: Granting Government's Motion for Speedy Trial
........ filed February 20, 2020 ........................................................... JA451

Transcript of Motions Hearing before
The Honorable Rossie D. Alston, Jr.
........ on February 21, 2020 ................................................................. JA452

Order of
The Honorable Rossie D. Alston, Jr.
Re: Speedy Trial Time
........ filed February 21, 2020 ........................................................... JA527

Order of
The Honorable Rossie D. Alston, Jr.
Re: Various Motions, Including Severance
........ filed February 24, 2020 ........................................................... JA529

Memorandum Opinion of
The Honorable Rossie D. Alston, Jr.
Re: Severance of Defendants
........ filed March 2, 2020................................................................... JA534

Government's Consent Motion to Cancel Scheduled Hearing
Re: Defendant Contreras's Motion to Suppress
........ filed March 21, 2020................................................................. JA544

Order of
The Honorable Rossie D. Alston, Jr.
Re: Granting Government's Consent Motion to Cancel Scheduled Hearing
........ filed March 26, 2020................................................................. JA548

Order of
The Honorable Rossie D. Alston, Jr.
Re: Denying Defendant Contreras's Motion to Suppress
........ filed May 6, 2020..................................................................... JA550

Order of
The Honorable Rossie D. Alston, Jr.
Re: Defendants' Motions to Continue
    filed July 28, 2020 ................................................................... JA558

Order of
The Honorable Rossie D. Alston, Jr.
Re: Speedy Trial Time
    filed September 14, 2020 ......................................................... JA563

Transcript of Suppression Hearing (Defendant H. Martinez) before
The Honorable Rossie D. Alston, Jr.
    on February 23, 2021 .............................................................. JA564

   Testimony of Agent Christopher Pixton:

   Direct Examination by Ms. Stam ............................................ JA578
   Cross Examination by Mr. King .............................................. JA591
   Redirect Examination by Ms. Stam ........................................ JA603

   Testimony of Agent Carlos Fontanez:

   Direct Examination by Ms. Stam ............................................ JA605
   Cross Examination by Mr. King .............................................. JA646
   Cross Examination by Mr. Beckman ........................................ JA675
   Redirect Examination by Ms. Stam ........................................ JA693

   Testimony of Megan Atkins:

   Direct Examination by Ms. Stam ............................................ JA695
   Cross Examination by Mr. King .............................................. JA703

   Testimony of Agent William Allen:

   Direct Examination by Mr. King .............................................. JA707

   Testimony of John O'Donoghue:

   Direct Examination by Mr. Twist ............................................ JA711
   Cross Examination by Ms. Bellows ........................................ JA725

Transcript of Suppression Hearing (Defendant H. Martinez) before
The Honorable Rossie D. Alston, Jr.
    on February 23, 2021, continued:

    Testimony of Jackie Ferrufino:

    Direct Examination by Mr. Twist.............................................JA739
    Cross Examination by Ms. Stam ...........................................JA742

    Testimony of Jenny Perez:

    Direct Examination by Mr. King............................................JA745
    Cross Examination by Ms. Bellows .......................................JA754

    Testimony of Erlinda Portillo-Martinez:

    Direct Examination by Mr. King............................................JA762
    Cross Examination by Ms. Stam ...........................................JA773

Minute Entry for Criminal Motion Hearing before
The Honorable Rossie D. Alston, Jr.,
With Attachments,
    filed February 23, 2021 .......................................................JA797

    Attachments:

    1.    Government Admitted Exhibits 1-8 .............................JA799

    2.    Defendant Admitted Exhibits 1.1-3.1 .........................JA831

    3.    Defendant Admitted Exhibits 3-8 ...............................JA839

Defendant Ferrera's Motion to Continue Trial
    filed March 5, 2021..............................................................JA845

Defendant H. Martinez's Second Motion to Continue Trial
    filed March 8, 2021..............................................................JA853

Order of
The Honorable Rossie D. Alston, Jr.
Re: Granting Defendant's Motion to Continue the Trial
    filed March 11, 2021.................................................................JA862

Defendant Berrera's Motion *In Limine* to Exclude Evidence
Pursuant to Rule 403
    filed March 15, 2021.................................................................JA864

Defendant Berrera's Motion *In Limine* to Strike Expert Designation
    filed March 15, 2021.................................................................JA868

Defendant Berrera's Motion *In Limine* to Exclude Irrelevant Evidence
    filed March 15, 2021.................................................................JA873

Order of
The Honorable Rossie D. Alston, Jr.
Re: Granting Defendant's Motion to Continue the Trial
    filed March 23, 2021.................................................................JA878

Defendant H. Martinez's Reply to Government's Supplemental Response
In Opposition to Defendant's Motions to Suppress
    filed March 30, 2021.................................................................JA880

Government's Motion to Admit Certain Evidence at Trial of
Non-Capital Defendants
    filed June 25, 2021..................................................................JA899


**VOLUME 3 OF 21**

Defendant Barrera's Response to Government's Motion
To Admit Certain Evidence at Trial of Non-Capital Defendants
    filed July 9, 2021 ...................................................................JA921

Defendant Herrera's Response to Government's Motion
To Admit Certain Evidence at Trial of Non-Capital Defendants
    filed July 9, 2021 ...................................................................JA925

Government's Response in Opposition to Defendant Barrera's Motion
*In Limine* To Exclude Irrelevant Evidence
      filed July 9, 2021 ................................................................. JA931

Government's Response in Opposition to Defendant Berrera's Motion
*In Limine* to Exclude Evidence Pursuant to Rule 403
      filed July 9, 2021 ................................................................. JA940

Government's Response in Opposition to Defendant Berrera's Motion
*In Limine* to Strike Expert Designation
      filed July 9, 2021 ................................................................. JA953

Defendant Berrera's Omnibus Reply to Government's Responses
In Opposition
      filed July 14, 2021 ............................................................... JA961

Government's Reply in Support of Motion to Admit
Certain Evidence at Trial of Non-Capital Defendants
      filed July 14, 2021 ............................................................... JA966

Transcript of Faretta Hearing before
The Honorable Rossie D. Alston, Jr.
      on July 16, 2021 .................................................................. JA976

Minute Entry for Criminal Motion Hearing before
The Honorable Rossie D. Alston, Jr.
      filed July 16, 2021 ............................................................. JA1028

Order of
The Honorable Rossie D. Alston, Jr.
Re:  Pretrial Motions
      filed July 26, 2021 ............................................................. JA1030

Defendants' Joint Constitutional Objections to Proposed Exhibits
      filed August 5, 2021 ........................................................... JA1034

Defendant Barrera's Objection to the Government's Intent
To Introduce Statements
      filed August 10, 2021 ......................................................... JA1040

Government's Response in Opposition to Defendants' Joint Constitutional
Objections to Proposed Exhibits
    filed August 17, 2021 ......................................................................JA1043

Government's Response in Opposition to Defendants' Joint Constitutional
Objections to Proposed Exhibits
    filed August 23, 2021 ......................................................................JA1060

Transcript of Faretta Hearing before
The Honorable Rossie D. Alston, Jr.
    on August 26, 2021..........................................................................JA1071

Order of
The Honorable Rossie D. Alston, Jr.
Re:  Granting Defendants' Motions to Continue Trial
    filed August 27, 2021 ......................................................................JA1136

Order of
The Honorable Rossie D. Alston, Jr.
Re:  Denying Defendant Barrera's Motion to Strike Expert Designation
    filed September 8, 2021....................................................................JA1141

Order of
The Honorable Rossie D. Alston, Jr.
Re:  Granting Government's Motion for Speedy Trial
    filed September 10, 2021..................................................................JA1145

Memorandum Opinion and Order of
The Honorable Rossie D. Alston, Jr.
Re:  Denying Defendant H. Martinez's Motion to Suppress
    filed October 19, 2021 ....................................................................JA1147

Order of
The Honorable Rossie D. Alston, Jr.
Re:  Speedy Trial Time
    filed October 20, 2021 ....................................................................JA1167

Order of
The Honorable Rossie D. Alston, Jr.
Re: Granting Government's Motion for Speedy Trial
     filed January 27, 2022.............................................................JA1169

Defendant Barrera's Second Motion to Strike Expert Designation
     filed March 31, 2022............................................................JA1172

Government's Response in Opposition to Defendant Barrera's
Second Motion to Strike Expert Designation
     filed April 1, 2022...............................................................JA1176

Order of
The Honorable Rossie D. Alston, Jr.
Re: Pretrial Motions
     filed April 7, 2022...............................................................JA1181

Transcript of Motions Hearing before
The Honorable Rossie D. Alston, Jr.
     on April 20, 2022.................................................................JA1189

Minute Entry for Criminal Hearing before
The Honorable Rossie D. Alston, Jr.
     filed April 20, 2022.............................................................JA1244

Order of
The Honorable Rossie D. Alston, Jr.
Re: Pretrial Motions
     filed May 2, 2022................................................................JA1245

Order of
The Honorable Rossie D. Alston, Jr.
Re: Overruling Defendants' Constitutional Objections to the Admission of
Recorded Material
     filed May 4, 2022................................................................JA1258

Order of
The Honorable Rossie D. Alston, Jr.
Re: Pretrial Motions
     filed May 6, 2022................................................................JA1265

**VOLUME 4 OF 21**

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
on May 11, 2022 ...............................................................JA1290

Testimony of Ricardo Guzman:

Direct Examination by Mr. Blanchard ...............................JA1299
Cross Examination by Mr. Jenkins.....................................JA1354
Cross Examination by Ms. Manitta ....................................JA1380
Cross Examination by Mr. Kiyonaga ..................................JA1395
Cross Examination by Mr. Vangellow .................................JA1402
Cross Examination by Mr. Brodnax .....................................JA1410
Redirect Examination by Mr. Blanchard............................JA1415

Testimony of Thomas Buckley:

Direct Examination by Ms. Stam ........................................JA1423
Cross Examination by Mr. Leiva.........................................JA1434

Testimony of Genaro Sen Garcia:

Direct Examination by Ms. Stam ........................................JA1439
Cross Examination by Mr. Jenkins.....................................JA1468
Cross Examination by Ms. Manitta ....................................JA1479
Cross Examination by Mr. Brodnax ....................................JA1485
Redirect Examination by Ms. Stam....................................JA1488

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
on May 12, 2022 ...............................................................JA1501

Testimony of Matthew Armstrong:

Direct Examination by Mr. Blanchard ...............................JA1507
Cross Examination by Mr. Leiva.........................................JA1520
Redirect Examination by Mr. Blanchard............................JA1530

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
on May 12, 2022, continued:

Testimony of Jaime Rosales:

Direct Examination by Mr. Blanchard ................................................JA1533
Cross Examination by Mr. Leiva.......................................................JA1557
Cross Examination by Mr. Manitta ....................................................JA1570
Cross Examination by Mr. Stewart ....................................................JA1575
Cross Examination by Mr. Easley ......................................................JA1580
Redirect Examination by Mr. Blanchard.............................................JA1584

Testimony of Silvia Escobar Mendez:

Direct Examination by Ms. Stam .......................................................JA1595
Cross Examination by Mr. Leiva.......................................................JA1599

Testimony of Edgar Blanco Torres:

Direct Examination by Ms. Bellows....................................................JA1603

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
on May 13, 2022 .................................................................JA1654

Testimony of Edgar Blanco Torres:

Cross Examination by Mr. Leiva.......................................................JA1660
Cross Examination by Mr. Winograd..................................................JA1679
Cross Examination by Mr. Twist........................................................JA1685
Cross Examination by Mr. Brodnax ....................................................JA1685
Cross Examination by Mr. Stewart ....................................................JA1686
Redirect Examination by Ms. Bellows................................................JA1692

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
on May 13, 2022, continued:

Testimony of Karla Triminio:

Direct Examination by Ms. Bellows...................................................JA1715
Cross Examination by Mr. Leiva.......................................................JA1752
Cross Examination by Ms. Manitta ...................................................JA1760
Redirect Examination by Ms. Bellows...............................................JA1765

Testimony of Johnnie Benningfield:

Direct Examination by Ms. Bellows...................................................JA1766

## VOLUME 5 OF 21

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
on May 17, 2022 ...............................................................................JA1816

Testimony of Johnnie Benningfield:

Direct Examination by Ms. Bellows...................................................JA1824
Cross Examination by Mr. Leiva.......................................................JA1836
Redirect Examination by Ms. Manitta...............................................JA1842
Redirect Examination by Ms. Bellows...............................................JA1849

Testimony of Michael Furr:

Direct Examination by Ms. Bellows...................................................JA1857

Testimony of Paul Fisher:

Direct Examination by Ms. Stam ......................................................JA1875

Testimony of Josue Vigil Mejia:

Direct Examination by Ms. Bellows...................................................JA1903

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
on May 18, 2022 ..................................................................... JA1960

Testimony of Josue Vigil Mejia:

Direct Examination by Ms. Bellows.................................... JA1965

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
on May 19, 2022 ..................................................................... JA2104

Testimony of Josue Vigil Mejia:

Direct Examination by Ms. Bellows.................................... JA2111

## VOLUME 6 OF 21

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
on May 20, 2022 ..................................................................... JA2233

Testimony of Josue Vigil Mejia:

Direct Examination by Ms. Bellows.................................... JA2247
Cross Examination by Mr. Leiva........................................ JA2300

Government's Motion to Preclude Argument, Evidence, and
Instruction on Duress Defense
filed May 30, 2022 ................................................................ JA2356

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
     on May 31, 2022 ...................................................................JA2371

    Testimony of Josue Vigil Mejia:

    Cross Examination by Mr. Leiva......................................JA2379
    Cross Examination by Ms. Manitta ..................................JA2402
    Cross Examination by Mr. Twist......................................JA2425
    Cross Examination by Mr. Vangellow ..............................JA2427
    Cross Examination by Mr. Brodnax ..................................JA2439
    Redirect Examination by Ms. Bellows ..............................JA2447

    Testimony of Richard Keys:

    Direct Examination by Ms. Blanchard ..............................JA2465

    Testimony of Dominic Dinisio:

    Direct Examination by Mr. Blanchard ..............................JA2470
    Cross Examination by Mr. Vangellow ..............................JA2481

    Testimony of Fernando Jaramillo:

    Direct Examination by Mr. Blanchard ..............................JA2482
    Cross Examination by Mr. Vangellow ..............................JA2496
    Redirect Examination by Mr. Blanchard...........................JA2502

    Testimony of Moris Castro Coreas:

    Direct Examination by Mr. Blanchard ..............................JA2504

Transcript of Jury Trial Proceedings, AM-1, before
The Honorable Rossie D. Alston, Jr.
     on June 1, 2022 ...................................................................JA2546

    Testimony of Moris Castro Coreas:

    Direct Examination by Mr. Blanchard ..............................JA2552

Transcript of Jury Trial Proceedings, AM-2/PM, before
The Honorable Rossie D. Alston, Jr.
     on June 1, 2022 ....................................................................................JA2565

     Testimony of Moris Castro Coreas:

     Direct Examination by Mr. Blanchard ...............................................JA2569
     Cross Examination by Mr. Leiva.........................................................JA2681
     Cross Examination by Ms. Manitta .....................................................JA2713

**VOLUME 7 OF 21**

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
     on June 2, 2022 ....................................................................................JA2738

     Testimony of Moris Castro Coreas:

     Cross Examination by Mr. Twist.........................................................JA2743
     Cross Examination by Mr. Vangellow ................................................JA2746
     Redirect Examination by Mr. Blanchard.............................................JA2775

     Testimony of Yonathan Melgar Martinez:

     Direct Examination by Ms. Bellows....................................................JA2805

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
     on June 3, 2022 ....................................................................................JA2896

     Testimony of Yonathan Melgar Martinez:

     Direct Examination by Ms. Bellows....................................................JA2902
     Cross Examination by Mr. Leiva.........................................................JA2959
     Cross Examination by Mr. Winograd...................................................JA2999
     Cross Examination by Mr. Twist.........................................................JA3009
     Cross Examination by Mr. Stewart .....................................................JA3010
     Redirect Examination by Ms. Bellows................................................JA3021

Transcript of Jury Trial Proceedings, Morning Session, before
The Honorable Rossie D. Alston, Jr.
on June 9, 2022 ...................................................................................JA3041

Testimony of Anderson Jose Villatoro Rivera:

Direct Examination by Ms. Stam ..........................................................JA3059

Transcript of Jury Trial Proceedings, Afternoon Session, before
The Honorable Rossie D. Alston, Jr.
on June 9, 2022 ...................................................................................JA3139

Testimony of Anderson Jose Villatoro Rivera:

Direct Examination by Ms. Stam ..........................................................JA3141
Cross Examination by Mr. Leiva...........................................................JA3164
Cross Examination by Mr. Winograd.....................................................JA3190
Cross Examination by Mr. Vangellow ...................................................JA3199

## VOLUME 8 OF 21

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
on June 10, 2022 .................................................................................JA3211

Testimony of Anderson Jose Villatoro Rivera:

Cross Examination by Mr. Vangellow ...................................................JA3216
Cross Examination by Mr. Easley .........................................................JA3224
Redirect Examination by Ms. Stam.......................................................JA3240

Testimony of Francisco Manuel Avila Avalos:

Direct Examination by Ms. Stam ..........................................................JA3252

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
on June 13, 2022 .................................................................JA3309

Testimony of Francisco Manuel Avila Avalos:

Direct Examination by Ms. Stam .........................................JA3312
Cross Examination by Mr. Leiva...........................................JA3358
Cross Examination by Ms. Manitta .......................................JA3381
Redirect Examination by Ms. Stam.......................................JA3395

Testimony of Fredys Baires Abarca:

Direct Examination by Mr. Blanchard ..................................JA3406

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
on June 14, 2022 .................................................................JA3469

Testimony of Fredys Baires Abarca:

Cross Examination by Mr. Winograd.....................................JA3474
Cross Examination by Mr. Leiva...........................................JA3481
Redirect Examination by Mr. Blanchard...............................JA3489

Testimony of Jesus Delgado (Outside the Presence of the Jury):

Direct Examination by Mr. Blanchard ..................................JA3497
Cross Examination by Mr. Vangellow ...................................JA3512
Cross Examination by Mr. Leiva...........................................JA3514
Cross Examination by Mr. Easley .........................................JA3517
Redirect Examination by Mr. Blanchard...............................JA3531

Testimony of Jesus Delgado (Within the Presence of the Jury):

Direct Examination by Mr. Blanchard ..................................JA3546
Cross Examination by Mr. Stewart ........................................JA3580
Cross Examination by Mr. Easley .........................................JA3597
Cross Examination by Mr. Winograd.....................................JA3610
Redirect Examination by Mr. Blanchard...............................JA3612

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
      on June 14, 2022, continued:

Testimony of Raymond Eugene Betts:

Direct Examination by Mr. Blanchard ................................................JA3619

Testimony of Stacy Sassano-Regan:

Direct Examination by Mr. Blanchard ................................................JA3664
Cross Examination by Mr. Jenkins....................................................JA3676
Cross Examination by Mr. Manitta ...................................................JA3682
Cross Examination by Mr. Vangellow ...............................................JA3688
Redirect Examination by Mr. Blanchard............................................JA3690

Testimony of Fernando Uribe:

Direct Examination by Mr. Blanchard ................................................JA3695
Cross Examination by Mr. Vangellow ...............................................JA3722
Redirect Examination by Mr. Blanchard............................................JA3724

## VOLUME 9 OF 21

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
      on June 15, 2022 ...............................................................................JA3731

Testimony of Jason Huggins:

Direct Examination by Ms. Stam .......................................................JA3736

Testimony of Mike Lamper:

Direct Examination by Mr. Blanchard ................................................JA3746

Testimony of Derek Hardy:

Direct Examination by Mr. Blanchard ................................................JA3783

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
on June 15, 2022, continued:

Testimony of Jocelyn Posthumus:

Direct Examination by Mr. Blanchard ................................................. JA3828
Cross Examination by Mr. Vangellow ................................................. JA3866

Testimony of David Hunt:

Direct Examination by Mr. Blanchard ................................................. JA3879
Cross Examination by Mr. Vangellow ................................................. JA3915

Testimony of Michael Sears:

Direct Examination by Ms. Stam ........................................................ JA3926
Cross Examination by Mr. Brodnax ..................................................... JA3939

Testimony of Hugo Salazar:

Direct Examination by Ms. Stam ........................................................ JA3945
Cross Examination by Mr. Brodnax ..................................................... JA3954

Transcript of Jury Trial Proceedings (AM) before
The Honorable Rossie D. Alston, Jr.
on June 16, 2022 ................................................................................. JA3965

Testimony of Paul Lee:

Direct Examination by Ms. Bellows..................................................... JA3969

Transcript of Jury Trial Proceedings (PM) before
The Honorable Rossie D. Alston, Jr.

on June 16, 2022 ...................................................................................JA4077

Testimony of Paul Lee:

Cross Examination by Mr. Leiva............................................................JA4081
Cross Examination by Ms. Manitta ........................................................JA4089
Cross Examination by Mr. Vangellow ...................................................JA4100
Cross Examination by Mr. Brodnax .......................................................JA4103
Cross Examination by Ms. Bellows .......................................................JA4109

Testimony of Megan Atkins:

Direct Examination by Ms. Stam ...........................................................JA4116
Cross Examination by Mr. Jenkins.........................................................JA4147
Cross Examination by Mr. Kiyonaga .....................................................JA4154

Testimony of Ryan Miller:

Direct Examination by Mr. Blanchard ...................................................JA4158
Cross Examination by Mr. Jenkins.........................................................JA4179
Redirect Examination by Mr. Blanchard................................................JA4183

## VOLUME 10 OF 21

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.

on June 17, 2022 ...................................................................................JA4189

Testimony of Ryan Lamb:

Direct Examination by Mr. Blanchard ...................................................JA4201
Cross Examination by Mr. Brodnax .......................................................JA4227
Redirect Examination by Mr. Blanchard................................................JA4233

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
      on June 17, 2022, continued:

Testimony of Jenna Walker:

Direct Examination by Mr. Blanchard ................................................JA4235
Cross Examination by Mr. Winograd...................................................JA4266
Cross Examination by Mr. Twist.........................................................JA4272
Cross Examination by Mr. Vangellow ................................................JA4273
Redirect Examination by Mr. Blanchard............................................JA4280

Testimony of Claudia Dubravetz:

Direct Examination by Ms. Bellows....................................................JA4283

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
      on June 21, 2022 ................................................................JA4388

Testimony of Claudia Dubravetz:

Direct Examination by Ms. Bellows....................................................JA4395

Testimony of Richard Fennern:

Direct Examination by Mr. Blanchard ................................................JA4454
Cross Examination by Mr. Jenkins......................................................JA4544
Cross Examination by Mr. Vangellow ................................................JA4553
Cross Examination by Ms. Rhodes .....................................................JA4556
Redirect Examination by Mr. Blanchard............................................JA4561

Testimony of Claudia Dubravetz:

Direct Examination by Ms. Bellows....................................................JA4564

## VOLUME 11 OF 21

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
　　　on June 22, 2022 .................................................................JA4638

　　Testimony of Claudia Dubravetz:

　　Direct Examination by Ms. Bellows...................................JA4644

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
　　　on June 23, 2022 .................................................................JA4887

　　Testimony of Claudia Dubravetz:

　　Cross Examination by Mr. Leiva.........................................JA4892
　　Cross Examination by Mr. Winograd...................................JA4942
　　Cross Examination by Mr. Easley .......................................JA4976
　　Redirect Examination by Ms. Bellows................................JA4982

　　Testimony of Carlos Fontanez:

　　Direct Examination by Ms. Stam ........................................JA5005

## VOLUME 12 OF 21

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
　　　on June 24, 2022 .................................................................JA5134

　　Testimony of Carlos Fontanez:

　　Direct Examination by Ms. Stam ........................................JA5141
　　Cross Examination by Mr. Jenkins.......................................JA5160
　　Cross Examination by Mr. Kiyonaga ...................................JA5206
　　Redirect Examination by Ms. Stam.....................................JA5215

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
on June 24, 2022, continued:

Testimony of Raymond Betts:

Direct Examination by Ms. Rhodes .................................................... JA5249
Cross Examination by Mr. Blanchard ................................................ JA5253

Testimony of Carlos Fontanez:

Direct Examination by Mr. Twist ....................................................... JA5255

Government's Response in Opposition to Defendant H. Martinez's
Additional Proposed Jury Instructions,
With Exhibit,
filed June 26, 2022 .................................................................... JA5299

Exhibit:

A.      Defendant H. Martinez's Additional Proposed Jury Instructions
dated June 25, 2022 ........................................................ JA5308

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
on June 27, 2022 ........................................................................ JA5313

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
on June 28, 2022 ........................................................................ JA5581

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
on June 29, 2022 ........................................................................ JA5620

Order of
The Honorable Rossie D. Alston, Jr.
Re:  Granting Government's Motion to Preclude Argument
Or a Jury Instruction on a Duress Defense
filed June 29, 2022 .................................................................... JA5627

Transcript of Jury Trial Proceedings before
The Honorable Rossie D. Alston, Jr.
 on June 30, 2022 ...................................................................................... JA5630


**VOLUME 13 OF 21**

Transcript of Jury Trial Proceedings (Verdict) before
The Honorable Rossie D. Alston, Jr.
 on July 1, 2022...................................................................................... JA5640

 Government's Exhibits:

 2-1E1 to 2-1E26    Photographs taken on March 1, 2017 of Holmes
                    Run Stream Valley Park and area surrounding
                    Site #2 .................................................................. JA5678

 2-1S1 to 2-1S23    Photographs taken on March 1, 2017 of Holmes
                    Run Stream Valley Park and area surrounding
                    Site #1 .................................................................. JA5704

 2-2E1 to 2-2E137   Photographs taken on March 2, 2017 of Site #2 ... JA5727

 2-2S1 to 2-2S124   Photographs taken on March 2, 2017 of Site #1 ... JA5864

 2-3S1 to 2-3S6     Photographs taken on March 3, 2017 of Site #1 ... JA5988

 4-1A               Report of Autopsy for decedent E.E.E.M. ....................... JA5994

 4-2A               Photograph of body recovery tag for human remains of
                    E.E.E.M. .......................................................................... JA6008

 4-2B               Photograph of miscellaneous items recovered from
                    human remains taken in connection with the autopsy of
                    E.E.E.M. .......................................................................... JA6009

 4-2C to 4-2AA      Photographs of clothing recovered from human
                    remains taken in connection with the autopsy of
                    E.E.E.M. ............................................................... JA6010

Government's Exhibits, continued:

4-2BB to 4-2QQ   Photographs of human remains taken during the
autopsy of E.E.E.M...............................................JA6035

5-1A          Report of Autopsy for decedent S.A.A.T. .......................JA6051

5-2A          Photograph of body recovery tag for human remains of
S.A.A.T. ............................................................JA6058

5-2B to 5-2EE   Photographs of clothing recovered from or near to
human remains of S.A.A.T....................................JA6059

5-2FF to 5-2GG  Photographs of human remains taken in connection
with the autopsy of S.A.A.T. ...............................JA6089

**VOLUME 14 OF 21**

Government's Exhibits, continued:

8-1A          Photographs of E.E.E.M. ................................................JA6091

8-2A          Photographs of S.A.A.T...................................................JA6092

11-5A         Facebook Messenger communications with Guanako
Torrez from 8/27/16 to 8/28/16 and translation (pp. 3250-
3258) ...............................................................JA6093

12-11         Facebook Messenger communications with Morenito
Martinez from 9/22/16 to 9/26/16 and translation (pp. 96-
104) .................................................................JA6102

12-13A        Facebook Messenger communications with Erick Torres
on 9/26/16 and translation (pp. 398-413).........................JA6111

14-4A        Facebook Messenger communications with Catrachito
Triminio from 8/2/16 to 8/6/16 and translation (pp. 918-
936) ...............................................................JA6127

<u>Government's Exhibits</u>, continued:

14-5A       Facebook Messenger communications with Danilo Perez
from 9/8/16 to 9/16/16 and translation
(pp. 1536-1543)..................................................................JA6151

14-8A       Facebook Messenger communications with Joster Hrndz
from 8/21/16 to 9/3/16 and translation
(pp. 1573-1579)..................................................................JA6165

14-10A     Facebook Messenger communications with Joster Hrndz
from 9/17/16 to 9/29/16 and translation
(pp. 1602-1604)..................................................................JA6178

15-16A     Facebook Messenger communications with Ludwin Cruz
on 9/7/16 and 9/27/16 and translation
(pp. 2411-2412)..................................................................JA6183

15-19A     Facebook Messenger communications with Erick
Contreras from 9/20/16 to 9/21/16 and translation (pp.
984-999)...........................................................................JA6186

15-26A     Facebook Messenger communications with Morenito
Martinez from 9/3/16 to 9/8/16 and translation (pp. 1175-
1179) ...............................................................................JA6204

16-13A     Facebook Messenger communications with Jose Vigil
from 7/13/16 to 7/15/16 and translation
(pp. 5954-5957)..................................................................JA6213

17-16A     Facebook Messenger communications with
100004818043795 on 10/29/16 (p. 129).........................JA6219

18-10A     Facebook Messenger communications with Rolando
Cuadras on 10/13/16 and translation (pp. 305-308) ........JA6221

25-4A      Facebook Messenger communications with Morenito
Martinez from 9/13/16 to 9/14/16 and translation (pp.
125-129)...........................................................................JA6229

Government's Exhibits, continued:

25-6   Facebook Messenger communications with El Sarco
Flores on 9/18/16 and translation (p. 89) ........................ JA6235

26-11   Searches on 2/1/18 (p. 278) ............................................ JA6236

30-8A   Facebook Messenger communications with Morenito
Martinez from 8/29/16 to 8/30/16 and translation (pp.
982-986) ........................................................................... JA6237

31-7A   Facebook Messenger communications with Miguel
Barrera from 9/15/16 to 9/19/16 and translation (pp. 361-
365) .................................................................................. JA6242

40-5A   WhatsApp communications with
15713651303@s.whatsapp.net (Memito1331) on 8/31/16
and translation ................................................................. JA6248

41-4A   Extraction report of data file, namely, a video named
IMG_7624.MOV ............................................................... JA6249

41-4C   Transcript and translation of audio heard on
IMG_7624.MOV saved on iCloud of account with Apple
ID franciscoavila920@gmail.com ................................... JA6250

47-3A to 47-3E  Photographs from Google account
Memito1331@gmail.com ................................................ JA6251

48    CAST Report regarding Google location for Google
accounts Henrryzm31@gmail.com,
Sorto13oskal@gmail.com, and
Desconocidotambien2424@gmail.com ........................... JA6256

50-5    User accounts report ........................................................ JA6298

50-8A   WhatsApp communications with
50375763856@s.whatsapp.net from 8/28/16 to 8/29/16
and translation ................................................................. JA6301

Government's Exhibits, continued:

50-9A  WhatsApp communications with
50375763856@s.whatsapp.net from 8/28/16
to 8/29/16 ........................................................................ JA6307

51-9  SMS message sent to 571-365-1303 at 10:23:15 pm on
9/26/16 ............................................................................ JA6311

51-12C  Transcript and translation of audio on 51-12A and 51-
12B ................................................................................... JA6312

51-12D2  High glossy still image ...................................................... JA6313

51-13C  Transcript and translation of audio on 51-13A and 51-
13B ................................................................................... JA6314

51-14A  Report of images of sector lists; Full-size images of
sector lists ........................................................................ JA6315

51-15, 51-15A to 51-15G  Report of images of screenshots; Full-
size images of screenshots ............................................... JA6316

52-5  User accounts report ......................................................... JA6324

53-3, 53-3A to 53-3G  Report of images of screenshots; Full-size
images of screenshots ....................................................... JA6327

54-7  Facebook Messenger communications with "Elperverso
Melendez" on 1/24/17 and translation ............................. JA6336

57-10, 57-10A1 to 57-10G2  Report of screenshots of online news;
Full-size screenshots of online news and translations ..... JA6339

58-5  WhatsApp communications extracted from GEX 58-1
and translations ............................................................... JA6354

80  Summary chart reflecting government exhibits that link
phone numbers to particular individuals ........................... JA6360

86  Select toll records for 571-337-2688 ............................... JA6361

<u>Government's Exhibits</u>, continued:

87          Select toll records for 703-231-2883 ............................... JA6366

90-1        Excerpts from GEX 90 (Select toll records for 571-406-
            8905) ............................................................................. JA6371

104-1B      Transcript and translation of GEX 104-1A
            (Audio recording Ronald Herrera Contreras 11/30/17
            interview) ....................................................................... JA6372

105-2B      Transcript and translation of statements made by Ronald
            Herrera Contreras during 7/2/18 post-arrest interview .... JA6374

105-3B      Transcript and translation of statements made by Ronald
            Herrera Contreras during 7/2/18 post-arrest interview .... JA6375

105-4B      Transcript and translation of statements made by Ronald
            Herrera Contreras during 7/2/18 post-arrest interview .... JA6377

105-5B      Transcript and translation of statements made by Ronald
            Herrera Contreras during 7/2/18 post-arrest interview .... JA6379

105-6B      Transcript and translation of statements made by Ronald
            Herrera Contreras during 7/2/18 post-arrest interview .... JA6380

105-7B      Transcript and translation of statements made by Ronald
            Herrera Contreras during 7/2/18 post-arrest interview .... JA6382

105-8B      Transcript and translation of statements made by Ronald
            Herrera Contreras during 7/2/18 post-arrest interview .... JA6384

105-10B     Transcript and translation of statements made by Ronald
            Herrera Contreras during 7/2/18 post-arrest interview .... JA6389

105-11B     Transcript and translation of statements made by Ronald
            Herrera Contreras during 7/2/18 post-arrest interview .... JA6391

105-12B     Transcript and translation of statements made by Ronald
            Herrera Contreras during 7/2/18 post-arrest interview .... JA6392

<u>Government's Exhibits</u>, continued:

105-13B    Transcript and translation of statements made by Ronald Herrera Contreras during 7/2/18 post-arrest interview .... JA6393

105-14B    Transcript and translation of statements made by Ronald Herrera Contreras during 7/2/18 post-arrest interview .... JA6394

105-15B    Transcript and translation of statements made by Ronald Herrera Contreras during 7/2/18 post-arrest interview .... JA6395

105-16B    Transcript and translation of statements made by Ronald Herrera Contreras during 7/2/18 post-arrest interview .... JA6396

105-17B    Transcript and translation of statements made by Ronald Herrera Contreras during 7/2/18 post-arrest interview .... JA6397

105-18B    Transcript and translation of statements made by Ronald Herrera Contreras during 7/2/18 post-arrest interview .... JA6398

105-19B    Transcript and translation of statements made by Ronald Herrera Contreras during 7/2/18 post-arrest interview .... JA6400

105-20B    Transcript and translation of statements made by Ronald Herrera Contreras during 7/2/18 post-arrest interview .... JA6401

105-21B    Transcript and translation of statements made by Ronald Herrera Contreras during 7/2/18 post-arrest interview .... JA6402

105-22B    Transcript and translation of statements made by Ronald Herrera Contreras during 7/2/18 post-arrest interview .... JA6404

105-23B    Transcript and translation of statements made by Ronald Herrera Contreras during 7/2/18 post-arrest interview .... JA6406

105-24B    Transcript and translation of statements made by Ronald Herrera Contreras during 7/2/18 post-arrest interview .... JA6407

105-25B    Transcript and translation of statements made by Ronald Herrera Contreras during 7/2/18 post-arrest interview .... JA6408

Government's Exhibits, continued:

105-26B    Transcript and translation of statements made by Ronald Herrera Contreras during 7/2/18 post-arrest interview .... JA6409

105-27B    Transcript and translation of statements made by Ronald Herrera Contreras during 7/2/18 post-arrest interview .... JA6410

105-28B    Transcript and translation of statements made by Ronald Herrera Contreras during 7/2/18 post-arrest interview .... JA6411

105-29B    Transcript and translation of statements made by Ronald Herrera Contreras during 7/2/18 post-arrest interview .... JA6413

105-30B    Transcript and translation of statements made by Ronald Herrera Contreras during 7/2/18 post-arrest interview .... JA6414

105-31B    Transcript and translation of statements made by Ronald Herrera Contreras during 7/2/18 post-arrest interview .... JA6416

105-32B    Transcript and translation of statements made by Ronald Herrera Contreras during 7/2/18 post-arrest interview .... JA6417

105-33B    Transcript and translation of statements made by Ronald Herrera Contreras during 7/2/18 post-arrest interview .... JA6418

105-34B    Transcript and translation of statements made by Ronald Herrera Contreras during 7/2/18 post-arrest interview .... JA6421

105-35B    Transcript and translation of statements made by Ronald Herrera Contreras during 7/2/18 post-arrest interview .... JA6422

105-36B    Transcript and translation of statements made by Ronald Herrera Contreras during 7/2/18 post-arrest interview .... JA6423

105-37B    Transcript and translation of statements made by Ronald Herrera Contreras during 7/2/18 post-arrest interview .... JA6424

105-38B    Transcript and translation of statements made by Ronald Herrera Contreras during 7/2/18 post-arrest interview .... JA6425

Government's Exhibits, continued:

105-39B     Transcript and translation of statements made by Ronald
                Herrera Contreras during 7/2/18 post-arrest interview .... JA6426

107-2B      Transcript and translation statements made by Pablo
                Velasco Barrera during 6/12/18 post-arrest interview..... JA6427

107-3B      Transcript and translation statements made by Pablo
                Velasco Barrera during 6/12/18 post-arrest interview..... JA6430

107-4B      Transcript and translation statements made by Pablo
                Velasco Barrera during 6/12/18 post-arrest interview..... JA6431

107-5B      Transcript and translation statements made by Pablo
                Velasco Barrera during 6/12/18 post-arrest interview..... JA6432

107-6B      Transcript and translation statements made by Pablo
                Velasco Barrera during 6/12/18 post-arrest interview..... JA6433

107-7B      Transcript and translation statements made by Pablo
                Velasco Barrera during 6/12/18 post-arrest interview..... JA6436

107-8B      Transcript and translation statements made by Pablo
                Velasco Barrera during 6/12/18 post-arrest interview..... JA6437

107-9B      Transcript and translation statements made by Pablo
                Velasco Barrera during 6/12/18 post-arrest interview..... JA6438

109-2B      Transcript and translation of statements made by Henry
                Zelaya Martinez during 11/18/18 post-arrest interview .. JA6440

109-3B      Transcript and translation of statements made by Henry
                Zelaya Martinez during 11/18/18 post-arrest interview .. JA6443

109-4B      Transcript and translation of statements made by Henry
                Zelaya Martinez during 11/18/18 post-arrest interview .. JA6444

109-5B      Transcript and translation of statements made by Henry
                Zelaya Martinez during 11/18/18 post-arrest interview .. JA6446

Government's Exhibits, continued:

109-6B    Transcript and translation of statements made by Henry
          Zelaya Martinez during 11/18/18 post-arrest interview .. JA6448

109-7B    Transcript and translation of statements made by Henry
          Zelaya Martinez during 11/18/18 post-arrest interview .. JA6449

109-8B    Transcript and translation of statements made by Henry
          Zelaya Martinez during 11/18/18 post-arrest interview .. JA6451

109-9B    Transcript and translation of statements made by Henry
          Zelaya Martinez during 11/18/18 post-arrest interview .. JA6453

109-10B   Transcript and translation of statements made by Henry
          Zelaya Martinez during 11/18/18 post-arrest interview .. JA6454

110-1B    Transcript and translation of statements made by Elmer
          Zelaya Martinez during 5/24/18 post-arrest interview .... JA6455

110-2B    Transcript and translation of statements made by Elmer
          Zelaya Martinez during 5/24/18 post-arrest interview .... JA6457

110-3B    Transcript and translation of statements made by Elmer
          Zelaya Martinez during 5/24/18 post-arrest interview .... JA6459

110-4B    Transcript and translation of statements made by Elmer
          Zelaya Martinez during 5/24/18 post-arrest interview .... JA6461

110-5B    Transcript and translation of statements made by Elmer
          Zelaya Martinez during 5/24/18 post-arrest interview .... JA6463

110-6B    Transcript and translation of statements made by Elmer
          Zelaya Martinez during 5/24/18 post-arrest interview .... JA6464

110-7B    Transcript and translation of statements made by Elmer
          Zelaya Martinez during 5/24/18 post-arrest interview .... JA6467

110-8B    Transcript and translation of statements made by Elmer
          Zelaya Martinez during 5/24/18 post-arrest interview .... JA6468

Government's Exhibits, continued:

110-9B     Transcript and translation of statements made by Elmer
Zelaya Martinez during 5/24/18 post-arrest interview .... JA6469

110-10B     Transcript and translation of statements made by Elmer
Zelaya Martinez during 5/24/18 post-arrest interview .... JA6470

110-11B     Transcript and translation of statements made by Elmer
Zelaya Martinez during 5/24/18 post-arrest interview .... JA6471

110-12B     Transcript and translation of statements made by Elmer
Zelaya Martinez during 5/24/18 post-arrest interview .... JA6473

110-13B     Transcript and translation of statements made by Elmer
Zelaya Martinez during 5/24/18 post-arrest interview .... JA6474

110-14B     Transcript and translation of statements made by Elmer
Zelaya Martinez during 5/24/18 post-arrest interview .... JA6475

110-15B     Transcript and translation of statements made by Elmer
Zelaya Martinez during 5/24/18 post-arrest interview .... JA6476

110-16B     Transcript and translation of statements made by Elmer
Zelaya Martinez during 5/24/18 post-arrest interview .... JA6480

110-17B     Transcript and translation of statements made by Elmer
Zelaya Martinez during 5/24/18 post-arrest interview .... JA6481

110-18B     Transcript and translation of statements made by Elmer
Zelaya Martinez during 5/24/18 post-arrest interview .... JA6483

110-19B     Transcript and translation of statements made by Elmer
Zelaya Martinez during 5/24/18 post-arrest interview .... JA6484

110-20B     Transcript and translation of statements made by Elmer
Zelaya Martinez during 5/24/18 post-arrest interview .... JA6485

110-21B     Transcript and translation of statements made by Elmer
Zelaya Martinez during 5/24/18 post-arrest interview .... JA6487

Government's Exhibits, continued:

110-22B    Transcript and translation of statements made by Elmer
           Zelaya Martinez during 5/24/18 post-arrest interview .... JA6488

110-23B    Transcript and translation of statements made by Elmer
           Zelaya Martinez during 5/24/18 post-arrest interview .... JA6489

124-6      Page of Notes from Jesus Delgado ................................. JA6490

160-3      Chart showing photographs of defendants and co-
           conspirators as admitted through JVM ........................... JA6491

160-4      Chart showing photographs of defendants and co-
           conspirators with names and gang monikers .................. JA6492

# VOLUME OF 21

Defendant H. Martinez's Position on Sentencing
        filed September 20, 2022 ........................................................ JA6493

Government's Position on Sentencing as to Defendant H. Martinez
        filed September 21, 2022 ....................................................... JA6522

Transcript of Defendant H. Martinez's Sentencing Hearing before
The Honorable Rossie D. Alston, Jr.
        on September 28, 2022 ........................................................... JA6532

Defendant Ferrera's Notice of Appeal
        filed October 13, 2022 ........................................................... JA6554

Government's Position on Sentencing as to Defendant Contreras
        filed October 13, 2022 ........................................................... JA6556

Defendant Contreras's Position on Sentencing
        filed October 13, 2022 ........................................................... JA6567

Government's Position on Sentencing as to Defendant Barrera
        filed October 19, 2022 ........................................................... JA6575

Defendant Barrera's Position on Sentencing
    filed October 20, 2022 ..........................................................JA6586

Transcript of Defendant Contrera's Sentencing Hearing before
The Honorable Rossie D. Alston, Jr.
    on October 20, 2022 ..........................................................JA6595

Transcript of Defendant Barrera's Sentencing Hearing before
The Honorable Rossie D. Alston, Jr.
    on October 26, 2022 ..........................................................JA6615

Defendant Barrera's Notice of Appeal
    filed November 2, 2022 ......................................................JA6647

Defendant Contreras' Notice of Appeal
    filed November 3, 2022 ......................................................JA6649

Judgment in a Criminal Case as to Defendant E. Martinez
    filed December 21, 2022 ....................................................JA6651

Judgment in a Criminal Case as to Defendant H. Martinez
    filed December 21, 2022 ....................................................JA6658

Judgment in a Criminal Case as to Defendant Barrera
    filed December 21, 2022 ....................................................JA6665

Judgment in a Criminal Case as to Defendant Ferrera
    filed December 21, 2022 ....................................................JA6672

Judgment in a Criminal Case as to Defendant Contreras
    filed December 21, 2022 ....................................................JA6679

Defendant H. Martinez's Notice of Appeal
    filed December 29, 2022 ....................................................JA6686

Defendant Ferrera's Notice of Appeal
    filed December 31, 2022 ....................................................JA6688

Defendant E. Martinez's Notice of Appeal
    filed January 10, 2023..........................................................JA6690

**VOLUME 16 OF 21 (MEDIA)**[1]

Government's Exhibits from Suppression Hearing (Defendant H. Martinez) on February 23, 2021:

2A.    Video Clip of Recorded Interview ............................................. JA6692

2B.    Video Clip of Recorded Interview ............................................. JA6693

Government's Trial Exhibits:

41-4B       Video named IMG_7624.MOV saved on iCloud of account with Apple ID franciscoavila920@gmail.com ... JA6694

51-12B      Enhanced video of murder (VID-20160927-WA0018 Enhanced.mov) ............................................... JA6695

51-13B      Enhanced video of murder (VID-20160927-WA0017 Enhanced.mov) ............................................... JA6696

124-2       Clip of recording of dining area at the Alexandria Adult Detention Center on June 29, 2019 (15:48 to 15:50) - Multimedia exhibit (video clip) ...................................... JA6697

---

[1] Exhibits are in .mp4, .wmv, and .MOV file format. A virus detection program, VIPRE Endpoint Security Version 13.1.8510, has been run on the electronic files and no virus was detected.

**VOLUME 17 OF 21 (SEALED - BARRERA)**

Exhibits to Government's Response in Opposition to Defendants'
Joint Constitutional Objections to Proposed Exhibits
     filed August 17, 2021:

     Sealed Exhibit 1 ................................................................................... JA6698

     Sealed Exhibit 2 ................................................................................... JA6703

Draft Presentence Investigation Report as to Defendant Barrera
     filed September 19, 2022 ..................................................................... JA6709

Final Presentence Investigation Report as to Defendant Barrera
     filed October 14, 2022 ......................................................................... JA6735

Statement of Reasons as to Defendant Barrera
     filed December 21, 2022 ...................................................................... JA6798

## VOLUME 18 OF 21 (SEALED - CONTRERAS)

Defendant Contreras's Under Seal Memorandum
In Support of Motion to Suppress
     filed November 18, 2019 ....................................................................... JA6803

Government's Response in Opposition to
Defendant Contreras's Motion to Suppress Statements,
With Exhibits,
     filed January 3, 2020.............................................................................. JA6808

Exhibits:

1.     Incident/Investigation Report
          dated February 13, 2017 ................................................. JA6832

3.     Transcript and Translation of Post-Arrest Interview
          dated February 13, 2017 ................................................. JA6933

4.     Fairfax Police Department Notice and Consent
          dated February 13, 2017 ................................................. JA6961

5.     Emails between John Wrenn and Raymond Betts
     Re: Photo
          dated March 10-11, 2017 ................................................ JA6963

6.     Emails between John Wrenn and Raymond Betts
     Re: Ronald
          dated March 23-22, 2017 ................................................ JA6967

7.     Emails between John Wrenn and Raymond Betts
          dated April 22-23, 2017 ................................................. JA6970

8.     Emails between John Wrenn and Raymond Betts
     Re: Picture
          dated May 11-12, 2017 .................................................. JA6973

9.     Email from Aaron Waple to Raymond Betts
     Re: HERRERA CONTRERAS, Ronald Fabricio (MS 13)
          dated May 20, 2017......................................................... JA6976

<u>Exhibits</u>, continued:

    10.    Emails between Aaron Waple and Raymond Betts
           Re: Ronald Herrera
                dated May 22-25, 2017 .................................................... JA6978

    11.    Emails between Aaron Waple and Raymond Betts
           Re: Assistance
                dated November 17-18, 2017 .......................................... JA6981

    13.    Transcript and Translation of Post-Arrest Interview
                dated July 2, 2018 .......................................................... JA6984

    14.    Federal Bureau of Investigations Notification of Rights
                dated July 2, 2018 .......................................................... JA6996

Order of
The Honorable Rossie D. Alston
Re: Granting Government's Unopposed Motion for Ruling on
Defendant Contreras's Motion to Suppress Statements Without a Hearing
           filed March 26, 2020 ............................................................ JA6998

Order of
The Honorable Rossie D. Alston
Re: Denying Defendant Contreras' Motion to Suppress
           filed May 6, 2020 ................................................................. JA7000

Exhibits to Government's Response in Opposition to Defendants'
Joint Constitutional Objections to Proposed Exhibits
           filed August 17, 2021:

           Sealed Exhibit 1 ................................................................. JA7008

           Sealed Exhibit 2 ................................................................. JA7013

Draft Presentence Investigation Report as to Defendant Contreras
           filed September 15, 2022 ..................................................... JA7019

Final Presentence Investigation Report as to Defendant Contreras
    filed October 12, 2022 ........................................................................ JA7052

Statement of Reasons as to Defendant Contreras
    filed December 21, 2022 ..................................................................... JA7089

**VOLUME 19 OF 21 (SEALED – FERRERA)**

Exhibits to Government's Response in Opposition to Defendants'
Joint Constitutional Objections to Proposed Exhibits
filed August 17, 2021:

Sealed Exhibit 1 ................................................................................... JA7094

Sealed Exhibit 2 ................................................................................... JA7099

## VOLUME 20 OF 21 (SEALED – H. MARTINEZ)

Government's Response in Opposition to Defendant H. Martinez's
Motions to Suppress,
With Exhibits,
    filed January 3, 2020...........................................................................JA7105

    Exhibits:

    2.    Post-Arrest Interview ................................................................JA7140

    3.    Federal Bureau of Investigations
        Notice of Your Rights (Spanish)
            dated November 18, 2018 ................................................JA1760

Government's Supplemental Response in Opposition
To Defendant H. Martinez's Motions to Suppress
    filed March 19, 2021.........................................................................JA7162

Government's Reply in Opposition to Defendant H. Martinez's
Motions to Suppress
    filed April 5, 2021............................................................................JA7179

Exhibits to Government's Response in Opposition to Defendants'
Joint Constitutional Objections to Proposed Exhibits
    filed August 17, 2021:

    Sealed Exhibit 1 ..............................................................................JA7191

    Sealed Exhibit 2 ..............................................................................JA7196

Final Presentence Investigation Report as to Defendant H. Martinez
    filed September 20, 2022...................................................................JA7202

Statement of Reasons as to Defendant H. Martinez
    filed December 21, 2022 ...................................................................JA7261

**VOLUME 21 OF 21 (SEALED MEDIA[2] – CONTRERAS)**

Exhibits to Government's Response in Opposition to
Defendant Contreras's Motion to Suppress Statements,
    filed January 3, 2020:

2.    Video of Recorded Interview
        dated February 13, 2017 ..................................................JA7266

12.    Video of Recorded Interview
        dated July 2, 2018 ...........................................................JA7267

---

[2] Exhibits are in .mp4, file format. A virus detection program, VIPRE Endpoint
Security Version 13.1.8510, has been run on the electronic files and no virus was
detected.

GOVERNMENT'S EXHIBIT 2A

Video Clip of Recorded Interview

JA6692

# GOVERNMENT'S EXHIBIT 2B

Video Clip of Recorded Interview

JA6693

GOVERNMENT'S EXHIBIT 41-4B

Video named IMG_7624.MOV saved on iCloud
of account with Apple ID
franciscoavila920@gmail.com

JA6694

GOVERNMENT'S EXHIBIT 51-12B

Enhanced video of murder (VID-20160927-
WA0018 Enhanced.mov)

JA6695

GOVERNMENT'S EXHIBIT 51-13B

Enhanced video of murder (VID-20160927-
WA0017 Enhanced.mov

GOVERNMENT'S EXHIBIT 124-2

Clip of recording of dining area at the
Alexandria Adult Detention Center on June 29,
2019 (15:48 to 15:50) - Multimedia exhibit
(video clip)